STATE OF NEW YORK
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2866     AND FILED ON     4/10/2007

DONNY A. SINKOV, AS ADMINISTRATOR OF THE ESTATE OF SPENCER S. SINKOV, DECEASED, ET AL                                Plaintiff(s)/Petitioner(s)

Vs.

DONALD B. SMITH, ET AL                                           Defendant(s)/Respondent(s)

STATE OF: NEW YORK         )
                           ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __4/18/2007__ at __2:45PM__, deponent did serve the within process as follows:

Process Served:  SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES                      (herein called recipient)
Party Served:    DONALD B. SMITH, INDIVIDUALLY AND IN HIS OFFICIAL                                  therein named.
At Location:     CAPACITY AS SHERIFF OF PUTNAM COUNTY
                 3 COUNTY CENTER
                 CARMEL NY 10512

By delivering to and leaving with __CAPTAIN WILLIAM MCNAMARA__ a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house (usual place of abode) within the state.

On __4/19/07__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
|-----|---|---|---|---|---|
| Age | 50/55 | Height | 5'10" | Weight | 190 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __4/19/2007__

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Gary Williams

Server's License#:

STATE OF NEW YORK
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2866   AND FILED ON   4/10/2007

DONNY A. SINKOV, AS ADMINISTRATOR OF THE ESTATE OF SPENCER E. SINKOV, DECEASED, ET AL | Plaintiff(s)/Petitioner(s)

Vs.

DONALD B. SMITH, ET AL | Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/18/2007 at 2:45PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES (herein called recipient) therein named.
Party Served: JOSEPH A. VASATURO
At Location: PUTNAM COUNTY CORRECTIONAL FACILITY
3 COUNTY CENTER
CARMEL NY 10512

By delivering to and leaving with CAPTAIN WILLIAM MCNAMARA a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 4/19/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
| Age | 50/55 | Height | 5'10" | Weight | 190 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 4/19/2007

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Gary Williams
Server's License#:

STATE OF NEW YORK                UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2866        AND FILED ON        4/10/2007

| | |
|---|---|
| DONNY A. SINKOV, AS ADMINISTRATOR OF THE ESTATE OF SPENCER E. SINKOV, DECEASED, ET AL<br>Vs.<br>DONALD B. SMITH, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK           )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __4/18/2007__ at __2:45PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: LOUIS G. LAPOLLA                                    (herein called recipient) therein named.
At Location: PUTNAM COUNTY CORRECTIONAL FACILITY
3 COUNTY CENTER
CARMEL NY 10512

By delivering to and leaving with __CAPTAIN WILLIAM MCNAMARA__ a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On __4/19/07__, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | | BLACK |
|---|---|---|---|---|---|---|
| Age | 50/55 | Height | 5'10" | Weight | | 190 |
| Other Features | | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __4/19/2007__                    _____
_Gail Williams_                                              Gary Williams
GAIL WILLIAMS                                                Server's License#:
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.2866    AND FILED ON    4/10/2007

| | |
|---|---|
| DONNY A. SINKOV, AS ADMINISTRATOR OF THE ESTATE OF SPENCER E. SINKOV, DECEASED, ET AL <br> Vs. <br> DONALD B. SMITH, ET AL | Plaintiff(s)/Petitioner(s) <br><br> Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                    )
                                       ss
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/18/2007 at 2:55PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served: THE COUNTY OF PUTNAM, NEW YORK    (herein called recipient) therein named.

At Location: 48 GLENEIDA AVENUE
CARMEL NY 10512

By delivering to and leaving with **CATHY KING** and that deponent knew the person so served to be the **OFFICE MANAGER** of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin WH    Color of Hair BLOND
Age 55/65    Height 5'5"
Weight 175    Other Features GLASSES

Sworn to before me on 4/19/2007

_(signature)_ Gail Williams

_(signature)_ Gary Williams
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Index # 07 civ. 2866
Purchased/Filed: April 10, 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |
|---|---|---|

Donny A. Sinkov, as Administrator of the Estate of Spencer E. Sinkov, Deceased, Donny A.    Plaintiff

against

Donald B. Smith, Individually and in his Official Capacity as Sheriff of Putnam County; Et al    Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**
Approx. Age: 45 Yrs.
Weight: 120 Lbs.  Height: 5' 0"  Sex: Female  Color of skin: White
Hair color: Brown  Other: 

Robin Brandow, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on April 13, 2007, at 12:00pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons and Complaint on Americor, Inc., the Defendant in this action, by delivering to and leaving with Carol Vogt, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

13th day of April, 2007

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

Invoice·Work Order # 0708280