

**Office of the Sheriff**

MICHAEL P. WALSH
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801

(302)395-8450

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
                    ) SS
NEW CASTLE COUNTY)

Re: **DONNY A SINKOV ET AL VS. DONALD B SMITH ET AL**
Civil Action No. 07 CIV 2866

    Julia Kemp, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon **KEVIN DUFFY FOR AMERICOR, INC. AT: 3105 VIDERE DRIVE, SKYLINE RIDGE, WILMINGTON, DELAWARE 19808** a copy of Out of State Summons and Complaint on 4/19/2007 at 2:54 PM.
    The Deponent further avers that he/she knew the person so served to be the same person as mentioned in the Out of State document.

_____
DEPUTY SHERIFF
NEW CASTLE COUNTY

STATE OF DELAWARE)
                    ) SS
NEW CASTLE COUNTY)

    **BE IT REMEMBERED** that on April 25, 2007 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Julia Kemp, a Deputy Sheriff of New Castle County and State of Delaware, and stated that the facts stated above are true and correct.
    **SWORN AND SUBSCRIBED** before me, the date and year aforesaid.

_____
Notary Public