# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

New York Metropolitan Offices

150 East 42nd Street, New York, New York 10017-5639   Tel: (212) 490-3000   Fax: (212) 490-3038

3 Gannett Drive, White Plains, New York 10604   Tel: (914) 323-7000   Fax: (914) 323-7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wemed.com

**MEMO ENDORSED**

May 9, 2007

**VIA REGULAR MAIL**

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   Sinkov v. Smith
      07 Civ 2866 (CLB) (MDF)

Dear Honorable Sir:

We represent Americor, Inc., in the above matter.

Enclosed please find a fully executed Stipulation Extending Time for Americor Inc., to respond to plaintiffs' complaint through and including June 1, 2007.

*not enclosed !*

We respectfully request that your Honor "so order" the Stipulation.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Richard S. Oelsner
(RSO 0771)

RSO:red

cc:   Lovett & Gould, LLP – via facsimile – 914-428-8916
      222 Bloomingdale Road
      White Plains, New York  10605
      Attention:  Jane Gould, Esq.

      James Randazzo, Esq. – via facsimile – 914-741-2920
      Santangelo Randazzo & Mangone LLP
      151 Broadway
      Hawthorne, New York  10532

1559040.1

*[Handwritten marginal notes, left side:]* The time for the within Answer is enlarged as requested to June 1, 2007. SO ORDERED. Charles Brieant USDJ May 10, 2007