# LOVETT & GOULD, LLP
## ATTORNEYS AT LAW

JONATHAN LOVETT  
JANE BILUS GOULD

222 BLOOMINGDALE ROAD  
WHITE PLAINS, N.Y. 10605

KIM PATRICIA BERG+  
DRITA NICAJ+

914-428-8401  
FAX 914-428-8916

+ also admitted in New Jersey

September 12, 2007

**VIA FACSIMILE**

James Randazzo, Esq.  
Santangelo Randazzo & Mangone LLP  
151 Broadway  
Hawthorne, New York 10532

Bernice Margolis, Esq.  
Wilson Elser Moskowitz Edelman & Dicker  
3 Gannett Drive  
White Plains, New York 10604

**Re:  Sinkov v. Smith**  
  **07 Civ 2866 (CLB)(MDF)**

Dear Counselors:

Please be advised that the Court has scheduled us for an in person conference on September 21, 2007 at 10:00 a.m. Please mark your calendars accordingly.

Very truly yours,

Kim Berg

KB:nb

Cc: Honorable Charles L. Brieant, U.S.D.J. (via facsimile)