# Santangelo Randazzo & Mangone LLP

Attorneys and Counselors at Law
151 Broadway
Hawthorne, New York 10532
Telephone: (914) 741-2929
Facsimile: (914) 741-2920
Email: SSR@SSRlegal.com

Michael G. Santangelo
James A. Randazzo
Anthony J. Mangone

Christina M. Feo*
Mark C. Fang, Of Counsel

*Admitted in NY & NJ

September 13, 2007

**VIA FAX: 914-428-8916**
Lovett & Gould, LLP
222 Bloomingdale Road
White Plains, New York 10605
Attn: Kim Berg, Esq.

**VIA FAX: 914-323-7001**
Wilson Elser Moskowitz Edelman & Dicker
3 Gannett Drive
White Plains, New York 10604
Attn: Bernice Margolis, Esq.

   Re: Sinkov v. Smith, et al
    07 Civ. 2866 (CLB)(MDF)

Dear Counselors:

  Please allow this correspondence to confirm that the court has rescheduled the conference in the above referenced matter to September 28, 2007 at 10:00 a.m.

  Thank you for your courtesies.

      Very truly yours,

      SANTANGELO RANDAZZO & MANGONE, LLP
      By: James A. Randazzo

JAR:gw
cc: Hon. Charles L. Brieant (Via Fax: 914-390-4085)