UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DONNY A. SINKOV, as Administrator of the Estate of Spencer E. Sinkov. Deceased, DONNY A. SINKOV, and HARA SINKOV,

                     Plaintiffs,

-against-

DONALD B. SMITH, individually and in his official capacity as Sheriff of Putnam County, JOSEPH A VASATURO, individually, LOUIS G. LAPOLLA, individually, THE COUNTY OF PUTNAM, New York, and AMERICOR, INC.

                     Defendants.
------------------------------------------------------------------x

Docket No.: 07 CV 2866
         (CLB)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Adam I. Kleinberg, an associate of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP, incoming attorneys for defendant DONALD B. SMITH, hereby files this notice for the purpose of receiving ECF alerts via e-mail.

Dated: Mineola, New York
       December 26, 2007

                              MIRANDA SOKOLOFF SAMBURSKY
                              SLONE VERVENIOTIS LLP
                              Attorneys for Defendant
                              Donald B. Smith

                           By:_____
                              ADAM I. KLEINBERG (AIK-0468)
                              240 Mineola Boulevard
                              Mineola, New York 11501
                              (516) 741-7676
                              Our File No. 07-730

TO:   Kim Berg, Esq. (via ECF)
       James A. Randazzo, Esq. (via ECF)
       Timothy Paul Coon, Esq. (via ECF)