## LOVETT & GOULD, LLP
### ATTORNEYS AT LAW

JONATHAN LOVETT
JANE BILUS GOULD

222 BLOOMINGDALE ROAD
WHITE PLAINS, N.Y. 10605

KIM PATRICIA BERG+
DRITA NICAJ+

+also admitted in New Jersey

914-428-8401
FAX 914-428-8916

February 21, 2008

**VIA FACSIMILE**

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    Sinkov v. Smith, et al.,;
           07 Civ 2866 (CLB)(MDF)

Dear Judge Brieant:

    The parties to the above referenced matter have recently commenced settlement discussions. However, we believe that assistance from a Magistrate Judge would be beneficial in coming to a resolution.

    Therefore, I am writing on behalf of and with the consent of all parties to respectfully request that the Court refer this matter to Magistrate Judge Lisa M. Smith for settlement purposes.

Respectfully submitted,

Kim Berg

KB:nb

cc: James A. Randazzo, Esq. (via facsimile)
Adam I. Kleinberg, Esq. (via facsimile)
Timothy Coon, Esq. (via facsimile)