UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------------X  
DONNY A. SINKOV, HARRA SINKOV,

                               Plaintiff,

              - against -

DONALD B. SMITH, et al.,

                              Defendant.  
------------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE**  
**TO A MAGISTRATE JUDGE**

07 Civ. 2866 (CLB) (LMS)

      The above entitled action is referred to the Hon. Lisa Margaret Smith, United States Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| _X_ | **All Purposes** | | |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose of _____ |
| | | ___ | Habeas Corpus |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion:_____ _____ |
| ___ | All purposes permitted by law | | All such motions: ____ |

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York  
           February 25, 2008

                                                  _____Charles L. Brieant_____  
                                                  United States District Judge