**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

February 27, 2008

**SCHEDULING ORDER**
07CV2866(CLB)(LMS)

Kim Patricia Berg
Lovett & Gould
222 Bloomingdale Road - Suite 305
White Plains, NY 10605

FEB 2  2008

Adam I. Kleinberg
Miranda Sokoloff Sambursky Slone Verveniotis LLP
240 Mineola Boulevard
Mineola, NY 11501

Timothy Paul Coon
Wilson Elser,Moskowitz Edelman & Dicker LLP(White Plains)
3 Gannett Drive
White Plains, NY 10604

James A. Randazzo
Santangelo, Randazzo & Mangone
151 Broadway
Hawthorne, NY 10532

    The matter of   **SINKOV-V-SMITH**   has been scheduled for **settlement conference** before the Hon. Lisa Margaret Smith,  United States Magistrate Judge, on March 6, 2008  at 2:00PM  in Courtroom 420.
    *Counsel should either have: full independent settlement authority; principals present; or principals readily available by telephone.*

**PLEASE NOTIFY ALL OTHER PARTIES OF THE ABOVE INFORMATION IMMEDIATELY**
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.