# Santangelo Randazzo & Mangone LLP

Attorneys and Counselors at Law
151 Broadway
Hawthorne, New York 10532
Telephone: (914) 741-2929
Facsimile: (914) 741-2920
Email: SSR@SSRlegal.com

Michael G. Santangelo
James A. Randazzo
Anthony J. Mangone

Mark C. Fang, Of Counsel

April 15, 2008

**VIA FAX: 914-390-4085**
Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

          Re: Sinkov v. County of Putnam, et al
          07 Civ. 2866 (CLB)

Dear Judge Brieant:

      Please be advised that the parties have been unable to reach a settlement after appearing before Magistrate Smith in the above referenced matter. As such, and as discussed at the last conference before Your Honor, the parties have agreed to the following proposed scheduling order for motions for summary judgment:

- defendants' motions to be served by May 7, 2008;
- plaintiffs' opposition by May 28, 2008;
- defendants' reply by June 4, 2008;
- oral argument on June 13, 2008 at 10:00 a.m.

In light of same, it is respectfully requested by all that the conference that

is scheduled for April 19, 2008 be adjourned to June 13, 2008.

       Thank you for your courtesies.

                            Very truly yours,

                            SANTANGELO RANDAZZO & MANGONE LLP

                            By: James A. Randazzo

JAR:gw
cc:    Kim Berg, Esq. (Via Fax: 914-428-8916)
       Adam I. Kleinberg, Esq. (Via Fax: 516-741-9060)
       Timothy Coon, Esq. (Via Fax: 914-323-7001)