<u>AFFIDAVIT OF SERVICE BY MAIL</u>

STATE OF NEW YORK        )
                                   ) ss.:
COUNTY OF WESTCHESTER    )

      Dean Grgas, being duly sworn, deposes and says:   that deponent is not a party to this action, is over 18 years of age and resides in Westchester County;

      That on the 7th day of May, 2008, deponent served the within document(s) entitled Rule 56.1 Statement upon the following party via hand delivery:

TO:    Lovett & Gould, LLP
       Attorneys for Plaintiffs
       Attn.: Kim Berg, Esq.
       222 Bloomingdale Road
       White Plains, NY 10605
       VIA HAND DELIVERY

at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Dean Grgas

Sworn to before me this
7th day of May, 2008

_____
Notary Public

MAURA LOOBY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01L04921163
QUALIFIED IN PUTNAM COUNTY
COMMISSION EXPIRES MAY 31, 20

1981304.1