## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF WESTCHESTER        )

    Maura Looby, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Putnam County;

    That on the 7th day of May, 2008, deponent served the within document(s) entitled Rule 56.1 Statement upon the following parties via regular mail:

TO:   Lovett & Gould, LLP               Santangelo Randazzo & Mangone, LLP
       Attorneys for Plaintiffs                Attorneys for Co-Defendants Joseph A. Vasaturo
       Attn.: Kim Berg, Esq.                 Louis G. LaPolla and The County of Putnam
       222 Bloomingdale Road              Attn: James Randazzo, Esq.
       White Plains, NY 10605              151 Broadway
       VIA HAND DELIVERY                 Hawthorne, New York 10532

       Miranda Sokoloff Sambursky Slone Verveniotis LLP
       Attorneys for Co-defendants DONALD B. SMITH
       Attn.: Adam I. Kleinberg, Esq.
       The Esposito Building
       240 Mineola Boulevard
       Mineola, NY 11501

at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                         _/s/ Maura Looby_
                                                           Maura Looby

Sworn to before me this
7th day of May, 2008

_/s/ Nancy Nauman_
Nancy Nauman
Notary Public, State of New York
No. 4930293
Qualified in Westchester County
Commission Expires May 9, 2010

1895278.1