EXHIBIT "E" (1 of 4)

1

ORIGINAL

1

2    UNITED STATES DISTRICT

3    SOUTHERN DISTRICT OF NEW YORK

4    ------------------------------------------x
     DONNY A. SINKOV, as Father and
5    Potential Personal Representative of
     SPENCER SINKOV, deceased, and the
6    Estate of Spencer E. Sinkov, deceased,

7                    Plaintiffs,

8              -against-

9    DONALD B. SMITH, individually and in
     his official capacity as Sheriff of
10   Putnam County, JOSEPH A. VASATURO,
     individually, LOUIS G. LAPOLLA,
11   individually, THE COUNTY OF PUTNAM,
     New York, and AmeriCor, INC.,
12
                    Defendants.
13   ------------------------------------------x

14
                         222 Bloomingdale Road
15                       White Plains, New York
                         January 23, 2008
16                       10:03 a.m.

17

18        EXAMINATION BEFORE TRIAL of SUSAN WATERS, a

19   witness on behalf of the Defendant AmeriCor, INC.,

20   in the above-captioned matter, held at the above

21   time and place, before a Notary Public of the

22   State of New York.

23                       Donna Bochnik,
24                       Shorthand Reporter

25

COMPU-TRAN SHORTHAND REPORTING

2

1

2          A P P E A R A N C E S:

3

4

          LOVETT & GOULD
5              Attorneys for Plaintiff
               222 Bloomingdale Road
6              White Plains, New York  10601
          BY:  KIM BERG, ESQ.
7

8

9          MIRANDA SOKOLOFF SAMBURSKY SLONE
               VERVENIOTIS, LLP
10             Attorneys for Defendant -
               Donald Smith
11             240 Mineola Boulevard
               Mineola, New York  11501
12         BY:  MELISSA L. HOLTZER, ESQ.

13

14

          SANTANELO, RANDAZZO & MANGONE, LLP
15             Attorneys for Defendants -
               Joseph A. Vasaturo,
16             Louis G. LaPolla and
               The County Of Putnam
17             151 Broadway
               Hawthorne, New York  10532
18         BY:  VINCENT GELARDI, ESQ., of Counsel

19

20

          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
21             Attorneys for Defendant -
               AmeriCor, Inc.
22             Three Gannett Drive
               White Plains, New York  10604
23         BY:  TIMOTHY P. COON, ESQ.

24

          ALSO PRESENT:   Donny A. Sinkov
25
                         o0o

3

1

2              IT IS HEREBY STIPULATED AND AGREED,

3      by and between the attorneys for the respective

4      parties hereto, that the sealing and filing of

5      the within deposition be waived; that such

6      deposition may be signed and sworn to before any

7      officer authorized to administer an oath with

8      the same force and effect as if signed and sworn

9      to before a Justice of this Court.

10

11

12              IT IS FURTHER STIPULATED AND AGREED

13      that all objections, except as to form, are

14      reserved to the time of trial.

15

16

17              IT IS FURTHER STIPULATED AND AGREED

18      that the within examination and any corrections

19      thereto may be signed before any Notary Public

20      with the same force and effect as if signed and

21      sworn to before this Court.

22

23

24

25

4

1

2                    S U S A N   W A T E R S,

3           having been duly sworn by Donna Bochnik,

4           a Notary Public within and for the State

5           of New York, was examined and testified

6                          as follows:

7

8                            oOo

9

10    EXAMINATION BY MS. BERG:

11           Q.   State your name and address for the

12    record, please.

13           A.    Susan Waters, 27 Paddock Lane,

14    Brewster, New York 10509.

15                      MR. MELLER:   Just before we

16           start -- off the record.

17                *(Off-the-record discussion)*

18           Q.    Ms. Waters, I'm Kim Berg.   I

19    represent the Sinkovs in connection with a

20    lawsuit that they've brought.   I'm going to be

21    asking you some questions here today.   Let me

22    know if there's anything that I say that you

23    don't understand; I'll be happy to explain it or

24    rephrase it for you.

25           A.    Okay, fine.

5

1                    *Susan Waters*

2:07    2          Q.    With respect to your answers, if you

2:09    3    give an answer during the deposition and later

2:10    4    you realize you misspoke or something was

2:12    5    incomplete, just interrupt me at any point in

2:16    6    time - certainly, before we leave here - so that

2:18    7    we make sure we have a complete and accurate

2:20    8    transcript.

2:21    9          Do you understand all that?

2:21    10          A.    Sure.

2:22    11          Q.    Can you describe for me your

2:24    12    educational background after high school.

        13          A.    I have two years of college.  I have

12:31   14    an associate's degree in nursing, applied science.

12:36   15          Q.    And do you hold any professional

12:38   16    licenses?

12:38   17          A.    Yes; I'm a professional registered

12:41   18    nurse.

12:41   19          Q.    And in what jurisdiction are you

12:45   20    licensed?

12:45   21          A.    New York.

12:46   22          Q.    Any others?

12:46   23          A.    Not right now.

12:47   24          Q.    Have you ever been licensed in any

12:49   25    other jurisdictions?

1                    Susan Waters

2  :51          A.    Yes, I have.

3  :51          Q.    Which other jurisdictions?

4  :53          A.    Connecticut.

5  :53          Q.    When was the last time you held a

6  :55   license in Connecticut?

7  :57          A.    I would say, five years ago.

8  :00          Q.    What were the circumstances of that

9  :03   license coming to a close?

10 :04          A.    I did not renew it in time, and I

11 :06   just let it lapse.

12 :09          Q.    And for how long have you held your

13      New York R.N.?

14 :13          A.    Approximately, 13 years.

15 :16          Q.    Has that license ever lapsed?

16 :19          A.    No.

17 :28          Q.    Have you ever been censured, or

18 :22   suspended, or in any way disciplined in

19 :26   connection with that license?

20 :26          A.    No.

21 :27          Q.    Are you currently employed?

22 :35          A.    Yes.

23 :35          Q.    In what capacity?

24 :36          A.    As a registered nurse.

25 :58          Q.    Where?

Susan Waters

2    A.    At Putnam County Jail.

3    Q.    For how long have you been employed

4    there?

5    A.    Four and a half years, approximately.

6    Q.    Are you employed by a company called

7    AmeriCor?

8    A.    Yes, I am.

9    Q.    Have you ever been employed by

10   Putnam County?

11   A.    Never.

12   Q.    AmeriCor came into the facility in

13   approximately mid 2003.

14        Did you start there at that time?

15   A.    Yes, I did.

16   Q.    And since you started working for

17   AmeriCor at the Putnam County Jail, can you

18   describe what your job duties and

19   responsibilities are.

20   A.    My job duties are, on intake, to see

21   the inmate, get a medical history from him,

22   psychological history from him. We dispense

23   medications that have been ordered by the doctor,

24   psychiatrist. We do sick call. See inmates who

25   are -- have any medical problems/psychiatric

1                           *Susan Waters*

1:06   2    problems.  We order meds.  That's, you know,

5:11   3    roughly.

5:12   4              Q.    Okay.  And in terms of intake, when

5:14   5    you say you see the inmate, that's when the

5:16   6    inmate is coming into the facility?

5:18   7              A.    Um-hum.

5:19   8              Q.    You have to say yes or no.

5:20   9              A.    Yes.

5:21  10                         MS. BERG:   Just off the

5:21  11              record for a second.

5:30  12                    *(off-the-record discussion)*

     13              Q.    In terms of the intake process, has

5:32  14    that changed at all during your employment for

15:34 15    AmeriCor at the Putnam County Jail?

15:36 16              A.    Yes.

05:36 17              Q.    When did it change?

05:39 18              A.    It changed roughly a year and a half

05:43 19    ago.

05:43 20              Q.    Do you recall if it was before or

05:45 21    after Spencer Sinkov died?

05:47 22              A.    After.

05:49 23              Q.    In what way did it change?

05:51 24              A.    We, the nurses, were trained in

05:54 25    suicide screenings.

9

1                          *Susan Waters*

2            Q.    Do you recall when that training

3    occurred?

4            A.    No, I don't.

5            Q.    Prior to working for AmeriCor, where

6    were you employed?

7            A.    I was employed in New York City.

8            Q.    For what business or entity?

9            A.    For Nurses Professional, a nursing

10    agency.

11            Q.    Did you have a regular assignment?

12            A.    No.

13            Q.    Did your assignment vary?

14            A.    Yes.

15            Q.    For how long did you work for Nurses

16    Professional?

17            A.    I would say maybe 15 years.

18            Q.    Since working for AmeriCor at the

19    Putnam County Jail, have you held any other

20    employment?

21            A.    No.

22            Q.    And in terms of your position with

23    Nurses Professional, was that a full-time position?

24            A.    We were per diem, part-time per diem.

25            Q.    Did you work full-time?

1             *Susan Waters*

7:03    2           A.     After I graduated, yes, for maybe

7:09    3    six months to a year.

7:10    4           Q.     How about at the Putnam County Jail,

7:13    5    do you work set hours?

7:14    6           A.     I worked -- I started off part-time.

7:20    7           Q.     Did that change to full-time at some

7:23    8    point?

7:23    9           A.     Never.

7:23   10           Q.     So, how many hours a week do you

7:25   11    currently work?

7:26   12           A.     Anywhere between 16 and 24.

       13           Q.     Has that been true the entire time

7:34   14    you've worked there?

7:35   15           A.     Yeah.

7:36   16           Q.     Okay.  In terms of the intake

7:38   17    procedure, you said that it changed after Spencer

7:41   18    had died, and the nurses were trained in suicide

7:45   19    screening.

7:45   20                  Was that like an in-service training

7:47   21    or something else?

7:47   22           A.     Yes, in-service.

7:48   23           Q.     Do you know who conducted it?

7:50   24           A.     Sergeant Greenough, G-r-e-e-n-o-u-g-h.

7:58   25           Q.     And who attended that in-service

11

1                    *Susan Waters*

3:02    2    training?

1:02    3         A.    When -- it was -- I think there was

3:05    4    two or three scheduled at different times to

2:08    5    serve all the different nurses.

3:13    6         Q.    Was it only for nursing staff?

3:12    7         A.    And I believe the secretary came

8:17    8    along to one of the in-services.

8:20    9         Q.    And when you say "the secretary,"

8:22   10    you mean the secretary for AmeriCor?

8:24   11         A.    Yes.

8:24   12         Q.    So, it was for -- the training you

       13    attended was for AmeriCor employees?

8:30   14         A.    Yes, that is correct.

8:30   15         Q.    Did you receive any handouts or

8:32   16    pamphlets or anything?

8:33   17         A.    Yes, we did.

8:34   18         Q.    Do you recall anything about those?

8:36   19         A.    No.

8:37   20         Q.    How long did the training last?

8:39   21         A.    Eight hours.

8:44   22         Q.    And other than that occasion, did

8:48   23    you ever receive any training in terms of your

9:51   24    on-the-job training, since you've worked for

8:55   25    AmeriCor?

12

*Susan Waters*

1

2    A.    Well, when we started, at first we
3    were trained and we got a day's introduction to
4    AmeriCor and what our responsibilities were, by
5    Mr. Duffy.

6         Q.    Would that be considered an
7    orientation?

8         A.    Yeah.

9         Q.    Do you recall if during that
10   orientation anything was said to you about
11   anything pertaining to suicide screening or
12   suicide prevention?

13        A.    No, there was not.

14        Q.    And other than that, any training in
15   the topics of suicide prevention, suicide
16   guidelines, anything along those lines, other
17   than the one you had after Spencer died?

18        A.    No.

19        Q.    And in other words, since that time,
20   have you had any such training?

21        A.    No.

22        Q.    Do you recall what topics, more
23   specifically, were covered during that suicide-
24   screening training?

25        A.    We went through the current suicide

1               *Susan Waters*

2    screening.

3          Q.    The form?

4          A.    That's -- yes.

5          Q.    Okay.

6          A.    And we watched a video of -- for

7    people who have been interviewed.

8          Q.    Meaning, inmates being interviewed?

9          A.    I'm not sure if there were inmates.

10   It was a video that we were shown.  I don't know

11   what -- I think the county got this video from

12   some place, and it basically showed four inmates

13   being questioned by a social worker, and we had

14   to try and figure out which one of them ended up

15   committing suicide in the end.

16         Q.    Anything else that you can recall

17   about the training?

18         A.    No.

19         Q.    Were you required to attend that

20   training?

21         A.    Yes.

22         Q.    And I'm going to show you what I

23   previously marked as Plaintiff's Exhibit 32,

24   which is a memo from Rich to All Staff, and it

25   indicates three separate times for the training

14

1                          *Susan Waters*

2    to occur.   *(Handing)*

3                    Do you see that?

4              A.    Um-hum.

5              Q.    You have to say yes or no.

6              A.    Yes.

7              Q.    Are your initials on that anywhere?

8              A.    No, they're not.

9              Q.    Do you recall if that was the

10   suicide training that you attended on either

11   November 4th or November 9th of '06?

12             A.    Yes, it is.

13             Q.    Do you remember which day you went?

14             A.    I don't.

15             Q.    Did you have to sign anything, any

16   kind of attendance sheet or book to indicate your

17   presence?

18             A.    Yes, I did.

19             Q.    Prior to the time that you received

20   the suicide-screening training, had you ever seen

21   a suicide Prevention Guideline form at the Putnam

22   County Jail?

23             A.    Yes, I had.

24             Q.    In what connection?

25             A.    It's on the intake.  When we sign

15

1          *Susan Waters*

2:00    2     the intake, all the paperwork is there.

2:11    3          Q.    As far as you know, has that --

2:13    4     withdrawn.

3:14    5               There's a packet of paperwork that's

2:16    6     completed with respect to new inmates; correct?

3:19    7          A.    Correct.

2:19    8          Q.    And part of it contains a medical

2:21    9     screening?

.2:21   10         A.    Correct.

.2:21   11         Q.    And then part of it is the Suicide

.2:25   12    Prevention Guideline form?

13         A.    Correct.

.2:26   14         Q.    And in terms of your role as a nurse

12:29   15    for AmeriCor, in the intake process before

12:32   16    November of 2006 when you had that training,

:2:35   17    what, if anything, did you have to do with

12:38   18    respect to that packet of paperwork?

:2:42   19         A.    We looked over the medical side, the

12:45   20    medical page.

12:50   21         Q.    Anything else?

:2:52   22         A.    And we asked further questions, if

12:55   23    needed be.

12:56   24         Q.    About what?

:2:57   25         A.    About anything that we saw on the

16

1                    *Susan Waters*

2    medical page regarding medication, surgery.

3         Q.    Did you have to look over the

4    suicide-screening page?  Again, before November

5    of 2006.

6         A.    No.

7         Q.    As a matter of your practice, did

8    you look at the suicide-screening page?

9         A.    Unless one of the officers pointed

10   it to me specifically, something that he was

11   concerned with, yes, we did look at it.

12        Q.    Why did you look at the suicide-

13   screening pages?

14        A.    We would look at it if an officer

15   pointed something out to us on the suicide

16   screening.

17        Q.    Oh, I'm sorry; I think I

18   misunderstood.

19        A.    Okay.

20        Q.    In the event that a correction

21   officer didn't point it out to you, would you, as

22   a matter of your practice, look at the suicide-

23   screening forms prior to November of '06?

24        A.    Not always.

25        Q.    Did you have, you know in terms of

1                      *Susan Waters*

2    your practice, any specific situations where you

3    would, versus where you would not, review the

4    screening forms, other than when a correction

5    officer brought it to your attention?

6              A.    Yes; when I would ask an inmate if

7    he was feeling suicidal.

8              Q.    And did you ask that question of all

9    incoming inmates?

10             A.    After May of '06, whenever

11   Mr. Sinkov committed suicide, yes, I did.

12             Q.    How about before that time?

13             A.    It would vary.

14             Q.    In what way would your practice vary?

15             A.    If I was talking to somebody who had

16   a psychiatric history, somebody who had previous

17   suicide attempts.

18             Q.    And how would you know if somebody

19   had a psychiatric history or previous suicide

20   attempts prior to, let's say, May of 2006?

21             A.    It would be documented on the intake

22   sheet.

23             Q.    So, it would be on the medical portion?

24             A.    Yes.

25             Q.    Were you aware of any requirement

18

1        *Susan Waters*

2        that, as the intake nurse, you sign off on the

3        medical portion of that packet?

4              A.     Previous to, or after?

5              Q.     At any point.

6              A.     We would always sign off on the

7        intake.

8              Q.     And when you signed off on the

9        intake, was that to indicate that you, as the

10       nurse, reviewed the medical portion of the

11       intake?

12             A.     Yes.

13             Q.     In terms of the packet that was

14       completed on each inmate, were the Suicide

15       Screening Guideline forms part of the same

16       packet, or were they separate pieces of paper?

17             A.     It was the same package with the

18       same form.  There's six or eight pages to the

19       form.

20             Q.     Just take a look, if you would, at

21       Plaintiff's Exhibit 7, which is a two-page

22       document.  It says "Inmate Medical Intake

23       Record."  *(Handing)*

24             A.     Um-hum.

25             Q.     Are you familiar with the form?

1                    *Susan Waters*

2          A.    Yes.

3          Q.    Not necessarily the handwritten

4     portion, but the form, itself.

5          A.    Yes.

6          Q.    And in terms of the second page, are

7     you familiar with that, as well?

8          A.    *(witness peruses record)*  Yes.

9          Q.    And those two pages, is that the

10    medical information that you would review prior

11    to May of 2006?

12         A.    Yes.

13         Q.    And this -- again, the form,

14    Plaintiff's Exhibit 3, are you familiar with that

15    being the suicide-prevention form that's

16    administered to incoming inmates?

17         A.    Yes.

18         Q.    And again, not the specific

19    information on the form, but the form, itself,

20    prior to May of 2006, would that be included in

21    the same packet as the Inmate Medical Intake

22    Record?

23         A.    Yes.

24         Q.    And when you would sign off on

25    reviewing the Inmate Medical Intake Record, were

1          *Susan Waters*

7:21    2    there any set procedures that you had to follow

7:24    3    in terms of dating or timing your review?

7:28    4              A.    We usually wrote on here, on the

7:32    5    front.  *(Pointing on document)*

7:32    6              Q.    So, there's a box on the front of

7:34    7    the Inmate Medical Intake Record --

7:36    8              A.    Yes.

7:36    9              Q.    -- which has -- it almost looks like

7:40    10    a stamp.  It says, "Reread," the initials, and

7:43    11    the date; correct?

7:44    12              A.    Correct.

        13              Q.    Were you aware of any policies that

7:46    14    AmeriCor said that required you, as a nurse, to

7:49    15    time -- meaning, put a time of your review of

.7:53    16    those forms?

.7:54    17              A.    Yes, we did have to put a time on

.7:57    18    them.

.7:58    19              Q.    Was that true since you started

.8:00    20    working for AmeriCor?

.8:00    21              A.    Yes.

.8:01    22              Q.    Did you always do that?

18:02    23              A.    Yes.

18:03    24              Q.    Do you see on Exhibit 7, this

18:20    25    particular form pertaining to Spencer Sinkov was

1                     *Susan Waters*

2  reread by Nurse Peter Clarke?

3          A.    Um-hum, yes.

4          Q.    But there's no time stamp there.

5                Do you see that?

6          A.    Yes.

7          Q.    Do you have any understanding as to

8  why that is?

9          A.    No.

10         Q.    Did you ever speak with Peter Clarke

11  about anything concerning his review of any

12  records pertaining to Spencer Sinkov?

13         A.    No.

14         Q.    Did you ever see Exhibit 7 in the

15  format that it is in now?  In other words, with

16  all of the handwriting on it.

17         A.    Yes.

18         Q.    When for the first time did you see

19  that?

20         A.    After Spencer Sinkov committed

21  suicide.

22         Q.    And under what circumstances did you

23  see that?

24         A.    After he had committed suicide, we

25  came -- I came back to the medical office, and I

22

Susan Waters

1

:55    2    was informed as to who the inmate was, and I

:01    3    pulled his chart.

:03    4              Q.    And did you review it at that time?

:06    5              A.    Captain LeFever and I both reviewed

:11    6    it together.

:12    7              Q.    Was it on May 20th, 2006, or at some

:16    8    point after that?

:17    9              A.    It was the day Spencer Sinkov

9:20    10    committed suicide.  Is that May 20th?

9:24    11              Q.    Yes.

9:25    12              A.    Oh, May 20th.

13              Q.    And in terms of Exhibit 3 in its

9:29    14    completed state, Spencer's Suicide Prevention

.9:34    15    Screening Guideline form, when was the first time

.9:35    16    you saw that?

.9:37    17              A.    After the suicide of Spencer Sinkov,

.9:41    18    along with Captain LeFever.

19:46    19              Q.    Was anybody else present when you

19:48    20    reviewed Mr. Sinkov's medical file?

19:50    21              A.    There was other people in the

19:52    22    office.

29:52    23              Q.    Do you recall who?

19:53    24              A.    No, I don't.

19:34    25              Q.    Was there any discussion about what

COMPU-TRAN SHORTHAND REPORTING

23

1                           *Susan Waters*

2       was in the file?

3               A.     Captain LeFever pointed to the

4       suicide screening and said that, "This is not

5       good."

6               Q.     Did anybody else say anything?

7               A.     No.

8               Q.     Did you say anything?

9               A.     No.

10              Q.     Okay.  Did he indicate -- that is,

11      Captain LeFever -- why this is not good?

12              A.     He did not indicate why he said

13      that.

14              Q.     When he pointed to the suicide

15      screening, did he point to a particular portion

16      of it or just the whole form?

17              A.     Just the whole form, in general.

18              Q.     At any point -- was this in the

19      medical office?

20              A.     Yes.

21              Q.     At any point in time, other than

22      Captain LeFever saying "This is not good" when he

23      pointed to Spencer's suicide screening form, was

24      there anything anybody else said?

25              A.     Not to me.

24

1                  *Susan Waters*

2          Q.    And what happened with the medical

3    file after you reviewed it with Captain LeFever?

4          A.    Captain LeFever took the medical

5    file.

6          Q.    The original?

7          A.    Yes.

8          Q.    Do you recall what was in that

9    original medical file, other than the Inmate

10   Medical Intake Record packet?

11         A.    No, I don't recall what else.

12         Q.    Do you recall if there were any

13   Progress Notes in the file?

14         A.    I do not recall.  I don't remember

15   looking at the Progress Notes.  I just looked at

16   this. *(Indicating)*

17         Q.    Okay.  And "this" being the Inmate

18   Medical Intake Record?

19         A.    Yes.

20         Q.    Do you recall if there were any

21   referral forms in there?

22         A.    I don't recall.

23         Q.    Other than Captain LeFever, did you

24   have any conversations with anybody or did

25   anybody say anything to you about Spencer's

1                        *Susan Waters*

2:11   2     suicide screening form?

2:13   3          A.    No.

2:13   4          Q.    When you looked at the file after

2:20   5     Spencer committed suicide, did you see that Nurse

2:25   6     Clarke had performed the intake in terms of

2:28   7     AmeriCor's function during that booking process?

2:30   8          A.    Yes.

2:31   9          Q.    Did you have any conversations with

2:33  10     Clarke at any point in time?

2:35  11          A.    I recall speaking to him later in

.2:41 12     the day.

      13          Q.    Was this in person or by phone?

12:45 14          A.    By phone.

12:46 15          Q.    Do you recall what you said to him

12:48 16     and what he said to you?

12:49 17          A.    I talked to him.  I said that the

12:52 18     inmate -- one of the inmates had committed

32:56 19     suicide.

23:00 20          Q.    Did you call him to tell him that?

23:02 21          A.    Yes.

23:03 22          Q.    Why did you call him to tell him that?

23:06 23          A.    Because he had seen the inmate the

23:08 24     night before.

23:08 25          Q.    Anything else that you said to

*Susan Waters*

1

2    Clarke?

3            A.    Not that I can recall.

4            Q.    What did Clarke say to you?

5            A.    He was shocked.

6            Q.    Anything else?

7            A.    No.

8            Q.    Did you have any conversations at

9    any point in time with Mr. Duffy about Spencer or

10    about the events of May 20th?

11            A.    I spoke to him on that day.

12            Q.    Did you contact him?

13            A.    I did not contact him.

14            Q.    Did you speak with him in person or

15    by phone?

16            A.    By phone.

17            Q.    Was anybody else a participant to

18    the phone call?

19            A.    My -- the supervisor at the time,

20    Rich DiMattio.

21            Q.    And where were you at the time of

22    the call?

23            A.    I called Rich after the suicide.

24            Q.    And did Rich patch in Mr. Duffy?

25            A.    And Rich said that he would call

27

1                              *Susan Waters*

:07   2   Mr. Duffy.

1:07  3          Q.   So, you were on the phone when he

1:09  4   called Duffy?

1:09  5          A.   I was not on the phone.  Rich was at

1:12  6   his home, and I spoke to Rich.

4:14  7          Q.   What did you say to Rich, and what

4:15  8   did he say to you?

4:18  9          A.   I said to Rich, "We've had an inmate

4:21  10  commit suicide."

4:24  11         Q.   And what did he say?

4:25  12         A.   He said he was on his way in to

      13  work, and that he would --

:4:32 14         Q.   Anything else?

:4:33 15         A.   That he would call Mr. Duffy.

24:35 16         Q.   Anything else that you said or that

24:37 17  he said?

24:37 18         A.   Not that I can recall.

24:38 19         Q.   And then, you spoke with Duffy?

24:41 20         A.   I spoke with Duffy later on that

24:48 21  afternoon.

24:48 22         Q.   In between speaking with DiMattio

24:50 23  and speaking with Duffy, did you have

26:53 24  conversations with anybody else about Spencer?

24:55 25         A.   Yes, I did.

28

*Susan Waters*

1

2   Q.   Who did you speak with?

3   A.   I spoke to Investigator DePerno.

4   Q.   Did you give DePerno a statement?

5   A.   Yes, I did.

6   Q.   Other than DePerno, anybody else?

7   A.   The officers that were all involved

8   that were on duty that day, we were all kind of

9   just talking back and forth: "Are you all

10  right?"  "Are you okay?"  Just...

11  Q.   Do you recall who was on duty that

12  day?

13  A.   Yes.

14  Q.   Who was it?

15  A.   Sergeant Jackson was the shift

16  supervisor, Sergeant Karen Jackson.

17  Q.   Anybody else that you can recall was

18  on duty?

19  A.   Officer Wendover, Officer Bartley,

20  Officer Oliver, Officer Blanchard.  One other

21  officer; I don't remember his name right now.

22  Q.   Okay.  Do you recall anything

23  specific that you said to any of these officers

24  or the sergeant, or anything that they said to

25  you, other than what you indicated earlier --

29

1                       *Susan Waters*

:53  2          A.     No.

:33  3          Q.     -- to the effect of, "Are you okay?"

:35  4          A.     Um-hum.  No.  No.

:36  5          Q.     When you spoke with Duffy, was

:39  6    anybody else part of that phone call?

:41  7          A.     No.

:42  8          Q.     What did you say to him, and what

:44  9    did he say to you?

:44  10         A.     He done most of the talking.

:48  11         Q.     What did he say?

:49  12         A.     He wanted to know if I was all

     13   right, was I doing okay, and if I needed to speak

:57  14   to -- if I needed to speak to a counselor.

7:01  15         Q.     Anything else that he said to you?

.7:03  16        A.     No.

7:04  17         Q.     Do you recall what you said to him?

7:05  18         A.     I told him, right now, I was okay.

27:08  19        Q.     Did you discuss anything with him

27:10  20   about Spencer, specifically?

27:11  21        A.     No, I did not.

27:12  22        Q.     At any point in time, did you have

27:13  23   any conversations with Duffy - you know, from

27:17  24   May 20th until now - about Spencer Sinkov?

27:22  25        A.     No, I did not.

30

Susan Waters

1

2    Q.    Did he ever ask you any questions

3    about your interactions with Spencer?

4        A.    No, he did not.

5        Q.    Did he ever conduct any investigation

6    as far as you know?

7        A.    I don't know.

8        Q.    How about DiMattio - did he ever ask

9    you any questions about Spencer or your

10   involvement with Spencer?

11       A.    Yes.

12       Q.    Do you recall when he asked you

13   those questions?

14       A.    When he came in to the medical

15   office that day.

16       Q.    Okay.  What did you say to him; what

17   did he say to you?

18       A.    We went over what happened.

19       Q.    Do you recall specifically what he

20   asked you?

21       A.    I don't.

22       Q.    Do you recall what you told him?

23       A.    No, I don't.

24       Q.    Did you review any paperwork with

25   DiMattio?

1          *Susan Waters*

1:05   2          A.    No.

2:06   3          Q.    Did you keep any notes or documents

3:13   4    in any way, anything about May 20th or your

3:16   5    interactions with Spencer?

3:19   6          A.    I wrote notes in the progress file.

3:25   7          Q.    Other than that?

3:27   8          A.    No.

8:28   9          Q.    Do you recall anything at all that

8:31  10    you said to DiMattio when he questioned you about

8:34  11    May 20th, 2006?

8:36  12          A.    We just talked about the whole

      13    thing; what happened, basically, from beginning

18:46 14    to end.

18:47 15          Q.    Okay.  Anything that you can recall

18:49 16    telling him, the substance or the gist of it?

19:52 17          A.    Nothing specific.

18:53 18          Q.    You can't recall anything?

18:55 19          A.    Nothing specifically, no.   Just

18:57 20    that -- what happened and how it was terrible,

19:01 21    and I was kind of in shock.

19:02 22          Q.    When you say you told him what

19:04 23    happened, what do you mean by that?

19:06 24          A.    How it all happened.  How I got the

19:08 25    phone call.  How I went around.  What I seen.

32

1                             *Susan Waters*

2    What I done.

3            Q.    What did you tell him about how you

4    got the phone call?

5            A.    I received a phone call from an

6    officer.

7            Q.    Do you recall which one?

8            A.    He doesn't work there anymore.  Oh,

9    Officer Piazza.

10           Q.    And what was Piazza's communication

11   to you during that call?

12           A.    I think, "You are needed in North

13   Housing."

14           Q.    North Housing?

15           A.    Yes.

16           Q.    Anything else?

17           A.    No.

18           Q.    And then, what did you tell DiMattio

19   about what you saw?

20           A.    I told him when I went around to

21   North Housing, that I saw Mr. Sinkov, hanging

22   from the bars.

23           Q.    Then, what did you tell

24   Mr. DiMattio, if anything else, about what you

25   observed?