EXHIBIT "E" (1 of 4)

1

ORIGINAL

2   UNITED STATES DISTRICT

3   SOUTHERN DISTRICT OF NEW YORK

4   -------------------------------------------x
    DONNY A. SINKOV, as Father and
5   Potential Personal Representative of
    SPENCER SINKOV, deceased, and the
6   Estate of Spencer E. Sinkov, deceased,

7               Plaintiffs,

8          -against-

9   DONALD B. SMITH, individually and in
    his official capacity as Sheriff of
10  Putnam County, JOSEPH A. VASATURO,
    individually, LOUIS G. LAPOLLA,
11  individually, THE COUNTY OF PUTNAM,
    New York, and AmeriCor, INC.,

12
            Defendants.
13  -------------------------------------------x

14
                    222 Bloomingdale Road
15                  White Plains, New York
                    January 23, 2008
16                  10:03 a.m.

17

18       EXAMINATION BEFORE TRIAL of SUSAN WATERS, a

19  witness on behalf of the Defendant AmeriCor, INC.,

20  in the above-captioned matter, held at the above

21  time and place, before a Notary Public of the

22  State of New York.

23
                    Donna Bochnik,
24                  Shorthand Reporter

25

COMPU-TRAN SHORTHAND REPORTING

1

2          A P P E A R A N C E S:

3

4

           LOVETT & GOULD
5               Attorneys for Plaintiff
                222 Bloomingdale Road
6               White Plains, New York  10601
           BY:  KIM BERG, ESQ.
7

8

9          MIRANDA SOKOLOFF SAMBURSKY SLONE
                VERVENIOTIS, LLP
10              Attorneys for Defendant -
                Donald Smith
11              240 Mineola Boulevard
                Mineola, New York  11501
12         BY:  MELISSA L. HOLTZER, ESQ.

13

14

           SANTANELO, RANDAZZO & MANGONE, LLP
15              Attorneys for Defendants -
                Joseph A. Vasaturo,
16              Louis G. LaPolla and
                The County Of Putnam
17              151 Broadway
                Hawthorne, New York  10532
18         BY:  VINCENT GELARDI, ESQ., of Counsel

19

20

           WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
21              Attorneys for Defendant -
                AmeriCor, Inc.
22              Three Gannett Drive
                White Plains, New York  10604
23         BY:  TIMOTHY P. COON, ESQ.

24

           ALSO PRESENT:   Donny A. Sinkov
25
                       oOo

COMPU-TRAN SHORTHAND REPORTING

1

2              IT IS HEREBY STIPULATED AND AGREED,

3      by and between the attorneys for the respective

4      parties hereto, that the sealing and filing of

5      the within deposition be waived; that such

6      deposition may be signed and sworn to before any

7      officer authorized to administer an oath with

8      the same force and effect as if signed and sworn

9      to before a Justice of this Court.

10

11

12              IT IS FURTHER STIPULATED AND AGREED

13      that all objections, except as to form, are

14      reserved to the time of trial.

15

16

17              IT IS FURTHER STIPULATED AND AGREED

18      that the within examination and any corrections

19      thereto may be signed before any Notary Public

20      with the same force and effect as if signed and

21      sworn to before this Court.

22

23

24

25

4

1

2                    S U S A N   W A T E R S,

3          having been duly sworn by Donna Bochnik,

4          a Notary Public within and for the State

5          of New York, was examined and testified

6                        as follows:

7

8                           oOo

0:00    9

0:00   10    EXAMINATION BY MS. BERG:

0:00   11          Q.    State your name and address for the

0:02   12    record, please.

       13          A.    Susan Waters, 27 Paddock Lane,

0:38   14    Brewster, New York 10509.

0:50   15                    MR. MELLER:   Just before we

0:51   16          start -- off the record.

0:51   17              (off-the-record discussion)

1:53   18          Q.    Ms. Waters, I'm Kim Berg.  I

1:56   19    represent the Sinkovs in connection with a

1:59   20    lawsuit that they've brought.  I'm going to be

12:01  21    asking you some questions here today.  Let me

12:02  22    know if there's anything that I say that you

12:04  23    don't understand; I'll be happy to explain it or

12:06  24    rephrase it for you.

12:06  25          A.    Okay, fine.

5

*Susan Waters*

2:07　2    Q.    With respect to your answers, if you

2:09　3    give an answer during the deposition and later

2:10　4    you realize you misspoke or something was

2:12　5    incomplete, just interrupt me at any point in

2:16　6    time - certainly, before we leave here - so that

2:18　7    we make sure we have a complete and accurate

2:20　8    transcript.

2:21　9        Do you understand all that?

2:21　10    A.    Sure.

2:22　11    Q.    Can you describe for me your

2:24　12    educational background after high school.

13    A.    I have two years of college. I have

12:31　14    an associate's degree in nursing, applied science.

12:36　15    Q.    And do you hold any professional

12:38　16    licenses?

12:38　17    A.    Yes; I'm a professional registered

12:41　18    nurse.

12:41　19    Q.    And in what jurisdiction are you

12:45　20    licensed?

12:45　21    A.    New York.

12:46　22    Q.    Any others?

12:46　23    A.    Not right now.

12:47　24    Q.    Have you ever been licensed in any

12:49　25    other jurisdictions?

*Susan Waters*

1

2        A.     Yes, I have.

3        Q.     Which other jurisdictions?

4        A.     Connecticut.

5        Q.     When was the last time you held a

6    license in Connecticut?

7        A.     I would say, five years ago.

8        Q.     What were the circumstances of that

9    license coming to a close?

10       A.     I did not renew it in time, and I

11   just let it lapse.

12       Q.     And for how long have you held your

13   New York R.N.?

14       A.     Approximately, 13 years.

15       Q.     Has that license ever lapsed?

16       A.     No.

17       Q.     Have you ever been censured, or

18   suspended, or in any way disciplined in

19   connection with that license?

20       A.     No.

21       Q.     Are you currently employed?

22       A.     Yes.

23       Q.     In what capacity?

24       A.     As a registered nurse.

25       Q.     Where?

7

1                         *Susan Waters*

2          A.    At Putnam County Jail.

3          Q.    For how long have you been employed

4     there?

5          A.    Four and a half years, approximately.

6          Q.    Are you employed by a company called

7     AmeriCor?

8          A.    Yes, I am.

9          Q.    Have you ever been employed by

10    Putnam County?

11         A.    Never.

12         Q.    AmeriCor came into the facility in

13    approximately mid 2003.

14               Did you start there at that time?

15         A.    Yes, I did.

16         Q.    And since you started working for

17    AmeriCor at the Putnam County Jail, can you

18    describe what your job duties and

19    responsibilities are.

20         A.    My job duties are, on intake, to see

21    the inmate, get a medical history from him,

22    psychological history from him. We dispense

23    medications that have been ordered by the doctor,

24    psychiatrist. We do sick call. See inmates who

25    are -- have any medical problems/psychiatric

8

1                          *Susan Waters*

2     problems.  We order meds.  That's, you know,

3     roughly.

4              Q.    Okay.  And in terms of intake, when

5     you say you see the inmate, that's when the

6     inmate is coming into the facility?

7              A.    Um-hum.

8              Q.    You have to say yes or no.

9              A.    Yes.

10                         MS. BERG:   Just off the

11              record for a second.

12                    *(off-the-record discussion)*

13              Q.    In terms of the intake process, has

14     that changed at all during your employment for

15     AmeriCor at the Putnam County Jail?

16              A.    Yes.

17              Q.    When did it change?

18              A.    It changed roughly a year and a half

19     ago.

20              Q.    Do you recall if it was before or

21     after Spencer Sinkov died?

22              A.    After.

23              Q.    In what way did it change?

24              A.    We, the nurses, were trained in

25     suicide screenings.

9

*Susan Waters*

1

:36  2          Q.   Do you recall when that training

:57  3  occurred?

:58  4          A.   No, I don't.

:59  5          Q.   Prior to working for AmeriCor, where

:08  6  were you employed?

:09  7          A.   I was employed in New York City.

:16  8          Q.   For what business or entity?

:18  9          A.   For Nurses Professional, a nursing

:23  10  agency.

:24  11         Q.   Did you have a regular assignment?

:28  12         A.   No.

13         Q.   Did your assignment vary?

:32  14         A.   Yes.

:33  15         Q.   For how long did you work for Nurses

:35  16  Professional?

:36  17         A.   I would say maybe 15 years.

:42  18         Q.   Since working for AmeriCor at the

:44  19  Putnam County Jail, have you held any other

:48  20  employment?

:48  21         A.   No.

:49  22         Q.   And in terms of your position with

:53  23  Nurses Professional, was that a full-time position?

:56  24         A.   We were per diem, part-time per diem.

07:01  25         Q.   Did you work full-time?

10

1                           *Susan Waters*

7:03    2           A.      After I graduated, yes, for maybe

7:09    3    six months to a year.

7:10    4           Q.      How about at the Putnam County Jail,

7:13    5    do you work set hours?

7:14    6           A.      I worked -- I started off part-time.

7:20    7           Q.      Did that change to full-time at some

7:23    8    point?

7:23    9           A.      Never.

7:23   10           Q.      So, how many hours a week do you

7:25   11    currently work?

7:26   12           A.      Anywhere between 16 and 24.

       13           Q.      Has that been true the entire time

7:34   14    you've worked there?

7:35   15           A.      Yeah.

:7:36  16           Q.      Okay.  In terms of the intake

:7:38  17    procedure, you said that it changed after Spencer

.7:41  18    had died, and the nurses were trained in suicide

17:45  19    screening.

37:45  20                   Was that like an in-service training

37:47  21    or something else?

37:47  22           A.      Yes, in-service.

37:48  23           Q.      Do you know who conducted it?

37:50  24           A.      Sergeant Greenough, G-r-e-e-n-o-u-g-h.

37:58  25           Q.      And who attended that in-service

11

1                        *Susan Waters*

2    training?

3             A.    When -- it was -- I think there was

4    two or three scheduled at different times to

5    serve all the different nurses.

6             Q.    Was it only for nursing staff?

7             A.    And I believe the secretary came

8    along to one of the in-services.

9             Q.    And when you say "the secretary,"

10   you mean the secretary for AmeriCor?

11            A.    Yes.

12            Q.    So, it was for -- the training you

13   attended was for AmeriCor employees?

14            A.    Yes, that is correct.

15            Q.    Did you receive any handouts or

16   pamphlets or anything?

17            A.    Yes, we did.

18            Q.    Do you recall anything about those?

19            A.    No.

20            Q.    How long did the training last?

21            A.    Eight hours.

22            Q.    And other than that occasion, did

23   you ever receive any training in terms of your

24   on-the-job training, since you've worked for

25   AmeriCor?

12

*Susan Waters*

1

2    A.    Well, when we started, at first we

3    were trained and we got a day's introduction to

4    AmeriCor and what our responsibilities were, by

5    Mr. Duffy.

6    Q.    Would that be considered an

7    orientation?

8    A.    Yeah.

9    Q.    Do you recall if during that

10    orientation anything was said to you about

11    anything pertaining to suicide screening or

12    suicide prevention?

13    A.    No, there was not.

14    Q.    And other than that, any training in

15    the topics of suicide prevention, suicide

16    guidelines, anything along those lines, other

17    than the one you had after Spencer died?

18    A.    No.

19    Q.    And in other words, since that time,

20    have you had any such training?

21    A.    No.

22    Q.    Do you recall what topics, more

23    specifically, were covered during that suicide-

24    screening training?

25    A.    We went through the current suicide

13

1                          *Susan Waters*

2    screening.

3              Q.     The form?

4              A.     That's -- yes.

5              Q.     Okay.

6              A.     And we watched a video of -- for

7    people who have been interviewed.

8              Q.     Meaning, inmates being interviewed?

9              A.     I'm not sure if there were inmates.

10   It was a video that we were shown.  I don't know

11   what -- I think the county got this video from

12   some place, and it basically showed four inmates

13   being questioned by a social worker, and we had

14   to try and figure out which one of them ended up

15   committing suicide in the end.

16             Q.     Anything else that you can recall

17   about the training?

18             A.     No.

19             Q.     Were you required to attend that

20   training?

21             A.     Yes.

22             Q.     And I'm going to show you what I

23   previously marked as Plaintiff's Exhibit 32,

24   which is a memo from Rich to All Staff, and it

25   indicates three separate times for the training

14

1                        *Susan Waters*

2      to occur.   *(Handing)*

3                    Do you see that?

4             A.    Um-hum.

5             Q.    You have to say yes or no.

6             A.    Yes.

7             Q.    Are your initials on that anywhere?

8             A.    No, they're not.

9             Q.    Do you recall if that was the

10     suicide training that you attended on either

11     November 4th or November 9th of '06?

12            A.    Yes, it is.

13            Q.    Do you remember which day you went?

14            A.    I don't.

15            Q.    Did you have to sign anything, any

16     kind of attendance sheet or book to indicate your

17     presence?

18            A.    Yes, I did.

19            Q.    Prior to the time that you received

20     the suicide-screening training, had you ever seen

21     a Suicide Prevention Guideline form at the Putnam

22     County Jail?

23            A.    Yes, I had.

24            Q.    In what connection?

25            A.    It's on the intake.  When we sign

15

1           *Susan Waters*

2:00   2    the intake, all the paperwork is there.

2:11   3           Q.    As far as you know, has that --

2:13   4    withdrawn.

2:14   5           There's a packet of paperwork that's

2:16   6    completed with respect to new inmates; correct?

3:19   7           A.    Correct.

2:19   8           Q.    And part of it contains a medical.

2:21   9    screening?

.2:21  10          A.    Correct.

.2:21  11          Q.    And then part of it is the Suicide

.2:25  12   Prevention Guideline form?

       13          A.    Correct.

.2:26  14          Q.    And in terms of your role as a nurse

12:29  15   for AmeriCor, in the intake process before

12:32  16   November of 2006 when you had that training,

:2:35  17   what, if anything, did you have to do with

12:38  18   respect to that packet of paperwork?

:2:42  19          A.    We looked over the medical side, the

12:45  20   medical page.

12:50  21          Q.    Anything else?

:2:52  22          A.    And we asked further questions, if

12:55  23   needed be.

12:56  24          Q.    About what?

:2:57  25          A.    About anything that we saw on the

16

1          *Susan Waters*

2    medical page regarding medication, surgery.

3          Q.    Did you have to look over the

4    suicide-screening page?  Again, before November

5    of 2006.

6          A.    No.

7          Q.    As a matter of your practice, did

8    you look at the suicide-screening page?

9          A.    Unless one of the officers pointed

10   it to me specifically, something that he was

11   concerned with, yes, we did look at it.

12         Q.    Why did you look at the suicide-

13   screening pages?

14         A.    We would look at it if an officer

15   pointed something out to us on the suicide

16   screening.

17         Q.    Oh, I'm sorry; I think I

18   misunderstood.

19         A.    Okay.

20         Q.    In the event that a correction

21   officer didn't point it out to you, would you, as

22   a matter of your practice, look at the suicide-

23   screening forms prior to November of '06?

24         A.    Not always.

25         Q.    Did you have, you know in terms of

17

1                   *Susan Waters*

2    your practice, any specific situations where you

3    would, versus where you would not, review the

4    screening forms, other than when a correction

5    officer brought it to your attention?

6           A.    Yes; when I would ask an inmate if

7    he was feeling suicidal.

8           Q.    And did you ask that question of all

9    incoming inmates?

10          A.    After May of '06, whenever

11   Mr. Sinkov committed suicide, yes, I did.

12          Q.    How about before that time?

13          A.    It would vary.

14          Q.    In what way would your practice vary?

15          A.    If I was talking to somebody who had

16   a psychiatric history, somebody who had previous

17   suicide attempts.

18          Q.    And how would you know if somebody

19   had a psychiatric history or previous suicide

20   attempts prior to, let's say, May of 2006?

21          A.    It would be documented on the intake

22   sheet.

23          Q.    So, it would be on the medical portion?

24          A.    Yes.

25          Q.    Were you aware of any requirement

18

1                          *Susan Waters*

5:16    2    that, as the intake nurse, you sign off on the

5:21    3    medical portion of that packet?

5:24    4              A.      Previous to, or after?

5:25    5              Q.      At any point.

5:28    6              A.      We would always sign off on the

5:31    7    intake.

5:32    8              Q.      And when you signed off on the

5:34    9    intake, was that to indicate that you, as the

5:38    10   nurse, reviewed the medical portion of the

5:39    11   intake?

5:40    12             A.      Yes.

        13             Q.      In terms of the packet that was

5:46    14   completed on each inmate, were the Suicide

5:49    15   Screening Guideline forms part of the same

15:51   16   packet, or were they separate pieces of paper?

15:55   17             A.      It was the same package with the

15:58   18   same form.  There's six or eight pages to the

16:03   19   form.

16:04   20             Q.      Just take a look, if you would, at

16:19   21   Plaintiff's Exhibit 7, which is a two-page

16:22   22   document.  It says "Inmate Medical Intake

16:26   23   Record."  *(Handing)*

16:26   24             A.      Um-hum.

16:27   25             Q.      Are you familiar with the form?

1          *Susan Waters*

::49    2          A.    Yes.

;:29    3          Q.    Not necessarily the handwritten

;:32    4    portion, but the form, itself.

5:53    5          A.    Yes.

5:33    6          Q.    And in terms of the second page, are

9:35    7    you familiar with that, as well?

6:38    8          A.    *(Witness peruses record)*  Yes.

6:41    9          Q.    And those two pages, is that the

5:46   10    medical information that you would review prior

6:49   11    to May of 2006?

6:51   12          A.    Yes.

       13          Q.    And this -- again, the form,

.6:55  14    Plaintiff's Exhibit 3, are you familiar with that

.6:57  15    being the suicide-prevention form that's

.7:01  16    administered to incoming inmates?

.7:03  17          A.    Yes.

.7:03  18          Q.    And again, not the specific

17:05  19    information on the form, but the form, itself,

:7:07  20    prior to May of 2006, would that be included in

17:11  21    the same packet as the Inmate Medical Intake

17:14  22    Record?

17:14  23          A.    Yes.

17:14  24          Q.    And when you would sign off on

17:18  25    reviewing the Inmate Medical Intake Record, were

20

1          *Susan Waters*

2    there any set procedures that you had to follow

3    in terms of dating or timing your review?

4          A.    We usually wrote on here, on the

5    front.  *(Pointing on document)*

6          Q.    So, there's a box on the front of

7    the Inmate Medical Intake Record --

8          A.    Yes.

9          Q.    -- which has -- it almost looks like

10   a stamp.  It says, "Reread," the initials, and

11   the date; correct?

12         A.    Correct.

13         Q.    Were you aware of any policies that

14   AmeriCor said that required you, as a nurse, to

15   time -- meaning, put a time of your review of

16   those forms?

17         A.    Yes, we did have to put a time on

18   them.

19         Q.    Was that true since you started

20   working for AmeriCor?

21         A.    Yes.

22         Q.    Did you always do that?

23         A.    Yes.

24         Q.    Do you see on Exhibit 7, this

25   particular form pertaining to Spencer Sinkov was

21

1          *Susan Waters*

2    reread by Nurse Peter Clarke?

3          A.    Um-hum, yes.

4          Q.    But there's no time stamp there.

5          Do you see that?

6          A.    Yes.

7          Q.    Do you have any understanding as to

8    why that is?

9          A.    No.

10         Q.    Did you ever speak with Peter Clarke

11   about anything concerning his review of any

12   records pertaining to Spencer Sinkov?

13         A.    No.

14         Q.    Did you ever see Exhibit 7 in the

15   format that it is in now?  In other words, with

16   all of the handwriting on it.

17         A.    Yes.

18         Q.    When for the first time did you see

19   that?

20         A.    After Spencer Sinkov committed

21   suicide.

22         Q.    And under what circumstances did you

23   see that?

24         A.    After he had committed suicide, we

25   came -- I came back to the medical office, and I

1          *Susan Waters*

:55   2    was informed as to who the inmate was, and I

:01   3    pulled his chart.

:03   4              Q.     And did you review it at that time?

:06   5              A.     Captain LeFever and I both reviewed

:11   6    it together.

:12   7              Q.     Was it on May 20th, 2006, or at some

:16   8    point after that?

:17   9              A.     It was the day Spencer Sinkov

9:20  10   committed suicide.  Is that May 20th?

9:24  11             Q.     Yes.

9:25  12             A.     Oh, May 20th.

13             Q.     And in terms of Exhibit 3 in its

9:29  14   completed state, Spencer's Suicide Prevention

9:34  15   Screening Guideline form, when was the first time

9:35  16   you saw that?

3:37  17             A.     After the suicide of Spencer Sinkov,

9:41  18   along with Captain LeFever.

19:46 19             Q.     Was anybody else present when you

19:48 20   reviewed Mr. Sinkov's medical file?

19:50 21             A.     There was other people in the

19:52 22   office.

19:52 23             Q.     Do you recall who?

19:53 24             A.     No, I don't.

19:54 25             Q.     Was there any discussion about what

23

1                          *Susan Waters*

2    was in the file?

3         A.    Captain LeFever pointed to the

4    suicide screening and said that, "This is not

5    good."

6         Q.    Did anybody else say anything?

7         A.    No.

8         Q.    Did you say anything?

9         A.    No.

10         Q.    Okay.  Did he indicate -- that is,

11    Captain LeFever -- why this is not good?

12         A.    He did not indicate why he said

13    that.

14         Q.    When he pointed to the suicide

15    screening, did he point to a particular portion

16    of it or just the whole form?

17         A.    Just the whole form, in general.

18         Q.    At any point -- was this in the

19    medical office?

20         A.    Yes.

21         Q.    At any point in time, other than

22    Captain LeFever saying "This is not good" when he

23    pointed to Spencer's suicide screening form, was

24    there anything anybody else said?

25         A.    Not to me.

24

1          *Susan Waters*

2          Q.    And what happened with the medical

3     file after you reviewed it with Captain LeFever?

4          A.    Captain LeFever took the medical

5     file.

6          Q.    The original?

7          A.    Yes.

8          Q.    Do you recall what was in that

9     original medical file, other than the Inmate

10    Medical Intake Record packet?

11         A.    No, I don't recall what else.

12         Q.    Do you recall if there were any

13    Progress Notes in the file?

14         A.    I do not recall.  I don't remember

15    looking at the Progress Notes.  I just looked at

16    this. *(Indicating)*

17         Q.    Okay.  And "this" being the Inmate

18    Medical Intake Record?

19         A.    Yes.

20         Q.    Do you recall if there were any

21    referral forms in there?

22         A.    I don't recall.

23         Q.    Other than Captain LeFever, did you

24    have any conversations with anybody or did

25    anybody say anything to you about Spencer's

25

1            *Susan Waters*

2:11    2    suicide screening form?

2:13    3              A.    No.

2:13    4              Q.    When you looked at the file after

2:20    5    Spencer committed suicide, did you see that Nurse

2:25    6    Clarke had performed the intake in terms of

2:28    7    AmeriCor's function during that booking process?

2:30    8              A.    Yes.

2:31    9              Q.    Did you have any conversations with

2:33    10   Clarke at any point in time?

2:35    11             A.    I recall speaking to him later in

.2:41   12   the day.

        13             Q.    Was this in person or by phone?

12:45   14             A.    By phone.

12:46   15             Q.    Do you recall what you said to him

12:48   16   and what he said to you?

12:49   17             A.    I talked to him.  I said that the

12:52   18   inmate -- one of the inmates had committed

22:56   19   suicide.

23:00   20             Q.    Did you call him to tell him that?

23:02   21             A.    Yes.

23:03   22             Q.    Why did you call him to tell him that?

23:06   23             A.    Because he had seen the inmate the

23:08   24   night before.

23:08   25             Q.    Anything else that you said to

26

*Susan Waters*

1

2     Clarke?

3             A.     Not that I can recall.

4             Q.     What did Clarke say to you?

5             A.     He was shocked.

6             Q.     Anything else?

7             A.     No.

8             Q.     Did you have any conversations at

9     any point in time with Mr. Duffy about Spencer or

10    about the events of May 20th?

11            A.     I spoke to him on that day.

12            Q.     Did you contact him?

13            A.     I did not contact him.

14            Q.     Did you speak with him in person or

15    by phone?

16            A.     By phone.

17            Q.     Was anybody else a participant to

18    the phone call?

19            A.     My -- the supervisor at the time,

20    Rich DiMattio.

21            Q.     And where were you at the time of

22    the call?

23            A.     I called Rich after the suicide.

24            Q.     And did Rich patch in Mr. Duffy?

25            A.     And Rich said that he would call

1                    *Susan Waters*

2    Mr. Duffy.

3        Q.    So, you were on the phone when he

4    called Duffy?

5        A.    I was not on the phone.  Rich was at

6    his home, and I spoke to Rich.

7        Q.    What did you say to Rich, and what

8    did he say to you?

9        A.    I said to Rich, "We've had an inmate

10   commit suicide."

11       Q.    And what did he say?

12       A.    He said he was on his way in to

13   work, and that he would --

14       Q.    Anything else?

15       A.    That he would call Mr. Duffy.

16       Q.    Anything else that you said or that

17   he said?

18       A.    Not that I can recall.

19       Q.    And then, you spoke with Duffy?

20       A.    I spoke with Duffy later on that

21   afternoon.

22       Q.    In between speaking with DiMattio

23   and speaking with Duffy, did you have

24   conversations with anybody else about Spencer?

25       A.    Yes, I did.

28

**Susan Waters**

1

2  Q.   Who did you speak with?

3  A.   I spoke to Investigator DePerno.

4  Q.   Did you give DePerno a statement?

5  A.   Yes, I did.

6  Q.   Other than DePerno, anybody else?

7  A.   The officers that were all involved

8  that were on duty that day, we were all kind of

9  just talking back and forth: "Are you all

10  right?" "Are you okay?" Just...

11  Q.   Do you recall who was on duty that

12  day?

13  A.   Yes.

14  Q.   Who was it?

15  A.   Sergeant Jackson was the shift

16  supervisor, Sergeant Karen Jackson.

17  Q.   Anybody else that you can recall was

18  on duty?

19  A.   Officer Wendover, Officer Bartley,

20  Officer Oliver, Officer Blanchard.  One other

21  officer; I don't remember his name right now.

22  Q.   Okay.  Do you recall anything

23  specific that you said to any of these officers

24  or the sergeant, or anything that they said to

25  you, other than what you indicated earlier --

1                    *Susan Waters*

:53    2        A.    No.

:33    3        Q.    -- to the effect of, "Are you okay?"

:35    4        A.    Um-hum.  No.  No.

':36   5        Q.    When you spoke with Duffy, was

:39    6    anybody else part of that phone call?

5:41   7        A.    No.

5:42   8        Q.    What did you say to him, and what

7:44   9    did he say to you?

5:44   10       A.    He done most of the talking.

6:48   11       Q.    What did he say?

6:49   12       A.    He wanted to know if I was all

       13   right, was I doing okay, and if I needed to speak

6:57   14   to -- if I needed to speak to a counselor.

7:01   15       Q.    Anything else that he said to you?

.7:03  16       A.    No.

:7:04  17       Q.    Do you recall what you said to him?

:7:05  18       A.    I told him, right now, I was okay.

27:08  19       Q.    Did you discuss anything with him

27:10  20   about Spencer, specifically?

27:11  21       A.    No, I did not.

27:12  22       Q.    At any point in time, did you have

27:13  23   any conversations with Duffy - you know, from

27:17  24   May 20th until now - about Spencer Sinkov?

27:22  25       A.    No, I did not.

30

1                    *Susan Waters*

:23    2           Q.    Did he ever ask you any questions
:25    3    about your interactions with Spencer?
:26    4           A.    No, he did not.
·:27   5           Q.    Did he ever conduct any investigation
7:32   6    as far as you know?
7:32   7           A.    I don't know.
7:33   8           Q.    How about DiMattio - did he ever ask
7:35   9    you any questions about Spencer or your
7:37   10   involvement with Spencer?
7:38   11          A.    Yes.
7:38   12          Q.    Do you recall when he asked you
       13   those questions?
7:41   14          A.    When he came in to the medical
7:47   15   office that day.
:7:48  16          Q.    Okay.   What did you say to him; what
17:51  17   did he say to you?
17:52  18          A.    We went over what happened.
17:54  19          Q.    Do you recall specifically what he
17:56  20   asked you?
27:56  21          A.    I don't.
27:57  22          Q.    Do you recall what you told him?
27:58  23          A.    No, I don't.
27:59  24          Q.    Did you review any paperwork with
28:04  25   DiMattio?

31

1                    *Susan Waters*

2              A.    No.

3              Q.    Did you keep any notes or documents

4    in any way, anything about May 20th or your

5    interactions with Spencer?

6              A.    I wrote notes in the progress file.

7              Q.    Other than that?

8              A.    No.

9              Q.    Do you recall anything at all that

10   you said to DiMattio when he questioned you about

11   May 20th, 2006?

12             A.    We just talked about the whole

13   thing; what happened, basically, from beginning

14   to end.

15             Q.    Okay.  Anything that you can recall

16   telling him, the substance or the gist of it?

17             A.    Nothing specific.

18             Q.    You can't recall anything?

19             A.    Nothing specifically, no.   Just

20   that -- what happened and how it was terrible,

21   and I was kind of in shock.

22             Q.    When you say you told him what

23   happened, what do you mean by that?

24             A.    How it all happened.  How I got the

25   phone call.  How I went around.  What I seen.

32

1                    *Susan Waters*

2    What I done.

3          Q.    What did you tell him about how you

4    got the phone call?

5          A.    I received a phone call from an

6    officer.

7          Q.    Do you recall which one?

8          A.    He doesn't work there anymore.  Oh,

9    Officer Piazza.

10         Q.    And what was Piazza's communication

11    to you during that call?

12         A.    I think, "You are needed in North

13    Housing."

14         Q.    North Housing?

15         A.    Yes.

16         Q.    Anything else?

17         A.    No.

18         Q.    And then, what did you tell DiMattio

19    about what you saw?

20         A.    I told him when I went around to

21    North Housing, that I saw Mr. Sinkov, hanging

22    from the bars.

23         Q.    Then, what did you tell

24    Mr. DiMattio, if anything else, about what you

25    observed?