EXHIBIT "E" (2 of 4)

1          *Susan Waters*

2          A.     That he was cut down.  I done CPR.

3    Paramedics arrived.  And that I had spoken to

4    Investigator DePerno.

5          Q.     Do you recall who cut Spencer down?

6          A.     I do not recall.

7          Q.     Do you recall when Spencer was cut

8    down, if the person who cut him down was inside

9    the cell or outside of the cell at that time?

10         A.     He was outside of Spencer's cell but

11   inside the gates.

12         Q.     Where is the bed located?  Is it

13   physically in Spencer's cell?

14         A.     In Spencer's cell.

15         Q.     Do you recall when Spencer was cut

16   down if the officer was in the vicinity of the

17   bed, or was he outside of that gate?

18         A.     No; he was outside of the bed.  I

19   mean, the bars are here, and he was hanging from

20   here.  *(Indicating)* And the officer was outside,

21   and he put his hand in and cut the shirt.

22         Q.     Did you observe anything at that

23   time?

24         A.     I observed him -- an officer cutting

25   him down, and he fell to the ground.

34

1                    *Susan Waters*

2          Q.    When he fell, did he hit anything?

3          A.    He hit his head.

4          Q.    Do you know where?

5          A.    Off the table, side table.

6          Q.    And you could see that?

7          A.    Yes.

8          Q.    And then, you went into the cell?

9          A.    Yes.

10         Q.    And you said you performed CPR?

11         A.    Yes.

12         Q.    For how long did you perform CPR?

13         A.    I'm not sure.

14         Q.    Can you tell me whether it was

15   minutes?  Hours?

16         A.    Minutes, yeah.  No, it wasn't hours.

17         Q.    Minutes?

18         A.    Yes.

19         Q.    You said the paramedics arrived?

20         A.    Um-hum.

21         Q.    You have to say yes or no.

22         A.    Yes.  Sorry.

23         Q.    That's okay.

24               And in terms of your performing CPR,

25   did you stop that at any point in time before the

1                    *Susan Waters*

2    paramedics arrived?

3              A.    I stopped when I was told that, "The

4    paramedics are here."

5              Q.    And who told you the paramedics were

6    there?

7              A.    I heard it over the radio.

8              Q.    Were they within your vision at the

9    time that you stopped CPR?

10             A.    I stepped out of the cell, and I saw

11   the paramedics were right there.

12             Q.    And did they take over CPR at that

13   point?

14             A.    They went in the cell and put like a

15   EKG monitor on his chest, and they did not

16   perform CPR.

17             Q.    How much time lapsed between when

18   you stopped CPR and when the paramedics stepped

19   into the cell and put this monitor on Spencer's

20   chest?

21             A.    Fifteen, 20 seconds, approximately.

22             Q.    And you indicated that you wrote a

23   Progress Note.

24             A.    Yes.

25             Q.    And do you recall when you wrote the

1                         *Susan Waters*

2    Progress Note?

3              A.    That afternoon.

4              Q.    Was it after Spencer had died?

5              A.    Yes.

6              Q.    Why did you write the Progress Note

7    after Spencer died?

8              A.    Because I had to document what

9    happened after he had died.

10             Q.    Prior to Spencer's suicide, did you

11   write any Progress Notes pertaining to him?

12             A.    No.

13             Q.    In terms of the intake process, you

14   indicated that it changed after you received this

15   training in or about November of 2006.

16                   What now are you required to do as

17   part of the intake, that you weren't required to

18   do prior?

19             A.    We are required to take vital signs

20   on all inmates who are committed to the jail.

21             Q.    Anything else?

22             A.    Not -- no.

23             Q.    What, if anything since November of

24   2006, are you required to do with respect to the

25   suicide screening form?

37

1                    *Susan Waters*

1:46    2        A.    We are -- have to review it.

1:55    3        Q.    Do you have to sign or date it?

1:58    4        A.    Sign -- sign and date it.

5:01    5        Q.    And do you sign and date it right on

5:04    6    the suicide screening form, itself?

5:07    7        A.    Yes.

5:08    8        Q.    At the bottom?

5:09    9        A.    Correct.

5:09    10       Q.    And anything else that you're

5:10    11   required to do with respect to the suicide

5:12    12   screening form?  Again, since November of 2006.

        13       A.    No.

5:15    14       Q.    Do you as the nurse since November

.5:16   15   of '06, ask the questions that are contained on

15:19   16   that form?

15:21   17       A.    No, we do not.

15:22   18       Q.    Do you have interactions with the

15:25   19   correction officer who administers the suicide

35:27   20   screening form?

35:29   21       A.    If need be, yes.

35:31   22       Q.    And what circumstances would you --

35:34   23       A.    If an inmate is on a lot of psych

35:41   24   medications; if he is suicidal.  Sometimes we are

35:47   25   there when they're asking the questions, and we

38

*Susan Waters*

2  question them further.

3      Q.    In other words, to follow up on a

4  particular area?

5      A.    Correct.

6      Q.    And that would be with this

7  correction officer present?

8      A.    It could be.  It could be after the

9  correction officer has done his screening.

10      Q.    And in terms of your review of the

11  suicide screening, are you required to do

12  anything with that, other than signing and dating

13  it?

14      A.    Well, we look at the number.

15      Q.    The total number?

16      A.    The total number.

17      Q.    And what do you look for in that?

18      A.    To see what score he got; if any

19  shaded areas are checked off.

20      Q.    Anything else?

21      A.    No.

22      Q.    And in terms of policies or

23  practices since November of 2006, what do you do

24  with respect to that, the total column?

25      A.    We discuss, if need be, with the

1       *Susan Waters*

2    booking officer to determine if he's gonna be --

3    what kind of watch he's gonna be on.

4            Q.     Under what circumstances would you

5    discuss it?  In other words, does the number have

6    to be of a certain level?

7            A.     If it's six or above, any shaded

8    areas are checked, we would discuss it with the

9    officer.

10           Q.     And are you familiar with any

11   policies or practices as to what happens if an

12   inmate scores a total number of six or above in

13   terms of the level of watch?

14           A.     He would be placed on a fifteen-minute

15   watch, at least.

16           Q.     Or a constant watch?

17           A.     Or a constant watch.

18           Q.     And who makes that determination?

19           A.     It could be the shift sergeant; it

20   could be the booking officer; or it could be the

21   nurse.

22           Q.     Have you ever made that determination

23   since, again, November of '06?

24           A.     No.

25           Q.     Prior to the November of '06

40

1                    *Susan Waters*

2     training, did you ever have occasion to recommend

3     an inmate be placed on constant supervision?

4              A.    No.

5              Q.    Or on a 15-minute watch?

6              A.    No.

7              Q.    And in terms of the shaded areas,

8     what if a shaded area is checked?  Again, what

9     are the policies and practices on that?

10             A.    Since?

11             Q.    Since November of '06.

12             A.    I would speak to the inmate and ask

13    him further questions.

14             Q.    I'm going to show you a document

15    we've previously marked as Exhibit 25.  It is a

16    compilation of documents that were attached to

17    the AmeriCor contract with the county back in

18    2003.  I'm going to point your attention to the

19    page that's Bates stamped on the bottom, 557,

20    where it says "Receiving Screening."  *(Handing)*

21             A.    Um-hum. *(Witness peruses exhibit)*

22             Q.    The first paragraph under Section

23    1.8 on Bates stamp 557 refers to following the

24    existing procedures that the Putnam County

25    facility had in place.

1    *Susan Waters*

2            Do you see that portion I've

3    summarized?

4            A.    Yes.

5            Q.    And it says "Our staff..." meaning

6    AmeriCor's staff, "...will, therefore, follow

7    existing procedures that call for the booking

8    officer to complete an Inmate Medical Intake

9    Record and a Suicide Prevention Screening on each

10   inmate at the time of the inmate's arrival at the

11   jail, as your administrative staff had requested.

12   A registered nurse will then review these forms."

13           Do you see that?

14           A.    Um-hum.

15           Q.    Yes or no?

16           A.    Yes.

17           Q.    Did anyone tell you, prior to

18   November of 2006, that you were required to

19   review both the Inmate Medical Intake Record and

20   the Suicide Prevention Screening forms?

21           A.    I don't recall.

22           Q.    As a matter of your practice,

23   though, you did not review both forms; correct?

24           A.    Personally?

25           Q.    Yes.

42

1                           *Susan Waters*

.:56    2              A.    No, we didn't.  I wouldn't always

.:59    3       review the suicide screening unless somebody

1:02    4       pointed something out to me, and then we would --

2:08    5       I would follow up.

1:08    6              Q.    In terms of the second page of this

3:11    7       policy that's Bates stamped 558 at the bottom

2:15    8       right --

2:15    9              A.    Second page?

3:16    10             Q.    Yes.  There's a series of numbered

2:18    11      paragraphs, one through six.  Below that it

2:20    12      starts "A registered nurse..."

        13             A.    Um-hum.

2:22    14             Q.    "...will promptly review all

2:24    15      Receiving Screenings."  And then can we skip the

:2:29   16      next sentence, go to the third sentence:  Any

:2:31   17      inmate with a mental health condition will be

:2:34   18      referred to mental health personnel for

12:36   19      evaluation and treatment.  Inmates that receive a

42:39   20      suicide screen score of eight or higher, or who

42:42   21      answers yes to the questions numbered there - 1,

42:45   22      8, 9, 10B, 11 or 16B, will be referred to mental

42:52   23      health staff for further evaluation.

42:53   24                   Do you see that?

42:54   25             A.    Yes.

*Susan Waters*

1

2    Q.    Prior to November of 2006, as a

3    registered nurse for AmeriCor, did you have any

4    role in making mental health referrals?

5         A.    Yes.

6         Q.    What was your role?

7         A.    On intake, we would -- if somebody

8    had a psychiatric history, we would refer them to

9    the social worker and to our psychiatrist.

10        Q.    And in terms of the process in place

11   prior to November of 2006, would you make a

12   mental health referral if an inmate scored eight

13   or higher on the suicide screening form?

14        A.    Yes.

15        Q.    And would you also make a mental

16   health referral if the shaded area, or any shaded

17   area on the form was checked?

18        A.    I would do it or the officer would

19   have already done it upstairs, in booking.

20        Q.    How was it determined whether the

21   booking officer, the correction officer, or the

22   nurse, yourself, would do the mental health

23   referral?

24        A.    If the officer filled it out, he

25   would hand it to us and say, I've done a mental

1          *Susan Waters*

2    health referral.

3          Q.    And if the officer didn't do that

4    and the inmate had a score of eight or higher,

5    what would you do?

6          A.    We would put him down to see the

7    social worker or psychiatrist.

8          Q.    And you would make that referral at

9    the intake time?

10         A.    We would write it in -- we have a

11   separate book for doctors; we would write it in

12   there.

13         Q.    Anything in terms of when you would

14   write it in there?  Was it when the inmate came

15   into the facility?

16         A.    No, no; it could be later on in the

17   day.

18         Q.    Would it be before you left shift

19   that day?

20         A.    Yes.

21         Q.    And in terms of the procedure prior

22   to November of '06, how would you know if an

23   inmate scored eight or higher and you were going

24   to make that referral?

25         A.    Repeat that again, please.

45

1                    *Susan Waters*

2          Q.    Sure.  Prior to November of '06,

3     before you received this training --

4          A.    Okay.

5          Q.    -- how would you know if an inmate

6     had a score of eight or higher?

7          A.    Usually the officer would say it,

8     would tell us.

9          Q.    And the same thing in terms of the

10    shaded boxes:  Prior to November of '06, how

11    would you know if the inmate had any shaded area

12    checked?

13         A.    Again, the officer would point it

14    out to us.

15         Q.    Other than those circumstances, any

16    way that you would find out about the inmate's

17    total score or any shaded box being checked

18    before November of '06?

19         A.    You could scan over -- scan over it

20    and see.  Sometimes I've often done that.  I've

21    just scanned over the whole form and -- but usually

22    if it's a high number, the officer will point it

23    out to us.

24         Q.    "High number" being six or higher?

25         A.    Six, yeah.  Seven.

46

**Susan Waters**

1

2      Q.    Did you ever have any conversations

3   with Correction Officer Vasaturo about Spencer

4   Sinkov?

5      A.    Not that I can remember.

6      Q.    Do you recall ever speaking with

7   Sergeant LaPolla about Spencer or anything

8   concerning his involvement with Spencer?

9                   MR. MELLER:  At which time?

10                  MS. BERG:  At any point.

11      A.    Yeah; we spoke afterwards, when it

12   happened.

13      Q.    What did you say to LaPolla, and

14   what did he say to you?

15      A.    Oh, I don't recall.  It was just

16   general talk about the whole incident and how,

17   you know, everybody -- the toll it took on

18   everybody.

19      Q.    Do you recall anything specific that

20   LaPolla said to you about his involvement with

21   Spencer's intake or anything else?

22      A.    Yes.  He had started to -- he had

23   started the intake; and then after, Vasaturo had

24   taken over the intake.

25      Q.    Did he say anything else to you?

47

1                              *Susan Waters*

2       That is, LaPolla.

3              A.    Not that I can recall.

4              Q.    Did Vasaturo ever say anything to

5       you about the intake?

6              A.    No.

7              Q.    What is your understanding of the

8       purpose of the Suicide Screening Prevention

9       Guideline form?

10             A.    To do a screening and to determine

11      if they are suicidal or not.

12             Q.    And in terms of the score being six

13      or seven or higher than that, is it your

14      understanding that that would be an indication

15      that somebody is suicidal or poses a risk of

16      suicide?

17             A.    Before this all happened?

18             Q.    Well, you tell me if there's a

19      difference in the way you view it.

20             A.    Well, now, we absolutely have to

21      check it after every intake is done.

22             Q.    Okay.  Prior to November of '06,

23      before you had this training, did you have any

24      understanding that if an inmate had a higher

25      score -- let's say, eight or higher -- or a

1                  *Susan Waters*

2    shaded box checked, that that was an indicator

3    that they were at high-risk for suicide?

4           A.    It would be an indicator, yes.

5           Q.    And do you have that same

6    understanding since November of '06?

7           A.    Yes.

8           Q.    Have you ever heard of a form known

9    as the 330 ADM?

10          A.    No.

11          Q.    I'm going to show you what was

12    marked as Exhibit 1, which is State of

13    New York Commission of Correction form for

14    suicide prevention.  *(Handing)*

15          Have you ever seen that form?

16          A.    Not to my knowledge.

17          Q.    Did anybody ever say anything to you

18    about Putnam County modifying the State

19    Commission's form for suicide prevention

20    screening?

21          A.    I don't recall.

22          Q.    Did anybody ever train you or

23    instruct you that if an inmate scored eight or

24    higher, or a shaded box was checked, according to

25    the State Commission, constant watch must be

49

1          *Susan Waters*

2     instituted?

3          A.    I don't recall.

4          Q.    Do you see on the bottom of the form

5     where it has the section that says "Action"?  Do

6     you see that bold --

7          A.    Um-hum.

8          Q.    Okay.  And that first sentence under

9     there, in substance, says that if the column

10    total is eight or more, or any shaded area is

11    checked, or for any other reason you feel is

12    necessary, notify a supervisor and institute

13    constant watch.

14               Do you see that?

15          A.    Yes.

16          Q.    Did anybody ever tell you, at any

17    point in time during your training or otherwise,

18    that the State Commission's regulation or

19    training materials indicated that constant watch

20    is the only type of supervision that should be

21    instituted?

22               MR. COON:   Objection to

23          form.

24          A.    I don't recall.

25          Q.    Since your training in November of

50

1                      *Susan Waters*

2      '06, were you ever aware of any policies or

3      procedures that required constant watch at the

4      Putnam County Jail for an inmate who had a score

5      of eight or higher?

6              A.    Could you repeat that?

7              Q.    Sure.  Since November of '06 --

8              A.    Okay.

9              Q.    -- any policies or procedures that

10     require constant watch if an inmate has a score

11     of eight or higher?

12             A.    Is there any policies or procedures?

13             Q.    Yes; that you're aware of.

14             A.    There are policies and procedures,

15     yes.

16             Q.    And do they require constant watch

17     if the inmate scores eight or higher?

18             A.    I -- yes.

19             Q.    In terms of the shaded areas, since

20     November of '06, are there any policies or

21     procedures that require constant watch if the

22     inmate has a shaded box checked?

23             A.    A supervisor has to be notified.

24             Q.    That's the requirement in the

25     policies and procedures?

1        *Susan Waters*

2        A.    Again, I don't do the intake.  The

3    officer still does the intake.  So, I can't speak

4    as to what their policies and procedures are.

5        Q.    Okay.  How about AmeriCor's policies

6    and procedures, are you aware of any that pertain

7    to that?

8        A.    We absolutely review all suicide

9    screenings, and we follow up if there's a shaded

10   box.  Dependent on what the number is, we

11   absolutely follow up, and we make a decision on

12   what to do.

13       Q.    And you follow up with the

14   correction officer?

15       A.    We discuss it with the correction

16   officer and/or the shift supervisor.

17       Q.    Are you aware of any requirement

18   since May of '06 that the shift supervisor be

19   notified?

20       A.    I don't know what their policies

21   are.

22       Q.    How about for you - any requirement

23   that you, as a nurse, notify the shift supervisor?

24       A.    I would.  I'm not sure if there's a

25   policy stating that.  I personally would.

1          *Susan Waters*

2          Q.    In terms of the intake procedure,

3     are you aware of any policies or procedures that

4     AmeriCor has or had about what to do if an inmate

5     presents, indicating that they've previously used

6     drugs or alcohol?

7          A.    Repeat the question.

8          Q.    Sure.  In terms of a new inmate

9     coming into the facility, in the intake process

10    are you aware of any procedures AmeriCor has,

11    policies that AmeriCor has regarding what you as

12    the nurse should do?

13         A.    No.

14         Q.    Did you ever see any kind of policy

15    manual or procedure manual from AmeriCor?

16         A.    Yes.

17         Q.    When did you first see those manuals?

18         A.    At orientation.

19         Q.    Since that time, to your knowledge,

20    has the manual been changed or updated?

21         A.    There have been some changes in

22    policies and procedures.

23         Q.    How were you made aware of those

24    changes?

25         A.    There is a book that we check every

53

*Susan Waters*

1

2    time we come on shift to see if there's any --

3    anything in there that has changed - policies,

4    procedures, notes about meetings, et cetera.

5        Q.    And in terms of the AmeriCor Policy

6    and Procedures Manual, is that two separate

7    things?  One compilation?  Something else?

8        A.    It's there in the office.  I don't

9    know if it's one or if it's two.

10        Q.    And in terms of the policies and

11    procedures that AmeriCor has had since you worked

12    for them, are you aware of any that required you,

13    as the nurse, to ask any kind of follow-up

14    questions when an inmate presents having used

15    drugs or alcohol?

16                    MR. MELLER:    what time

17        period are we talking about?

18                    MS. BERG:    At any point.

19        A.    Just ask the question again.

20        Q.    Sure.  In terms of an inmate who

21    presents having used drugs or alcohol, are you

22    aware of anything AmeriCor requires in its

23    policies or procedures that you, as the nurse,

24    are supposed to do?

25        A.    I don't know if it's -- I can't

1        *Susan Waters*

2    recall if it's in their policies and procedures,

3    if follow up is required.  I don't know.

4             Q.    Do you have any practices in terms

5    of what you do in circumstances where an inmate

6    presents having used drugs or alcohol?

7             A.    Unless they are showing signs,

8    symptoms, if they ask an officer to see the

9    nurse.  I would -- you know, if I go through the

10   unit, sometimes they'll stop me.

11            Q.    When you say "showing signs or

12   symptoms," what do you mean by that?

13            A.    If they're having any signs or

14   symptoms of withdrawal.

15            Q.    What would that be?

16            A.    Pardon?

17            Q.    What signs or symptoms would that

18   be?

19            A.    If they're feeling sick, if they're

20   feeling nauseous, if they're throwing up, if

21   they're having diarrhea.

22            Q.    Anything else?

23            A.    If there is -- hallucinating.  If

24   they're gait is steady.

25            Q.    Anything else?

1          *Susan Waters*

2          A.    No.

3          Q.    In terms of signs and symptoms of

4    withdrawal from drugs or alcohol, have you ever

5    been trained that there are symptoms that will

6    appear, but only after some period of time after

7    the last use occurred?

8          A.    I am not trained in drug-withdrawal

9    symptoms, other than having my own knowledge.  I

10   have no formal training.

11         Q.    In terms of your own knowledge, did

12   you ever learn at any point in time, through your

13   experience or otherwise, that individuals who use

14   drugs or alcohol sometimes have symptoms which do

15   not appear for from 24 to 72 hours?

16         A.    Yes.

17         Q.    And in terms of the symptoms of

18   withdrawal, did you ever learn, through your

19   experience or otherwise, that sometimes the

20   symptoms will appear mild at first, and then will

21   peak later on?

22         A.    Yes.

23         Q.    And in terms of the mild symptoms,

24   did you ever learn that it could include

25   something as simple as a runny nose?

56

1    *Susan Waters*

:03    2        A.    Yes.

:03    3        Q.    Or something as simple as not having

:05    4    an appetite?

:06    5        A.    Yes.

:07    6        Q.    And in terms of the more severe

:11    7    symptoms, when symptoms are peaking, would that

5:13    8    be the things you just described - such as

5:15    9    vomiting, diarrhea, hallucinations; that kind of

6:21    10   thing?

6:21    11       A.    Yes.

6:21    12       Q.    In terms of an inmate who presents

       13   at intake with having used drugs or alcohol, say,

6:31    14   within the last 24 hours, are you aware of

6:33    15   anything that you're required to do to follow up

6:35    16   with that inmate to see, for example, if symptoms

6:39    17   come out?

6:40    18       A.    We would see the inmate throughout

6:45    19   the day, whether it be on the unit, going around

6:49    20   with medication, in North Housing unit.

6:54    21       Q.    And would that be that you're seeing

6:57    22   this particular inmate who presented with having

7:00    23   used drugs or alcohol, or you're seeing them as

7:04    24   you're doing other duties?

7:05    25       A.    I would see them as I'm doing other

57

1                        *Susan Waters*

2    duties.

3            Q.    And in terms of AmeriCor policies or

4    procedures, are you required to actually interact

5    with the inmate who had presented with having

6    used drugs or alcohol?

7            A.    I'm not sure if that's a policy or a

8    procedure.

9            Q.    In your practice, is that something

10   you do?

11           A.    Just ask the question again.

12           Q.    In terms of your practice -- you

13   said you're not sure if it's a policy or

14   procedure; but as a nurse for AmeriCor, is that

15   something you would do?  In other words, while

16   you're doing other duties, look at an inmate who

17   came in using drugs or alcohol?

18           A.    I would, yeah.  Yes.

19           Q.    In terms of Spencer Sinkov, were you

20   involved in any way in the intake?

21           A.    No.

22           Q.    When you came on shift, had he

23   already been admitted to the facility?

24           A.    Yes.

25           Q.    How did you know that?

58

1                         *Susan Waters*

2              A.    Because I got a report stating that

3      he had been admitted.

4              Q.    And what form was that report?

5      verbal or written?

6              A.    Verbal.

7              Q.    From who?

8              A.    Peter Clarke.

9              Q.    And what did he tell you?

10             A.    That we had an inmate come in during

11     the night and had a history of heroin use.

12             Q.    Anything else that Clarke told you?

13             A.    That he had no signs and symptoms of

14     withdrawal.

15             Q.    Anything else that he told you?

16             A.    Not that I recall.

17             Q.    Did you ask Clarke any questions?

18             A.    I don't recall.

19             Q.    Did Clarke indicate to you that

20     Spencer was placed on any kind of heightened

21     level of supervision?

22             A.    I don't recall.

23             Q.    Did Clarke indicate whether or not a

24     referral had been done to anybody?

25             A.    I don't recall.

59

*Susan Waters*

1

2   Q.   Are you familiar with something

3   called a Shift Report?

4   A.   Yes.

5   Q.   That's a document that the nurse is

6   supposed to fill out before leaving the shift?

7   A.   Yes.

8   Q.   And on the Shift Report, would it

9   indicate new admissions?

10   A.   Yes.

11   Q.   Would it also indicate inmates that

12   need to be followed up on?

13   A.   It could.

14   Q.   Does the Shift Report indicate

15   inmates who are on a fifteen-minute, or constant

16   watch?

17   A.   At the back of the Shift Report, we

18   write "15," "Constant."

19   Q.   Has that been true all along, or was

20   that --

21   A.   I'm not sure.

22   Q.   Do you recall for how long you've

23   been doing that?

24   A.   I don't recall how long we've been

25   doing it.

60

1          *Susan Waters*

2          Q.    Can you tell me, for example, if

3     AmeriCor nurses have been writing the 15-minute

4     and constant watches on the back of the Shift

5     Report before or after May of 2006?

6          A.    To the best of my knowledge, it's

7     always been there.

8          Q.    And on the Shift Report, do you

9     write anything about the inmates that you see?

10         A.    Yes.

11         Q.    And in terms of the inmates you see,

12    would that be only sick-call inmates or something

13    else?

14         A.    It could be any interaction that you

15    had with an inmate that day.

16         Q.    Including, passing meds?

17         A.    No, we wouldn't write that we give

18    them meds.

19         Q.    Okay.  What would you write, then,

20    in terms of interactions?  Conversations?

21         A.    It could be sick call.  It could be

22    a complaint - you know, somebody's not feeling

23    well.  It could be a phone call that we received

24    about an inmate.  A lot of different things.

25         Q.    Did you ever see a Shift Report that

61

1          *Susan Waters*

2    Clarke did for May 19th to May 20th, '06, which

3    is the shift that Spencer came in to the facility

4    on?

5          A.    I don't recall seeing it.

6          Q.    As a matter of policy or procedure,

7    are you required to review the Shift Report from

8    the nurse who is going off shift when you come

9    on?

10         A.    I don't know if that's a policy or a

11   procedure.

12         Q.    Do you, as a matter of your practice,

13   review Shift Reports from the prior shift?

14         A.    Yes, I do.

15         Q.    And do you do that when you come on

16   shift?

17         A.    It could be sometime throughout the

18   shift -- in the beginning of the shift, not

19   necessarily as soon as you come in.

20         Q.    And do you recall if you reviewed

21   anything pertaining to Spencer when you looked,

22   if at all, at the Shift Report from the night

23   before?

24         A.    I just remember a verbal exchange.

25         Q.    You don't recall seeing anything in

*Susan Waters*

1

2    writing?

3        A.    I don't recall.

4                    MS. BERG:   Can we take a

5        couple of minutes?  I just need a break.

6        *(Recess held from 11:06 to 11:18 a.m.)*

7    CONTINUED EXAMINATION BY MS. BERG:

8        Q.    I'm going to show you what I've

9    previously marked as Plaintiff's Exhibit 30,

10   which states on the top, "AmeriCor Inc., Policy

11   Manual."  It has a date of November, 2004.

12   *(Handing)*

13                Do you recall if you've ever seen

14   that or a compilation of documents like that?

15       A.    I've seen documentation -- documents

16   like that.

17       Q.    Is that something that's kept in the

18   AmeriCor medical office at the jail?

19       A.    I believe so, yes.

20       Q.    I'm going to show you what was

21   marked as Exhibit 28, which is a AmeriCor, Inc.

22   Procedure Manual, which has a date of 2003 on it.

23   *(Handing)*

24                Do you recall if you've ever seen

25   that?

1                    *Susan Waters*

2          A.    Yes.

3          Q.    And is that also kept in the

4    AmeriCor medical office at the jail?

5          A.    Yes.

6          Q.    Do you recall now if they are kept

7    in two separate documents or if they're together?

8          A.    I don't recall if they're separate

9    or together.

10         Q.    Take a look, if you would, at the

11   first one, Exhibit 30, the Policy Manual.  At the

12   bottom right, the Bates stamps that say 421 and

13   422.

14         A.    *(Witness complies)*  Um-hum.

15         Q.    Have you ever seen those two pages?

16         A.    I don't recall if I have seen them.

17         Q.    It says, in terms of the form,

18   itself, "AmeriCor, Inc. Receiving Screening,

19   Policy Number 131," two pages.  The first

20   sentence:  "All inmates will be given a Receiving

21   Screening by health-care or health-trained

22   personnel immediately upon their arrival at the

23   facility."

24                    Do you see that?

25         A.    Where is that?

64

*Susan Waters*

Q.    The first sentence.

A.    Okay.

Q.    Were you ever told that you have to give a Receiving Screening as a health-care personnel?

MR. COON:  Objection to the form.

A.    We see all inmates who come into the jail.

Q.    And in terms of that, is it your understanding that you're screening them or doing an initial intake?

A.    Yeah, we're screening them.

Q.    In terms of the Receiving Screening, it says in this policy, "At a minimum, the Receiving Screening will include inquiry into:" And then, there are several numbered paragraphs, six numbered paragraphs.

Do you see that?  It goes onto the next page.

A.    Correct.

Q.    And did you ever have an understanding that you, as a nurse from AmeriCor, were supposed to inquire into these six areas, or

65

*Susan Waters*

1

2   if it was a correction officer who was supposed

3   to do that, or something else?

4          A.    These were the questions that I

5   would ask during my screening.

6          Q.    All right.  And then on the second

7   page, Number 4 says:  "Use of alcohol and other

8   drugs, including types of drugs used, mode of

9   use..."  It's number four, at the top.

10         A.    Oh, up here.  Sorry.  Okay.

11         Q.    So, in terms of the Receiving

12   Screening, it says, at a minimum, you should

13   inquire into use of alcohol and other drugs,

14   including type, mode, amount used, frequency

15   used, date or time of last used -- last use,

16   excuse me -- and a history of problems which may

17   have occurred after ceasing use.

18              Do you see that?

19         A.    Yes.

20         Q.    Did you ever have an understanding,

21   before reading that here today, that as part of

22   your intake, you were supposed to inquire into

23   all of those areas?

24         A.    Yes.

25         Q.    Did you ever do that in connection

1          *Susan Waters*

:17    2    with any inmate who presented with having used

:20    3    alcohol or drugs?

:20    4          A.    Yes.

.:22   5          Q.    Do you know if, in Spencer's case,

1:24   6    that was done?

1:25   7          A.    I don't know.

3:25   8          Q.    Did you ever see anything on any of

3:28   9    the documents - Progress Notes or Inmate Medical

8:32  10    Record or anything else - that would indicate

9:34  11    that he was asked questions about how he used

8:36  12    drugs and the amount he used, or whether he had

      13    any problems when he withdrew in the past.

.8:42 14          A.    He was asked about his drug use.

.9:45 15          Q.    Do you know to what extent, though?

.8:47 16          A.    I wasn't there.

18:47 17          Q.    Did you ever see any records that

18:50 18    indicated how he used the drugs?  In other words,

18:52 19    whether he -- you knew it was heroin; correct?

18:56 20          A.    Yes.

18:56 21          Q.    And heroin could be used in several

18:59 22    ways; correct?

18:59 23          A.    Um-hum, correct.

19:00 24          Q.    Did anybody ever indicate whether or

19:02 25    not he used needles?