EXHIBIT "E" (3 of 4)

1                          *Susan Waters*

2          A.     I was not aware of how he used his

3      drugs.

4          Q.     Did anybody, as far as you know,

5      ever check him for any kind of needle marks,

6      track marks?

7          A.     I don't know.

8          Q.     Did you ever make any inquiries of

9      Spencer into anything about his drug use?

10         A.     No.

11         Q.     Did you ever check him for any kind

12     of marks, such as needle marks?

13         A.     I didn't do his intake.

14         Q.     But at any other point, you didn't?

15         A.     No.

16         Q.     In terms of documenting the intake,

17     are you aware of whether the nurse is supposed to

18     create a Progress Note for all Receiving Screenings

19     that they do?

20         A.     Before?

21         Q.     At any point.  In other words, the

22     inmate comes in, the nurse sees them.

23                Is the nurse supposed to put that in

24     a Progress Note?

25         A.     Before November of '06, or after?

*Susan Waters*

1

2    Q.    Oh, okay.  I see.  Did it change?

3    A.    Now it is a requirement that we

4  screen all inmates, do their vital signs, and

5  write a Progress Note.

6    Q.    Prior to November of '06, was that

7  the policy?

8    A.    Some nurses did write a Progress Note

9  if there was something important to document;

10  others did not.

11    Q.    And in terms of any policies or

12  procedures at AmeriCor that required that

13  Progress Note prior to November of '06?

14    A.    Repeat that, please.

15    Q.    Were there any policies or procedures

16  that required a Progress Note prior to November

17  of '06?

18    A.    I'm not sure if there was a policy

19  or a procedure requiring.

20    Q.    What was your practice?  Did you

21  make a Progress Note?

22    A.    Yes, I always, to the best of my

23  knowledge, wrote a Progress Note.

24    Q.    Did you ever learn of any policies

25  or procedures that required constant watch for an

1        *Susan Waters*

2    inmate who was at risk of progressing to have

3    withdrawal symptoms?

4            A.    I'm -- I don't know if there was a

5    policy or procedure about that.

6            Q.    I'm going to show you, again,

7    Exhibit 25 and the page that is Bates stamped 561

8    at the bottom.  It actually goes on to 562, just

9    to put it in context for you.  *(Handing)*

10            A.    *(Witness peruses record)*  um-hum.

11            Q.    Were you aware of any policies or

12    procedures that AmeriCor had with respect to

13    detoxification?

14            A.    Yes.

15            Q.    What did they provide?

16            A.    I don't have the policy and

17    procedures here with me, but --

18            Q.    Your best recollection.

19            A.    We would screen for signs and

20    symptoms of detox by asking the inmate questions

21    pertaining to his drug use.

22            Q.    What types of questions?

23            A.    What he used, how much he used, when

24    he used last, how long he had been using.

25            Q.    Okay.  Anything else?

1                    *Susan Waters*

2          A.    That's -- no.  Depending on the

3    answers he would give, you know, we would go

4    further if need be.

5          Q.    In the last sentence on the page

6    Bates stamped 561, it says "Individuals at risk

7    for progression to more severe levels of

8    withdrawal will be under constant observation by

9    correctional officers."

10                Do you see that?

11         A.    Yes.

12         Q.    Did you ever learn of any policy or

13   procedure that was actually implemented, which

14   provided that individuals who were at risk for

15   progression to more severe levels of withdrawal,

16   would be under constant supervision?

17         A.    Is there any policy and procedure

18   regarding?

19         Q.    Yes.  In other words, this is what

20   AmeriCor told the county it would do.  Do you

21   know if AmeriCor ever did that?

22         A.    Well, we have often had people who

23   were -- inmates who were detoxing on constant

24   supervision; sometimes we don't.

25         Q.    And in terms of the times that you

1      *Susan Waters*

2  :23      do and the times that you don't, are there any

3  :25      procedures and policies in place, practices as to

4  :27      when an inmate would go on constant watch as

5  :31      opposed to when he wouldn't?

6  1:32          A.    I don't recall if there's policies

7  1:34      and procedures.  It depends on our assessment --

8  4:37          Q.    You, as a nurse?

9  4:38          A.    -- of the inmates.  And they're put

10 4:40     on a constant if they come into the jail; and

11 4:46     then if they happen to be detoxing, they're on a

12 4:50     constant, anyhow.  You know, if they're not

13         detoxing -- or if they are detoxing, they could

14 4:53     be on a fifteen-minute watch.

15 4:55          Q.    Are there any guidelines that you, as

16 4:57     a nurse, follow in determining whether you

17 4:58     believe a 15 --

18 24:59         A.    No, not that I'm aware of.

19 25:00         Q.    Let me just finish.

20 25:00              -- whether you believe a 15-minute or

21 25:02     a constant watch should be implemented?

22 25:04         A.    Not that I'm aware of.

23 25:09         Q.    Is it in your experience that all

24 25:11     inmates who are withdrawing are placed on a

25 25:13     constant watch?

*Susan Waters*

1

:14    2    A.    No, they're not placed on a constant

:16    3    watch just because they're withdrawing.

:18    4    Q.    In terms of drug use - history of use,

:22    5    amount of use, how long the use has been for -

:24    6    for example, other attempts to withdraw - are

:28    7    those all things that should be considered as

:29    8    part of your understanding of the practices at

:32    9    the jail in determining whether somebody should

5:38    10    be on a constant watch?

5:39    11    A.    They would be considered.

5:39    12    Q.    In terms of your training, did you

13    ever learn at any point in time that individuals

5:46    14    who are withdrawing sometimes are at a higher

5:49    15    risk for suicide because of the withdrawal

5:51    16    symptoms?

15:51    17    A.    I'm aware of that.

15:53    18    Q.    And that includes both physical and

15:55    19    mental effects?

25:56    20    A.    I'm aware of that, yes.

25:57    21    Q.    In light of your awareness of that,

26:02    22    were you ever aware of any policies that

26:04    23    required, as directly as stated in this contract

26:06    24    proposal, that individuals who are at risk for

26:11    25    progression to more severe levels of withdrawal

*Susan Waters*

1

2  will be under constant supervision?

3              MR. MELLER:  Do you

4      understand the question?

5              THE WITNESS:  Yeah.

6      A.    Individuals who are at risk for

7  progression to more...

8              Again, it depends on the severity of

9  the withdrawal, whether...

10      Q.    So, were you aware of anything that

11  specifically said, though, that constant

12  supervision should be implemented?

13      A.    No.  Specifically of this here?

14      Q.    Yes.

15      A.    No.

16      Q.    I'm going to show you what was

17  previously marked as Exhibit 26, a Progress Note

18  that Peter Clarke created with respect to Spencer

19  Sinkov.  *(Handing)*

20              Have you ever seen that before?

21      A.    I seen it when I was writing my own

22  note.

23      Q.    When you wrote your own note, did

24  you write it on the same page, or did you make a

25  photocopy and then add it?

1                          *Susan Waters*

2              A.     I wrote it in the original chart,

3    where this note was.

4              Q.     And you did that on May 20th?

5              A.     Correct.

6              Q.     Was this before or after Captain

7    LeFever took the medical file?

8              A.     It was after Captain LeFever took

9    the medical file.

10             Q.     When Captain LeFever took the medical

11   file, did he take the Progress Notes with him?

12             A.     He took the whole file.

13             Q.     Were the Progress Notes in a part of

14   the file?

15             A.     Yes, a part of the file.

16             Q.     And did you, at some point in time,

17   get it back --

18             A.     Yes.

19             Q.     -- at which point you were able to

20   write your note?

21             A.     Correct.

22             Q.     When was the first time that you saw

23   Clark's Progress Note? Was it before or after

24   Spencer died?

25             A.     It was after Spencer died.

1        *Susan Waters*

3:20    2        Q.    And in terms of where it indicates

3:22    3    there, "Will monitor," did you have any

3:25    4    understanding as to that?

8:27    5        A.    I don't know.  I didn't write the

8:28    6    note.

8:28    7        Q.    Did Clarke ever tell you at any

8:30    8    point in time verbally, as part of your shift

8:32    9    change or elsewhere, that he believes Spencer

8:36   10    should be monitored?

8:41   11        A.    He told me that he was -- had a

8:45   12    history of heroin use and had no signs or

       13    symptoms of withdrawal.

18:50  14        Q.    Did he ever indicate to you that he

18:53  15    believed that signs or symptoms would appear or

18:55  16    that he could progress to a more severe level?

18:58  17        A.    He did not.

18:59  18        Q.    Did anybody, to your knowledge,

19:00  19    monitor Spencer at any point in time?

19:03  20        A.    For...?

19:03  21        Q.    For anything.  It says, "Will

19:07  22    monitor" there.  Do you know if he was monitored

19:08  23    in any way?

19:09  24        A.    Oh.  I'm not -- I don't -- not that

19:12  25    I'm aware of.

76

1                    *Susan Waters*

2        Q.    Did you ever learn that he was on a

3    15-minute watch?

4            A.    After he had committed suicide.

5            Q.    Not before?

6            A.    No.

7            Q.    How did you find out after?

8            A.    Somebody had said it to me, he was

9    on a 15-minute.  I'm not sure who.

10           Q.    Did you have any interactions with

11    Spencer?

12           A.    Yes, I did.

13           Q.    Do you recall when for the first

14    time?

15           A.    On the day he committed suicide.

16           Q.    At what point in time?

17           A.    It was in the morning time.

18           Q.    And can you describe what happened?

19           A.    I observed him outside the medical

20    office.

21           Q.    Do you know what he was doing

22    outside the medical office?

23           A.    I did not know at the time what he

24    was doing outside the medical office.

25           Q.    Had you asked to see him?

1       *Susan Waters*

2       A.    No.

3       Q.    How was it that you came to see him

4    outside the medical office?

5       A.    The South Housing unit, a female

6    officer, had come over to medical and said that

7    somebody in medical wanted to see me, a female in

8    medical wanted to see me.

9       Q.    A female in South Housing wanted to

10   see you?

11      A.    Correct.  In South Housing wanted to

12   see me; correct.

13      Q.    And what, if anything, did that have

14   to do with you seeing Spencer?

15      A.    I thought Spencer was the female.

16      Q.    When you saw him outside medical,

17   was he going from one place to another, or was he

18   actually stopped outside of medical for a period

19   of time?

20      A.    He was sitting, sitting outside

21   medical.

22      Q.    There are chairs there?

23      A.    Yes.

24      Q.    Was anybody with him?

25      A.    Officer Oliver was in the hallway.

78

*Susan Waters*

1

2    Q.    Do you know why he was sitting

3    there?

4    A.    After the fact I know, but at the

5    time I did not know.

6    Q.    What did you find out after the

7    fact?

8    A.    That he was after having a visit

9    with his parents, and Officer Oliver was bringing

10   him back to the unit.  And Officer Oliver stopped

11   at medical to supervise inmates who I had called

12   to medical from North Housing unit, and he was

13   going to bring them all back to North Housing

14   unit together.

15   Q.    So, at the time that you saw Spencer,

16   were there other inmates present?

17   A.    Yes.

18   Q.    Do you recall who?

19   A.    No, I don't.

20   Q.    When you saw Spencer, were you

21   seeing any inmates?

22   A.    Yes, I was.

23   Q.    And do you see the inmates

24   individually in the medical office?

25   A.    Yes.

1          *Susan Waters*

2          Q.    Is any correction officer with you?

3          A.    Yes; Officer Oliver was standing in

4    the hall, looking into the office.

5          Q.    So, he was looking into the medical

6    office, as well as watching the inmates who were

7    in the hall?

8          A.    The inmates were sitting right

9    beside him, yes.

10         Q.    How many inmates were there that day?

11         A.    I don't recall.

12         Q.    And at any point in time did Spencer

13   go into your office?

14         A.    No, he did not.

15         Q.    Do you recall if Wendover, Officer

16   Wendover, was present?

17         A.    I don't recall.

18         Q.    Did you at any point in time call

19   Spencer in by his name?

20         A.    No.

21         Q.    "Mr. Sinkov, you're next," or "I'm

22   ready for you," or anything like that?

23         A.    No.

24         Q.    Did you speak with anybody about

25   Spencer at that time, including Spencer?

*Susan Waters*

1

2:43    2    A.    I spoke to Spencer.

1:44    3    Q.    What did you say to him; what did he

2:47    4    say to you?

3:48    5    A.    I said to Officer Blanchard, in

2:53    6    front of Spencer, I said, is this the female that

2:56    7    wants... Motrin, I believe it was.

3:00    8    And he started to laugh.  And the

3:04    9    officer said, this is not a girl -- this is not a

3:08    10    girl; this is a male.

3:10    11    And I looked at him I said -- to

3:12    12    Officer Blanchard, I said, is this the girl that

13    needs to see me?

3:17    14    And she said, no.

2:20    15    And then I said to him, I says, I

3:24    16    thought you were a girl.

13:24    17    And he laughed, and he said, yes,

13:27    18    everybody thinks that when they see me.  He said,

15:30    19    I guess I should cut my hair.

33:32    20    Q.    Anything else that you said to him

33:34    21    or that he said to you?

33:35    22    A.    No.  He -- no; that was it.

33:38    23    Q.    Did he say anything to anybody else,

33:40    24    or did anybody else say anything to him that you

33:43    25    could hear?

*Susan Waters*

1

2       A.    Officer Oliver and him had some

3 interaction. They were kidding and joking around

4 about something. I don't know what they were

5 talking about.

6       Q.    Where were you when Officer Oliver

7 and Spencer were, as you say, kidding and joking?

8       A.    I was standing in the doorway.

9       Q.    And you don't recall anything about

10 what was said?

11       A.    There was some -- nothing. I don't

12 recall what was said.

13       Q.    Did you ask him any questions - Spencer?

14       A.    No.

15       Q.    Did you ask him how he was feeling?

16       A.    No.

17       Q.    Or whether he needed to see you?

18       A.    No.

19       Q.    Did you do any evaluation of him or

20 assessment of him at that time?

21       A.    No.

22       Q.    Did you ever do any kind of

23 evaluation or assessment?

24       A.    I did not.

25       Q.    Did you, for example, touch his skin

82

Susan Waters

1

2    at all to see if it was clammy or anything like

3    that?

4            A.    I did not.

5                  I observed him sitting there.

6            Q.    Sitting there?

7            A.    Sitting.

8            Q.    Did you ever see him walk?

9            A.    I observed him getting up and

10   walking down the hallway.

11           Q.    Was that when you were done with all

12   of the inmates?

13           A.    Yes.

14           Q.    Who was he walking with at that

15   time?

16           A.    Officer Oliver and one or two other

17   inmates; I'm not sure.

18           Q.    Do you recall any discussion with

19   Spencer at any point in time about whether or not

20   he looked like anyone in a band or a group?

21           A.    Say that again.

22           Q.    Do you recall any discussion about

23   whether or not he looked like somebody from a

24   group, from a band or a group, a singing group?

25           A.    With -- he didn't -- no.

*Susan Waters*

1

2    Q.    No; that you heard.

3    A.    Oh, yes.  Officer Oliver said that

4    he reminded him of somebody in some band or

5    something.

6    Q.    And do you recall if Spencer

7    replied?

8    A.    I don't recall what he said.

9    Q.    What do you recall about what

10    Spencer was wearing when you saw him?

11    A.    I can't say for sure what he was

12    wearing.

13    Q.    Do you remember if he had a

14    sweatshirt on?

15    A.    I don't.

16    Q.    Do you recall if he had anything

17    over his head, like a sweatshirt over his head or

18    anything like that?

19    A.    No.

20    Q.    Did you make any observations of his

21    height and weight?

22    A.    I noticed that he was very thin.

23    Q.    When you say "very thin," what do

24    you mean?

25    A.    Thin.  He was -- he was thin, of

84

1                    *Susan Waters*

2       thin build.  I remember he had very defined jaw

3       bones.

4                Q.    That his face looked sunken in, in

5       terms of being thin?

6                A.    I just remember he was good-looking.

7       He was -- I thought he was a girl.  He was pretty

8       looking.

9                Q.    In terms of his physical appearance

10      that day, did you observe anything in terms of

11      whether or not he had a runny nose?

12               A.    No.

13               Q.    Did you look for that?

14               A.    No.

15               Q.    Did you look to see whether or not

16      his eyes were watery at all?

17               A.    I stood from here to you away from

18      him and looked at him, and he appeared to be fine.

19               Q.    What was the -- you know, in terms

20      of his complexion, did he look pale at all?

21               A.    No.

22               Q.    He didn't have any circles under his

23      eyes or anything like that?

24               A.    I don't recall seeing that.

25               Q.    And was he cuffed at the time?

85

1                    *Susan Waters*

2          A.    I don't recall.

3          Q.    Did you ever see Exhibit 4, a P-1

4    that was done with respect to Spencer Sinkov?

5    *(Handing)*

6          A.    *(Witness peruses exhibit)*

7                Did I see it before or after?

8          Q.    At any point.

9          A.    It was in his chart, you know.  So,

10   I'm not sure if I saw this or not.

11         Q.    Do you know if, as a matter of, you

12   know, the practices in the Putnam County Jail,

13   P-1s, those types of medicals, are delivered to

14   medical?

15         A.    Yes, they're usually delivered to

16   medical.

17         Q.    Are they usually delivered when the

18   inmate comes into the facility?

19         A.    After the screening and intake has

20   been done.

21         Q.    And where are they kept in medical?

22   Do they go into the inmate's specific medical

23   chart or somewhere else?

24         A.    In the chart.

25         Q.    Do you recall if you ever saw that

86

1                    *Susan Waters*

2    at any point in time prior to Spencer's death?

3              A.    I don't recall.

4              Q.    Take a look at Exhibit 29.   *(Handing)*

5              A.    *(Witness peruses exhibit)*

6              Q.    Is that a Shift Report that you

7    completed for your shift on May 20th of 2006?

8              A.    Yes.

9              Q.    You don't note any interaction there

10   with Spencer; correct?

11             A.    No.

12             Q.    And in terms of the other things

13   noted there, can you tell me, by looking at that,

14   who the inmate or inmates were that you saw in

15   medical at the time that Spencer was sitting

16   outside of medical?

17             A.    Most likely, it is the first inmate –

18   Brady.

19             Q.    Do you recall?

20             A.    I don't recall; but at 11 a.m., we

21   do blood sugars and that's -- I would have had

22   him over in medical, doing a blood sugar.

23             Q.    Do you remember if that's what you

24   were doing at the time that Spencer --

25             A.    Yes.

1          Susan Waters

2          Q.   -- was sitting in the chairs?

3          A.   That's what I was doing.

4          Q.   There's no indication on your

5    Shift Report as to the time that you saw Brady.

6          A.   We do blood sugars at 11 a.m.

7          Q.   Okay.  But there's no indication on

8    the form, itself, what time you did it that day?

9          A.   On this form, on here?  (Indicating)

10         Q.   Right.

11         A.   No.

12         Q.   Would you have created a Progress

13   Note on Brady's chart with respect to the blood

14   sugar?

15         A.   I don't recall whether I did or not.

16         Q.   Did you ever complete any kind of a

17   referral form for Spencer Sinkov?

18         A.   No.

19         Q.   Take a look, if you would, at

20   Exhibit 5.  (Handing)

21         A.   (Witness peruses exhibit)  Okay.

22         Q.   Is that a document that you created?

23         A.   Yes.

24         Q.   That's your handwriting; correct?

25         A.   Correct.

88

1          *Susan Waters*

2          Q.    And it is a referral form?

3          A.    Right.

4          Q.    It's a mental health referral form;

5    right?

6          A.    Correct.

7          Q.    Do you recall when you completed

8    that?

9          A.    I don't recall when I done this.

10         Q.    Do you have a recollection of doing

11   it now that you're seeing it?

12         A.    I don't have a recollection of doing

13   it.

14         Q.    You note on there -- in terms of the

15   various sections, "1B:  Explain observations."

16         A.    Um-hum.

17         Q.    Do you see that?

18         A.    Correct.

19         Q.    Can you tell us what you wrote

20   there?

21         A.    "History of substance abuse and

22   family problems."

23         Q.    Do you have any recollection, as you

24   sit here today, as to where you got the

25   information about any history of substance abuse?

1                    *Susan Waters*

2          A.    From Peter Clarke.

3          Q.    Did you ever speak with Peter Clarke

4    about whether or not he had performed a referral?

5          A.    I do not recall.

6          Q.    For example, do you know if both you

7    and Clarke referred Spencer to Mental Health?

8          A.    I'm not sure if he did.

9          Q.    Do you know if you did this because

10   Clarke failed to?

11         A.    It's possible.

12         Q.    The next section in terms of the

13   "history of substance abuse," and then you say,

14   "...and family problems."

15         A.    Um-hum.

16         Q.    Do you recall what you based that

17   upon?

18         A.    I don't recall what I based it on.

19         Q.    Did you have any conversations with

20   Spencer Sinkov at any time about any family

21   problems?

22         A.    Not that I recall.

23         Q.    Do you recall if you reviewed his

24   suicide screening form before you filled out the

25   Mental Health referral sheet?

1                     *Susan Waters*

2          A.    I don't recall.

3          Q.    And there's no time indicated on

4    that referral; correct?

5          A.    No; just a date.

6          Q.    And in terms of the referral form,

7    what happens once you complete it?

8          A.    I put it -- it goes in his chart,

9    his file.

10         Q.    Anything else?

11         A.    And I put him down to see either the

12   social worker or a psychiatrist.

13         Q.    Do you recall what you did?

14         A.    I don't recall.

15         Q.    Do you recall if you put him down to

16   see anyone?

17         A.    I don't recall if I did.

18         Q.    If you did, would you have to have

19   noted it on the Mental Health referral sheet?

20         A.    No.

21         Q.    You don't put that anywhere?

22         A.    That I put him down?  No.

23         Q.    When is the social worker and/or

24   psychiatrist there to see inmates?

25         A.    It varies.

1        *Susan Waters*

:06    2            Q.    So, in terms of -- this was a

:09    3    Saturday.  When would be the next possible date

:11    4    that a social worker or psychiatrist would have

:13    5    been available?

2:14   6            A.    Usually, Monday.

1:16   7            Q.    And do you know if in that case the

2:19   8    list was created over the weekend for the Monday

2:24   9    visits?

3:24   10           A.    The list is created from the last

2:26   11   visit, onwards.

2:27   12           Q.    So, is that something that's in a

       13   written form?

2:31   14           A.    We write it into the doctor's book.

:34    15           Q.    And then what happens once the

:36    16   doctor sees the inmate?  Does that form stay in

12:40  17   place, or does something happen to it?

12:42  18           A.    I believe it stays there.

12:44  19                 MS. BERG:  I'm going to call

83:45  20           for the production of any of the lists

12:47  21           that were for the social worker or the

12:49  22           psychiatrist or psychologist.

12:49  23   *DOCUMENT/DATA REQUESTED:*_____

43:08  24           Q.    Are you aware of any policies or

43:10  25   procedures regarding CPR, including when CPR can

*Susan Waters*

1

2 be stopped?

3     A.   Policies and procedures of AmeriCor?

4     Q.   Yes.

5     A.   No.

6     Q.   Are you aware of any other policies

7 or procedures?

8     A.   No.

9     Q.   Did anybody ever indicate to you

10 that you, as a nurse for AmeriCor, had the

11 authority to stop CPR?

12     A.   No.

13     Q.   Do you have to consult with anybody

14 before you stop CPR?

15     A.   Not that I'm aware of.

16     Q.   Did there come a point in time when

17 the State Commission of Correction conducted an

18 investigation?

19     A.   Yes.

20     Q.   Do you recall how you found out

21 about that?

22     A.   My supervisor notified me.

23     Q.   Was that Mr. DiMattio?

24     A.   Correct.

25     Q.   What did he tell you about it?

1                      *Susan Waters*

2          A.    That the State Commission is coming

3    down to speak to everybody involved in the Sinkov

4    case.

5          Q.    Did he say anything else?

6          A.    No.

7          Q.    Did you say anything?

8          A.    I said I wouldn't be here.

9          Q.    What does that mean?

10         A.    I was out of the country at the

11   time.

12         Q.    Did you ever meet with the State

13   Commission?

14         A.    I never did.

15         Q.    Other than Investigator DePerno, did

16   you give a statement to anyone?

17         A.    No.

18                    MS. BERG:  I'm going to have

19         marked as Exhibit 33 a copy of the

20         witness' statement dated May 20th, 2006.

21             *(whereupon, 5/20/06 witness Statement*

22         *was marked as Plaintiff's Exhibit No. 33,*

23         *for id.)*

24         Q.    Take a look at Exhibit 33. *(Handing)*

25         A.    *(Witness complies)*

94

1                    *Susan Waters*

2          Q.    Is that the statement that you gave

3    to Investigator DePerno?

4          A.    Yes.

5          Q.    Was anyone else present when you

6    spoke to him?

7          A.    No.

8          Q.    Did you review any documents, either

9    before or during your meeting with him?

10         A.    No

11         Q.    You indicate that, "At approximately

12   1:53 p.m., I received a call while I was in the

13   medical office.  I don't know who it was that

14   called me."

15               Do you see that?

16         A.    Yes.

17         Q.    Do you recall now that it was

18   Officer Piazza?

19         A.    Correct.

20         Q.    But you didn't remember that on the

21   day?

22         A.    Right at that time, no, I didn't

23   remember that it was him.

24         Q.    How did you know that it was

25   1:53 p.m.?

1                        *Susan Waters*

2          A.    Because I remember looking at my --

3    the clock at about ten to two, and I was going to

4    call somebody for a History and Physical, and

5    that's when I received this call.

6          Q.    Did you look at the clock at the

7    time that you received the call?

8          A.    No.

9          Q.    You're basing it on the last time

10   you looked at the clock?

11         A.    In or around that time.

12         Q.    You said, "The CO told me there

13   seems to be a problem in North." I grabbed a

14   pair of gloves, locked my office, and ran to

15   North Housing desk. Officer Blanchard stated to

16   me that there was somebody hanging."

17              Did she say that to you at the desk?

18         A.    While she was getting the scissors.

19         Q.    In terms of the brief conversation

20   that you had with Spencer at approximately

21   11 o'clock a.m., you don't put anything in the

22   statement about the details of that conversation;

23   correct?

24         A.    Correct.

25         Q.    Did Officer -- or Investigator DePerno

1          *Susan Waters*

2      ask you about that?

3          A.    I can't recall whether he did or

4      not.

5          Q.    Do you recall if there was any

6      reason why you didn't include the substance of

7      the conversation in your sworn statement?

8          A.    I don't know why I didn't include

9      that.  I told him that I had seen him at 11, and

10     he didn't ask anything more than that.

11         Q.    In terms of the sequence of events,

12     bottom of the paragraph -- of the statement --

13     excuse me -- four lines from the bottom, the

14     middle of the page, quote, "I started CPR with

15     the help of Officer Bartley."

16         A.    Correct.

17         Q.    From there, "Approximately

18     15 minutes later, we stopped CPR.  Investigator

19     Nappi had arrived at this time and stated he was

20     the arrest from last night.  This is when I found

21     out who the inmate was.  I notified HSA, Rich

22     DiMattio.  He is the head nurse in charge.  I

23     asked him to call Mr. Duffy, who is the AmeriCor

24     president.  At this time the ambulance arrived

25     with the paramedic and took over the scene."

1                          *Susan Waters*

2                     Do you see that?

3            A.    Correct.

4            Q.    In terms of stopping CPR, did you

5    stop CPR, have the conversation with DiMattio,

6    and then the paramedics arrived?

7            A.    No, no.

8            Q.    That's the way it reads here,

9    though --

10           A.    I know.

11           Q.    -- correct?

12           A.    Yes, that is the way it reads.

13           Q.    You signed this at the bottom --

14           A.    Right.

15           Q.    -- the 20th day of May, 2006?  Yes?

16           A.    Correct.

17           Q.    And you signed it under penalty of

18   perjury; correct?

19           A.    Okay.

20           Q.    Did anybody tell you, prior to

21   signing this, that it was a crime to sign a

22   statement that was false?

23                      MR. MELLER:   Note my

24           objection.

25                 What are you asking?