**EXHIBIT "E" (4 of 4)**

1                        *Susan Waters*

2            Q.    I'm asking her:  Did anybody tell

3    you that?

4            A.    No.

5            Q.    Did DePerno ask you to read the

6    entire statement before you signed it?

7            A.    Yes, he did.

8            Q.    Did he tell that you if there was

9    anything inaccurate, you should tell him?

10           A.    I'm -- don't recall if he did.

11           Q.    Did you tell him at any point in

12    time that there was anything inaccurate about

13    what was contained here?

14           A.    I did not.

15           Q.    Prior to signing it, did you read

16    the portion above the signature which says, "It

17    is a crime punishable as a Class A misdemeanor

18    under the laws of the State of New York for a

19    person, in and by a written instrument, to

20    knowingly make a false statement, which such

21    person does not believe to be true."

22           A.    That's the first time I saw it.

23           Q.    You didn't read that when you signed

24    this statement?

25           A.    No, I did not.

1      *Susan Waters*

2          Q.    How long did you meet with DePerno?

3          A.    I don't recall how long the meeting

4    took.

5          Q.    Where did you meet with him?

6          A.    Next door, at the Sheriff's

7    Department.

8          Q.    Was anybody else present?

9          A.    No.

10         Q.    Was anybody else waiting to go in or

11   coming out at the time that you were there?

12         A.    No.

13         Q.    Do you recall having any

14   conversations with Officer Wendover during the

15   time that you were performing CPR?

16         A.    I don't recall.

17         Q.    Do you recall Officer Wendover going

18   back to the desk to get the bag valve mask at any

19   point in time?

20         A.    I don't recall that.

21         Q.    Do you recall Wendover coming back

22   to the cell and stating words to the effect of

23   "Here's the BVM," and you stated, "We don't need

24   it; we already stopped CPR"?

25         A.    I don't recall saying that.

*Susan Waters*

1

2  Q.  Or anything along those lines?

3  A.  No.

4  Q.  Take a look, if you would, at

5  Exhibit 27, the Progress Notes for Spencer

6  Sinkov.  *(Handing)*

7  A.  *(Witness complies)*

8  Q.  The entries below Peter Clarke's,

9  are those all in your handwriting?

10  A.  Correct.

11  Q.  And those you made after

12  Captain LeFever brought the medical file back?

13  A.  Correct.

14  Q.  Did anybody ever tell you that you

15  should make those entries?

16  A.  No.

17  Q.  The first entry which says 11 a.m.,

18  do you see that?

19  A.  Correct.

20  Q.  How did you know that that

21  observation occurred at 11 a.m.?

22  A.  Because I was doing the blood sugars

23  at 11 a.m., and that's when they get done, at

24  11 o'clock every day.

25  Q.  Do you know, for example, how far

1                    *Susan Waters*

:22   2   before or after 11 o'clock a.m. it was that you

:25   3   saw Spencer?

:26   4         A.    It was 11 a.m. I don't know if it

:30   5   was before -- it was not before. It was 11 a.m.

:33   6   because that's when I do my blood sugars.

:36   7         Q.    It's your recollection that it was

:38   8   precisely 11 o'clock?

:39   9         A.    I don't know if it was precisely; it

:42   10   was in or around 11 o'clock.

:43   11         Q.    Within two or three minutes?

:45   12         A.    Five minutes.

      13         Q.    And in terms of your note there, on

:50   14   the third line it appears to say, "Gait

:52   15   unsteady," and then it has an "S" written over

:57   16   the part that says "u-n" do you see that?

:59   17         A.    Um-hum.

:00   18         Q.    Yes or no?

:00   19         A.    Yes, I do see it.

:02   20         Q.    When did you make that change?

:03   21         A.    I -- while I was writing it.

:05   22         Q.    So, you initially wrote "Gait

:07   23   unsteady"?

:08   24         A.    No; I meant to say, gait steady.

:11   25         Q.    No; but my question is, you

1        *Susan Waters*

2    initially wrote, "Gait unsteady," and then you

3    changed it?

4            A.    Yes; when I realized I had written

5    "unsteady."

6            Q.    And then you wrote, "Zero complaints

7    offered at this time."

8            A.    Correct.

9            Q.    Did you ask Spencer at any point in

10   time whether he had any complaints?

11           A.    No; he didn't offer any complaints.

12           Q.    I see that it says that, but did you

13   ask him --

14           A.    No.

15           Q.    -- if he had any?

16           A.    No.

17           Q.    In terms of your Progress Note,

18   1:53 p.m.: "Inmate cut down by C.O., at which

19   time he fell to the floor."

20               Do you see that?  1:53 p.m., the

21   fourth line down.

22           A.    Yes, yes.

23           Q.    I read that correctly?

24           A.    "Inmate cut down by C.O., at which

25   time he fell to the floor;" correct.

1          *Susan Waters*

2          Q.    You don't indicate anything in your

3     Progress Note about Spencer hitting his head

4     anywhere, do you?

5          A.    No.

6          Q.    Is there some reason why you left

7     that out?

8          A.    No reason.

9          Q.    When DePerno questioned you and you

10    gave the statement to him, did he ask you

11    specifically whether Spencer had hit his head?

12         A.    I'm not sure if he asked me that.

13         Q.    About four or five lines further

14    down, it says at the end of the line, "I began

15    CPR with the help from Officer Bartley and

16    Officer Wendover."

17               Do you see that?

18         A.    Yes.

19         Q.    What was Wendover doing?

20         A.    He was standing near where we were

21    doing CPR.

22         Q.    Do you recall him leaving at any

23    point in time and coming back?

24         A.    No, I don't recall him leaving.

25         Q.    In terms of the times, you say,

1          *Susan Waters*

2     "2:06 p.m., paramedics arrived and took over the

3     scene."

4          A.     Correct.

5          Q.     You don't indicate in there stopping

6     CPR at the time they arrived, do you?

7          A.     No.

8          Q.     And in terms of the next time, is

9     that 2:16 p.m.?

10          A.     I don't know if it's 2:06 or 2;16.

11          Q.     You can't tell from your own

12     handwriting?

13          A.     I -- I don't know if that's a one or

14     a zero.

15          Q.     Well, do you recall if the paramedics

16     assessed him for approximately ten minutes?

17          A.     No, they did not.

18          Q.     Do you recall if the paramedics

19     performed any kind of resuscitation efforts?

20          A.     They did not.

21          Q.     Did anybody ask you to make these

22     Progress Notes?

23          A.     No.

24          Q.     As you sit here today, do you recall

25     why you made the referral to Mental Health that

1          *Susan Waters*

2     you did for Spencer Sinkov?

3          A.    I don't recall why I made it.

4          Q.    Do you recall anything about any

5     interactions that you had with him or anyone else

6     that prompted you to make that referral?

7          A.    I don't recall.

8          Q.    If you make a referral for somebody --

9          A.    Um-hum.

10          Q.    -- are you supposed to note that on

11    your Shift Report?

12          A.    No.

13          Q.    Are you supposed to note it in a

14    Progress Note?

15          A.    No.

16          Q.    Did you ever take Spencer's vitals

17    at any time?

18          A.    No.

19          Q.    Did you ask any correction officers

20    as to what they observed Spencer to be doing

21    while he was in North Housing unit?

22          A.    No.

23          Q.    Did you ever see him while he was in

24    North Housing unit?

25          A.    I don't recall seeing him at 9 a.m.,

1           *Susan Waters*

2    when I passed meds.

3          Q.    Did you ever come to learn that the

4    State Commission had issued a final report

5    regarding the death of Spencer Sinkov?

6          A.    I don't recall if I heard that they

7    had issued a final report.

8          Q.    Did you ever learn about anything

9    that the Commission found or recommended?

10         A.    They recommended that we do vital

11   signs on all new inmates that come into the jail.

12         Q.    And that's something that you now

13   do; correct?

14         A.    Yes.

15         Q.    Anything else that you can recall

16   about that report from the Commission?

17         A.    Nothing else that I can recall.

18         Q.    How did you find out that the

19   Commission had recommend vital signs be done?

20         A.    Rich DiMattio told us.

21         Q.    Did you ever review the report?

22         A.    I'm not sure we had access to the

23   report.

24         Q.    Other than what you told me earlier

25   today, did you ever have any conversations with

Susan Waters

2  DiMattio about Spencer or about anything in his
3  file?
4        A.    No.
5        Q.    Any other conversations that you had
6  with Captain LeFever at any point in time?
7        A.    Never.
8        Q.    Any conversations that you had with
9  Clarke, other than when you initially told him
10 about Spencer committing suicide?
11       A.    Peter and I talked about it on and
12 off.
13       Q.    Do you recall what you said to him
14 or what he said to you?
15       A.    Peter said that he thought he was an
16 undercover officer.
17       Q.    Anything else that you said or that
18 Clarke said?
19       A.    We talked about it.  What did we
20 say?  I can't recall.  Just, we were both
21 involved in the case, and we both had seen him.
22 And we just kind of, you know, had that in
23 common.
24       Q.    Anything in terms of the specific
25 interactions?  Did you discuss your interactions

1                     *Susan Waters*

2      with Clarke?

3              A.    Yeah.  I told Peter that I had seen

4      him that morning, I believe.

5              Q.    Did you ever discuss with Clarke

6      anything about the referral form you did?

7              A.    No.

8              Q.    Or why Clarke did not do one?

9              A.    Not that I can recall.

10             Q.    Did you ever have any other

11     conversations with LaPolla, other than what

12     you've told me already today?

13             A.    Not that I can recall.

14             Q.    Any other conversations with Kevin

15     Duffy, other than the initial one when he asked

16     you if you were okay?

17             A.    That was it.

18                         MS. BERG:  Okay.  Just give

19             me a couple of minutes to talk to my

20             client, and we'll wrap it up.

21             *(Recess held from 12:03 to 12:12 p.m.)*

22     CONTINUED EXAMINATION BY MS. BERG:

23             Q.    In terms of your experience with

24     AmeriCor at the jail, are you permitted to stop

25     CPR without a paramedic, a doctor, or other

1                   *Susan Waters*

9:09    2    medical person indicating that you could do that?

9:11    3              A.    Say that again.

9:12    4              Q.    Are you allowed to stop CPR on your

9:15    5    own, without getting input from another medical

9:17    6    person or paramedic?

9:19    7              A.    It's never been discussed whether I

9:21    8    was allowed to or not.

9:23    9              Q.    And you understood that you did have

9:25    10   that ability?

9:27    11                        MR. MELLER:   What ability?

9:28    12        Which ability?

        13                        MS. BERG:   To stop.

19:33   14              A.    You're talking about to stop here,

19:39   15   at this?

19:60   16              Q.    Yes.

19:41   17              A.    I was told the paramedics were here,

19:43   18   and I stepped out of the cell.

19:45   19              Q.    When you saw the paramedics, at any

19:43   20   point in time did you indicate to them that

09:51   21   lifesaving measures should not be implemented or

09:55   22   anything to that effect?

09:56   23              A.    No.

09:56   24              Q.    And in terms of the paramedics

10:01   25   arriving, did you provide them with any

1        *Susan Waters*

2    information?  For example, I performed CPR for X

3    amount of time, or anything like that?

4            A.    I don't recall.

5            Q.    In terms of the references to social

6    workers or psychiatrists or psychologists, other

7    than waiting for the next time that medical

8    person is at the jail, were there any procedures

9    to provide for an inmate to see a mental-health

10   person on an emergency or other type basis?

11           A.    We have called in social workers in

12   emergency cases.

13           Q.    In what types of situations?

14           A.    I don't recall right now what they

15   were.

16           Q.    And in terms of calling them in, who

17   has the authority to do that?

18           A.    Usually the nurse on duty would do

19   it after consulting with the shift sergeant and

20   the HSA.

21           Q.    Do you know if anybody contacted any

22   psychiatrist or social worker for Spencer?

23           A.    Not that I know of.

24           Q.    Do you have any familiarity or

25   involvement with the prior suicide in the jail of

111

1                    *Susan Waters*

2    Norberto Rivera?

3            A.    I was not present at that time.

4            Q.    Did you have any interactions with

5    Rivera?

6            A.    No, I did not.

7            Q.    Do you know whether or not he was on

8    any kind of a watch?

9            A.    I don't know.

10           Q.    Do you know if he was withdrawing

11   from heroin?

12           A.    I'm not sure.

13           Q.    Do you know that he committed

14   suicide by hanging?

15           A.    Yes, I've heard -- that's what I

16   heard.

17           Q.    Were you aware of whether or not he

18   was on medication for withdrawal?

19           A.    I can't recall if he was or not.

20           Q.    After Rivera's suicide, were there

21   any trainings or instructions that were given to

22   you, as a member of the nursing staff?

23           A.    I don't recall if there...

24           Q.    Any changes -- I'm sorry.

25           A.    I don't recall if there was any

112

1                          *Susan Waters*

1:00    2   instructions given.

2:01    3          Q.    Any changes in policies or

3:03    4   procedures after Rivera's death?

2:08    5          A.    I don't recall.  It's a couple of

2:10    6   years ago.

2:11    7          Q.    Did you have any communications with

2:12    8   anybody about the State Commission's findings in

2:15    9   the death of Rivera?

2:17   10          A.    Not that I recall.

2:18   11          Q.    Are there any answers you've given

2:2~   12   that you want to modify or change?

       13          A.    No.

2:24   14                       MS. BERG:  I don't have

12:25  15          anything else.

12:44  16          *(Off-the-record discussion between*

12:44  17          *Ms. Berg and Mr. Sinkov.)*

12:48  18   CONTINUED EXAMINATION BY MS. BERG:

12:46  19          Q.    In terms of stopping CPR, did

12:50  20   anybody ever tell you that you had to get

12:52  21   somebody else's okay or approval to do that?

12:54  22          A.    While I was doing CPR?

12:56  23          Q.    Yes.

12:57  24          A.    Not that I can recall.

12:58  25          Q.    Other than Spencer, have you done

1          *Susan Waters*

3:00   2    CPR on anybody else in the facility?

3:02   3              A.    In the facility?

3:03   4              Q.    Yes.

3:04   5              A.    No, I have not.

3:06   6              Q.    And in terms of, you know, within

3:07   7    the Putnam County Jail, did you ever form the

3:11   8    understanding that you could stop CPR on your

3:14   9    own?

3:15   10             A.    I never had to do a CPR; so,

3:18   11   therefore, I never thought about whether I could

13:21  12   stop it or not.

       13             Q.    In this case, you did stop it;

13:23  14   correct?

13:23  15             A.    I stopped when the paramedics --

13:26  16   when I was told, the paramedics were here.

13:28  17             Q.    But nobody told you to stop it?

13:30  18             A.    No.

13:30  19             Q.    That was your decision?

13:31  20             A.    I can't recall if anybody -- if we --

13:36  21   no, I can't recall if anybody said to stop it.

13:39  22             Q.    Was it your decision to stop the

13:41  23   CPR?

13:41  24             A.    I don't recall at the time.

13:44  25   Everything was just, you know, quite...

114

1                        *Susan Waters*

2          Q.    Did anybody ever question you about

3    who made the decision to stop CPR?

4          A.    No.

5          Q.    Did anybody ever question you about

6    whether or not you had the authority to do that?

7          A.    No.

8          Q.    Did anybody ever tell you, in words

9    or in substance, that you shouldn't have stopped

10   on your own?

11         A.    No.

12                   MS. BERG:   I don't have

13         anything else.

14                   MR. COON:   I have no

15         questions.

16                   MR. MELLER:   I think we're

17         done.

18                   THE WITNESS:   Fine.

19                   MR. MELLER:   Thank you.

20                   THE WITNESS:   You're

21         welcome.

22                        *oOo*

23

24              *(Time noted:   12:18 p.m.)*

25

115

1

2   STATE OF NEW YORK          )

3                              ss:

4   COUNTY OF WESTCHESTER     )

5

6

7

8              I, SUSAN WATERS, the witness

9   herein, having read the foregoing testimony of

10  the pages of this deposition, do hereby certify

11  it to be a true and correct transcript, subject

12  to the corrections, if any, shown on the

13  attached page.

14

15

16                    o0o

17

18

19                    _____

20                         SUSAN WATERS

21

22  Subscribed and sworn to before me

23  this _____ day of _____, 2008.

24

25  _____

116

1

2    STATE OF NEW YORK       )

3                           )   ss

4    COUNTY OF ROCKLAND      )

5

6

7           I, Donna Bochnik, Notary Public within

8    and for the State of New York, do hereby

9    certify:

10

11          That I reported the proceedings in the

12   within entitled matter, and that the within

13   transcript is a true record of said

14   proceedings.

15

16          I further certify that I am not

17   related to any of the parties to the action by

18   blood or marriage, and that I am in no way

19   interested in the outcome of this matter.

20

21          IN WITNESS WHEREOF, I have hereunto

22   set my hand this 1st day of February, 2008.

23

24                          DONNA BOCHNIK,
                            NOTARY PUBLIC
25

117

***I N D E X***

                                    PAGE#        LINE#

EXAMINATION BY:

MS. BERG                              4           10

DOCUMENT/DATA REQUESTED:

Production of any lists that were
for the social worker or the
psychiatrist or psychologist         91          23


PLAINTIFF'S EXHIBITS:


33 - 5/20/06 Witness statement       93          21


DEFENDANT'S EXHIBITS:

                    NONE


RULINGS CONTEMPLATED:

                    NONE

1

2    *CORRECTION SHEET*

3

4    Re:  DONNY SINKOV v. DONALD SMITH

5              The following corrections, additions

6    or deletions were noted on the transcript of

7    the testimony which I gave in the above-

8    captioned matter, held on 1/23/08.

9

10    *PAGE(S)   LINE(S)   SHOULD READ*

11    ____*____  ____*____ _____

12    ____*____  ____*____ _____

13    ____*____  ____*____ _____

14    ____*____  ____*____ _____

15    ____*____  ____*____ _____

16    ____*____  ____*____ _____

17    ____*____  ____*____ _____

18    ____*____  ____*____ _____

19

20                              _____

21                              SUSAN WATERS

22    Subscribed and sworn to before me

23    this____day of_____ 2008.

24

25

COMPU-TRAN SHORTHAND REPORTING

'06 [22] - 14:11, 16:23,
17:10, 37:15, 39:23, 39:25,
40:11, 44:22, 45:2, 45:10,
45:18, 47:22, 48:6, 50:2,
50:7, 50:20, 51:18, 61:2,
67:25, 68:6, 68:13, 68:17

# 1

1 [2] - 42:11, 48:12
1.8 [1] - 40:23
1/23/08 [1] - 118:8
10 [1] - 117:5
10509 [1] - 4:14
10532 [1] - 2:17
10601 [1] - 2:6
10604 [1] - 2:22
10:03 [1] - 1:16
10B [1] - 42:22
11 [14] - 42:22, 86:20, 87:6,
95:21, 96:9, 100:17, 100:21,
100:23, 100:24, 101:2,
101:4, 101:5, 101:8, 101:10
11501 [1] - 2:11
11:06 [1] - 62:6
11:18 [1] - 62:6
12:03 [1] - 108:21
12:12 [1] - 108:21
12:18 [1] - 114:24
13 [1] - 6:14
131 [1] - 63:19
15 [4] - 9:17, 59:18, 71:17,
96:18
15-minute [5] - 40:5, 60:3,
71:20, 76:3, 76:9
151 [1] - 2:17
16 [1] - 10:12
16B [1] - 42:22
19th [1] - 61:2
1:53 [4] - 94:12, 94:25,
102:18, 102:20
1B [1] - 88:15
1st [1] - 116:22

# 2

20 [1] - 35:21
2003 [3] - 7:13, 40:18,
62:22
2004 [1] - 62:11
2006 [14] - 15:16, 16:5,
17:20, 19:11, 19:20, 22:7,
31:11, 36:15, 36:24, 37:12,
38:23, 41:18, 43:2, 43:11,
60:5, 86:7, 93:20, 97:15
2008 [4] - 1:15, 115:23,
116:22, 118:23
20th [12] - 22:7, 22:10,
22:12, 26:10, 29:24, 31:4,

31:11, 61:2, 74:4, 88:7,
93:20, 97:15
21 [1] - 117:12
222 [1] - 1:14, 2:5
23 [2] - 1:15, 117:8
24 [3] - 10:12, 55:15, 56:14
240 [1] - 2:11
25 [2] - 40:15, 69:7
26 [1] - 73:17
27 [2] - 4:13, 100:5
28 [1] - 62:21
29 [1] - 86:4
2:05 [2] - 104:2, 104:10
2:16 [1] - 104:9
2:16 [1] - 104:10

# 3

3 [2] - 19:14, 22:13
30 [2] - 62:9, 63:11
32 [1] - 13:23
33 [4] - 93:19, 93:22, 93:24,
117:12
330 [1] - 48:9

# 4

4 [3] - 65:7, 85:3, 117:5
421 [1] - 63:12
422 [1] - 63:13
4th [1] - 14:11

# 5

5 [1] - 87:20
5/20/06 [2] - 93:21, 117:12
557 [2] - 40:19, 40:23
558 [1] - 42:7
561 [2] - 69:7, 70:6
562 [1] - 69:8

# 7

7 [3] - 18:21, 20:24, 21:14
72 [1] - 55:15

# 8

8 [1] - 42:22

# 9

9 [2] - 42:22, 105:25
91 [1] - 117:8
93 [1] - 117:12
9th [1] - 14:11

# A

a.m [12] - 1:16, 62:6, 86:20,
87:6, 95:21, 100:17, 100:21,
100:23, 101:2, 101:4, 101:5,

105:25
ability [3] - 109:10, 109:11,
109:12
able [1] - 74:19
above-captioned [1] - 1:20
absolutely [2] - 47:20, 51:8,
51:11
abuse [3] - 88:21, 88:25,
89:13
access [1] - 106:22
according [1] - 48:24
accurate [1] - 5:7
Action [1] - 49:5
action [1] - 116:17
add [1] - 73:25
additions [1] - 118:5
address [1] - 4:11
ADM [1] - 48:9
administer [1] - 3:7
administered [1] - 19:18
administers [1] - 37:19
administrative [1] - 41:11
admissions [1] - 59:9
admitted [2] - 57:23, 58:3
afternoon [2] - 27:21, 36:3
afterwards [1] - 46:11
agency [1] - 9:10
ago [3] - 6:7, 8:19, 112:6
AGREED [3] - 3:2, 3:12,
3:17
alcohol [13] - 52:6, 53:15,
53:21, 54:5, 55:4, 55:14,
56:13, 56:23, 57:6, 57:17,
65:7, 65:13, 66:3
allowed [2] - 109:4, 109:8
almost [1] - 20:9
ALSO [1] - 2:24
ambulance [1] - 96:24
AmeriCor [42] - 1:11, 1:19,
2:21, 7:7, 7:12, 7:17, 8:15,
9:5, 9:18, 11:10, 11:13,
11:25, 12:4, 15:15, 20:14,
20:20, 40:17, 43:3, 52:4,
52:10, 52:11, 52:15, 53:5,
53:11, 53:22, 57:3, 57:14,
60:3, 62:10, 62:18, 62:21,
63:4, 63:18, 64:24, 68:12,
69:12, 70:20, 70:21, 92:3,
92:10, 96:23, 108:24
AmeriCor's [3] - 25:7, 41:6,
51:5
amount [4] - 65:14, 66:12,
72:5, 110:3
AND [3] - 3:2, 3:12, 3:17
answer [1] - 5:3
answers [4] - 5:2, 42:21,
70:3, 112:11
anyhow [1] - 71:12
appear [4] - 55:6, 55:15,
56:20, 75:15

appearance [1] - 84:9
appeared [1] - 84:18
appetite [1] - 56:4
applied [1] - 5:14
approval [1] - 112:21
area [6] - 38:4, 40:8, 43:16,
43:17, 45:11, 49:10
areas [6] - 38:19, 39:8,
40:7, 50:19, 64:25, 65:23
arrest [1] - 96:20
arrival [2] - 41:10, 63:22
arrived [8] - 33:3, 34:19,
35:2, 96:19, 96:24, 97:6,
104:2, 104:6
arriving [1] - 109:25
assessed [1] - 104:18
assessment [2] - 71:7,
81:20, 81:23
assignment [2] - 9:11, 9:13
associate's [1] - 5:14
attached [2] - 40:16, 115:13
attempts [3] - 17:17, 17:20,
72:6
attend [1] - 13:19
attendance [1] - 14:16
attended [3] - 10:25, 11:13,
14:10
attention [2] - 17:5, 40:18
attorneys [1] - 3:3
Attorneys [4] - 2:5, 2:10,
2:15, 2:21
authority [5] - 92:11,
110:17, 114:6
authorized [1] - 3:7
available [1] - 91:5
aware [25] - 17:25, 20:13,
50:2, 50:13, 51:6, 51:17,
52:3, 52:10, 52:23, 53:12,
53:22, 56:14, 67:2, 67:17,
69:11, 71:18, 71:22, 72:17,
72:20, 72:22, 73:10, 75:25,
91:24, 92:6, 92:15, 111:17
awareness [1] - 72:21

# B

background [1] - 5:12
bag [1] - 99:18
band [3] - 82:20, 82:24,
83:4
bars [2] - 32:22, 33:19
Bartley [3] - 26:19, 96:15,
103:15
based [2] - 89:16, 89:18
basing [1] - 95:9
basis [1] - 110:10
Bates [6] - 40:19, 40:23,
42:7, 63:12, 69:7, 70:6
bed [3] - 33:12, 33:17,
33:18

**BEFORE** [1] - 1:18
**began** [1] - 103:14
**beginning** [2] - 31:13, 61:18
**behalf** [1] - 1:19
**believes** [1] - 75:9
**Below** [1] - 42:11
**below** [1] - 100:8
**Berg** [2] - 4:18, 112:17
**BERG** [16] - 2:6, 4:10, 8:10, 46:10, 53:18, 62:4, 62:7, 91:19, 93:18, 108:18, 108:22, 109:13, 112:14, 112:18, 114:12, 117:5
**beside** [1] - 79:9
**best** [3] - 60:6, 68:22, 69:18
**between** [5] - 3:3, 10:12, 27:22, 35:17, 112:16
**Blanchard** [4] - 28:20, 80:5, 80:12, 95:15
**blood** [7] - 86:21, 86:22, 87:6, 87:13, 100:22, 101:6, 116:18
**Bloomingdale** [2] - 1:14, 2:5
**Bochnik** [3] - 1:23, 4:3, 116:7
**BOCHNIK** [1] - 116:24
**bold** [1] - 49:6
**bones** [1] - 84:3
**book** [4] - 14:16, 44:11, 52:25, 91:14
**booking** [5] - 26:7, 39:2, 39:20, 41:7, 43:19, 43:21
**bottom** [5] - 37:8, 40:19, 42:7, 49:4, 63:12, 69:8, 96:12, 96:13, 97:13
**Boulevard** [1] - 2:11
**box** [5] - 20:6, 46:17, 48:2, 48:24, 50:22, 51:10
**boxes** [1] - 45:10
**Brady** [2] - 86:18, 87:5
**Brady's** [1] - 87:13
**break** [1] - 62:5
**Brewster** [1] - 4:14
**brief** [1] - 95:19
**bring** [1] - 78:13
**bringing** [1] - 78:9
**Broadway** [1] - 2:17
**brought** [3] - 4:20, 17:5, 100:12
**build** [1] - 84:2
**business** [1] - 9:8
**BVM** [1] - 99:23
**BY** [9] - 2:6, 2:12, 2:18, 2:23, 4:10, 62:7, 108:22, 112:18, 117:4

**C**

**C.O** [2] - 102:18, 102:24
**capacity** [2] - 1:9, 6:23
**Captain** [13] - 22:5, 22:18, 23:3, 23:11, 23:22, 24:3, 24:4, 24:23, 74:6, 74:8, 74:10, 100:12, 107:6
**captioned** [2] - 1:20, 118:8
**care** [2] - 63:21, 64:5
**case** [5] - 66:5, 91:7, 93:4, 107:21, 113:13
**cases** [1] - 110:12
**ceasing** [1] - 65:17
**cell** [11] - 33:9, 33:10, 33:13, 33:14, 34:8, 35:10, 35:14, 35:19, 99:22, 109:18
**censured** [1] - 6:17
**certain** [1] - 39:6
**certainly** [1] - 5:6
**certify** [3] - 115:10, 116:9, 116:16
**cetera** [1] - 53:4
**chairs** [2] - 77:22, 87:2
**change** [7] - 8:17, 8:23, 10:7, 68:2, 75:9, 101:20, 112:12
**changed** [7] - 8:14, 8:18, 10:17, 36:14, 52:20, 53:3, 102:3
**changes** [4] - 52:21, 52:24, 111:24, 112:3
**charge** [1] - 96:22
**chart** [7] - 22:3, 74:2, 85:9, 85:23, 85:24, 87:13, 90:8
**check** [4] - 47:21, 52:25, 67:5, 67:11
**checked** [10] - 38:19, 39:8, 40:8, 43:17, 45:12, 45:17, 48:2, 48:24, 49:11, 50:22
**chest** [2] - 35:15, 35:20
**circles** [1] - 54:22
**circumstances** [9] - 6:8, 21:22, 37:22, 39:4, 45:15, 54:5
**City** [1] - 9:7
**clammy** [1] - 82:2
**Clark's** [1] - 74:23
**Clarke** [23] - 21:2, 21:10, 25:6, 25:10, 26:2, 26:4, 58:8, 58:12, 58:17, 58:19, 58:23, 61:2, 73:18, 75:7, 89:2, 89:3, 89:7, 89:10, 107:9, 107:18, 108:2, 108:5, 108:8
**Clarke's** [1] - 100:8
**Class** [1] - 98:17
**client** [1] - 108:20
**clock** [3] - 95:3, 95:6, 95:10
**close** [1] - 6:9
**CO** [1] - 95:12

**college** [1] - 5:13
**column** [3] - 38:24, 49:9
**coming** [7] - 5:9, 8:6, 52:9, 93:2, 99:11, 99:21, 103:23
**Commission** [9] - 48:13, 48:25, 92:17, 93:2, 93:13, 106:4, 106:9, 106:16, 106:19
**Commission's** [3] - 48:19, 49:18, 112:3
**commit** [1] - 27:10
**committed** [10] - 17:11, 21:20, 21:24, 22:10, 25:5, 25:18, 36:20, 76:4, 76:15, 111:13
**committing** [2] - 13:15, 107:10
**common** [1] - 107:23
**communication** [1] - 32:10
**communications** [1] - 112:7
**company** [1] - 7:6
**compilation** [3] - 40:16, 53:7, 52:14
**complaint** [1] - 80:22
**complaints** [3] - 102:6, 102:10, 102:11
**complete** [4] - 5:7, 41:8, 87:18, 90:7
**completed** [5] - 15:6, 18:14, 22:14, 86:7, 88:7
**complexion** [1] - 84:20
**complies** [5] - 63:14, 93:25, 100:7
**concerned** [1] - 16:11
**concerning** [2] - 21:11, 46:8
**condition** [1] - 42:17
**conduct** [1] - 30:5
**conducted** [2] - 10:23, 92:17
**Connecticut** [2] - 6:4, 6:6
**connection** [4] - 4:19, 6:19, 14:24, 65:25
**considered** [3] - 12:6, 72:7, 72:11
**Constant** [1] - 59:18
**constant** [23] - 39:16, 39:17, 40:3, 48:25, 49:13, 49:19, 50:3, 50:10, 50:16, 50:21, 59:15, 60:4, 66:25, 70:6, 70:16, 70:23, 71:4, 71:10, 71:12, 71:21, 71:25, 72:2, 72:10, 73:2, 73:11
**consult** [1] - 92:13
**consulting** [1] - 110:19
**contact** [3] - 26:12, 26:13
**contacted** [1] - 110:21
**contained** [2] - 37:15, 98:13
**contains** [1] - 15:8

**CONTEMPLATED** [1] - 117:16
**context** [1] - 69:9
**CONTINUED** [3] - 62:7, 108:22, 112:18
**contract** [2] - 40:17, 72:23
**conversation** [4] - 95:19, 95:22, 96:7, 97:5
**Conversations** [1] - 60:20
**conversations** [13] - 24:24, 25:9, 26:8, 27:24, 29:23, 46:2, 89:19, 99:14, 106:25, 107:5, 107:8, 108:11, 108:14
**COON** [4] - 2:23, 49:22, 64:7, 114:14
**copy** [1] - 93:19
**correct** [18] - 11:14, 15:6, 20:11, 41:23, 58:19, 66:22, 66:23, 77:12, 86:10, 87:24, 90:4, 95:23, 97:11, 97:18, 102:25, 106:13, 113:14, 115:11
**Correct** [24] - 15:7, 15:10, 15:13, 20:12, 37:9, 38:5, 64:22, 74:6, 74:21, 77:11, 87:25, 88:6, 88:18, 92:24, 94:19, 95:24, 96:16, 97:3, 97:16, 100:10, 100:13, 100:19, 102:8, 104:4
**CORRECTION** [1] - 118:2
**Correction** [3] - 46:3, 48:13, 92:17
**correction** [11] - 16:20, 17:4, 37:19, 38:7, 38:9, 43:21, 51:14, 51:15, 65:2, 79:2, 105:19
**correctional** [1] - 70:9
**corrections** [3] - 3:18, 115:12, 118:5
**correctly** [1] - 102:23
**Counsel** [1] - 2:18
**counselor** [1] - 29:14
**country** [1] - 93:10
**County** [14] - 1:10, 2:16, 7:2, 7:10, 7:17, 8:15, 9:19, 10:4, 14:22, 40:24, 48:18, 50:4, 85:12, 113:7
**county** [2] - 13:11, 40:17, 70:20
**COUNTY** [3] - 1:11, 115:4, 116:4
**couple** [3] - 52:5, 108:19, 112:5
**Court** [2] - 3:9, 3:21
**covered** [1] - 12:23
**CPR** [31] - 33:2, 34:10, 34:12, 34:24, 35:9, 35:12, 35:16, 35:18, 91:25, 92:11, 92:14, 96:14, 96:18, 97:4, 97:5, 99:15, 99:24, 103:15,

103:21, 104:6, 108:25,
109:4, 110:2, 112:19,
112:22, 113:2, 113:8,
113:10, 113:23, 114:3
**create** [1] - 67:18
**created** [5] - 73:18, 87:12,
87:22, 91:8, 91:10
**crime** [2] - 97:21, 98:17
**cuffed** [1] - 84:25
**current** [1] - 12:25
**cut** [9] - 33:2, 33:5, 33:7,
33:8, 33:15, 33:21, 80:19,
102:18, 102:24
**cutting** [1] - 33:24

## D

**date** [9] - 20:11, 37:3, 37:4,
37:5, 62:11, 62:22, 65:15,
90:5, 91:3
**dated** [1] - 93:20
**dating** [2] - 20:3, 38:12
**day's** [1] - 12:3
**death** [4] - 86:2, 106:5,
112:4, 112:9
**deceased** [2] - 1:5, 1:6
**decision** [4] - 51:11,
113:19, 113:22, 114:3
**Defendant** [3] - 1:19, 2:10,
2:21
**DEFENDANT'S** [1] - 117:13
**Defendants** [3] - 1:12, 2:15
**defined** [1] - 84:2
**degree** [1] - 5:14
**deletions** [1] - 118:6
**delivered** [3] - 85:13, 85:15,
85:17
**Department** [1] - 99:7
**Dependent** [1] - 51:10
**DePerno** [10] - 28:3, 28:4,
28:6, 33:4, 93:15, 94:3,
95:25, 98:5, 99:2, 103:9
**deposition** [4] - 3:5, 3:6,
5:3, 115:10
**describe** [3] - 5:11, 7:18,
76:18
**described** [1] - 56:3
**desk** [3] - 95:15, 95:17,
99:18
**details** [1] - 95:22
**determination** [2] - 39:18,
39:22
**determine** [2] - 39:2, 47:10
**determined** [1] - 43:20
**determining** [2] - 71:18,
72:9
**detox** [1] - 69:20
**detoxification** [1] - 69:13
**detoxing** [4] - 70:23, 71:11,
71:13

**diarrhea** [2] - 54:21, 56:9
**DICKER** [1] - 2:20
**died** [6] - 8:21, 10:18,
12:17, 36:4, 36:7, 36:9,
74:24, 74:25
**diem** [3] - 9:24
**difference** [1] - 47:19
**different** [3] - 11:4, 11:5,
60:24
**DiMattio** [12] - 26:20, 27:22,
30:8, 30:25, 31:10, 32:18,
32:24, 82:23, 96:22, 97:5,
106:20, 107:2
**directly** [1] - 72:23
**disciplined** [1] - 6:18
**discuss** [7] - 29:19, 38:25,
39:5, 39:8, 51:15, 107:25,
108:5
**discussed** [1] - 109:7
**discussion** [5] - 4:17, 8:12,
22:25, 82:18, 82:22, 112:16
**dispense** [1] - 7:22
**DISTRICT** [2] - 1:2, 1:3
**doctor** [3] - 7:23, 91:16,
108:25
**doctor's** [1] - 91:14
**doctors** [1] - 44:11
**document** [7] - 18:22, 20:5,
36:8, 40:14, 59:5, 68:9,
87:22
**DOCUMENT/DATA** [2] -
91:23, 117:6
**documentation** [1] - 62:15
**documented** [1] - 17:21
**documenting** [1] - 67:16
**documents** [7] - 31:3,
40:16, 62:14, 62:15, 63:7,
66:9, 94:8
**DONALD** [2] - 1:9, 118:4
**Donald** [1] - 2:10
**done** [10] - 29:10, 32:2,
33:2, 38:9, 43:19, 43:25,
45:20, 47:21, 58:24, 66:6,
82:11, 85:4, 85:20, 88:9,
100:23, 106:19, 112:25,
114:17
**DONNA** [1] - 116:24
**Donna** [2] - 1:23, 4:3, 116:7
**DONNY** [2] - 1:4, 118:4
**Donny** [1] - 2:24
**door** [1] - 99:6
**doorway** [1] - 81:8
**down** [15] - 33:2, 33:5,
33:8, 33:16, 33:25, 44:6,
82:10, 90:11, 90:15, 90:22,
93:3, 102:18, 102:21,
102:24, 103:14
**Drive** [1] - 2:22
**drug** [5] - 55:8, 66:14, 67:9,
69:21, 72:4

**drug-withdrawal** [1] - 55:8
**drugs** [17] - 52:6, 53:15,
53:21, 54:6, 55:4, 55:14,
56:13, 56:23, 57:6, 57:17,
65:8, 65:13, 66:3, 66:12,
66:18, 67:3
**Duffy** [13] - 12:5, 25:9,
26:24, 27:2, 27:4, 27:15,
27:19, 27:20, 27:23, 29:5,
29:23, 96:23, 106:15
**duly** [1] - 4:3
**during** [11] - 5:3, 8:14, 12:9,
12:23, 25:7, 32:11, 49:17,
58:10, 65:5, 94:9, 99:14
**duties** [5] - 7:18, 7:20,
56:24, 57:2, 57:16
**duty** [4] - 28:8, 28:11,
28:18, 110:18

## E

**EDELMAN** [1] - 2:20
**educational** [1] - 5:12
**effect** [5] - 3:8, 3:20, 29:3,
99:22, 109:22
**effects** [1] - 72:19
**efforts** [1] - 104:19
**eight** [12] - 18:18, 42:20,
43:12, 44:4, 44:23, 45:6,
47:25, 48:23, 49:10, 50:5,
50:11, 50:17
**Eight** [1] - 11:21
**either** [3] - 14:10, 90:11,
94:8
**EKG** [1] - 35:15
**ELSER** [1] - 2:20
**elsewhere** [1] - 75:9
**emergency** [2] - 110:10,
110:12
**employed** [6] - 6:21, 7:3,
7:6, 7:9, 9:6, 9:7
**employees** [1] - 11:13
**employment** [2] - 8:14,
9:20
**end** [3] - 13:15, 31:14,
103:14
**ended** [1] - 13:14
**entire** [2] - 10:13, 98:6
**entitled** [1] - 116:12
**entity** [1] - 9:8
**entries** [2] - 100:8, 100:15
**entry** [1] - 100:17
**ESQ** [4] - 2:6, 2:12, 2:18,
2:23
**Estate** [1] - 1:6
**et** [1] - 53:4
**evaluation** [4] - 42:19,
42:23, 81:19, 81:23
**event** [1] - 16:20
**events** [2] - 26:10, 96:11

**examination** [1] - 3:18
**EXAMINATION** [8] - 1:18,
4:10, 62:7, 108:22, 112:18,
117:4
**examined** [1] - 4:5
**example** [7] - 56:16, 60:2,
72:6, 81:25, 89:6, 100:25,
110:2
**except** [1] - 3:13
**exchange** [1] - 61:24
**excuse** [2] - 65:16, 96:13
**Exhibit** [20] - 13:23, 18:21,
19:14, 20:24, 21:14, 22:13,
40:15, 48:12, 62:9, 62:21,
63:11, 69:7, 73:17, 85:3,
86:4, 87:20, 93:19, 93:22,
93:24, 100:5
**exhibit** [4] - 40:21, 85:6,
86:5, 87:21
**EXHIBITS** [2] - 117:10,
117:13
**existing** [2] - 40:24, 41:7
**experience** [4] - 55:13,
55:19, 71:23, 108:23
**explain** [1] - 4:23
**Explain** [1] - 88:15
**extent** [1] - 66:15
**eyes** [2] - 84:16, 84:23

## F

**face** [1] - 84:4
**facility** [13] - 7:12, 8:6,
40:25, 44:15, 52:9, 57:23,
61:3, 63:23, 85:18, 113:2,
113:3
**fact** [2] - 78:4, 78:7
**failed** [1] - 89:10
**false** [2] - 97:22, 98:20
**familiar** [5] - 18:25, 19:7,
19:14, 39:10, 59:2
**familiarity** [1] - 110:24
**family** [3] - 88:22, 89:14,
89:20
**far** [4] - 15:3, 30:6, 67:4,
100:25
**Father** [1] - 1:4
**February** [1] - 116:22
**felt** [4] - 33:25, 34:2,
102:19, 102:25
**female** [5] - 77:5, 77:7,
77:9, 77:15, 80:6
**fifteen** [3] - 39:14, 59:15,
71:14
**Fifteen** [1] - 35:21
**fifteen-minute** [3] - 39:14,
59:15, 71:14
**figure** [1] - 13:14
**file** [17] - 22:20, 23:2, 24:3,
24:5, 24:9, 24:13, 25:4, 31:6,

74:7, 74:9, 74:11, 74:12,
74:14, 74:15, 90:9, 100:12,
107:3
  filing [1] - 3:4
  fill [1] - 59:6
  filled [2] - 43:24, 89:24
  final [2] - 106:4, 106:7
  findings [1] - 112:8
  fine [2] - 4:25, 84:18
  Fine [1] - 114:18
  finish [1] - 71:19
  first [18] - 12:2, 21:18,
22:15, 40:22, 49:8, 52:17,
55:20, 63:11, 63:19, 64:2,
74:22, 76:13, 86:17, 98:22,
100:17
  five [2] - 6:7, 103:13
  Five [1] - 101:12
  floor [2] - 102:19, 102:25
  follow [11] - 20:2, 38:3,
41:6, 42:5, 51:9, 51:11,
51:13, 53:13, 54:3, 56:15,
71:16
  follow-up [1] - 53:13
  followed [1] - 59:12
  following [2] - 40:23, 118:5
  follows [1] - 4:6
  For.. [1] - 75:20
  force [2] - 3:8, 3:20
  foregoing [1] - 115:9
  form [47] - 3:13, 13:3,
14:21, 15:12, 18:18, 18:19,
18:25, 19:4, 19:13, 19:15,
19:19, 20:25, 22:15, 23:16,
23:17, 23:23, 25:2, 36:25,
37:6, 37:12, 37:16, 37:20,
43:13, 43:17, 45:21, 47:9,
48:8, 48:13, 48:15, 48:19,
49:4, 49:23, 58:4, 63:17,
64:8, 87:6, 87:9, 87:17, 88:2,
88:4, 89:24, 90:6, 91:13,
91:16, 108:6, 113:7
  formal [1] - 55:10
  format [1] - 21:15
  forms [6] - 16:23, 17:4,
18:15, 20:16, 24:21, 41:12,
41:20, 41:23
  forth [1] - 28:9
  Four [1] - 7:5
  four [4] - 13:12, 65:9,
98:13, 103:13
  fourth [1] - 102:21
  frequency [1] - 65:14
  front [3] - 20:5, 20:6, 80:6
  full [3] - 9:23, 9:25, 10:7
  full-time [3] - 9:23, 9:25,
10:7
  function [1] - 25:7
  FURTHER [2] - 3:12, 3:17

## G

  G-r-e-e-n-o-u-g-h [1] -
10:24
  gait [2] - 54:24, 101:24
  Gait [3] - 101:14, 101:22,
102:2
  Gannett [1] - 2:22
  gate [1] - 33:17
  gates [1] - 33:11
  GELARDI [1] - 2:18
  general [2] - 23:17, 45:16
  girl [5] - 80:9, 80:10, 80:12,
80:16, 84:7
  gist [1] - 31:16
  given [4] - 63:20, 111:21,
112:2, 112:11
  gloves [1] - 95:14
  gonna [2] - 39:2, 39:3
  good-looking [1] - 84:6
  GOULD [1] - 2:4
  grabbed [1] - 96:13
  graduated [1] - 10:2
  Greenough [1] - 10:24
  ground [1] - 33:25
  group [4] - 82:20, 82:24
  guess [1] - 80:19
  Guideline [5] - 14:21,
15:12, 18:15, 22:15, 47:9
  guidelines [2] - 12:16,
71:15

## H

  hair [1] - 80:19
  half [2] - 7:5, 8:18
  hall [2] - 79:4, 79:7
  hallucinating [1] - 54:23
  hallucinations [1] - 56:9
  halfway [2] - 77:25, 82:10
  hand [3] - 33:21, 43:25,
116:23
  Handing [13] - 14:2, 18:23,
40:20, 48:14, 62:12, 62:23,
69:9, 73:19, 85:5, 86:4,
87:20, 93:24, 100:6
  handouts [1] - 11:15
  handwriting [4] - 21:16,
87:24, 100:9, 104:12
  handwritten [1] - 19:3
  hanging [4] - 32:21, 33:19,
95:16, 111:14
  happy [1] - 4:23
  Hawthorne [1] - 2:17
  head [6] - 34:3, 83:17,
96:22, 103:3, 103:11
  health [13] - 42:17, 42:18,
42:23, 43:4, 43:12, 43:16,
43:22, 44:2, 63:21, 64:5,
88:4, 110:9

  Health [4] - 89:7, 89:25,
90:19, 104:25
  health-care [2] - 63:21,
64:5
  health-trained [1] - 63:21
  hear [1] - 80:25
  heard [6] - 35:7, 48:3, 63:2,
106:6, 111:15, 111:16
  height [1] - 83:21
  heightened [1] - 58:20
  held [7] - 1:20, 6:5, 6:12,
9:19, 62:6, 108:21, 118:6
  help [2] - 96:15, 103:15
  HEREBY [1] - 3:2
  hereby [2] - 115:10, 116:8
  herein [1] - 115:9
  hereto [1] - 3:4
  hereunto [1] - 116:21
  heroin [5] - 58:11, 66:19,
66:21, 75:12, 111:11
  high [3] - 5:12, 45:22, 48:3
  High [1] - 45:24
  high-risk [1] - 48:3
  higher [14] - 42:20, 43:13,
44:4, 44:23, 45:6, 45:24,
47:13, 47:24, 47:25, 48:24,
50:5, 50:11, 50:17, 72:14
  history [16] - 7:21, 7:22,
17:16, 17:19, 43:8, 58:11,
65:16, 72:4, 75:12, 86:25,
89:13
  History [2] - 86:21, 95:4
  hit [3] - 34:2, 34:3, 103:11
  hitting [1] - 103:3
  hold [1] - 5:15
  HOLTZER [1] - 2:12
  home [1] - 27:6
  Hours [1] - 34:15
  hours [5] - 10:5, 10:10,
11:21, 34:16, 55:15, 56:14
  Housing [12] - 32:13,
32:14, 32:21, 58:20, 77:5,
77:9, 77:11, 78:12, 78:13,
95:15, 105:21, 105:24
  HSA [2] - 96:21, 110:20
  hum [17] - 8:7, 14:4, 18:24,
21:3, 29:4, 34:20, 40:21,
41:14, 42:13, 49:7, 63:14,
66:23, 69:10, 88:16, 89:15,
101:17, 105:9

## I

  id [1] - 93:23
  immediately [1] - 63:22
  implemented [4] - 70:13,
71:21, 73:12, 109:21
  important [1] - 68:9
  IN [1] - 116:21
  in-service [3] - 10:20,

10:22, 10:25
  in-services [1] - 11:8
  inaccurate [2] - 98:9, 98:12
  INC [2] - 1:11, 1:19
  inc [4] - 2:21, 62:10, 62:21,
63:18
  incident [1] - 46:16
  include [4] - 55:24, 64:17,
96:6, 96:8
  included [1] - 19:20
  includes [1] - 72:18
  including [1] - 60:16
  including [4] - 65:8, 65:14,
79:25, 91:25
  incoming [2] - 17:9, 19:16
  incomplete [1] - 5:5
  indicate [17] - 14:16, 18:9,
23:10, 23:12, 58:19, 58:23,
59:9, 59:11, 59:14, 66:10,
66:24, 75:14, 92:9, 94:11,
103:2, 104:5, 109:20
  indicated [5] - 28:25, 35:22,
36:14, 49:19, 65:18, 90:3
  indicates [2] - 13:25, 75:2
  indicating [2] - 52:5, 109:2
  indicating [3] - 24:16,
33:20, 87:9
  indication [3] - 47:14, 87:4,
87:7
  indicator [2] - 48:2, 48:4
  individually [4] - 1:9, 1:10,
1:11, 78:24
  individuals [2] - 70:6, 73:6
  individuals [4] - 55:13,
70:14, 72:13, 72:24
  information [4] - 19:10,
19:19, 88:25, 110:2
  informed [1] - 22:2
  initial [2] - 64:13, 108:15
  initials [2] - 14:7, 20:10
  inmate [52] - 7:21, 8:5, 8:6,
17:6, 18:14, 22:2, 25:16,
25:23, 27:9, 37:23, 39:12,
40:3, 40:12, 41:10, 42:17,
43:12, 44:4, 44:14, 44:23,
45:5, 45:11, 47:24, 48:23,
50:4, 50:10, 50:17, 50:22,
52:4, 52:8, 53:14, 53:20,
54:5, 56:12, 56:16, 56:18,
56:22, 57:5, 57:16, 58:10,
60:15, 60:24, 66:2, 67:22,
69:2, 69:20, 71:4, 85:18,
86:14, 86:17, 91:16, 96:21,
110:9
  inmate [11] - 18:22, 19:21,
19:25, 20:7, 24:9, 24:17,
41:6, 41:19, 66:9, 102:18,
102:24
  inmate's [3] - 41:10, 45:16,
85:22

inmates [1] - 42:19
inmates [32] - 7:24, 13:8, 13:9, 13:12, 15:6, 17:9, 19:16, 25:18, 36:20, 59:11, 59:15, 60:9, 60:11, 60:12, 63:20, 64:9, 68:4, 70:23, 71:9, 71:24, 78:11, 78:16, 78:21, 78:23, 79:6, 79:8, 79:10, 82:12, 82:17, 86:14, 90:24, 106:11
input [1] - 109:5
inquire [3] - 64:25, 65:13, 85:22
inquiries [1] - 67:8
inquiry [1] - 64:17
inside [2] - 33:8, 33:11
institute [1] - 49:12
instituted [2] - 49:2, 49:21
instruct [1] - 48:23
instructions [2] - 111:21, 112:2
instrument [1] - 98:19
intake [8] - 18:22, 19:21, 19:25, 20:7, 24:10, 24:18, 41:8, 41:19
intake [23] - 7:20, 8:4, 8:13, 10:16, 14:25, 15:2, 15:15, 17:21, 18:2, 18:7, 18:9, 18:11, 25:6, 36:13, 36:17, 43:7, 44:9, 46:21, 46:23, 46:24, 47:5, 47:21, 51:2, 51:3, 52:2, 52:9, 56:13, 57:20, 64:13, 65:22, 67:13, 67:16, 85:19
interact [1] - 57:4
interaction [3] - 60:14, 81:3, 86:9
interactions [5] - 30:3, 31:5, 37:18, 60:20, 76:10, 105:5, 107:25, 111:4
interested [1] - 116:19
interrupt [1] - 5:5
interviewed [2] - 13:7, 13:8
introduction [1] - 12:3
investigation [2] - 30:5, 92:18
Investigator [5] - 28:3, 33:4, 93:15, 94:3, 95:25, 96:18
involved [4] - 28:7, 57:20, 93:3, 107:21
involvement [4] - 30:10, 46:8, 46:20, 110:25
IS [3] - 3:2, 3:12, 3:17
issued [2] - 106:4, 106:7
IT [3] - 3:2, 3:12, 3:17
itself [5] - 19:4, 19:19, 37:6, 63:18, 87:8

## J

Jackson [2] - 28:15, 28:16
Jail [4] - 7:2, 7:17, 8:15, 9:19, 10:4, 14:22, 50:4, 85:12, 113:7
jail [11] - 36:20, 41:11, 62:18, 63:4, 64:10, 71:10, 72:9, 106:11, 108:24, 110:8, 110:25
January [1] - 1:15
jaw [1] - 84:2
job [3] - 7:18, 7:20, 11:24
joking [2] - 81:3, 81:7
JOSEPH [1] - 1:10
Joseph [1] - 2:15
jurisdiction [1] - 5:19
jurisdictions [2] - 5:25, 6:3
Just... [1] - 28:10
Justice [1] - 3:9

## K

Karen [1] - 28:16
keep [1] - 31:3
kept [4] - 62:17, 63:3, 63:6, 85:21
Kevin [1] - 106:14
kidding [2] - 81:3, 81:7
Kim [1] - 2:6
Kim [1] - 4:13
kind [15] - 14:16, 28:8, 31:21, 39:3, 52:14, 53:13, 56:9, 58:20, 67:5, 67:11, 81:22, 87:16, 104:19, 107:22, 111:8
knowingly [1] - 93:20
knowledge [7] - 48:16, 52:19, 55:9, 55:11, 60:6, 68:23, 75:18
known [1] - 48:8

## L

Lane [1] - 4:13
LAPOLLA [1] - 1:10
LaPolla [8] - 2:16, 46:7, 46:13, 46:20, 47:2, 108:11
lapse [1] - 6:11
lapsed [2] - 6:15, 35:17
last [11] - 6:5, 11:20, 55:7, 56:14, 65:15, 69:24, 70:5, 91:10, 95:9, 96:20
laugh [1] - 80:8
laughed [1] - 80:17
laws [1] - 98:18
lawsuit [1] - 4:20
learn [9] - 55:12, 55:18, 55:24, 68:24, 70:12, 72:13, 76:2, 106:3, 106:8
least [1] - 39:15

leave [1] - 5:6
leaving [3] - 59:6, 103:22, 103:24
LaFever [13] - 22:5, 22:18, 23:3, 23:11, 23:22, 24:3, 24:4, 24:23, 74:7, 74:8, 74:10, 100:12, 107:6
left [2] - 44:18, 103:6
level [4] - 39:6, 39:13, 58:21, 75:16
levels [3] - 70:7, 70:15, 72:25
license [4] - 6:6, 6:9, 6:15, 6:19
licensed [2] - 5:20, 5:24
licenses [1] - 5:15
lifesaving [1] - 109:21
light [1] - 72:21
likely [1] - 56:17
line [3] - 101:14, 102:21, 103:14
LINE [1] - 117:3
LINE(S [1] - 118:10
lines [4] - 12:16, 96:13, 100:2, 103:13
list [2] - 91:20, 117:7
lists [2] - 91:20, 117:7
LLP [2] - 2:9, 2:14
located [1] - 33:12
locked [1] - 95:14
look [19] - 16:3, 16:8, 16:11, 16:12, 16:14, 16:22, 18:20, 38:14, 38:17, 57:16, 63:10, 84:13, 84:15, 84:20, 86:4, 87:19, 93:24, 95:6, 100:4
looked [10] - 15:19, 24:15, 25:4, 61:21, 80:11, 82:20, 82:23, 84:4, 84:18, 95:10
looking [7] - 24:15, 79:4, 79:5, 84:6, 84:8, 86:13, 95:2
looks [1] - 20:9
LOUIS [1] - 1:10
Louis [1] - 2:16
LOVETT [1] - 2:4

## M

male [1] - 80:10
MANGONE [1] - 2:14
manual [3] - 52:15, 52:20
Manual [4] - 53:5, 62:11, 62:22, 63:11
manuals [1] - 52:17
marked [6] - 13:23, 40:15, 48:12, 62:9, 62:21, 73:17, 93:19, 93:22
marks [4] - 67:5, 67:6, 87:12
marriage [1] - 116:18

mask [1] - 99:18
materials [1] - 49:19
matter [10] - 1:20, 16:7, 16:22, 41:22, 61:6, 61:12, 85:11, 116:12, 116:19, 118:8
mean [6] - 11:10, 31:23, 33:19, 54:12, 83:24, 83:9
meaning [2] - 20:15, 41:5
Meaning [1] - 13:8
meant [1] - 101:24
measures [1] - 109:21
medical [48] - 7:21, 7:25, 15:8, 15:19, 15:20, 16:2, 17:23, 18:3, 18:10, 19:10, 21:25, 22:20, 23:19, 24:2, 24:4, 24:9, 30:14, 62:18, 63:4, 74:7, 74:9, 74:10, 76:19, 76:22, 76:24, 77:4, 77:6, 77:7, 77:8, 77:16, 77:18, 77:21, 78:11, 78:12, 78:24, 79:5, 85:14, 85:16, 85:21, 85:22, 86:15, 86:16, 86:22, 94:13, 100:12, 109:2, 109:5, 110:7
Medical [9] - 18:22, 19:21, 19:25, 20:7, 24:10, 24:18, 41:8, 41:19, 66:9
medicals [1] - 85:13
medication [3] - 16:2, 56:20, 111:16
medications [2] - 7:23, 37:24
meds [4] - 8:2, 60:16, 60:18, 106:2
meet [3] - 93:12, 99:2, 99:5
meeting [2] - 94:9, 99:3
meetings [1] - 53:4
MELISSA [1] - 2:12
MELLER [8] - 4:15, 46:9, 53:18, 73:3, 97:23, 109:11, 114:16, 114:19
member [1] - 111:22
memo [1] - 13:24
Mental [4] - 89:7, 89:25, 90:19, 104:25
mental [11] - 42:17, 42:18, 42:22, 43:4, 43:12, 43:15, 43:22, 43:25, 72:19, 88:4, 110:9
mental-health [1] - 110:9
mid [1] - 7:13
middle [1] - 96:14
mild [2] - 55:20, 55:23
Mineola [2] - 2:11, 2:11
minimum [2] - 64:16, 65:12
minute [3] - 39:14, 59:15, 71:14
minutes [7] - 34:15, 62:5, 96:18, 101:11, 101:12, 104:18, 108:19

Minutes [2] - 34:16, 34:17
MIRANDA [1] - 2:9
misdemeanor [1] - 98:17
misspoke [1] - 5:4
misunderstood [1] - 16:18
mode [2] - 65:8, 65:14
modify [1] - 112:12
modifying [1] - 48:18
Monday [2] - 91:6, 91:8
monitor [5] - 35:15, 35:19, 75:3, 75:19, 75:22
monitored [2] - 75:10, 75:22
months [1] - 10:3
more.. [1] - 73:7
morning [2] - 78:17, 108:4
MOSKOWITZ [1] - 2:20
most [1] - 29:10
Most [1] - 86:17
Mot-in [1] - 80:7
MR [11] - 4:15, 46:9, 49:22, 53:16, 64:7, 73:3, 97:23, 109:11, 114:14, 114:16, 114:19
MS [15] - 4:10, 8:10, 46:10, 53:18, 62:4, 62:7, 91:19, 93:18, 108:18, 108:22, 109:13, 112:14, 112:18, 114:12, 117:5
must [1] - 48:25

N

name [3] - 4:11, 28:21, 79:19
Nappi [1] - 96:19
nauseous [1] - 54:20
near [1] - 103:20
necessarily [2] - 19:3, 61:19
necessary [1] - 49:12
need [3] - 37:21, 38:25, 59:12, 62:5, 70:4, 99:23
needed [5] - 15:23, 29:13, 29:14, 32:12, 81:17
needle [2] - 67:5, 67:12
needles [1] - 66:25
needs [1] - 80:13
never [4] - 93:14, 109:7, 113:10, 113:11
Never [3] - 7:11, 10:9, 107:7
NEW [3] - 1:3, 115:2, 116:2
new [4] - 15:6, 52:6, 59:9, 106:11
New [15] - 1:11, 1:15, 1:22, 2:6, 2:11, 2:17, 2:22, 4:5, 4:14, 5:21, 6:13, 9:7, 48:13, 98:18, 116:9
next [7] - 42:16, 64:21,

79:21, 89:12, 91:3, 104:8, 110:7
Next [1] - 99:6
night [4] - 25:24, 58:11, 61:22, 96:20
nobody [1] - 113:17
NONE [2] - 117:14, 117:17
Norberto [1] - 111:2
North [10] - 32:12, 32:14, 32:21, 58:20, 78:12, 78:13, 95:13, 95:15, 105:21, 105:24
nose [2] - 55:25, 84:11
Notary [4] - 1:21, 3:19, 4:4, 116:7
NOTARY [1] - 116:24
Note [18] - 35:23, 36:2, 36:6, 67:18, 57:24, 68:5, 68:8, 68:13, 68:16, 68:21, 68:23, 73:17, 74:23, 87:13, 97:23, 102:17, 103:3, 105:14
note [10] - 73:22, 73:23, 74:3, 74:20, 75:6, 86:9, 88:14, 101:13, 105:10, 105:13
noted [4] - 86:13, 90:19, 114:24, 118:6
Notes [8] - 24:13, 24:15, 36:11, 66:9, 74:11, 74:13, 100:5, 104:22
notes [3] - 31:3, 31:6, 53:4
Nothing [3] - 31:17, 31:19, 106:17
nothing [1] - 81:11
noticed [1] - 83:22
notified [4] - 50:23, 51:19, 92:22, 96:21
notify [2] - 49:12, 51:23
November [30] - 14:11, 15:16, 16:4, 16:23, 36:15, 36:23, 37:12, 37:14, 38:23, 39:23, 39:25, 40:11, 41:18, 43:2, 43:11, 44:22, 45:2, 45:10, 45:18, 47:22, 48:6, 49:25, 50:7, 50:20, 62:11, 67:25, 68:6, 68:13, 68:16
Number [2] - 63:19, 65:7
number [9] - 38:14, 38:15, 38:16, 39:5, 39:12, 45:22, 45:24, 51:10, 65:9
numbered [4] - 42:10, 42:21, 64:18, 64:19
nurse [26] - 5:18, 6:24, 15:14, 18:2, 18:10, 20:14, 37:14, 39:21, 41:12, 43:3, 43:22, 51:23, 52:12, 53:13, 53:23, 54:9, 57:14, 59:5, 61:8, 64:24, 67:17, 67:22, 67:23, 71:8, 71:16, 92:10, 96:22, 110:18
Nurse [2] - 21:2, 25:5

nurse.. [1] - 42:12
nurses [5] - 8:24, 10:18, 11:5, 60:3, 66:8
Nurses [3] - 9:9, 9:15, 9:23
nursing [4] - 5:14, 9:9, 11:6, 111:22

O

o'clock [5] - 95:21, 100:24, 101:2, 101:8, 101:10
oath [1] - 3:7
Objection [2] - 49:22, 64:7
objection [1] - 97:24
objections [1] - 3:13
observation [2] - 70:8, 100:21
observations [2] - 83:20, 88:15
observe [2] - 33:22, 84:10
observed [5] - 32:25, 33:24, 76:19, 82:5, 82:9, 105:20
occasion [2] - 11:22, 40:2
occur [1] - 14:2
occurred [4] - 9:3, 55:7, 65:17, 100:21
OF [8] - 1:3, 1:11, 115:2, 115:4, 116:2, 116:4
Off-the-record [3] - 4:17, 8:12, 112:16
offer [1] - 102:11
offered [1] - 102:7
office [17] - 21:25, 22:22, 23:19, 30:16, 53:6, 62:18, 63:4, 76:20, 76:22, 76:24, 77:4, 78:24, 79:4, 79:6, 79:13, 94:13, 95:14
Officer [26] - 28:19, 28:20, 32:9, 46:3, 77:25, 78:9, 78:10, 79:3, 79:15, 80:5, 80:12, 81:2, 81:6, 82:16, 83:3, 94:16, 96:15, 95:25, 96:15, 99:14, 99:17, 103:15, 103:18
officer [33] - 3:7, 15:14, 16:21, 17:5, 28:21, 32:6, 32:16, 33:20, 33:24, 37:19, 38:7, 38:9, 39:2, 39:9, 39:20, 41:8, 43:18, 43:21, 43:24, 44:3, 45:7, 45:13, 45:22, 51:3, 51:14, 51:15, 54:8, 65:2, 77:6, 79:2, 80:9, 107:15
officers [5] - 16:9, 28:7, 28:23, 70:9, 105:19
official [1] - 1:9
often [2] - 45:20, 70:22
Oliver [3] - 28:20, 77:25, 78:9, 78:10, 79:3, 81:2, 81:6, 82:16, 83:3

on-the-job [1] - 11:24
once [2] - 90:7, 91:15
One [2] - 28:20, 53:7
one [14] - 11:8, 12:17, 13:14, 16:9, 25:18, 32:7, 42:11, 53:9, 63:11, 77:17, 82:15, 104:13, 108:8, 108:15
onwards [1] - 91:11
opposed [1] - 71:5
order [1] - 8:2
ordered [1] - 7:23
orientation [2] - 12:7, 12:10, 52:18
original [2] - 24:6, 24:9, 74:2
otherwise [3] - 49:17, 55:13, 55:19
outcome [1] - 116:19
outside [13] - 33:9, 33:10, 33:17, 33:18, 33:20, 76:19, 76:22, 76:24, 77:4, 77:16, 77:18, 77:20, 86:16
own [8] - 55:9, 55:11, 73:21, 73:23, 104:11, 109:5, 113:9, 114:10

P

P-1 [1] - 85:3
P-1s [1] - 85:13
p.m [6] - 94:12, 94:25, 102:18, 102:20, 104:2, 104:9, 108:21, 114:24
package [1] - 18:17
packet [7] - 15:5, 15:18, 18:3, 18:13, 18:16, 19:21, 24:10
Paddock [1] - 4:13
PAGE [1] - 117:3
page [15] - 15:20, 16:2, 16:4, 16:8, 18:21, 19:6, 40:19, 42:6, 42:9, 64:21, 65:7, 69:7, 70:5, 73:24, 96:14, 115:13
PAGE/S [1] - 116:10
pages [5] - 15:13, 18:18, 19:9, 63:15, 63:19, 115:10
pair [1] - 95:14
pale [1] - 84:20
pamphlets [1] - 11:16
paper [1] - 18:16
paperwork [4] - 15:2, 15:5, 15:18, 30:24
paragraph [5] - 40:22, 96:12
paragraphs [3] - 42:11, 64:18, 64:19
paramedic [2] - 96:25, 108:25, 109:6
Paramedics [1] - 33:3

paramedics [15] - 34:19,
35:2, 35:4, 35:5, 35:11,
35:18, 97:6, 104:2, 104:15,
104:18, 109:17, 109:19,
109:24, 113:15, 113:16
Pardon [1] - 54:16
parents [1] - 78:9
part [13] - 9:24, 10:6, 15:8,
15:11, 19:15, 29:6, 36:17,
65:21, 72:8, 74:13, 74:15,
75:8, 101:16
part-time [2] - 9:24, 10:6
participant [1] - 25:17
particular [4] - 20:25,
23:15, 38:4, 56:22
parties [2] - 3:4, 116:17
passed [1] - 106:2
passing [1] - 60:16
past [1] - 66:13
patch [1] - 26:24
peak [1] - 55:21
peaking [1] - 56:7
penalty [1] - 97:17
people [3] - 13:7, 22:21,
70:22
per [2] - 9:24
perform [2] - 34:12, 35:16
performed [5] - 25:6, 34:10,
89:4, 104:19, 110:2
performing [2] - 34:24,
99:15 . . . . . . . . .
period [3] - 53:17, 55:6,
77:18
perjury [1] - 97:18
permitted [1] - 108:24
person [9] - 25:13, 26:14,
33:8, 98:19, 98:21, 109:2,
109:6, 110:8, 110:10
Personal [1] - 1:5
Personally [1] - 41:24
personally [1] - 51:25
personnel [2] - 42:18,
63:22, 64:6
pertain [1] - 51:6
pertaining [6] - 12:11,
20:25, 21:12, 36:11, 61:21,
69:21
peruses [3] - 19:8, 40:21,
69:10, 85:6, 86:5, 87:21
Peter [10] - 21:2, 21:10,
58:8, 73:16, 89:2, 89:3,
100:8, 107:11, 107:15, 108:3
phone [12] - 25:13, 25:14,
26:15, 26:16, 26:18, 27:3,
27:5, 29:6, 31:25, 32:4, 32:5,
60:23
photocopy [1] - 73:25
physical [2] - 72:18, 84:9
Physical [1] - 95:4
physically [1] - 33:13

Piazza [2] - 32:9, 94:18
Piazza's [1] - 32:10
pieces [1] - 18:18
place [7] - 1:21, 13:12,
40:25, 43:10, 71:3, 77:17,
91:17
placed [5] - 39:14, 40:3,
58:20, 71:24, 72:2
Plains [3] - 1:15, 2:6, 2:22
Plaintiff [1] - 2:5
Plaintiff's [5] - 13:23,
18:21, 19:14, 62:9, 93:22
PLAINTIFF'S [1] - 117:10
Plaintiffs [1] - 1:7
point [40] - 5:5, 10:8, 16:21,
18:5, 22:8, 23:15, 23:18,
23:21, 25:10, 26:9, 29:22,
34:25, 35:13, 40:18, 45:13,
45:22, 46:10, 49:17, 53:18,
55:12, 67:14, 67:21, 72:13,
74:16, 74:19, 75:8, 75:19,
76:18, 79:12, 79:18, 82:19,
85:8, 86:2, 92:16, 98:11,
99:19, 102:9, 103:23, 107:6,
109:20
pointed [6] - 15:9, 16:15,
23:3, 23:14, 23:23, 42:4
Pointing [1] - 20:5
Policies [1] - 92:3
policies [21] - 20:13, 38:22,
39:11, 40:3, 50:2, 50:8,
50:12, 50:14, 50:20, 50:25,
51:4, 51:5, 51:20, 52:3,
52:11, 52:22, 53:3, 53:10,
53:23, 54:2, 57:3, 68:11,
68:15, 68:24, 69:11, 71:3,
71:6, 72:22, 91:24, 92:6,
112:3
Policy [4] - 53:5, 62:10,
63:11, 63:19
policy [14] - 42:7, 51:25,
52:14, 57:7, 57:13, 61:6,
61:10, 64:16, 68:7, 68:18,
59:5, 69:16, 70:12, 70:17
portion [7] - 17:23, 18:3,
18:10, 19:4, 23:15, 41:2,
98:16
poses [1] - 47:15
position [2] - 9:22, 9:23
possible [2] - 89:11, 91:3
Potential [1] - 1:5
practice [3] - 16:7, 16:22,
17:2, 17:14, 41:22, 57:9,
57:12, 61:12, 68:20
practices [7] - 38:23, 39:11,
40:9, 54:4, 71:3, 72:8, 85:12
precisely [2] - 101:8, 101:9
presence [1] - 14:17
present [7] - 22:19, 38:7,
78:16, 79:16, 94:5, 99:8,

111:3
PRESENT [1] - 2:24
presented [3] - 56:22, 57:5,
66:2
presents [6] - 52:5, 53:14,
53:21, 54:6, 56:12
president [1] - 96:24
pretty [1] - 84:7
Prevention [6] - 14:21,
15:12, 22:14, 41:9, 41:20,
47:8
prevention [5] - 12:12,
12:15, 19:15, 48:14, 48:19
previous [2] - 17:16, 17:19
Previous [1] - 18:4
previously [5] - 13:23,
40:15, 52:5, 62:9, 73:17
problem [1] - 95:13
problems [6] - 8:2, 65:16,
66:13, 88:22, 89:14, 89:21
problems/psychiatric [1] -
7:25
Procedure [1] - 62:22
procedure [13] - 10:17,
44:21, 52:2, 52:15, 57:6,
57:14, 61:6, 61:11, 68:19,
69:5, 70:13, 70:17
Procedures [1] - 53:6
procedures [31] - 20:2,
40:24, 41:7, 50:3, 50:9,
50:12, 50:14, 50:21, 50:25,
51:4, 51:6, 52:3, 52:10,
52:22, 53:4, 53:11, 53:23,
54:2, 57:4, 68:12, 68:15,
68:25, 69:12, 69:17, 71:3,
71:7, 91:25, 92:3, 92:7,
110:8, 112:4
proceedings [2] - 116:11,
116:14
process [6] - 8:13, 15:15,
25:7, 36:13, 43:10, 52:9
production [1] - 91:20
Production [1] - 117:7
Professional [3] - 9:9, 9:16,
9:23
professional [2] - 5:15,
5:17
Progress [25] - 24:13,
24:15, 35:23, 36:2, 36:6,
36:11, 66:9, 67:18, 67:24,
68:5, 68:6, 68:13, 68:16,
68:21, 68:23, 73:17, 74:11,
74:13, 74:23, 87:12, 100:5,
102:17, 103:3, 104:22,
105:14
progress [2] - 31:6, 75:16
progressing [1] - 69:2
progression [4] - 70:7,
70:15, 72:25, 73:7
prompted [1] - 105:6

promptly [1] - 42:14
proposal [1] - 72:24
provide [3] - 59:15, 109:25,
110:9
provided [1] - 70:14
psych [1] - 37:23
psychiatric [3] - 17:16,
17:19, 43:8
psychiatrist [9] - 7:24,
43:9, 44:7, 90:12, 90:24,
91:4, 91:22, 110:22, 117:8
psychiatrists [1] - 110:5
psychological [1] - 7:22
psychologist [2] - 91:22,
117:8
psychologists [1] - 110:6
Public [4] - 1:21, 3:19, 4:4,
116:7
PUBLIC [1] - 116:24
pulled [1] - 22:3
punishable [1] - 98:17
purpose [1] - 47:8
put [15] - 20:15, 20:17,
33:21, 35:14, 35:19, 44:6,
67:23, 69:9, 71:9, 90:8,
90:11, 90:15, 90:21, 90:22,
95:21
Putnam [14] - 1:10, 2:16,
7:2, 7:10, 7:17, 8:15, 9:19,
10:4, 14:21, 40:24, 46:18,
50:4, 85:12, 112:7
PUTNAM [1] - 1:11

Q

questioned [3] - 13:13,
31:10, 103:9
questions [17] - 4:21,
15:22, 30:2, 30:9, 30:13,
37:15, 37:25, 40:13, 42:21,
53:14, 58:17, 65:4, 66:11,
69:20, 69:22, 81:13, 114:15
quite.. [1] - 113:25
quote [1] - 96:14

R

R.N [1] - 6:13
radio [1] - 35:7
ran [1] - 95:14
RANDAZZO [1] - 2:14
Re [1] - 118:4
read [5] - 98:5, 99:15,
99:23, 102:23, 115:9
READ [1] - 118:10
reading [1] - 85:21
reads [2] - 97:8, 97:12
ready [1] - 79:22
reafize [1] - 5:4
realized [1] - 102:4
reason [4] - 49:11, 96:6,

103:6, 103:8
receive [3] - 11:15, 11:23, 42:19
received [8] - 14:19, 32:5, 36:14, 45:3, 60:23, 94:12, 95:5, 95:7
Receiving [2] - 40:20, 42:15, 63:18, 63:20, 64:5, 54:15, 64:17, 65:11, 67:18
Recess [2] - 62:6, 108:21
recollection [5] - 69:18, 88:10, 88:12, 88:23, 101:7
recommend [2] - 40:2, 106:19
recommended [2] - 106:9, 106:10
record [9] - 4:12, 4:16, 4:17, 8:11, 8:12, 19:8, 69:10, 112:16, 116:13
Record [9] - 18:23, 19:22, 19:25, 20:7, 24:10, 24:18, 41:9, 41:19, 66:10
records [2] - 21:12, 66:17
refer [1] - 43:8
references [1] - 110:5
referral [22] - 24:21, 43:12, 43:16, 43:23, 44:2, 44:8, 44:24, 58:24, 67:17, 68:2, 88:4, 89:4, 89:25, 90:4, 90:6, 90:19, 104:25, 105:6, 105:8, 106:6
referrals [1] - 43:4
referred [2] - 42:18, 42:22, 89:7
refers [1] - 40:23
regarding [5] - 16:2, 52:11, 70:18, 91:25, 106:5
registered [5] - 5:17, 6:24, 41:12, 42:12, 43:3
regular [1] - 9:11
regulation [1] - 49:18
related [1] - 116:17
remember [12] - 14:13, 24:14, 28:21, 46:5, 61:24, 83:13, 84:2, 84:6, 86:23, 94:20, 94:23, 95:2
reminded [1] - 83:4
renew [1] - 5:10
Repeat [3] - 44:25, 52:7, 68:14
repeat [1] - 50:6
rephrase [1] - 4:24
replied [1] - 83:7
report [7] - 58:2, 58:4, 106:4, 106:7, 106:16, 106:21, 106:23
Report [12] - 59:3, 59:8, 59:14, 59:17, 60:5, 60:8, 60:25, 61:7, 61:22, 86:6, 87:5, 105:11

reported [1] - 116:11
Reporter [1] - 1:24
Reports [1] - 61:13
represent [1] - 4:19
Representative [1] - 1:5
REQUESTED [2] - 91:23, 117:6
requested [1] - 41:11
require [3] - 50:10, 50:16, 50:21
required [19] - 13:19, 20:14, 36:16, 36:17, 36:19, 36:24, 37:11, 38:11, 41:18, 50:3, 53:12, 54:3, 56:15, 57:4, 61:7, 68:12, 68:16, 68:25, 72:23
requirement [5] - 17:25, 50:24, 51:17, 51:22, 68:3
requires [1] - 53:22
requiring [1] - 68:19
Reread [1] - 20:10
reread [1] - 21:2
reserved [1] - 3:14
respect [10] - 5:2, 15:6, 15:18, 36:24, 37:11, 38:24, 69:12, 73:18, 85:4, 87:13
respective [1] - 3:3
responsibilities [2] - 7:19, 12:4
resuscitation [1] - 104:19
review [13] - 17:3, 19:10, 20:3, 20:15, 21:11, 22:4, 30:24, 37:2, 38:10, 41:12, 41:19, 41:23, 42:3, 42:14, 51:8, 61:7, 61:13, 94:8, 106:21
reviewed [6] - 18:10, 22:5, 22:20, 24:3, 61:20, 89:23
reviewing [1] - 19:25
Rich [11] - 13:24, 26:20, 26:23, 26:24, 26:25, 27:5, 27:6, 27:7, 27:9, 96:21, 106:20
risk [5] - 47:15, 48:3, 69:2, 70:6, 70:14, 72:15, 72:24, 73:8
Rivera [3] - 111:2, 111:5, 112:9
Rivera's [2] - 111:20, 112:4
Road [2] - 1:14, 2:5
ROCKLAND [1] - 116:4
role [2] - 15:14, 43:4, 43:6
roughly [2] - 8:3, 8:18
RULINGS [1] - 117:16
runny [1] - 55:25, 84:11

## S

SAMBURSKY [1] - 2:9
SANTANELO [1] - 2:14

Saturday [1] - 91:3
saw [17] - 15:25, 22:16, 32:19, 32:21, 35:10, 74:22, 77:16, 78:15, 78:20, 83:10, 85:10, 85:25, 86:14, 87:5, 98:22, 101:3, 109:19
scan [2] - 45:19
scanned [1] - 45:21
scene [2] - 96:25, 104:3
scheduled [1] - 11:4
school [1] - 5:12
science [1] - 5:14
scissors [1] - 95:18
score [9] - 38:18, 42:20, 44:4, 45:6, 45:17, 47:12, 47:25, 50:4, 50:10
scored [3] - 43:12, 44:23, 48:23
scores [2] - 39:12, 50:17
screen [3] - 42:20, 68:4, 69:19
screening [31] - 10:19, 12:11, 12:24, 13:2, 14:20, 15:9, 16:4, 16:9, 16:13, 16:16, 16:23, 17:4, 23:4, 23:15, 23:23, 25:2, 36:25, 37:6, 37:12, 37:20, 38:9, 38:11, 42:3, 43:13, 47:10, 48:20, 64:12, 84:14, 65:5, 85:19, 89:24
Screening [17] - 18:15, 22:15, 40:20, 41:9, 41:20, 47:3, 63:18, 63:21, 64:5, 64:15, 64:17, 65:12
Screenings [2] - 42:15, 67:18
screenings [2] - 8:25, 51:3
sealing [1] - 3:4
second [4] - 8:11, 19:6, 42:6, 65:8
Second [1] - 42:9
seconds [1] - 35:21
secretary [3] - 11:7, 11:9, 11:10
Section [1] - 40:22
section [2] - 49:5, 89:12
sections [1] - 88:15
see [88] - 7:20, 8:5, 14:3, 20:24, 21:5, 21:14, 21:18, 21:23, 25:5, 34:6, 38:18, 41:2, 41:13, 42:24, 44:6, 45:20, 49:4, 49:6, 49:14, 52:14, 52:17, 53:2, 54:8, 56:16, 56:18, 56:25, 60:9, 60:11, 60:25, 63:24, 64:9, 64:20, 65:18, 66:6, 66:17, 68:2, 70:10, 76:25, 77:3, 77:7, 77:8, 77:10, 77:12, 78:23, 80:13, 80:18, 81:17, 82:2, 82:8, 84:15, 85:3, 85:7,

86:17, 90:11, 90:16, 90:24, 94:15, 97:2, 100:18, 101:16, 101:19, 102:12, 102:20, 103:17, 105:23, 110:9
See [1] - 7:24
seeing [2] - 56:21, 56:23, 61:5, 61:25, 77:14, 78:21, 84:24, 88:11, 105:25
sees [2] - 67:22, 91:16
sentence [6] - 42:16, 49:8, 63:20, 64:2, 70:5
separate [6] - 13:25, 18:16, 44:11, 53:6, 63:7, 63:8
sequence [1] - 96:11
sergeant [3] - 28:24, 39:19, 110:19
Sergeant [4] - 10:24, 28:15, 28:16, 46:7
series [1] - 42:10
serve [1] - 11:5
service [3] - 10:20, 10:22, 10:25
services [1] - 11:8
set [3] - 10:5, 20:2, 116:22
Seven [1] - 45:25
seven [1] - 47:13
several [2] - 64:18, 66:21
severe [5] - 56:6, 70:7, 70:15, 72:25, 75:16
severity [1] - 73:8
shaded [15] - 38:19, 39:7, 40:7, 40:8, 43:16, 45:10, 45:11, 45:17, 48:2, 48:24, 49:10, 50:19, 50:22, 51:9
SHEET [1] - 118:2
sheet [4] - 14:18, 17:22, 89:25, 90:19
Sheriff [1] - 1:9
Sheriff's [1] - 99:6
shift [16] - 28:15, 39:19, 44:18, 51:16, 51:18, 51:23, 53:2, 57:22, 59:6, 61:3, 61:8, 61:13, 61:16, 61:18, 75:8, 96:7, 110:19
Shift [13] - 59:3, 59:8, 59:14, 59:17, 60:4, 60:8, 60:25, 61:7, 61:13, 61:22, 86:6, 87:5, 105:11
shirt [1] - 33:21
shock [1] - 31:21
shocked [1] - 26:5
Shorthand [1] - 1:24
SHOULD [1] - 118:10
show [7] - 13:22, 40:14, 48:11, 52:8, 62:20, 69:6, 73:16
showed [1] - 13:12
showing [2] - 54:7, 54:11
shown [2] - 13:10, 115:12
sick [4] - 7:24, 54:19,

60:12, 60:21
**sick-call** [1] - 60:12
**side** [2] - 15:19, 34:5
**Sign** [1] - 37:4
**sign** [1] - 14:15, 14:25, 18:2, 18:6, 19:24, 37:3, 37:4, 37:5, 97:21
**signature** [1] - 98:15
**signed** [5] - 3:6, 3:6, 3:19, 3:20, 18:8, 97:13, 97:17, 98:6, 98:23
**signing** [3] - 38:12, 97:21, 98:15
**signs** [13] - 36:19, 54:7, 54:11, 54:13, 54:17, 55:3, 58:13, 68:4, 69:19, 75:12, 75:15, 106:11, 106:19
**simple** [2] - 55:25, 56:3
**singing** [1] - 82:24
**SINKOV** [3] - 1:4, 1:5, 118:4
**Sinkov** [23] - 1:6, 2:24, 8:21, 17:11, 20:25, 21:12, 21:20, 22:9, 22:17, 29:24, 32:21, 46:4, 57:19, 73:19, 79:21, 85:4, 87:17, 89:20, 93:3, 100:6, 105:2, 106:5, 112:17
**Sinkov's** [1] - 22:20
**Sinkovs** [1] - 4:19
**sit** [2] - 88:24, 104:24
**sitting** [7] - 77:20, 78:2, 79:8, 82:5, 86:15, 87:2
**Sitting** [2] - 82:6, 82:7
**situations** [2] - 17:2, 110:13
**six** [9] - 10:3, 18:18, 39:7, 39:12, 42:11, 45:24, 47:12, 64:19, 64:25
**Six** [1] - 45:25
**skin** [1] - 81:25
**skip** [1] - 42:15
**SLONE** [1] - 2:9
**SMITH** [2] - 1:9, 118:4
**Smith** [1] - 2:10
**social** [11] - 13:13, 43:9, 44:7, 90:12, 90:23, 91:4, 91:21, 110:5, 110:11, 110:22, 117:9
**SOKOLOFF** [1] - 2:9
**sometime** [1] - 51:17
**Sometimes** [2] - 37:24, 45:20
**sometimes** [5] - 54:10, 55:14, 56:19, 70:24, 72:14
**somewhere** [1] - 85:23
**soon** [1] - 61:19
**sorry** [3] - 16:17, 111:24
**Sorry** [2] - 34:22, 65:10
**South** [5] - 77:5, 77:9, 77:11

**SOUTHERN** [1] - 1:3
**speaking** [4] - 25:11, 27:22, 27:23, 46:6
**specific** [7] - 17:2, 19:18, 28:23, 31:17, 46:19, 85:22, 107:24
**Specifically** [1] - 73:13
**specifically** [7] - 12:23, 16:10, 29:20, 30:19, 31:19, 73:11, 103:11
**SPENCER** [1] - 1:5
**Spencer** [72] - 1:6, 8:21, 10:17, 12:17, 20:25, 21:12, 21:20, 22:9, 22:17, 25:5, 26:9, 27:24, 29:20, 29:24, 30:3, 30:9, 30:10, 31:5, 33:5, 33:7, 33:15, 36:4, 36:7, 46:3, 46:7, 46:8, 57:19, 58:20, 61:3, 61:21, 67:9, 73:18, 74:24, 74:25, 75:9, 75:19, 76:11, 77:14, 77:15, 78:15, 78:20, 79:12, 79:19, 79:25, 80:2, 80:6, 81:7, 81:13, 82:19, 83:6, 83:10, 85:4, 86:10, 86:15, 86:24, 87:17, 89:7, 89:20, 95:20, 100:5, 101:3, 102:9, 103:3, 103:11, 105:2, 105:20, 106:5, 107:2, 107:10, 110:22, 112:25
**Spencer's** [12] - 22:14, 23:23, 24:25, 33:10, 33:13, 33:14, 35:19, 36:10, 46:21, 66:5, 86:2, 105:16
**spoken** [1] - 33:3
**ss** [2] - 115:3, 118:3
**staff** [5] - 11:6, 41:6, 41:11, 42:23, 111:22
**Staff** [1] - 13:24
**staff..** [1] - 41:5
**stamp** [3] - 20:10, 21:4, 40:23
**stamped** [4] - 40:19, 42:7, 69:7, 70:6
**stamps** [1] - 63:12
**standing** [3] - 79:3, 81:8, 103:20
**start** [2] - 4:18, 7:14
**started** [6] - 7:16, 10:6, 12:2, 20:19, 46:22, 46:23, 80:8, 96:14
**starts** [1] - 42:12
**STATE** [2] - 115:2, 116:2
**state** [1] - 22:14
**State** [14] - 1:22, 4:4, 4:11, 48:12, 48:18, 48:25, 49:18, 92:17, 93:2, 93:12, 98:18, 106:4, 112:8, 116:8
**Statement** [2] - 93:20, 93:21
**statement** [12] - 28:4,

93:16, 94:2, 95:22, 96:7, 96:12, 97:22, 98:6, 98:20, 98:24, 103:10, 117:12
**states** [1] - 62:10
**STATES** [1] - 1:2
**stating** [3] - 51:25, 58:2, 99:22
**stay** [1] - 91:16
**stays** [1] - 91:18
**steady** [2] - 54:24, 101:24
**stepped** [3] - 35:10, 35:18, 109:18
**still** [1] - 51:3
**STIPULATED** [3] - 3:2, 3:12, 3:17
**stood** [1] - 84:17
**stop** [15] - 34:25, 54:10, 92:11, 92:14, 97:5, 108:24, 109:4, 109:13, 109:14, 113:8, 113:12, 113:13, 113:17, 113:21, 113:22, 114:3
**stopped** [10] - 35:3, 35:9, 35:18, 77:18, 78:10, 92:2, 96:18, 99:24, 113:15, 114:9
**stopping** [1] - 97:4, 104:5, 112:19
**subject** [1] - 115:11
**Subscribed** [2] - 115:22, 118:22
**substance** [7] - 31:16, 49:9, 88:21, 88:25, 89:13, 96:6, 114:9
**sugar** [2] - 86:22, 87:14
**sugars** [4] - 86:21, 87:6, 100:22, 101:6
**suicidal** [2] - 17:7, 37:24, 47:11, 47:15
**suicide** [54] - 8:25, 10:16, 12:11, 12:12, 12:15, 12:23, 12:25, 13:15, 14:10, 14:20, 16:4, 16:6, 16:12, 18:15, 16:22, 17:11, 17:17, 17:19, 19:15, 21:21, 21:24, 22:10, 22:17, 23:4, 23:14, 23:23, 25:2, 25:5, 25:19, 26:23, 27:10, 36:10, 36:25, 37:6, 37:11, 37:19, 38:11, 42:3, 42:20, 43:13, 47:16, 48:3, 48:14, 48:19, 51:8, 72:15, 76:4, 76:15, 89:24, 107:10, 110:25, 111:14, 111:20
**Suicide** [7] - 14:21, 15:11, 18:14, 22:14, 41:9, 41:20, 47:8
**suicide-prevention** [1] - 19:15
**suicide-screening** [3] - 14:20, 16:4, 16:8
**summarized** [1] - 41:3

**sunken** [1] - 84:4
**supervise** [1] - 78:11
**supervision** [7] - 40:3, 49:20, 58:21, 70:16, 70:24, 73:2, 73:12
**supervisor** [8] - 26:19, 28:16, 49:12, 50:23, 51:16, 51:18, 51:23, 92:22
**supposed** [9] - 53:24, 59:6, 64:25, 65:2, 65:22, 67:17, 67:23, 105:10, 105:13
**surgery** [1] - 16:2
**SUSAN** [4] - 1:18, 115:8, 115:20, 118:21
**Susan** [1] - 4:13
**suspended** [1] - 6:18
**sweatshirt** [2] - 83:14, 83:17
**sworn** [7] - 3:6, 3:8, 3:21, 4:3, 96:7, 115:22, 118:22
**symptoms** [20] - 54:8, 54:12, 54:14, 54:17, 55:3, 55:5, 55:9, 55:14, 55:17, 55:20, 55:23, 56:7, 56:16, 58:13, 69:3, 69:20, 72:18, 75:13, 75:15

---

# T

**table** [2] - 34:5
**ten** [2] - 95:3, 104:16
**terms** [75] - 8:4, 8:13, 9:22, 10:16, 11:23, 15:14, 16:25, 18:13, 19:6, 20:3, 22:13, 25:6, 34:24, 38:13, 38:10, 38:22, 39:13, 40:7, 42:6, 43:10, 44:13, 44:21, 45:9, 47:12, 50:19, 52:2, 52:8, 53:5, 53:10, 53:20, 54:4, 55:3, 55:11, 55:17, 55:23, 56:6, 56:12, 57:3, 57:12, 57:19, 60:11, 60:20, 63:17, 64:11, 64:15, 65:11, 67:16, 68:11, 70:25, 72:4, 72:12, 75:2, 84:5, 84:9, 84:10, 84:19, 86:12, 88:14, 89:12, 90:6, 91:2, 95:19, 96:11, 97:4, 101:13, 102:17, 103:25, 104:8, 107:24, 108:23, 109:24, 110:5, 110:16, 112:19, 113:6
**terrible** [1] - 31:20
**testified** [1] - 4:5
**testimony** [2] - 115:9, 118:7
**THE** [4] - 1:11, 73:5, 114:18, 114:20
**there..** [1] - 111:23
**therefore** [2] - 41:6, 113:11
**thereto** [1] - 3:19
**they've** [2] - 4:20, 52:5

thin [5] - 83:22, 83:23, 83:25, 84:2, 84:5
Thin [1] - 83:25
thinks [1] - 80:18
third [2] - 42:16, 101:14
Three [1] - 2:22
three [3] - 11:4, 13:25, 101:11
throughout [2] - 56:18, 61:17
throwing [1] - 54:20
timing [1] - 20:3
TIMOTHY [1] - 2:23
today [6] - 4:21, 65:21, 88:24, 104:24, 106:25, 108:12
together [4] - 22:6, 63:7, 63:9, 78:14
toll [1] - 46:17
took [9] - 24:4, 46:17, 74:7, 74:8, 74:10, 74:12, 96:25, 99:4, 104:2
top [3] - 62:10, 65:9
topics [2] - 12:15, 12:22
total [5] - 38:15, 38:16, 38:24, 39:12, 46:17, 49:10
touch [1] - 81:25
track [1] - 67:6
train [1] - 48:22
trained [6] - 8:24, 10:18, 12:3, 55:5, 55:8, 63:21
training [25] - 9:2, 10:20, 11:2, 11:12, 11:20, 11:23, 11:24, 12:14, 12:20, 12:24, 13:17, 13:20, 13:25, 14:10, 14:20, 15:16, 36:15, 40:2, 45:3, 47:23, 49:17, 49:19, 49:25, 55:10, 72:12
trainings [1] - 111:21
transcript [4] - 5:8, 115:11, 116:13, 118:6
treatment [1] - 42:19
trial [1] - 3:14
TRIAL [1] - 1:18
true [8] - 10:13, 20:19, 59:19, 98:21, 115:11, 116:13
try [1] - 13:14
two [12] - 5:13, 11:4, 18:21, 19:9, 53:6, 53:9, 63:7, 63:15, 63:19, 82:16, 95:3, 101:11
two-page [1] - 18:21
type [3] - 49:20, 65:14, 110:10
types [4] - 65:8, 69:22, 85:13, 110:13

U

Um-hum [13] - 8:7, 14:4, 18:24, 21:3, 29:4, 34:20,

40:21, 41:14, 42:13, 49:7, 53:14, 66:23, 88:16, 89:15, 101:17, 106:9
um-hum [1] - 69:10
UN [1] - 101:16
under [9] - 21:22, 40:22, 49:8, 70:8, 70:16, 73:2, 84:22, 97:17, 98:18
Under [1] - 39:4
undercover [1] - 107:16
understood [1] - 109:9
unit [9] - 54:10, 56:19, 56:20, 77:5, 78:10, 78:12, 78:14, 105:21, 105:24
UNITED [1] - 1:2
Unless [2] - 16:9, 54:7
unless [1] - 42:3
unsteady [4] - 101:15, 101:23, 102:2, 102:5
up [14] - 13:14, 38:3, 42:5, 51:9, 51:11, 51:13, 53:13, 54:3, 54:20, 56:15, 59:12, 65:10, 82:9, 108:20
updated [1] - 52:20
upstairs [1] - 43:19
use.. [1] - 65:9

V

valve [1] - 99:18
varies [1] - 90:25
various [1] - 88:15
vary [3] - 9:13, 17:13, 17:14
Vasaturo [4] - 2:15, 46:3, 46:23, 47:4
VASATURO [1] - 1:10
Verbal [2] - 58:5, 58:6
verbal [1] - 61:24
verbally [1] - 75:8
versus [1] - 17:3
VERVENIOTIS [1] - 2:9
vicinity [1] - 33:15
video [3] - 13:5, 13:10, 13:11
view [1] - 47:19
VINCENT [1] - 2:18
vision [1] - 35:8
visit [2] - 78:8, 91:11
visits [1] - 91:9
vital [4] - 36:19, 68:4, 106:10, 106:19
vitals [1] - 106:16
vomiting [1] - 56:9

W

waiting [2] - 99:10, 110:7
waived [1] - 3:5
walk [1] - 82:8
walking [2] - 82:10, 82:14
wants.. [1] - 80:7

watch [23] - 39:3, 39:13, 39:15, 39:16, 39:17, 40:5, 48:25, 49:13, 49:19, 50:3, 50:10, 50:16, 50:21, 59:16, 68:25, 71:4, 71:14, 71:21, 71:25, 72:3, 72:10, 76:3, 111:8
watched [1] - 13:6
watches [1] - 60:4
watching [1] - 79:6
WATERS [4] - 1:18, 115:6, 115:20, 118:21
Waters [2] - 4:13, 4:18
watery [1] - 84:16
ways [1] - 68:22
wearing [2] - 83:10, 83:12
week [1] - 10:10
weekend [1] - 91:8
weight [1] - 83:21
welcome [1] - 114:21
Wendover [2] - 26:19, 79:15, 79:16, 99:14, 99:17, 99:21, 103:16, 103:19
WESTCHESTER [1] - 115:4
WHEREOF [1] - 116:21
whether.. [1] - 73:9
White [3] - 1:15, 2:6, 2:22
whole [6] - 23:16, 23:17, 31:12, 45:21, 46:16, 74:12
WILSON [1] - 2:20
withdraw [1] - 72:6
withdrawal [13] - 54:14, 55:4, 55:8, 55:18, 58:14, 69:3, 70:8, 70:15, 72:15, 72:25, 73:9, 75:13, 111:18
withdrawing [4] - 71:24, 72:3, 72:14, 111:10
withdrawn [1] - 15:4
withdrew [1] - 66:13
witness [1] - 115:8
Witness [12] - 1:19, 19:8, 40:21, 63:14, 69:10, 85:6, 86:5, 87:21, 93:21, 93:25, 100:7, 117:12
WITNESS [4] - 73:5, 114:18, 114:20, 116:21
Witness' [1] - 93:20
words [10] - 12:19, 21:15, 38:3, 39:5, 57:15, 66:18, 67:21, 70:19, 99:22, 114:8
worker [9] - 13:13, 43:9, 44:7, 90:12, 90:23, 91:4, 91:21, 110:22, 117:8
workers [2] - 110:6, 110:11
wrap [1] - 108:20
write [15] - 36:6, 38:11, 44:10, 44:11, 44:14, 59:18, 60:9, 60:17, 60:19, 68:5, 68:8, 73:24, 74:20, 75:5, 91:14

writing [4] - 60:3, 82:2, 73:21, 101:21
written [5] - 58:5, 91:13, 98:19, 101:15, 102:4
wrote [11] - 20:4, 31:6, 35:22, 35:25, 68:23, 73:23, 74:2, 88:19, 101:22, 102:2, 102:6

Y

year [2] - 8:18, 10:3
years [6] - 5:13, 6:7, 6:14, 7:5, 9:17, 112:6
YORK [3] - 1:3, 115:2, 116:2
York [15] - 1:11, 1:15, 1:22, 2:6, 2:11, 2:17, 2:22, 4:5, 4:14, 5:21, 6:13, 9:7, 48:13, 98:18, 116:8
yourself [1] - 43:22

Z

Zero [1] - 102:6
zero [1] - 104:14