**EXHIBIT "F"**

JJ 28

PUTNAM COUNTY ~~~~~~~

#27

## PROGRESS NOTES
(To be used by All Health Providers)

| DATE | PROGRESS NOTES | SIGNATURE |
|------|----------------|-----------|
| ~M 5200 | Rcceived in Booking A&O Normal gait non tremulo[us] good spirits stats feels fine last used heroin 24 hours ago will monitor PRN c̄ sts of withdrawl. | |
| 1/20/06 11AM | Observed Im Sinkov outside of medical was laughing and joking around. Im was in good spirits and c̄ complaints offered at this time. Sib walks an gait unsteady. | S.Waters RN |
| 1:53 PM | Recieved phone call to go to NWU, arrived at NWU cell #7 and observed Inmate hanging from outerbars, left of cell door. Inmate appeared very pale and ashen in color. Inmate cut down by C. Oat which time he fell to the floor. I instructed Sgt. Jackson to call 911. Cell gate was opened and I proceed into cell. I assessed Inmate for pulse and respirations at which time there was none. Inmates eyes were open, fixed and dialated. Saliva was noted coming from Im's mouth. I began CPR c̄ help from Officer Bentley and Officer Wendover. CPR was continued c̄ oxygen. I continued to reassess for pulse and respirations. appro. 2:06 PM paramedics arrived and took over the scene. 2:16 PM paramedics determined that Inmate was asystole. HSA Rich DeMatteo & Ms Duffy notified at this time. | Susan Waters |

SINKOU SPENCER
Patient's Name and Number

PCCF
Facility

Sheet Number 1