**EXHIBIT "G"**

COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
DONNY A. SINKOV, as Administrator of
the Estate of Spencer E. Sinkov, deceased,
DONNY A. SINKOV, and HARA SINKOV,

                    Plaintiffs,

          -against-                07 Civ. 2866 (CLB)

DONALD B. SMITH, individually and in his
official capacity as Sheriff of Putnam County,
JOSEPH A. VASATURO, individually,
LOUIS G. LAPOLLA, individually,
THE COUNTY OF PUTNAM, New York,
and AMERICOR, INC.,

                    Defendants.

--------------------------------------------------------X


                    Date:   December 10, 2007
                    Time:   2:13 p.m.
                    Place:  3 Gannett Drive
                            White Plains, New York



     VIDEOTAPED DEPOSITION OF HARA S. SINKOV,

a Plaintiff in the above-captioned matter, held pursuant

to Notice, at the above time and place, before Stacie

Gero, CSR, a Notary Public of the State of New York.


-----------------------------------------------------------

          COURT REPORTING ASSOCIATES, INC.
            1699 Route 6; P.O. Box 113
             Carmel, New York  10512
                  (845) 225-0024

2

2

3    A P P E A R A N C E S:

4

       LOVETT & GOULD, LLP
5          Attorneys for Plaintiffs
           222 Bloomingdale Road
6              White Plains, New York  10605
       BY:   KIM BERG, ESQ.
7

8

       SANTANGELO, RANDAZZO & MANGONE, LLP
9          Attorneys for Defendants Smith, Vasaturo, Lapolla,
       and the County of Putnam
10            151 Broadway
          Hawthorne, New York  10532
11          BY:   JAMES A. RANDAZZO, ESQ.

12

       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
13         Attorney for Defendants
         3 Gannett Drive
14           White Plains, New York  10604-3407
       BY:   BERNICE E. MARGOLIS, ESQ.
15

16

17   A L S O   P R E S E N T:

18         Donny A. Sinkov
       Alice Brodie
19         Michael S. Bennett, Videographer,
       Richmond Legal Video
20

21

22

23

24

25

3

2            S T I P U L A T I O N S

3

4

5        IT IS HEREBY STIPULATED AND AGREED, by and between

6    the attorneys for the respective parties hereto, that

7    the sealing and filing of the within deposition be

8    waived.

9

10

11       IT IS FURTHER STIPULATED AND AGREED that this

12   deposition may be signed and sworn to before any officer

13   authorized to administer an oath with the same force and

14   effect as if signed and sworn to before the officer

15   before whom said deposition is taken.

16

17

18       IT IS FURTHER STIPULATED AND AGREED that all

19   objections, except as to form, are reserved to the time

20   of trial.

21

22

23

24

25

4

2          THE VIDEOGRAPHER:  We are now on the

3    record beginning approximately 2:14 p.m., December 10,

4    2007.

5          This is the deposition of Hara Sinkov

6    taken on behalf of defendants in the matter of Donny A.

7    Sinkov, As Administrator of the Estate of Spencer E.

8    Sinkov, Deceased, Donny A. Sinkov and Hara Sinkov,

9    Plaintiffs, against Donald B. Smith, individually and in

10   his official capacity as Sheriff of Putnam County,

11   Joseph Vasaturo, individually, Louis Lapolla,

12   individually, the County of Putnam, New York, and

13   Americor, Inc., Defendants.

14          The location at which this deposition is

15   being taken is the offices of Wilson, Elser, Moskowitz,

16   Edelman & Dicker, LLP, located at 3 Gannett Drive in

17   White Plains, New York.  Present along with Ms. Sinkov

18   is the stenographic reporter, Stacie Gero, with Court

19   Reporting Associates, Inc., of Carmel, New York, and

20   currently speaking, the videographer, Michael Bennett

21   with Richmond Legal Video of White Plains, New York.

22          Would counsel please identify themselves?

23          MS. BERG:  Counsel for the Plaintiff, Kim

24   Berg of Lovett & Gould, LLP.

25          MR. RANDAZZO:  James Randazzo for

5

1                          HARA SINKOV

2    Defendants Donald B. Smith, Joseph A. Vasaturo, Louis G.

3    Lapolla, and the County of Putnam.

4              MS. MARGOLIS:  Bernice Margolis, Wilson,

5    Elser, Moskowitz, Edelman & Dicker, for Defendant

6    Americor, Inc.

7              MS. BRODIE:  Alice Brodie, Wilson, Elser

8    Edelman, Moskowitz & Dicker for Americor.

9              THE VIDEOGRAPHER:  Thank you very much.

10   Would the reporter please swear in the witness.

11                       HARA SINKOV,

12        Having been first duly sworn by Stacie Gero, a

13        Notary Public of the State of New York, was

14        examined and testified as follows:

15                       * * * * * *

16   EXAMINATION BY MR. RANDAZZO:

17        Q.   Please state your name and address for the

18   record.

19        A.   Hara S. Sinkov, 31 Boswell Road, Putnam

20   Valley, New York, 10579.

21        Q.   Good afternoon, Ms. Sinkov.  I'm going to be

22   asking you some follow-up questions in connection with a

23   lawsuit that you filed in this matter.

24              If at any time I ask you something that you

25   don't understand, let me know.  I'll be happy to

COURT REPORTING ASSOCIATES, INC.

6

1                          HARA SINKOV

2    rephrase it for you.

3              Of course, if at any time you want to change

4    or modify an answer that you gave already, just let me

5    know.  We can certainly go back and do that.

6              Now, you were present for your husband's

7    deposition this morning?

8         A.   Yes, I was.

9         Q.   Can you describe your educational background?

10        A.   I graduated through graduate school at Hunter

11   College.

12        Q.   And when was that?

13        A.   19 -- let's see.  1978.

14        Q.   And what did you study in graduate school?

15        A.   Speech pathology and audiology.

16        Q.   Approximately three years ago, were you

17   diagnosed with cancer?

18        A.   Yes, for the second time.

19        Q.   Okay.  And what type of cancer were you

20   diagnosed with at that time?

21        A.   Metastatic breast cancer.

22        Q.   And did you undergo an operation or operations

23   about three years ago?

24        A.   Yes.

25        Q.   And you've had no operations since then; is

7

1                          HARA SINKOV

2     that correct?

3          A.   That's correct.

4          Q.   Are you on any medication today?

5          A.   Yes, I am.

6          Q.   And what are you taking?

7          A.   I'm on two types of chemotherapy; Xeloda,

8     which is a pill that I take twice a day and -- I can't

9     remember the name of the other one.  I can't remember

10    the name.

11         Q.   Is that in pill form also?

12         A.   No.  That's -- that's intravenously

13    administered at my doctor's office.

14         Q.   How often is that?

15         A.   It's once a week for two weeks and then a week

16    off.  Abraxane.

17         Q.   Okay.  And which doctor's office is that done

18    at?

19         A.   Dr. Asim Aijaz.

20         Q.   Has any doctor discussed a prognosis with you

21    with respect to the cancer?

22         A.   I should have been dead three years ago.

23         Q.   When did you have that discussion?

24         A.   Actually, Dr. Aijaz took my husband aside when

25    I first went into the hospital and told him that I

COURT REPORTING ASSOCIATES, INC.

```
1                          HARA SINKOV

2    probably wasn't going to come out standing up.

3         Q.    This is when you had the operation three years

4    ago?

5         A.    Yes.

6         Q.    Has anybody discussed a prognosis with you in

7    the last six to eight months?

8         A.    No.   They don't do -- I don't think they put

9    themselves out.

10        Q.    Now, after you had your operation three years

11   ago, you were living at 31 Boswell Road; is that right?

12        A.    That's right.

13        Q.    In Putnam Valley?

14        A.    Uh-huh.

15        Q.    And Spencer was residing at the home with you

16   at that time?

17        A.    Yes.

18        Q.    After you had the operation and you were back

19   home, did Spencer provide any services to you?

20        A.    He did a lot of things for me, yes.

21        Q.    Can you describe for us what he did for you?

22        A.    He would prepare meals.  He did household

23   chores that I had normally been doing, such as shopping,

24   cooking, cleaning.  Generally straightening things out.

25   Answering the phone.  Taking -- just taking care of a
```

9

1                       HARA SINKOV

2    lot of little things.

3        Q.    Did he provide any personal care to you,

4    things that he had to do for you individually?

5        A.    He would get compresses for me.  Things like

6    that.  Bring me a cup with my toothbrush if I couldn't

7    get up.

8        Q.    How often would he prepare meals?

9        A.    He always did something every day for me to

10   make sure that I ate something.  As far as larger meals,

11   maybe twice a week.

12       Q.    And the other chores around the house, how

13   often would he do those things?

14       A.    Well, he was very helpful as far as doing work

15   that my husband would normally do, such as shoveling the

16   snow and cutting the grass.  That kind of thing.

17       Q.    Did there come a point in time after your

18   operation that you were able to resume your normal

19   routine and duties?

20       A.    Never completely back to normal, but where I

21   did get to the point where I could do a lot more than I

22   had been doing.

23       Q.    And about when was that?

24       A.    It's hard to say.  I'm on my, about, fifth

25   line of treatment, and in between I would recuperate

10

1                        HARA SINKOV

2    enough to do my normal chores.  So it would be months

3    with a space of weeks in between.

4        Q.    Does anybody do these chores now that Spencer

5    used to do?

6        A.    A lot of it goes undone.

7        Q.    Did anyone provide any help to you while

8    Spencer was attending school or while he was working?

9        A.    He -- he would always come and go.  He never

10   took such a heavy load of classes that he was out of the

11   house for more than four or five hours, and while he was

12   work -- he only also worked for a period of, say, three

13   or four hours, so he always came home in between.  And

14   my husband was retired from his job in the City, so he

15   was also in and out.

16       Q.    Back in May of 2006, Spencer had a girlfriend

17   by the name of Natalie Klein; is that correct?

18       A.    That's correct.

19       Q.    Have you spoken to Natalie Klein at all in the

20   last six months?

21       A.    Yes.

22       Q.    When for the last time did you do that?

23       A.    Well, Natalie and I text each other and

24   e-mail, and she was supposed to stop by at Thanksgiving,

25   but I guess she got too busy because she didn't come by.

11

1                           HARA SINKOV

2     But -- she will -- I'm sure that I'll be seeing her

3     before Christmas.

4          Q.   Have you been in touch with her since Spencer

5     passed away?

6          A.   Yes.

7          Q.   Had regular contact with her?

8          A.   Yes.

9          Q.   Where does she live?

10         A.   Well, she's a student at Bard College and she

11    has an apartment there, and when she's not at Bard, she

12    stays mainly with her mother.  I think she lives in

13    Hartsdale.

14         Q.   Do you know her telephone number?

15         A.   Not offhand, but I can give it to you.

16         Q.   Thank you.

17              MS. BERG:  Do you want to leave a blank

18    in the transcript?

19              MR. RANDAZZO:  Yes, we can do that.  It's

20    the easiest way I think.

21              (NATALIE KLEIN'S PHONE NUMBER REQUESTED

22              BY COUNSEL.)

23    _____

24    BY MR. RANDAZZO:

25         Q.   Before the time that you most recently saw

COURT REPORTING ASSOCIATES, INC.

12

1                    HARA SINKOV

2    Natalie, when was the last time that you saw her?

3        A.    I think before she started school in

4    September.

5        Q.    Prior to Spencer being arrested, did you ever

6    have any discussions with him about his addiction to

7    heroin?

8        A.    Yes.

9        Q.    On how many occasions would you say?

10       A.    There were many small conversations that were

11    geared mainly toward what we could do to help him and

12    how did we get in this situation.

13       Q.    And what do you recall him saying during those

14    conversations?

15       A.    The programs that he looked into -- he did a

16    lot of this himself; he was a very self-motivated

17    person -- he found to be inadequate in that although

18    they offered help initially for maybe a week, there was

19    no follow-up and he really needed some -- something more

20    long term.  We were investigating residential programs

21    at the time of his death.  He also found that there

22    wasn't anything for his age group.  If he had been

23    younger, there would have been programs, and if he were

24    older, there would have been programs where he could

25    have checked himself in.  But there didn't seem to be

1                        HARA SINKOV

2    anything that -- that he felt was adequate.  So

3    (pause) --

4        Q.   Well, did he ever express to you his feelings

5    on going into a residential treatment facility?

6        A.   That wouldn't have been his first choice, but

7    I think that he -- he wanted to get off heroin very

8    badly.  I know that before he -- before he was arrested,

9    he told me that he was self-medicating to try to undo

10   the effects of the heroin, so he was taking drugs that

11   I -- I'm not really that familiar with.

12       Q.   Do you recall any of the names of the drugs

13   that he was taking for that purpose?

14       A.   Not really.

15       Q.   Did Spencer ever discuss with you the fact

16   that he had thoughts of hurting himself, injuring

17   himself, or killing himself?

18       A.   No.

19       Q.   After Spencer was arrested the next day -- I

20   believe it was May 20, 2006 -- did you go to visit him

21   at the Putnam County Correctional Facility?

22       A.   Yes.

23       Q.   And you went with your husband and your other

24   son Trevor?

25       A.   Yes.

14

1                              HARA SINKOV

2          Q.    And you had a chance to meet with Spencer for

3    about 15 minutes or so?

4          A.    Yes.

5          Q.    Did you have a conversation with him at that

6    time?

7          A.    Yes.

8          Q.    And can you tell me the best that you recall

9    everything that was said during the conversation that

10   you had?

11         A.    My husband asked him if he was okay, if he had

12   been mistreated in any way, and if he was going through

13   withdrawal.  And he said that it wasn't bad yet.  And

14   Trevor leaned over to me and said that it would come on

15   kind of suddenly and that it would get bad quickly.  And

16   it was a conversation -- part of the conversation was

17   that he was told he'd be in jail for 25 years and that

18   he was being assigned an attorney.  And we told him that

19   we would get him a private attorney and that we would

20   get him out of there.  And he said something like, "I

21   know this is bad."  And I said, "No, Spencer.  Not doing

22   your homework is bad.  This is serious."  And I think

23   those were the last things that -- the last words that I

24   said to him other than "We'll see you in a couple of

25   days."

1                          HARA SINKOV

2              He -- there was conversation also about him

3     being given Methadone or something to help him out, and

4     the guard who was standing only a few feet away and

5     focused on what we were saying told us that he hadn't

6     been classified and wouldn't be for five days and so he

7     wasn't entitled to anything.  And I remember thinking

8     what good is it going to do in five days, he would be

9     over it on his own.

10         Q.   Did you say anything to the guard?

11         A.   No.  And I'm sorry that I didn't.  We felt

12    intimidated by him being so close.

13         Q.   Do you know who the guard was?

14         A.   No, I don't.

15         Q.   Did you have any discussions with Spencer as

16    to why he had been arrested, why he was in custody?

17         A.   No.

18         Q.   Do you recall anything else being said during

19    the time that you were there?

20         A.   No.

21         Q.   At any time, have you ever had any

22    conversations or discussions with any member of the

23    Putnam County Sheriff's Department about Spencer?

24         A.   No.

25         Q.   What about with any employees of the

16

```
 1                    HARA SINKOV

 2    correctional facility?

 3        A.    No.

 4        Q.    Have you ever spoken to Sheriff Smith?

 5        A.    No.

 6        Q.    Or Joseph Vasaturo?

 7        A.    No.

 8        Q.    Or Louis Lapolla?

 9        A.    No.

10                   (Discussion held off the record between

11                   Mr. Randazzo and Ms. Margolis.)

12    BY MR. RANDAZZO:

13        Q.    Do you currently have any future surgeries

14    planned?

15        A.    No.

16                   MR. RANDAZZO:    Thank you.    I have no

17    further questions.

18                   MS. MARGOLIS:    One second.

19                   MS. BERG:    Let's go off.

20                   THE VIDEOGRAPHER:    Do you want to go off?

21                   MS. BERG:    Yes.

22                   THE VIDEOGRAPHER:    We are off the record

23    at 2:32 p.m.

24                   (Discussion held off the record.)

25                   THE VIDEOGRAPHER:    We are back on the
```

1                          HARA SINKOV

2    record.  The time is 2:38 p.m.

3    EXAMINATION BY MS. MARGOLIS:

4         Q.    Good afternoon.  My name is Bernice Margolis.

5    I'm with the firm of Wilson, Elser, Moskowitz, Edelman &

6    Dicker, and our firm represents Americor, Inc., with

7    respect to this action.  I actually just have a handful

8    of questions for you.

9              Either prior to or after Spencer's death, had

10   you ever spoken with or had any communications with

11   anyone who is employed by Americor, Inc.?

12        A.    No.

13        Q.    Either prior to Spencer's or after his death,

14   did you ever have any communications or discussions with

15   Peter Clark?

16        A.    No.

17        Q.    How about Susan Waters?

18        A.    No.

19        Q.    And how about Kevin Duffy?

20        A.    No.

21                   MS. MARGOLIS:  Thank you very much.

22   EXAMINATION BY MS. BERG:

23        Q.    Hara, were you aware prior to Spencer's death

24   as to whether or not he was assisting your husband Donny

25   in connection with the four-family property in

18

1                          HARA SINKOV

2    Peekskill?

3        A.   Oh, yes.

4        Q.   And what did you know about that?

5        A.   Spencer was very excited about the prospect of

6    owning that house himself and was always up for working

7    on the house whenever it needed any attention, such as

8    renovation, repair, or maintenance.

9        Q.   And do you know how often he was performing

10   services in connection with that property?

11       A.   He spent hours a week.  It's hard to say.  It

12   would depend on whether there was an ongoing project or

13   the weather, but he probably spent I would say ten hours

14   a week, average, through the year.

15       Q.   And was this while he was also attending

16   Westchester Community College?

17       A.   Yes.

18       Q.   And caring for you?

19       A.   Yeah.

20       Q.   And in terms of the care that he provided to

21   you, other than assisting you in the household chores,

22   including cooking or providing you with meals, did he

23   provide companionship or any other type of service?

24       A.   Yes.  I hadn't really thought about that, but

25   he did.  He would get books for me and he would -- it

1                        HARA SINKOV

2    sounds silly, he would watch television with me.

3        Q.    And in terms of the shopping that he would do,

4    you indicated that he would do some food shopping or

5    grocery shopping?

6        A.    Yes.

7        Q.    How often did he do that?

8        A.    A couple of times of a week.

9        Q.    Did Spencer ever speak with you about what he

10   wanted to do in terms of work once he graduated college?

11       A.    Yes.  He -- we -- I used to ask him what

12   subjects interested him the most, and he, to my

13   surprise, was interested in economics and history.  So

14   if he didn't end up teaching music, he said he might

15   want to teach economics or history.

16       Q.    And did he ever speak with you about how

17   far -- in terms of an educational degree, how far he

18   wanted to pursue that?

19       A.    Well, he knew that he would have to get a

20   master's degree eventually to become a tenured teacher,

21   so -- but the plan was that he would just keep going to

22   school as much as he could handle at a time.

23       Q.    Did you discuss with him what level he wanted

24   to teach, elementary or secondary education?

25       A.    I think he liked high school students.

20

1                              HARA SINKOV

2        Q.    During the time that you visited with Spencer

3   while he was incarcerated at the Putnam County

4   Correctional Facility, did he say anything about being

5   placed on any kind of a supervisory watch?

6        A.    No.

7        Q.    Did he indicate anything about any suicide

8   screening that was done?

9        A.    No.

10       Q.    And can you describe his physical appearance

11  during that visit?

12       A.    Oh, he looked awful.  He was extremely pale

13  with circles under his eyes and he looked clammy.  He

14  was very -- he was a very thin person to begin with and

15  he -- and fair, so he looked translucent.

16             MS. BERG:  I don't have anything else.

17  Thanks.

18             MR. RANDAZZO:  I don't have anything

19  further.

20             MS. MARGOLIS:  Nothing further.

21             THE VIDEOGRAPHER:  This will conclude

22  this deposition of Hara Sinkov, and we are off the

23  record at 2:43 p.m., December 10, 2007.

24                    (At 2:43 p.m., the examination of this

25                     witness was concluded.)

21

```
 1                        HARA SINKOV

 2                      J U R A T

 3

 4    STATE OF                    )

 5    COUNTY OF                   )

 6          I, _____, have read the

 7    foregoing record of my testimony taken at the time and

 8    place noted in the heading hereof and do hereby

 9    acknowledge: (Check one)

10

11              (  )  That it is a true and correct

12                    transcript of same

13

14              (  )  With the exceptions noted in the

15                    attached errata sheet, it is a true and

16                    correct transcript of same

17

18              _____

19                               Hara Sinkov

20    Subscribed and sworn to before me

21    this _____ day of _____, 200___.

22    _____

23                    Notary Public

24    My commission expires: _____.

25
```

22

```
1                    HARA SINKOV

2              E R R A T A   S H E E T

3   Please note any errors or corrections on this sheet.

4   Indicate a reason for any change or correction.

5   PAGE \ LINE \ CHANGE \ REASON

6   _____

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23
                        _____
24                        Hara Sinkov

25
```

23

C E R T I F I C A T E

I, STACIE GERO, a shorthand reporter and

Notary Public within and for the State of New York, do

hereby certify:

That the witness whose deposition is

hereinbefore set forth was duly sworn by me and that the

within transcript is a true and accurate record to the

best of my knowledge and ability.

I further certify that I am not related to any

of the parties to this action by blood or marriage and

that I am in no way interested in the outcome of this

matter.

IN WITNESS WHEREOF, I have hereunto set my

hand.

*Stacie Gero*

Stacie Gero, CSR

24

2                          INDEX TO EXAMINATION

3
EXAMINATION BY MR. RANDAZZO                    5    16
4
EXAMINATION BY MS. MARGOLIS                   17     3
5
EXAMINATION BY MS. BERG                       17    22
6

7                          REQUESTED DOCUMENTS

8
NATALIE KLEIN'S PHONE NUMBER REQUESTED        11    21
9    BY COUNSEL.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**A**
ability 23:11
able 9:18
about 6:23
  9:23,24 12:6
  14:3 15:2,23
  15:25 17:17
  17:19 18:4,5
  18:24 19:9
  19:16 20:4,7
above 1:19
above-capti...
  1:18
Abraxane
  7:16
accurate 23:10
acknowledge
  21:9
action 17:7
  23:13
actually 7:24
  17:7
addiction 12:6
address 5:17
adequate 13:2
administer
  3:13
administered
  7:13
Administrator
  1:2 4:7
after 8:10,18
  9:17 13:19
  17:9,13
afternoon 5:21
  17:4
against 1:5 4:9
age 12:22
ago 6:16,23
  7:22 8:4,11
AGREED 3:5
  3:11,18
Aijaz 7:19,24
Alice 2:18 5:7
along 4:17
already 6:4
although
  12:17
always 9:9
  10:9,13 18:6
Americor 1:9
  4:13 5:6,8
  17:6,11
answer 6:4
Answering
  8:25
anybody 8:6
  10:4
anyone 10:7

17:11
anything
  12:22 13:2
  15:7,10,18
  20:4,7,16,18
apartment
  11:1
appearance
  20:10
approximately
  4:3 6:16
around 9:12
arrested 12:5
  13:8,19
  15:16
aside 7:24
Asim 7:19
asked 14:11
asking 5:22
assigned 14:18
assisting 17:24
  18:21
Associates
  1:22 4:19
ate 9:10
attached 21:15
attending 10:8
  18:15
attention 18:7
attorney 2:13
  14:18,19
attorneys 2:5
  2:9 3:6
audiology 6:15
authorized
  3:13
average 18:14
aware 17:23
away 11:5
  15:4
awful 20:12

**B**
B 1:6 4:9 5:2
back 6:5 8:18
  9:20 10:16
  16:25
background
  6:9
bad 14:13,15
  14:21,22
badly 13:8
Bard 11:10,11
become 19:20
before 1:19
  3:12,14,15
  11:3,25 12:3
  13:8,8 21:20
begin 20:14

beginning 4:3
behalf 4:6
being 4:15
  12:5 14:18
  15:3,12,18
  20:4
believe 13:20
Bennett 2:19
  4:20
Berg 2:6 4:23
  4:24 11:17
  16:19,21
  17:22 20:16
  24:5
Bernice 2:14
  5:4 17:4
best 14:8
  23:11
between 3:5
  9:25 10:3,13
  16:10
blank 11:17
blood 23:13
Bloomingdale
  2:5
books 18:25
Boswell 5:19
  8:11
Box 1:23
breast 6:21
Bring 9:6
Broadway
  2:10
Brodie 2:18
  5:7,7
busy 10:25

**C**
C 2:3 23:2,2
came 10:13
cancer 6:17,19
  6:21 7:21
capacity 1:7
  4:10
care 8:25 9:3
  18:20
caring 18:18
Carmel 1:23
  4:19
certainly 6:5
certify 23:7,12
chance 14:2
change 6:3
  22:4,5
Check 21:9
checked 12:25
chemotherapy
  7:7
choice 13:6

chores 8:23
  9:12 10:2,4
  18:21
Christmas
  11:3
circles 20:13
City 10:14
Civ 1:5
clammy 20:13
Clark 17:15
classes 10:10
classified 15:6
CLB 1:5
cleaning 8:24
close 15:12
college 6:11
  11:10 18:16
  19:10
come 8:2 9:17
  10:9,25
  14:14
commission
  21:24
communicat...
  17:10,14
Community
  18:16
companions...
  18:23
completely
  9:20
compresses
  9:5
conclude
  20:21
concluded
  20:25
connection
  5:22 17:25
  18:10
contact 11:7
conversation
  14:5,9,16,16
  15:2
conversations
  12:10,14
  15:22
cooking 8:24
  18:22
correct 7:2,3
  10:17,18
  21:11,16
correction
  22:4
correctional
  13:21 16:2
  20:4
corrections
  22:3

counsel 4:22
  4:23 11:22
  24:9
County 1:7,8
  2:9 4:10,12
  5:3 13:21
  15:23 20:3
  21:5
couple 14:24
  19:8
course 6:3
Court 1:1,22
  4:18
CSR 1:20
  23:20
cup 9:6
currently 4:20
  16:13
custody 15:16
cutting 9:16

**D**
Date 1:12
day 7:8 9:9
  13:19 21:21
days 14:25
  15:6,8
dead 7:22
death 12:21
  17:9,13,23
deceased 1:3
  4:8
December
  1:12 4:3
  20:23
Defendant 5:5
defendants
  1:10 2:9,13
  4:6,13 5:2
degree 19:17
  19:20
Department
  15:23
depend 18:12
deposition
  1:17 3:7,12
  3:15 4:5,14
  6:7 20:22
  23:8
describe 6:9
  8:21 20:10
diagnosed
  6:17,20
Dicker 2:12
  4:16 5:5,8
  17:6
discuss 13:15
  19:23
discussed 7:20

8:6
discussion
  7:23 16:10
  16:24
discussions
  12:6 15:15
  15:22 17:14
DISTRICT
  1:1,1
doctor 7:20
doctor's 7:13
  7:17
DOCUMEN...
  24:7
doing 8:23
  9:14,22
  14:21
Donald 1:6 4:9
  5:2
done 7:17 20:8
Donny 1:2,3
  2:18 4:6,8
  17:24
Dr 7:19,24
Drive 1:13
  2:13 4:16
drugs 13:10
  13:12
Duffy 17:19
duly 5:12 23:9
during 12:13
  14:9 15:18
  20:2,11
duties 9:19

**E**
E 1:3 2:3,3,14
  2:17,17 4:7
  22:2,2,2
  23:2,2
each 10:23
easiest 11:20
economics
  19:13,15
Edelman 2:12
  4:16 5:5,8
  17:5
education
  19:24
educational
  6:9 19:17
effect 3:14
effects 13:10
eight 8:7
Either 17:9,13
elementary
  19:24
Elser 2:12
  4:15 5:5,7

17:5
employed
17:11
employees
15:25
end 19:14
enough 10:2
entitled 15:7
errata 21:15
errors 22:3
ESQ 2:6,11,14
Estate 1:3 4:7
eventually
19:20
ever 12:5 13:4
13:15 15:21
16:4 17:10
17:14 19:9
19:16
every 9:9
everything
14:9
examination
5:16 17:3,22
20:24 24:2,3
24:4,5
examined 5:14
except 3:19
exceptions
21:14
excited 18:5
expires 21:24
express 13:4
extremely
20:12
eyes 20:13
e-mail 10:24

**F**

F 23:2
facility 13:5
13:21 16:2
20:4
fact 13:15
fair 20:15
familiar 13:11
far 9:10,14
19:17,17
feelings 13:4
feet 15:4
felt 13:2 15:11
few 15:4
fifth 9:24
filed 5:23
filing 3:7
firm 17:5,6
first 5:12 7:25
13:6
five 10:11 15:6

15:8
focused 15:5
follows 5:14
follow-up 5:22
12:19
food 19:4
force 3:13
foregoing 21:7
form 3:19 7:11
forth 23:9
found 12:17
12:21
four 10:11,13
four-family
17:25
from 10:14
further 3:11
3:18 16:17
20:19,20
23:12
future 16:13

**G**

G 1:8 5:2
Gannett 1:13
2:13 4:16
gave 6:4
geared 12:11
Generally
8:24
Gero 1:20
4:18 5:12
23:5,20
girlfriend
10:16
give 11:15
given 15:3
go 6:5 10:9
13:20 16:19
16:20
goes 10:6
going 5:21 8:2
13:5 14:12
15:8 19:21
good 5:21 15:8
17:4
Gould 2:4 4:24
graduate 6:10
6:14
graduated
6:10 19:10
grass 9:16
grocery 19:5
group 12:22
guard 15:4,10
15:13
guess 10:25

**H**

H 22:2
hand 23:17
handful 17:7
handle 19:22
happy 5:25
Hara 1:3,17
4:5,8 5:1,11
5:19 6:1 7:1
8:1 9:1 10:1
11:1 12:1
13:1 14:1
15:1 16:1
17:1,23 18:1
19:1 20:1,22
21:1,18 22:1
22:24
hard 9:24
18:11
Hartsdale
11:13
Having 5:12
Hawthorne
2:10
heading 21:8
heavy 10:10
held 1:18
16:10,24
help 10:7
12:11,18
15:3
helpful 9:14
her 11:2,4,7
11:12,14
12:2
hereinbefore
23:9
hereof 21:8
hereto 3:6
hereunto
23:16
heroin 12:7
13:7,10
high 19:25
him 7:25 12:6
12:11,13
13:20 14:5
14:11,18,19
14:20,24
15:2,3,12
19:11,12,23
himself 12:16
12:25 13:16
13:17,17
history 19:13
19:15
home 8:15,19
10:13
homework

14:22
hospital 7:25
hours 10:11
10:13 18:11
18:13
house 9:12
10:11 18:6,7
household
8:22 18:21
Hunter 6:10
hurting 13:16
husband 7:24
9:15 10:14
13:23 14:11
17:24
husband's 6:6

**I**

identify 4:22
inadequate
12:17
Inc 1:9,22 4:13
4:19 5:6
17:6,11
incarcerated
20:3
including
18:22
INDEX 24:2
indicate 20:7
22:4
indicated 19:4
individually
1:6,7,8 4:9
4:11,12 9:4
initially 12:18
injuring 13:16
interested
19:12,13
23:14
intimidated
15:12
intravenously
7:12
investigating
12:20

**J**

J 21:2
jail 14:17
James 2:11
4:25
job 10:14
Joseph 1:7
4:11 5:2
16:6
just 6:4 8:25
17:7 19:21

**K**

keep 19:21
Kevin 17:19
killing 13:17
Kim 2:6 4:23
kind 9:16
14:15 20:5
Klein 10:17,19
**KLEIN'S**
11:21 24:8
knew 19:19
know 5:25 6:5
11:14 13:8
14:21 15:13
18:4,9
knowledge
23:11

**L**

L 2:17 3:2
Lapolla 1:8
2:9 4:11 5:3
16:8
larger 9:10
last 8:7 10:20
10:22 12:2
14:23,23
lawsuit 5:23
leaned 14:14
leave 11:17
Legal 2:19
let 5:25 6:4
let's 6:13
16:19
level 19:23
like 9:5 14:20
liked 19:25
line 9:25 22:5
little 9:2
live 11:9
lives 11:12
living 8:11
LLP 2:4,8,12
4:16,24
load 10:10
located 4:16
location 4:14
long 12:20
looked 12:15
20:12,13,15
lot 8:20 9:2,21
10:6 12:16
Louis 1:8 4:11
5:2 16:8
Lovett 2:4
4:24

**M**

mainly 11:12
12:11
maintenance
18:8
make 9:10
**MANGONE**
2:8
many 12:9,10
Margolis 2:14
5:4,4 16:11
16:18 17:3,4
17:21 20:20
24:4
marriage
23:13
master's 19:20
matter 1:18
4:6 5:23
23:15
may 3:12
10:16 13:20
maybe 9:11
12:18
meals 8:22 9:8
9:10 18:22
medication 7:4
meet 14:2
member 15:22
Metastatic
6:21
Methadone
15:3
Michael 2:19
4:20
might 19:14
minutes 14:3
mistreated
14:12
modify 6:4
months 8:7
10:2,20
more 9:21
10:11 12:19
morning 6:7
Moskowitz
2:12 4:15
5:5,8 17:5
most 11:25
19:12
mother 11:12
much 5:9
17:21 19:22
music 19:14

**N**

N 2:3,17 3:2
name 5:17 7:9
7:10 10:17
17:4

names 13:12
Natalie 10:17
  10:19,23
  11:21 12:2
  24:8
needed 12:19
  18:7
never 9:20
  10:9
New 1:1,8,14
  1:20,23 2:6
  2:10,14 4:12
  4:17,19,21
  5:13,20 23:6
next 13:19
normal 9:18
  9:20 10:2
normally 8:23
  9:15
Notary 1:20
  5:13 21:23
  23:6
note 22:3
noted 21:8,14
Nothing 20:20
Notice 1:19
number 11:14
  11:21 24:8

O
O 2:17 3:2
oath 3:13
objections
  3:19
occasions 12:9
off 7:16 13:7
  16:10,19,20
  16:22,24
  20:22
offered 12:18
offhand 11:15
office 7:13,17
officer 3:12,14
offices 4:15
official 1:7
  4:10
often 7:14 9:8
  9:13 18:9
  19:7
Oh 18:3 20:12
okay 6:19 7:17
  14:11
older 12:24
once 7:15
  19:10
one 7:9 16:18
  21:9
ongoing 18:12
only 10:12

15:4
operation 6:22
  8:3,10,18
  9:18
operations
  6:22,25
other 7:9 9:12
  10:23 13:23
  14:24 18:21
  18:23
out 8:2,9,24
  10:10,15
  14:20 15:3
outcome 23:14
over 14:14
  15:9
own 15:9
owning 18:6

P
P 2:3,17 3:2
PAGE 22:5
pale 20:12
part 14:16
parties 3:6
  23:13
passed 11:5
pathology
  6:15
pause 13:3
Peekskill 18:2
performing
  18:9
period 10:12
person 12:17
  20:14
personal 9:3
Peter 17:15
phone 8:25
  11:21 24:8
physical 20:10
pill 7:8,11
place 1:13,19
  21:8
placed 20:5
Plains 1:14 2:6
  2:14 4:17,21
Plaintiff 1:18
  4:23
Plaintiffs 1:4
  2:5 4:9
plan 19:21
planned 16:14
please 4:22
  5:10,17 22:3
point 9:17,21
prepare 8:22
  9:8
present 4:17

6:6
prior 12:5
  17:9,13,23
private 14:19
probably 8:2
  18:13
prognosis 7:20
  8:6
programs
  12:15,20,23
  12:24
project 18:12
property
  17:25 18:10
prospect 18:5
provide 8:19
  9:3 10:7
  18:23
provided
  18:20
providing
  18:22
Public 1:20
  5:13 21:23
  23:6
purpose 13:13
pursuant 1:18
pursue 19:18
put 8:8
Putnam 1:7,8
  2:9 4:10,12
  5:3,19 8:13
  13:21 15:23
  20:3
p.m 1:13 4:3
  16:23 17:2
  20:23,24
P.O 1:23

Q
questions 5:22
  16:17 17:8
quickly 14:15

R
R 2:3,17 21:2
  22:2,2 23:2
Randazzo 2:8
  2:11 4:25,25
  5:16 11:19
  11:24 16:11
  16:12,16
  20:18 24:3
read 21:6
really 12:19
  13:11,14
  18:24
reason 22:4,5
recall 12:13

13:12 14:8
  15:18
recently 11:25
record 4:3
  5:18 16:10
  16:22,24
  17:2 20:23
  21:7 23:10
recuperate
  9:25
regular 11:7
related 23:12
remember 7:9
  7:9 15:7
renovation
  18:8
repair 18:8
rephrase 6:2
reporter 4:18
  5:10 23:5
Reporting
  1:22 4:19
represents
  17:6
REQUESTED
  11:21 24:7,8
reserved 3:19
residential
  12:20 13:5
residing 8:15
respect 7:21
  17:7
respective 3:6
resume 9:18
retired 10:14
Richmond
  2:19 4:21
right 8:11,12
  Road 2:5 5:19
  8:11
Route 1:23
routine 9:19

S
S 1:17 2:3,17
  2:17,19 3:2
  3:2 5:19
  22:2
same 3:13
  21:12,16
SANTANG...
  2:8
saw 11:25 12:2
saying 12:13
  15:5
school 6:10,14
  10:8 12:3
  19:22,25
screening 20:8

sealing 3:7
second 6:18
  16:18
secondary
  19:24
see 6:13 14:24
seeing 11:2
seem 12:25
self-medicati...
  13:9
self-motivated
  12:16
September
  12:4
serious 14:22
service 18:23
services 8:19
  18:10
set 23:9,16
sheet 21:15
  22:3
Sheriff 1:7
  4:10 16:4
Sheriff's 15:23
shopping 8:23
  19:3,4,5
shorthand
  23:5
shoveling 9:15
signed 3:12,14
silly 19:2
since 6:25 11:4
Sinkov 1:2,3,3
  1:3,17 2:18
  4:5,7,8,8,8
  4:17 5:1,11
  5:19,21 6:1
  7:1 8:1 9:1
  10:1 11:1
  12:1 13:1
  14:1 15:1
  16:1 17:1
  18:1 19:1
  20:1,22 21:1
  21:18 22:1
  22:24
situation
  12:12
six 8:7 10:20
small 12:10
Smith 1:6 2:9
  4:9 5:2 16:4
snow 9:16
some 5:22
  12:19 19:4
something
  5:24 9:9,10
  12:19 14:20
  15:3

son 13:24
sorry 15:11
sounds 19:2
SOUTHERN
  1:1
space 10:3
speak 19:9,16
speaking 4:20
Speech 6:15
Spencer 1:3
  4:7 8:15,19
  10:4,8,16
  11:4 12:5
  13:15,19
  14:2,21
  15:15,23
  18:5 19:9
  20:2
Spencer's 17:9
  17:13,23
spent 18:11,13
spoken 10:19
  16:4 17:10
Stacie 1:19
  4:18 5:12
  23:5,20
standing 8:2
  15:4
started 12:3
state 1:20 5:13
  5:17 21:4
  23:6
STATES 1:1
stays 11:12
stenographic
  4:18
STIPULAT...
  3:5,11,18
stop 10:24
straightening
  8:24
student 11:10
students 19:25
study 6:14
subjects 19:12
Subscribed
  21:20
suddenly
  14:15
suicide 20:7
supervisory
  20:5
supposed
  10:24
sure 9:10 11:2
surgeries
  16:13
surprise 19:13
Susan 17:17

swear 5:10
sworn 3:12,14
  5:12 21:20
  23:9

_____
**T**
T 2:17 3:2,2
  21:2 22:2,2
  23:2,2
take 7:8
taken 3:15 4:6
  4:15 21:7
taking 7:6
  8:25,25
  13:10,13
teach 19:15,24
teacher 19:20
teaching 19:14
telephone
  11:14
television 19:2
tell 14:8
ten 18:13
tenured 19:20
term 12:20
terms 18:20
  19:3,10,17
testified 5:14
testimony 21:7
text 10:23
Thank 5:9
  11:16 16:16
  17:21
Thanks 20:17
Thanksgiving
  10:24
themselves
  4:22 8:9
thin 20:14
thing 9:16
things 8:20,24
  9:2,4,5,13
  14:23
think 8:8
  11:12,20
  12:3 13:7
  14:22 19:25
thinking 15:7
thought 18:24
thoughts
  13:16
three 6:16,23
  7:22 8:3,10
  10:12
through 6:10
  14:12 18:14
time 1:13,19
  3:19 5:24
  6:3,18,20

8:16 9:17
  10:22 11:25
  12:2,21 14:6
  15:19,21
  17:2 19:22
  20:2 21:7
times 19:8
today 7:4
told 7:25 13:9
  14:17,18
  15:5
toothbrush
  9:6
touch 11:4
toward 12:11
transcript
  11:18 21:12
  21:16 23:10
translucent
  20:15
treatment
  9:25 13:5
Trevor 13:24
  14:14
trial 3:20
true 21:11,15
  23:10
try 13:9
twice 7:8 9:11
two 7:7,15
type 6:19
  18:23
types 7:7

_____
**U**
U 3:2 21:2
Uh-huh 8:14
under 20:13
undergo 6:22
understand
  5:25
undo 13:9
undone 10:6
UNITED 1:1
used 10:5
  19:11

_____
**V**
Valley 5:20
  8:13
Vasaturo 1:7
  2:9 4:11 5:2
  16:6
very 5:9 9:14
  12:16 13:7
  17:21 18:5
  20:14,14
Video 2:19
  4:21

videographer
  2:19 4:2,20
  5:9 16:20,22
  16:25 20:21
VIDEOTAP...
  1:17
visit 13:20
  20:11
visited 20:2

_____
**W**
waived 3:8
want 6:3 11:17
  16:20 19:15
wanted 13:7
  19:10,18,23
wasn't 8:2
  12:22 14:13
  15:7
watch 19:2
  20:5
Waters 17:17
way 11:20
  14:12 23:14
weather 18:13
week 7:15,15
  9:11 12:18
  18:11,14
  19:8
weeks 7:15
  10:3
Well 9:14
  10:23 11:10
  13:4 19:19
went 7:25
  13:23
were 6:6,16,19
  8:11,18 9:18
  12:10,10,20
  12:23 14:23
  15:5,19
  17:23
Westchester
  18:16
We'll 14:24
WHEREOF
  23:16
while 10:7,8
  10:11 18:15
  20:3
White 1:14 2:6
  2:14 4:17,21
Wilson 2:12
  4:15 5:4,7
  17:5
withdrawal
  14:13
witness 5:10
  20:25 23:8

23:16
words 14:23
work 9:14
  10:12 19:10
worked 10:12
working 10:8
  18:6
wouldn't 13:6
  15:6

_____
**X**
X 1:2,10
Xeloda 7:7

_____
**Y**
Yeah 18:19
year 18:14
years 6:16,23
  7:22 8:3,10
  14:17
York 1:1,8,14
  1:20,23 2:6
  2:10,14 4:12
  4:17,19,21
  5:13,20 23:6
younger 12:23

_____
**0**
07 1:5

_____
**1**
10 1:12 4:3
  20:23
10512 1:23
10532 2:10
10579 5:20
10604-3407
  2:14
10605 2:6
11 24:8
113 1:23
15 14:3
151 2:10
16 24:3
1699 1:23
17 24:4,5
19 6:13
1978 6:13

_____
**2**
2:13 1:13
2:14 4:3
2:32 16:23
2:38 17:2
2:43 20:23,24
20 13:20
200 21:21
2006 10:16
  13:20

2007 1:12 4:4
  20:23
21 24:8
22 24:5
222 2:5
225-0024 1:24
25 14:17
2866 1:5

_____
**3**
3 1:13 2:13
  4:16 24:4
31 5:19 8:11

_____
**5**
5 24:3

_____
**6**
6 1:23

_____
**8**
845 1:24