**EXHIBIT "H" (2 of 4)**

35

1                          DONNY A. SINKOV

2        Q.   Have you ever spoken to her on the telephone?

3        A.   Have I ever spoken to her?

4        Q.   Since Spencer's death.

5        A.   I think I did once.

6        Q.   Did you speak to her before she came to visit

7   with you to set up the meeting?

8        A.   I'm not sure I understand your question.

9        Q.   How did you arrange to meet with her when she

10  came to your house?

11       A.   I didn't arrange to meet with her.

12       Q.   Did she just show up unannounced?

13       A.   I believe she might have spoken to my wife.

14       Q.   Have you ever had any conversations with

15  Natalie as to or concerning your son's arrest in May of

16  2006?

17       A.   Yes.

18       Q.   On how many occasions?

19       A.   One.

20       Q.   Was that this last time you met with her or

21  some other time?

22       A.   It was immediately following his arrest on the

23  20th.

24       Q.   You spoke to her on the 20th?

25       A.   I'm sorry.  I think it was -- let me correct

1                    DONNY A. SINKOV

2    that.  Not the 20th.  Sometime before the 20th.

3        Q.   So before his arrest you spoke to her?  I just

4    want to make sure I'm understanding you.

5        A.   I'm trying to be accurate with the date and

6    it's difficult, but maybe if I told you the

7    conversation, that might help pinpoint the date.

8             She stopped by unannounced to ask where

9    Spencer was because she tried to contact him.  And I

10   didn't want to tell her where Spencer was.  So I said

11   that he was someplace safe, that he was away.

12       Q.   At that time, he was in custody?

13       A.   He was.

14       Q.   Did she say anything to you at that time?

15       A.   She wanted to see him.

16       Q.   Did you ever have any discussions with her as

17   to the reasons for his arrest?

18       A.   No.

19       Q.   Do you know whether or not your wife ever

20   spoke to Natalie about your son's arrest?

21       A.   I don't know.

22       Q.   Did you make plans to see Natalie again after

23   she left the last time?

24       A.   No.

25       Q.   Do you know how old she is?

1                         DONNY A. SINKOV

2        A.   No.

3        Q.   Do you know if Spencer was on any medication

4   at the time of his death?

5        A.   I don't know.

6        Q.   You saw Spencer on May 20th; is that right?

7        A.   Could I go back and amend or change my answer

8   to your last question?

9        Q.   Yes, you can.

10       A.   Could you reask the question and I'll give --

11   try to give you a more accurate answer.

12                  MR. RANDAZZO:   Sure.   Could you just read

13   it back.

14                       (Record read.)

15       A.   At the time of Spencer's death, he was at the

16   Putnam County Correctional Facility, and as far as I

17   know, he did not take any medication at the time of his

18   death.

19       Q.   What about the week prior to his death?   Do

20   you know whether he was taking any medication for

21   anything?

22       A.   I don't know.

23       Q.   Prior to May 19, 2006, did you ever come to

24   learn that Spencer was using heroin?

25       A.   Yes.

38

1                          DONNY A. SINKOV

2        Q.    When for the first time did you learn that?

3        A.    I don't remember the exact date.

4        Q.    Do you recall what year that was?

5        A.    About a year before his death.

6        Q.    How did you find out about that?

7        A.    I found several glassine bags in the bathroom.

8        Q.    The bathroom at your house?

9        A.    Yes.

10       Q.    Did you have any discussion with Spencer at

11   that time about that?

12       A.    Yes.

13       Q.    What was said?

14       A.    I asked him what it was.  He said it was

15   heroin.  I asked him if it was his.  He said that he had

16   become addicted to heroin.

17       Q.    Did he say when he had become addicted to

18   heroin?

19       A.    No, not exactly.

20       Q.    In substance did he tell you that?

21       A.    I don't understand the question.

22       Q.    When you say "not exactly," maybe he didn't

23   use those exact words, but in substance did he tell you

24   when he began to use heroin?

25       A.    Sometime before I found the empty bags.

1                          DONNY A. SINKOV

2       Q.   Did he give you an indication as to when that

3   was, what the time frame was?

4       A.   No, he didn't.

5       Q.   Did he ever discuss with you his use of any

6   other drugs?

7       A.   No, he did not.

8       Q.   It was only heroin?

9       A.   Yes.

10      Q.   Did he discuss with you how he took the

11  heroin?

12      A.   I don't think so.

13      Q.   Did you say anything to him after he told you

14  that he had become addicted to heroin?

15      A.   Yes.

16      Q.   What did you say?

17      A.   I told him that he should seek help for the

18  addiction and we should get him into some kind of rehab

19  as soon as possible.

20      Q.   Did he respond in any way?

21      A.   Yes.  He said he thought that he could stop on

22  his own.

23      Q.   Did you say anything after he said that?

24      A.   I said we would help him in any way we could.

25      Q.   Was anything else said at that time?

1                           DONNY A. SINKOV

2         A.    Not that I remember.

3         Q.    Was anyone else present during that

4    conversation besides yourself and Spencer?

5         A.    No.

6         Q.    How tall was Spencer?

7         A.    About six feet.

8         Q.    At the time you had the conversation with him

9    about his use of heroin, how much did he weigh?

10        A.    I don't know.

11        Q.    Is there any way you could estimate that?

12        A.    No.

13        Q.    After that initial conversation with him about

14   his addiction to heroin, did you have any other

15   conversations with him about that?

16        A.    Yes.

17        Q.    On how many occasions would you say?

18        A.    I don't know exactly.

19        Q.    More than ten?

20        A.    I don't think so.

21        Q.    More than five?

22        A.    I don't know.

23        Q.    Do you recall the next time after that initial

24   conversation that you spoke to him again about it?

25        A.    Not exactly, no.

1                    DONNY A. SINKOV

2        Q.    Was it within a month?

3        A.    I don't know.

4        Q.    What was the substance of the next

5    conversation you had with him about it?

6        A.    Over a weekend he spent with myself and my

7    wife, trying to stop using the drug.

8        Q.    Do you recall when that was?

9        A.    Not exactly, no.

10       Q.    Do you know what year that would have been?

11       A.    No, not exactly.

12       Q.    Do you know what time of the year it was?

13       A.    No.

14       Q.    When you say he spent the weekend with you and

15   your wife, was that at your home or somewhere else?

16       A.    At our home.

17       Q.    What was the conversation you had with him

18   during that time period?

19       A.    We just sat with him for the entire weekend

20   and watched him go through withdrawal.

21       Q.    Was Trevor home that weekend?

22       A.    I don't remember.

23       Q.    Do you recall any conversations you had with

24   Spencer that weekend about his heroin addiction?

25       A.    Sure.  He was seriously trying to stop.  He

42

1                        DONNY A. SINKOV

2    thought he could do it by himself without any help.  He

3    wanted the opportunity to try.  So we said okay and that

4    we would be there to support him while he was trying to

5    stop.

6        Q.   Do you recall anything else being said that

7    weekend about the heroin addiction?

8        A.   No, I don't.

9        Q.   Do you recall any other conversations you had

10   with Spencer about the heroin addiction?

11       A.   When?

12       Q.   Any time after that weekend.

13       A.   Yes.  He said that at some point he went back

14   to using heroin and that he thought this time he'd like

15   to try a treatment facility to help him stop using the

16   drug.

17       Q.   What did you say?

18       A.   I said, "Fine, get in the car and let's go."

19       Q.   Where did you go?

20       A.   Putnam Hospital.

21       Q.   Do you know when that was?

22       A.   Not exactly, no.

23       Q.   Was it in 2005?

24       A.   I don't remember the date.

25       Q.   Was he admitted to Putnam Hospital Center?

43

1                          DONNY A. SINKOV

2        A.   Yes, he was.

3        Q.   For how long?

4        A.   A week, approximately.

5        Q.   Did he come under the care of any doctors or

6   other health care providers after he got out of Putnam

7   Hospital?

8        A.   He saw a regular doctor, Dr. Abdoo.

9        Q.   He's your primary doctor?

10       A.   Yes, he is.

11       Q.   At the time that Spencer went into Putnam

12   Hospital Center, did you have any discussion with him

13   about how much heroin he was using?

14       A.   No.

15       Q.   Did you ever have a discussion like that with

16   him?

17       A.   No.

18       Q.   What about with any of his treatment

19   providers?

20       A.   No.

21       Q.   Did you ever have any discussions with

22   Dr. Abdoo about his treatment of Spencer?

23       A.   Yes.

24       Q.   On how many occasions?

25       A.   At least one that I can recall.

44

1                      DONNY A. SINKOV

2        Q.   Do you recall when that was?

3        A.   Not exactly, no.

4        Q.   Was that before or after the Putnam Hospital

5   Center?

6        A.   After.

7        Q.   What was the substance of the conversation?

8        A.   Spencer was looking for a way to stop heroin

9   use and he used the Internet to look up different

10  treatment options.  He told me that from what he could

11  learn from Methadone, that it didn't sound like the way

12  he wanted to go.  He thought that Methadone would

13  involve many years of taking Methadone.  And he found a

14  drug called Suboxone and he said that according to the

15  information that he got from the Suboxone web site and

16  from a message board from people using the drug Suboxone

17  that it got rid of the cravings for heroin and the

18  withdrawal symptoms.

19            So we asked Dr. Abdoo whether he could get the

20  Suboxone for Spencer and would monitor him while he was

21  taking the drug.

22       Q.   What did the doctor respond?

23       A.   Dr. Abdoo said he had never heard of it and

24  since he was unfamiliar with it he couldn't prescribe it

25  to him because he wouldn't be able to monitor his

45

1                        DONNY A. SINKOV

2    treatment.

3        Q.    Did Dr. Abdoo prescribe anything to help

4    Spencer?

5        A.    I don't remember.

6        Q.    For how long a period of time had Dr. Abdoo

7    been Spencer's primary or general physician?

8        A.    Several years.

9        Q.    Prior to Spencer going into Putnam Hospital

10   Center, did you ever have any discussions yourself with

11   Dr. Abdoo about your concerns that Spencer was losing

12   weight?

13       A.    I don't remember.

14       Q.    At any time did you ever observe Spencer to be

15   losing weight?

16       A.    Yes.

17       Q.    Did you ever talk to Spencer about that?

18       A.    Yes.

19       Q.    Do you recall when that was?

20       A.    No, I don't.

21       Q.    What was the substance of the conversation

22   that you had with him?

23       A.    You know, that he lost a few pounds and, you

24   know, why, and he said it's because the -- while he was

25   using the drug, it was taking away his appetite.

46

1                    DONNY A. SINKOV

2         Q.    Anything else that you recall?

3         A.    No.

4         Q.    After Putnam Hospital Center, was Spencer

5    treated anywhere else in connection with his heroin

6    addiction?

7         A.    Yes.  St. Vincent's Hospital.

8         Q.    Do you know when that was?

9         A.    Not exactly, no.

10        Q.    Do you know how much time after Putnam

11   Hospital that he went to St. Vincent's?

12        A.    No, I don't.

13        Q.    Do you know what occurred that led your son to

14   go to St. Vincent's?  Did some event happen?

15        A.    We just became very concerned that he needed

16   help to, you know, stop his using drugs.  So we tried to

17   get him into the program at St. Vincent's.

18        Q.    Had Spencer gone to Hudson Valley Hospital

19   before going to St. Vincent's?

20        A.    I don't know about that -- oh, wait a minute.

21   Let me go back and answer that.  Yes, he had.

22        Q.    Do you know why he went to Hudson Valley

23   Hospital?

24        A.    He was feeling sick.

25        Q.    Physically sick?

1                        DONNY A. SINKOV

2          A.    Yes.

3          Q.    At or about that time period, did Spencer

4      express any suicidal ideations that you're aware of?

5          A.    Not to me.

6          Q.    Do you know if he did to anyone else?

7          A.    I'm not sure.

8          Q.    Do you know when it was that he went to Hudson

9      Valley Hospital?

10         A.    Exactly when, no.

11         Q.    It was before he went to St. Vincent's?

12         A.    Yes, it was.

13         Q.    Do you recall an incident where Spencer

14     stabbed himself in the leg?

15         A.    No.

16         Q.    You're not aware of that?

17         A.    I'm not aware of that at all.

18         Q.    Do you know how Spencer got to St. Vincent's?

19     Did you take him or did he go some other way?

20         A.    I think he went there by ambulance.

21         Q.    Where did the ambulance take him from?

22         A.    Hudson Valley Hospital.

23         Q.    How long was he at St. Vincent's for?

24         A.    About a week.

25         Q.    Did you have any conversations with any of his

48

1                    DONNY A. SINKOV

2    treatment providers at St. Vincent's?

3        A.    Yes.

4        Q.    Do you recall who you spoke to?

5        A.    No, I don't remember their name.

6        Q.    How many different people did you speak to?

7        A.    One that I can recall.

8        Q.    Was it a male or a female?

9        A.    Female.

10       Q.    Was it a doctor; do you know?

11       A.    I don't remember.

12       Q.    What was the substance of the conversation

13   that you had?

14       A.    About when he left St. Vincent's what would be

15   the appropriate treatment or care for him.

16       Q.    What did that person say?

17       A.    She gave us a referral to Larry Gold.

18       Q.    I'm sorry.  You said Larry Gold?

19       A.    Larry Gold.

20       Q.    A licensed social worker?

21       A.    You know, I don't know his exact title, but he

22   had worked at St. Vincent's and was knowledgeable in

23   adolescent drug treatment.

24       Q.    Was he located in Ardsley?

25       A.    I think so.  Ardsley, Dobbs Ferry, in that

49

1                          DONNY A. SINKOV

2    area.

3        Q.   Did you speak to anybody at St. Vincent's

4    about the reason that Spencer was taken to

5    St. Vincent's?

6        A.   I don't recall.

7        Q.   Prior to Spencer's admission at St. Vincent's,

8    did Spencer ever discuss with you his thoughts of

9    hurting himself or possibly killing himself?

10       A.   No.  I expressed concern that he was hurting

11   himself by using the drug and I was afraid that -- he

12   needed treatment and he should be getting treatment as

13   soon as possible.

14       Q.   Other than taking Spencer to the Putnam

15   Hospital Center for treatment, did you do anything else

16   to seek treatment for him?

17       A.   Yes.

18       Q.   What else did you do?

19       A.   I called around to find different treatment

20   centers around the area where he could go.

21       Q.   Do you know how many different places you

22   called?

23       A.   No.

24       Q.   Did you find anyplace that would accept him?

25       A.   I think Arms Acres.

50

1                          DONNY A. SINKOV

2          Q.    Anywhere else that you recall?

3          A.    No.

4          Q.    Did you discuss with Spencer him going into

5     Arms Acres?

6          A.    It was around the time of his arrest.

7          Q.    Before he was arrested, did you have any

8     discussion with Spencer about any specific places that

9     he should go to for treatment?

10         A.    No.  The conversations were about what --

11    what -- whether he should be using Methadone or Suboxone

12    for the heroin addiction and where he could get it.

13         Q.    Do you know for how long Spencer treated with

14    Larry Gold?

15         A.    No, I don't.

16         Q.    Do you know when Spencer started treating with

17    Larry Gold?

18         A.    After St. Vincent's.

19         Q.    Do you know how many times Spencer went to see

20    Larry Gold?

21         A.    No, I don't.

22         Q.    Did you ever have any discussions with Larry

23    Gold about Spencer?

24         A.    Just initially.

25         Q.    What was said during that conversation?

51

1                           CONNY A. SINKOV

2        A.   I don't remember exactly.

3        Q.   Do you know when Spencer stopped seeing Larry

4   Gold?

5        A.   No, I don't.

6        Q.   Did you ever have any discussions with Spencer

7   about the fact that Spencer stopped seeing Larry Gold?

8        A.   At some point, yes.

9        Q.   Do you recall when that was?

10       A.   No, I don't.

11       Q.   What was the sum and substance of the

12   conversation?

13       A.   That he thought it might have helped

14   initially, but he didn't think that it was -- that

15   seeing this particular therapist was helping anymore.

16       Q.   Before he was arrested, did Spencer see any

17   other therapists in connection with his addiction?

18       A.   Not that I'm aware of.

19       Q.   Did you have any conversations with Spencer,

20   from the time that he stopped seeing Larry Gold until

21   the time of his arrest, about seeing other therapists?

22       A.   No.

23       Q.   From the time that Spencer stopped seeing

24   Larry Gold until the time of his arrest, did Spencer

25   have any conversations with you wherein he indicated

52

1                    DONNY A. SINKOV

2    that he had an intent to harm himself?

3         A.    No.

4         Q.    Do you know whether Spencer continued to use

5    heroin after he stopped seeing Larry Gold?

6         A.    I think he did on and off.

7         Q.    How do you know that?

8         A.    He told me.

9         Q.    What did he tell you?

10        A.    He told me that he stopped using the drug for

11   some period of time.

12        Q.    And did he tell you that he started again at

13   some point in time?

14        A.    He did not.

15        Q.    Did you ever have any conversations with your

16   wife about Spencer's use of heroin?

17        A.    Yes.

18        Q.    On how many occasions?

19        A.    I don't remember exactly how many.

20        Q.    What was said?

21               MS. BERG:  Give me a second to talk to

22   him outside.

23               (Discussion held off the record between

24               witness and Ms. Berg.)

25               (Discussion held off the record.)

1                    DONNY A. SINKOV

2                    (Record read.)

3         A.    Hara and I spoke about the treatment options

4    available to Spencer and that how we had gone through

5    some of them and how initially they helped support you

6    through the withdrawal period when you withdraw from the

7    heroin; however, as soon as that period of time stops,

8    which is up to a week, after that, they just -- they

9    drop you and they don't give you any kind of medical

10   support, medication support, and that from what we had

11   read about Suboxone, that's specifically what it does,

12   is that after you go through the heroin withdrawal

13   period, that's when you start taking this drug, which

14   minimizes any physical symptoms.  And there's also

15   something else, that if they combine it with another

16   drug, that helps you while -- and I'm going to give you

17   a layman's explanation of what I've been able to figure

18   out.  It helps you through a period of months when your

19   brain that has been suppressed from making some kind of

20   chemical -- I think it's a chemical that helps you sleep

21   and that relaxes you.  It gets back to producing that

22   chemical again.  I don't recall the name of that

23   offhand, but -- so you take this until that starts

24   happening again.  And it's a period of several months.

25   But it gives you support following the initial

1            DONNY A. SINKOV

2    withdrawal so you're not just going through a few days

3    of withdrawal, you finish, and then there's no support

4    there, other than talking to somebody, which, you know,

5    I've never found particularly helpful.  So that's where

6    we were headed with Spencer's treatment.  And he was

7    very -- he was very much looking forward to finding a

8    provider of this drug that could help him through it.

9        Q.    Did you ever find that type of provider?

10       A.    Actually, Dr. Hess at Arms Acres was listed on

11   the Suboxone web site as one of the providers.

12       Q.    Did you ever discuss it with Dr. Hess?

13       A.    That's where we were when Spencer was

14   arrested.

15       Q.    Just going back to cover a few things that I

16   wanted to get to, how is your general physical health

17   today?  Are you treating with any doctors for your

18   physical ailments?

19       A.    Yes.

20       Q.    For what?

21       A.    I have asthma.

22       Q.    How long have you had that for?

23       A.    Years.  Many years.

24       Q.    Who do you treat with for that?

25       A.    Dr. Lois Mendelsohn.  She's in Mount Kisco.

55

1          DONNY A. SINKOV

2    That's spelled M-E-N-D-E-L-S-O-H-N.

3        Q.   Are you taking any medication for that?

4        A.   Yes, I am.

5        Q.   What do you take?

6        A.   Advair, A-D-V-A-I-R.

7        Q.   Were you treating for this condition prior to

8    Spencer's death?

9        A.   Yes.

10       Q.   Any other physical conditions that you're

11   treating for?

12       A.   Yes.  I have arthritis in my knees.

13       Q.   How long have you had that?

14       A.   I don't know how long I've had it, but it's

15   become more acute within the last year.

16       Q.   How long have you treated for that condition?

17       A.   Within the last year.

18       Q.   Are you on medication for that?

19       A.   I am.

20       Q.   What do you take?

21       A.   It's a nonsteroidal anti-inflammatory.

22       Q.   Who do you treat with?

23       A.   Dr. Walsh.

24       Q.   Any other conditions?

25       A.   Allergies.  Again, Dr. Mendelsohn.  Allergies,

COURT REPORTING ASSOCIATES, INC.

56

1                           DONNY A. SINKOV

2    asthma.

3         Q.   That's it?

4         A.   I think so, yeah -- wait a minute.  No, that's

5    not it.  Sorry.  Let's see.  I take -- for a hypothyroid

6    condition, I take Synthroid, an artificial -- a

7    synthetic hormone.

8         Q.   How long have you been taking that?

9         A.   Years.

10        Q.   Prior to Spencer's death?

11        A.   Yes.

12        Q.   I believe you had indicated that you had

13   previously done work for the union, Local 3?

14        A.   Yes.

15        Q.   What kind of work did you do for the union?

16        A.   I was a shop steward and chairman until the

17   time I retired.

18        Q.   How long were you shop steward for?

19        A.   I was shop steward for about a year.

20        Q.   Did you say chairman also?

21        A.   Yes.

22        Q.   How long did you hold that position?

23        A.   About five years.

24        Q.   How long were you a member of the union for?

25        A.   About 30 years.

1                          DONNY A. SINKOV

2        Q.    Was that in connection with your work at OTB?

3        A.    It is.

4        Q.    With respect to the four-family house that you

5    own, do you have any records indicating maintenance work

6    or monies spent for work or anything like that that you

7    keep, any written records or documents?

8        A.    I keep receipts from purchases that are tax

9    deductible or repairs where I have hired professionals

10   to do repairs on the house.

11       Q.    On those occasions where you hired

12   professionals to do the work, those are not jobs that

13   Spencer would have done, are they?

14       A.    No.

15       Q.    Do you maintain any maintenance records for

16   the building as to when you cut the grass, shovel snow,

17   things of that nature?

18       A.    I do not.

19       Q.    In or about May of 2006, did you own a motor

20   vehicle?

21       A.    A car?

22       Q.    Yes.

23       A.    Yes.

24       Q.    Or a truck.  You had a car?

25       A.    Yes.

1                              DONNY A. SINKOV

2        Q.    What kind of car did you have?

3        A.    1991 BMW.

4        Q.    What color was it?

5        A.    Black.

6        Q.    Do you still have the vehicle?

7        A.    Yes, I do.

8        Q.    What was the license plate back in 2006?

9        A.    MEDIATE either 3 or 4.

10       Q.    Did Spencer ever use that vehicle?

11       A.    Yes, he did.

12       Q.    Did Spencer have a vehicle?

13       A.    No, he did not.

14       Q.    Did you have any other vehicles that you would

15   let Spencer use?

16       A.    Yes.

17       Q.    What other vehicles did you have?

18       A.    I had an old Saab.

19       Q.    Do you know what year it was?

20       A.    No.

21       Q.    What color was it?

22       A.    Green.

23       Q.    What was the license plate of that vehicle?

24       A.    I don't remember.

25       Q.    Would it have been MEDIATE3 or MEDIATE4?

59

1                            DONNY A. SINKOV

2          A.    Possibly.

3          Q.    Well, did you have any other vehicles at that

4    time?

5          A.    Yes.

6          Q.    How many other vehicles?

7          A.    At least one other.

8          Q.    What was the other vehicle?

9          A.    A 1988 BMW.

10         Q.    What color was that?

11         A.    White.

12         Q.    What was the license plate of that vehicle?

13         A.    I don't know.

14         Q.    Did Spencer ever use that vehicle?

15         A.    Maybe.  I don't recall exactly offhand, but he

16   might have.

17         Q.    Did Spencer use one of those vehicles more

18   than he used any of the others?

19         A.    Yes.

20         Q.    Which vehicle was that?

21         A.    The Saab.

22         Q.    Did he use that to go to school?

23         A.    Yes.

24         Q.    If he had a job, did he use it to go to his

25   jobs?

1                    DONNY A. SINKOV

2        A.    What do you mean, "jobs"?

3        Q.    When he was working.  Any time he was working.

4  How did he get to work?  Did he drive that car or

5  something else or did somebody take him?

6        A.    What period of time are you talking about?

7        Q.    In the five years preceding his death, those

8  jobs that we had gone through earlier?

9        A.    Right.  You know, I don't remember.

10       Q.    Did Spencer ever have his own vehicle while he

11 was living with you?

12       A.    No.

13       Q.    Prior to Spencer being arrested, did you ever

14 have any discussions with anyone about Spencer selling

15 heroin?

16       A.    No.

17       Q.    Did your son Trevor ever indicate to you that

18 Spencer had given him heroin?

19       A.    No.

20       Q.    Has he ever indicated that to you since

21 Spencer has passed away?

22       A.    No.

23       Q.    Has Trevor ever said that he used heroin?

24             MS. BERG:  I'm going to object.  I think

25 you're getting into an area that calls for privilege on

61

1                         DONNY A. SINKOV

2    medical treatment.  You know, he's not a named party to

3    the case.

4                         MR. RANDAZZO:  Well, I don't think it has

5    anything to do with medical treatment.

6                         MS. BERG:  What's the relevance?

7                         MR. RANDAZZO:  It's relevant if we're

8    talking about -- and I'll talk about it in front of your

9    clients -- the value of Spencer's life and what he was

10   doing day to day.

11                        MS. BERG:  What Trevor saw Spencer doing

12   may be relevant but what Trevor was doing was not.

13                        MR. RANDAZZO:  To the extent that Spencer

14   may have been giving or selling drugs to his brother, I

15   think that's relevant.

16                        MS. BERG:  Well, he just testified about

17   that and I let him answer that question.

18                        MR. RANDAZZO:  I thought that was the

19   question.

20                        MS. BERG:  No.  You asked whether Trevor

21   said whether he was doing drugs.

22                        MR. RANDAZZO:  Trevor himself.  Okay.

23   Then I'll rephrase that.

24                        MS. BERG:  If you're asking if Trevor

25   said Spencer is doing the drugs, then I misunderstood

COURT REPORTING ASSOCIATES, INC.

62

1                        DONNY A. SINKOV

2      the question.

3                    MR. RANDAZZO:  Maybe I misphrased it,

4      then.  I'll adopt that question.

5      BY MR. RANDAZZO:

6          Q.   Do you understand that question?

7          A.   Could you repeat the question?

8          Q.   Sure.  Did Trevor ever indicate to you that

9      Spencer had told him, Trevor, that Spencer was doing

10     drugs?

11         A.   He did not.

12         Q.   Did Trevor ever indicate to you that Spencer

13     had given Trevor drugs?

14         A.   No.

15         Q.   How did you become aware that Spencer was

16     arrested on May 19, 2006?

17         A.   I was called around midnight between the 19th

18     and 20th and told that Spencer was arrested and that my

19     car could be picked up at the gas station on Bryant Pond

20     Road.

21         Q.   Do you know who it was that called you?

22         A.   No.

23         Q.   Other than what you just testified to, was

24     there any other conversation that occurred during that

25     phone call?

63

1                        DONNY A. SINKOV

2        A.    Whoever called me said that Spencer was

3    arrested for narcotics.

4        Q.    Anything else said?

5        A.    No.  Not that I recall.

6        Q.    After receiving that phone call, did you then

7    go down to that station?  The Mobil station, was it?

8        A.    Yes.

9        Q.    Which one of your vehicles was there?

10       A.    The 1991 BMW.

11       Q.    Was Spencer there when you got there?

12       A.    No, he was not.

13       Q.    Did you have any conversations with anyone

14   when you got to that location?

15       A.    Yes.

16       Q.    Do you recall who you spoke with?

17       A.    I believe it was Detective Ferris.

18       Q.    Prior to that time, had you ever met Detective

19   Ferris?

20       A.    No.

21       Q.    Was Detective Ferris in uniform or in plain

22   clothes?

23       A.    Plain clothes.

24       Q.    What was the conversation you had with the

25   detective at that time?

64

1                           DONNY A. SINKOV

2        A.    He said that my son Spencer was arrested on

3   narcotics charges and that, as we spoke, he was being

4   arraigned in front of the judge in Carmel.

5        Q.    After you received the call that night and

6   before you went down to the location, did you have any

7   conversations with your wife about the fact that Spencer

8   had been arrested?

9        A.    Yes.

10       Q.    What did you tell her?

11       A.    That he had been arrested and that's what the

12  phone call was about and that I thought we should both

13  go down to where the car was to see what was -- what the

14  problem was.

15       Q.    Did your wife go with you down there?

16       A.    Yes, she did.

17       Q.    Was she present when you had this conversation

18  with Detective Ferris?

19       A.    No, she was not.

20       Q.    Where was she?

21       A.    She remained in the car while I got out of the

22  car and walked to Detective Ferris.

23       Q.    Did Detective Ferris say anything else to you

24  while you were at that location?

25       A.    Yes.   That he had found some needles and