**EXHIBIT "I"**

SOJ 02
rev 6/97

MENTAL HEALTH --
ROUTING SHEET

Date: _5-20-06_

[ ] Requested by Staff

[ ] Requested by Inmate

INMATE NAME: _Sinkow Spencer_ DOB: _4-22-85_ JAIL # _21506_

STAFF MEMBER REFERRING: _Sve wales RN_    PC # _____

1A - INMATES BEHAVIOR OBSERVED BY STAFF MEMBER: (Check applicable)

____ Appears depressed
____ Appears withdrawn
____ Crying
____ Anxiety/fear
____ Obsessions/compulsions
____ Pacing
____ Unusually happy

____ Drastic change in behavior
____ Disoriented
____ Inappropriate behavior
____ Not sleeping (prolonged)
____ Not eating (prolonged)
____ Incoherent conversations
____ Other _Hx of Substance abuse_

1B - EXPLAIN OBSERVATIONS: (Write Details) _and family problems._

(If from outside source, write FULL name and telephone number)

2 - ACTION BY SUPERVISOR: _____    [ ] MOVED TO OTHER HOUSING
    [ ] REFERRED                          [ ] CONSTANT WATCH
    [ ] 15 MINUTE CHECK

TO BE COMPLETED BY MENTAL HEALTH STAFF

3 - EVALUATED BY MENTAL HEALTH DATE: _____ BY: _____ (print)

(Diagnosis, treatment, medications and recommendations)

Supervision: Routine (R) ____ 15 Minute (P2) ____ Constant (P1) ____

[ ] 402.9  [ ] 508  [ ] CNYCP, Marcy  [ ] 939/401

SIGNATURE OF MENTAL HEALTH EVALUATOR _____