## Page 1

```
1
2    UNITED STATES DISTRICT
3    SOUTHERN DISTRICT OF NEW YORK
4    ----------------------------------x
5    DONNY A. SINKOV, as father and
     parental Personal Representative of
6    SPENCER SINKOV, deceased, and the
     Estate of Spencer B. Sinkov, deceased,
7
          Plaintiffs,
8
          -against-
9
     DONALD B. SMITH, individually and in
10   his official capacity as Sheriff of
     Putnam County, JOSEPH A. VASATURO,
11   individually, LOUIS G. LAPOLLA,
     individually, THE COUNTY OF PUTNAM,
12   New York, and AmeriCor, Inc.,
13        Defendants.
14   ----------------------------------x
15                   222 Bloomingdale Road
                     White Plains, New York
16                   January 17, 2008
                     2:45 p.m.
17
18        EXAMINATION BEFORE TRIAL of PETER CLARKE, a
19   Witness on behalf of the Defendant AMERICOR, INC.,
20   in the above-captioned matter, held at the above
21   time and place, before a Notary Public of the
22   State of New York.
23
24                   Donna Bochnik,
25                   Shorthand Reporter
          COMPU-TRAN SHORTHAND REPORTING
```

## Page 3

```
1
2         IT IS HEREBY STIPULATED AND AGREED,
3    by and between the attorneys for the respective
4    parties hereto, that the sealing and filing of
5    the within deposition be waived; that such
6    deposition may be signed and sworn to before any
7    officer authorized to administer an oath with
8    the same force and effect as if signed and sworn
9    to before a Justice of this Court.
10
11        IT IS FURTHER STIPULATED AND AGREED
12   that all objections, except as to form, are
13   reserved to the time of trial.
14
15        IT IS FURTHER STIPULATED AND AGREED
16   that the within examination and any corrections
17   thereto may be signed before any Notary Public
18   with the same force and effect as if signed and
19   sworn to before this Court.
20
21
22
23
24
25
          COMPU-TRAN SHORTHAND REPORTING
```

## Page 2

```
1
2    APPEARANCES:
3
4
     LOVETT & GOULD
5        Attorneys for Plaintiff
         222 Bloomingdale Road
6        White Plains, New York 10601
     BY: KIM BERG, ESQ.
7
8
9    MIRANDA SOKOLOFF SAMBURSKY SLONE
10   VERVENIOTIS, LLP
         Attorneys for Defendant -
11       Donald Smith
         240 Mineola Boulevard
12       Mineola, New York 11501
     BY: ADAM I. KLEINBERG, ESQ.
13
14
     SANTANGELO, RANDAZZO & MANGONE, LLP
15       Attorneys for Defendants -
         Joseph A. Vasaturo,
16       Louis G. LaPolla and
         The County Of Putnam
17       151 Broadway
         Hawthorne, New York 10532
18   BY: VINCENT GELARDI, ESQ., of Counsel
19
20
     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
21       Attorneys for Defendant -
         AmeriCor, Inc.
22       Three Gannett Drive
         White Plains, New York 10604
23   BY: TIMOTHY P. COON, ESQ.
24
     ALSO PRESENT:  Donny A. Sinkov
25                  Donald Smith
                    oOo
          COMPU-TRAN SHORTHAND REPORTING
```

## Page 4

```
1
2              P E T E R   C L A R K E,
3         having been duly sworn by Donna Bochnik,
4         a Notary Public within and for the State
5         of New York, was examined and testified
6                   as follows:
7
8                      oOo
9
10   EXAMINATION BY MS. BERG:
11        Q.    State your name and address for the
12   record, please.
13        A.    Peter Clarke, 185 Tammany Hall Road,
14   Carmel, New York 10512.
15        Q.    Mr. Clarke, I'm Kim Berg.  I
16   represent the Sinkov family.  I'm going to be
17   asking you some questions here today.
18              Let me know if there's anything I
19   say that you don't understand.  I'll be happy to
20   explain it or rephrase it for you.
21        A.    Okay.
22        Q.    I can see when you nod your head,
23   but that can't be taken down for the transcript.
24   You need to verbalize your response.
25        A.    Yes, I understand.
          COMPU-TRAN SHORTHAND REPORTING
```

5

*Peter Clarke*

2  Q.  If you give an answer during the
3  deposition that's incorrect or incomplete - you
4  realize you misspoke or you forgot to say
5  something - please let me know before we leave
6  here today, so we make sure we have complete and
7  accurate answers.
8  A.  Yes.
9  Q.  Do you understand all that?
10  A.  Yes.
11  Q.  Okay.  Can you describe for me your
12  educational background?
13  A.  I have an associate degree in
14  nursing from Dutchess Community college.
15  Q.  When did you receive that?
16  A.  1979.
17  Q.  Any other post high school
18  education?
19  A.  I have some credits from State
20  University at New Paltz.
21  Q.  Were those after the associate's
22  degree?
23  A.  Yes.
24  Q.  Do you recall how many credits?
25  A.  No, I don't.

6

*Peter Clarke*

2  Q.  Were those also in nursing?
3  A.  No.  You know, pre-nursing, like
4  anthropology and things, leading up to a BSN.
5  Q.  Did you ever receive a degree?
6  A.  No, no.
7  Q.  Are you currently in possession of
8  any professional licenses?
9  A.  Registered nurse in the State of
10  New York.
11  Q.  For how long have you held that
12  license?
13  A.  19 -- I believe, 1980.
14  Q.  Has that license ever been censured
15  or --
16  A.  No.
17  Q.  -- revoked?
18  A.  No --
19  Q.  -- or suspended in any way?
20  A.  No.
21  Q.  Are you currently employed?
22  A.  Yes.
23  Q.  In what capacity?
24  A.  I'm a registered nurse in -- staff
25  nurse in North Central Bronx Jacobi Network.  I

7

*Peter Clarke*

2  primarily work in North Central Bronx Emergency
3  Room.
4  Q.  For how long have you held that
5  position?
6  A.  I've been there since -- let me see.
7  I've worked for the network since 1989, July of
8  1989.  I've worked at North Central Bronx since
9  two thousand -- 2002.
10  Q.  Are you employed anywhere else?
11  A.  Arms Acres in Carmel.
12  Q.  What position do you have there?
13  A.  As a staff nurse, per diem.
14  Q.  For how long have you held that
15  position?
16  A.  Approximately, four months.
17  Q.  Any other current positions of
18  employment?
19  A.  No.
20  Q.  Prior to working at Arms Acres, did
21  you have any other positions -- any other
22  position of employment before that?
23  A.  You mean, ever?
24  Q.  Yes.
25  A.  Sure, yes.

8

*Peter Clarke*

2  Q.  When, in terms of the most recent,
3  Arms Acres.
4  A.  Just AmeriCor.
5  Q.  From when to when did you work for
6  AmeriCor?
7  A.  Approximately, five years.
8  Q.  Do you recall when you started?
9  A.  You would think that I would know
10  this, right?  I want to say approximately five
11  years.  I can't -- I can't.
12  Q.  When did you stop working there?
13  A.  September, September of last year.
14  Q.  Of '07?
15  A.  Yes.
16  Q.  What were the circumstances of your
17  employment ending?
18  A.  I just wanted to work my regular
19  job.  You know, it's more lucrative for me to
20  work overtime at my regular job.
21  Q.  Meaning, at North Central Bronx E.R.?
22  A.  Yes.
23  Q.  At any time during your employment
24  with AmeriCor, was your job performance
25  evaluated?

**9**

Peter Clarke

2  A.  Yes.
3  Q.  In writing?
4  A.  Yes.
5  Q.  At any time during your employment
6  with AmeriCor, were you ever disciplined or
7  counselled?
8  A.  For time abuse.  Not time abuse; I'm
9  sorry.  For lateness, for coming in late.
10  Q.  And who disciplined you on that
11  occasion?
12  A.  Rich, the nurse administrator.
13  Q.  Was that Rich DiMattio?
14  A.  Yes.
15  Q.  Do you recall when that discipline
16  occurred?
17  A.  Last summer.
18  Q.  Did that discipline have anything to
19  do with you leaving in September of '07?
20  A.  No.
21  Q.  Any other occasions where you were
22  counselled or disciplined while working for
23  AmeriCor?
24  A.  I don't recall.
25  Q.  When you worked for AmeriCor, did
COMPU-TRAN SHORTHAND REPORTING

**10**

Peter Clarke

2  you physically report to work at the Putnam
3  County Correctional Facility?
4  A.  Yes.
5  Q.  That was through the entire time;
6  correct?
7  A.  Yes.
8  Q.  What were your job duties and
9  responsibilities in that regard?
10  A.  To administer medication, to pick up
11  doctor's orders, to -- when somebody under arrest
12  would come in, we would go upstairs and evaluate
13  them, medical problems.  If they had medical
14  problems.
15  Q.  Was that in booking?
16  A.  Yes, booking.
17  Q.  Any other duties?
18  A.  Medication.  No.  That's about the
19  gist of it.
20  Q.  Who, if anyone, did you report to
21  when you worked for AmeriCor?
22  A.  To Rich and to Mr. Duffy.
23  Q.  In practice, in reality, did you
24  actually report to Duffy?
25  A.  If some -- yes.
COMPU-TRAN SHORTHAND REPORTING

**11**

Peter Clarke

2  Q.  Under what circumstances?
3  A.  If somebody was going out to the
4  hospital, I would notify Mr. Duffy.
5  Q.  Any other circumstances?
6  A.  No.
7  Q.  And in terms of your employment with
8  AmeriCor, did you ever receive any written
9  policies or procedures you were required to
10  follow as a staff nurse?
11  A.  Yes.
12  Q.  Do you recall when you first
13  received them?
14  A.  When I first started there, and
15  there was updates.
16  Q.  Did you receive any training at any
17  point in time while employed by AmeriCor?
18  A.  Yes.
19  Q.  Do you recall what kind of training?
20  A.  Initially, when I started there, we
21  received training about -- about working at the
22  correction facility, the types of people, you
23  know, that you come in contact with.  You know,
24  what you should expect.  You know, how to, you
25  know, treat patients in a correction facility.
COMPU-TRAN SHORTHAND REPORTING

**12**

Peter Clarke

2  And then, again, we had the suicide prevention,
3  also.
4  Q.  When was the suicide-prevention
5  training?
6  A.  I believe that was, I want to say
7  last -- last spring.  Spring of 2007.
8  Q.  Was that the only occasion that you
9  received suicide-prevention training while
10  working for AmeriCor?
11  A.  Yes.
12  Q.  Were you ever trained with respect
13  to the policies and procedures that AmeriCor had?
14  A.  Wait.  I'm sorry; say that again.
15  Q.  Were you ever given any training or
16  instruction on AmeriCor's policies and
17  procedures?  In other words, other than
18  physically giving you the manuals, did anybody
19  ever instruct you about those policies?
20  A.  We would go over them with Rich.
21  Q.  You did?
22  A.  Yes.
23  Q.  Were those in-staff meetings, or
24  something else?
25  A.  There was staff meetings and also,
COMPU-TRAN SHORTHAND REPORTING

13

*Peter Clarke*

2  you know, one-to-one.

3      MS. BERG: Let me have

4      marked as 32, a copy of an

5      October 11, 2006, memo from Rich to

6      All Staff regarding the suicide-

7      prevention class.

8      (Whereupon, 10/11/06 memo from Rich to

9      All Staff was marked as Plaintiff's

10     Exhibit No. 32, for id.)

11     Q.    Take a look at Exhibit 32, which is

12  a memo from Rich, regarding suicide-prevention

13  class. (Handing)

14     A.    The first question is: Do you see

15  your initials anywhere on the page?

16     A.    No.

17     Q.    Do you recall if the training that

18  you attended was on any of these days, November 4

19  or 9, 2006, as opposed to the spring of '07?

20     A.    11/9/06.

21     Q.    That's when you went?

22     A.    I believe so, yes.

23     Q.    And who provided the training?

24     A.    An officer from Putnam County

25  Correction Facility.

*COMPU-TRAN SHORTHAND REPORTING*

14

*Peter Clarke*

2      Q.    Was it a sergeant or a correction

3  officer?

4      A.    Correction officer.

5      Q.    Was it Spinelli?

6      A.    I believe that's his name, yes.

7      Q.    Anybody else provide the training,

8  other than Correction Officer Spinelli?

9      A.    There was another officer present.

10  I don't recall his name.

11     Q.    Do you recall, in substance, what

12  was conveyed during that training?

13     A.    Suicide prevention; about you know,

14  signs and symptoms of somebody -- somebody

15  exhibiting, you know, self-destructive behavior

16  or ideation.

17     Q.    Was anything conveyed to you during

18  the training about any state, New York State

19  regulations or standards?

20     A.    That, I don't recall.

21     Q.    Do you recall if anything was

22  discussed at the training about the Suicide

23  Prevention Guidelines Screening form?

24     A.    Yes.

25     Q.    What was discussed about that?

*COMPU-TRAN SHORTHAND REPORTING*

15

*Peter Clarke*

2      A.    About the numbers adding -- you

3  know, the quantitative value of the numbers, you

4  know, adding up; and how if it went up over a

5  specific amount, then the officer, the sergeant

6  in charge, would have to be notified.

7      Q.    Do you recall that there was that

8  suicide screening form that was administered as

9  part of the intake process?

10     A.    Yes.

11     Q.    And on that form, do you recall that

12  there were shaded areas, shaded boxes, if you

13  will?

14     A.    Yes.

15     Q.    Do you recall if the suicide

16  training you attended in November of '06 went

17  over anything that you were supposed to do if the

18  shaded box was checked?

19     A.    I don't know. I can't recall.

20     Q.    Do you recall what the number was in

21  terms of when you were supposed to notify the

22  sergeant?

23     A.    I don't recall that.

24     Q.    Other than notification to a

25  sergeant, did the training provide you with any

*COMPU-TRAN SHORTHAND REPORTING*

16

*Peter Clarke*

2  other things that you were supposed to do as a

3  nurse if, on the screening guideline form, the

4  score went over a certain number?

5      A.    Place -- place the inmate on a q. 15

6  or a constant observation.

7      Q.    What is a q. 15?

8      A.    That somebody would check him every

9  15 minutes.

10     Q.    What is a q. 15?

11     A.    Every 15 minutes, that somebody

12  would check on them.

13     Q.    Was anything explained to you as to

14  under what circumstances the 15-minute versus the

15  constant --

16     A.    Yes.

17     Q.    -- would be used?

18     A.    Um-hum.

19     Q.    What did they tell you about that?

20     A.    I don't recall.

21         MR. COON: Just one minute,

22  Kim.

23         MS. BERG: Sure.

24     (Off-the-record discussion)

25     Q.    Do you recall if anything was given

*COMPU-TRAN SHORTHAND REPORTING*

17

Peter Clarke

2  to you at the training - pamphlets, rules,
3  regulations; anything else?
4      A.   Yes.
5      Q.   What did you receive?
6      A.   Paperwork pertaining to what was
7  gone over in the class.
8      Q.   Do you recall what the paperwork
9  consisted of?
10     A.   No.
11     Q.   Was it a manual, if you know?
12     A.   I don't recall.
13     Q.   Was it specific to nurses, or did it
14  involve correction officers, as well?
15         MR. COON:   You're talking
16     about the paperwork --
17         MS. BERG:   Yes, the
18     · paperwork.
19         MR. COON:   -- at the training?
20         MS. BERG:   Right.
21     A.   I can't recall.
22     Q.   Can you tell me if you've ever seen
23  Exhibit 9 before?  That's an officer's handbook.
24  (Handing)
25         MR. COON:   Look through it.

COMPU-TRAN SHORTHAND REPORTING

18

Peter Clarke

2         Peter; see if you recognize
3      it.
4      (Witness complies)
5      A.   It does look familiar, yes.
6      Q.   Do you recall if you received that
7  at the time of the suicide-prevention training?
8      A.   I don't know if I just looked at it
9  there or was given a copy of it; I don't recall.
10     Q.   Just take a look at Page 17.  It's
11  towards the back.
12     A.   (Witness complies)
13     Q.   Do you see, under the section which
14  says "Supervision" at the bottom, "According to
15  the commissioner, the Commission's regulations..."
16  Do you see that?
17     A.   Yes.
18     Q.   That section which states that,
19  "Constant supervision should be instituted for a
20  high-risk inmate," do you see that part?
21     A.   Yes.
22     Q.   Was that covered with you during the
23  suicide-prevention training that you attended in
24  November of '06?
25     A.   Yes.

COMPU-TRAN SHORTHAND REPORTING

19

Peter Clarke

2      Q.   And do you recall if it was phrased
3  that way; namely, that constant supervision had
4  to be instituted?
5      A.   I don't recall.
6      Q.   Prior to the suicide-prevention
7  training that you went to in November of 2006,
8  were you ever instructed about what to do if an
9  inmate scored a certain number on the suicide-
10  prevention form?
11     A.   No.
12     Q.   Were you aware of any policies or
13  procedures, prior to November of 2006, regarding
14  what level, in terms of total score, some action
15  needed to be taken at?
16     A.   I knew that some action had to be
17  taken, but I didn't -- I didn't know what because
18  it clearly was a correction officer's
19  responsibility.
20     Q.   And who told you that it was a
21  correction officer's responsibility?
22     A.   They were the ones who did it.  I
23  never was trained in it prior to that class.
24     Q.   Prior to November of 2006, did you
25  ever receive any direction, instruction,

COMPU-TRAN SHORTHAND REPORTING

20

Peter Clarke

2  anything, written or verbal, about what to do if
3  an inmate scores eight or higher on the suicide-
4  prevention form?
5      A.   No.
6      Q.   Did you ever receive any
7  instruction, training, verbal or written
8  guidelines on what to do if an inmate has a
9  shaded box checked on the form?  Again, prior to
10  November of 2006.
11     A.   No.
12     Q.   Did you ever have, as a nurse, the
13  responsibility for administering the suicide-
14  screening guideline form?
15     A.   No.
16     Q.   When you worked at the Putnam County
17  Correctional Facility, did you work the same
18  shift, or did it rotate?
19     A.   I worked different shifts.
20     Q.   Day and night?
21     A.   Day, evening, and night.
22     Q.   And were there any policies or
23  procedures with respect to communicating with
24  correction officers during the intake process
25  about your observations of an incoming inmate?

COMPU-TRAN SHORTHAND REPORTING

21

Peter Clarke

2    A. Wait. The last part, I didn't get.
3    Q. An incoming inmate --
4    A. Right.
5    Q. In other words, during the booking
6 process --
7    A. Right.
8    Q. -- you said that you would be
9 responsible to go up and evaluate the incoming
10 inmate; correct?
11    A. Right.
12    Q. What did your evaluation consist of?
13    A. If they had a physical complaint, I
14 would take their vital signs. I would observe
15 them; you know, take their vital signs.
16    Q. Anything else? Let's assume there
17 was no physical complaint; what did your
18 evaluation consist of?
19    A. Talking to the inmate, asking him if
20 he had any medical problems.
21    Q. Anything else?
22    A. Ask him if he was on any medication.
23    Q. Anything else?
24    A. No. No, that's it.
25    Q. In terms of your evaluation during

COMPU-TRAN SHORTHAND REPORTING

22

Peter Clarke

2 the booking process, how would you know that an
3 incoming inmate was there for you to evaluate?
4    A. I would receive a call.
5    Q. From?
6    A. From booking.
7    Q. So, somebody within the facility
8 would call you to come up and see the inmate?
9    A. Yes; most likely, the booking
10 officer.
11    Q. And in terms of procedures and
12 policies, were you aware of any time frame within
13 which you had to go see the inmate?
14    A. I mean, I always -- when I would get
15 a call, I would immediately go upstairs.
16    Q. Did anybody tell you that you ever
17 had -- in terms of timing, that you had to go
18 within four hours of receiving notification?
19    A. I don't -- I don't recall, but...
20    Q. In practice, though, you said that
21 you would respond immediately and go right there?
22    A. Yes.
23    Q. And were you notified in every case
24 that an incoming inmate was being processed?
25    A. Yes.

COMPU-TRAN SHORTHAND REPORTING

23

Peter Clarke

2    Q. Were you aware of any policies or
3 procedures which permitted you not to go and
4 evaluate an incoming inmate?
5    A. Somebody who was going to be
6 admitted to the jail?
7    Q. Yes.
8    A. No.
9    Q. And in terms of your evaluation,
10 were you ever provided with any policies or
11 procedures that indicated you were required to
12 take vital signs for every incoming inmate?
13    A. No.
14    Q. Do you recall ever receiving any
15 kind of staff memos from Mr. DiMattio or the
16 health-services administrator?
17    A. Concerning...?
18    Q. Anything involving your nursing
19 duties.
20    A. Wait, wait, wait. Wait one second.
21 Wait, wait, wait. Just back up one question.
22    Q. Yes. Do you want me to rephrase it?
23    A. No, not that one. The prior
24 question about the vital signs.
25    Q. Yes.

COMPU-TRAN SHORTHAND REPORTING

24

Peter Clarke

2    A. At one point, that -- we were told
3 that the vital signs were taken on all incoming.
4    Q. Do you recall when that was?
5    A. No.
6    Q. Do you remember if it was about the
7 same time that you received the suicide-
8 prevention training?
9    A. Yeah, I would -- yes.
10    Q. And do you remember if you were told
11 that verbally or in writing?
12    A. I would think that it would be in
13 writing, but it was also verbal.
14    Q. Do you recall if you ever saw
15 Exhibit 24, which is a November 27, 2006, memo
16 from Rich to the staff? (Handing)
17    A. (Witness peruses exhibit)
18    Q. Did you ever see that?
19    A. I don't recall. I mean, I know the
20 stuff that's on here, but I don't recall
21 specifically.
22    Q. The fourth paragraph refers to vital
23 signs being done on all incoming inmates.
24    A. Yes.
25    Q. Do you recall if this was in or

COMPU-TRAN SHORTHAND REPORTING

25

Peter Clarke

2  about the same time that you were verbally told?

3      A.   I can't -- I can't recall.

4      Q.   Prior to this memo, was it your

5  practice to do vital signs only if the inmate

6  expressed a physical complaint?

7      A.   Well, not -- not only if the inmate

8  expressed a physical complaint, but if they

9  didn't look well, you know, if... I would do

10 vital signs.

11     Q.   So, you would do vital signs if the

12 inmate expressed a physical complaint or if the

13 inmate, in your view, looked ill?

14     A.   Yes.

15     Q.   And are there any other

16 circumstances that you would do vital signs as a

17 matter of your practice?

18     A.   On all inmates?  No.

19     Q.   Also as part of this memo it says,

20 "If there are any concerns at booking related to

21 mental health or medical, let the shift sergeant

22 know ASAP."

23          Was that always the policy, or was

24 that new in November of '06?

25     A.   I mean, I would -- I don't know

COMPU-TRAN SHORTHAND REPORTING

26

Peter Clarke

2  about the policy, but I would tell them, anyway.

3  I mean, you know, it wasn't...

4      Q.   Did you make those communications to

5  the sergeant, or to the correction officer, or

6  both?

7      A.   You mean, always or...?

8      Q.   Yes.

9      A.   Probably to both.

10     Q.   Do you recall?  You're saying

11 "probably," I don't want you to guess.

12     A.   Right.  Every single time, I can't --

13 I can't -- you know, on hundreds of inmates that

14 I saw coming in, I can't specifically say every

15 single time I...

16     Q.   Were you ever aware of any situation

17 where you were required to notify the sergeant,

18 supervisor, if you will, about an inmate who

19 scored eight or higher on the screening form, the

20 suicide screening form?

21     A.   When?  I mean, prior to -- prior to

22 this?

23     Q.   At any point.

24     A.   Yes; after the suicide prevention.

25     Q.   Meaning, after your November

COMPU-TRAN SHORTHAND REPORTING

27

Peter Clarke

2  training --

3      A.   Right.

4      Q.   -- November, 2006, training?

5      A.   Right.

6      Q.   Prior to that training, did anybody

7  ever tell you that if you saw on the suicide

8  screening form the inmate had a score of eight or

9  higher, you were supposed to report that to

10 anyone?

11     A.   No.

12     Q.   Did anybody ever indicate to you,

13 prior to November of 2006, that you as a nurse

14 had any responsibility for ensuring that some

15 level of heightened supervision was implemented

16 for an inmate who had a score of eight or higher?

17          MR. COON:  Objection to the

18          form.

19          You can answer.

20     A.   No.

21     Q.   Prior to November of 2006, were you

22 ever instructed or told that if an inmate had any

23 shaded box checked on that suicide screening

24 form, that you as a nurse had a responsibility

25 for making sure that some heightened level of

COMPU-TRAN SHORTHAND REPORTING

28

Peter Clarke

2  supervision was instituted?

3          MR. COON:  Objection to form.

4          You can answer.

5      A.   No.

6      Q.   Were you aware of any policies or

7  procedures with respect to what you were required

8  to do at intake?

9      A.   I'm sorry; can you just...?

10     Q.   Sure.  As part of the intake

11 process --

12     A.   Right.

13     Q.   -- were there any policies or

14 procedures, which in writing, detailed what you

15 were required to do?

16     A.   This -- this form here. (Indicating)

17     Q.   Okay.  Exhibit 24.  Anything else?

18     A.   I don't recall.

19     Q.   You indicated that you did hundreds

20 of bookings.

21     A.   Right.

22     Q.   Is that fair to say, it's accurate?

23     A.   Right.

24          MR. COON:  Well, I don't

25          think he did bookings; he saw them.

COMPU-TRAN SHORTHAND REPORTING

### 29

*Peter Clarke*

2 Q. Well, you were involved with the
3 evaluation of incoming inmates --
4 A. Right.
5 Q. -- on hundreds of occasions?
6 A. On a hundred.
7 Q. A hundred?
8 A. Right. I'm just estimating.
9 Q. And in your experience at the Putnam
10 County Correctional Facility, did you observe
11 inmates who came in either appearing to be under
12 the influence of drugs or alcohol, or reporting
13 that they were?
14 A. Yes.
15 Q. How often did that happen out of
16 those approximately hundred times?
17 A. I can't...
18 Q. More than half?
19 A. Probably less; less than half.
20 Q. Less than half?
21 A. Um-hum.
22 Q. And in terms of inmates who either
23 reported a history of drug or alcohol use or who
24 appeared to be under the influence, were you
25 aware of any policies or procedures prior to

*COMPU-TRAN SHORTHAND REPORTING*

### 30

*Peter Clarke*

2 November, 2006, about how to handle those
3 inmates?
4 A. How to handle?
5 Q. Yes; what you needed to do.
6 A. I don't recall.
7 Q. Did you receive any guidance in or
8 about November of 2006 about what to do when an
9 inmate reported a history of drug or alcohol use?
10 A. I don't recall.
11 Q. Was it part of the suicide-
12 prevention training at all?
13 A. Yes, it is part of the suicide
14 prevention.
15 Q. So, in November of 2006, did
16 Spinelli or the other officer say anything,
17 convey anything about individuals who had a
18 history of drug or alcohol use?
19 A. I believe that was -- that was
20 there, yes.
21 Q. Do you recall what was said in that
22 regard, the gist of it?
23 A. I can't -- I can't recall.
24 Q. Did anybody ever tell you that you,
25 as the nurse, were required to ask questions or

*COMPU-TRAN SHORTHAND REPORTING*

### 31

*Peter Clarke*

2 get information about an individual's frequency
3 of drug use?
4 A. I'm trying to think. I don't
5 recall.
6 Q. Or amount of drug use?
7 A. I can't remember.
8 Q. Did anybody ever indicate to you
9 that you were required to ask when the last time
10 was that an individual used drugs?
11 A. Can you just say that again?
12 Q. Sure. Did anybody ever tell you
13 policies or procedures required you to ask
14 individuals coming into the facility when the
15 last time was that they used drugs?
16 A. I believe that was part of the
17 policy.
18 Q. And you indicated that the
19 correction officers would administer the forms;
20 correct?
21 A. Yes.
22 Q. What, if any, requirement did you,
23 as a nurse, have with respect to those forms?
24 Did you have to do anything in terms of
25 completing any part of it?

*COMPU-TRAN SHORTHAND REPORTING*

### 32

*Peter Clarke*

2 A. We would sign that it was -- that it
3 was done.
4 Q. What do you mean, you would sign
5 that it was done?
6 A. On the right lower-hand corner, we
7 would date and put our signature on.
8 Q. And what was your understanding as
9 to what you were supposed to do, if anything,
10 with that form prior to dating and signing it?
11 A. Just checking that it was done, it
12 was filled out.
13 Q. Were you ever told of any policies
14 or procedures that, when you reviewed those
15 forms, the medical and the suicide screening
16 forms, whether you were supposed to, as the
17 nurse, look for certain things so that you could
18 take further action?
19 A. On the medical -- I read the
20 medical, yes. But prior to November, the other
21 thing was the responsibility of the -- you know,
22 of the booking officer.
23 Q. So, prior to November of 2006, did
24 you have a responsibility to review the suicide
25 screening part of the packet?

*COMPU-TRAN SHORTHAND REPORTING*

33

Peter Clarke

2  A.  No.

3  Q.  When you reviewed the medical part,

4  was the suicide screening part of the packet?

5  A.  Say this again.

6  Q.  When you reviewed the medical forms --

7  A.  Right.

8  Q.  -- which you said you had to sign

9  and date --

10  A.  Right.

11  Q.  -- was the suicide screening form

12  part of that packet?

13  A.  Sometimes you would get one before

14  you got the other. It wouldn't be complete. You

15  wouldn't get them at the same time.

16  Q.  If you got one before the other, did

17  you receive both, in any event, before you left

18  booking?

19  A.  Yes. Usually -- not in booking.

20  After booking, after they went downstairs -- they

21  would complete it upstairs, and then bring it

22  downstairs.

23  Q.  So, they would bring it to medical?

24  A.  Yes.

25  Q.  And that would be a correction

COMPU-TRAN SHORTHAND REPORTING

34

Peter Clarke

2  officer in booking?

3  A.  Yes.

4  Q.  And what would they do with it once

5  they brought it to medical?

6  A.  They would give it -- you know, give

7  it to us.

8  Q.  And at that point in time, were you

9  required to do anything other than file it in the

10  inmate's medical file?

11  A.  I would review it.

12  Q.  Is that when you would sign and date

13  it?

14  A.  Yes.

15  Q.  And on the occasions that they would

16  bring it down to medical, did you review the

17  suicide screening forms prior to November of '06?

18  A.  No.

19  Q.  Were you required to by any policy

20  or procedure as far as you knew --

21  A.  No.

22  Q.  -- prior to November of '06?

23  A.  No.

24  MR. KLEINBERG:  Can you read

25  back the last question.

COMPU-TRAN SHORTHAND REPORTING

35

Peter Clarke

2  (Record read)

3  Q.  Let me show you what was previously

4  marked as Exhibit 7. There's some handwriting on

5  that; but the form, itself, do you recognize that

6  as part of the booking or screening form that was

7  administered to the incoming inmates? (Handing)

8  A.  Yes.

9  Q.  And did you ever see this particular

10  form which pertains to Spencer Sinkov?

11  A.  Yes; I signed it.

12  Q.  Do you have a recollection of it as

13  you sit here today, other than the fact that your

14  signature is on there?

15  A.  A recollection that I've seen it

16  before?

17  Q.  Yes: In other words, if I took that

18  form away, do you have an independent memory --

19  A.  No.

20  Q.  -- of actually seeing it?

21  A.  No.

22  Q.  Do you recall, for example, if you

23  received it in booking, or if it was brought to

24  medical?

25  A.  It was brought to medical.

COMPU-TRAN SHORTHAND REPORTING

36

Peter Clarke

2  Q.  How do you know that?

3  A.  Because I remember I got this later.

4  Q.  Did you go to booking when Spencer

5  Sinkov came into the facility?

6  A.  Yes.

7  Q.  And at that point in time, did you

8  review any documents that were completed, or in

9  the process of being completed by the correction

10  officers?

11  A.  No.

12  Q.  Did you ever see Exhibit 3, which is

13  the Suicide Prevention Screening Guidelines that

14  were administered to Spencer (Handing)

15  A.  (Witness peruses exhibit)

16  I must've saw it that day; but I

17  don't -- as again, I don't recall it, though.

18  Q.  Do you recall if you reviewed it

19  that day? Meaning, May 20th, 2006.

20  A.  I would have just looked and saw

21  that it was -- it was done; it was all signed.

22  Q.  On the bottom?

23  A.  Yes.

24  Q.  And in terms of your looking at that

25  to make sure it was all signed on the bottom, was

COMPU-TRAN SHORTHAND REPORTING

37

Peter Clarke

2  there anything else that you did other than to
3  check to see that it was signed?
4      A.   No.
5      Q.   Prior to November of 2006, were you
6  aware of anything that you, as a nurse, were
7  required to do upon seeing scores such as ten in
8  the total of columns?
9      A.   No.
10      Q.   Were you, prior to November of '06,
11  aware of anything you were supposed to do as a
12  nurse in light of the fact that three shaded
13  boxes were checked?
14      A.   No.
15      Q.   Did you ever see Exhibit 30, which
16  is an AmeriCor Policy Manual dated November,
17  2004? (Handing)
18      A.   Yes.
19      Q.   Do you recall if you saw that in the
20  format it's in there?  Meaning, a series of
21  documents in one.
22      A.   Yes; in a binder.
23      Q.   And under what circumstances did you
24  get that?  Was it part of a training?  Was it
25  just handed out?  Something else?

COMPU-TRAN SHORTHAND REPORTING

38

Peter Clarke

2      A.   It was in -- I believe it was handed
3  out, plus it was in the -- it was there.  We had
4  access to it in the facility.
5      Q.   Was anything pointed out to you
6  specifically in terms of those policies or
7  procedures?
8      A.   Anything...?
9      Q.   Pointed out to you, anything that
10  you should focus on or look at in
11  particular?
12          MR. COON:  You have to
13      answer, Peter?
14      Q.   No?
15      A.   I don't recall.  No, I don't
16  understand the question, you know.  I mean, it's --
17      Q.   Okay, that's fine.  In other words,
18  when this was given to you, Exhibit 30 --
19      A.   Right.
20      Q.   -- did anybody bring to your
21  attention any specific policy in here --
22      A.   Right.
23      Q.   -- that they wanted you to be aware
24  of?
25      A.   Not that I could recall.

COMPU-TRAN SHORTHAND REPORTING

39

Peter Clarke

2      Q.   Were you told anything about whether
3  or not you needed to review all of those policies
4  or anything else?
5      A.   We did review them.
6      Q.   Did you have to sign for it in any
7  way?
8      A.   I don't recall.
9      Q.   Did anybody ever indicate to you
10  that policies that are contained in Exhibit 30
11  did not apply to the nursing staff?
12      A.   Again, I don't -- I don't recall.
13      Q.   Take a look at Exhibit 28, which is
14  an AmeriCor, Inc. Procedure Manual, with the date
15  2003.  Did you ever see that?  (Handing)
16      A.   Yes.  Yes, I've seen this.
17      Q.   Do you recall when for the first
18  time?
19      A.   It's -- when I was first hired.
20      Q.   And was that also maintained in the
21  facility?
22      A.   Yes.
23      Q.   Was it part of the same binder as
24  the Policy Manual, Exhibit 30?
25      A.   No, it wasn't.  It was in a separate --

COMPU-TRAN SHORTHAND REPORTING

40

Peter Clarke

2  separate binder.
3      Q.   And did anybody ever tell you that
4  the procedures in there did not apply to the
5  nursing staff in any way?
6      A.   No.
7      Q.   Take a look at Exhibit 30, the 2004.
8  (Handing)  Do you see on the bottom where it has
9  numbers?  Turn to the page that says 421.
10      A.   (Witness complies)
11      Q.   It's a two-page policy regarding
12  Receiving Screening?
13      A.   Yes.
14      Q.   Did you ever see that before today?
15      A.   This -- this was in the book, yes.
16  I saw it.
17      Q.   In terms of the policy, it says in
18  the first sentence, "All inmates will be given a
19  Receiving Screening by health care or health-
20  trained personnel immediately upon their arrival
21  at the facility."
22          Do you see that part?
23      A.   Is that the first...?
24      Q.   The first line that I just read.
25      A.   Yes.

COMPU-TRAN SHORTHAND REPORTING

41

Peter Clarke

Q. About halfway down it says, "At a minimum the Receiving Screening will include inquiry into:" And then there are a number of numbered paragraphs.

A. Um-hum.

Q. Do you see that?

A. Right.

Q. On the next page, number four says, in terms of what needs to be inquired into, "Use of alcohol and other drugs, including types of drugs used, mode of use, amount used, frequency used, date or time of last use and a history of problems which may have occurred after ceasing use."

Do you see that?

A. Yes.

Q. At any point in time prior to November of 2006, were you aware of any policy AmeriCor had which required you, as an AmeriCor employee, to make those inquiries about types of drugs, mode, frequency, et cetera?

A. Yes.

Q. Did you do that with respect to all incoming inmates?

A. Yes.

COMPU-TRAN SHORTHAND REPORTING

42

Peter Clarke

Q. Do you recall Spencer Sinkov coming into the facility on or about May 20th, 2006?

A. Yes.

Q. Did you specifically inquire of him about anything concerning types of drugs, mode of use, amount used, frequency used, history of problems, as noted in this policy?

A. He offered the information himself, yes.

Q. What did he tell you?

A. About the heroin. He said he last used 24 hours ago.

Q. Did he say anything about how much he used?

A. No.

Q. Did he say with what frequency he used?

A. No.

Q. Did he say anything about whether or not he had any problems when he stopped use?

A. No.

Q. Did you ask him any of those questions?

A. No.

COMPU-TRAN SHORTHAND REPORTING

43

Peter Clarke

Q. Based on your review of this policy, is it, therefore, your testimony here today that you failed to abide by AmeriCor's policy as noted in this manual, Page 421 to 422?

MR. COON: Note my objection.

A. No.

Q. Well, if it's required of you and you didn't do it, how is it that you didn't violate the policy?

A. Because in speaking with the inmate, he -- he said he had no medical problems, and he said he last used heroin 24 hours ago.

And I said, how do you feel?

He said, I feel fine.

I said, you don't feel sick at all?

Nothing.

And I told him about, you know, medical. You know, if you feel sick, you know, we're here; just, you know, tell the officers that, you know, you want to see us.

Q. So, at that time in May of '06, did you have an understanding that at minimum, you were required to ask him about other things, such

COMPU-TRAN SHORTHAND REPORTING

44

Peter Clarke

as how much he used or the frequency of his use?

A. Yes.

Q. And you didn't do that?

A. I didn't do it; I spoke to the inmate.

Q. And in terms of the other things you're noted in this policy it says at minimum you're supposed to make an observation of: Number four: "Condition of the skin." And one of the specific things under that paragraph is, "Needle marks or other indications of drug abuse."

Were you aware of that policy on or about May 20th, 2006?

A. Yes.

Q. Did you ever make any observations of Spencer's skin?

A. No.

Q. Did you ever take a look to see if he had any needle marks or other indications of drug use?

A. No, because he offered -- you know, he said that he did a bag of dope within 24 hours.

Q. But did he tell you how he used it?

A. I just -- for some reason, I don't

COMPU-TRAN SHORTHAND REPORTING

45

Peter Clarke

2  know whether -- I just thought that he snorted it.
3  Q.   That was your assumption?
4  A.   Yes.
5  Q.   Because you never checked his arms;
6  correct?
7  A.   I don't know if he told me that
8  or... No, I didn't check his arms.
9  Q.   Did you understand that on May 20,
10  2006, you, as a nurse, were obligated by AmeriCor
11  policy to check for things like track marks?
12      MR. COON:  Objection to the
13      form of the question.
14  A.   Yes.
15  Q.   And you didn't do that?
16  A.   Right.
17  Q.   Did anybody ever counsel you or
18  discipline you for violating AmeriCor policy?
19      MR. COON:  Objection.
20  A.   No.
21  Q.   Did anybody ever ask you any
22  questions -- prior to today, of course -- about
23  whether or not you abided by that policy?
24      MR. COON:  Objection.
25  A.   No.

COMPU-TRAN SHORTHAND REPORTING

46

Peter Clarke

2  Q.   Are you familiar with a document
3  called the Shift Report form?
4  A.   Yes.
5  Q.   And as a matter of policy, were you
6  required to complete one on each shift that you
7  worked?
8  A.   Yes.
9  Q.   Do you recall if you completed one
10  on the shift you worked for May 20th, 2006?
11  A.   I don't recall.
12  Q.   What was your understanding in
13  May of '06 as to what you were required to put on
14  the Shift Report form?
15  A.   New inmates coming in, blood drawn,
16  any problems in the shift.
17  Q.   Were you required to note in any way
18  on the Shift Report if an inmate was placed on a
19  15-minute watch or a constant supervision?
20  A.   Yes.
21  Q.   And do you recall if you did that in
22  Spencer's case?
23  A.   I don't recall.
24  Q.   After you went off shift, do you
25  recall that Susan Waters came on that day?

COMPU-TRAN SHORTHAND REPORTING

47

Peter Clarke

2  A.   She relieved me that morning, yes.
3  Q.   Did you have any conversations with
4  her at that time about what happened on your
5  shift?
6  A.   Yes.
7  Q.   Do you recall if you said anything
8  to her regarding Spencer?
9  A.   I don't recall, but I'm sure I --
10  you know, I mentioned him.
11  Q.   You don't have a recollection of
12  doing so, though?
13  A.   No.
14  Q.   Did you provide her with the Shift
15  Report that you had completed?
16  A.   I think so.
17  Q.   Do you remember doing that?
18  A.   I did it every shift.
19  Q.   Okay, but do you have a recollection
20  of doing it?
21  A.   That particular day?
22  Q.   Yes.
23  A.   No.
24  Q.   Take a look at the 2003 Policy
25  Manual, Exhibit 28.  Procedure Manual, I should

COMPU-TRAN SHORTHAND REPORTING

48

Peter Clarke

2  say.
3      MR. COON:  Procedure Manual
4  or Policy?
5      MS. BERG:  Procedure Manual,
6  2003.
7  Q.   Go to the page that's Bates stamped
8  494.
9  A.   (Witness complies)
10  Q.   Did you ever see that procedure,
11  Receiving Screening.
12  A.   (Witness peruses record)  It looks
13  familiar.
14  Q.   At the bottom of Page 494, it says,
15  "If the inmate is medically stable but requires
16  medical follow up - e.g., intoxicated, but
17  subject to going into withdrawal - the nurse will
18  accept the inmate; document the medical condition
19  in the inmate's medical record; and, depending on
20  the inmate's medical problem, either contact the
21  physician for orders or schedule the inmate to be
22  seen at the next physician's sick call.
23      Do you see that?
24  A.   Yes.
25  Q.   With respect to Spencer Sinkov, did

COMPU-TRAN SHORTHAND REPORTING

49

Peter Clarke

2 you contact the physician for orders?

3    A.    No.

4    Q.    Did you schedule him to be seen at

5 the next physician's sick call?

6    A.    No.

7    Q.    Did you ever indicate to anyone in

8 any shape or form that follow up was necessary or

9 monitoring was necessary with respect to Spencer?

10    A.    I don't recall.

11    Q.    Do you recall communicating that to

12 Susan Waters at any time?

13    A.    I don't recall.

14    Q.    Did you ever monitor or follow up on

15 Spencer at any point?

16    A.    No.

17    Q.    There's reference in this Procedure

18 Manual, Page 495, to a History and Physical

19 logbook.

20        Do you see that? It's the last five

21 words on Page 495.

22    A.    Yes.

23    Q.    Do you know what the History and

24 Physical logbook is?

25    A.    It's a book where the PPDs go.

COMPU-TRAN SHORTHAND REPORTING

---

50

Peter Clarke

2    Q.    What is that?

3    A.    You know, for tuberculosis.

4    Q.    Were you ever told of any

5 requirement that the Receiving Screening that you

6 do is required to be documented in that History

7 and Physical logbook?

8    A.    No.

9    Q.    Did you ever document Receiving

10 Screenings in the History and Physical logbook as

11 a matter of your practice?

12    A.    No.

13    Q.    One of the documents that you, as a

14 nurse, were responsible for completing were

15 called Progress Notes; correct?

16    A.    Correct.

17    Q.    What was your understanding of what

18 was supposed to go into a Progress Note?

19    A.    The patient's/inmate's complaints,

20 how he looks, signs and symptoms.

21    Q.    Anything else?

22    A.    If he was placed on 15-minute or

23 constant watch, that would be put on there.

24    Q.    And if you did vitals, would you

25 note it in there?

COMPU-TRAN SHORTHAND REPORTING

---

51

Peter Clarke

2    A.    Yes.

3    Q.    And in terms of the Progress Notes

4 and the things you just listed that were supposed

5 to go into the Progress Notes, those things were

6 listed from when you started with AmeriCor until

7 you stopped working there?

8    A.    Yes.

9    Q.    Was there any change in any policies

10 or procedures with respect to what you were

11 supposed to put in the Progress Notes at any

12 time?

13    A.    Just adding the vital signs for all

14 patients -- all inmates.

15    Q.    That would have been in and about

16 November of '06?

17    A.    Yes.

18    Q.    Do you recall if you created any

19 Progress Notes for Spencer Sinkov?

20    A.    I wrote a Progress Note.

21    Q.    Do you recall when the last time was

22 that you saw it?

23    A.    Probably that -- that next day after

24 the incident.

25    Q.    I'm going to show you Exhibit 26 and

COMPU-TRAN SHORTHAND REPORTING

---

52

Peter Clarke

2 ask you if you recognize that as your Progress

3 Note pertaining to Mr. Sinkov. (Handing)

4    A.    Yes.

5    Q.    You wrote in there, "Will monitor."

6        Do you see that?

7    A.    Yes.

8    Q.    What did that mean?

9    A.    That means that if the inmate has

10 any further complaints, you know, continue to --

11 you know, to monitor the inmate.

12    Q.    So, in terms of what you were going

13 to do to monitor, what would that be?

14    A.    As far as if the officer called and

15 said, you know, Spencer wasn't feeling well; you

16 know, go up and see him. That's...

17    Q.    So, that would be only if a

18 complaint was brought to your attention?

19    A.    Right.

20    Q.    You didn't intend by writing "Will

21 monitor," to do anything yourself to monitor him;

22 is that fair to say?

23    A.    Right.

24    Q.    And did you ever tell anybody, such

25 as Susan Waters, that if they received any

COMPU-TRAN SHORTHAND REPORTING

53

Peter Clarke

2 information about Spencer - a complaint or
3 otherwise - that you felt that monitoring was
4 required?
5     A.   I don't recall.
6     Q.   Other than your Progress Note,
7 withdrawn.
8          Were your Progress Notes given to
9 Susan Waters, or are they contained in the file?
10    A.   They're in the file.
11    Q.   And did you bring to her attention
12 the fact that you wrote "Will monitor" on your
13 Progress Note?
14    A.   I don't remember.
15    Q.   Let me show you Exhibit 27, which is
16 the same Progress Note, but below it are two more
17 entries by Susan Waters.  (Handing)
18         Do you recall if you ever saw those
19 entries before today?
20    A.   I don't recall.
21    Q.   Did you ever speak with Susan Waters
22 about any of her interactions with Spencer Sinkov
23 at any time?
24    A.   Yes.
25    Q.   Do you recall when for the first
COMPU-TRAN SHORTHAND REPORTING

54

Peter Clarke

2 time?
3     A.   That afternoon.
4     Q.   What did you say to her, and what
5 did she say to you?
6     A.   I can't remember the exact.
7     Q.   As best you can remember, what was
8 the substance of what you communicated to her and
9 what she said to you?
10    A.   I'm trying to think. Just that he
11 had -- he had hung himself.
12    Q.   She told you that?
13    A.   Um-hum.
14    Q.   Yes or no?
15    A.   Yes.
16    Q.   And did you say anything?
17    A.   I said, I couldn't believe it.
18    Q.   Anything else that she said during
19 that conversation?
20    A.   No, I don't recall.
21    Q.   Was it in person?
22    A.   No; it was over the phone.
23    Q.   Anything else that you said during
24 that conversation?
25    A.   I just -- I -- I just was in shock.
COMPU-TRAN SHORTHAND REPORTING

55

Peter Clarke

2 I couldn't, you know...
3     Q.   Anything else that you said?
4     A.   I don't recall.
5     Q.   In terms of Susan Waters, did you
6 speak with her on any other occasions about
7 Spencer Sinkov?
8     A.   I don't -- I don't remember.
9     Q.   Anything that you could use to
10 refresh your memory, any notes or anything that
11 you created?
12    A.   (Witness shakes head)
13    Q.   You have to verbalize your answer.
14    A.   Oh, no. No, I didn't.
15    Q.   Did you ever come to learn at any
16 point in time that when you reviewed the Medical
17 Intake form, which is marked as Exhibit 7, not
18 only were you required to sign and date it, but
19 you were supposed to put the time of your review
20 on there?
21    A.   Put the time on there?
22    Q.   Yes.
23    A.   No; I was supposed to just put the
24 date.
25    Q.   Did anybody ever tell you that it
COMPU-TRAN SHORTHAND REPORTING

56

Peter Clarke

2 was policy to put the time on there, as well?
3     A.   No. No.
4     Q.   Take a look at the 2003 manual
5 that's in front of you. Specifically, the page
6 that's Bates stamped 495.
7     A.   (Witness complies)
8     Q.   The second paragraph, "In all cases,
9 the nurse must date, time, and sign the lower
10 right-hand corner of the IMIR to document that
11 the inmate was medically screened within the
12 four-hour limit."
13         Do you see that?
14    A.   Yes.
15    Q.   So, you were aware that the time was
16 required?
17    A.   I guess, yes.
18    Q.   And you didn't do that on Exhibit 7
19 in the case of Mr. Sinkov; correct?
20         MR. COON: Objection.
21         You can answer.
22    A.   I don't see the time there, no.
23    Q.   Did you ever see Exhibit 23, a memo
24 from Michelle Murnane to All Staff dated
25 January 22nd, 2004? (Handing)
COMPU-TRAN SHORTHAND REPORTING

57

Peter Clarke

1
2    (Witness peruses exhibit)
3    A.   I don't -- I don't recall it.
4    Q.   Do you know who Michelle Murnane is?
5    A.   Yes.
6    Q.   Who was she?
7    A.   She was the predecessor of Rich.
8    Q.   DiMattio?
9    A.   Yes.
10   Q.   And the first paragraph of this
11   pertaining to documentation states that, in
12   substance, that you're required to date and time
13   your signature on all entries, including the
14   intake screenings, to prove that it was reviewed
15   within four hours; correct?
16   A.   Yes.
17   Q.   And it says here, "Failure to show a
18   time on the screening form indicates
19   noncompliance with the four-hour requirement;"
20   correct?
21   A.   Yes.
22   Q.   Did anybody ever counsel you or
23   discipline you for failing to put the time on any
24   of the inmate medicals records that you reviewed?
25   A.   I don't recall.

COMPU-TRAN SHORTHAND REPORTING

58

Peter Clarke

1
2    Q.   As a matter of practice, did you
3    time your signature and date on the IMIR?
4    A.   I would think that I would have.
5    Q.   Do you know why, then, in this case
6    with respect to Mr. Sinkov, you didn't put a time?
7    A.   No.
8    Q.   Take a look if you would at
9    Exhibit 25, Bates stamped Page 557, titled
10   "Receiving Screening" at the bottom of that page.
11   A.   (Witness complies)
12   Q.   In substance that paragraph
13   indicates that "AmeriCor staff will follow
14   existing procedures that call for the booking
15   officer to complete the Inmate Medical Intake
16   Record and Suicide Prevention Screening at the
17   time of the inmate's arrival at the jail." Then
18   it says, "A registered nurse will then review
19   these forms."
20        Do you see that part?
21   A.   Yes.
22   Q.   Prior to November of 2006, were you
23   aware of any policy or procedure that required
24   you to review the forms pertaining to the suicide
25   screening?

COMPU-TRAN SHORTHAND REPORTING

59

Peter Clarke

1
2    A.   No.
3         MR. COON:  Objection to the
4    form of that question.
5    Q.   On the next page, 558, under the
6    numbered paragraphs one through six:  "Inmates
7    that receive a suicide screen score of eight or
8    higher or who answer "Yes" to the questions
9    enumerated there, will be referred to mental
10   health staff for further evaluation."
11        Do you see that?
12   A.   Yes.
13   Q.   Prior to November of 2006, were you
14   aware of any requirement that if an inmate
15   received a score or had a shaded box checked -- a
16   score of eight or higher or had a shaded box
17   checked, that you had an obligation to refer them
18   to mental health?
19        MR. COON:  Objection.
20        You can answer.
21   A.   No.
22   Q.   Did you ever refer Spencer Sinkov to
23   mental health?
24   A.   No.
25   Q.   To your knowledge, did any AmeriCor

COMPU-TRAN SHORTHAND REPORTING

60

Peter Clarke

1
2    staff person make such a referral?
3    A.   I don't know.
4    Q.   Did you ever come to learn, at any
5    point in time, that Susan Waters had referred
6    him, as indicated on Exhibit 5?  (Handing)
7         (Witness peruses exhibit)
8    A.   No.
9    Q.   No?
10   A.   No.
11   Q.   Did you ever speak with Susan Waters
12   about any referral that she made?
13   A.   No.
14   Q.   Or the basis for her referral?
15   A.   Not that I recall.
16   Q.   At any time -- at any point in time
17   prior to November, 2006, were you ever told of
18   any circumstances where you, as the nurse during
19   an intake, were required to refer an inmate to
20   mental health?
21   A.   Just do me a favor; just rephrase
22   that again, please.
23   Q.   Sure.  Prior to your training in
24   November of '06 --
25   A.   Right.

COMPU-TRAN SHORTHAND REPORTING

61

Peter Clarke

2  Q.  -- did anybody ever provide you with
3  any policies, or procedures, or instructions that
4  you were required, as part of an intake, to make
5  a referral to mental health if you believed one
6  was warranted?
7  A.  I could, yes.
8  Q.  Did anybody tell you, though, that
9  it was supposed to be you who made that referral
10 as part of the intake process?
11 A.  No.
12 Q.  Look at the 2004 manual, please.
13 Pages 448 to 449.
14 A.  445?
15 Q.  448 to 449.  It's called "Suicide
16 Prevention."
17      Do you see that three-page policy?
18 A.  (Witness peruses record)
19      I have a call.  I have to answer
20 this call.
21      (Recess taken)
22 CONTINUED EXAMINATION BY MS. BERG:
23 Q.  Back to 448 to 449 -- it's actually
24 448 to 450.  Did you ever see that policy before?
25 A.  (Witness peruses record)

COMPU-TRAN SHORTHAND REPORTING

62

Peter Clarke

2  I don't recall, but I'm familiar
3  with the information in the policy.
4  Q.  When did you first become aware of
5  the information in the policy?  Was it at or
6  about the time that you received the training,
7  before, or after that?
8  A.  I always knew that I could refer
9  somebody to mental health.
10 Q.  Did you know, prior to November of
11 2006, that the suicide screening form was used to
12 determine if an inmate posed a high risk of
13 suicide?
14 A.  Yes.
15 Q.  And in terms of this policy, Suicide
16 Prevention, do you recall when you first saw it?
17 A.  What?
18 Q.  The policy, 448.
19      MR. COON:  What you were just
20      looking at.
21 A.  Oh, okay.  I don't recall.
22 Q.  Do you recall if you saw it at any
23 time prior to the training you received in
24 November of '06?
25 A.  I don't recall.

COMPU-TRAN SHORTHAND REPORTING

63

Peter Clarke

2  Q.  Do you remember if it was part of
3  the Policy Manual that was kept at the jail prior
4  to November of '06?
5  A.  Probably; but as I said, I can't --
6  I can't definitely say.
7  Q.  In terms of the suicide prevention
8  policy it says, "Inmates will be evaluated for
9  potential risk of suicide during the intake
10 process, using the Receiving Screening form."
11      Is it your understanding that the
12 correction officer administered that form;
13 correct?
14 A.  Yes.
15 Q.  Then it says, "Inmates determined to
16 be at risk as result of this screening process
17 will be placed on suicide precautions and
18 immediately referred to the psychiatrist."
19      Prior to November of '06, did you
20 ever have any understanding there was any
21 requirement that you, as the nurse, immediately
22 refer an inmate to the psychiatrist, based on the
23 suicide prevention screening process?
24      MR. COON:  Objection to
25      the form of that question.

COMPU-TRAN SHORTHAND REPORTING

64

Peter Clarke

2  A.  No.
3  Q.  Do you have any understanding, as
4  you sit here today, as to what is meant by
5  "Suicide precautions" as referenced at Page 448?
6      MR. COON:  That first
7      paragraph, here.  (Indicating)
8  A.  (Witness peruses record)  Yes.
9  Q.  What were suicide precautions?
10 A.  To place a person, an inmate, on
11 one-to-one, constant observation.
12 Q.  And who told you about that?
13 A.  I've always known about it.
14 Q.  How did you know, though, that the
15 term "suicide precautions" in this policy
16 referred to a one-on-one observation?
17 A.  Because that's -- that's the only
18 thing it could mean.
19 Q.  And in terms of the suicide
20 precautions, did you, as a nurse, have the
21 authority to institute those suicide precautions?
22 A.  Yes.
23 Q.  How is it that you would institute a
24 constant watch?
25 A.  Just tell the -- bring it to the

COMPU-TRAN SHORTHAND REPORTING

65

Peter Clarke

2  sergeant's attention, you know, that I think that
3  this person needs a constant watch.
4      Q.   Did you ever do that?
5      A.   No.
6      Q.   Did you do that in Spencer's case?
7      A.   No.
8      Q.   Did you ever come to learn at any
9  point in time that he was placed on a 15-minute
10  watch?
11      A.   I don't recall.
12      Q.   The third paragraph of the suicide
13  prevention policy, Page 448 says: "Inmates who
14  are determined to be at risk will be promptly
15  referred to mental health personnel for
16  additional assessment and treatment."
17          Do you have any understanding as to
18  what the term "promptly" means there?
19      A.   At the time that the determination
20  is made that the person is at risk.
21      Q.   And when would that be in terms of
22  intake? Is it at intake or something else?
23      A.   If it's found to be at intake, then
24  it would be at intake.
25      Q.   In terms of being at risk, with

66

Peter Clarke

2  respect to the Suicide Prevention Screening
3  Guidelines, that's a tool to use to determine if
4  somebody's at risk at screening; correct?
5      A.   Yes.
6      Q.   And in this case, Spencer's score
7  indicated that he was at risk; correct?
8      A.   I have to look at it.
9      Q.   That's Exhibit 3, just for the
10  record.
11      A.   (Witness peruses record) Yes.
12      Q.   And did you do anything to promptly
13  refer him to mental health personnel?
14      A.   No.
15      Q.   To your knowledge, did anyone?
16      A.   I don't -- not to my knowledge.
17      Q.   Did anybody ever counsel you or
18  discipline you in any way for failing to follow
19  any policy or procedure requiring you to promptly
20  refer Spencer to mental health?
21      A.   No.
22          MR. COON:  Objection to the
23          form of the question.
24      Q.   On the next page, 449: "Inmates who
25  are placed on suicide precautions will be placed

67

Peter Clarke

2  in the facility's mental health unit or placed on
3  regular observation status, such that they are
4  subject to monitoring by correctional and/or
5  health-care personnel."
6          Do you see that?
7      A.   Yes.
8      Q.   Did you have any obligation to
9  actually monitor inmates --
10      A.   No.
11      Q.   -- as a nurse?
12      A.   No.
13      Q.   Do you know what "regular observation
14  status" means?
15      A.   The every-15-minutes-- check
16  somebody every 15 minutes.
17      Q.   So, were you ever of the
18  understanding that, contrary to what you just
19  testified to about suicide precautions being
20  one-on-one supervision, that AmeriCor's policy
21  said that the check should be every 15 minutes?
22      A.   No. It should be one -- no.
23      Q.   You were starting to say it should
24  be one-on-one; correct?
25          MR. COON:  Objection.

68

Peter Clarke

2      A.   Yes.
3      Q.   Did you ever come to learn about any
4  requirements that individuals who pose a risk for
5  having progression to withdrawal symptoms -- to
6  developing withdrawal symptoms -- withdrawn. Let
7  me start over.
8          In terms of individuals who come
9  into the facility --
10      A.   Right.
11      Q.   -- as a nurse or in any of your
12  training, have you ever come to learn that
13  symptoms of withdrawal sometimes do not appear
14  immediately?
15      A.   Yes.
16      Q.   And have you also been trained, or
17  do you know, based on your nursing experience and
18  training, that sometimes symptoms do not peak for
19  24 to 72 hours?
20      A.   Yes.
21      Q.   Are you aware of any AmeriCor
22  policies or procedures which indicated that
23  constant supervision should be given to inmates
24  who have a risk of progressing to withdrawal
25  symptoms?

69

Peter Clarke

2  A.  No.

3  Q.  Did you ever see anything in writing
4  about that?

5  A.  I don't recall.

6  Q.  Did anybody ever tell you that, that
7  should be followed?

8  A.  I don't -- I don't recall.

9  Q.  Take a look at Page 561 of Exhibit 25.

10  A.  (Witness complies)

11  Q.  Under "Detoxification." This is, by
12  the way, a document that was provided by AmeriCor
13  to the county as part of its initial contract.

14  In terms of the --

15  A.  Is this dated?

16  Q.  It was in or about 2003, okay? I
17  believe, July of '03.

18  In terms of the "Detoxification"
19  section, the bottom paragraph, last line:

20  "Individuals at risk for progression to more
21  severe levels of withdrawal will be under
22  constant observation by correctional officers."

23  Do you see that?

24  A.  Yes.

25  Q.  Do you know if that was ever

*COMPU-TRAN SHORTHAND REPORTING*

70

Peter Clarke

2  translated into any kind of a written policy or
3  procedure?

4  THE WITNESS: I have a call.

5  MS. BERG: Go ahead.

6  (Recess taken)

7  CONTINUED EXAMINATION BY MS. BERG:

8  Q.  In terms of the suicide screening
9  form, Exhibit 3 which is here, at the bottom
10  there's a section that says "Medical staff and/or
11  mental-health provider actions."

12  Do you see that?

13  A.  Yes.

14  Q.  In your employment at AmeriCor,
15  Putnam County, did you ever have to complete that
16  portion of the form?

17  A.  No.

18  Q.  When you attended the suicide
19  prevention training, were other AmeriCor staff
20  persons present?

21  A.  Yes.

22  Q.  Did you have an understanding that
23  it was mandatory training?

24  A.  Yes.

25  Q.  Were any correction officers or

*COMPU-TRAN SHORTHAND REPORTING*

71

Peter Clarke

2  county employees present?

3  A.  There was COs, correction COs, yes.

4  Q.  That attended the training, not gave
5  the training?

6  A.  No. They were there. I don't
7  believe that they were attending it. They were
8  there.

9  Q.  Do you know why they were there?

10  A.  They're part of the instructional
11  staff.

12  Q.  Do you know who they were?

13  A.  There was the officer that was
14  giving it and a sergeant. I don't know the
15  sergeant's name.

16  Q.  Do you recall if this was a man or a
17  woman?

18  A.  A man.

19  Q.  Do you recall if it was LaPolla?

20  A.  No. I don't -- no.

21  Q.  Did you ever speak with Correction
22  Officer Vasaturo at any point in time about
23  Spencer Sinkov?

24  A.  No, I don't recall.

25  Q.  Did you ever speak with Sergeant

*COMPU-TRAN SHORTHAND REPORTING*

72

Peter Clarke

2  LaPolla about Spencer Sinkov?

3  A.  No. I don't recall.

4  Q.  Take a look at the 2003 Procedure
5  Manual, Exhibit 28.

6  A.  28?

7  Q.  Yes. Bates stamped 518 to 519.

8  A.  (Witness complies)

9  Q.  Did you ever see that procedure
10  while you worked for AmeriCor?

11  A.  (Witness peruses exhibit)

12  I don't recall if I saw this or not.

13  Q.  Prior to November of '06, did you
14  ever have any understanding that inmates who
15  verbally reported a history of opiate, including
16  heroin, use, when coming into the facility are
17  supposed to be evaluated for potential onset of
18  withdrawal symptoms?

19  A.  I'm sorry. Just say this again.

20  Q.  Sure. Did you ever know, prior to
21  November of '06, of any policies or procedures
22  that required you to evaluate inmates who are
23  coming into the facility for potential onset of
24  withdrawal symptoms, where those inmates reported
25  having used heroin or opiates?

*COMPU-TRAN SHORTHAND REPORTING*

73

Peter Clarke

2  A.  Yes.

3  Q.  What did you have to do as a nurse
4  to evaluate the potential onset of those
5  symptoms?

6  A.  If somebody said that they were
7  withdrawing, take their vital signs.  Check --
8  you know, check them.  Check their skin.  See if
9  there's cold, sweaty, clammy skin.  The most
10  important thing is, you know, what the inmate
11  complains about.  You know, they usually say, you
12  know, I'm sick; I'm dope sick.  You know, I don't
13  feel good.  Vomiting, you know, you can usually
14  see.

15  Q.  And what if when the inmate came in
16  they didn't have those symptoms; is there
17  anything that you're required to do to determine
18  whether, you know, they had the potential for
19  developing them at a later point during their
20  incarceration?

21  A.  That's why I told them, you know,
22  that, you know, we're there.  All he has to do
23  is, you know, tell the officer, and the officer
24  will get in touch with us, and we'll evaluate
25  them; we'll see them.

COMPU-TRAN SHORTHAND REPORTING

74

Peter Clarke

2  Q.  So, that would be up to Spencer,
3  then, to notify somebody?

4  A.  Right; or the officer.  You know,
5  sometimes the officer would say so-and-so doesn't
6  look right, or so-and-so is sick.  All right?

7  Q.  Did you, though, as a nurse at that
8  time in May of '06, have any obligation by reason
9  of policy or procedure to, yourself, evaluate
10  whether symptoms were appearing?

11  A.  As far as policy is concerned?

12  Q.  Yes.

13  A.  I don't recall.

14  Q.  Do you recall actually seeing
15  Spencer during the intake process?

16  A.  I remember all of it.

17  Q.  You do?

18  A.  Yeah.

19  Q.  Do you remember whether you made any
20  observations as to whether or not he had a runny
21  nose?

22  A.  He -- he didn't look like he had a
23  runny nose.  He did not.  He didn't look sick at
24  all.

25  Q.  Do you recall if he had watery eyes?

COMPU-TRAN SHORTHAND REPORTING

75

Peter Clarke

2  A.  That -- that, I don't recall.

3  Q.  Do you recall if he discussed, in
4  any way with you, his appetite?

5  A.  No.  We specifically didn't mention
6  appetite.

7  Q.  What do you remember about his
8  height and weight?

9  A.  He was 5' 8", like 150, 160.

10  Q.  Do you recall that he was more like
11  6' 1" and 130?

12  A.  (No response)

13  Q.  Yes or no?

14  A.  No, I don't.

15  Q.  Do you recall that he presented as
16  being very thin?

17  A.  Yes, he looked thin.

18  Q.  And as a result of him appearing
19  thin, did you ask any questions about his eating
20  habits or appetite?

21  A.  No, no.

22  Q.  Did you take his temperature or feel
23  his skin?

24  A.  No.

25  Q.  Did you ask him if he had any muscle

COMPU-TRAN SHORTHAND REPORTING

76

Peter Clarke

2  cramps?

3  A.  No, I didn't.

4  Q.  Did you ask him if he had any

5  nausea?

6  A.  I asked him how he felt.

7  Q.  Okay, but did you ask him if he had

8  any nausea?

9  A.  No, I didn't.  No.  No.

10  Q.  Did you ask him if, in the last

11  24 hours, he had vomited or had diarrhea?

12  A.  No, I didn't ask him.

13  Q.  Did he report any of that to you?

14  A.  No, he didn't.

15  Q.  You indicated that the policy was,
16  you would be called to booking when a new inmate
17  came to the facility?

18  A.  Yes.

19  Q.  Do you remember who called you in
20  connection with the intake of Spencer?

21  A.  No.

22  Q.  When you got to booking, what did
23  you observe?

24  A.  When I got to booking, I thought he
25  was a cop; I thought he was an undercover cop

COMPU-TRAN SHORTHAND REPORTING

77

Peter Clarke

2 because he was standing there, talking to one of
3 the COs and just -- nonchalant behavior. As a
4 matter of fact, I didn't even approach him. I
5 stood away, waiting for them to finish talking.
6    Q.    Did you hear anything that was being
7 said?
8    A.    No. I was at the other end of the
9 counter. I was 20, 30 feet away.
10    Q.    And who was the correction officer
11 that was speaking with him at the time?
12    A.    I don't know. I don't recall it.
13    Q.    When was the first time during the
14 process that you could hear anything that was
15 being said to Spencer or that Spencer was saying?
16    A.    When I went up there.
17    Q.    And what happened when you
18 approached?
19    A.    I engaged in a conversation. I was
20 talking to him.
21    Q.    What did you say to him? What did
22 he say to you?
23    A.    I introduced myself. I asked him if
24 he had any medical problems.
25          He said, no. He volunteered that he

COMPU-TRAN SHORTHAND REPORTING

78

Peter Clarke

2 last used drugs, heroin, within the last 24 hours.
3    Q.    Anything else?
4    A.    No, just -- and I explained to him,
5 you know, about medical. That have the officer
6 talk -- you know, talk to the officer and the
7 officer would get -- would get us, you know, if
8 he didn't feel well.
9    Q.    Anything else that you said to him
10 or that he said to you?
11    A.    No. We were laughing and joking.
12    Q.    What were you laughing and joking
13 about?
14    A.    He was making a joke about -- about --
15 you know, about, you know, feeling okay and he
16 didn't have any medical -- you know, just, you
17 know -- he was just, you know, kidding. You
18 know, kidding mood, you know. That's the way he
19 responded to us.
20    Q.    Well, did he appear, as a result of
21 making a joke about his situation, to be under
22 the influence of anything?
23    A.    No.
24    Q.    Anything that you can recall him
25 specifically say that was a joke or kidding

COMPU-TRAN SHORTHAND REPORTING

79

Peter Clarke

2 around?
3    A.    Just about medical problems, he
4 said, no, I don't have any, you know.
5    Q.    Well, the way you're saying it, it's
6 not coming across like he was laughing or joking;
7 so, that's why I'm following up.
8    A.    Right, but he did, though. He said
9 something about past medical -- you know, I asked
10 him, about, you know, do you have any medical
11 problems?
12          He said, no. And you know, he -- I
13 don't know. He just said something at the time
14 that -- you know, that he laughed about.
15    Q.    Do you recall what that was?
16    A.    I can't remember.
17    Q.    Anything else that you can recall
18 asking him?
19    A.    Just that if he was on medication;
20 and he said, no.
21    Q.    Did you ever come to learn that he
22 was taking Lunesta?
23    A.    No.
24    Q.    Take a look at Exhibit 7, the IMIR,
25 second page.

COMPU-TRAN SHORTHAND REPORTING

80

Peter Clarke

2    A.    (Witness complies)
3    Q.    Do you see where it notes that he
4 was taking Lunesta on the top?
5    A.    Um-hum.
6    Q.    Do you see that?
7    A.    Yes.
8    Q.    Do you recall that, now that you've
9 reviewed that form again?
10    A.    I don't -- I don't recall.
11    Q.    What's Lunesta used for?
12    A.    Sleep.
13    Q.    Did you ever ask him anything about
14 whether he had any problems sleeping?
15    A.    No.
16    Q.    Did you ask him any questions about
17 for how long he had been taking Lunesta?
18    A.    No.
19    Q.    Anything else that you can recall
20 saying to Spencer or Spencer said to you?
21    A.    No.
22    Q.    Did you take his vital signs?
23    A.    No.
24    Q.    Approximately, how long did you have
25 this interaction with him?

COMPU-TRAN SHORTHAND REPORTING

81

Peter Clarke

```
01:37:59  2    A.    Five minutes.
01:33:00  3    Q.    Was anybody else present?
    "     4    A.    The booking officer and Sergeant
          5  LaPolla.
01:33:02  6    Q.    Were they within earshot?
01:33:11  7    A.    Yes.
01:33:12  8    Q.    Did LaPolla say anything during your
01:32:14  9  interaction with Spencer?
01:33:16  10   A.    I don't recall it.
01:33:18  11   Q.    Do you recall LaPolla asking Spencer
01:33:21  12  any questions about how he used his drugs?
01:33:24  13   A.    I don't recall.
01:33:26  14   Q.    Or how much he used?
01:33:28  15   A.    I don't recall.
01:33:26  16   Q.    Do you recall Spencer indicating
01:33:28  17  that he used, quote, "a lot"?
01:33:32  18   A.    I don't recall. I don't recall.
01:33:05  19   Q.    Do you recall the booking officer
01:33:07  20  was Vasaturo?
01:33:38  21   A.    Yes.
01:33:30  22   Q.    Did he say anything in your presence
01:33:40  23  to Spencer?
01:33:41  24   A.    In my presence, no.
01:33:44  25   Q.    Did you hear anybody say anything to
```

COMPU-TRAN SHORTHAND REPORTING

83

Peter Clarke

```
01:34:00  2    A.    Yes.
01:34:00  3    Q.    Would they be in the form of
01:34:05  4  Exhibit 4? It's called a P-1.
01:35:01  5    A.    Yes.
01:35:00  6    Q.    And do you recall if you received
01:35:03  7  this P-1 about Spencer?
01:35:06  8    A.    I don't recall.
01:35:07  9    Q.    Other than what you testified to
01:35:14  10  already here today about Susan Waters, did you
01:35:18  11  have conversations with anyone from AmeriCor
01:35:20  12  about Spencer or the events of May 20th, 2006?
01:35:25  13   A.    No, I don't -- no.
01:35:26  14   Q.    Did you ever speak with Kevin Duffy
01:35:00  15  about Spencer, or the events of May 20th, 2006?
01:35:32  16   A.    No.
01:35:37  17   Q.    Did he ever ask you any questions
01:35:41  18  about --
01:35:41  19   A.    No.
01:35:42  20   Q.    -- what you did or didn't do on that
01:35:45  21  day?
01:35:43  22   A.    No.
01:35:44  23   Q.    Did you ever speak with Rich DiMattio
01:35:47  24  about Spencer or May 20th, 2006?
01:35:52  25   A.    No, I don't -- no, I don't recall.
```

COMPU-TRAN SHORTHAND REPORTING

82

Peter Clarke

```
01:33:47  2  Spencer at any point in time?
01:33:49  3    A.    I didn't hear. As I said, I didn't
01:33:03  4  hear what they were talking about.
01:33:04  5    Q.    Did you hear Spencer say anything to
01:34:00  6  anybody else, except for you, of course?
01:34:02  7    A.    He was answering LaPolla, but I
01:34:04  8  forgot what LaPolla was talking about.
01:34:07  9    Q.    You have no recollection of that?
01:34:01  10   A.    I can't remember.
01:34:16  11   Q.    Were the members of the Sheriff's
01:34:21  12  Department - the investigators, the deputy
01:34:23  13  sheriffs - present at any point in time while you
01:34:29  14  were in booking?
01:34:27  15   A.    I -- I can't recall.
01:34:27  16   Q.    Do you recall that there was another
01:34:34  17  incoming inmate named Robert Thompson at that time?
01:34:39  18   A.    No.
01:34:19  19   Q.    Do you recall if anybody spoke with
01:34:44  20  Robert Thompson about Spencer Sinkov?
01:34:49  21   A.    No.
          22   Q.    As a matter of procedure, did you
01:34:44  23  ever receive memos from corrections staff about
01:34:52  24  inmates who were placed on constant, or 15-minute
01:34:55  25  watches?
```

COMPU-TRAN SHORTHAND REPORTING

84

Peter Clarke

```
01:35:52  2    Q.    Are you aware of any procedures in
01:36:19  3  place when you worked for AmeriCor about
01:35:02  4  providing detox meds or other programs for
01:35:05  5  inmates who come in being addicted to drugs?
01:36:02  6    A.    Yes.
01:36:00  7    Q.    What are you aware of in that regard?
01:36:02  8    A.    Say that again?
01:36:03  9    Q.    What are you aware of? What
01:36:04  10  policies were there?
01:36:05  11   A.    They would be placed on a librium
01:36:42  12  taper.
01:36:44  13   Q.    And under what circumstances would
01:36:46  14  they actually receive the librium?
01:36:49  15   A.    If they were showing signs and
01:36:03  16  symptoms of withdrawal.
01:36:04  17   Q.    Only at that point?
01:36:06  18   A.    If -- if -- if you thought it was,
01:36:10  19  you know, warranted, yes, you would put them on a
01:37:02  20  librium taper.
01:37:05  21   Q.    At any point in time was Spencer
01:37:06  22  given any librium taper?
01:37:04  23   A.    No.
01:37:06  24   Q.    Are you aware of any policies or
01:37:57  25  procedures within the facility or AmeriCor with
```

COMPU-TRAN SHORTHAND REPORTING

85

Peter Clarke

2  respect to providing CPR?
3      A.   Yes.  They have CPR, yes.
4      Q.   Are you trained to give it?
5      A.   Yes.
6      Q.   And have you ever had occasion to do
7  so?
8      A.   Not there.  I've given CPR.
9      Q.   In AmeriCor or in the Putnam County
10  Correctional Facility, were there any policies or
11  procedures about who can stop CPR once it's
12  commenced?
13     A.   I don't recall them.
14     Q.   When Susan Waters contacted you, was
15  that the first time that you learned that Spencer
16  had committed suicide?
17     A.   Yes.
18     Q.   Did you ever have any conversations
19  with any Putnam County employees about Spencer?
20     A.   No.
21     Q.   Did you ever have any communications
22  with Vasaturo or LaPolla during the booking
23  process about Spencer?
24     A.   Wait.  Just say that again.
25     Q.   During the booking process --

COMPU-TRAN SHORTHAND REPORTING

86

Peter Clarke

2      A.   Right.
3      Q.   -- did you speak with Vasaturo about
4  Spencer at all?
5      A.   No.
6      Q.   Did you speak with LaPolla about him
7  at all?
8      A.   No.
9      Q.   Did there come a point in time when
10  the State Commission of Correction conducted an
11  investigation into Spencer's death?
12     A.   Yes.
13     Q.   And how did you know about that
14  investigation?
15     A.   Because I was called to talk to them.
16     Q.   Do you remember when that occurred?
17     A.   I don't recall.
18     Q.   When you met with them, was that at
19  Putnam County?
20     A.   Yes.
21     Q.   And do you recall who you met with?
22     A.   Two.  Two gentlemen from Albany.  I
23  don't remember who.
24     Q.   Do you remember what they said to
25  you; what you said to them?

COMPU-TRAN SHORTHAND REPORTING

87

Peter Clarke

2      A.   They were just going over the policy
3  and what happened that day.
4      Q.   Do you recall anything that you told
5  them?
6      A.   I told them -- I told them what
7  happened.
8      Q.   What did you tell them?
9      A.   The same thing, you know, that we
10  just -- you know, they asked me what the
11  procedure was, and I -- everything that I said.
12     Q.   Tell me what you told the
13  commissioners or the investigators from the
14  Commission.
15     A.   I don't -- I don't recall exactly.
16     Q.   What did you tell the investigators
17  from the Commission as to the procedure?
18     A.   I don't recall.  This is how many --
19  a couple of years ago.  I don't remember.
20     Q.   Did you provide them with anything
21  in writing?
22     A.   I don't recall.
23     Q.   Did you ever come to learn that the
24  County of Putnam or the Sheriff's Department
25  conducted an investigation, as well?

COMPU-TRAN SHORTHAND REPORTING

88

Peter Clarke

2      A.   No.
3      Q.   Did anybody from the Sheriff's
4  Department - investigators from BCI, for example -
5  ever question you?
6      A.   No.
7      Q.   Did you ever provide them with a
8  statement?
9      A.   No.
10     Q.   Were you aware that others had been
11  questioned, regarding Spencer's death, by members
12  of BCI?
13     A.   No.
14     Q.   Did anyone ever discuss with you
15  anything about the State Commission's report?
16     A.   About...?
17     Q.   About Spencer.  In other words, the
18  State Commission issued a report on their
19  investigation.
20     A.   Right.
21     Q.   Did you ever learn anything about
22  that report?  Did anybody share it with you or
23  discuss it with you?
24     A.   No.  I never saw a copy of it.
25     Q.   You never conversed with anyone

COMPU-TRAN SHORTHAND REPORTING

89

```
        1              Peter Clarke
04:40:30 2    about it?
04:40:31 3       A.    No.
   4                   MS. BERG: Do you want to
   5              talk?
04:40:42 6                   MR. SINKOV: Yes, just
04:40:44 7       really briefly.
04:40:46 8                   MS. BERG: Just give us
04:40:41 9       another minute.
04:40:47 10           (Recess taken)
04:41:53 11                  MS. BERG: Are there any
04:41:54 12      answers you've given that you want to
04:42:56 13      modify or change at this time?
04:42:56 14           THE WITNESS: No.
04:42:58 15           MS. BERG: I don't have
04:42:59 16      anything else.
04:46:59 17           MR. COON: I have no
04:47:41 18      questions.
04:47:05 19           MR. KLEINBERG: No
04:47:26 20      questions.
04:47:06 21           MR. GELARDI: No questions.
04:47:08 22
04:47:01 23           oOo
04:47:02 24
04:47:03 25      (Time noted: 4:21 p.m.)
                 COMPU-TRAN SHORTHAND REPORTING
```

91

```
 1
 2
 3    STATE OF NEW YORK   )
 4                       ) SS
 5    COUNTY OF ROCKLAND  )
 6
 7
 8         I, Donna Bochnik, Notary Public within
 9    and for the State of New York, do hereby
10    certify:
11
12         That I reported the proceedings in the
13    within entitled matter, and that the within
14    transcript is a true record of said
15    proceedings.
16
17         I further certify that I am not
18    related to any of the parties to the action by
19    blood or marriage, and that I am in no way
20    interested in the outcome of this matter.
21
22         IN WITNESS WHEREOF, I have hereunto
23    set my hand this 25th day of January, 2008.
24
25                   DONNA BOCHNIK,
                     NOTARY PUBLIC
            COMPU-TRAN SHORTHAND REPORTING
```

90

```
 1
 2    STATE OF NEW YORK    )
 3                     SS:
 4    COUNTY OF WESTCHESTER  )
 5
 6
 7
 8         I, PETER CLARKE, the witness
 9    herein, having read the foregoing testimony of
10    the pages of this deposition, do hereby certify
11    it to be a true and correct transcript, subject
12    to the corrections, if any, shown on the
13    attached page.
14
15
16           oOo
17
18
19    _____
20              PETER CLARKE
21
22    Subscribed and sworn to before me
23    this _____ day of _____, 2008.
24
25    _____
             COMPU-TRAN SHORTHAND REPORTING
```

92

```
 1
 2          ***I N D E X***
 3               PAGE#      LINE#
 4    EXAMINATION BY:
 5    Ms. Berg              4    10
 6    DOCUMENT/DATA REQUESTED:
 7             NONE
 8
 9    PLAINTIFF'S EXHIBITS:
10
11    32 - 10/11/06 memo from Rich
      to AH Staff           12    8
12
13    DEFENDANT'S EXHIBITS:
14             NONE
15
16    RULINGS CONTEMPLATED:
17             NONE
18
19
20
21
22
23
24
25
             COMPU-TRAN SHORTHAND REPORTING
```

93

1
2  *CORRECTION SHEET*
3
4  *Re:  DONNY A. SINKOV v. DONALD B. SMITH*
5  *The following corrections, additions*
6  *or deletions were noted on the transcript of*
7  *the testimony which I gave in the above-*
8  *captioned matter, held on 1/17/08.*
9
10  *PAGE(S)  LINE(S)  SHOULD READ*
11  __*__  __*__  _____
12  __*__  __*__  _____
13  __*__  __*__  _____
14  __*__  __*__  _____
15  __*__  __*__  _____
16  __*__  __*__  _____
17  __*__  __*__  _____
18  __*__  __*__  _____
19
20  _____
21  *PETER CLARKE*
22  *Subscribed and sworn to before me*
23  *this___day of_____ 2008.*
24
25
*COMPU-TRAN SHORTHAND REPORTING*

'03 [1] - 69:17
'05 [18] - 15:16, 18:24,
25:24, 34:17, 34:22, 37:10,
43:23, 46:13, 51:16, 60:24,
62:24, 63:4, 63:19, 72:13,
72:21, 74:8
'07 [3] - 8:14, 9:19, 13:19

**1**

1 [1] - 75:11
1/17/08 [1] - 93:8
10 [4] - 92:5
10/11/06 [2] - 13:8, 92:11
10512 [1] - 4:14
10632 [1] - 2:17
10591 [1] - 2:6
10804 [1] - 2:22
11 [3] - 13:5
11/9/06 [1] - 13:20
11591 [1] - 2:11
12 [1] - 92:11
130 [1] - 75:11
15 [2] - 16:5, 16:7, 16:9,
16:10, 16:11, 67:16, 67:21
15-minute [5] - 16:14,
46:19, 50:22, 65:9, 82:24
150 [1] - 75:9
151 [1] - 2:17
160 [1] - 75:9
17 [2] - 1:16, 18:10
185 [1] - 4:13
19 [1] - 6:13
1979 [1] - 5:16
1980 [1] - 6:13
1989 [2] - 7:7, 7:8

**2**

20 [2] - 45:9, 77:9
2002 [1] - 7:9
2003 [4] - 39:15, 47:24,
48:6, 56:4, 69:16, 72:4
2004 [4] - 37:17, 40:7,
56:25, 61:12
2006 [26] - 13:5, 13:19,
19:7, 19:13, 19:24, 20:10,
24:15, 27:4, 27:13, 27:21,
30:2, 30:8, 30:15, 32:23,
36:19, 37:5, 41:18, 42:3,
44:14, 45:10, 46:10, 58:22,
59:13, 60:17, 62:11, 83:12,
63:15, 83:24
2007 [1] - 12:7
2008 [4] - 1:16, 90:23,
91:23, 93:23
20th [7] - 36:19, 42:3,
44:14, 46:10, 83:12, 83:15,
83:24

222 [2] - 1:15, 2:5
22nd [1] - 56:25
23 [1] - 56:23
24 [8] - 24:15, 28:17, 42:13,
43:14, 44:23, 68:19, 76:11,
76:2
240 [1] - 2:11
25 [3] - 58:9, 69:9
25th [1] - 91:23
26 [1] - 91:25
27 [2] - 24:15, 53:16
28 [4] - 39:13, 47:25, 72:5,
72:6
2:45 [1] - 1:16

**3**

3 [3] - 36:12, 66:9, 70:9
30 [5] - 37:15, 38:16, 39:10,
39:24, 40:7, 77:9
32 [4] - 13:4, 13:10, 13:11,
92:11

**4**

4 [5] - 13:18, 83:4, 92:5
421 [2] - 40:9, 43:5
422 [1] - 43:5
445 [1] - 61:14
446 [7] - 61:13, 61:15,
61:23, 61:24, 62:18, 64:5,
65:13
449 [4] - 61:13, 61:15,
61:23, 66:24
450 [1] - 61:24
494 [3] - 48:8, 48:14
495 [2] - 49:18, 49:21, 56:6
4:21 [1] - 89:25

**5**

5 [2] - 60:6, 75:9
518 [1] - 72:7
519 [1] - 72:7
557 [1] - 58:9
558 [1] - 59:5
561 [1] - 69:9

**6**

6 [1] - 75:11

**7**

7 [4] - 35:4, 55:17, 56:18,
79:24
72 [1] - 68:19

**8**

8 [2] - 75:9, 92:11

**9**

9 [2] - 13:19, 17:23

**A**

abide [1] - 43:4
abided [1] - 45:23
About.. [1] - 88:16
above-captioned [1] - 1:20
abuse [3] - 9:8, 44:12
accept [1] - 48:18
access [1] - 38:4
According [1] - 18:14
accurate [2] - 5:7, 28:22
Acres [2] - 7:11, 7:20, 8:3
action [4] - 19:14, 19:16,
32:18, 91:18
actions [1] - 70:11
ADAM [1] - 2:12
addicted [1] - 84:5
adding [3] - 15:2, 15:4,
61:13
additional [1] - 65:16
additions [2] - 93:5
address [1] - 4:11
administer [3] - 3:7, 10:10,
31:19
administered [4] - 15:8,
35:7, 36:14, 63:12
administering [1] - 20:13
administrator [2] - 9:12,
23:16
admitted [1] - 23:6
afternoon [1] - 54:3
ago [3] - 42:13, 43:14,
87:19
AGREED [3] - 3:2, 3:11,
3:15
ahead [1] - 70:5
Albany [1] - 86:22
alcohol [3] - 29:12, 29:23,
30:9, 30:18, 41:11
ALSO [1] - 2:24
AmeriCor [31] - 1:11, 2:21,
8:4, 8:6, 8:24, 9:6, 9:23,
9:25, 10:21, 11:6, 11:17,
12:10, 12:13, 37:16, 39:14,
41:19, 45:10, 45:18, 51:6,
58:13, 59:25, 68:21, 69:12,
70:14, 70:19, 72:10, 83:11,
84:3, 84:25, 85:9
AMERICOR [1] - 1:19
AmeriCor's [2] - 12:16,
43:4, 67:20
amount [4] - 15:5, 31:6,
41:12, 42:7
AND [3] - 3:2, 3:11, 3:15
answer [6] - 5:2, 27:19,
28:4, 38:13, 55:13, 56:21,

59:8, 59:20, 61:19
answering [1] - 82:7
answers [2] - 5:7, 89:12
anthropology [1] - 6:4
Anything.. [1] - 38:6
anyway [1] - 26:2
appear [2] - 68:13, 78:20
appeared [1] - 29:24
appearing [3] - 29:11,
74:10, 75:18
appetite [2] - 75:4, 75:6,
75:20
apply [2] - 39:11, 40:4
approach [1] - 77:4
approached [1] - 77:18
areas [1] - 15:12
arms [2] - 45:5, 45:8
Arms [3] - 7:11, 7:20, 8:3
arrest [1] - 10:11
arrival [2] - 40:20, 58:17
ASAP [1] - 29:22
assessment [1] - 65:16
associate [1] - 6:13
associate's [1] - 5:21
assume [1] - 21:16
assumption [1] - 45:3
attached [1] - 90:13
attended [2] - 13:18, 15:16,
18:23, 70:18, 71:4
attending [1] - 71:7
attention [4] - 38:21, 52:18,
53:11, 65:2
Attorneys [4] - 2:6, 2:10,
2:15, 2:21
attorneys [1] - 3:3
authority [1] - 64:21
authorized [1] - 3:7
aware [24] - 19:12, 22:12,
23:2, 26:16, 28:6, 29:25,
37:6, 37:11, 38:23, 41:18,
44:13, 56:15, 58:23, 59:14,
62:4, 68:21, 84:2, 84:7, 84:9,
84:24, 88:10

**B**

background [1] - 5:12
bag [1] - 44:23
based [2] - 63:22, 66:17
Based [1] - 43:2
basis [1] - 60:14
Bates [4] - 48:7, 56:6, 58:9,
72:7
BCI [2] - 88:4, 88:12
become [1] - 82:4
BEFORE [1] - 1:18
behalf [1] - 1:19
behavior [2] - 14:15, 77:3
below [1] - 53:16
Berg [2] - 4:15, 92:5

BERG [14] - 2:6, 4:10, 13:3, 16:23, 17:17, 17:20, 48:5, 61:22, 70:5, 70:7, 89:4, 89:8, 89:11, 69:15
best [1] - 54:7
between [1] - 3:3
binder [3] - 37:22, 39:23, 40:2
blood [2] - 46:15, 91:19
Bloomingdale [2] - 1:15, 2:5
Bochnik [3] - 1:25, 4:3, 91:8
BOCHNIK [1] - 91:25
book [3] - 40:15, 49:25
booking [24] - 10:15, 10:16, 21:5, 22:2, 22:6, 22:9, 25:20, 32:22, 33:18, 33:19, 33:20, 34:2, 35:6, 35:23, 36:4, 58:14, 76:16, 76:22, 76:24, 81:4, 81:19, 82:14, 85:22, 85:25
bookings [2] - 28:20, 28:25
bottom [8] - 18:14, 36:22, 36:25, 40:6, 48:14, 58:10, 69:19, 70:9
Boulevard [1] - 2:11
box [5] - 15:18, 20:9, 27:23, 59:15, 59:16
boxes [2] - 15:12, 37:13
briefly [1] - 89:7
bring [6] - 33:21, 33:23, 34:16, 38:20, 63:11, 64:25
Broadway [1] - 2:17
Bronx [4] - 6:25, 7:2, 7:8, 8:21
brought [4] - 34:5, 35:23, 35:25, 52:18
BSN [1] - 6:4
but.. [1] - 22:19
BY [8] - 2:6, 2:12, 2:18, 2:23, 4:10, 61:22, 70:7, 92:4

C

can't.. [1] - 29:17
capacity [2] - 1:9, 6:23
captioned [2] - 1:20, 93:8
care [2] - 40:19, 67:5
Carmel [3] - 4:14, 7:11
case [7] - 22:23, 46:22, 56:19, 58:5, 65:6, 66:5
cases [1] - 56:9
ceasing [1] - 41:14
censured [1] - 6:14
Central [5] - 6:25, 7:2, 7:8, 8:21
certain [3] - 16:4, 19:9, 32:17
certify [3] - 90:10, 91:10,

91:17
cetera [1] - 41:21
change [2] - 51:9, 89:13
charge [1] - 15:6
Check [2] - 73:7, 73:8
check [6] - 15:8, 16:12, 37:3, 45:3, 45:11, 67:15, 67:21, 73:8
checked [7] - 15:18, 20:9, 27:23, 37:13, 45:5, 59:15, 59:17
checking [1] - 32:11
circumstances [5] - 8:16, 11:2, 11:5, 16:14, 25:16, 37:23, 60:18, 84:13
clammy [1] - 73:9
Clarke [2] - 4:13, 4:15
CLARKE [4] - 1:18, 90:8, 90:20, 93:21
class [4] - 13:7, 13:13, 17:7, 19:23
clearly [1] - 19:18
cold [1] - 73:9
college [1] - 5:14
columns [1] - 37:8
coming [6] - 9:9, 26:14, 31:14, 42:2, 46:16, 72:16, 72:23, 79:6
commenced [1] - 85:12
Commission [4] - 86:10, 87:14, 87:17, 88:18
Commission's [3] - 18:15, 88:15
commissioner [1] - 16:15
commissioners [1] - 87:13
committed [1] - 85:16
communicated [1] - 54:8
communicating [2] - 20:23, 49:11
communications [2] - 26:4, 85:21
Community [1] - 5:14
complains [1] - 73:11
complaint [2] - 21:13, 21:17, 25:6, 26:9, 26:12, 52:18, 53:2
complaints [2] - 50:19, 52:10
complete [6] - 5:6, 33:14, 33:21, 46:6, 58:15, 70:15
completed [4] - 36:6, 36:9, 46:9, 47:15
completing [2] - 31:25, 50:14
complies [8] - 18:4, 18:12, 40:10, 48:9, 56:7, 58:11, 69:10, 72:6, 80:2
concerned [1] - 74:11
concerning [1] - 42:6
Concerning.. [1] - 23:17

concerns [1] - 26:20
condition [1] - 46:18
Condition [1] - 44:10
conducted [2] - 86:10, 87:25
connection [1] - 76:20
consist [2] - 21:12, 21:18
consisted [1] - 17:9
constant [11] - 16:6, 16:15, 19:3, 46:19, 50:23, 64:11, 64:24, 65:3, 68:23, 69:22, 82:24
Constant [1] - 18:19
contact [3] - 11:23, 48:20, 49:2
contacted [1] - 85:14
contained [2] - 39:10, 53:9
CONTEMPLATED [1] - 92:16
continue [1] - 52:10
CONTINUED [2] - 61:22, 70:7
contract [1] - 69:13
contrary [1] - 67:18
conversation [3] - 54:19, 54:24, 77:19
conversations [3] - 47:3, 83:11, 85:18
conversed [1] - 86:25
convey [1] - 30:17
conveyed [2] - 14:12, 14:17
COON [23] - 2:23, 16:21, 17:15, 17:19, 17:25, 27:17, 28:3, 28:24, 38:13, 43:6, 45:12, 45:19, 45:24, 48:3, 56:20, 59:3, 59:19, 62:19, 63:24, 64:6, 66:22, 67:25, 89:17
cop [2] - 76:25
copy [3] - 13:4, 18:9, 88:24
corner [3] - 32:6, 56:10
correct [13] - 10:6, 21:10, 31:20, 45:6, 50:15, 56:19, 57:15, 57:20, 63:13, 66:4, 66:7, 67:24, 90:11
Correct [1] - 50:16
Correction [5] - 13:25, 14:4, 14:6, 71:21, 85:10
correction [16] - 11:22, 11:25, 14:2, 17:14, 19:18, 19:21, 20:24, 26:5, 31:19, 33:25, 36:9, 63:12, 70:25, 71:3, 77:10
CORRECTION [1] - 93:2
Correctional [4] - 10:3, 20:17, 29:10, 85:10
correctional [2] - 67:4, 69:22
corrections [4] - 3:16, 82:23, 90:12, 93:5

COs [3] - 71:3, 77:3
Counsel [1] - 2:18
counsel [3] - 46:17, 57:22, 66:17
counselled [2] - 9:7, 9:22
counter [1] - 77:9
County [11] - 1:10, 2:16, 10:3, 13:24, 20:16, 29:10, 70:15, 85:9, 85:19, 86:19, 87:24
county [2] - 69:13, 71:2
COUNTY [3] - 1:11, 90:4, 91:5
couple [1] - 87:19
course [2] - 45:22, 82:6
Court [2] - 3:9, 3:19
covered [1] - 18:22
CPR [4] - 85:2, 85:3, 85:8, 85:11
cramps [1] - 76:2
created [2] - 51:18, 55:11
credits [3] - 5:19, 5:24
current [1] - 7:17

D

date [10] - 32:7, 33:9, 34:12, 39:14, 41:13, 55:18, 55:24, 56:9, 57:12, 58:3
dated [3] - 37:16, 56:24, 69:15
dating [1] - 32:10
days [1] - 13:18
death [2] - 86:11, 88:11
deceased [2] - 1:6, 1:6
Defendant [3] - 1:19, 2:10, 2:21
DEFENDANT'S [1] - 92:13
Defendants [2] - 1:12, 2:16
definitely [1] - 63:6
degree [2] - 5:13, 5:22, 6:5
deletions [1] - 93:6
Department [3] - 82:12, 87:24, 88:4
deposition [4] - 3:5, 3:6, 5:3, 90:10
deputy [1] - 82:12
describe [1] - 5:11
destructive [1] - 14:15
detailed [1] - 28:14
determination [1] - 85:19
determine [3] - 62:12, 66:3, 73:17
determined [2] - 63:15, 65:14
detox [1] - 84:4
Detoxification [2] - 69:11, 69:18
developing [2] - 68:6, 73:19

diarrhea [1] - 76:11
DICKER [1] - 2:20
diem [1] - 7:13
different [1] - 20:19
DiMattio [4] - 9:13, 23:15, 57:8, 63:23
direction [1] - 19:25
discipline [5] - 9:15, 9:18, 45:18, 57:23, 65:18
disciplined [3] - 9:6, 9:10, 9:22
discuss [2] - 88:14, 88:23
discussed [2] - 14:22, 14:25, 75:3
discussion [1] - 16:24
DISTRICT [2] - 1:2, 1:2
doctor's [1] - 10:11
document [5] - 46:2, 48:18, 50:9, 56:10, 69:12
DOCUMENT/DATA [1] - 92:6
documentation [1] - 57:11
documented [1] - 50:6
documents [3] - 36:8, 37:21, 50:13
Donald [2] - 2:10, 2:25
DONALD [7] - 1:9, 93:4
done [5] - 24:23, 32:3, 32:5, 32:11, 36:21
DONNA [1] - 91:25
Donna [3] - 1:26, 4:3, 91:8
DONNY [2] - 1:4, 93:4
Donny [1] - 2:24
dope [2] - 44:23, 73:12
down [3] - 4:23, 34:16, 41:2
downstairs [2] - 33:20, 33:22
drawn [1] - 46:15
Drive [1] - 2:22
drug [7] - 29:23, 30:9, 30:18, 31:3, 31:6, 44:12, 44:21
drugs [10] - 29:12, 31:10, 31:15, 41:11, 41:12, 41:21, 42:6, 78:2, 81:12, 84:5
Duffy [4] - 10:22, 10:24, 11:4, 83:14
duly [1] - 4:3
During [1] - 85:25
during [18] - 5:2, 8:23, 9:5, 14:12, 14:17, 18:22, 20:24, 21:5, 21:25, 54:18, 54:23, 60:16, 63:9, 73:19, 74:15, 77:13, 81:8, 85:22
Dutchess [1] - 5:14
duties [3] - 10:8, 10:17, 23:19

E

a.g [1] - 48:16
E.R [1] - 8:21
earshot [1] - 81:6
eating [1] - 75:19
EDELMAN [1] - 2:20
education [1] - 5:18
educational [1] - 5:12
effect [2] - 3:8, 3:18
eight [6] - 20:3, 26:19, 27:8, 27:16, 59:7, 59:16
either [3] - 29:11, 29:22, 48:20
ELSER [1] - 2:20
Emergency [1] - 7:2
employed [3] - 6:21, 7:10, 11:17
employee [1] - 41:20
employees [2] - 71:2, 85:19
employment [7] - 7:18, 7:22, 8:17, 8:23, 9:5, 11:7, 70:14
end [1] - 77:8
ending [1] - 8:17
engaged [1] - 77:19
ensuring [1] - 27:14
entire [1] - 10:5
entitled [1] - 91:13
entries [3] - 53:17, 53:19, 57:13
enumerated [1] - 59:9
ESQ [4] - 2:6, 2:12, 2:18, 2:23
Estate [1] - 1:6
estimating [1] - 29:8
et [1] - 41:21
evaluate [6] - 10:12, 21:9, 22:3, 23:4, 72:22, 73:4, 73:24, 74:9
evaluated [2] - 8:25, 63:8, 72:17
evaluation [6] - 21:12, 21:18, 21:25, 23:9, 29:3, 59:10
evening [1] - 20:21
event [1] - 33:17
events [2] - 83:12, 83:15
every-15-minutes [1] - 67:15
exact [1] - 54:6
exactly [1] - 87:15
EXAMINATION [3] - 1:18, 4:10, 61:22, 70:7, 92:4
examination [1] - 3:16
examined [1] - 4:5
example [2] - 35:22, 88:4
except [1] - 3:12, 82:6
exhibit [5] - 24:17, 36:15, 57:2, 60:7, 72:11

Exhibit [27] - 13:10, 13:11, 17:23, 24:15, 28:17, 35:4, 36:12, 37:15, 38:18, 39:10, 39:13, 39:24, 40:7, 47:25, 51:25, 53:15, 55:17, 56:18, 56:23, 58:9, 60:6, 66:9, 69:9, 70:9, 72:5, 79:24, 83:4
exhibiting [1] - 14:15
EXHIBITS [2] - 92:9, 92:13
existing [1] - 58:14
expect [1] - 11:24
experience [2] - 29:9, 68:17
explain [1] - 4:20
explained [2] - 16:13, 78:4
expressed [2] - 26:6, 26:8, 26:12
eyes [1] - 74:25

F

Facility [5] - 10:3, 13:25, 20:17, 29:10, 86:10
facility [14] - 11:22, 11:25, 22:7, 31:14, 36:5, 38:4, 39:21, 40:21, 42:3, 68:9, 72:16, 72:23, 76:17, 84:25
facility's [1] - 67:2
fact [4] - 36:13, 37:12, 53:12, 77:4
failed [1] - 43:4
failing [2] - 57:23, 66:18
Failure [1] - 57:17
fair [2] - 28:22, 62:22
familiar [4] - 18:5, 46:2, 48:13, 62:2
family [1] - 4:16
far [3] - 34:20, 52:14, 74:11
Father [1] - 1:4
favor [1] - 60:25
feet [1] - 77:9
felt [2] - 63:3, 76:6
file [4] - 34:9, 34:10, 53:9, 53:10
filing [1] - 3:4
filled [1] - 32:12
fine [2] - 38:17, 43:16
finish [1] - 77:5
first [14] - 11:12, 11:14, 13:14, 39:17, 39:19, 40:18, 40:24, 53:25, 57:10, 62:4, 62:16, 64:6, 77:13, 85:15
first.. [1] - 40:23
five [3] - 8:7, 8:10, 49:20
Five [1] - 81:2
focus [1] - 38:10
follow [6] - 11:10, 48:16, 49:8, 49:14, 58:13, 66:18
followed [1] - 69:7
following [2] - 79:7, 93:5
follows [1] - 4:6

force [2] - 3:8, 3:18
foregoing [1] - 90:9
forget [1] - 82:8
forgot [1] - 5:4
form [38] - 3:12, 14:23, 15:8, 15:11, 16:3, 19:10, 20:4, 20:9, 20:14, 26:19, 26:20, 27:8, 27:18, 27:24, 28:3, 28:16, 32:10, 33:11, 35:6, 35:6, 35:10, 35:18, 45:13, 46:3, 46:14, 49:8, 55:17, 57:18, 59:4, 62:11, 63:10, 63:12, 63:25, 66:23, 70:9, 70:16, 80:9, 83:3
format [1] - 37:20
forms [6] - 31:19, 31:23, 32:15, 32:16, 33:6, 34:17, 58:19, 58:24
four [7] - 7:16, 22:18, 41:3, 44:9, 56:12, 57:19, 57:19
four-hour [3] - 56:12, 57:19
fourth [1] - 24:22
frame [1] - 22:12
frequency [9] - 31:2, 41:12, 41:21, 42:7, 42:17, 44:2
front [1] - 56:5
FURTHER [2] - 3:11, 3:15

G

Gannett [1] - 2:22
GELARDI [2] - 2:18, 89:21
gentleman [1] - 86:22
gist [2] - 10:19, 30:22
given [10] - 12:15, 16:25, 18:9, 38:18, 40:18, 53:8, 68:23, 84:22, 85:8, 89:12
GOULD [1] - 2:4
guess [7] - 26:11, 56:17
guidance [1] - 30:7
guideline [2] - 16:3, 20:14
guidelines [1] - 20:8
Guidelines [3] - 14:23, 36:13, 66:3

H

habits [1] - 75:20
half [2] - 29:18, 29:19, 29:20
halfway [1] - 41:2
Hall [1] - 4:13
hand [3] - 32:6, 56:10, 91:23
handbook [1] - 17:23
handed [1] - 37:25, 38:2
Handing [12] - 13:13, 17:24, 24:16, 35:7, 36:14, 37:17, 39:15, 40:8, 52:3, 53:17, 56:25, 60:6
handle [3] - 30:2, 30:4

handwriting [1] - 35:4
happy [1] - 4:19
Hawthorne [1] - 2:17
head [2] - 4:22, 55:12
health [10] - 23:16, 25:21,
40:19, 59:10, 59:18, 59:23,
60:20, 61:5, 62:9, 65:15,
66:13, 66:20, 67:2, 67:5,
70:11
health-care [1] - 67:5
health-services - 23:16
hear [4] - 77:6, 77:14,
81:25, 82:3, 82:4, 82:5
height [1] - 75:8
heightened [2] - 27:15,
27:25
held [5] - 1:20, 6:11, 7:4,
7:14, 93:8
HEREBY [1] - 3:2
hereby [2] - 90:10, 91:9
herein [1] - 90:9
hereto [1] - 3:4
hereunto [1] - 91:22
heroin [3] - 42:12, 43:14,
72:16, 72:25, 78:2
high [2] - 5:17, 18:20, 62:12
high-risk [1] - 18:20
higher [2] - 20:3, 26:19,
27:9, 27:16, 59:8, 59:16
himself [2] - 42:9, 54:11
hired [1] - 39:19
history [3] - 29:23, 30:9,
30:18, 41:13, 42:7, 72:15
History [4] - 49:18, 49:23,
50:6, 50:10
hospital [1] - 11:4
hour [2] - 56:12, 57:19
hours [5] - 22:18, 42:13,
43:14, 44:23, 57:15, 69:19,
76:11, 78:2
hum [3] - 16:18, 29:21,
41:6, 54:13, 80:5
hundred [3] - 29:6, 29:7,
29:16
hundreds [3] - 26:13,
28:19, 29:5
hung [1] - 54:11

I

I.. [1] - 26:15
Id [1] - 13:10
Ideation [1] - 14:16
If.. [1] - 26:9
ill [1] - 25:13
IMIR [2] - 56:10, 58:3, 79:24
immediately [5] - 22:15,
22:21, 40:20, 63:18, 63:21,
68:14
Implemented [1] - 22:15

Important [1] - 73:10
IN [1] - 91:22
in-staff [1] - 12:23
inc [2] - 1:11, 2:21, 39:14
INC [1] - 1:19
incarceration [1] - 73:20
incident [1] - 51:24
include [1] - 41:3
including [3] - 41:11,
57:13, 72:15
incoming [13] - 20:25, 21:3,
21:9, 22:3, 22:24, 23:4,
23:12, 24:3, 24:23, 29:3,
35:7, 41:24, 82:17
incomplete [1] - 5:3
incorrect [1] - 5:3
independent [1] - 35:18
indicate [1] - 27:12, 31:8,
39:9, 49:7
indicated [7] - 23:11, 28:19,
31:18, 60:6, 66:7, 68:22,
76:15
indicates [2] - 57:18, 58:13
indicating [1] - 81:16
indicating [2] - 26:16, 64:7
indications [2] - 44:12,
44:20
individual [1] - 31:10
individual's [1] - 31:12
individually [3] - 1:9, 1:10,
1:11
individuals [1] - 69:20
individuals [4] - 30:17,
31:14, 66:4, 68:8
influence [3] - 29:12, 29:24,
78:22
information [3] - 31:2, 42:9,
53:2, 62:3, 62:5
initial [1] - 59:13
initials [1] - 13:15
inmate [23] - 16:5, 18:20,
19:9, 20:3, 20:8, 20:25, 21:3,
21:10, 21:19, 22:3, 22:6,
22:13, 22:24, 23:4, 23:12,
26:5, 26:7, 25:12, 25:13,
26:18, 27:6, 27:16, 27:22,
30:9, 43:12, 44:6, 46:18,
48:15, 48:18, 48:21, 52:9,
52:11, 56:11, 57:24, 59:14,
60:19, 62:12, 63:22, 64:10,
73:10, 73:15, 76:16, 82:17
Inmate [1] - 58:15
inmate's [4] - 34:10, 48:19,
48:20, 58:17
inmates [5] - 59:6, 60:8,
63:15, 65:13, 66:24
inmates [19] - 24:23, 25:18,
26:13, 29:3, 29:11, 29:22,
30:3, 35:7, 40:18, 41:24,
46:15, 51:14, 67:9, 68:23,

72:14, 72:22, 72:24, 82:24,
84:5
Inquire [1] - 42:5
Inquired [1] - 41:19
Inquiries [1] - 41:20
Inquiry [1] - 41:4
Institute [2] - 64:21, 64:23
Instituted [2] - 18:19, 19:4,
28:2
Instruct [1] - 12:19
Instructed [2] - 19:8, 27:22
Instruction [2] - 12:16,
19:25, 20:7
Instructional [1] - 71:10
Instructions [1] - 61:3
Intake [15] - 15:9, 20:24,
26:8, 28:10, 57:14, 60:19,
61:4, 61:10, 63:9, 65:22,
65:23, 65:24, 74:15, 76:20
Intake [2] - 55:17, 58:15
Intend [1] - 52:20
Interaction [2] - 80:25, 81:9
Interactions [1] - 53:22
Interested [1] - 91:20
Intoxicated [1] - 48:16
Introduced [1] - 77:23
Investigation [4] - 86:11,
86:14, 87:25, 88:19
Investigators [1] - 82:12,
87:13, 87:16, 88:4
Involve [1] - 17:14
Involved [1] - 29:2
Involving [1] - 23:18
IS [2] - 3:2, 3:11, 3:15
Issued [1] - 88:18
IT [2] - 3:2, 3:11, 3:15
Itself [1] - 35:5

J

Jacobi [1] - 6:25
Jail [3] - 23:6, 56:17, 63:3
January [3] - 1:16, 56:25,
91:23
job [4] - 8:19, 8:20, 8:24,
10:8
joke [3] - 78:14, 78:21,
78:25
joking [3] - 78:11, 78:12,
79:6
Joseph [1] - 2:15
JOSEPH [1] - 1:10
July [2] - 7:7, 69:17
just.. [1] - 26:9
Justice [1] - 3:9

K

kept [1] - 63:3
Kevin [1] - 83:14
kidding [3] - 78:17, 78:18,

76:25
Kim [3] - 4:15, 16:22
KIM [1] - 2:6
kind [2] - 11:19, 23:15, 70:2
KLEINBERG [3] - 2:12,
34:24, 89:19
know.. [1] - 55:2
knowledge [3] - 69:25,
66:15, 66:16
known [1] - 64:13

L

LaPolla [10] - 2:16, 71:19,
72:2, 81:5, 81:8, 81:11, 82:7,
82:8, 85:22, 86:6
LAPOLLA [1] - 1:10
last [16] - 8:13, 12:7, 21:2,
31:9, 31:15, 34:25, 41:13,
42:12, 43:14, 49:20, 51:21,
69:19, 76:10, 78:2
Last [1] - 9:17
late [1] - 9:9
lateness [1] - 9:9
laughed [1] - 79:14
laughing [3] - 78:11, 78:12,
79:6
leading [1] - 6:4
learn [3] - 55:15, 60:4, 65:8,
68:3, 68:12, 79:21, 87:23,
88:21
learned [1] - 95:15
leave [1] - 5:5
leaving [1] - 9:19
left [1] - 33:17
less [2] - 29:19
Less [1] - 29:20
level [3] - 19:14, 27:15,
27:25
levels [1] - 69:21
librium [4] - 84:11, 84:14,
84:20, 84:22
license [2] - 6:12, 6:14
licenses [1] - 6:8
light [1] - 37:12
likely [1] - 22:9
limit [1] - 56:12
line [2] - 40:24, 69:19
LINE [1] - 92:3
LINE(S [1] - 93:10
listed [2] - 51:4, 51:6
LLP [2] - 2:9, 2:14
logbook [4] - 49:19, 49:24,
50:7, 50:10
look [19] - 13:11, 18:5,
18:10, 25:9, 32:17, 38:10,
39:13, 40:7, 44:19, 47:24,
56:4, 58:8, 66:6, 69:9, 72:4,
74:6, 74:22, 74:23, 79:24
Look [2] - 17:25, 61:12

*looked* [4] - 18:8, 25:13, 36:20, 75:17
*looking* [2] - 36:24, 62:20
*looks* [2] - 48:12, 50:20
*LOUIS* [1] - 1:19
*Louis* [1] - 2:16
*LOVETT* [1] - 2:4
*lower* [2] - 32:6, 56:9
*lower-hand* [1] - 32:6
*lucrative* [1] - 8:19
*Lunesta* [4] - 79:22, 80:4, 80:11, 80:17

**M**

*maintained* [1] - 39:20
*man* [3] - 71:16, 71:18
*mandatory* [1] - 70:23
*MANGONE* [1] - 2:14
*manual* [4] - 17:11, 43:5, 56:4, 61:12
*Manual* [10] - 37:16, 39:14, 39:24, 47:26, 48:3, 48:5, 49:18, 63:3, 72:5
*manuals* [1] - 12:18
*marked* [4] - 13:4, 13:9, 35:4, 55:17
*marks* [3] - 44:11, 44:20, 45:11
*marriage* [1] - 91:19
*matter* [10] - 1:20, 25:17, 46:5, 50:11, 58:2, 77:4, 82:22, 91:13, 91:20, 93:8
*mean* [11] - 7:23, 22:14, 24:19, 26:25, 26:3, 26:7, 26:21, 32:4, 38:16, 52:8, 64:18
*Meaning* [4] - 8:21, 26:25, 36:19, 37:20
*means* [3] - 52:9, 65:18, 67:14
*meant* [1] - 64:4
*Medical* [3] - 55:16, 58:15, 70:10
*medical* [27] - 10:13, 21:20, 25:21, 32:15, 32:19, 32:20, 33:3, 33:6, 33:23, 34:5, 34:10, 34:16, 35:24, 35:25, 43:13, 43:20, 48:16, 48:18, 48:19, 48:20, 77:24, 78:5, 78:16, 79:3, 79:9, 79:10
*medically* [2] - 48:15, 56:11
*medicals* [1] - 57:24
*medication* [3] - 10:10, 21:22, 79:19
*Medication* [1] - 16:18
*meds* [1] - 84:4
*meetings* [2] - 12:23, 12:25
*members* [2] - 82:11, 88:11
*memo* [6] - 13:5, 13:8,

13:12, 24:15, 25:4, 25:19, 56:23, 92:11
*memory* [3] - 35:18, 56:10
*memos* [2] - 23:15, 32:23
*mental* [12] - 25:21, 59:9, 59:18, 59:23, 60:20, 61:5, 62:9, 65:15, 66:13, 66:20, 67:2, 70:11
*mental-health* [1] - 70:11
*mention* [1] - 75:5
*mentioned* [1] - 47:10
*met* [2] - 86:18, 88:21
*Michelle* [2] - 56:24, 57:4
*Mineola* [2] - 2:11, 2:11
*minimum* [3] - 41:3, 43:24, 44:8
*minute* [3] - 10:21, 89:9
*minutes* [5] - 16:9, 16:11, 67:16, 67:21, 81:2
*MIRANDA* [1] - 2:9
*misspoke* [1] - 5:4
*mode* [2] - 41:12, 41:21, 42:8
*modify* [1] - 89:13
*monitor* [3] - 49:14, 52:5, 52:11, 52:13, 52:21, 53:12, 67:9
*monitoring* [3] - 49:9, 53:3, 67:4
*months* [1] - 7:16
*mood* [1] - 78:18
*morning* [1] - 47:2
*MOSKOWITZ* [1] - 2:20
*most* [3] - 6:2, 22:9, 73:9
*MR* [26] - 16:21, 17:15, 17:19, 17:25, 27:17, 28:3, 28:24, 34:24, 38:12, 43:6, 45:12, 45:19, 46:24, 48:3, 56:20, 59:3, 59:19, 62:19, 63:24, 64:6, 66:22, 67:25, 89:6, 89:17, 89:19, 89:21
*MS* [13] - 4:10, 13:3, 16:23, 17:17, 17:20, 48:5, 61:22, 70:5, 70:7, 89:4, 89:8, 89:11, 89:15
*Murnane* [2] - 56:24, 57:4
*muscle* [1] - 75:25
*must* [1] - 56:9
*must've* [1] - 36:18

**N**

*name* [4] - 4:11, 14:6, 14:10, 71:15
*named* [1] - 82:17
*namely* [1] - 19:3
*nausea* [2] - 76:5, 76:8
*necessary* [3] - 49:8, 49:9
*need* [1] - 4:24
*needed* [3] - 19:15, 30:5,

39:3
*Needle* [1] - 44:11
*needle* [1] - 44:20
*needs* [2] - 41:10, 66:3
*Network* [1] - 6:25
*network* [1] - 7:7
*never* [4] - 19:23, 49:5, 88:24, 88:25
*new* [2] - 25:24, 76:16
*NEW* [3] - 1:2, 90:2, 91:3
*New* [14] - 1:11, 1:15, 1:22, 2:6, 2:11, 2:17, 2:22, 4:5, 4:14, 5:20, 6:10, 14:18, 46:15, 91:9
*next* [8] - 41:9, 48:22, 49:5, 51:23, 59:5, 66:24
*night* [2] - 20:20, 20:21
*nonchalant* [1] - 77:3
*noncompliance* [1] - 57:19
*NONE* [3] - 92:7, 92:14, 92:17
*North* [4] - 6:25, 7:2, 7:8, 8:21
*nose* [2] - 74:21, 74:23
*Notary* [4] - 1:21, 3:17, 4:4, 91:8
*NOTARY* [1] - 91:25
*Note* [7] - 43:6, 50:18, 51:20, 52:3, 53:6, 53:13, 53:16
*note* [2] - 46:17, 60:25
*noted* [3] - 42:8, 43:4, 44:8, 89:25, 93:6
*notes* [2] - 55:10, 90:3
*Notes* [4] - 50:15, 51:3, 51:5, 51:11, 51:19, 53:8
*Nothing* [1] - 43:18
*notification* [2] - 15:24, 22:18
*notified* [2] - 15:6, 22:23
*notify* [4] - 11:4, 15:21, 26:17, 74:3
*November* [35] - 13:16, 15:16, 18:24, 19:7, 19:13, 19:24, 20:10, 24:15, 25:24, 26:25, 27:4, 27:13, 27:21, 30:2, 30:8, 30:15, 32:20, 32:23, 34:17, 34:22, 37:5, 37:10, 37:16, 41:18, 51:16, 58:22, 59:13, 60:17, 60:24, 62:10, 62:24, 63:4, 63:19, 72:13, 72:21
*Number* [1] - 44:9
*number* [3] - 15:20, 16:4, 19:9, 41:4, 41:9
*numbered* [2] - 41:5, 59:6
*numbers* [2] - 15:2, 15:3, 40:9
*nurse* [27] - 6:9, 6:24, 6:25, 7:13, 9:12, 11:10, 16:3,

20:12, 27:13, 27:24, 30:25, 31:23, 32:17, 37:6, 37:12, 45:10, 48:17, 50:14, 56:9, 58:18, 60:18, 63:21, 64:20, 67:11, 68:11, 73:3, 74:7
*nurses* [1] - 17:13
*nursing* [7] - 6:14, 6:2, 6:3, 23:18, 39:11, 40:5, 68:17

**O**

*oath* [1] - 3:7
*Objection* [11] - 27:17, 28:3, 45:12, 45:19, 46:24, 56:20, 59:3, 59:19, 63:24, 66:22, 67:25
*objection* [1] - 43:7
*objections* [1] - 3:12
*obligated* [1] - 45:10
*obligation* [3] - 59:17, 67:8, 74:8
*observation* [7] - 16:6, 44:9, 64:11, 64:16, 67:3, 67:13, 69:22
*observations* [2] - 20:25, 44:16, 74:20
*observe* [3] - 21:14, 29:10, 76:23
*occasion* [3] - 9:11, 12:8, 85:6
*occasions* [4] - 9:21, 29:5, 34:19, 55:6
*occurred* [3] - 9:16, 41:14, 85:16
*October* [1] - 13:5
*OF* [4] - 1:2, 1:11, 90:2, 90:4, 91:3, 91:5
*Off-the-record* [1] - 16:24
*offered* [2] - 42:9, 44:22
*officer* [23] - 3:7, 13:24, 14:3, 14:4, 14:9, 15:5, 22:10, 28:5, 30:16, 32:22, 34:2, 52:14, 58:15, 63:12, 71:13, 73:23, 74:4, 74:5, 77:10, 78:5, 78:6, 78:7, 81:4, 81:19
*Officer* [2] - 14:8, 71:22
*officer's* [2] - 17:23, 19:18, 19:21
*officers* [7] - 17:14, 20:24, 31:19, 36:10, 43:21, 69:22, 70:25
*official* [1] - 1:9
*often* [1] - 29:15
*once* [2] - 34:4, 85:11
*one* [25] - 13:2, 16:21, 23:20, 23:21, 23:23, 24:2, 33:13, 33:16, 37:21, 44:10, 48:6, 46:9, 59:6, 61:5, 64:11, 64:16, 67:20, 67:22, 67:24, 77:2
*One* [1] - 50:13

one-on-one [2] - 64:16,
67:20, 67:24
one-to-one [2] - 13:2, 64:17
ones [1] - 79:22
onset [3] - 72:17, 72:23,
73:4
oplate [1] - 72:15
oplates [1] - 72:25
opposed [1] - 13:19
or.. [3] - 26:7, 45:8
orders [2] - 10:11, 46:21,
49:2
otherwise [1] - 53:3
outcome [1] - 91:20
overtime [1] - 8:20

P

P-1 [2] - 83:4, 63:7
p.m [2] - 1:16, 89:25
packet [2] - 32:25, 33:4,
33:12
Page [5] - 18:10, 43:5,
48:14, 49:18, 49:21, 58:9,
64:5, 65:13, 69:9
page [12] - 13:15, 40:9,
40:11, 41:9, 48:7, 56:5,
58:10, 59:5, 61:17, 66:24,
79:25, 90:13
PAGE [1] - 92:3
PAGE(S [1] - 93:10
Pages [1] - 61:13
pages [1] - 90:10
Paitz [1] - 5:20
pamphlets [1] - 17:2
Paperwork [1] - 17:6
paperwork [3] - 17:8,
17:16, 17:18
paragraph [8] - 24:22,
44:11, 56:8, 57:10, 58:12,
64:7, 65:12, 69:19
paragraphs [2] - 41:6, 59:6
part [22] - 15:9, 16:20, 21:2,
25:19, 28:10, 30:11, 30:13,
31:16, 31:25, 32:25, 33:3,
33:4, 33:12, 35:6, 37:24,
39:23, 40:22, 58:20, 61:4,
61:10, 63:2, 69:13, 71:10
particular [2] - 35:9, 38:11,
47:21
parties [2] - 3:4, 91:18
past [1] - 79:9
patient's/inmate's [1] -
50:19
patients [2] - 11:25, 51:14
peak [1] - 68:18
people [1] - 11:22
per [1] - 7:13
performance [1] - 8:24
permitted [1] - 23:3

person [5] - 54:21, 60:2,
64:10, 65:3, 65:20
Personel [1] - 1:5
personnel [4] - 40:20,
65:15, 66:13, 67:5
persons [1] - 70:20
pertaining [3] - 17:6, 52:3,
57:11, 58:24
pertains [1] - 35:10
peruses [10] - 24:17, 30:15,
48:12, 57:2, 60:7, 61:18,
61:25, 64:8, 66:11, 72:11
PETER [4] - 1:18, 90:8,
90:20, 93:21
Peter [3] - 4:13, 18:2, 38:13
phone [1] - 54:22
phrased [1] - 19:2
Physical [4] - 49:18, 49:24,
50:7, 50:19
physical [3] - 21:13, 21:17,
25:6, 25:8, 25:12
physically [2] - 10:2, 12:18
physician [3] - 48:21, 49:2
physician's [2] - 48:22,
49:5
pick [1] - 10:19
Place [1] - 16:5
place [4] - 1:21, 16:5,
64:10, 84:3
placed [8] - 46:18, 50:22,
63:17, 65:9, 66:25, 67:2,
82:24, 84:11
Plains [5] - 1:15, 2:6, 2:22
Plaintiff [1] - 2:5
Plaintiff's [1] - 13:9
PLAINTIFF'S [1] - 92:9
Plaintiffs [1] - 1:7
plus [1] - 38:3
point [19] - 11:17, 24:2,
26:23, 34:8, 36:7, 41:17,
49:15, 55:16, 60:5, 60:16,
65:9, 71:22, 73:19, 82:2,
82:13, 84:17, 84:21, 86:9
pointed [1] - 38:5
Pointed [1] - 38:9
policies [24] - 11:9, 12:13,
12:16, 12:19, 19:12, 20:22,
22:12, 23:2, 23:10, 28:6,
28:13, 29:25, 31:13, 32:13,
38:6, 39:3, 39:10, 51:9, 61:3,
68:22, 72:21, 84:10, 84:24,
85:10
policy [36] - 25:23, 26:2,
31:17, 34:19, 38:21, 40:11,
40:17, 41:18, 42:8, 43:2,
43:4, 43:11, 44:8, 44:13,
45:11, 45:18, 45:23, 46:5,
56:2, 58:23, 61:17, 61:24,
62:3, 62:5, 62:15, 62:18,
63:8, 64:15, 65:13, 66:19,

67:20, 70:2, 74:9, 74:11,
76:15, 87:2
Policy [3] - 37:16, 39:24,
47:24, 48:4, 63:3
portion [1] - 70:16
pose [1] - 68:4
posed [1] - 62:12
position [4] - 7:5, 7:12,
7:15, 7:22
positions [2] - 7:17, 7:21
possession [1] - 6:7
post [1] - 5:17
Potential [1] - 1:5
potential [3] - 63:9, 72:17,
72:23, 73:4, 73:18
PPDs [1] - 49:25
practice [8] - 10:23, 22:20,
25:5, 25:17, 59:11, 68:2
pre [1] - 6:3
pre-nursing [1] - 6:3
precautions [6] - 53:17,
84:5, 64:9, 64:15, 64:20,
64:21, 66:25, 67:19
predecessor [1] - 57:7
presence [2] - 81:22, 81:24
PRESENT [1] - 2:24
present [3] - 14:9, 70:20,
71:2, 81:3, 82:13
presented [1] - 75:15
prevention [19] - 12:2,
12:4, 12:9, 13:7, 13:12,
14:13, 16:7, 18:23, 19:6,
19:10, 20:4, 24:8, 26:24,
30:12, 30:14, 63:7, 63:23,
65:13, 70:19
Prevention [3] - 14:23,
36:13, 58:16, 61:16, 62:16,
66:2
previously [1] - 35:3
primarily [1] - 7:2
problem [1] - 48:20
problems [12] - 10:13,
10:14, 21:20, 41:14, 42:8,
42:21, 43:13, 46:16, 77:24,
79:3, 79:11, 80:14
procedure [10] - 34:20,
46:10, 58:23, 66:19, 70:3,
72:9, 74:9, 82:22, 87:11,
87:17
Procedure [6] - 39:14,
47:25, 48:3, 48:5, 49:17,
72:4
procedures [22] - 11:9,
12:13, 12:17, 19:13, 20:23,
22:11, 23:3, 23:11, 26:7,
28:14, 29:25, 31:13, 32:14,
38:7, 40:4, 51:10, 58:14,
61:3, 68:22, 72:21, 84:2,
84:25, 85:11
proceedings [2] - 91:12,

91:15
process [14] - 15:9, 20:24,
21:6, 22.2, 28:11, 36:9,
81:10, 63:10, 63:16, 63:23,
74:15, 77:14, 85:23, 86:25
processed [1] - 22:24
professional [1] - 6:8
programs [1] - 84:4
Progress [12] - 50:15,
50:18, 51:3, 51:5, 51:11,
51:19, 51:20, 52:2, 53:6,
53:8, 53:13, 53:16
progressing [1] - 68:24
progression [2] - 68:5,
89:20
promptly [4] - 65:14, 66:18,
66:12, 86:19
provo [1] - 57:14
provide [6] - 14:7, 15:25,
47:14, 81:2, 87:20, 88:7
provided [3] - 13:23, 23:10,
69:12
provider [1] - 70:11
providing [2] - 84:4, 85:2
psychiatrist [3] - 63:18,
63:22
PUBLIC [1] - 91:25
Public [4] - 1:21, 3:17, 4:4,
91:8
Put [1] - 55:21
put [10] - 32:7, 46:13,
50:23, 51:11, 55:19, 55:23,
56:2, 57:23, 58:6, 84:19
Putnam [11] - 1:10, 2:16,
10:2, 13:24, 20:16, 29:9,
70:15, 85:9, 85:19, 86:19,
87:24
PUTNAM [1] - 1:11

Q

quantitative [1] - 15:3
questioned [1] - 88:11
questions [12] - 4:17,
30:25, 42:24, 45:22, 59:8,
75:19, 80:16, 81:12, 83:17,
89:18, 89:20, 89:21
quote [1] - 81:17

R

RANDAZZO [1] - 2:14
Re [1] - 93:4
READ [1] - 93:10
read [4] - 32:19, 34:24,
35:2, 40:24, 90:9
reality [1] - 10:23
realize [1] - 5:4
really [1] - 89:7
reason [2] - 44:25, 74:8
receive [13] - 5:15, 6:5,

11:8, 11:16, 17:5, 19:25,
20:6, 22:4, 30:7, 33:17, 59:7,
82:23, 84:14
 received [1] - 11:13,
11:21, 12:9, 18:6, 24:7,
35:23, 52:25, 59:15, 62:6,
62:23, 83:6
 receiving [2] - 22:18, 23:14
 Receiving [8] - 40:12,
40:19, 41:3, 48:11, 50:5,
60:9, 58:10, 63:10
 recent [1] - 8:2
 Recess [2] - 61:21, 70:6,
89:10
 recognize [3] - 18:2, 35:5,
52:2
 recollection [2] - 35:12,
35:15, 47:11, 47:19, 82:9
 record [10] - 4:12, 16:24,
48:12, 48:19, 51:18, 61:25,
64:3, 66:10, 86:11, 91:14
 Record [3] - 35:2, 59:16
 records [1] - 57:24
 refer [7] - 59:17, 59:22,
60:19, 62:8, 63:22, 66:13,
66:20
 reference [1] - 49:17
 referenced [1] - 64:5
 referral [5] - 60:2, 60:12,
66:14, 61:5, 61:9
 referred [3] - 59:9, 60:5,
63:18, 64:16, 65:15
 refers [1] - 24:22
 refresh [1] - 55:10
 regard [3] - 10:9, 39:22,
84:7
 regarding [6] - 13:6, 13:12,
19:13, 40:11, 47:8, 88:11
 Registered [1] - 6:9
 registered [7] - 6:24, 58:18
 regular [4] - 8:18, 8:20,
67:3, 67:13
 regulations [2] - 14:19,
17:3
 regulations... [1] - 18:15
 related [2] - 25:20, 91:18
 relieved [1] - 47:2
 remember [20] - 24:6,
24:10, 31:7, 36:3, 47:17,
53:14, 54:6, 54:7, 56:8, 63:2,
74:16, 74:19, 75:7, 76:19,
79:16, 82:10, 86:16, 86:23,
86:24, 87:19
 rephrase [2] - 4:20, 23:22,
60:21
 Report [4] - 46:3, 46:14,
46:18, 47:16
 report [6] - 10:2, 10:20,
10:24, 37:9, 76:13, 88:15,
88:18, 88:22

 reported [2] - 29:23, 30:9,
72:16, 72:24, 91:12
 Reporter [1] - 1:25
 reporting [1] - 29:12
 represent [1] - 4:16
 Representative [1] - 1:5
 REQUESTED [1] - 92:6
 required [2] - 11:9, 23:11,
26:17, 28:7, 28:15, 30:25,
31:9, 31:13, 34:9, 34:19,
37:7, 41:19, 43:9, 43:25,
46:8, 46:13, 46:17, 50:6,
53:4, 55:18, 56:16, 67:12,
58:23, 60:19, 61:4, 72:22,
73:17
 requirement [3] - 31:22,
50:5, 57:19, 59:14, 63:21
 requirements [1] - 68:4
 requires [1] - 48:16
 requiring [1] - 55:19
 reserved [1] - 3:13
 respect [1] - 12:12, 20:23,
28:7, 31:23, 41:23, 48:25,
49:9, 61:10, 58:6, 66:2, 85:2
 respective [1] - 3:3
 respond [1] - 22:21
 responded [1] - 78:19
 response [2] - 4:24, 75:12
 responsibilities [1] - 10:9
 responsibility [2] - 19:19,
19:21, 20:13, 27:14, 27:24,
32:21, 32:24
 responsible [2] - 21:9,
50:14
 result [3] - 63:16, 75:18,
78:20
 review [10] - 32:24, 34:11,
34:16, 36:8, 39:3, 39:5, 43:2,
55:19, 58:18, 58:24
 reviewed [8] - 32:14, 33:3,
33:6, 36:18, 55:16, 57:14,
57:24, 80:9
 revoked [1] - 6:17
 Rich [1] - 9:12, 9:13,
10:22, 12:20, 13:5, 13:8,
13:12, 24:16, 57:7, 63:23,
92:11
 right-hand [1] - 56:19
 risk [1] - 18:20, 62:12,
63:9, 63:16, 65:14, 65:20,
65:25, 66:4, 66:7, 68:4,
68:24, 69:20
 Road [2] - 1:15, 2:5, 4:13
 Robert [2] - 82:17, 82:20
 ROCKLAND [1] - 91:5
 Room [1] - 7:3
 rotate [1] - 20:18
 rules [1] - 17:2
 RULINGS [1] - 92:16
 runny [2] - 74:20, 74:23

S

 SAMBURSKY [1] - 2:9
 SANTANELO [1] - 2:14
 saw [1] - 24:14, 26:14,
27:7, 28:25, 36:16, 36:20,
37:19, 40:16, 51:22, 53:18,
62:16, 62:22, 72:12, 88:24
 schedule [2] - 48:21, 49:4
 school [1] - 6:17
 score [6] - 16:4, 19:14,
27:8, 27:16, 59:7, 59:15,
59:16, 66:6
 scored [3] - 19:9, 26:19
 scores [2] - 20:3, 37:7
 screen [1] - 59:7
 screened [1] - 56:11
 Screening [1] - 14:23,
36:13, 40:12, 40:19, 41:3,
48:11, 50:5, 50:10, 58:16,
63:10, 66:2
 screening [20] - 15:8, 16:3,
20:14, 26:19, 26:20, 27:8,
27:23, 32:15, 32:25, 33:4,
33:11, 34:17, 35:6, 57:18,
58:25, 62:11, 63:16, 63:23,
66:4, 70:8
 Screenings [1] - 50:10
 screenings [1] - 57:14
 sealing [1] - 3:4
 second [3] - 23:20, 56:8,
79:25
 section [4] - 18:13, 18:18,
69:19, 70:10
 See [1] - 73:8
 see [43] - 4:22, 7:6, 13:14,
18:2, 18:13, 18:16, 18:20,
22:8, 22:13, 24:18, 35:9,
36:12, 37:3, 37:15, 39:15,
40:8, 40:14, 40:22, 41:7,
41:15, 43:22, 44:19, 48:10,
48:23, 49:20, 52:6, 52:16,
56:13, 56:22, 56:23, 58:20,
59:11, 61:17, 61:24, 67:6,
69:3, 69:23, 70:12, 72:9,
73:14, 73:25, 80:3, 80:6
 seeing [3] - 35:20, 37:7,
74:14
 self [1] - 14:15
 self-destructive [1] - 14:15
 sentence [1] - 40:18
 separate [2] - 39:25, 40:2
 September [3] - 8:13, 9:19
 sergeant [8] - 14:2, 15:5,
15:22, 15:25, 25:21, 26:5,
26:17, 71:14
 Sergeant [2] - 71:25, 81:4
 sergeant's [2] - 65:2, 71:15
 series [1] - 37:20
 services [1] - 23:16

 set [1] - 91:23
 severe [1] - 69:21
 shaded [8] - 15:12, 15:18,
20:9, 27:23, 37:12, 59:16,
59:16
 shakes [1] - 55:12
 shape [1] - 49:8
 shara [1] - 88:22
 SHEET [1] - 93:2
 Sheriff [1] - 1:9
 Sheriff's [2] - 82:11, 87:24,
88:3
 sheriffs [1] - 82:13
 shift [6] - 20:18, 25:21,
46:6, 46:10, 46:16, 46:24,
47:5, 47:18
 Shift [4] - 46:3, 46:14,
46:18, 47:14
 shifts [1] - 20:19
 shock [1] - 54:25
 Shorthand [1] - 1:25
 SHOULD [1] - 93:10
 show [4] - 35:3, 51:25,
53:15, 57:17
 showing [1] - 84:15
 shown [1] - 90:12
 sick [8] - 43:17, 43:20,
48:22, 49:5, 73:12, 74:6,
74:23
 sign [7] - 32:2, 32:4, 33:8,
34:12, 39:6, 55:18, 56:9
 signature [4] - 32:7, 35:14,
57:13, 58:3
 signed [3] - 3:6, 3:8, 3:17,
3:18, 35:11, 36:21, 36:25,
37:3
 signing [1] - 32:10
 signs [16] - 14:14, 21:14,
21:15, 23:12, 23:24, 24:3,
24:23, 25:5, 25:10, 25:11,
25:16, 50:20, 51:13, 73:7,
80:22, 84:15
 single [2] - 26:12, 26:15
 SINKOV [4] - 1:4, 1:5, 89:5,
93:4
 Sinkov [17] - 1:6, 2:24,
4:16, 35:10, 36:5, 42:2,
48:25, 51:19, 52:3, 53:22,
55:7, 56:19, 58:6, 59:22,
71:23, 72:2, 82:20
 sit [2] - 35:13, 64:4
 situation [2] - 26:16, 76:21
 six [1] - 59:6
 skin [2] - 44:10, 44:17,
73:9, 73:9, 75:23
 Sleep [1] - 80:12
 sleeping [1] - 80:14
 SLONE [1] - 2:9
 SMITH [2] - 1:9, 93:4
 Smith [2] - 2:10, 2:25

snorted [1] - 45:2
so-and-so [2] - 74:5, 74:6
SOKOLOFF [1] - 2:9
sometimes [5] - 68:13,
68:18, 74:5
Sometimes [1] - 33:13
sorry [4] - 9:9, 12:14, 26:9,
72:19
SOUTHERN [3] - 1:2
speaking [2] - 43:12, 77:11
specific [4] - 16:5, 17:13,
38:21, 44:10
Specifically [1] - 56:5
specifically [6] - 24:21,
26:14, 36:6, 42:5, 75:5,
79:26
SPENCER [1] - 1:5
Spencer [47] - 1:6, 35:10,
36:4, 36:14, 42:2, 47:8,
48:25, 49:9, 49:15, 51:19,
52:15, 53:2, 53:22, 55:7,
59:22, 66:20, 71:23, 72:2,
74:2, 74:15, 76:20, 77:15,
80:20, 81:9, 81:11, 81:16,
81:23, 82:2, 82:5, 82:20,
83:7, 83:12, 83:15, 83:24,
84:21, 85:15, 85:19, 85:23,
86:4, 86:17
Spencer's [6] - 44:17,
46:22, 65:6, 66:6, 86:11,
86:11
Spinelli [3] - 14:5, 14:8,
30:16
spring [2] - 12:7, 13:19
Spring [1] - 12:7
ss [2] - 90:3, 91:4
stable [1] - 48:15
Staff [4] - 13:6, 13:9, 56:24,
92:11
staff [16] - 6:24, 7:13,
11:10, 12:23, 12:25, 23:15,
24:16, 39:11, 40:5, 58:13,
59:10, 60:2, 70:10, 70:19,
71:11, 82:23
stamped [4] - 48:7, 56:9,
58:9, 72:7
standards [2] - 14:19
standing [1] - 77:2
start [1] - 58:7
started [4] - 9:8, 11:14,
11:20, 51:6
starting [1] - 67:23
STATE [2] - 90:2, 91:3
State [10] - 1:22, 4:4, 4:11,
5:19, 6:9, 14:18, 86:10,
86:16, 88:18, 91:9
state [1] - 14:18
statement [1] - 88:8
STATES [1] - 1:2
states [2] - 18:18, 57:11

status [2] - 57:3, 57:14
STIPULATED [3] - 3:2,
3:11, 3:15
stood [1] - 77:5
stop [2] - 8:12, 85:11
stopped [3] - 42:21, 51:7
stuff [1] - 24:20
subject [3] - 48:17, 67:4,
90:11
Subscribed [2] - 90:22,
93:22
substance [4] - 14:11, 54:8,
67:12, 58:12
suicide [43] - 12:2, 12:4,
12:9, 13:6, 13:12, 15:8,
15:15, 18:7, 18:23, 19:6,
19:9, 20:3, 20:13, 24:7,
26:20, 26:24, 27:7, 27:23,
30:11, 30:13, 32:15, 32:24,
33:4, 33:11, 34:17, 58:24,
59:7, 62:11, 62:13, 63:7,
63:9, 63:17, 83:23, 84:9,
84:15, 64:19, 64:21, 65:12,
66:25, 67:19, 70:8, 70:18,
85:16
Suicide [5] - 14:13, 14:22,
36:13, 58:16, 61:15, 62:15,
64:5, 66:2
suicide-prevention [6] -
12:4, 12:9, 13:12, 18:7,
18:23, 19:6
summer [1] - 9:17
Supervision [1] - 18:14
supervision [5] - 18:19,
19:3, 27:15, 28:2, 46:19,
67:20, 68:23
supervisor [1] - 26:18
supposed [15] - 15:17,
15:21, 16:2, 27:9, 32:9,
32:16, 37:11, 44:9, 50:18,
51:4, 51:11, 55:19, 55:23,
61:9, 72:17
Susan [1:1] - 46:25, 49:12,
52:25, 53:9, 53:17, 53:21,
55:5, 60:5, 60:11, 83:10,
85:14
suspended [1] - 6:19
sweaty [1] - 73:9
sworn [3] - 3:6, 3:8, 3:19,
4:3, 90:22, 93:22
symptoms [13] - 14:14,
50:20, 68:5, 68:6, 68:13,
68:18, 68:25, 72:18, 72:24,
73:5, 73:16, 74:10, 84:16

T

Tammany [2] - 4:13
taper [3] - 84:12, 84:20,
84:22
temperature [1] - 75:22

ten [1] - 37:7
term [2] - 64:15, 65:18
terms [27] - 8:2, 11:7,
15:21, 19:14, 21:25, 22:11,
22:17, 23:9, 29:22, 31:24,
36:24, 38:6, 40:17, 41:10,
44:7, 51:3, 52:12, 55:5,
62:15, 63:7, 64:19, 65:21,
65:26, 68:8, 69:14, 69:18,
70:8
testified [2] - 4:5, 67:19,
83:9
testimony [3] - 43:3, 90:9,
93:7
That's... [1] - 52:16
THE [3] - 1:11, 70:4, 89:14
therefore [1] - 43:3
thereto [1] - 3:17
thin [3] - 75:16, 75:17,
75:19
third [1] - 65:12
Thompson [2] - 82:17,
82:20
thousand [1] - 7:9
Three [1] - 2:22
three [2] - 37:12, 61:17
three-page [1] - 81:17
timing [1] - 22:17
TIMOTHY [1] - 2:23
titled [1] - 58:9
today [8] - 4:17, 5:6, 35:13,
40:14, 43:3, 45:22, 53:19,
64:4, 83:10
took [1] - 35:17
tool [1] - 66:3
top [1] - 60:4
total [2] - 19:14, 37:8
touch [1] - 73:24
towards [1] - 16:11
track [1] - 45:11
trained [2] - 12:12, 19:23,
40:20, 68:16, 85:4
training [35] - 11:16, 11:19,
11:21, 12:5, 12:9, 12:16,
13:17, 13:23, 14:7, 14:12,
14:18, 14:22, 15:16, 15:25,
17:2, 17:19, 18:7, 18:23,
19:7, 20:7, 24:8, 27:2, 27:4,
27:8, 30:12, 37:24, 60:23,
62:6, 62:23, 68:12, 68:18,
70:19, 70:23, 71:4, 71:5
transcript [4] - 4:23, 90:11,
91:14, 93:6
translated [1] - 70:2
treat [1] - 11:25
treatment [1] - 65:16
TRIAL [1] - 1:18
trial [2] - 3:13
true [2] - 90:11, 91:14
trying [2] - 31:4, 54:10

tuberculosis [1] - 50:3
Turn [1] - 40:9
two [2] - 7:9, 40:11, 53:16
Two [2] - 86:22
two-page [1] - 40:11
types [4] - 11:22, 41:11,
41:20, 42:6

U

Um-hum [5] - 16:18, 29:21,
41:6, 54:13, 80:5
under [16] - 10:11, 16:14,
18:13, 29:11, 29:24, 37:23,
44:11, 59:5, 69:21, 78:21,
84:13
Under [2] - 11:2, 69:11
undercover [1] - 76:25
unit [1] - 67:2
UNITED [1] - 1:2
University [1] - 5:20
up [14] - 6:4, 10:10, 15:4,
21:9, 22:8, 23:21, 48:16,
49:8, 49:14, 52:16, 74:2,
77:16, 79:7
updates [1] - 11:15
upstairs [3] - 10:12, 22:15,
33:21

V

value [1] - 15:3
Vasaturo [6] - 2:15, 71:22,
81:20, 85:22, 86:3
VASATURO [1] - 1:10
verbal [3] - 20:2, 20:7,
24:13
verbalize [2] - 4:24, 55:13
verbally [3] - 24:11, 25:2,
72:15
versus [1] - 16:14
VERVENIOTIS [1] - 2:9
view [1] - 25:13
VINCENT [1] - 2:18
violate [1] - 43:11
violating [1] - 45:18
vital [13] - 21:14, 21:15,
23:12, 23:24, 24:3, 34:22,
25:5, 25:10, 25:11, 25:18,
51:13, 73:7, 80:22
vitals [1] - 50:24
volunteered [1] - 77:25
vomited [1] - 76:11
Vomiting [1] - 73:13

W

Wait [6] - 12:14, 21:2,
23:20, 23:21, 85:24
wait [4] - 23:20, 23:21
waiting [1] - 77:5

waived [1] - 3:5
warranted [2] - 61:6, 84:19
wasn't... [1] - 26:3
watch [5] - 46:19, 60:23,
64:24, 65:3, 65:10
watches [1] - 82:25
Waters [11] - 46:25, 49:12,
52:25, 53:9, 53:17, 53:21,
56:5, 60:5, 60:11, 83:10,
85:14
watery [1] - 74:25
weight [1] - 75:8
WESTCHESTER [1] - 90:4
WHEREOF [1] - 91:22
White [3] - 1:15, 2:6, 2:22
WILSON [1] - 2:20
withdrawal [8] - 48:17,
68:5, 68:9, 68:13, 68:24,
69:21, 72:18, 72:24, 84:16
withdrawing [1] - 73:7
withdrawn [2] - 53:7, 66:6
witness [1] - 90:8
Witness [24] - 1:19, 18:4,
18:12, 24:17, 36:15, 40:10,
48:9, 48:12, 55:12, 56:7,
57:2, 58:11, 60:7, 61:18,
61:25, 64:8, 66:11, 69:10,
72:8, 72:11, 80:2
WITNESS [2] - 70:4, 89:14,
91:22
woman [1] - 71:17
words [6] - 12:17, 21:5,
35:17, 38:17, 49:21, 88:17
writing [5] - 9:3, 24:11,
24:13, 28:14, 52:20, 69:3,
87:21
written [4] - 11:8, 20:2,
20:7, 70:2
wrote [3] - 51:20, 52:5,
63:12

Y

year [1] - 8:13
years [3] - 8:7, 8:11, 87:19
YORK [1] - 1:2, 90:2, 91:3
York [12] - 1:11, 1:15, 1:22,
2:6, 2:11, 2:17, 2:22, 4:5,
4:14, 6:10, 14:18, 91:9
yourself [2] - 52:21, 74:9