<u>AFFIDAVIT OF SERVICE BY MAIL</u>

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF WESTCHESTER | ) |

      Dean Grgas, being duly sworn, deposes and says:  that deponent is not a party to this action, is over 18 years of age and resides in Westchester County;

      That on the 7th day of May, 2008, deponent served the within document(s) entitled Notice of Motion for Partial Summary Judgment and Declaration of Timothy P. Coon in Support of Defendant Americor's Motion for Summary Judgment upon the following party via hand delivery:

TO:    Lovett & Gould, LLP
           Attorneys for Plaintiffs
           Attn.: Kim Berg, Esq.
           222 Bloomingdale Road
           White Plains, NY 10605
           VIA HAND DELIVERY

at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                    _____

                                                     Dean Grgas

Sworn to before me this
7th day of May, 2008

_____
Notary Public

MAURA LOOBY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01L04921163
QUALIFIED IN PUTNAM COUNTY
COMMISSION EXPIRES MAY 31, 20 _____

1981304.1