<u>AFFIDAVIT OF SERVICE BY MAIL</u>

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF WESTCHESTER        )

Maura Looby, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Putnam County;

That on the 7th day of May, 2008, deponent served the within document(s) entitled Notice of Motion for Partial Summary Judgment and Declaration of Timothy P. Coon in Support of Defendant Americor's Motion for Summary Judgment upon the following parties via regular mail:

TO:   Lovett & Gould, LLP              Santangelo Randazzo & Mangone, LLP
      Attorneys for Plaintiffs         Attorneys for Co-Defendants Joseph A. Vasaturo
      Attn.: Kim Berg, Esq.            Louis G. LaPolla and The County of Putnam
      222 Bloomingdale Road            Attn: James Randazzo, Esq.
      White Plains, NY 10605           151 Broadway
      VIA HAND DELIVERY                Hawthorne, New York 10532

      Miranda Sokoloff Sambursky Slone Verveniotis LLP
      Attorneys for Co-defendants DONALD B. SMITH
      Attn.: Adam I. Kleinberg, Esq.
      The Esposito Building
      240 Mineola Boulevard
      Mineola, NY 11501

at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                     _____
                                                     Maura Looby

Sworn to before me this
7th day of May, 2008

_____
Nancy Nauman
Notary Public, State of New York
No. 4930293
Qualified in Westchester County
Commission Expires May 9, 2010

1895278.1