EXHIBIT "A" (1 of 4)

1

```
UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
DONNY A. SINKOV, as Father and
Potential Personal Representative of
SPENCER SINKOV, deceased, and the
Estate of Spencer E. Sinkov, deceased,

                        Plaintiffs,

        -against-

DONALD R. SMITH, individually and in
his official capacity as Sheriff of
Putnam County, JOSEPH A. VASATURO,
individually, LOUIS C. LAPOLLA,
individually, THE COUNTY OF PUTNAM,
New York, and AmeriCor, INC.,

                        Defendants.
-------------------------------------x
                        222 Bloomingdale Road
                        White Plains, New York
                        January 30, 2008
                        11:10 a.m.

        EXAMINATION BEFORE TRIAL of ROBERT LeFEVER,

a Witness on behalf of the Defendant THE COUNTY

OF PUTNAM, in the above-captioned matter, held

at the above time and place, before a Notary

Public of the State of New York.



                        Donna Bochnik,
                        Shorthand Reporter
```

COMPU-TRAN SHORTHAND REPORTING

---

2

APPEARANCES:

LOVETT & GOULD
    Attorneys for Plaintiff
    222 Bloomingdale Road
    White Plains, New York 10601
BY: KIM BERG, ESQ.


MIRANDA SOKOLOFF SAMBURSKY SLONE
VERVENIOTIS, LLP
    Attorneys for Defendant -
    Donald Smith
    240 Mineola Boulevard
    Mineola, New York 11501
BY: ADAM I. KLEINBERG, ESQ.


SANTANGELO, RANDAZZO & MANGONE, LLP
    Attorneys for Defendants -
    Joseph A. Vasaturo,
    Louis G. LaPolla and
    The County Of Putnam
    151 Broadway
    Hawthorne, New York 10532
BY: JAMES RANDAZZO, ESQ.


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
    Attorneys for Defendant -
    AmeriCor, Inc.
    Three Gannett Drive
    White Plains, New York 10604
BY: TIMOTHY P. COON, ESQ.    (A.M. session)
    BERNICE E. MARGOLIS, ESQ. (P.M. session)

ALSO PRESENT:  Donny A. Sinkov
               Donald Smith
                    oOo

COMPU-TRAN SHORTHAND REPORTING

---

2          IT IS HEREBY STIPULATED AND AGREED,

3   by and between the attorneys for the respective

4   parties hereto, that the sealing and filing of

5   the within deposition be waived; that such

6   deposition may be signed and sworn to before any

7   officer authorized to administer an oath with

8   the same force and effect as if signed and sworn

9   to before a Justice of this Court.


12          IT IS FURTHER STIPULATED AND AGREED

13   that all objections, except as to form, are

14   reserved to the time of trial.


17          IT IS FURTHER STIPULATED AND AGREED

18   that the within examination and any corrections

19   thereto may be signed before any Notary Public

20   with the same force and effect as if signed and

21   sworn to before this Court.

COMPU-TRAN SHORTHAND REPORTING

---

4

1

2              R O B E R T   L E F E V E R,

3         having been duly sworn by Donna Bochnik,

4           a Notary Public within and for the State

5               of New York, was examined and testified

6                        as follows:


8                        oOo


10   EXAMINATION BY MS. BERG:

11       Q.    State your name and professional

12   address for the record, please.

13       A.    My name is Robert LeFever, and my

14   professional address is Putnam County Sheriff's

15   Department, Three County Center, Carmel,

16   New York.

17       Q.    Captain LeFever, I'm Kim Berg. I

18   represent the Sinkov family. I'm going to be

19   asking you some questions.

20              What I want you to do is, if there's

21   anything I say that you don't understand or if

22   you give me an answer during the course of the

23   deposition that you feel is incomplete or

24   incorrect, please let me know before you leave

25   here so that we can make sure we have a complete

COMPU-TRAN SHORTHAND REPORTING

**Robert LeFever**

2 and accurate transcript on all or questions that
3 I ask you before we leave.
4 Do you understand all of that?
5 A. Yes.
6 Q. Can you describe for me your
7 educational background.
8 A. My educational background – high
9 school graduate, some college; never got a
10 degree. And then I have a lot of training
11 through my years in the sheriff's offices.
12 Q. When did you first begin working for
13 the Putnam County Sheriff's Department?
14 A. October 17th, 1981.
15 Q. Were you hired as a correction
16 officer at that time?
17 A. Yes.
18 Q. And when were you first promoted?
19 A. Don't remember.
20 Q. Was it to sergeant?
21 A. Sergeant was 1986. Lieutenant was
22 1994. And then captain is 2003.
23 Q. And who promoted you to the position
24 of captain?
25 A. Sheriff Smith.
*COMPU-TRAN SHORTHAND REPORTING*

---

**Robert LeFever**

2 A. No.
3 Q. What are your job duties and
4 responsibilities as captain of the Putnam County
5 Correctional Facility?
6 A. All of the daily operations of the
7 jail, transportation, food service, medical.
8 Q. When you say "daily operation of the
9 jail," what do you mean?
10 A. All of the workings - the bookings,
11 courts, transports, housing units, security.
12 Q. You oversee all of those functions?
13 A. Yes.
14 Q. Do you carry out any responsibilities,
15 yourself, with respect to bookings?
16 A. No.
17 Q. Do you have any responsibilities,
18 yourself, specifically with respect to medical?
19 A. No.
20 Q. In terms of the housing units, do
21 you, from time to time, go through the facility
22 to observe what's going on in the facility?
23 A. Yes.
24 Q. And do you do that on every shift?
25 A. Yes.
*COMPU-TRAN SHORTHAND REPORTING*

---

6

**Robert LeFever**

2 Q. Are you a member of the union as a
3 captain?
4 A. No.
5 Q. Were you a member of the union as a
6 lieutenant?
7 A. No.
8 Q. Does the union with the county and
9 the Sheriff's Department, cover the correction
10 officers and sergeants?
11 A. Yes.
12 Q. Is your position as captain
13 classified within the meaning of New York State
14 Civil Service as far as you know?
15 A. It's management.
16 Q. Is it your understanding that you
17 serve at the pleasure of the appointing
18 authority; namely, the sheriff?
19 A. Yes.
20 Q. Since being promoted to captain in
21 2003, have you been reappointed to that position
22 at all, or have you continuously just remained in
23 that position from your 2003 appointment?
24 A. Remained in that position.
25 Q. Do you have any contract?
*COMPU-TRAN SHORTHAND REPORTING*

---

8

**Robert LeFever**

2 Q. What shift or shifts do you
3 typically work?
4 A. Day shift.
5 Q. What are the hours of that?
6 A. 8:30 to 4:30.
7 Q. And has that been true since you
8 were promoted to captain in 2003?
9 A. Yes.
10 Q. Do you work any set days of the
11 week?
12 A. Monday through Friday.
13 Q. When you're in the facility, are you
14 the highest ranking member of the facility?
15 A. Yes.
16 Q. And when you're not in the facility,
17 who is the highest ranking member?
18 A. The lieutenant.
19 Q. Is the lieutenant there on nights
20 and weekends?
21 A. No.
22 Q. Does the lieutenant also work a
23 Monday-through-Friday shift?
24 A. Yes.
25 Q. Same hours as you?
*COMPU-TRAN SHORTHAND REPORTING*

Robert LeFever

1

00:06:46 2    A.    Yes.

00:06:48 3    Q.    When it's a night shift or a weekend

07 4    shift, who is the highest ranking by title; not

04 5    by name, but who's the highest ranking title in

06:06:56 6    the department?

02:05:56 7    A.    Sergeant.

02:05:57 8    Q.    Is that person considered the tour

05:05:60 9    supervisor?

00:05:00 10    A.    Yes.

00:06:08 11    Q.    Do you have any role as captain in

03:06:00 12    decisions involving personnel, such as

03:06:11 13    disciplinary matters, hiring, or firing?

00:06:14 14    A.    I don't understand the question.

00:06:17 15    Q.    There are subordinates to you in the

00:06:21 16    Putnam County Correctional Facility; correct?

00:06:23 17    A.    Yes.

00:06:24 18    Q.    Who do you oversee directly?

03:06:29 19    A.    Everyone in the jail division.

00:06:27 20    Q.    Do you have any responsibility in

00:06:29 21    terms of counseling them or disciplining them in

00:06:33 22    any way?

00:06:35 23    A.    Directly, no.

00:06:35 24    Q.    How about indirectly?

00:06:06 25    A.    Yes.

COMPU-TRAN SHORTHAND REPORTING

---

10

Robert LeFever

1

00:06:36 2    Q.    What is the indirect relationship?

00:06:39 3    A.    Through a sergeant.

00:06:42 4    Q.    In terms of the reporting structure,

00:06:64 5    how many lieutenants are there in the

06:06:58 6    Putnam County Correctional Facility?

03:06:57 7    A.    One.

00:06:58 8    Q.    And who is that?

00:06:59 9    A.    Lieutenant Patrick O'Malley.

00:07:02 10    Q.    Has he been a lieutenant the entire

00:07:04 11    time that you've been a captain?

00:07:07 12    A.    I don't remember his appointment

00:07:10 13    date.

00:07:11 14    Q.    Do you recall any other lieutenants

00:07:12 15    that have worked under you as a captain?

00:07:16 16    A.    No.

00:07:16 17    Q.    Do you have any role in the creation

00:07:24 18    of, or modification of, jail policies?

00:07:27 19    A.    Policies, no.

00:07:28 20    Q.    How about procedures?

00:07:28 21    A.    Yes.

22    Q.    What is your role with respect to

03:07:32 23    procedures?

00:07:32 24    A.    I put most of them out, work on

00:07:36 25    them, put them out.

COMPU-TRAN SHORTHAND REPORTING

---

Robert LeFever

02:07:37 2    Q.    Meaning, physically draft them in

00:07:39 3    writing?

00:07:40 4    A.    Yes.

00:07:44 5    Q.    When you say "put them out," how do

00:07:47 6    you publish them?

10:07:49 7    A.    They're, you know, computer-generated

00:07:53 8    and printed and put in books out in the units,

00:07:55 9    and we have sergeants.

00:07:59 10    Q.    And what do you do with respect to

00:08:01 11    those procedures and the sergeants?

00:08:02 12    A.    I'm sorry?

00:08:03 13    Q.    In terms of the sergeants, do you

00:08:06 14    physically give a copy to the sergeant?

00:08:08 15    A.    Yes.

00:08:08 16    Q.    Do you have any standard practices

00:08:12 17    under which you review those policies, changes,

00:08:15 18    or new procedures with the sergeants?

00:08:17 19    A.    No.

00:08:18 20    Q.    You just hand them a copy?

00:08:19 21    A.    Yes.

03:08:20 22    Q.    And in terms of the books, that

00:08:22 23    would be on each housing unit?

00:08:24 24    A.    Yes.

00:08:24 25    Q.    Are there any other books that you

COMPU-TRAN SHORTHAND REPORTING

---

12

Robert LeFever

1

03:08:28 2    place those procedures into?

03:08:33 3    A.    Yes; booking.

03:08:35 4    Q.    Anywhere else?

00:08:32 5    A.    No.

00:08:32 6    Q.    To whom do you report?

00:08:42 7    A.    Undersheriff.

00:08:41 8    Q.    Since you've been captain, that's

00:08:45 9    been Peter Convery?

00:08:49 10    A.    Yes.

00:08:48 11    Q.    In terms of your position as

00:08:51 12    captain, do you, on any periodic basis, any

03:08:54 13    regular basis, meet with the undersheriff to

03:08:57 14    discuss what's going on in the jail?

03:08:58 15    A.    Yes.

03:08:58 16    Q.    And how often do you have those

00:09:01 17    meetings?

00:09:01 18    A.    Almost every day.

00:09:03 19    Q.    Who else attends those meetings?

00:09:09 20    A.    Well, it's a staff meeting, a

00:09:12 21    command staff meeting.

00:09:13 22    Q.    And who else is in attendance?

03:09:16 23    A.    Chief criminal investigator, some

03:09:18 24    senior investigators, civil captain.

03:09:23 25    Q.    So, this would be Putnam County

COMPU-TRAN SHORTHAND REPORTING

13

Robert LeFever

2 Sheriff's Department employees, as well as jail
3 employees?
4    A.    Yes.
5    Q.    Anybody from the jail other than
6 yourself?
7    A.    Sometimes it's the lieutenant.
8    Q.    And as part of those daily staff
9 meetings, does Sheriff Smith attend?
10    A.    Yes.
11    Q.    And as part of those staff meetings,
12 do you discuss anything in terms of procedures in
13 the jail?
14    A.    No.
15    Q.    Anything about any new procedures or
16 modified procedures?
17    A.    No.
18    Q.    On the occasions that you've
19 modified or issued new procedures, have you done
20 that without consulting with anybody?
21    A.    No.
22    Q.    Who have you consulted with?
23    A.    My staff in the jail, Commission of
24 Corrections.
25    Q.    Anybody else?

COMPU-TRAN SHORTHAND REPORTING

15

Robert LeFever

2    Q.    Do you recall anything about the
3 substance of those?
4    A.    Not offhand, no.
5    Q.    Do you recall anything as to what
6 they related to?
7    A.    No, I can't recall.
8    Q.    On the occasions that the sheriff
9 has issued new policies since you've been captain
10 in 2003, how did you become aware of that?
11    A.    They're issued to everyone. You
12 sign for it, and it goes in your manual.
13    Q.    And do you have a responsibility, in
14 terms of your role as captain, in distributing
15 the sheriff's policies to your subordinates?
16    A.    Yes.
17    Q.    And it would be in the same method
18 or something different?
19    A.    Same method.
20    Q.    Do you physically issue the policies
21 to each individual employee, or does it just go
22 into the books on the units?
23    A.    No; the policy is issued to each
24 person, not by myself.
25    Q.    But you would give it to your

COMPU-TRAN SHORTHAND REPORTING

14

Robert LeFever

2    A.    Not that I can recall.
3    Q.    Did you notify anybody higher than
4 you in the chain of command that you were issuing
5 any policies -- or, I'm sorry, any procedures?
6    A.    I don't recall.
7    Q.    In your view, what's the difference
8 between a policy and a procedure?
9    A.    A policy states the goal and mission
10 of what we're to do, and a procedure is the
11 day-to-day functioning of how to do it.
12    Q.    So, it would be how to carry out the
13 policies that are in place?
14    A.    Correct.
15    Q.    Who, in terms of the policies, has
16 the authority to issue those?
17    A.    I believe it's only the sheriff.
18    Q.    And you base that on your experience
19 with the Putnam County Correctional Facility
20 since 1981?
21    A.    Yes.
22    Q.    Since you've been captain, have
23 there been any new policies issued by the sheriff
24 as far as you can recall?
25    A.    Yes.

COMPU-TRAN SHORTHAND REPORTING

16

Robert LeFever

2 subordinates to issue down the chain of command?
3    A.    Yes.
4    Q.    Do you recall, in connection with
5 any of the staff meetings that you've attended,
6 any conversations about any changes in policies
7 and procedures since 2003?
8    A.    No.
9    Q.    Did you attend the staff meetings
10 when you were lieutenant?
11    A.    Yes.
12    Q.    Do you recall, as you sit here
13 today, anything that you consulted with the
14 Commission of Correction on with respect to any
15 new procedures?
16    A.    Yeah. There was the use of suicide
17 smocks, lobby kiosks. A few others that I can't
18 recall right now.
19    Q.    When did you consult with the
20 Commission with respect to the suicide smocks?
21    A.    Within the last six months.
22    Q.    And what, if anything, prompted you
23 to do that?
24    A.    They put out a Chairman's Memorandum
25 stating that they didn't want them used at all.

COMPU-TRAN SHORTHAND REPORTING

19

Robert LeFever

00:13:15  2  We don't use them, and they didn't want them
00:13:19  3  used. And then there was some discussion on that
or        4  with them.
          5       Q.   Do you recall that the Chairman's
00:13:04  6  Memorandum referred to whether or not the suicide
00:13:27  7  smock needed to be used if somebody was under
00:13:28  8  constant supervision?
00:13:31  9       A.   It was in regards to that, yes.
00:13:32 10       Q.   And in substance, did the memorandum
00:13:37 11  communicate that if somebody's under constant
00:13:40 12  supervision, a suicide smock is really
00:13:43 13  unnecessary because they're having a visual one-
00:13:45 14  on-one observation?
00:13:46 15       A.   Yes, I believe it was.
00:13:47 16       Q.   And do you recall who you consulted
00:13:49 17  with at the Commission?
00:13:50 18       A.   No, I don't.
00:13:52 19       Q.   How is it that you've become aware
00:13:55 20  of these Chairman's Memorandums?
00:13:58 21       A.   They're mailed to all the jail
00:14:00 22  administrators in the state.
00:14:02 23       Q.   So, does one come directly to you?
00:14:04 24       A.   Yes.
00:14:05 25       Q.   Do you know if anybody else in the

COMPU-TRAN SHORTHAND REPORTING

18

Robert LeFever

00:14:06  2  county or the Sheriff's Department receives
00:14:09  3  copies of those Chairman's Memorandums?
00:14:12  4       A.   I don't.
00:14:12  5       Q.   Do you share them with anybody?
00:14:13  6       A.   My staff.
00:14:14  7       Q.   When you say your staff, who do you
00:14:16  8  mean?
00:14:19  9       A.   The lieutenant, the administrative
00:14:20 10  sergeant, and the sergeants are advised if
00:14:23 11  there's a change.
00:14:23 12       Q.   And do you know if those Chairman
00:14:31 13  Memorandums are available to the public?
00:14:33 14       A.   I don't know.
00:14:35 15       Q.   Have you ever been on the
00:14:37 16  Commission's website?
00:14:38 17       A.   Yes.
00:14:38 18       Q.   And did you ever see those Chairman
00:14:41 19  Memorandums posted there?
00:14:42 20       A.   I never looked for them.
00:14:44 21       Q.   Did you ever have occasion to
         22  discuss the substance of any Chairman Memorandum
00:14:49 23  with people above you in the chain of command,
00:14:56 24  either at a staff meeting or otherwise?
00:15:00 25       A.   No.

COMPU-TRAN SHORTHAND REPORTING

19

Robert LeFever

00:15:03  2       Q.   ...s a result of your communications
00:15:05  3  with the Commission about the issue of suicide
00:15:06  4  smocks, were there any changes in policies or
00:15:10  5  procedures?
00:15:10  6       A.   No.
00:15:10  7       Q.   What, if any, policies or procedures
00:15:18  8  exist with respect to suicide smocks in the
00:15:21  9  Putnam County Correctional Facility?
00:15:22 10       A.   None.
00:15:23 11       Q.   You don't use them?
00:15:24 12       A.   We do not use them.
00:15:25 13       Q.   Anything else that you can recall
00:15:29 14  consulting with the Commission on, about anything
00:15:04 15  pertaining to suicide prevention?
00:15:29 16       A.   No.
00:15:30 17       Q.   Did you ever see the form -- not
00:15:46 18  necessarily the handwriting, but the form that
00:15:50 19  was previously marked as Exhibit 3? (Handing)
00:15:52 20       A.   Yes.
00:15:52 21       Q.   And what is that form?
00:15:25 22       A.   This form is the Suicide Prevention
00:15:56 23  Screening form that we use in the facility.
00:16:00 24       Q.   And for how long has that form been
00:16:03 25  in use?

COMPU-TRAN SHORTHAND REPORTING

20

Robert LeFever

00:16:03  2       A.   At least 15 years.
00:16:06  3       Q.   And it's referred to as an SOJ-32?
00:16:10  4       A.   Yes.
00:16:13  5       Q.   Do you know who created that form?
00:16:12  6       A.   I put most of it together.
00:16:14  7       Q.   Did anybody assist you?
00:16:17  8       A.   Yes.
00:16:18  9       Q.   Who?
00:16:18 10       A.   That would be Captain -- Former-
00:16:22 11  Captain Gerald Butler.
00:16:24 12       Q.   Were you a lieutenant at the time?
00:16:27 13       A.   No; I was a staff sergeant at the
00:16:33 14  time.
00:16:38 15       Q.   Why, as staff sergeant, were you
00:16:03 16  involved in putting that form together?
00:16:04 17       A.   I was -- at that time there was no
00:16:06 18  lieutenant. That was the next administrator at
00:16:38 19  the time.
00:16:03 20       Q.   And what, if anything, prompted you
00:16:42 21  to put together that form approximately 15 years
00:16:45 22  ago?
00:16:46 23       A.   We were putting our medical
00:16:48 24  screening form together, and we were making it
00:16:52 25  into a four-page format, and that's what made us

COMPU-TRAN SHORTHAND REPORTING

*Robert LeFever*

21

2 put it together.
3     Q. Prior to that, was there any suicide
4 screening type form or questions that were posed
5 to inmates at intake?
6     A. No.
7     Q. And this was the first time it was
8 being created?
9     A. Yes.
10     Q. And was there anything at that time,
11 either in a Chairman's Memorandum or elsewhere,
12 that prompted you to look at that in
13 approximately 1992?
14     A. I don't remember.
15     Q. Do you recall if at that time there
16 was any training that was being given to you or
17 other members of the jail with respect to suicide
18 prevention?
19     A. Yes. It had just started.
20     Q. So, it started at or about that
21 time?
22     A. Yes.
23     Q. And is that something, then, that
24 caused you to put this form together?
25     A. Yes.
*COMPU-TRAN SHORTHAND REPORTING*

---

*Robert LeFever*

23

2 session?
3     A. No.
4     Q. Since then, have others gone to the
5 training?
6     A. Yes.
7     Q. Who currently does the training for
8 the jail?
9     A. Lieutenant O'Malley.
10     Q. Anyone else?
11     A. Sergeant James Guarino, Officer
12 William Spinelli, and Officer Michael Vilani.
13     Q. Have you ever attended suicide
14 training?
15     A. Yes.
16     Q. On how many occasions?
17     A. Twenty.
18     Q. When was the last time that you
19 attended?
20     A. Maybe last year.
21     Q. And do you attend it with these
22 correction officers?
23     A. Yes.
24     Q. Has the form, Exhibit 3, been
25 modified at all since you first put it together
*COMPU-TRAN SHORTHAND REPORTING*

---

22

*Robert LeFever*

2     Q. Whose determination was it to start
3 training administrators and officers with respect
4 to suicide prevention?
5     A. State Commission of Corrections.
6     Q. And how did you know about that?
7     A. I don't remember the exact way we
8 found out, but they told us we had to do it. It
9 was a new thing.
10     Q. And what, if anything, was done at
11 that time with respect to having officers,
12 correction officers, trained?
13     A. We started training them.
14     Q. Did somebody in the facility have to
15 go to a training course so that they could learn
16 how to train their subordinates?
17     A. Yes.
18     Q. Who did that?
19     A. Thomas Green.
20     Q. Who did it from the facility?
21     A. Thomas Green.
22     Q. Oh, he was --
23     A. Yeah. He went to a Commission of
24 Corrections training session.
25     Q. Did you ever go to that training
*COMPU-TRAN SHORTHAND REPORTING*

---

24

*Robert LeFever*

2 back in 1992?
3     A. No.
4     Q. When you put that form together, did
5 you consult with anybody other than Captain
6 Butler?
7     A. I don't remember.
8     Q. Do you recall if you consulted with
9 anybody from the Commission?
10     A. Don't remember.
11     Q. Have you ever had occasion to
12 discuss that form with anybody in the Smith
13 administration?
14     A. No.
15     Q. Undersheriff Convery, or anybody
16 else?
17     A. No.
18     Q. What is the purpose of the Suicide
19 Prevention Screening form?
20     A. The purpose is to identify those
21 individuals that are high-risk of hurting
22 themselves or hurting others.
23     Q. And how does that form achieve that
24 purpose?
25     A. By going through the questions and
*COMPU-TRAN SHORTHAND REPORTING*

25

Robert LeFever

2 looking at what their demeanor is, the answers to
3 the questions, and making a decision.
4 Q. And in terms of the answers to the
5 questions at the bottom, there's a section that
6 refers to the total of Column A.
7 Do you see that?
8 A. Yes, yes.
9 Q. And how, if at all, does that relate
10 to determining if somebody is at high-risk for
11 hurting themselves?
12 A. Well, an eight or more is on
13 automatic constant watch; but anything less than
14 an eight is subjective.
15 Q. And who makes that subjective
16 determination?
17 A. Whoever's doing the form.
18 Q. Who, in the Putnam County
19 Correctional Facility, has the authority to
20 complete that form?
21 A. Anyone that's trained in the suicide
22 prevention screening.
23 Q. What level of staff would that be?
24 A. Correction officer.
25 Q. Could it be a sergeant, also?

COMPU-TRAN SHORTHAND REPORTING

26

Robert LeFever

2 A. Yes.
3 Q. There also are medical staff in the
4 facility; correct?
5 A. Yes.
6 Q. Do they complete the SOJ-32, as well?
7 A. No.
8 Q. Have they ever had any role in
9 completing that?
10 A. No.
11 Q. And for how long has it been --
12 withdrawn.
13 You said eight or more in the total
14 column is an automatic constant watch.
15 Constant watch is a one-on-one
16 supervision?
17 A. Yes.
18 Q. And is what you just testified to,
19 eight or more being an automatic constant watch,
20 in any policy or procedure in the Putnam County
21 Correctional Facility?
22 A. It's not written down, but it's
23 trained that way.
24 Q. And when you say "it's trained that
25 way," you mean in the in-service training that

COMPU-TRAN SHORTHAND REPORTING

27

Robert LeFever

2 the staff receives?
3 A. Yes.
4 Q. When was the first time that you
5 personally attended any training, during which
6 you were told by a training officer that if
7 somebody scored eight or more in the total
8 column, that they would automatically be placed
9 on a constant watch?
10 A. 1988, I believe.
11 Q. And has that been reiterated at
12 every training session that you've attended in
13 the approximately less-than 20 years?
14 A. Yes.
15 Q. Does Putnam County Correctional
16 Facility have any policies which say, in words or
17 substance, anything about that suicide screening
18 form?
19 A. Yes.
20 Q. What do those policies provide?
21 A. I believe it's Article 14. I don't
22 remember the article title.
23 Q. What is the substance of it?
24 A. It talks about the Suicide Screening
25 Prevention form, using it, implementing it.

COMPU-TRAN SHORTHAND REPORTING

28

Robert LeFever

2 Q. Does it provide a correction officer
3 or sergeant with any guidance in terms of what to
4 do with respect to the total score on the form?
5 A. No.
6 Q. There are also a number of shaded
7 boxes on that form.
8 Do you see that?
9 A. Yes.
10 Q. Are there any policies, practices or
11 procedures with respect to what happens if a
12 shaded box is checked?
13 A. No.
14 Q. In your training, have you ever been
15 instructed, as part of these in-service courses
16 that you've attended, as to what to do if a
17 shaded box is checked?
18 A. No.
19 Q. Is there anything in this Article 14, or
20 whatever number the policy is, about the shaded
21 boxes?
22 A. I don't believe so.
23 Q. Is there anything in terms of those
24 shaded boxes if one or more, two or more, three
25 or more, four or more, anything along those lines

COMPU-TRAN SHORTHAND REPORTING

**Page 29**

Robert LeFever

2 are checked, that then mandates the booking
3 officer or sergeant to do something?
4 A. No.
5 Q. Do you have any understanding, as
6 you sit here today, as to why some of those boxes
7 are shaded?
8 A. Don't remember.
9 Q. And in terms of the form, that is
10 administered at the intake of an inmate?
11 A. Yes.
12 Q. And who in the facility actually
13 administers the form?
14 A. The correction officer.
15 Q. Would they be assigned to the
16 booking officer position?
17 A. Yes.
18 Q. And have you ever known a sergeant
19 to administer the suicide prevention form?
20 A. Yes.
21 Q. Are there any requirements that are
22 in writing as far as you know that, with respect
23 to the total column, if it reaches a certain
24 threshold, a supervisor must be notified?
25 A. Yes.

COMPU-TRAN SHORTHAND REPORTING

**Page 31**

Robert LeFever

2 that says that notification to the supervisor of
3 a score of eight or more has to be in writing?
4 A. Not that I can recall.
5 Q. In terms of the training that you've
6 attended since in or about 1988, have you been,
7 as part of that training, instructed to notify a
8 supervisor if the score is eight or more?
9 A. Yes.
10 Q. And as part of that training, did
11 anybody ever explain to you why notification to
12 the supervisor should happen under those
13 circumstances?
14 A. Don't remember.
15 Q. What is your understanding, in terms
16 of your experience with the Putnam County
17 Correctional Facility for over 30 years, as to
18 why -- or approximately 30 years, as to why the
19 notification to the supervisor should happen if a
20 score is eight or more?
21 A. Well, because it just raises the
22 flag of the person -- you have a person that's at
23 high-risk.
24 Q. If the policy and the training is
25 that a score of eight or more mandates continuous

COMPU-TRAN SHORTHAND REPORTING

**Page 30**

Robert LeFever

2 Q. And what is your understanding of
3 those requirements?
4 A. Eight or more.
5 Q. And where is that contained?
6 A. It's in the articles -- the policy.
7 Q. In Putnam County Correctional
8 Facility policy?
9 A. Yes.
10 Q. And in terms of the policy, does it
11 say anything as to what the supervisor is
12 supposed to do once notified of a score of eight
13 or more?
14 A. No.
15 Q. Does the policy or procedure say
16 anything about what this notification should be
17 in terms of whether it needs to be verbal or
18 written, what form it should take?
19 A. No.
20 Q. Can it be verbal or written?
21 A. It has to be written.
22 Q. Where is that contained, if
23 anywhere?
24 A. I don't remember.
25 Q. Do you know of anything in writing

COMPU-TRAN SHORTHAND REPORTING

**Page 32**

Robert LeFever

2 watch, then what's the reason for notifying a
3 supervisor?
4 A. That's what the training says.
5 Q. It's not the policy or procedure?
6 A. It's also in our policy, but the
7 training also says eight or more, a supervisor is
8 notified.
9 Q. Okay. But my question, though, is:
10 If, under those circumstances, constant watch is
11 an automatic, why then is notification to a
12 supervisor necessary?
13 A. Because the sergeant is responsible
14 for the entire shift, for setting up the constant
15 watch, getting someone to -- you know, overtime,
16 moving staff around, notifying medical, doing a
17 referral form.
18 Q. What is the notification to medical?
19 A. It's a routing sheet. I forget the
20 number on it. It's a Mental Health Routing
21 Sheet.
22 Q. And what is the purpose of the
23 Mental Health Routing Sheet?
24 A. To notify medical that someone's on
25 a constant watch and that an evaluation will be

COMPU-TRAN SHORTHAND REPORTING

**Robert LeFever**

2 needed to see if they should stay on the constant
3 watch.
4     **Q.** And who can make the determination
5 as to whether somebody needs to stay on a
6 constant watch?
7     **A. It would be psychiatric.**
8     **Q.** So, once somebody is placed on a
9 constant watch, is it only the psychiatrist who
10 can remove that person from constant watch?
11     **A. Or a licensed clinical social**
12 **worker, yes.**
13     **Q.** And other than a sergeant, can
14 anybody else complete the Mental Health Routing
15 Sheet?
16     **A. Yes.**
17     **Q.** Who?
18     **A. Anyone.**
19     **Q.** So, a correction officer can do
20 that, too?
21     **A. Yes.**
22     **Q.** And is that done at booking?
23     **A. Yes.**
24     **Q.** And in terms of notification to
25 medical, other than completing the Mental Health

*COMPU-TRAN SHORTHAND REPORTING*

---

**Robert LeFever**

2 Sheet if completed if somebody is on a constant
3 watch?
4     **A. Don't remember.**
5     **Q.** Has that ever been part of the
6 training that you've attended?
7     **A. Yes.**
8     **Q.** For all of those years?
9     **A. Not all of those years.**
10     **Q.** Or just something recent?
11     **A. Ten years.**
12     **Q.** Other than when somebody is placed
13 on a constant watch, is the Mental Health Routing
14 Sheet required to be completed in any other
15 cases?
16     **A. Yes.**
17     **Q.** When?
18     **A. If -- there's several points on**
19 **there - if they're crying, they look depressed,**
20 **they make a statement - then it's required that**
21 **an officer fills it out and submits one.**
22     **Q.** Any other circumstances?
23     **A. A hunch.**
24     **Q.** Meaning, a hunch that somebody might
25 harm themselves?

*COMPU-TRAN SHORTHAND REPORTING*

---

34

**Robert LeFever**

2 Routing Sheet, does the notification to medical
3 take any other form?
4     **A. Verbal.**
5     **Q.** And that would be to a nurse that's
6 on staff at that time?
7     **A. Yes.**
8     **Q.** Any other form of notification to
9 medical?
10     **A. No.**
11     **Q.** In terms of the Mental Health
12 Routing Sheet, have you known those to be --
13 withdrawn.
14     Is the Mental Health Routing Sheet
15 for somebody who's placed on a constant watch
16 required to be filled out?
17     **A. Yes. Yes.**
18     **Q.** And it's required to be filled out
19 at booking?
20     **A. Not necessarily at that moment.**
21     **Q.** Within that person's shift, though?
22     **A. Yes.**
23     **Q.** And in terms of written procedures
24 or policies, is there anything that refers to
25 that requirement that the Mental Health Routing

*COMPU-TRAN SHORTHAND REPORTING*

---

36

**Robert LeFever**

2     **A. Yes.**
3     **Q.** If somebody is placed on a 15-minute
4 supervisory visit, is a Mental Health Routing
5 Sheet required?
6     **A. Yes.**
7     **Q.** That would be in all cases?
8     **A. Yes.**
9     **Q.** And would that be, again, for
10 purposes of notifying medical?
11     **A. Yes.**
12     **Q.** And who has the authority to remove
13 somebody from a 15-minute supervisory watch?
14     **A. For which reason?**
15     **Q.** What do you mean?
16     **A. Medical or mental health?**
17     **Q.** Mental health.
18     **A. It would be the social worker.**
19     **Q.** And is the Mental Health Routing
20 Sheet required to be done either at intake or
21 within that person's shift for a 15-minute watch?
22     **A. Yes.**
23     **Q.** And who actually receives the Mental
24 Health Routing Sheet?
25     **A. Medical.**

*COMPU-TRAN SHORTHAND REPORTING*

Robert LeFever

2  Q.   And with respect to the 15-minute
3  watch, is it also a correction officer or
4  sergeant who would complete that form?
5  A.   Yes.
6  Q.   Have you ever known staff from the
7  medical department to complete the Mental Health
8  Routing Sheet?
9  A.   Yes.
10  Q.   Under what circumstances?
11  A.   **Maybe it's a verbal. You know, a**
12  **hunch thing – I saw something – and medical would**
13  **start it.**
14  Q.   So, that could be at some point
15  including intake?
16  A.   **No; it would be after intake.**
17  Q.   So, it would be after the person,
18  the inmate, receives a cell assignment?
19  A.   Yes.
20  Q.   And with respect to the Mental
21  Health Routing Sheet being required when somebody
22  is placed on a 15-minute watch, is that in any
23  written policy or procedure in the jail?
24  A.   **I don't remember.**
25  Q.   Do you recall if that's been part of

*COMPU-TRAN SHORTHAND REPORTING*

---

1                Robert LeFever
2  or higher on the Suicide Prevention Screening
3  form?
4  A.   **I don't understand the question.**
5.  Q.   In other words, the Commission of
6  Correction, you're aware, has published minimum
7  standards.
8  A.   Yes.
9  Q.   And did you ever come to learn at
10  any point in time of any interpretation of those
11  standards, which says if somebody scores eight or
12  higher, they should be placed on a constant
13  watch?
14  A.   No.
15  Q.   As part of your training and
16  experience, was there any difference ever
17  explained to you between somebody who is, quote,
18  "suicidal" and somebody who is at high-risk for
19  suicide --
20  A.   Yes.
21  Q.   -- or are they one in the same?
22  A.   **One in the same.**
23  Q.   In terms of placing an inmate on
24  constant watch if the score is eight or higher,
25  can a correction officer in the Putnam County

*COMPU-TRAN SHORTHAND REPORTING*

---

38

1                Robert LeFever
2  the training that you've received?
3  A.   Yes.
4  Q.   Has that been true for the last ten
5  years or so?
6  A.   Yes.
7  Q.   Who, if you know, made the
8  determination that if the score was eight or
9  higher on the form, that an automatic constant
10  watch is instituted?
11  A.   **Don't remember.**
12  Q.   And do you have any understanding as
13  to why that number was chosen?
14  A.   **Because that was the notification of**
15  **the supervisor. I think that was just the cut**
16  **off.**
17  Q.   Do you know if, for example, that
18  was set forth by the Commission of Correction at
19  any time?
20  A.   **It's not by the Commission, no.**
21  Q.   It's not?
22  A.   **No.**
23  Q.   Did you ever come to learn of any
24  standards or guidelines that the Commission has
25  published with respect to somebody scoring eight

*COMPU-TRAN SHORTHAND REPORTING*

---

40

1                Robert LeFever
2.  Correctional Facility make that decision on his
3  own?
4  A.   Yes.
5  Q.   If you would just take a look at
6  Exhibit 2. *(Handing)*
7  A.   **(Witness complies)**
8  Q.   Do you recognize that document?
9  A.   Yes.
10  Q.   Is this referred to as Article 15?
11  A.   Yes.
12  Q.   Earlier, when you testified about
13  certain procedures or policies being contained in
14  Article 14, do you recall if it was Article 15
15  that you were, in fact, referring to?
16  A.   Yes.
17  Q.   It was?
18  A.   **(Witness nods head)**
19  Q.   You have to say yes or no.
20  A.   Yes, Article 15.
21  Q.   And for how long has this --
22  withdrawn.
23  Do you know who drafted this policy?
24  A.   No, I do not.
25  Q.   Do you know for how long this policy

*COMPU-TRAN SHORTHAND REPORTING*

41

Robert LeFever

2 has been in place?

3    A.    1988.

4    Q.    At least or before then?

5    A.    The Suicide Prevention Screening

6 only started in 1987.

7    Q.    And did you have any role in

8 drafting this policy?

9    A.    No.

10    Q.    In terms of new hires, is this

11 policy provided to new hires?

12    A.    Yes.

13    Q.    In every case?

14    A.    Yes.

15    Q.    And where is it, if at all,

16 maintained in the facility?

17    A.    In the computer base.

18    Q.    Is it contained in any books?

19    A.    No; each officer signs for a manual.

20    Q.    So, it would be in the officer's

21 Policy Manual?

22    A.    Yes.

23    Q.    Is that sometimes referred to as a

24 Red Book?

25    A.    Red Book, yes.

COMPU-TRAN SHORTHAND REPORTING

42

1    Robert LeFever

2    Q.    And there's no copy of this policy,

3 then, in, you know, hard form in the jail?

4    A.    No.

5    Q.    Has this policy, as far as you know,

6 been changed at all since 1988?

7    A.    No.

8    Q.    No, it hasn't; or no, you don't

9 know?

10    A.    No, it has not been changed.

11    Q.    Have you ever been involved in any

12 discussion with respect to modifying this?

13    A.    No, I have not.

14    Q.    In terms of the policy under Section

15 15-2, Admission Screening Policy, do you see that

16 section, first page?

17    A.    Yes, um-hum.

18    Q.    "Facility personnel will make a

19 conscious effort to identify highly suicidal

20 prisoners and/or prisoners with serious mental

21 health problems."

22    Do you see that?

23    A.    Yes.

24    Q.    In terms of your experience,

25 training, or otherwise, is the highly suicidal

COMPU-TRAN SHORTHAND REPORTING

43

Robert LeFever

2 prisoner so... .body who scores eight or higher?

3    A.    Not necessarily.

4    Q.    Would that be somebody who's

5 considered to be a highly suicidal prisoner, if

6 they scored eight or higher?

7    A.    Yes.

8    Q.    And in what other circumstances

9 would the person be considered a highly suicidal

10 prisoner?

11    A.    Well, if they answered the one

12 question, Nine, do you feel like -- "Do you think

13 about killing yourself," that would be highly

14 suicidal. And again, it's subjective under

15 eight.

16    Q.    Letter (a), underneath that, has

17 "Responsibilities of the booking officer;"

18 correct?

19    A.    Okay.

20    Q.    Do you see that?

21    A.    Yes.

22    Q.    And if you turn the page, (b) says,

23 "Administration of Suicide Prevention Screening

24 Guidelines --" I think it should be 'form,' but

25 it says 'for,' "-- Number 330 ADM."

COMPU-TRAN SHORTHAND REPORTING

44

1    Robert LeFever

2    Do you see that?

3    A.    Yes.

4    Q.    Did you ever see the 330 ADM?

5    A.    Yes.

6    Q.    Under what circumstances?

7    A.    In the beginning, in training.

8    Q.    And when you say "in the beginning,"

9 you mean in 1988?

10    A.    Yes.

11    Q.    And when you say "in training," has

12 that been at every training session you've

13 attended?

14    A.    I believe so.

15    Q.    And just for the record, can you

16 tell me if that form that you saw in training was

17 Exhibit 1? (Handing)

18    A.    Yes.

19    Q.    And is Exhibit 1, the 330 ADM,

20 provided to the staff at the training?

21    A.    No.

22    Q.    It's just shown to them?

23    A.    Yes.

24    Q.    On some kind of an overhead?

25    A.    Yes.

COMPU-TRAN SHORTHAND REPORTING

45

Robert LeFever

1
2 Q. And as part of the training that
3 you've attended, has anybody ever explained the
4 difference between that form, the ADM 330, and
5 the Putnam County's form, the SOJ-32?
6 A. Not that I can recall.
7 Q. In terms of the booking officer's
8 responsibility, the policy that's before you as
9 Exhibit 2, Article 15, says that in Number 3,
10 "The booking officer has to immediately notify
11 the tour supervisor whenever a prisoner scores in
12 the high risk score of eight in column eight, or
13 immediate-referral categories on the suicide
14 prevention form."
15     Do you see that?
16 A. Yes.
17 Q. What are the immediate referral
18 categories on the Suicide Prevention Screening
19 form?
20 A. I have no idea.
21 Q. Did anybody ever give you any
22 training or instruction on that?
23 A. No.
24 Q. Under Number 3, small letter (e),
25 "Immediately notify the tour supervisor whenever

COMPU-TRAN SHORTHAND REPORTING

46

Robert LeFever

1
2 a prisoner appears to be significantly under the
3 influence of alcohol or drugs."
4     Do you see that?
5 A. Yes.
6 Q. Are you aware of any policies or
7 procedures in the Putnam County Correctional
8 Facility with respect to inmates who come in
9 under the influence of alcohol or drugs?
10 A. Yes.
11 Q. What are you aware of?
12 A. We use the medical contractors
13 procedures for that.
14 Q. And who is that? AmeriCor?
15 A. AmeriCor.
16 Q. What procedures are those?
17 A. I don't recall offhand.
18 Q. Are those given to the correction
19 officers?
20 A. No.
21 Q. Is the correction officer or
22 sergeant who does the intake, apprised of the
23 existence of those?
24 A. Yes.
25 Q. And in what format is it? Verbal?

COMPU-TRAN SHORTHAND REPORTING

47

Robert LeFever

1
2 Written? Training? Something else?
3 A. I believe it's training.
4 Q. Do you know if the correction
5 officers are given copies of those, AmeriCor's
6 policies or procedures?
7 A. No, they're not.
8 Q. And in terms of the training, is
9 that the suicide-prevention training or something
10 else?
11 A. It would be other training.
12 Q. How often is that training given?
13 A. Periodically.
14 Q. What does the AmeriCor procedure or
15 policy provide?
16 A. I don't recall, offhand.
17 Q. Do you know if there's any
18 requirement on the part of a correction officer
19 or sergeant at intake to do anything if the
20 inmate comes into the facility, apparently under
21 the influence of drugs or alcohol?
22 A. Notify medical.
23 Q. Is that in writing anywhere - that
24 it's the correction officer's or sergeant's
25 responsibility to do that?

COMPU-TRAN SHORTHAND REPORTING

48

Robert LeFever

1
2 A. No, I don't recall.
3 Q. And when you notify medical, does it
4 have to be on some kind of a routing sheet, or
5 verbal?
6 A. That would be verbal.
7 Q. And at that point in time once
8 notification to medical happens, does the
9 inmate -- I'm sorry -- does the correction
10 officer or sergeant have any further responsibility?
11 A. Oh, they still have to maintain
12 supervision on the inmate.
13 Q. What level of supervision?
14 A. It depends; whatever they think is
15 appropriate.
16 Q. Have you ever received any training
17 as to what AmeriCor's procedures or policies
18 provide if somebody comes into the facility
19 having used drugs or alcohol?
20 A. No.
21 Q. On what do you base your belief that
22 correction officers and sergeants have been
23 trained on those policies or procedures?
24 A. I'm pretty sure we went over it in
25 the training session. I remember -- I remember

COMPU-TRAN SHORTHAND REPORTING

49

Robert LeFever

2 we went over it in the training session.
3 Q. You were present?
4 A. I don't know if I was.
5 Q. How do you know, though, that it was
6 gone over in a training session?
7 A. Because I talked to the training
8 sergeant about it.
9 Q. Who was that - Guarino?
10 A. Yes.
11 Q. Are there any policies or procedures
12 in the Putnam County Correctional Facility that
13 provides that a certain level of supervision
14 should be instituted if an inmate comes into the
15 facility under the influence of alcohol or drugs?
16 A. No.
17 Q. Anything in terms of training that's
18 given to officers as to what level of supervision
19 should be implemented under those circumstances?
20 A. No.
21 Q. Is there anything in terms of
22 policies or procedures in the Putnam County
23 Correctional Facility if an inmate comes in,
24 having a history of use of alcohol or drugs, such
25 as the inmate would pose a risk of withdrawal or

*COMPU-TRAN SHORTHAND REPORTING*

51

Robert LeFever

2 supervisor gets a copy of the suicide screening
3 form?
4 A. He responds to booking and looks at
5 it, yes.
6 Q. And for how long has that been the
7 practice?
8 A. As long as I can remember.
9 Q. In terms of notification to the tour
10 supervisor, are you aware of any requirement that
11 a correction officer do a P-1?
12 A. Yes.
13 Q. Is that in writing anywhere, that
14 requirement?
15 A. No.
16 Q. Including in any procedure that
17 you've drafted?
18 A. No.
19 Q. And in terms of the reasons for a
20 heightened level of supervision, are those
21 supposed to be noted in the P-1?
22 A. Yes.
23 Q. Would that be all reasons, or just
24 some of the reasons?
25 A. Some.

*COMPU-TRAN SHORTHAND REPORTING*

50

Robert LeFever

2 some type of addiction symptoms?
3 A. No.
4 Q. Is there any, as far as you know,
5 training provided to officers and sergeants about
6 those types of inmates?
7 A. No.
8 Q. And as far as you know, the only
9 thing that the correction officer or sergeant
10 does, then, is determine what level of
11 supervision they think should be implemented, and
12 they notify medical?
13 A. Yes.
14 Q. Back to the policy Article 15, which
15 is Exhibit 2, on the second page, Number 4: "All
16 such notifications will be completed by
17 forwarding a copy of the prisoner's screening
18 form to the tour supervisor prior to cell
19 assignment."
20 Do you see that?
21 A. Yes.
22 Q. Do you know if, in practice, that
23 actually happens?
24 A. Yes.
25 Q. So, in all cases, the tour

*COMPU-TRAN SHORTHAND REPORTING*

52

Robert LeFever

2 Q. Why not all?
3 A. Just never did.
4 Q. And what, in terms of the reasons as
5 far as you know -- withdrawn.
6 How are correction officers made
7 aware of the fact that they have to do a P-1 if a
8 heightened level of supervision is instituted?
9 A. They're told they have to do that.
10 Q. By who?
11 A. Over time; not every correction
12 officer can work in the booking room.
13 Q. Is there anything in the booking
14 room, itself, which sets forth that requirement?
15 A. In writing, no.
16 Q. Would it then just be in terms of
17 actual on-the-job experience that would teach
18 them to do the P-1?
19 A. Experience and training when they
20 come in from another booking officer.
21 Q. So, another booking officer will
22 train them on how to do that?
23 A. Yes.
24 Q. And is there anything in terms of
25 that training or on-the-job experience that lets

*COMPU-TRAN SHORTHAND REPORTING*