EXHIBIT "A" (3 of 4)

**101**

Robert LeFever

2  before or after, causing this proce_ure,
3  Exhibit 18, to go into the procedure books?
4  A.  No.
5  Q.  Did you ever ask anybody to make
6  sure that it was in there at or about that time?
7  A.  I may have.
8  Q.  Do you recall who you asked?
9  A.  No.
10  Q.  Did anybody ever indicate to you
11  that at or about that time in August of '06, give
12  or take a month, this procedure was not in one or
13  more of the procedure books?
14  A.  No.
15  MS. BERG: Can I have marked
16  as Exhibit 35 a copy of an October 5,
17  2005, Chairman's Memorandum.
18  (Whereupon, 10/5/05 Chairman's
19  Memorandum was marked as Plaintiff's
20  Exhibit No. 35, for id.)
21  Q.  Have you ever seen Exhibit 35
22  before? (Handing)
23  A.  I don't recall it.
24  Q.  Do you recall receiving anything
25  which, in substance, contained what's in

*COMPU-TRAN SHORTHAND REPORTING*

---

**102**

Robert LeFever

2  Exhibit 35? And take your time to review it.
3  (Pause in the record)
4  A.  No, I don't recall it.
5  Q.  In the third paragraph it says,
6  "Since the 1980s, the Commission has held that
7  the only instrument that is in compliance with
8  Section 7013.7 (b) (5), is the suicide screening
9  form, which was a joint project of the Commission
10  and the New York State Office of Mental Health."
11  Bold, underlined: "This continues to be the
12  case."
13  Do you see that?
14  A.  Yes.
15  Q.  Did you receive any information in
16  or about '05 or any other point that the suicide
17  screening form that was created by the Commission
18  and the Office of Mental Health was the only
19  instrument that complied with the minimum
20  standards?
21  A.  No.
22  Q.  Nobody ever told you that?
23  A.  No.
24  Q.  Do you recall how often in any given
25  year you would receive these, the Chairman

*COMPU-TRAN SHORTHAND REPORTING*

---

**103**

Robert LeFever

2  Memorandu_..?
3  A.  When they come.
4  Q.  How often is that?
5  A.  It could be 20 a year or ten a year.
6  Q.  And other than physically receiving
7  it through the mail, are you notified any other
8  way?
9  A.  No.
10  Q.  Other than yourself, do you know of
11  anybody who receives these memorandum in Putnam
12  County?
13  A.  No.
14  Q.  For example, a lieutenant or anybody
15  else?
16  A.  Well, they come into the division;
17  and then the lieutenant, the sergeants, read it.
18  Q.  And in terms of the ADM 330,
19  Exhibit 1, you understood that that was something
20  that was created by the Commission and the Office
21  of Mental Health; correct?
22  A.  Yes.
23  Q.  This memorandum also refers to a
24  screening tool that can be used to assess a
25  history of mental illness for treatment, and it

*COMPU-TRAN SHORTHAND REPORTING*

---

**104**

Robert LeFever

2  provides a website on the second page to find
3  that instrument.
4  Did you ever do anything to look
5  into whether any other form could be used by
6  Putnam County --
7  A.  No.
8  Q.  -- in terms of assessing just the
9  mental illness portion?
10  A.  No.
11  MS. BERG: Let me have
12  marked as Exhibit 36 a copy of the form
13  that was obtained from that website which
14  says, "Brief Jail Mental Health Screen."
15  (Whereupon, two-page Brief Jail Mental
16  Health Screen, was marked as Plaintiff's
17  Exhibit No. 36, for id.)
18  Q.  Just take a look at the form,
19  itself, and tell me if you've ever seen that
20  before.
21  A.  (Witness complies) No.
22  Q.  Did you ever have any discussions
23  with anybody about including in the Medical
24  Intake Record a form that would assess
25  specifically any history of mental illness, such

*COMPU-TRAN SHORTHAND REPORTING*

## 105

Robert LeFever

01:58:25 2 as Exhibit 36?
01:58:28 3    A.  No.
01:   4         MS. BERG:  Let me have
0.    5    marked as Exhibit 37 a copy of a
01:58:35 6    Chairman's Memorandum dated
01:58:39 7    September 18th, 2007.
01:59:41 8         (Whereupon, 9/18/06 Chairman
01:58:46 9    Memorandum was marked as Plaintiff's
01:50:34 10   Exhibit No. 37, for id.)
31:59:35 11   Q.  Have you ever seen Exhibit 37
01:59:37 12 before?
01:59:37 13   A.  Yes.
01:59:37 14   Q.  And do you recall if you saw that at
01:59:48 15 or about the time that it was published on
01:58:42 16 September 18th of '07?
01:59:43 17   A.  Yes.
01:50:44 18   Q.  And in terms of the content, the
01:59:47 19 second paragraph refers to, "Since 1985, the
01:58:51 20 Commission has been engaged in a state-wide
01:58:53 21 collaborative effort with the New York State
01:58:56 22 Office of Mental Health and with sheriffs and
02:00:00 23 jail administrators to improve the mental health
07:00:03 24 crisis intervention and to prevent suicide in
02:03:05 25 local facilities."  It then refers to, in the

COMPU-TRAN SHORTHAND REPORTING

## 107

Robert LeFever

02:00:53 2    A.  Yes.
02:00:56 3    Q.  And did you ever have occasion to
02:00:57 4 discuss that model with Sheriff Smith or anyone
02:01:03 5 in his administration?
02:01:00 6    A.  No.
02:01:01 7    Q.  Did you ever have occasion to let
02:01:03 8 him know that that model existed?
02:01:06 9    A.  No.
02:01:06 10   Q.  Did he ever ask you any questions
02:01:07 11 about that?
02:01:04 12   A.  I don't remember.
02:01:08 13   Q.  It then says, in the next paragraph,
02:01:74 14 "The local forensic suicide prevention crisis
02:01:30 15 service model consists of the following major
02:01:28 16 components:"  Second bullet:  "Screening of
02:01:36 17 detainees by trained correction police officers
02:01:25 18 using Commission Form 330 ADM."
02:01:31 19         Do you see that?
02:01:01 20   A.  Yes.
02:01:22 21   Q.  And you understood that that was
02:01:33 22 part of the model back from 1988; correct?
02:01:36 23   A.  Yes.
02:01:36 24   Q.  Did anything about this memorandum
02:01:40 25 cause you to have the discussion with Smith,

COMPU-TRAN SHORTHAND REPORTING

## 106

Robert LeFever

02:00:05 2 next sentence, "The local forensic suicide
02:00:11 3 prevention crisis service model."
02:00:14 4         Do you see that?
02:00:16 5    A.  Yes.
02:00:16 6    Q.  Were you familiar with that model at
07:00:17 7 any point in time prior to 2007?
02:00:18 8    A.  Yes.
02:00:19 9    Q.  And was that the model that came
02:00:21 10 into play in or about 1988?
02:00:25 11   A.  Yes.
32:00:25 12   Q.  And it then says the program, which
02:00:27 13 is a mandated aspect of compliance with New York
02:00:31 14 State Correction Law, Section 500 B, and with
02:00:35 15 minimum standards Part 7013, entitled
02:00:40 16 "Classification."
02:00:40 17         Do you see what I just read there?
02:00:44 18   A.  Yes.
02:00:49 19   Q.  Did you understand that in Putnam
02:00:46 20 County Correctional Facility this local forensic
02:00:49 21 suicide prevention crisis service model was
   22 required to be implemented?
02:00:52 23   A.  Yes.
32:00:53 24   Q.  And that was from back in around
02:00:54 25 1988?

COMPU-TRAN SHORTHAND REPORTING

## 108

Robert LeFever

02:01:42 2 whereby now Putnam County uses the ADM 330?
02:01:52 3    A.  I don't believe so.
02:02:05 4         MS. BERG:  Can I have marked
02:02:05 5    as Exhibit 38, a copy of a Chairman's
02:02:10 6    Memorandum dated October 31, 2007.
02:02:13 7         (Whereupon, 10/31/07 Chairman's
02:02:17 8    Memorandum Number 12-2007, was marked as
02:02:42 9    Plaintiff's Exhibit No. 38, for id.)
02:03:05 10   Q.  Did you ever see Exhibit 38?
02:03:05 11 (Handing)
02:03:09 12   A.  Yes.
02:03:10 13   Q.  Did you see that on or about
02:03:11 14 October 31, 2007?
02:03:14 15   A.  Yes.
02:03:14 16   Q.  In terms of this memorandum, it
02:03:17 17 indicates in the second paragraph that "Inmates
07:03:01 18 who are placed on "suicide" or constant watch
02:03:03 19 need not be deprived of their clothing and issued
02:30:06 20 a suicide smock;" right?
02:30:05 21   A.  Yes.
22:03:06 22   Q.  Is this the memorandum that you
02:03:40 23 referred to early on in your testimony --
02:03:44 24   A.  Yes.
02:03:44 25   Q.  -- that you then followed up with

COMPU-TRAN SHORTHAND REPORTING

109

Robert LeFever

2 the Commission about?
3    A.   Yes.
4    Q.   And do you recall anything about
5 what the Commission conveyed to you as part of
6 that follow up?
7    A.   It was -- this was the result of
8 that, about changing their idea of using a smock.
9    Q.   And in terms of the content of this
10 memorandum, did this in any way provoke you, or
11 the department as far as you know, to modify the
12 form that's been used by Putnam County?
13    A.   No.
14         MS. BERG:  Let's go off the
15 record.
16         (Luncheon recess held from 1:12 to
17         2:15 p.m.)
18 CONTINUED EXAMINATION BY MS. BERG:
19    Q.   Did you ever see the form pertaining
20 to Spencer Sinkov in its completed state,
21 Exhibit 3?
22    A.   Yes.
23    Q.   When for the first time?
24    A.   The day of the suicide.
25    Q.   And how did you come about seeing
       COMPU-TRAN SHORTHAND REPORTING

111

Robert LeFever

2 directions or instructions when they contacted
3 you?
4    A.   No.
5    Q.   Do you recall that it was a
6 Saturday?
7    A.   Yes.
8    Q.   And did you contact anybody else
9 before you got to the office?
10    A.   I don't believe so.
11    Q.   Undersheriff or anyone else?
12    A.   No.
13    Q.   What happened when you arrived at
14 the jail?
15    A.   I arrived, went downstairs to the
16 lower level, and just made sure everybody --
17 everyone was separated, and the logbook was
18 secure, and that was it.  And then I went to
19 medical and got a copy of the form.
20    Q.   What do you mean by the logbook
21 being secure?
22    A.   Well, any time something like that
23 happens, you immediately take the logbook and
24 secure it, so it's -- it retains evidence.
25    Q.   And who, if anybody to your
       COMPU-TRAN SHORTHAND REPORTING

110

Robert LeFever

2 that?
3    A.   I went to medical and got a copy.
4    Q.   How did you first find out that
5 Spencer had committed suicide?
6    A.   A phone call.
7    Q.   From who?
8    A.   I don't remember.
9    Q.   Was it somebody who was on staff at
10 that shift?
11    A.   Yes.
12    Q.   And do you recall, in substance,
13 what they communicated to you?
14    A.   They just said they had a suicide.
15    Q.   And do you recall approximately when
16 that occurred?
17    A.   1:30.
18    Q.   Do you recall that it was on
19 May 20th of 2006?
20    A.   Yes.
21    Q.   And at that point in time what, if
22 anything, did you do?
23    A.   Came into the -- went into the
24 office.
25    Q.   Did you give that staff person any
       COMPU-TRAN SHORTHAND REPORTING

112

Robert LeFever

2 knowledge, had done that prior to your arrival?
3    A.   The sergeant on the shift.
4    Q.   Who was that?
5    A.   Sergeant Jackson.
6    Q.   Did you take possession of the
7 logbook at that time?
8    A.   No.  I believe we gave it right to
9 BCI.
10    Q.   And when you say you made sure
11 everyone was separated, what do you mean by that?
12    A.   Just in different places.
13    Q.   And who did you mean by "everyone"?
14    A.   The staff.
15    Q.   And why did you do that?
16    A.   Normal procedure.
17    Q.   Did you speak with anybody about the
18 circumstances at that time before going to
19 medical?
20    A.   No.
21    Q.   And when you said you then went to
22 medical --
23    A.   Yes.
24    Q.   -- why did you do that?
25    A.   To get a copy of the suicide
       COMPU-TRAN SHORTHAND REPORTING

**113**

Robert LeFeve

1
2 screening.
3    Q. When you went to medical, did you
4 have any conversations with anybody?
5    A. I don't believe so.
6    Q. Do you recall if Susan Waters was on
7 shift?
8    A. Yes.
9    Q. Did you speak with her at any point?
10    A. I don't remember.
11    Q. Do you recall asking her to pull the
12 file?
13    A. Yes.
14    Q. And was that the first time that you
15 then saw the suicide screening form?
16    A. Yes.
17    Q. And did you discuss that with Susan
18 Waters at any point?
19    A. I don't remember.
20    Q. Do you recall making any statements
21 to her?
22    A. No.
23    Q. Do you recall saying to her words to
24 the effect of, this is a problem, or this is not
25 good?

*COMPU-TRAN SHORTHAND REPORTING*

**115**

Robert LeFever

1
2    A. No.
3    Q. Did you speak with anybody from the
4 Sheriff's Department at any point in time prior
5 to reviewing the medical file?
6    A. No.
7    Q. After looking -- withdrawn.
8       Anything else that you can recall
9 saying to Susan Waters or her saying to you?
10    A. No.
11    Q. After looking at the medical file,
12 what, if anything, did you do?
13    A. I just -- I actually didn't review
14 the medical file. I got a copy of this form;
15 that's the only thing I did. And then I believe
16 I went and met with the sheriff. The sheriff was
17 in the building at that time.
18    Q. And you met with him in the jail?
19    A. Yes.
20    Q. And do you recall what you said to
21 the sheriff and what he said to you?
22    A. I had the form and I said, it's
23 not -- it's not good.
24    Q. Was anyone else present?
25    A. There may have been. I don't

*COMPU-TRAN SHORTHAND REPORTING*

**114**

Robert LeFever

1
2    A. Possibly, yes.
3    Q. Do you recall doing that as you sit
4 here today?
5    A. Yes.
6    Q. And do you recall if she responded?
7    A. No.
8    Q. When you told her that this is a
9 problem, or this is not good, were you referring
10 to the suicide screening form?
11    A. Yes.
12    Q. What about it?
13    A. That the score was a ten, and he
14 wasn't on a constant watch.
15    Q. How did you know he was not on a
16 constant watch?
17    A. I don't remember. Somebody must've
18 told me when I came in.
19    Q. Do you recall if, at any point in
20 time prior to reviewing the medical file, if you
21 asked anybody whether he was on any kind of a
22 watch?
23    A. I may have. I don't remember.
24    Q. You don't recall one way or the
25 other?

*COMPU-TRAN SHORTHAND REPORTING*

**116**

Robert LeFever

1
2 recall.
3    Q. Do you recall anything that Sheriff
4 Smith said to you?
5    A. No.
6    Q. How long did you meet with him for,
7 at that time?
8    A. A minute in the hallway.
9    Q. What, if anything, did you say to
10 him and did he say to you?
11    A. At that time, nothing.
12    Q. What did you do after that?
13    A. Once we -- the situation was all
14 taken care with - you know, investigators were in
15 and the coroner was in -- we went and met in his
16 office.
17    Q. Into the sheriff's office?
18    A. Yes.
19    Q. When the investigators and the
20 coroner were coming into the building, where were
21 you?
22    A. Just in the hallway.
23    Q. Did you actually go to the cell at
24 any point in time?
25    A. I walked past it.

*COMPU-TRAN SHORTHAND REPORTING*

117

Robert LeFever

2 Q. Did you stay there fo. .ny length of
3 time?
4 A. No.
5 Q. Did you speak with the investigators
6 at any time?
7 A. No.
8 Q. Did anybody ever ask you any
9 questions as part of an investigation?
10 A. No.
11 Q. You said then after the
12 investigators and the coroner came to the
13 building, you met with the sheriff in the
14 sheriff's office?
15 A. Yes.
16 Q. Was anybody else present?
17 A. I don't remember.
18 Q. How long did that meeting last?
19 A. Half an hour.
20 Q. What did you say to him, and what
21 did he say to you?
22 A. In substance, we just talked about
23 the form, how it was a ten and it wasn't a
24 constant watch. And that's really it. Talked
25 about getting documents together.

COMPU-TRAN SHORTHAND REPORTING

118

Robert LeFever

2 Q. Do you recall what documents?
3 A. Made sure we got the statements,
4 photographs, all the stuff pertaining to the
5 incident.
6 Q. Anything else?
7 A. Not that I can recall.
8 Q. Do you recall anything specific that
9 the sheriff said about the form?
10 A. No.
11 Q. Do you recall anything that he said
12 about the fact that the score was a ten and he,
13 Spencer, was not on a constant watch?
14 A. No.
15 Q. Did you discuss with him at that
16 time anything about who was responsible for doing
17 the intake?
18 A. No.
19 Q. Or who actually did it?
20 A. I don't remember.
21 Q. Do you recall if you discussed
22 anything about Vasaturo or LaPolla?
23 A. Don't remember.
24 Q. Did you, at any point in time, speak
25 with Vasaturo about Spencer?

COMPU-TRAN SHORTHAND REPORTING

119

Robert LeFever

2 A. . . .
3 Q. Or about any role he had in the
4 process?
5 A. No.
6 Q. Did you ever speak with LaPolla
7 about Spencer?
8 A. No.
9 Q. Or about any role he had in the
10 process?
11 A. No.
12 Q. Anything else that you can recall
13 saying to the sheriff or the sheriff saying to
14 you?
15 A. No.
16 Q. What, if anything else, did you do
17 after that time?
18 A. That was it. Everything was --
19 everything was done and we just -- we just left.
20 Q. Do you recall if you had any
21 communications with Undersheriff Convery?
22 A. I don't remember.
23 Q. Do you recall if you had --
24 withdrawn.
25 Did you, yourself, conduct any kind

COMPU-TRAN SHORTHAND REPORTING

120

Robert LeFever

2 of investigation or inquiry as to what happened?
3 A. No.
4 Q. As to why, for example, there was a
5 score of ten, but he wasn't on a constant watch?
6 A. No.
7 Q. Do you know if anybody asked those
8 questions?
9 A. I don't know.
10 Q. Do you know if anybody asked
11 anything about why he wasn't -- withdrawn.
12 Did you ever find out anything about
13 whether the supervisor, Sergeant LaPolla, was
14 notified of this score on the form?
15 A. Yes.
16 Q. How did you find that out?
17 A. Later on.
18 Q. Do you recall in what context?
19 A. No, I don't.
20 Q. Was it a verbal communication?
21 A. It was verbal.
22 Q. Do you remember who told you?
23 A. No.
24 Q. What were you told as to LaPolla's
25 awareness?

COMPU-TRAN SHORTHAND REPORTING

### 121

Robert LeFever

2 A.    That he was notified originally of
3 Sinkov coming in -- I don't remember the
4 particulars of why he was notified -- and that
5 there was some conversation about putting him in
6 Cell 29.
7     Q.    And then, what happened?
8     A.    And then, I believe Vasaturo told
9 him, put him in Cell 7. And that was the end of
10 it.
11     Q.    Under those circumstances, as the
12 tour supervisor, would LaPolla have had a duty to
13 inquire as to why the cell was changed?
14         MR. RANDAZZO:  Objection to
15     the form.
16         You can answer it.
17     A.    Yes.
18     Q.    And under those circumstances, Cell 29
19 to Cell 7, is there something about that, that
20 would cause LaPolla or some tour supervisor to
21 make an inquiry?
22     A.    Yes.
23     Q.    What about that?
24     A.    Cell 29 is in the general housing
25 area, which has a lot more traffic and a lot more

COMPU-TRAN SHORTHAND REPORTING

### 122

Robert LeFever

2 staff around than Cell 7 does.
3     Q.    Are they on different housing units?
4     A.    Yes; and different levels.
5     Q.    Does that in any way affect the tour
6 supervisor's responsibility to inquire as to why
7 the cell was changed?
8     A.    Yes.
9     Q.    In what way?
10     A.    Observation and availability to the
11 person.
12     Q.    And in Cell 29, there would have
13 been more availability, or less?
14     A.    More.
15     Q.    Do you know who made the
16 determination to change the cell to Cell 7?
17     A.    No.
18     Q.    Did you ever inquire of anybody as
19 to why that decision was made?
20     A.    No.
21     Q.    Do you know if anybody asked those
22 questions?
23     A.    I do not, no.
24     Q.    Did you ever speak with anybody
25 about what specifically LaPolla knew as to the

COMPU-TRAN SHORTHAND REPORTING

### 123

Robert LeFever

2 level of supervision prior to Spencer's suicide?
3     A.    No.
4     Q.    Did you ever ask anybody as to what
5 Vasaturo communicated to LaPolla about Spencer's
6 level of supervision?
7     A.    No.
8     Q.    Do you know if anybody asked those
9 questions?
10     A.    I do not, no.
11     Q.    Did you ever have occasion to see a
12 P-1 pertaining to the cell assignment?
13     A.    Yes.
14     Q.    I had that marked as Exhibit 4.
15 (Handing)
16         Do you recall when you first saw
17 that?
18     A.    No, I do not.
19     Q.    And it says in that P-1 -- let me
20 back up for a second. The P-1 is required to be
21 done by the correction officer; correct?
22     A.    Yes.
23     Q.    And that would be to notify staff of
24 a supervisory -- a heightened supervisory level?
25     A.    Yes.

COMPU-TRAN SHORTHAND REPORTING

### 124

Robert LeFever

2     Q.    And in this case, Vasaturo issued
3 the memo to All Members, Correction Division.
4         Was that standard language to send
5 it to?
6     A.    Yes.
7     Q.    And what is Vasaturo or the booking
8 officer required to do with the P-1 after it's
9 created?
10     A.    He's required to give it to the
11 sergeant and also put one in the -- it's called a
12 P-1 briefing book.
13     Q.    Where is that briefing book?
14     A.    In the briefing room.
15     Q.    And what happens with respect to
16 this P-1 and that briefing book?
17     A.    I don't know.
18     Q.    In other words, do you know if
19 people are required to review the P-1s that are
20 in the briefing book?
21     A.    Yes.
22     Q.    When are they required to do that?
23     A.    When they report for their shift.
24     Q.    And is there any oral discussion as
25 to what P-1s in the briefing book state?

COMPU-TRAN SHORTHAND REPORTING

125

**Robert LeFever**

2  A.  Yes.
3  Q.  Is that at shift change, also?
4  A.  Yes.
5  Q.  Is the outgoing sergeant, the one
6  who is going off shift, required to notify the
7  incoming sergeant of the P-1s that are in that
8  book?
9  A.  Yes.
10  Q.  And is the outgoing sergeant
11  required to notify the incoming C.O.'s, the
12  correction officers, as to the nature of the P-1s
13  in that book?
14  A.  Yes.
15  Q.  And then, would the sergeant that is
16  taking over, also have the responsibility to
17  review the briefing book?
18  A.  Yes.
19  Q.  And also, to advise the correction
20  officers under him or her for that shift of the
21  nature of those P-1's?
22  A.  Yes.
23  Q.  And did you ask anybody in this case
24  as to whether Sergeant LaPolla, who was going off
25  shift, had ever seen Exhibit 4?

*COMPU-TRAN SHORTHAND REPORTING*

126

**Robert LeFever**

2  A.  No.
3  Q.  Did you ever ask anyone, including
4  LaPolla, as to whether or not it was in the
5  briefing book?
6  A.  No.
7  Q.  Do you know if anybody asked those
8  questions?
9  A.  No, I do not.
10  Q.  Do you know if Vasaturo gave LaPolla
11  a copy of Exhibit 4?
12  A.  I do not know.
13  Q.  Did you ever ask him or anybody
14  about that?
15  A.  No.
16  Q.  Do you know if anybody followed up
17  on that?
18  A.  No.
19  Q.  And in terms of the briefing book,
20  did you at any point in time look through it to
21  see if this P-1 was actually there?
22  A.  No.
23  Q.  Is there anything in the briefing
24  book that would indicate, for example, a date and
25  time as to when the P-1 is placed in that book?

*COMPU-TRAN SHORTHAND REPORTING*

127

**Robert LeFever**

2  A.
3  Q.  Did you ever ask anybody as to
4  whether the incoming shift -- those who came in
5  after Spencer was taken into the facility -- were
6  told about anything concerning that P-1?
7  A.  No.
8  Q.  Do you know if anybody asked those
9  questions?
10  A.  No.
11  Q.  Do you know who the sergeant was
12  that was -- withdrawn.
13        Was it sergeant LaPolla that was on
14  shift when Spencer came into the facility?
15  A.  Yes.
16  Q.  And then Spencer's suicide occurred
17  at the very next shift; correct?
18  A.  Correct.
19  Q.  That was under Sergeant Jackson?
20  A.  Yes.
21  Q.  Was Sergeant LaPolla and Sergeant
22  Jackson at that time the highest ranking members
23  in the Putnam County Correctional Facility?
24  A.  Yes.
25  Q.  The P-1 pertaining to Spencer Sinkov

*COMPU-TRAN SHORTHAND REPORTING*

128

**Robert LeFever**

2  refers to "15-minute supervisory check, due to
3  resent use of drugs and answers given on the
4  suicide screening."
5        Do you see that?
6  A.  Yes.
7  Q.  Under those circumstances, would it
8  have been the responsibility of LaPolla to do
9  anything?
10  A.  Yes.
11  Q.  What?
12  A.  Find out what the details are on
13  that.
14  Q.  And how would he go about doing
15  that?
16  A.  Talking to Officer Vasaturo and
17  looking at all the intake records.
18  Q.  Including the suicide screening
19  form?
20  A.  Yes.
21  Q.  Do you know if LaPolla did that?
22  A.  I do not, no.
23  Q.  Do you know if anybody followed up
24  to ask if he had done that?
25  A.  I don't know.

*COMPU-TRAN SHORTHAND REPORTING*

129

Robert LeFeve:

2    Q.    Based on your review of Exhibit 3,
03:20:57

3    the suicide screening form pertaining to Spencer,
03:21:03

4    other than the fact that he scored ten on the
0*

5    form, is there any other reason why he would have
03

6    been required to be placed on a constant watch?
03:21:18

7    A.    No.
03:21:13

8    Q.    Including anything about the shaded
03:21:14

9    boxes?
03:21:16

10    A.    No.
03:21:17

11    Q.    Did you ever speak with Vasaturo at
03:21:17

12    any point in time about whether or not he made
03:21:24

13    any mistakes in filling out Exhibit 3?
03:21:28

14    A.    No.
03:21:31

15    Q.    Did anybody ever tell you, in words
03:21:31

16    or substance, that Vasaturo claimed he
03:21:35

17    inappropriately checked "Yes" when the answer
03:21:38

18    should have been "No"?
03:21:37

19    A.    I don't remember.
03:21:38

20    Q.    Or vice-versa?
03:21:09

21    A.    I don't remember.
03:21:41

22    Q.    Did Vasaturo ever tell you, either
03:21:42

23    verbally or in writing, that, in fact, looking at
03:21:44

24    the form recently, he would have said that
03:21:49

25    Spencer's score would have been below eight?
03:21:51

COMPU-TRAN SHORTHAND REPORTING

131

Robert LeFever

2    A.    No.
03:22:30

3    Q.    When did you first come to learn
03:22:33

4    that the Commission of Correction was going to be
03:22:34

5    doing an investigation?
03:22:36

6    A.    Within 24 hours of the incident.
03:22:37

7    Q.    Did you speak with anybody from the
03:22:42

8    Commission --
03:22:42

9    A.    I may have.
03:22:42

10    Q.    -- at or about that time?
03:22:43

11    A.    I may have.
03:22:44

12    Q.    Do you recall who?
03:22:45

13    A.    No.
03:22:45

14    Q.    Do you recall somebody from the
03:22:45

15    Commission contacting you and discussing with you
03:22:51

16    specifically the suicide screening form?
03:22:54

17    A.    No.
03:22:55

18    Q.    Did you ever discuss with LaPolla
03:22:56

19    whether or not he was aware of the score on the
03:23:08

20    suicide screening form at any point in time prior
03:23:10

21    to Spencer's suicide?
03:23:13

22    A.    No.
03:23:14

23    Q.    Did anybody ever indicate to you
03:23:14

24    that LaPolla claimed he was only notified about
03:23:17

25    the recent use of drugs, and not the score on the
03:23:22

COMPU-TRAN SHORTHAND REPORTING

130

1    Robert LeFever

2    A.    No.
03:21:50

3    Q.    To your knowledge, did anybody ever
03:21:54

4    ask Vasaturo any specifics about the intake
03:21:57

5    process?
03:22:00

6    A.    I don't know.
03:22:00

7    Q.    Did you ever review any statements
03:22:02

8    that were given in writing by individuals who
03:22:05

9    were questioned by the Putnam County Sheriff's
03:22:08

10    investigators?
03:22:02

11    A.    No.
03:22:12

12    Q.    Do you know if anybody reviewed
03:22:13

13    those?
03:22:11

14    A.    I do not, no.
03:22:13

15    Q.    During any of the staff meetings you
03:22:15

16    attended or any other discussions with
03:22:17

17    administration, did you ever come to learn what
03:22:19

18    that investigation revealed?
03:22:21

19    A.    No.
03:22:22

20    Q.    Did you ever see any report on the
03:22:22

21    investigation?
03:22:24

22    A.    From the Commission of Corrections.

23    Q.    I'm talking about the Putnam County
03:22:28

24    Sheriff's investigators, though - any report or
03:22:34

25    summary of their findings?
03:22:51

COMPU-TRAN SHORTHAND REPORTING

132

1    Robert LeFever

2    screening form?
03:23:23

3    A.    No.
03:23:23

4    Q.    Do you know if anybody asked
03:23:23

5    questions of LaPolla or anybody else about
03:23:26

6    specifically what LaPolla knew prior to Spencer's
03:23:29

7    suicide?
03:23:32

8    A.    No.
03:23:33

9    Q.    On the form, itself, there's a
03:23:36

10    section which refers to "Mental Health Referral;"
03:23:39

11    right?
03:23:44

12    A.    Yes, yes.
03:23:45

13    Q.    And that part of Spencer's suicide
03:23:45

14    screening form is blank; correct?
03:23:43

15    A.    Yes.
03:23:50

16    Q.    Under the circumstances where
03:23:52

17    somebody scores ten or higher -- I'm sorry; eight
03:23:55

18    or higher, I believe, earlier, you said that a
03:23:58

19    Mental Health Referral Routing Sheet would be
03:24:01

20    done?
03:24:00

21    A.    Yes.
03:24:04

22    Q.    That's the same as the mental health
03:24:04

23    referral form that's referred to there?
03:24:06

24    A.    Yes.
03:24:07

25    Q.    And in this case, looking at
03:24:08

COMPU-TRAN SHORTHAND REPORTING

**Robert LeFever**

1

2  Exhibit 3, would it have been required for

3  Spencer to have a mental health referral at

4  intake?

5  A.  Yes.

6  Q.  And can you tell from this whether

7  or not it was ever done?

8  A.  No.

9  Q.  It doesn't appear that it was,

10  though; correct?

11  A.  Correct.

12  Q.  Did you ever inquire of anybody as

13  to whether a mental health referral was ever

14  made?

15  A.  No.

16  Q.  Did you ever see any documents

17  indicating that a mental health referral was

18  made?

19  A.  I don't remember.

20  Q.  Did you ever see Exhibit 5, which is

21  a Mental Health Referral Routing Sheet completed

22  by Susan Waters? *(Handing)*

23  A.  I don't recall.

24  Q.  Did you ever speak with Susan Waters

25  about anything concerning her interactions with

*COMPU-TRAN SHORTHAND REPORTING*

134

**Robert LeFever**

1

2  Q.  How did you find that out?

3  A.  That day, someone told me.

4  Q.  After you responded --

5  A.  Yes.

6  Q.  -- when you got the call about the

7  suicide?

8  A.  Yes.

9  Q.  Do you recall who communicated that

10  to you?

11  A.  No.

12  Q.  Do you recall what, in substance,

13  you were told, other than the fact that he had a

14  visit?

15  A.  Only that he had a visit with his

16  parents.

17  Q.  Did you learn anything about what

18  was said during that discussion?

19  A.  No.

20  Q.  Are there any policies or procedures

21  at the Putnam County Correctional Facility

22  regarding who is responsible for providing any

23  resuscitation, CPR efforts in the event that an

24  inmate appears to be in need of them?

25  A.  No.

*COMPU-TRAN SHORTHAND REPORTING*

136

**Robert LeFever**

1

2  Spencer?

3  A.  No.

4  Q.  Did you speak with anybody from

5  AmeriCor about their interactions with Spencer?

6  A.  No.

7  Q.  Did you know Nurse Peter Clarke?

8  A.  Yes.

9  Q.  And did you ever have any

10  conversations with him about the intake of

11  Spencer --

12  A.  No.

13  Q.  -- or anything else pertaining to

14  his interactions with him?

15  A.  No.

16  Q.  Did you ever speak with Officer

17  Wendover about anything concerning his

18  interactions with Spencer?

19  A.  No.

20  Q.  How about Officer Oliver - any

21  conversations with him about Spencer?

22  A.  No.

23  Q.  Were you aware at some point in time

24  that Spencer had received a visit?

25  A.  Yes.

*COMPU-TRAN SHORTHAND REPORTING*

**Robert LeFever**

1

2  Q.  Can correction officers and medical

3  staff both do that?

4  A.  Yes.

5  Q.  Are you aware of any policies or

6  procedures that indicate who is permitted to stop

7  resuscitation efforts?

8  A.  Once you start, you can't stop.

9  Q.  Until what?

10  A.  Until you're relieved by a higher-

11  trained person.

12  Q.  What does that mean in terms of

13  "higher-trained person"?

14  A.  Well, if you're an EMT, a paramedic

15  can relieve you. And then I believe a paramedic

16  has to confer with the hospital or doctor.

17  Q.  And in terms of a nurse -- say, an

18  AmeriCor nurse, are they permitted to stop CPR?

19  A.  I don't know.

20  Q.  Do you know of any policies or

21  procedures on that?

22  A.  No.

23  Q.  If a correction officer had started

24  CPR and an AmeriCor nurse came in, could an

25  AmeriCor nurse stop the procedures?

*COMPU-TRAN SHORTHAND REPORTING*

137

Robert LeFever

2  A.  I don't know.
3  Q.  Are you aware of any requirement
4  that the hospital or doctor be notified prior to
5  CPR being stopped?
6  A.  No.
7  Q.  Are you aware of any requirement
8  that the ambulance, EMT, or paramedic staff
9  actually stop CPR?
10  A.  No.
11  Q.  Did you speak with somebody from the
12  Commission on one occasion or more than one
13  occasion pertaining to Spencer's Sinkov?
14  A.  More than one occasion.
15  Q.  And do you recall if you spoke with
16  the same person each time?
17  A.  No.
18  Q.  Do you remember who you spoke with?
19  A.  No.
20  Q.  In substance, what were you asked,
21  and what did you communicate?
22  A.  Just to, you know, get -- they
23  called initially -- we have to report the
24  incident within six hours. And they called back
25  within 24, you know, to get some highlights of

COMPU-TRAN SHORTHAND REPORTING

138

Robert LeFever

2  what happened. Then, you know, I was putting the
3  documents together. Then, I sent a letter for --
4  to have staff ready for investigation purposes.
5  And more documents. That type of thing.
6  Q.  And in terms of the letter for staff
7  to be available for investigation purposes, did
8  you speak with any of those staff before they met
9  with the commissioners or the investigators?
10  A.  I may have.
11  Q.  Do you recall if you told them
12  anything about what they were being -- going to
13  be asked?
14  A.  Tell the truth.
15  Q.  Do you recall if you said that?
16  A.  I probably did, yes.
17  Q.  You're saying, "probably." Do you
18  have a recollection?
19  A.  Yes, I did.
20  Q.  Who did you speak with?
21  A.  That, I don't remember.
22  Q.  Do you remember if you asked them
23  any questions about what they recalled from that
24  day?
25  A.  I did not ask them any questions.

COMPU-TRAN SHORTHAND REPORTING

139

Robert LeFever

2  Q.  you provide them with any
3  documents?
4  A.  I don't believe so.
5  Q.  Were you ever questioned in a formal
6  setting by an investigator?
7  A.  No.
8  Q.  Do you recall what documents you put
9  together to provide to the commissioner?
10  A.  I have a clarification.
11  Q.  Yes, go ahead.
12  A.  Officer Wendover asked for a copy of
13  Wendover's statement, of his statement.
14  Q.  And where did you get that statement
15  from, to give to him?
16  A.  Out of the records prepared for the
17  Commission of Corrections.
18  Q.  That was the statement he gave to
19  BCI?
20  A.  Yes.
21  Q.  Did you give anybody else a copy of
22  their statements?
23  A.  I don't believe so.
24  Q.  Do you recall discussing with
25  anybody from the Commission anything about the

COMPU-TRAN SHORTHAND REPORTING

140

Robert LeFever

2  ADM 330?
3  A.  No.
4  Q.  Do you recall discussing with
5  anybody from the Commission about Spencer not
6  being on a constant watch?
7  A.  No.
8  Q.  Do you recall telling anybody at the
9  Commission that there was no mental health
10  referral done?
11  A.  No.
12  Q.  Do you recall telling anybody at the
13  Commission that Spencer was declared dead at the
14  emergency room?
15  A.  No.
16  Q.  Do you recall telling anybody at the
17  Commission anything about CPR?
18  A.  No.
19  Q.  Did you ever see the report that the
20  state Commission issued?
21  A.  Yes.
22  Q.  Under what circumstances did you see
23  that?
24  A.  A copy. I got a copy of it.
25  Q.  And do you recall who provided you

COMPU-TRAN SHORTHAND REPORTING

**Robert LeFever**

1
2  with that?
3  A.  No, I don't.
4  Q.  Was it sent to you in the mail or
5  somebody gave it to you physically?
6  A.  I don't remember if it was in the
7  mail or from the sheriff.
8  Q.  Did you have any conversations with
9  anybody about what was contained in the report?
10  A.  No.
11  Q.  Including in any staff meeting?
12  A.  No.
13  Q.  Did you speak with any of your
14  subordinates - lieutenant, sergeants, correction
15  officers - about anything in that report?
16  A.  No.
17  Q.  Do you recall in substance the
18  report concluded that there was a failure on the
19  intake officer's, Correction Officer Vasaturo's,
20  part with respect to that intake process?
21  A.  Yes.
22  Q.  Do you recall there was also a
23  conclusion by the Commission that there was a
24  failure on LaPolla to follow through with his
25  duties and responsibilities?
COMPU-TRAN SHORTHAND REPORTING
141

**Robert LeFever**

2  their job a... they should be fired.
3  Q.  And when you say you were talking
4  about the Commission report, were you talking
5  about the parts pertaining to Vasaturo and
6  LaPolla?
7  A.  The whole report in general.
8  Q.  But in terms of your comment that
9  they didn't do their jobs and should be fired,
10  you were referring to both Vasaturo and LaPolla?
11  A.  Yes.
12  Q.  Did the sheriff respond?
13  A.  No, he did not.
14  Q.  Anything else that you can recall
15  saying?
16  A.  No.
17  Q.  Anything that you can recall the
18  sheriff saying?
19  A.  No.
20  Q.  Other than in reference to Vasaturo
21  and LaPolla, do you recall if you discussed
22  anything else specific with Sheriff Smith?
23  A.  No.
24  Q.  Did you discuss anything with him
25  about AmeriCor?
COMPU-TRAN SHORTHAND REPORTING
143

**Robert LeFever**

2  A.  Yes.
3  Q.  Did you ever take any measures with
4  respect to Vasaturo to counsel him, institute any
5  kind of training or corrective action as a result
6  of that?
7  A.  No.
8  Q.  Do you know if any such action's
9  been taken by anyone else?
10  A.  No.
11  Q.  Did you ever discuss with anybody
12  anything about possible action against Vasaturo?
13  A.  With the sheriff.
14  Q.  When did you have those discussions?
15  A.  I believe it's October of 2006.
16  Q.  Was that the first time?
17  A.  I believe so.
18  Q.  How did that come about? Did you
19  approach the sheriff, or did he approach you?
20  A.  I don't remember who approached
21  whom.
22  Q.  In substance, what did you say and
23  what did he say?
24  A.  We were just talking about the
25  Commission report, and I said they didn't do
COMPU-TRAN SHORTHAND REPORTING
142

**Robert LeFever**

2  A.  Not that I remember.
3  Q.  And do you know if anything has been
4  done either before or after October of '06 with
5  respect to Vasaturo and LaPolla?
6  A.  No.
7  Q.  Did you personally ever counsel,
8  criticize, take any kind of action yourself, to
9  further train or instruct LaPolla?
10  A.  No.
11  Q.  Do you know if anybody did that?
12  A.  No, I do not know.
13  Q.  Are you aware of any changes with
14  respect to what AmeriCor does, either in the
15  intake process or otherwise, since Spencer's
16  death?
17  A.  The only change that I'm aware of is
18  they do baseline, now, blood pressure and pulse.
19  Q.  And do you know how that came about?
20  A.  I don't remember.
21  Q.  And do you know if that was in any
22  way related to the Commission's report?
23  A.  I believe it was a recommendation by
24  the Commission.
25  Q.  Did you ever have any conversations
COMPU-TRAN SHORTHAND REPORTING
144

147

**Robert LeFever**

1
2  with Smith about whether or not AmeriCor should
3  be doing vitals?
4     A.   No.
5     Q.   And do you recall when it was that
6  they began doing vitals?
7     A.   No, I don't.
8     Q.   Do you remember if it was at or
9  about the time you spoke with Smith about
10 Vasaturo and LaPolla not doing their jobs?
11    A.   It would be sometime after the
12 Commission's report was issued.
13    Q.   Did you ever speak with anybody from
14 AmeriCor about any of their policies or
15 procedures?
16    A.   No.
17    Q.   Or about anything that they should
18 be doing differently?
19    A.   No.
20    Q.   Did you ever have occasion to see
21 any AmeriCor policies or procedures?
22    A.   Yes.
23    Q.   Under what circumstances?
24    A.   Just in general conversation and
25 talking to the staff.

*COMPU-TRAN SHORTHAND REPORTING*

---

**Robert LeFever**

1
2     Q.   Did you ever see any policies or
3  procedures that require AmeriCor staff to
4  communicate with correction officers about the
5  suicide screening form results?
6     A.   No.
7     Q.   Any other changes in AmeriCor's
8  practices as far as you know since Spencer's
9  death?
10    A.   No.
11    Q.   Were there any policies or
12 procedures -- withdrawn.
13       Were you aware of any communications
14 that Sheriff Smith was having with the
15 Commission?
16    A.   No.
17    Q.   Did you assist him in any way in
18 drafting any correspondence to the Commission?
19    A.   Yes.
20    Q.   And do you recall when that was?
21    A.   In the summer of '06.
22    Q.   And do you recall if that was a
23 letter in response to the Commission's
24 preliminary findings?
25    A.   No. It was in response -- it was

*COMPU-TRAN SHORTHAND REPORTING*

---

146

**Robert LeFever**

1
2     Q.   Which staff?
3     A.   Medical staff.
4     Q.   And can you tell me what occasioned
5  you to have those discussions with medical staff?
6     A.   Just talking about an inmate with
7  high blood pressure/hypertension. And we looked
8  at, you know, what they're doing for them. That
9  type of thing.
10    Q.   How often did you do that?
11    A.   Weekly.
12    Q.   Did you ever have occasion to review
13 anything about the screening process or the
14 intake process?
15    A.   No.
16    Q.   Did you ever have occasion to review
17 anything with the medical staff about individuals
18 who have a risk of progressing into having
19 withdrawal symptoms?
20    A.   No.
21    Q.   Did you ever have any discussions or
22 review of any policies or procedures pertaining
23 to inmates who were intoxicated or under the
24 influence?
25    A.   No.

*COMPU-TRAN SHORTHAND REPORTING*

---

148

**Robert LeFever**

1
2  gathering the documents for the investigation.
3     Q.   Other than that, do you recall if
4  you assisted Smith in preparing any
5  correspondence to the Commission?
6     A.   No.
7     Q.   Did you ever see any documents that
8  Smith sent to the Commission in terms of a letter
9  that he wrote?
10    A.   Yes.
11    Q.   And do you recall under what
12 circumstances you saw that?
13    A.   I got a copy of it.
14    Q.   Were you carbon copied on it?
15    A.   Yes.
16    Q.   Did you have conversations with
17 anybody about the contents of that letter?
18    A.   I don't remember.
19    Q.   I'm going to show you what was
20 marked as Exhibit 25, which is a compilation of
21 documents, but it was part of the documents that
22 AmeriCor produced during this case. And
23 specifically, if you take a look at the Bates
24 stamp at the bottom, 545, it's the fifth page in.
25       Do you see at the bottom where it

*COMPU-TRAN SHORTHAND REPORTING*

**149**

*Robert LeFever*

2 says A-M-E-R, and it has a lot of zeroes and a
3 number?
4 A. Yes.
5 Q. I'm just going to refer to the last
6 three, which is 545.
7 A. Yes.
8 Q. Schedule A, Scope of Services.
9 Do you recall seeing AmeriCor, in
10 writing, present to the Putnam County Sheriff's
11 Department a schedule of services they intended
12 to provide for the jail?
13 A. Yes.
14 Q. And do you recall if that was when
15 the initial contract was entered into?
16 A. Yes.
17 Q. Has that been provided since then?
18 A. No.
19 Q. Take a look, if you would, at the
20 page that's Bates stamped 557 at the bottom
21 right.
22 A. (Witness complies)
23 Q. Section 1.8, Receiving Screening.
24 The second sentence refers to, "Our staff will,
25 therefore, follow existing procedures that call

*COMPU-TRAN SHORTHAND REPORTING*

**150**

*Robert LeFever*

2 for the booking officer to complete an Inmate
3 Medical Record and a Suicide Prevention Screening
4 on each inmate."
5 Do you see that?
6 A. Yes.
7 Q. Do you recall if you went over with
8 anybody from AmeriCor any existing procedures
9 that were in place at the time?
10 A. Yes, we did.
11 Q. You did, personally?
12 A. Yes.
13 Q. Who did you speak with?
14 A. The president, Kevin Duffy.
15 Q. Did you provide Kevin Duffy with
16 anything in writing as to those procedures?
17 A. Don't remember.
18 Q. Do you recall what was communicated
19 to him in terms of the substance of those
20 procedures?
21 A. No, I don't remember.
22 Q. The last sentence on that page
23 continues to the next page, "A registered nurse
24 will then review these forms and as necessary,
25 perform additional evaluations and tuberculosis

*COMPU-TRAN SHORTHAND REPORTING*

**151**

*Robert LeFever*

2 screening.'
3 Do you see that?
4 A. Yes.
5 Q. Did you ever have the understanding
6 that, as what's contained here, AmeriCor nursing
7 staff would review the Suicide Prevention
8 Screening forms?
9 A. No.
10 Q. Even though that's what it appears
11 to say?
12 A. Correct.
13 Q. Did you have any conversations with
14 anybody about why Schedule A provided that, but
15 it wasn't actually done?
16 A. No.
17 Q. Do you know who made that decision?
18 A. No.
19 Q. On the next page, Bates stamped 558,
20 the paragraph below number six says, "A
21 registered nurse will promptly review all
22 Receiving Screenings. Inmates who require
23 treatment will be treated at that time and if
24 necessary, referred to the physician for
25 appropriate follow up. Any inmate with a mental

*COMPU-TRAN SHORTHAND REPORTING*

**152**

*Robert LeFever*

2 health condition will be referred to mental
3 health personnel for evaluation and treatment.
4 Inmates that receive a suicide screen score of
5 eight or higher, or who answer yes to questions
6 one, eight, nine, 10B, 11, or 16B, will be
7 referred to mental health staff for further
8 evaluation."
9 Do you see that?
10 A. Yes.
11 Q. And did you know of any
12 responsibility that the nurses had for what's
13 contained here - reviewing the screening and
14 referring people to mental health staff if eight
15 or higher or certain questions were answered yes?
16 A. Yes.
17 Q. And what was your understanding of
18 the nurse's responsibility?
19 A. That they would ensure that the
20 referral form was done, or a complete one, and
21 then notify the mental health staff.
22 Q. Who would do that?
23 A. The nurse.
24 Q. And that was true both before and
25 after Spencer's death?

*COMPU-TRAN SHORTHAND REPORTING*

155

Robert LeFever

2    A.    Yes.

3    Q.    Was there any change to that process

4    at any point in time?

5    A.    No.

6    Q.    And in terms of the nurse making the

7    appropriate referral or ensuring that the

8    appropriate referral was made, how would they

9    know if the inmate received a screen score of

10   eight or higher or answered yes to those

11   questions?

12   A.    Well, they would be told; but also,

13   they get the medical screening from booking.

14   Q.    So, they actually receive a copy?

15   A.    They receive the original.

16   Q.    And when in the process does the

17   AmeriCor nursing staff receive the original of

18   that?

19   A.    Within two hours of admission.

20   Q.    And what, if anything -- withdrawn.

21   You said they are told verbally,

22   also?

23   A.    Yes.

24   Q.    Is there any policy or procedure at

25   the jail that requires the sergeant or correction

COMPU-TRAN SHORTHAND REPORTING

---

156

Robert LeFever

2    Q.    Do you know when that is?

3    A.    No.

4    Q.    Is it every day that a mental health

5    person is in the jail?

6    A.    No, they are not in every day.

7    Q.    Do you know how often they are in

8    the jail?

9    A.    Twelve hours a week.

10   Q.    So, if somebody such as Spencer came

11   in on a Saturday, do you know when the next

12   opportunity would be for a mental health staff

13   person to review his case?

14   A.    Monday afternoon.

15   Q.    Is that when they're always there?

16   A.    That's when the psychiatrist comes

17   in.

18   Q.    For how long has that been true?

19   A.    Five years.

20   Q.    Since AmeriCor's been there?

21   A.    Yes.

22   Q.    Take a look, if you would, at the

23   page that's Bates stamped 561.

24   A.    (Witness complies)

25   Q.    Do you recall at any point in time

COMPU-TRAN SHORTHAND REPORTING

---

154

Robert LeFever

2    officer at intake to notify nursing staff if the

3    score is eight or higher?

4    A.    No.

5    Q.    Or if those questions that I had

6    listed are answered yes?

7    A.    No.

8    Q.    So, in terms of verbal

9    communication, how would a correction officer or

10   sergeant know they had to make that

11   communication, or would they not know?

12   A.    They're told to do it.

13   Q.    In what form or context?

14   A.    Well, again, it's the training you

15   get when you got into booking by the booking

16   officer - here's what you have to do.

17   Q.    Do you know if that was ever

18   communicated, though, as part of training?

19   A.    I don't know.

20   Q.    In terms of referring to mental

21   health, do you know if there are any policies or

22   procedures as to when a mental health

23   professional will then review the inmate's

24   situation?

25   A.    At the earliest opportunity.

COMPU-TRAN SHORTHAND REPORTING

---

156

Robert LeFever

2    seeing anything pertaining to what AmeriCor

3    proposed it would do as part of the contract

4    regarding detoxification?

5    A.    Yes.

6    Q.    At the bottom of that page, it

7    says -- I'm sorry. At the first paragraph under

8    Section 1.11: "Nurses will record vital signs:

9    Record any symptoms or signs of dependence and as

10   needed, contact the physician for individual

11   detoxification orders."

12   Do you see that?

13   A.    Yes.

14   Q.    Earlier, you indicated that nurses

15   were not recording vital signs; correct?

16   A.    In regards to suicide screening,

17   they weren't, no.

18   Q.    Well, were they recording them at

19   intake in any way?

20   A.    I don't -- I don't know.

21   Q.    But you know that since

22   approximately a year and a half ago, they have

23   been doing that?

24   A.    On the suicide screening, yes.

25   Q.    They physically put the vital signs

COMPU-TRAN SHORTHAND REPORTING

157

Robert LeFever

2  on the suicide screening?
3     A.    They take them in regards to a
4  suicide screening.
5     Q.    Prior to that, did you know if they
6  took vital signs at all?
7     A.    I don't know.
8     Q.    In terms of recording vital signs or
9  recording symptoms of dependence, do you know
10 where that recording takes place?
11    A.    No.
12    Q.    Have you ever seen any documents
13 that nurses are required to fill out?
14    A.    Yes.
15    Q.    Such as Progress Notes?
16    A.    Yes.
17    Q.    Did you ever review any Progress
18 Notes in Spencer's case?
19    A.    No.
20    Q.    Did you ever see Exhibit 26, which
21 is a Progress Note by Peter Clarke?
22    A.    Yes.
23    Q.    Do you recall under what
24 circumstances you saw that?
25    A.    When I was preparing the documents

COMPU-TRAN SHORTHAND REPORTING

158

Robert LeFever

2  for the Commission of Corrections.
3     Q.    In that note it indicates, "Will
4  monitor."
5        Do you see that?
6     A.    Yes.
7     Q.    Did you ever ask anybody what that
8  meant?
9     A.    No.
10    Q.    Or whether Clarke did any
11 monitoring?
12    A.    No.
13    Q.    Do you know if anybody asked those
14 questions?
15    A.    I don't know.
16    Q.    Did you ever see Exhibit 27, which
17 is the same Progress Note, but below it, it has
18 the notes of Susan Waters?
19    A.    Yes.
20    Q.    Do you recall if you saw that at the
21 same time?
22    A.    Same time.
23    Q.    Do you have any understanding as to
24 why the Progress Note is in two forms?
25    A.    No.

COMPU-TRAN SHORTHAND REPORTING

159

Robert LeFever

2     Q.    you ever ask anybody?
3     A.    No.
4     Q.    Do you know if, for example, Susan
5  Waters' entries were made after the fact?
6     A.    I have no idea.
7     Q.    In terms of the entries pertaining
8  to Susan Waters, did you ever follow up with her
9  about anything contained in those?
10    A.    No.
11    Q.    Did anybody, as far as you know?
12    A.    Not that I know of.
13    Q.    On the Progress Notes, there's no
14 indication that any vitals were taken; correct?
15    A.    I don't see any.
16    Q.    Did you ever ask anybody why that
17 wasn't done?
18    A.    No.
19    Q.    Under Section 1.11, bottom of the
20 page, 561: "Individuals at risk for progression
21 to more severe levels of withdrawal will be under
22 constant observation by correctional officers."
23       Do you see that?
24    A.    Yes.
25    Q.    Were there any policies or practices

COMPU-TRAN SHORTHAND REPORTING

160

Robert LeFever

2  in the Putnam County Correctional Facility which
3  comport with that; namely, individuals who are at
4  risk for progression to more severe levels of
5  withdrawal, will be under constant supervision?
6     A.    Not that I can recall, offhand.
7     Q.    Do you recall when you reviewed
8  AmeriCor's contract and the services it would be
9  providing, if you asked anybody any questions
10 about that?
11    A.    No.
12    Q.    Or whether there were any
13 requirements on your staff's part to follow that?
14    A.    No.
15    Q.    Were you aware of any requirement
16 that medical staff sign the Inmate Medical Intake
17 Record packet when they reviewed it?
18    A.    They sign it when they review it
19 with Classification.
20    Q.    And when is that done?
21    A.    It would be the next business day.
22    Q.    And what is the purpose of reviewing
23 it with Classification?
24    A.    Classification has to accept the
25 housing level and supervision, and it's just a

COMPU-TRAN SHORTHAND REPORTING

**Robert LeFever**

1
03:47:04  2  review with medical to see what they have on
03:47:06  3  file.
03:*  4  **Q.**  Did you ever see Exhibit 28,
05  5  AmeriCor's Procedure Manual? *(Handing)*
02:47:15  6  **A.**  Yes.
00:47:16  7  **Q.**  Do you recall if you saw that as one
33:47:19  8  document or at different times, parts of it?
03:47:23  9  **A.**  Both.
03:47:23  10  **Q.**  And do you recall if you reviewed
03:47:25  11  that at any point in time, you know, when
03:47:27  12  AmeriCor was coming into the facility?
03:47:29  13  **A.**  It was after they were hired.
03:47:31  14  **Q.**  You reviewed the entire compilation
03:47:34  15  at that point?
03:47:34  16  **A.**  No, not the entire compilation.
03:47:36  17  **Q.**  How about Exhibit 30, the 2004
33:47:38  18  Policy Manual; did you ever see that? *(Handing)*
03:47:43  19  **A.**  Yes.
03:47:43  20  **Q.**  Did you ever have any role or input
03:47:47  21  into the drafting of AmeriCor's procedures or
03:47:49  22  policies?
03:47:51  23  **A.**  Not that I can recall.
03:47:52  24  **Q.**  Did Kevin Duffy or anybody else from
33:47:54  25  AmeriCor ever ask for your review or input?

*COMPU-TRAN SHORTHAND REPORTING*

---

**Robert LeFever**

1
03:44:51  2  494 to 495. Do you recall if you've ever seen
03:48:56  3  that before today?
03:48:57  4  **A.**  No.
03:48:57  5  **Q.**  On the bottom of 494, "If the inmate
03:49:02  6  is medically stable but requires medical follow
03:49:05  7  up - e.g., intoxicated but subject to going into
03:49:09  8  withdrawal - the nurse will accept the inmate;
03:49:13  9  document the medical condition in the inmate's
03:49:16  10  medical record; and depending on the progress,
03:49:17  11  contact the physician for orders or schedule the
03:49:18  12  inmate to be seen at the next physician's sick
03:49:23  13  call."
03:49:23  14  Do you see that?
03:49:24  15  **A.**  Yes.
03:49:24  16  **Q.**  Do you know if any of those things
03:49:07  17  were done with respect to Spencer?
03:49:25  18  **A.**  I don't know.
03:49:28  19  **Q.**  Do you know if anybody ever asked
03:49:30  20  Spencer any questions about his heroin use?
03:49:34  21  **A.**  I don't know.
03:49:34  22  **Q.**  Do you know if anybody ever checked
03:49:37  23  Spencer's body for any kind of indications of
03:49:41  24  needle use - track marks or anything like that?
03:49:43  25  **A.**  I don't know.

*COMPU-TRAN SHORTHAND REPORTING*

---

162

**Robert LeFever**

1
03:47:57  2  **A.**  There have been a few occasions.
03:47:59  3  **Q.**  Do you recall if any of those
03:48:00  4  conversations had anything to do with the
03:48:02  5  Receiving Screening?
03:48:03  6  **A.**  No.
03:48:03  7  **Q.**  Or anything pertaining to drugs and
03:48:06  8  alcohol?
03:48:06  9  **A.**  No.
03:48:06  10  **Q.**  Or anything pertaining to suicide
03:48:07  11  prevention?
03:48:08  12  **A.**  No.
03:48:05  13  **Q.**  Did you ever discuss with Kevin Duffy
03:48:11  14  anything about the Suicide Prevention Screening
03:48:15  15  Guideline form?
03:48:16  16  **A.**  No.
03:48:16  17  **Q.**  On Exhibit 28, the 2003 manual, if
03:48:18  18  you would take a look at the page that's Bates
03:48:01  19  stamped 494 at the bottom.
03:48:37  20  **A.**  *(Witness complies)*
03:48:42  21  **Q.**  Receiving Screening, two-page
'  22  policy.
03:48:45  23  Did you ever see that before?
03:48:47  24  **A.**  I'm sorry; where are you at?
03:48:49  25  **Q.**  The whole policy. It's two pages,

*COMPU-TRAN SHORTHAND REPORTING*

---

164

**Robert LeFever**

1
03:42:43  2  **Q.**  Did you ever ask anything about
03:49:45  3  that?
02:49:45  4  **A.**  No.
03:49:46  5  **Q.**  In terms of scheduling an inmate to
03:49:51  6  be seen at the next physician's sick call, can a
03:49:54  7  correction officer do that?
03:49:55  8  **A.**  No; only medical.
03:49:56  9  **Q.**  And in terms of contacting the
03:49:58  10  physician for orders, can a correction officer do
03:50:00  11  that?
03:50:02  12  **A.**  No.
03:50:02  13  **Q.**  And do you know if, with respect to
03:50:05  14  Spencer Sinkov, anybody scheduled him for a
03:50:10  15  physician's sick call?
20:50:11  16  **A.**  I don't know.
03:50:12  17  **Q.**  Or contacted a physician?
03:50:13  18  **A.**  I don't know.
03:50:17  19  **Q.**  Did you ever have occasion to review
03:50:19  20  any Shift Report form that was prepared by
03:50:23  21  AmeriCor for the shift of May 19 through
03:50:28  22  May 20th, 2006?
03:50:29  23  **A.**  No.
03:50:29  24  **Q.**  Did you ever review the Shift Report
03:50:03  25  form for the shift on which Spencer died?

*COMPU-TRAN SHORTHAND REPORTING*

165

Robert LeFever

2    A.   No.

3    Q.   Take a look, if you would, at Page

4   518.

5    A.   (Witness complies)

6    Q.   "Opiate Detoxification." It's a

7 three-page policy. Do you recall if you've ever

8 seen that before?

9    A.   No.

10    Q.   First paragraph, "Inmates who report

11 a history of opiate, including but not limited to

12 heroin and Methadone use, when committed to the

13 facility, are to be evaluated for the potential

14 for the onset of symptoms of narcotic withdrawal."

15    Do you see that?

16    A.   Yes.

17    Q.   Did you ever come to learn at any

18 point in time that staff from AmeriCor, according

19 to it's 2003 Procedure Manual, were supposed to

20 evaluate inmates who reported a history of drug

21 use for the onset of narcotic withdrawal symptoms?

22    A.   No.

23    Q.   Do you know if correction officers

24 had any responsibility for doing that?

25    A.   No.

COMPU-TRAN SHORTHAND REPORTING

---

167

Robert LeFever

2    Q.   ... it fair to say that after 14 days,

3 the symptoms of withdrawal would have dissipated?

4    A.   Yes.

5    Q.   So, based on that, would it be your

6 understanding of this policy that the nursing

7 assessment referred to here is the one at intake?

8    A.   Yes.

9    Q.   Did you ever have any conversations

10 with anybody about whether or not Spencer was

11 assessed at intake or elsewhere, based on these

12 factors - frequency of use, mode of use, method;

13 that kind of thing?

14    A.   No.

15    Q.   Do you know if that was ever done?

16    A.   I don't know.

17    Q.   Do you know if anybody followed up

18 to see why that wasn't done?

19    A.   I don't know.

20    MR. COON: Can we just take

21 a quick break?

22    MS. BERG: Sure, absolutely.

23    (Recess taken, following

24 which Mr. Coon's appearance was substituted by

25 Bernice E. Margolis.)

COMPU-TRAN SHORTHAND REPORTING

---

166

Robert LeFever

2    Q.   No, you don't know; or no, they

3 didn't?

4    A.   No, they didn't.

5    Q.   In terms of the next paragraph, it

6 refers to, symptoms varying depending on the

7 frequency of use, the method of use, how much is

8 used.

9    Do you see that?

10    A.   Yes.

11    Q.   And it says there, "These factors

12 should be documented as part of the nursing

13 assessment."

14    Do you know what the nursing

15 assessment is?

16    A.   There's two parts to the nursing

17 assessment. There's when they first come in, and

18 then there's a 14-day physical later on.

19    Q.   And does the nurse do the 14-day

20 physical?

21    A.   Yes.

22    Q.   In terms of withdrawal symptoms,

23 would those be evaluated at intake, or 14 days

24 later?

25    A.   I don't know.

COMPU-TRAN SHORTHAND REPORTING

---

168

Robert LeFever

2 CONTINUED EXAMINATION BY MS. BERG:

3    Q.   Take a look at Exhibit 30, the 2004

4 Policy Manual, Pages 421 to 422, called

5 "Receiving Screening."

6    Do you remember if you ever saw that

7 before today?

8    A.   I don't remember.

9    Q.   On Page 422 at the top, the Number 4

10 paragraph; it says, "Use of alcohol and other

11 drugs."

12    A.   Yes.

13    Q.   And it indicates what should be

14 inquired into, mirroring the 2003 Manual - type

15 of drug, mode of use, amount of use, frequency.

16    Do you see that?

17    A.   Yes.

18    Q.   Were you aware at any point in time

19 prior to today that AmeriCor staff were required

20 to, by their policy and procedure, inquire into

21 those factors?

22    A.   No.

23    Q.   Did you ever have any conversations

24 with anybody about that?

25    A.   No.

COMPU-TRAN SHORTHAND REPORTING

169
### Robert LeFever

2 Q. Including whether what happens at
3 intake?
4 A. No.
5 Q. The next number four on the page
6 under the "Observation of," Number 4: Condition
7 of Skin." Do you see that?
8 A. Yes.
9 MS. MARGOLIS: I'm sorry,
10 Kim; what page are we on?
11 MS. BERG: 422.
12 Q. Were you ever aware, prior to today,
13 of any requirement that AmeriCor staff observe
14 the skin, including what's in the parentheses
15 there - (needle marks or other indications of
16 drug abuse)?
17 A. No.
18 Q. Did you ever have any conversations
19 with anybody about whether or not that occurs at
20 intake?
21 A. No.
22 Q. Page 448 to 450 is a policy called
23 Suicide Prevention.
24 Did you ever see that before today?
25 A. Not that I can recall.
COMPU-TRAN SHORTHAND REPORTING

170
### Robert LeFever

1
2 Q. Do you recall having any
3 conversations with anybody, including Duffy,
4 about anything concerning suicide prevention
5 policies or procedures?
6 A. No.
7 Q. This says that "Inmates will be
8 evaluated for potential risk of suicide during
9 the intake process using the Receiving Screening
10 form and where applicable, the Suicide Prevention
11 Screening Guidelines form or a similar evaluation
12 tool."
13 Do you see that?
14 A. Yes.
15 Q. Did you ever speak with Duffy about
16 whether or not those forms or tools were in place
17 at the correctional facility?
18 A. No.
19 Q. "Inmates determined to be at risk as
20 a result of this screening process, will be
21 placed on suicide precautions and immediately
22 referred to the psychiatrist."
23 Do you see that?
24 A. Yes.
25 Q. And in terms of being placed on
COMPU-TRAN SHORTHAND REPORTING

171
### Robert LeFever

2 suicide precautions, any understanding as to what
3 AmeriCor's policy means by that?
4 A. No.
5 Q. Did you ever receive any inquiries
6 from anybody at AmeriCor as to what a suicide
7 precaution is?
8 A. No.
9 Q. Did you ever discuss with Duffy or
10 anybody else, what suicide precautions there are
11 in place at Putnam County?
12 A. No.
13 Q. Next page, again, refers to suicide
14 precautions at the top.
15 Do you see that?
16 A. Yes.
17 Q. Did anybody ever inquire of you as
18 to what that meant?
19 A. No.
20 Q. Any nursing staff or otherwise?
21 A. No.
22 Q. In that paragraph on page 449, it
23 says, "Monitoring should occur every 15 minutes,
24 while the inmate is on suicide precautions."
25 Are you aware of any requirement of
COMPU-TRAN SHORTHAND REPORTING

172
### Robert LeFever

1
2 AmeriCor staff to actually monitor inmates?
3 A. No.
4 Q. Did anybody from AmeriCor ever tell
5 you, as the person in charge of the day-to-day
6 operations of the jail, that they would, in their
7 view, require monitoring every 15 minutes?
8 A. No.
9 Q. Did you ever have any conversations
10 with Duffy about that?
11 A. No.
12 Q. Do you have an understanding, as you
13 sit here today, as to why it was that Duffy
14 signed a procedure which would say 15 minutes if,
15 in fact, your understanding is constant
16 supervision is required?
17 MS. MARGOLIS: Objection.
18 A. No.
19 Q. Are you aware of any conversations
20 between Duffy and Smith on that subject?
21 A. No.
22 Q. When the BCI conducted its
23 investigation and it questioned staff of the
24 facility, as well as AmeriCor staff, were you
25 aware of that?
COMPU-TRAN SHORTHAND REPORTING

173

*Robert LeFever:*

04:07:49   2   **A.**   Yes.

04:07:50   3   **Q.**   And do you have any understanding,

04:   4   as you sit here today, as to why Peter Clarke was

04:   5   never questioned?

04:07:57   6   **A.**   No.

04:07:57   7   **Q.**   Did you ever speak with Sergeant

04:08:01   8   Jackson at any point in time about anything that

04:05:04   9   she observed that day?

04:08:05   10   **A.**   I don't recall.

04:08:05   11   **Q.**   Did you ever speak with Sergeant

04:08:10   12   Jackson about anything regarding whether any of

04:08:13   13   her staff didn't follow through with policies or

01:08:16   14   procedures?

04:08:17   15   **A.**   No.

04:08:17   16   **Q.**   Were you ever present at any

04:08:21   17   meetings where Duffy was also present and the

04:08:23   18   conversation related in any way to Spencer?

04:08:25   19   **A.**   I don't recall.

04:08:27   20   **Q.**   Do you recall attending any meetings

04:08:30   21   that he was at?

04:08:33   22   **A.**   I don't remember.

04:08:33   23   **Q.**   Did you ever speak with Duffy

04:08:30   24   directly about Spencer Sinkov?

04:08:35   25   **A.**   **Only preparing the documents.**

*COMPU-TRAN SHORTHAND REPORTING*

---

175

*Robert LeFever*

04:59:15   2   **A.**   _ don't recall.

04:59:16   3   **Q.**   Do you recall speaking with any

04:59:18   4   nursing staff at any point in time about Spencer?

04:59:21   5   **A.**   No.

04:59:22   6   **Q.**   Did you ever speak with those

04:59:24   7   individuals - Smith, Undersheriff Convery,

04:59:29   8   McNamara, or anybody else in the administration

04:59:32   9   of the sheriff's office - about any suicide

04:59:35   10   policies, procedures, forms, anything, other than

04:59:33   11   what you've told us already today?

04:59:45   12   **A.**   No.

04:59:40   13   **Q.**   Do you recall that in 2003, an

04:59:50   14   inmate Norberto Rivera committed suicide?

04:59:54   15   **A.**   Yes.

04:59:55   16   **Q.**   Were you captain at that time?

04:59:53   17   **A.**   Yes.

04:59:55   18   **Q.**   He was also on a 15-minute supervisory

04:30:00   19   check?

04:30:00   20   **A.**   I don't remember.

04:10:00   21   **Q.**   Do you have any recollection as to

04:10:04   22   why he was on that?

04:10:02   23   **A.**   No, I do not.

04:10:04   24   **Q.**   Do you have a recollection, that he,

04:10:03   25   like Spencer, had a history of heroin use?

*COMPU-TRAN SHORTHAND REPORTING*

---

174

*Robert LeFever*

04:08:39   2   **Q.**   Other than that?

04:08:40   3   **A.**   No.

04:08:60   4   **Q.**   Did you make any comments about

04:08:43   5   anything other than, where is a certain document

04:08:45   6   and can you get it to me?

04:08:47   7   **A.**   Nothing other than that.

04:08:46   8   **Q.**   Other than what you testified to

04:08:50   9   here today, did you have any conversations with

04:08:52   10   Sheriff Smith which in any way related to Spencer

04:08:56   11   Sinkov?

04:08:58   12   **A.**   No.

04:08:58   13   **Q.**   Or the Commission's report?

04:09:00   14   **A.**   Just what I stated before.

04:09:01   15   **Q.**   Anything other than that?

04:09:02   16   **A.**   No.

04:09:02   17   **Q.**   Did you ever speak with Undersheriff

04:09:04   18   Convery about anything pertaining to Spencer or

04:09:06   19   the Commission's report?

04:09:07   20   **A.**   I don't believe so.

04:09:03   21   **Q.**   Did you ever speak with Captain

    22   MacNamara at any point in time concerning Spencer

04:09:13   23   or anything relating to him?

04:09:14   24   **A.**   I may have.

04:09:15   25   **Q.**   Do you recall?

*COMPU-TRAN SHORTHAND REPORTING*

---

176

*Robert LeFever*

04:10:03   2   **A.**   I don't remember.

04:10:03   3   **Q.**   Do you recall anything about how it

04:10:06   4   was that he committed suicide?

04:10:11   5   **A.**   No.

04:10:11   6   **Q.**   Do you recall that he, like Spencer,

04:10:14   7   was in North Housing Unit?

04:10:15   8   **A.**   Yes, I remember he was in North

04:10:17   9   **Housing.**

04:10:18   10   **Q.**   And do you recall that he, like

04:10:19   11   Spencer, committed suicide by hanging from a

04:10:22   12   sweatshirt?

04:10:23   13   **A.**   Yes.

04:10:23   14   **Q.**   And do you recall that he did so in

04:10:28   15   between the 15-minute checks?

04:10:28   16   **A.**   I don't remember.

04:10:29   17   **Q.**   Did you ever see the Commission's

04:10:32   18   report on Rivera?

04:10:33   19   **A.**   Yes.

04:10:33   20   **Q.**   As part of that process, the

04:10:37   21   Commission's investigation, did you gather

04:10:39   22   documents as you did in Spencer's case?

04:10:42   23   **A.**   Yes.

04:10:42   24   **Q.**   Other than that, did you have any

04:10:44   25   communications with the Commission about Norberto

*COMPU-TRAN SHORTHAND REPORTING*

177

Robert LeFever

1
2  Rivera?
3      A.   No.
4      Q.   Do you recall anything about what
5  the Commission recommended in Rivera's situation?
6      A.   No, I don't remember.
7      Q.   Take a look, if you would, at
8  Exhibit 14, which is the Commission's report
9  pertaining to Rivera and specifically, Paragraph
10  19. (Handing) It's at the back.
11      A.   (Witness complies)
12      Q.   That paragraph refers to the duties
13  of somebody on the North Housing unit post;
14  correct?
15      A.   Yes.
16      Q.   And it describes the North Housing
17  Unit as a 16-cell linear housing unit; correct?
18      A.   Yes.
19      Q.   Any changes to it since 2003?
20      A.   No.
21      Q.   The post is maintained right outside
22  the block door?
23      A.   Yes.
24      Q.   Is that true still to today?
25      A.   Yes.

COMPU-TRAN SHORTHAND REPORTING

179

Robert LeFever

1
2      Q.   / specific days of the week?
3      A.   Monday through Friday.
4      Q.   So then, on nights and weekends, are
5  there any programs that need to be tended to,
6  where the program officer post wouldn't be
7  filled?
8      A.   Yes.
9      Q.   And who would take over that?
10      A.   The inmate escort officer.
11      Q.   Anybody else?
12      A.   No.
13      Q.   Were you aware at any point in time
14  that as a matter of practice, somebody on the
15  North Housing Unit post had responsibility for
16  the programs?
17          MR. RANDAZZO: Objection to
18  the form.
19      A.   Prior to the program officer
20  position?
21      Q.   At any point in time.
22      A.   Yes.
23      Q.   Would it have been prior to this
24  position being created?
25      A.   Yes.

COMPU-TRAN SHORTHAND REPORTING

178

Robert LeFever

1
2      Q.   It says, "In addition to supervising
3  the North Housing Unit, the officer has
4  responsibilities in other areas, including the
5  program area."
6      A.   Yes.
7      Q.   Is that true to today?
8      A.   No.
9      Q.   When did that change?
10      A.   I believe, in 2004.
11      Q.   And what changed?
12      A.   What changed is Sheriff Smith was
13  able to get another correction officer position
14  for the program, also.
15      Q.   And when was that post staffed?
16      A.   I don't remember. Sometime
17  thereafter.
18      Q.   And do you recall if it was staffed
19  before May 20th of '06?
20      A.   I don't remember.
21      Q.   And in terms of that program officer
22  post, is it a day shift? A night shift?
23      A.   It's a day shift.
24      Q.   Is it steady days?
25      A.   Yes.

COMPU-TRAN SHORTHAND REPORTING

180

Robert LeFever

1
2      Q.   Do you know if that was, then, prior
3  to May 20th or after May 20th of '06?
4      A.   I don't know.
5      Q.   It also indicates in the
6  Commission's final report on Rivera that the NHU
7  post has responsibility for movement into the
8  adjacent recreation yard and a separate four-cell
9  housing unit, approximately 100 feet away.
10          Does that remain true to today?
11      A.   No.
12      Q.   What changed in that regard?
13      A.   What changed is the Commission
14  changed their staffing analysis. This originally
15  was under staffing, but the officer who ran the
16  16 units and did programs and did the other
17  housing unit, they came down -- I don't remember
18  when they came out or what it was in regards to,
19  but they said we couldn't use those four cells as
20  housing - it was only special housing - and that
21  they were going to look at the program area.
22      Q.   How about the recreation yard
23  duties?
24      A.   Moving the inmates? Yes, they still
25  move the inmates.

COMPU-TRAN SHORTHAND REPORTING

**181**

Robert LeFever

2 Q. So, that would be the NHU post?
3 A. Yes.
4 Q. What is the separate four-cell
5 housing unit?
6 A. It's a four-cell unit down -- it's
7 about 100 feet from their station, and it was
8 normally housed in general housing. And they
9 would supervise both units - the four-man and the
10 16-man. And then, like I said, the Commission
11 determined that they couldn't do that anymore.
12 Q. And do you recall when that
13 happened?
14 A. I don't remember.
15 Q. Do you recall if it was before or
16 after May 20th of '06?
17 A. I don't remember.
18 Q. And the four-cell housing unit, does
19 it have its own designation, like NHU-2?
20 A. It's North Housing Two, North
21 Housing Unit Two.
22 Q. Under the "Recommendations" section,
23 number one, to the sheriff of Putnam County:
24 "The sheriff should question the housing area
25 officer for the North Housing area for the

*COMPU-TRAN SHORTHAND REPORTING*

**183**

Robert LeFever

2 Q. verbally?
3 A. Verbally and in training.
4 Q. Anything else?
5 A. No.
6 Q. Did you do that after the Commission's
7 report came down?
8 A. Before and after.
9 Q. Was any, as far as you know,
10 disciplinary action taken against Vasaturo?
11 A. I don't know.
12 Q. Number two says "Reevaluate first-
13 aid equipment availability."
14 Do you know if that was done?
15 A. Yes.
16 Q. What was done in that regard?
17 A. We made sure all the oxygen bottles
18 are filled, in the proper places, first-aid kits,
19 fire extinguishers.
20 Q. And Number 3 says, "The sheriff
21 should request an updated staffing analysis."
22 Do you know if that was done?
23 A. Yes.
24 Q. Is that the same staffing analysis
25 that you just testified about or something

*COMPU-TRAN SHORTHAND REPORTING*

**182**

Robert LeFever

2 accuracy of his documented times he completed
3 rounds."
4 Do you see that?
5 A. Yes.
6 Q. Do you recall that as you sit here
7 today?
8 A. Yes.
9 Q. Do you know if anybody ever
10 questioned the housing area officer?
11 A. Any officer in particular? I don't
12 believe so.
13 Q. In this case, I believe it was
14 Vasaturo; do you recall if anybody ever
15 questioned him?
16 A. I don't remember.
17 Q. Did you ever come to learn that he
18 understood that he could round off times?
19 A. I've heard that.
20 Q. At this time?
21 A. I don't remember when I heard it.
22 Q. Did you do anything as a result of
23 hearing that?
24 A. We told everybody, you can't round
25 off.

*COMPU-TRAN SHORTHAND REPORTING*

**184**

Robert LeFever

2 different?
3 A. No; the Commission came down and did
4 a review. I forget what prompted that, but then
5 the sheriff asked me for complete staffing
6 housing for the entire jail, not just the north
7 unit.
8 Q. So, in terms of the changes that you
9 testified to earlier to the program officer and
10 the four cells that are NHU Two, was that part of
11 this updated staffing analysis or a different
12 one?
13 A. It was prior to, but it was
14 incorporated therein once it was promulgated.
15 Q. So, those changes came down prior to
16 2003?
17 A. That would be after 2003.
18 Q. Do you recall if it was prior to
19 January 11th of '05 when the Commission issued
20 the Rivera report?
21 A. Don't remember.
22 Q. Did you ever have occasion to review
23 any of the documents pertaining to Rivera's
24 incarceration - Medical Record Intake forms,
25 anything like that?

*COMPU-TRAN SHORTHAND REPORTING*

185

Robert LeFever

2  A.  Only at the time o. putting them
3  together.
4  Q.  So, that would've been back in '03 --
5  A.  Yes.
6  Q.  -- or '04?
7  A.  Within a month after it happened.
8  Q.  Okay. And do you recall if he had
9  in his file a Suicide Prevention Screening
10 Guideline form?
11 A.  I don't remember.
12 Q.  Did you speak with anybody at that
13 time about anything concerning his intake
14 process?
15 A.  Not that I can recall.
16 Q.  Or about what he was doing while he
17 was being monitored?
18 A.  No.
19 Q.  Do you recall if Rivera had a Mental
20 Health Referral Routing Sheet completed for him?
21 A.  I believe he did.
22 Q.  And do you know if in his case a
23 correction officer, or a nurse, or both,
24 completed one?
25 A.  I think there was two of them.

COMPU-TRAN SHORTHAND REPORTING

186

Robert LeFever

2  Q.  Do you recall one being done by the
3  sergeant or the correction officer?
4  A.  I don't remember who did them.
5  Q.  Do you recall being involved in any
6  meetings or discussions after Rivera's death
7  about anything concerning the suicide policies in
8  the jail?
9  A.  Only in regards to Dr. Sadler.
10 Q.  Anything else?
11 A.  No.
12 Q.  Dr. Sadler at that time was the jail
13 psychiatrist?
14 A.  Yes.
15 Q.  And since that time, AmeriCor now
16 provides those mental health services?
17 A.  Yes.
18       MS. BERG: Let me have
19 marked as Exhibit 39 a copy of an
20 interoffice memo from Captain Robert
21 LeFever, to Sheriff Donald Smith,
22 Attention: Undersheriff Convery.
23       And as 40, a September 28th, '04,
24 memo from Convery to LeFever.
25       (Whereupon, 10/4/04 memo was marked as

COMPU-TRAN SHORTHAND REPORTING

187

Robert LeFever

2  Plaint  . Exhibit No. 39, for id;
3       9/28/04 memo was marked as
4  Plaintiff's Exhibit No. 40, for id.)
5  Q.  In terms of chronology, I'm going to
6  start with 40. (Handing)
7       Do you remember receiving that from
8  Convery?
9  A.  No, I don't remember it.
10 Q.  Do you recall, at any point in time,
11 preparing any response to the recommendations in
12 the Commission's report on Rivera?
13 A.  No.
14 Q.  Take a look at 39. (Handing)
15      Do you recall delivering that to
16 Sheriff Smith and Undersheriff Convery?
17 A.  I don't remember it.
18 Q.  Do you recall anything that you did
19 to prepare Exhibit 39?
20 A.  No.
21 Q.  The first paragraph in your memo
22 says, "The policies and procedures in place are
23 consistent with the training for suicide
24 prevention."
25 A.  Yes.

COMPU-TRAN SHORTHAND REPORTING

188

Robert LeFever

2  Q.  And then, you go on to refer to the
3  Suicide Prevention Screening being good for
4  72 hours.
5       Do you see that?
6  A.  Yes.
7  Q.  In terms of those policies and
8  procedures, were you referring solely to the fact
9  that the suicide prevention screening is only
10 good for 72 hours?
11 A.  Yes.
12 Q.  Were you referring to any other
13 policies or procedures?
14 A.  No.
15 Q.  Did anybody ask you at that time
16 about anything concerning any other policies or
17 procedures?
18 A.  No.
19 Q.  Look at Paragraph 2: ."The
20 correction officer on duty during the incident
21 was counselled regarding his rounding of the
22 times of his security checks."
23       Do you see that?
24 A.  Yes.
25 Q.  Do you have a recollection of that

COMPU-TRAN SHORTHAND REPORTING

189
Robert LeFever

2 as you sit here today?
3 A. No.
4 Q. Do you know who the correction
5 officer was?
6 A. No.
7 Q. Do you know who counselled him or
8 her?
9 A. No.
10 Q. Do you know if that counseling was
11 in any way memorialized in some written form?
12 A. I don't remember.
13 Q. On the second page, Number Four:
14 "The sheriff already obtained a new correction
15 officer position for the post of program officer.
16 This was requested for the 2004 budget; and most
17 recently, the position filled."
18 Do you see that?
19 A. Yes.
20 Q. Does that refresh your recollection
21 as to when the position was filled?
22 A. Yes.
23 Q. It says "Recently, the process had
24 begun to assign this post."
25 What does that mean?

COMPU-TRAN SHORTHAND REPORTING

190
Robert LeFever

2 A. Well, once we got the position
3 filled, we were -- I believe we were short
4 staffed at the time; so, we were taking that
5 person and using him for other -- other posts at
6 the time, and then we were putting him on that
7 post when we had the opportunity.
8 Q. Once that position was created, was
9 it always the responsibility of the inmate -- was
10 it the booking officer that had that?
11 A. No; inmate escort officer.
12 Q. I'm sorry; escort officer. Once the
13 program officer position was budgeted for and
14 filled, is that when the inmate escort officer
15 would take over on nights and weekends?
16 A. Yes.
17 Q. And do you recall, then, when it was
18 that that position was actually filled?
19 A. No. Permanently, no.
20 Q. And you can't tell me whether it was
21 before or after May 20th of 2006?
22 A. Now, with this recollection, I would
23 say it would be January -- it would probably be
24 January of 2005.
25 Q. Do you recall, though, one way or

COMPU-TRAN SHORTHAND REPORTING

191
Robert LeFever

2 the other?
3 A. No.
4 Q. With respect to Mr. Rodriguez, do
5 you recall if there was any investigation with
6 respect to his attempted suicide?
7 A. I'm sorry; I didn't hear that.
8 Q. Rodriguez, the attempted suicide,
9 was there any investigation regarding that?
10 A. I don't remember.
11 Q. Do you know if there were any -- did
12 you at least review any medical intake forms,
13 suicide screening forms; anything along those
14 lines?
15 A. No.
16 Q. Do you know if he was on a 15-minute
17 watch or something else?
18 A. I don't remember.
19 Q. Do you recall if he had any history
20 of drug use?
21 A. I don't remember.
22 Q. Do you recall how it was that it
23 came to be that his attempted suicide was
24 thwarted?
25 A. No.

COMPU-TRAN SHORTHAND REPORTING

192
Robert LeFever

2 Q. Do you recall if other inmates were
3 calling for the correction staff to come?
4 A. I believe that's what it was.
5 Q. Where was he housed?
6 A. In North Housing.
7 Q. Do you recall if there was any
8 investigation by the county into that matter?
9 A. I don't remember.
10 Q. Were any statements taken as far as
11 you know?
12 A. Don't remember.
13 Q. Was the Commission notified?
14 A. Yes.
15 Q. Do you know if the investigators
16 from the Commission ever questioned anybody?
17 A. Don't remember.
18 Q. Do you recall if you provided the
19 Commission with any documents?
20 A. Don't remember.
21 Q. In connection with Rodriguez, did
22 the sheriff, undersheriff, or anybody else ever
23 ask you for any information pertaining to the
24 Commission's investigation?
25 A. Don't remember.

COMPU-TRAN SHORTHAND REPORTING