# EXHIBIT "B" (1 of 2)

1

2   UNITED STATES DISTRICT
    SOUTHERN DISTRICT OF NEW YORK
3   --------------------------------------x

4   DONNY A. SINKOV, as Father and
    Potential Personal Representative of
5   SPENCER SINKOV, deceased, and the
    Estate of Spencer E. Sinkov, deceased,
6
                Plaintiffs,
7
            -against-
8
    DONALD B. SMITH, individually and in
9   his official capacity as Sheriff of
    Putnam County, JOSEPH A. VASABURG,
10  individually, LOUIS G. LAPOLLA,
    individually, THE COUNTY OF PUTNAM,
11  New York, and AMERICOR, INC.,

12              Defendants.

13  --------------------------------------x

14
                222 Bloomingdale Road
15              White Plains, New York
                January 17, 2008
16              10:15 A.m.

17

18      EXAMINATION BEFORE TRIAL of KEVIN DUFFY, a

19  witness on behalf of the Defendant AMERICOR, INC.,

20  in the above-captioned matter, held at the above

21  time and place, before a Notary Public of the

22  State of New York.

23

24

25              Donna Bochnik,
                Shorthand Reporter

    *COMPU-TRAN SHORTHAND REPORTING*

---

2

1

2   A P P E A R A N C E S:

3

4

5   LOVETT & GOULD
        Attorneys for Plaintiff
6       222 Bloomingdale Road
        White Plains, New York 10601
7   BY: KIM BERG, ESQ.

8

9   MIRANDA SOKOLOFF SAMBURSKY SLONE
        VERVENIOTIS, LLP
10      Attorneys for Defendant -
        Donald Smith
11      240 Mineola Boulevard
        Mineola, New York 11501
12  BY: ADAM I. KLEINBERG, ESQ.

13

14

15  SANTANGELO, RANDAZZO & MANGONE, LLP
        Attorneys for Defendants -
16      Joseph A. Vasaburo,
        Louis G. LaPolla and
17      The County Of Putnam
        151 Broadway
18      Hawthorne, New York 10532
    BY: VINCENT GELARDI, ESQ., of Counsel

19

20

21  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
        Attorneys for Defendant -
22      AmeriCor, Inc.
        Three Gannett Drive
23      White Plains, New York 10504
    BY: TIMOTHY P. COON, ESQ.

24

25  ALSO PRESENT:  Donny A. Sinkov
                    Donald Smith
                        o0o
    *COMPU-TRAN SHORTHAND REPORTING*

---

1

2           IT IS HEREBY STIPULATED AND AGREED,

3   by and between the attorneys for the respective

4   parties hereto, that the sealing and filing of

5   the within deposition be waived; that such

6   deposition may be signed and sworn to before any

7   officer authorized to administer an oath with

8   the same force and effect as if signed and sworn

9   to before a Justice of this Court.

10

11

12          IT IS FURTHER STIPULATED AND AGREED

13  that all objections, except as to form, are

14  reserved to the time of trial.

15

16

17          IT IS FURTHER STIPULATED AND AGREED

18  that the within examination and any corrections

19  thereto may be signed before any Notary Public

20  with the same force and effect as if signed and

21  sworn to before this Court.

22

23

24

25

    *COMPU-TRAN SHORTHAND REPORTING*

---

4

1

2               KEVIN   DUFFY,

3       having been duly sworn by Donna Bochnik,

4       a Notary Public within and for the State

5       of New York, was examined and testified

6                   as follows:

7

8                       o0o

9

10  EXAMINATION BY MS. BERG:

11      Q.   State your name and business address

12  for the record, please.

13      A.   Kevin Duffy, 3105 Videre Drive,

14  V-i-d-e-r-e. Wilmington, Delaware, 19808.

15      Q.   Mr. Duffy, I'm Kim Berg. I

16  represent the Sinkovs in connection with the

17  lawsuit that they've brought against AmeriCor, as

18  well as others.

19          I'm going to be asking you some

20  questions here today. What I want you to do is

21  let me know if there's anything I say that you

22  don't understand. If you give an answer to a

23  question, I ask that you verbalize your response.

24  If any answer that you give during the course of

25  the deposition is either incorrect or incomplete -

    *COMPU-TRAN SHORTHAND REPORTING*

5

Kevin Dun...

1
2 perhaps you remember something as we proceed -
3 please interrupt me at any point and certainly,
4 before you leave, so that we can make sure we
5 have a correct and accurate transcript prior to
6 the conclusion of the deposition today.
7        Do you understand all of that?
8    A.   Yes.
9    Q.   Can you describe for me your
10 educational background.
11   A.   I have a bachelor of science degree
12 in nursing from the University of Pennsylvania,
13 and I have a master's in business administration
14 and a master's in health administration from
15 Eastern University.
16   Q.   Which degree did you receive most
17 recently?
18   A.   The MBA/MHA.
19   Q.   And that was a combined degree?
20   A.   Yes.
21   Q.   And when did you receive that?
22   A.   2003, I believe.
23   Q.   And are you currently employed?
24   A.   Yes.
25   Q.   In what capacity?
        *COMPU-TRAN SHORTHAND REPORTING*

---

7

Kevin Duffy

1
2    Q.   And in terms of its official name,
3 is it known as AmeriCor Corporation, or something
4 else?
5    A.   AmeriCor, Inc.
6    Q.   Is AmeriCor, Inc. registered to do
7 business anywhere?
8    A.   It's a Delaware corporation.
9    Q.   Okay. Is it registered, though, to
10 do business in any other jurisdictions, including
11 New York?
12   A.   I'm not sure what you mean by
13 "registered."
14   Q.   Well, have you ever, in connection
15 with any New York activities, notified the
16 Department of State, specifically the
17 corporations division, of the fact that you're
18 doing business in New York?
19   A.   We have a tax ID in New York, if
20 that's what you're asking.
21   Q.   But you never actually registered
22 with the State of New York, in terms of receiving
23 any kind of a certificate or otherwise, to do
24 business in New York State?
25   A.   Not that I recall.
        *COMPU-TRAN SHORTHAND REPORTING*

---

6

Kevin Duffy

1
2    A.   I'm the president of AmeriCor.
3    Q.   What is AmeriCor?
4    A.   It's a health-care company that
5 provides services in small, county jails.
6    Q.   Do you focus the nature of that
7 business in any jurisdiction, state, county?
8 Anything in particular?
9    A.   Generally, we look for New York,
10 New Jersey, and Pennsylvania.
11   Q.   Is it a corporation?
12   A.   It is.
13   Q.   Are there any other officers?
14   A.   No.
15   Q.   How many employees does AmeriCor
16 currently have?
17   A.   Approximately, 14.
18   Q.   And for how long has AmeriCor been
19 in that business?
20   A.   Since 2003.
21   Q.   Was it a newly formed corporation at
22 that time?
23   A.   Yes.
24   Q.   And it's spelled A-m-e-r-i-c-o-r?
25   A.   Yes.
        *COMPU-TRAN SHORTHAND REPORTING*

---

8

Kevin Duffy

1
2    Q.   Currently, what jurisdictions is
3 AmeriCor providing health-care services in?
4    A.   Putnam County.
5    Q.   Any others?
6    A.   No.
7    Q.   And it would be the Putnam County
8 Correctional Facility?
9    A.   Well, the contract is with the
10 County of Putnam. The services are provided at
11 the Putnam County Correctional Facility.
12   Q.   What is the business address for
13 AmeriCor, Inc.?
14   A.   3105 Videre Drive, Wilmington,
15 Delaware.
16   Q.   Is that office location staffed?
17   A.   By me.
18   Q.   Anybody else?
19   A.   No.
20   Q.   Since the inception of AmeriCor,
21 other than Putnam County, has AmeriCor provided
22 health-care services to any other jurisdictions?
23   A.   No.
24   Q.   When you indicated that AmeriCor has
25 14 employees, did you include yourself in that
        *COMPU-TRAN SHORTHAND REPORTING*

**9**

Kevin Duf,

2 total?
3 A. No.
4 Q. What are the positions of these 14
5 employees?
6 A. They are registered nurses, and a
7 clerk, and a mental-health worker.
8 Q. Physically, where do these 14
9 employees go to perform services for AmeriCor?
10 A. At the Putnam County Correctional
11 Facility.
12 Q. What are the responsibilities of the
13 clerk?
14 A. She answers the phone, does filing,
15 orders supplies.
16 Q. For how long has AmeriCor employed a
17 clerk at the Putnam County Correctional Facility?
18 A. Since 2005.
19 Q. And what hours, or hours per week,
20 does the clerk work?
21 A. It's a 20-hour-a-week position.
22 Q. How many of the 14 employees are
23 registered nurses?
24 A. Everyone except the mental-health
25 worker and the clerk.

COMPU-TRAN SHORTHAND REPORTING

**10**

Kevin Duffy

2 Q. So, 12?
3 A. Approximately.
4 Q. And in terms of the hours for those
5 nurses, do they rotate shifts, or are they
6 assigned to set shifts?
7 A. There are several that work pretty
8 much assigned shifts, but they are -- the
9 positions are such that they can work any of
10 them.
11 Q. What are the shifts that the
12 AmeriCor employees work? Do they mirror the
13 shifts of the correction officers, or are they
14 different?
15 A. I don't know that they mirror the
16 correctional officers, but the shifts generally
17 run from 7:30 to 4:00, 3:30 to midnight, and
18 11:30 to 8:00.
19 Q. And who's the mental health-care
20 professional?
21 A. By name?
22 Q. Yes.
23 A. Currently, it's Eugene McQuillen,
24 M-c-q-u-i-l-l-e-n.
25 Q. How long has Mr. McQuillen worked

COMPU-TRAN SHORTHAND REPORTING

**11**

Kevin Duffy

2 for AmeriCor?
3 A. Approximately, 14, 15 months.
4 Q. Do you have any understanding as to
5 his hours of work at the facility?
6 A. He was assigned to work 12 hours a
7 week.
8 Q. In addition to that, is he on call
9 at all?
10 A. Technically, he is not on call, but
11 he does come back to the facility when we need
12 him.
13 Q. Does he hold any licenses, as far as
14 you know?
15 A. He is a licensed clinical social
16 worker, I believe.
17 Q. Each of the registered nurses, do
18 they work a set number of hours per week, or does
19 it vary?
20 A. There are a couple of full-time, and
21 the others work a per-diem basis.
22 Q. When you say "full-time," what does
23 that mean in terms of weekly hours?
24 A. Forty.
25 Q. Are each of the 14 employees actual

COMPU-TRAN SHORTHAND REPORTING

**12**

Kevin Duffy

2 employees of the company? Are they considered to
3 be independent contractors?
4 A. No; they're all employees.
5 Q. How was it that AmeriCor came to
6 provide services for the County of Putnam in or
7 about 2003?
8 A. The county issued a request for
9 proposals, and the company responded.
10 Q. How did you find out about the
11 request for proposals?
12 A. I don't recall specifically.
13 Q. Prior to coming to learn about the
14 request for a proposal, did you have any contact
15 with anybody in the county or in the facility?
16 A. Not that I recall.
17 Q. When you received the request for a
18 proposal, did you reach out to anyone?
19 A. Reach out?
20 Q. Yes; speak to anyone.
21 A. There was a bidders' conference that
22 I attended.
23 Q. Where was that held?
24 A. At the facility.
25 Q. Were other bidders present?

COMPU-TRAN SHORTHAND REPORTING

13

Kevin Duffy

1
2  A.  Yes.
3  Q.  Do you recall how many?
4  A.  No.
5  Q.  Prior to attending the bidders'
6  conference, did you have any conversations with
7  anybody from the county or the Sheriff's
8  Department?
9  A.  Not that I recall.
10  Q.  AmeriCor submitted a proposal?
11  A.  I'm sorry?
12  Q.  Did AmeriCor submit a proposal --
13  A.  Yes.
14  Q.  -- in response to the RFP?
15  A.  Yes.
16  Q.  And did there come a point in time
17  when you were notified that the county selected
18  AmeriCor to provide services for the facility?
19  A.  Yes.
20  Q.  Do you recall who notified you of
21  that?
22  A.  No.
23  Q.  And at that point in time, did you
24  enter into a contract?
25  A.  Yes.

COMPU-TRAN SHORTHAND REPORTING

14

Kevin Duffy

1
2  Q.  Do you remember when the contract
3  began?
4  A.  It was effective July 1, 2003, as I
5  recall.
6  Q.  And who signed off on the contract?
7  A.  I don't recall specifically. The
8  contract has five or six signatures on it.
9  Q.  On behalf of AmeriCor, did you sign?
10  A.  Yes.
11  Q.  Do you recall who signed on behalf
12  of the county?
13  A.  No.
14  Q.  Do you recall if the sheriff,
15  himself, signed?
16  A.  No.
17  Q.  What was the term of the contract,
18  if any?
19  A.  I'm not sure whether the first
20  contract was for six months or a year.
21  Q.  Has AmeriCor continuously provided
22  services to the Putnam County Correctional
23  Facility since July 1, '03?
24  A.  Yes.
25  Q.  And did there come a point in time

COMPU-TRAN SHORTHAND REPORTING

15

Kevin Duffy

1
2  when a contract was subsequently renewed after
3  the first six months or one year?
4  A.  Yes.
5  Q.  Do you recall when that was?
6  A.  Annually.
7  Q.  Each year, AmeriCor and the county
8  enter into an agreement?
9  A.  Yes.
10  Q.  Have there been any substantial
11  changes with respect to the contract, other than
12  payment for services?
13  A.  There have been amendments over
14  time. The one I recall was for mental-health
15  services.
16  Q.  Do you recall which contract that
17  amendment took place in?
18  A.  Not specifically. It was a couple
19  of years ago.
20  Q.  And what did it provide in terms of
21  changing what was existing and what you were now
22  entering into?
23  A.  Up until that point, AmeriCor had
24  not been responsible for mental-health services.
25  After the amendment, we provided a psychiatrist,

COMPU-TRAN SHORTHAND REPORTING

16

Kevin Duffy

1
2  a mental-health worker, and we provided the
3  psychotropic medications.
4  Q.  And does that remain true to today?
5  A.  Yes.
6  Q.  And is there a psychiatrist, then,
7  currently on staff?
8  A.  Yes.
9  Q.  Who is that?
10  A.  Dr. Asif, A-s-i-f.
11  Q.  Is he an employee of AmeriCor?
12  A.  He's a subcontractor.
13  Q.  Do you know where his principal
14  place of business is?
15  A.  I don't recall specifically off the
16  top of my head, no.
17  Q.  Other than Dr. Asif, have there ever
18  been any other psychiatrists that AmeriCor has
19  subcontracted with, or actually employed, for
20  providing mental-health services at the
21  Putnam County Correctional Facility?
22  A.  Not that I recall.
23  Q.  Do you know Dr. Asif's first name?
24  A.  Hasan, H-a-s-a-n.
25  Q.  And how was it that you came to

COMPU-TRAN SHORTHAND REPORTING

17

1                    Kevin Duffy
00:13:59   2   subcontract with him, specifically?
00:14:01   3        A.   We were recruiting for psychiatrists,
           4   and he responded.
           5        Q.   Did anybody else respond?
00:14:12   6        A.   I don't recall specifically.
00:14:14   7        Q.   When you say "we were recruiting,"
00:14:15   8   who do you mean? .
00:14:16   9        A.   AmeriCor.
00:14:18  10        Q.   Other than yourself, did anybody
00:14:20  11   partake in the recruiting activities?
00:14:24  12        A.   I'm sure that the health-services
00:14:31  13   administrator at the time would have been
00:14:35  14   involved.
00:14:54  15        Q.   And who was that?
00:14:54  16        A.   Probably Richard DiMattio. Capital
00:14:39  17   D-i, capital M-a-t-t-i-o.
00:14:43  18        Q.   Who currently, if anyone, is the
00:14:46  19   health-services administrator?
00:14:49  20        A.   The current health-services
00:14:50  21   administrator is Marlene McKenna, M-c-K-e-n-n-a.
00:14:56  22        Q.   And for how long has she held that
00:14:57  23   position?
00:14:57  24        A.   She was just recently promoted this
00:15:00  25   month, as a matter of fact. Well, the end of
                    COMPU-TRAN SHORTHAND REPORTING

18

1                    Kevin Duffy
00:15:02   2   December.
00:15:03   3        Q.   And prior to that, was it
00:15:06   4   Mr. DiMattio?
00:15:09   5        A.   Yes.
00:15:00   6        Q.   And with respect to the 14 employees
00:15:12   7   that you talked about earlier, was the health-
00:15:16   8   services administrator included in that group?
00:15:19   9        A.   Yes.
00:15:19  10        Q.   So, the health-services administrator
00:15:21  11   is also a registered nurse?
00:15:23  12        A.   Yes.
00:15:27  13        Q.   What are the responsibilities of the
00:15:25  14   health-services administrator at the Putnam
00:15:32  15   County Correctional Facility?
00:15:32  16        A.   The administrator works as the --
00:15:34  17   primarily, as the day shift R.N. and is also
00:15:43  18   responsible for scheduling and handling payroll
00:15:51  19   and approving supply orders. General site-
00:15:57  20   management duties.
00:15:59  21        Q.   Do each of the registered nurses
       22   report to the health-services administrator in
00:16:08  23   terms of supervisory responsibility?
00:16:12  24        A.   Yes.
00:16:11  25        Q.   Are there any other different levels
                    COMPU-TRAN SHORTHAND REPORTING

19

1                    Kevin Duffy
00:15:17   2   in terms of the registered nurses, other than
00:16:21   3   health-services administrator at the top, and
00:16:24   4   then all of the rest below him or her?
00:16:26   5        A.   No.
00:16:26   6        Q.   Does the clerk report to anyone?
00:16:30   7        A.   The health-services administrator.
00:16:32   8        Q.   And how about Mr. McQuillen?
00:16:37   9        A.   The same.
00:16:37  10        Q.   Prior to Mr. McQuillen, did the
00:16:42  11   company, AmeriCor, have any other mental health-
00:16:47  12   care professionals on staff?
00:16:49  13        A.   Yes.
00:16:49  14        Q.   Who?
00:16:49  15        A.   Catherine Williams was one.
00:15:57  16        Q.   Was she in the same position?
00:16:58  17        A.   Yes.
00:16:59  18        Q.   Anybody else?
00:17:01  19        A.   There were several that filled in
00:17:11  20   for short periods. I don't remember all of their
00:17:13  21   names.
00:17:15  22        Q.   Does AmeriCor employ any physicians?
00:17:18  23        A.   I'm sorry?
00:17:19  24        Q.   Does AmeriCor employ any physicians?
00:17:22  25        A.   We have a physician as a
                    COMPU-TRAN SHORTHAND REPORTING

20

1                    Kevin Duffy
00:17:24   2   subcontractor, yes.
00:17:24   3        Q.   And who is that?
00:17:28   4        A.   I'm sorry; I'm drawing a blank.
00:17:32   5   Dr. Michael Nesheiwat, N-e-s-h-e-i-w-a-t.
00:17:41   6        Q.   And for how long has Dr. Nesheiwat
00:17:47   7   been a subcontractor of AmeriCor?
00:17:49   8        A.   Since July of 2003.
00:17:52   9        Q.   Did you know Dr. Nesheiwat at any
00:17:56  10   time prior to that?
00:17:57  11        A.   No.
00:17:57  12        Q.   What are Dr. Nesheiwat's
00:18:21  13   responsibilities?
00:18:21  14        A.   He sees patients, reviews documents,
00:18:29  15   orders medications. General medical duties.
00:18:33  16        Q.   Do you have any regular interactions
00:18:35  17   with him?
00:18:36  18        A.   Yes.
00:18:56  19        Q.   How often?
00:18:57  20        A.   We talk periodically; I would
00:19:14  21   estimate, once a month.
00:19:40  22        Q.   And what -- in terms of substance,
00:19:45  23   subject matters, what types of things do you
00:19:51  24   confer with him about?
00:19:53  25        A.   The discussions would probably be
                    COMPU-TRAN SHORTHAND REPORTING

21

Kevin Duff,

1
2  either system-based or patient-based. For
3  instance, when the facility was accredited by the
4  National Commission, there were discussions with
5  him on those.
6     Q.  When did that accreditation happen?
7     A.  I believe it was 2006.
8     Q.  And what does it mean to be
9  accredited?
10    A.  Well, the National Commission on
11 Correctional Health Care is a independent,
12 nonprofit, Chicago-based agency that publishes a
13 set of standards that governs pretty much all
14 aspects of the health-care services provided in
15 correctional facilities. And a facility that
16 meets those standards, then is accredited.
17    Q.  What, if any, benefit does the
18 facility have that is accredited by that
19 nonprofit company?
20    A.  Well, it indicates that the facility
21 meets national standards.
22    Q.  In terms of Dr. Nesheiwat, do you
23 know how often he physically goes to the
24 Putnam County Correctional Facility?
25    A.  Once or twice a week.

COMPU-TRAN SHORTHAND REPORTING

22

Kevin Duffy

2     Q.  Do you know for how many hours in
3  total?
4     A.  It varies.
5     Q.  What is the range?
6     A.  Two to four hours.
7     Q.  And how does he know which patients
8  or inmates need to be seen?
9     A.  There's generally a list prepared
10 for him by the nurses that would include patients
11 that they believe that he needs to see, and the
12 list would also include any patients that he
13 asked to see as a matter of follow up.
14    Q.  And Dr. Asif, in terms of weekly
15 hours, how much time does he spend at the facility?
16    A.  He comes in once a week for
17 approximately two hours.
18    Q.  And does he also see inmates?
19    A.  Yes.
20    Q.  And do you know if it's the same
21 system - there's a list prepared for him?
22    A.  Yes.
23    Q.  What role, if any, do you have in
24 the day-to-day operations of the Putnam County
25 Correctional Facility?

COMPU-TRAN SHORTHAND REPORTING

23

Kevin Duffy

1
2     A.  None.
3     Q.  Is the health-services administrator
4  the point person at the facility?
5     A.  Yes.
6     Q.  Do you have any regular communications
7  with the health-services administrator?
8     A.  Yes.
9     Q.  What are the nature of those
10 communications?
11    A.  They could cover almost anything.
12    Q.  How often do you communicate?
13    A.  It varies. It can be daily to
14 weekly.
15    Q.  Is the health-services administrator
16 required to report to you on any periodic basis?
17    A.  No.
18    Q.  For example, provide you with any
19 kind of summaries; you know, weekly or monthly or
20 annually, or anything along those lines?
21    A.  Well, the administrator would
22 provide the monthly statistical report.
23    Q.  What's contained in that?
24    A.  It shows how many inmates are in the
25 facility and how many were seen by the nurses and

COMPU-TRAN SHORTHAND REPORTING

24

Kevin Duffy

1
2  the doctors. How many people were sent out to
3  the emergency room. Those sorts of things.
4     Q.  How many inmates does the Putnam
5  County Correctional Facility have, if you know?
6     A.  It varies. Recently, it's averaged
7  about 105.
8     Q.  And in terms of the shifts, you
9  know, in terms of AmeriCor's nursing staff, is
10 there one or more than one nurse per shift?
11    A.  There's one nurse per shift.
12    Q.  And is there a nurse at the facility
13 24 hours a day, seven days a week?
14    A.  Yes.
15    Q.  What are the job duties and
16 responsibilities of the nurses?
17    A.  The nurses screen inmates for sick
18 call. They respond to emergencies. They pass
19 medications. General nursing duties.
20    Q.  Any other duties?
21    A.  They're just general nursing duties.
22 They respond to medical situations as they arise.
23    Q.  And in terms of the nurses on staff
24 at the facility, do you know if they have any
25 role in the intake of new inmates?

COMPU-TRAN SHORTHAND REPORTING

25

Kevin Duf,

| | | |
|---|---|---|
| 00:24:52 2 | A. | Yes. |
| 00:24:22 3 | Q. | What is their role? |
| ?5 4 | A. | They see or review cases of inmates |
| , 5 | that are brought into the facility. |
| 00:24:22 6 | Q. | You said, "see or review." Is it |
| 00:24:35 7 | one or both? |
| 00:24:37 8 | A. | It can be one or the other, or both. |
| 00:24:30 9 | Q. | Are there any requirements in terms |
| 00:24:42 10 | of AmeriCor policies or procedures setting forth |
| 00:24:42 11 | any time frame within which the nurses either |
| 00:24:48 12 | have to see or review an incoming inmate? |
| 00:24:52 13 | A. | Four hours from the time the inmate |
| 00:25:00 14 | is booked into the facility. |
| 00:25:04 15 | Q. | Is that a written policy? |
| 00:25:33 16 | A. | I believe it is, yes. |
| 00:29:11 17 | Q. | Do you know where it's contained? |
| 00:25:15 18 | A. | Probably under the policies that |
| 00:25:15 19 | address receiving screenings. |
| 00:25:22 20 | Q. | Does AmeriCor issue written policies |
| 00:25:24 21 | to its employees? |
| 00:25:25 22 | A. | Yes, there's a policy manual. |
| 00:25:25 23 | Q. | And in terms of the policy manual, |
| 00:25:30 24 | is it specific to the Putnam County Correctional |
| 00:25:34 25 | Facility? |

COMPU-TRAN SHORTHAND REPORTING

26

Kevin Duffy

| | | |
|---|---|---|
| 00:25:34 2 | A. | Yes. |
| 00:25:34 3 | Q. | And since AmeriCor has come into the |
| 00:25:32 4 | facility in July of 2003, has there been more |
| 00:25:41 5 | than one policy manual issued? And by that I |
| 00:25:48 6 | mean, versions of policy manuals. |
| 00:25:52 7 | A. | There is a single policy manual, and |
| 00:25:53 8 | it is reviewed and revised as necessary. |
| 00:25:53 9 | Q. | Do you recall if any revisions have |
| 00:25:21 10 | been made since July of 2003 to that policy |
| 00:26:01 11 | manual? |
| 00:25:35 12 | A. | Yes. |
| 00:26:05 13 | Q. | Do you recall anything about the |
| 00:26:07 14 | nature of those revisions? |
| 00:26:03 15 | A. | No. |
| 00:26:09 16 | Q. | Who made the revisions? |
| 00:26:17 17 | A. | I do. |
| 00:26:14 18 | Q. | Do you recall anything that prompted |
| 00:26:17 19 | you to make the revisions? |
| 00:26:19 20 | A. | Well, generally, they're reviewed |
| 00:26:24 21 | once a year, per the standards, National |
| ? 22 | Commission standards, and then on an as-needed |
| 00:26:33 23 | basis if something changes within the facility. |
| 00:16:15 24 | Q. | In terms of the single policy manual, |
| 00:26:40 25 | when it was initially drafted, did you do that, |

COMPU-TRAN SHORTHAND REPORTING

27

Kevin Duffy

| | | |
|---|---|---|
| 00:26:44 2 | or did somebody else? |
| 00:26:45 3 | A. | I'm sorry; the question, again? |
| 00:26:45 4 | Q. | The original policy manual, before |
| 00:26:48 5 | any amendments or revisions were made, did you |
| 00:26:51 6 | draft that? |
| 00:26:51 7 | A. | Yes. |
| 00:26:51 8 | Q. | Did anybody assist you? |
| 00:26:54 9 | A. | It would have gone through the |
| 00:27:03 10 | health-services administrator for suggestions, |
| 00:27:07 11 | corrections, editing. That kind of stuff. |
| 00:27:10 12 | Q. | Who was that at the time? |
| 00:27:12 13 | A. | Michelle Murnane, M-u-r-n-a-n-e. |
| 00:27:16 14 | Q. | And do you recall when she left the |
| 00:27:18 15 | facility of AmeriCor? |
| 00:27:23 16 | A. | She left in 2004. |
| 00:27:25 17 | Q. | Do you recall the circumstances of |
| 00:27:25 18 | her leaving? |
| 00:27:27 19 | A. | Yes. |
| 00:27:29 20 | Q. | What were they? |
| 00:27:20 21 | A. | I don't want to not answer your |
| 00:27:43 22 | question, but there are legal considerations that |
| 00:27:50 23 | I want to talk about before I answer that. |
| 00:27:55 24 | MS. BERG: Okay. Do you |
| 00:27:55 25 | want to confer? |

COMPU-TRAN SHORTHAND REPORTING

28

Kevin Duffy

| | |
|---|---|
| 00:27:56 2 | MR. COON: (Addressing the |
| 00:27:57 3 | witness:) Let's just step out for |
| 00:27:59 4 | a second. |
| 00:31:56 5 | (Recess taken) |
| 00:31:56 6 | CONTINUED EXAMINATION BY MS. BERG: |
| 00:32:18 7 | THE WITNESS: All right. |
| 00:32:15 8 | Could you restate the question for |
| 00:32:17 9 | me? |
| 00:32:18 10 | MS. BERG: I can't. She can |
| 00:32:19 11 | read it back for you, though. |
| 00:32:21 12 | THE WITNESS: Okay. |
| 00:32:22 13 | (Whereupon, the following portion of |
| 00:32:22 14 | the record was read back by the reporter: |
| 00:32:22 15 | Q. Do you recall the |
| 00:32:22 16 | circumstances of her leaving? |
| 00:32:22 17 | A. Yes. |
| 00:32:32 18 | Q. What were they.) |
| 00:32:32 19 | A. There were disagreements over |
| 00:32:36 20 | conditions of employment, and she left. |
| 00:32:41 21 | Q. Do you recall the nature of those |
| 00:32:43 22 | disagreements? |
| 00:32:44 23 | A. That's all I'm allowed to say on the |
| 00:32:46 24 | matter. |
| 00:32:46 25 | MS. BERG: Are you going to |

COMPU-TRAN SHORTHAND REPORTING

29

Kevin Du

1
2  instruct him not to answer?
3       MR. COON:  Yes.
4       Q.  Were the disagreements with Murnane
5  or others?
6       A.  With Murnane.
7       Q.  And yourself?
8       A.  Yes.
9       Q.  Has AmeriCor, other than in this
10  case, ever been the subject of any lawsuits?
11       A.  No.
12       Q.  Since AmeriCor came into the Putnam
13  County Correctional Facility, do you know how
14  many suicides have occurred in that facility?
15       A.  Two.
16       Q.  Other than the two actual suicides,
17  are you aware of any attempts by inmates to
18  commit suicide since you came in -- or I should
19  say, since AmeriCor came in?
20       A.  No.
21       Q.  Did you ever come to learn of an
22  attempted suicide following the suicide of
23  Norberto Rivera?
24       A.  I'm sorry; I didn't...
25       Q.  Do you recall that there came a

COMPU-TRAN SHORTHAND REPORTING

30

Kevin Duffy

1
2  point in time when Norberto Rivera committed
3  suicide?
4       A.  Yes.
5       Q.  AmeriCor was providing services at
6  that point in time; correct?
7       A.  We were providing medical and dental
8  services at the time.
9       Q.  To the facility, Putnam County?
10       A.  Yes.
11       Q.  And following that, do you recall --
12  withdrawn.
13       Did you ever come to learn that
14  after Rivera's suicide, there was another inmate
15  who attempted suicide?  Rodriguez was his last
16  name.
17       A.  I don't recall that.
18       Q.  And the other suicide was Spencer
19  Sinkov; correct?
20       A.  Yes.
21       Q.  Do you know, prior to AmeriCor
22  coming in, in July of 2003 when, if at all, the
23  Putnam County Correctional Facility had an inmate
24  who committed suicide?
25       A.  No.

COMPU-TRAN SHORTHAND REPORTING

31

Kevin Duffy

1
2       Q.  Did you ever come to learn of any
3  prior suicides at the facility?  Meaning, prior
4  to AmeriCor coming in.
5       A.  No.
6       Q.  In connection with your policy
7  manual that you drafted, did you mirror that
8  after anything or base it on anything?
9       A.  It generally follows the National
10  Commission standards.
11       Q.  Other than the National Commission
12  standards, any other standards that you mirrored
13  that policy after?
14       A.  I'm sure that there are other areas
15  that would have influenced the policy manual, but
16  it mirrors the National Commission standards.
17       Q.  Are you aware of any other policies
18  or standards that you looked at in devising the
19  AmeriCor policy manual?
20       A.  I'm sure there must have been some.
21  I don't recall specifically, off the top of my
22  head, no.
23       Q.  Are you aware of whether the County,
24  itself, has any standards or regulations
25  pertaining to the facility?

COMPU-TRAN SHORTHAND REPORTING

32

Kevin Duffy

1
2       A.  It has its own operating procedures.
3       Q.  Did you ever review those?
4       A.  I think we may have reviewed some
5  that would have had an influence on medical
6  services; but in terms of the entire manual, no.
7       Q.  When you say "we," who specifically
8  reviewed any Putnam County regs or rules?
9       A.  It would have been me and the
10  health-services administrator at the time.
11       Q.  Was that Ms. Murnane?
12       A.  Yes.
13       Q.  And do you recall anything specific
14  that you observed on your review of the Putnam
15  County regs or rules, as it pertained to anything
16  going into this manual?
17       A.  I'm not sure I understand the
18  question.
19       Q.  You indicated that you believe you
20  must have reviewed some Putnam County rules or
21  regulations pertaining to medical services;
22  correct?
23       A.  Yes.
24       Q.  Do you recall what provisions you
25  reviewed or what they stated?

COMPU-TRAN SHORTHAND REPORTING

33

Kevin Duf.

1

2    A.    Not specifically.

3    Q.    Anything in substance that you can

4    remember?

5    A.    In terms of, I guess, transportation,

6    for instance, if we needed to send somebody out

7    to the emergency room, we would have been

8    interested in what the security arrangements for

9    that were.

10    Q.    Did you ever review anything

11    pertaining to the intake or screening process for

12    a new inmate?

13    A.    I'm sure we did.

14    Q.    Do you recall actually doing that as

15    you sit here today?

16    A.    I don't remember any specific

17    instances, no.

18    Q.    Did you review any -- withdrawn.

19    Are you aware whether New York State

20    has any rules or regulations or standards, if you

21    will, pertaining to -- or which would apply to

22    the Putnam County Correctional Facility?

23    A.    They have a general set of

24    regulations.

25    Q.    And how are you aware of that?

COMPU-TRAN SHORTHAND REPORTING

34

1    Kevin Duffy

2    A.    Well, I've seen them in my work

3    within correctional facilities in New York.

4    Q.    What correctional facilities in

5    New York?

6    A.    Well, before AmeriCor was started, I

7    worked in corrections, and we had contracts in

8    various facilities in New York.

9    Q.    Okay. Were you employed by the

10    actual facility or by another company?

11    A.    No. I was employed by another

12    company.

13    Q.    What was the name of that company?

14    A.    Prison Health Services.

15    Q.    From when to when -- withdrawn?

16    What position did you have with

17    Prison Health Services?

18    A.    I was senior vice president,

19    operations.

20    Q.    From when to when?

21    A.    I worked for them for 17 years.

22    Q.    Where were they -- in what state

23    were they registered to do business or

24    incorporated, if you know?

25    A.    They were a Delaware-based

COMPU-TRAN SHORTHAND REPORTING

35

1    Kevin Duffy

2    corporation.

3    Q.    And prior to July 1, 2003, did you

4    have any other employment other than with Prison

5    Health Services in the preceding five years?

6    MR. COON: From 2003, Kim?

7    MS. BERG: Yes.

8    MR. COON: Okay.

9    Do you understand the

10    question?

11    THE WITNESS: No. From

12    2003, forward?

13    MR. COON: From 1998 to

14    2003, she wants to know if you

15    worked for anyone else, other than

16    Prison Health Services.

17    A.    I was with Correctional Medical

18    Care.

19    Q.    Do you recall what years you worked

20    for Correctional Medical Care?

21    A.    2001 to 2003.

22    Q.    What was your position there?

23    A.    Vice president.

24    Q.    What was the nature of that

25    business?

COMPU-TRAN SHORTHAND REPORTING

36

1    Kevin Duffy

2    A.    It was a correctional health-care

3    provider.

4    Q.    Did it provide health-care services

5    to county correctional facilities?

6    A.    Yes.

7    Q.    Any others?

8    A.    No.

9    Q.    How many facilities?

10    A.    Three, at the time.

11    Q.    Where were they?

12    A.    One was in New Jersey, one was in

13    New York, and one was in Pennsylvania.

14    Q.    Do you recall the names?

15    A.    Yeah. It was the Montgomery County

16    Correctional Facility in Pennsylvania, the Ulster

17    County Jail in New York, and the Atlantic County

18    Criminal Justice Facility in New Jersey.

19    Q.    And when you left the company in

20    2003, was it still in existence?

21    A.    Yes.

22    Q.    Is it still in existence today, as

23    far as you know?

24    A.    As far as I know.

25    Q.    Did you leave Correctional Medical

COMPU-TRAN SHORTHAND REPORTING

37

Kevin Duf.

1
2 Care to start up AmeriCor, Inc.?
3    A.    Yes.
4    Q.    And when was AmeriCor Incorporated?
5    A.    April of 2003, I believe.
6    Q.    Were you still working for
7 Correctional Medical Care at the time?
8    A.    No.
9    Q.    When did you stop working there?
10   A.    Just prior to starting AmeriCor.
11   Q.    And do you recall the year or years
12 you worked, or from when to when, I should say,
13 you worked for Prison Health Services?
14   A.    It's 1981 to 1998, I believe.
15   Q.    And where, if at all, did you work
16 between 1998 and 2001?
17   A.    I was in school at the time, getting
18 my master's.
19   Q.    Any employment?
20   A.    No.
21   Q.    Is Prison Health Services still in
22 business as far as you know?
23   A.    Yes.
24   Q.    And what were the circumstances of
25 you leaving there?

COMPU-TRAN SHORTHAND REPORTING

38

Kevin Duffy

1
2    A.    The company acquired another firm,
3 and they downsized.
4    Q.    And did Prison Health Services
5 provide medical services in county facilities,
6 also?
7    A.    Yes.
8    Q.    Including in New York?
9    A.    Yes.
10   Q.    During the time that you worked for
11 Prison Health Services and Correctional Medical
12 Care, where there any suicides in any of the
13 facilities that you provided medical services to?
14   A.    I'm sure --
15        MR. COON: I object to the
16        form. When you say "you," Kim —
17        MS. BERG: Meaning the
18        companies.
19        MR. COON: Meaning the
20        companies, okay. I just wanted to
21        make sure.
22   A.    Okay. Now, you lost me.
23   Q.    When you worked for Correctional
24 Medical Services -- sorry. Correctional Medical
25 Care --

COMPU-TRAN SHORTHAND REPORTING

39

Kevin Duffy

1
2    A.    Right.
3    Q.    -- were there any suicides in any of
4 the facilities that it provided services to?
5    A.    Not that I recall.
6    Q.    How about when you worked for Prison
7 Health Services?
8    A.    I'm sure there must have been over
9 18 years. I just don't recall specifically.
10   Q.    Do you recall if you had any role or
11 involvement in anything pertaining to the
12 investigation of any suicide?
13   A.    No.
14   Q.    In terms of the New York State
15 general regulations that you referred to earlier,
16 are you aware of any New York State requirements
17 for county correctional facilities?
18   A.    I don't -- I don't know that they're
19 defined as requirements. I know that there are
20 some standards that apply.
21   Q.    Do you know if those standards are
22 required to be met by the county correctional
23 facilities in New York, or are they just
24 guidelines, if you will?
25        MR. COON: If you know.

COMPU-TRAN SHORTHAND REPORTING

40

Kevin Duffy

1
2    A.    I wouldn't know how to characterize
3 them.
4    Q.    Did anybody ever provide you with
5 any information from which you can make or form
6 an opinion on whether or not those standards are
7 required to be met by county correctional
8 facilities?
9        MR. COON: Just note my
10       objection.
11       You can answer.
12   A.    The question again, please?
13       (Question read)
14   A.    Yes.
15   Q.    What information did you have?
16   A.    Well, I'm sure I have a copy of them
17 in my office.
18   Q.    And did you, therefore, form an
19 opinion as to whether or not they're required to
20 be met by county correctional facilities?
21   A.    These things are very broad and
22 cover a wide range of areas. We look at the ones
23 that affect us.
24   Q.    Did you ever look at the ones that
25 pertain to the intake or booking process?

COMPU-TRAN SHORTHAND REPORTING

41

Kevin Duff

1
00:47:24 2    A.    I'm sure I did.
00:47:25 3    Q.    Do you recall if you ever looked at
· 1:50 4    any ones pertaining to constant supervision?
.9 5    A.    I don't recall any that require
00:47:37 6    that.
00:47:35 7    Q.    Do you recall any that indicate
00:47:41 8    circumstances under which constant supervision
00:47:44 9    should be instituted?
00:47:46 10    A.    No.
00:47:45 11    Q.    Did you ever see a form from the
03:47:51 12    New York State Commission of Correction known as
00:47:55 13    the 330 ADM, which I have marked as Plaintiff's
00:47:55 14    Exhibit 1?  (Handing)
00:48:14 15    A.    I've seen a form that looks very
00:48:15 16    similar to this.
00:48:16 17    Q.    Have you ever seen that form?
03:48:19 18    A.    Like I said, I've seen forms that
00:48:06 19    are similar to this.  This specific one, I don't
00:48:29 20    know.
00:48:24 21    Q.    At the bottom, under the "Action"
00:48:31 22    section, it refers to, in substance, if somebody
00:48:35 23    scores eight or more, or any shaded boxes
00:48:52 24    checked, notify supervisor immediately and
00:48:41 25    institute constant watch.
COMPU-TRAN SHORTHAND REPORTING

---

42

Kevin Duffy

1
00:49:42 2    Do you see that portion?
00:49:43 3    A.    Yes.
00:49:43 4    Q.    Did anybody ever discuss that with
00:48:47 5    you or provide any information to you that led
00:49:50 6    you to understand the New York State Commission
00:49:54 7    of Corrections' opinion or standard, if you will,
33:49:59 8    that a incoming -- an incoming inmate who has
00:49:04 9    those criteria, should be placed on constant
00:48:07 10    watch?
00:49:09 11    MR. COON:  Note my objection.
00:49:09 12    You can answer.
08:49:14 13    A.    I don't recall any such discussion
00:49:17 14    that specifically identified the requirements of
00:49:23 15    the State of New York.
00:49:03 16    Q.    And in terms of the form -- you said
00:49:25 17    you saw a similar form.  Where did you see that?
00:49:26 18    A.    Well, it's similar to one that is
00:49:30 19    used in the Putnam facility, Putnam County
00:49:35 20    Correctional Facility.
00:49:35 21    Q.    Do you know how the form in the
s 22    Putnam County Correctional Facility differs, if
00:49:39 23    at all?
00:49:39 24    A.    It seems to me that the bottom
00:49:48 25    portion following the Total-of-Column-A section,
COMPU-TRAN SHORTHAND REPORTING

---

43

1
Kevin Duffy
00:49:52 2    is different.
00:49:54 3    Q.    Do you know if the Putnam County
00:49:56 4    Correctional Facility form has anything about
00:50:00 5    instituting constant watch on it?
00:50:02 6    A.    I don't recall any, no.
00:50:04 7    Q.    Did you have any role in devising or
00:50:06 8    in any way modifying the Putnam County form?
00:50:12 9    A.    Not that I recall.
00:50:13 10    Q.    What is the purpose of the form as
00:50:20 11    far as you understand it?
00:50:21 12    MR. COON:  Referring to the
00:50:22 13    Putnam County form?
00:50:23 14    MS. BERG:  Right.
00:50:24 15    A.    It's a initial mental health
00:50:29 16    assessment tool.
00:50:30 17    Q.    For what?  What's it used for?
00:50:04 18    A.    Oh.  It's used at the time that an
00:50:34 19    inmate is brought into the facility to determine
00:50:40 20    his general mental status.
00:50:44 21    Q.    Are there any policies or procedures
00:50:46 22    that AmeriCor has, as far as you know, with
00:50:51 23    respect to whether an inmate scores eight or
00:50:54 24    higher on the form?
00:50:57 25    A.    I don't recall specifics regarding
COMPU-TRAN SHORTHAND REPORTING

---

44

1
Kevin Duffy
00:51:05 2    it.
00:51:05 3    Q.    Are you aware of any policies that
00:51:10 4    AmeriCor has with respect to whether an inmate
00:51:13 5    has a shaded box checked?
00:51:20 6    A.    Not that I specifically recall.
00:51:25 7    Q.    Are there any AmeriCor policies
00:51:24 8    which would require constant supervision for
00:51:37 9    someone who scores eight or higher on the Suicide
00:51:47 10    Prevention Screening Guidelines?
00:51:45 11    A.    There are policies that address
00:51:45 12    mental-health issues.  I -- I don't recall one
00:51:46 13    that specifically addresses constant observation
00:52:08 14    and specific scores on this form.
00:52:09 15    Q.    Are you aware of any policies that
00:52:11 16    require constant supervision for anyone who has
00:52:16 17    one or more shaded box checked on the suicide
00:52:21 18    screening form?
00:52:21 19    A.    No.
00:52:22 20    Q.    Are you aware of any -- withdrawn.
00:52:27 21    In terms of the name of the form,
00:52:28 22    the Suicide Prevention Screening Guidelines,
00:52:33 23    that's the name of it in Putnam County, as well?
00:52:37 24    A.    I don't recall specifically what's
00:52:09 25    on top of the form.
COMPU-TRAN SHORTHAND REPORTING

45

```
               1              Kevin Duff,
00:52:40       2        Q.   Take a look, if you would, at
00:52:42       3    Exhibit 3. (Handing)
        ↲42    4        A.   (Witness complies)
        ↲3     5        Q.   Do you recognize -- just the form;
00:52:44       6    not the handwriting portion but the form, itself --
00:52:47       7    as the one that's used in Putnam County?
00:52:49       8        A.   It looks like it, yes.
00:52:50       9        Q.   Do you have any doubts?
00:52:53      10        A.   No.
00:52:53      11        Q.   At the top, what's the name of the
00:52:50      12    form?
00:52:55      13        A.   Suicide Prevention Screening
00:52:54      14    Guidelines.
00:22:58      15        Q.   Did you ever have the understanding
00:51:00      16    that that form is administered to incoming
00:53:00      17    inmates to assess whether or not they are at high
00:53:06      18    risk for suicide?
00:51:07      19        A.   Yes.
00:53:07      20        Q.   And did you ever receive any
00:53:12      21    information, in terms of total score or shaded
00:53:17      22    boxes, as to when somebody should be on notice
00:53:20      23    that an inmate is at high-risk for suicide?
00:53:23      24             MR. COON: Objection to the
00:53:24      25    form.
              COMPU-TRAN SHORTHAND REPORTING
```

46

```
               1              Kevin Duffy
00:53:24       2             You can answer.
00:53:03       3        A.   It's my understanding that if
00:53:02       4    someone scores over a certain number, that they
00:53:38       5    can be put on an observation status.
00:53:44       6        Q.   What number?
00:53:49       7        A.   Eight sounds right to me.
00:53:51       8        Q.   That's your recollection?
00:53:52       9        A.   Yes.
00:53:55      10        Q.   How about whether or not if somebody
00:53:56      11    scores a certain number, they're deemed to be a
00:53:59      12    high risk for suicide?
00:54:01      13             MR. COON: Objection to
00:54:04      14    form.
00:54:06      15             You can answer.
00:54:12      16        A.   I'm not sure that I see a difference
00:54:14      17    between that question and the earlier one.
00:54:16      18             If you score more than an eight, you
00:54:20      19    are generally put on observation because you are
00:54:23      20    perceived to be a risk to yourself.
00:54:29      21        Q.   Meaning, harming oneself or killing
        ↲      22    oneself?
00:54:30      23        A.   Yes.
00:54:50      24        Q.   And with respect to the shaded boxes,
00:54:54      25    do you have an understanding that if somebody has
              COMPU-TRAN SHORTHAND REPORTING
```

47

```
               1              Kevin Duffy
00:54:56       2    one or more shaded box, they're deemed to be a
00:54:45       3    risk of either harming themselves or killing
00:54:44       4    themselves?
00:54:48       5        A.   Yes.
00:54:48       6        Q.   Did you ever review any materials
00:54:51       7    that were provided to Putnam County Correctional
00:54:54       8    Facility employees with respect to high-risk
00:54:55       9    inmates? Rules, regulations, handbooks; anything
00:55:02      10    like that?
00:55:03      11        A.   You're asking me if I'm aware of
00:55:24      12    what county employees were provided with?
00:55:07      13        Q.   Yes.
00:55:08      14        A.   No.
00:55:04      15        Q.   Did you ever see Exhibit 9, which is
00:55:14      16    an Officer's Handbook. And I opened it to Page
00:55:11      17    17, but flip through it just so you can answer my
00:55:21      18    initial question. (Handing)
00:55:29      19             MR. COON: Take a look at
00:55:33      20             the first page, the cover page, and
00:55:28      21             then you can answer it.
00:55:27      22        A.   (Witness complies) No.
00:55:37      23        Q.   On Page 17 at the bottom under
00:55:30      24    "Supervising," do you see the section in bold?
00:55:12      25        A.   Yes.
              COMPU-TRAN SHORTHAND REPORTING
```

48

```
               1              Kevin Duffy
00:55:33       2        Q.   Did you ever receive any information
00:55:43       3    prior to today that, according to the Commission
00:55:46       4    of Correction regulations, constant supervision
00:55:48       5    should be given to all high-risk inmates?
00:55:51       6        A.   Not that I recall.
00:56:53       7        Q.   Did you ever provide any training or
00:55:57       8    require any employees of AmeriCor to attend
00:58:00       9    training on the topic of suicide prevention?
00:56:06      10        A.   You used the word "require," I
00:56:21      11    think.
00:56:22      12             Training was made available to them.
00:56:29      13        Q.   Was it mandatory?
00:56:30      14        A.   I don't recall.
00:55:31      15        Q.   When was that training made
00:56:32      16    available to AmeriCor employees?
00:56:09      17        A.   I don't recall.
00:56:38      18        Q.   How many times has that training,
00:56:40      19    suicide training, been made available to AmeriCor
00:56:43      20    employees since July 1 of '03?
00:56:45      21        A.   I don't recall.
00:56:52      22        Q.   Did you have anything to do with the
00:56:59      23    actual training?
00:57:11      24        A.   I did the initial orientation of the
00:57:14      25    staff when we started the contract. I don't
              COMPU-TRAN SHORTHAND REPORTING
```

49

Kevin Du...

2 recall everything that was in it.

3    Q.   Did you present anything at that

4 time about suicide?

5    A.   I'd have to go back and look.

6    Q.   Do you recall as you sit here now?

7    A.   Not off the top of my head.

8    Q.   What would you go back and look at?

9    A.   Probably the orientation checklist.

10   Q.   Where is that maintained currently?

11   A.   It's probably in the corporate

12 office.

13        MS. BERG:  I'm going to

14 call for the production of the

15 orientation checklist.

16        MR. COON:  Take it under

17 advisement.

18 DOCUMENT/DATA REQUESTED:_____

19   Q.   Other than during the -- possibly

20 during the orientation that you provided, were

21 you involved in any way in providing training to

22 AmeriCor employees on the topic of suicide,

23 suicide prevention?

24   A.   For me, personally, not that I

25 recall.

COMPU-TRAN SHORTHAND REPORTING

50

1        Kevin Duffy

2    Q.   Do you know who actually gave the

3 training, if any AmeriCor employees actually --

4 withdrawn.

5        Do you know if any AmeriCor

6 employees actually attended the suicide training?

7    A.   I'm sure some of them did, I don't

8 recall which ones.

9    Q.   Do you know who gave the training?

10   A.   No.

11   Q.   Are you aware of any AmeriCor

12 policies or procedures which require referrals to

13 be made to a mental-health worker or psychiatrist

14 or psychologist if an individual scores eight or

15 higher on the Suicide Prevention Screening Form?

16   A.   I suspect there is something in the

17 manual that addresses what you're talking about.

18 I don't remember the specifics.

19   Q.   Do you know if any referrals are

20 required by AmeriCor nurses during intake, based

21 on the results of the suicide screening

22 guidelines?

23   A.   I don't recall the specifics, no.

24   Q.   Do you know Susan Waters?

25   A.   Yes.

COMPU-TRAN SHORTHAND REPORTING

51

1        Kevin Duffy

2    Q.   Did you have any role in hiring her?

3    A.   Probably.

4    Q.   Do you recall one way or the other,

5 as you sit here today?

6    A.   I probably welcomed her aboard when

7 she was hired.

8    Q.   Who has the decision-making ability

9 to hire a nurse for AmeriCor?

10   A.   The health-services administrator.

11   Q.   Are you required, as the president,

12 to approve that action?

13   A.   I am not required to approve it,

14 although it generally happens.

15   Q.   Do you recall if in Ms. Waters'

16 case, you approved her hire?

17   A.   No.

18   Q.   As a matter of practice, does

19 AmeriCor perform any kind of background checks on

20 the nurses that it employs?

21   A.   We confirm their licenses and on an

22 as-needed basis conduct reference checks and so

23 forth.  We do not do a background, criminal

24 background check on them.

25   Q.   Do you recall learning anything

COMPU-TRAN SHORTHAND REPORTING

52

1        Kevin Duffy

2 about Susan Waters' nursing license at any point

3 in time?

4    A.   I'm not sure I understand the

5 question.

6    Q.   Did you ever learn that her nursing

7 license was suspended?

8    A.   No.

9    Q.   Or that she was on probation for any

10 period of time?

11   A.   No.

12   Q.   Do you recall if you had any role in

13 hiring Peter Clarke?

14   A.   The situation would be the same as

15 with Waters.  It seems to me that they have been

16 with the company for a while.

17   Q.   Do you recall anything about whether

18 or not anything turned up his license?

19   A.   No.

20   Q.   Are AmeriCor employees evaluated in

21 any formal way - job performance review or

22 anything else?

23   A.   Yes.

24   Q.   Are they in writing?

25   A.   Yes.

COMPU-TRAN SHORTHAND REPORTING

53

Kevin Duffy

01:01:58 2  Q. How often are those job performance
05:52:02 3  reviews done?
"  4  A. Generally, annually.
:s 5  Q. Do you review the formal job
01:02:1: 6  performance evaluation for each of the nurses?
01:02:14 7  A. Yes.
01:02:14 8  Q. Do you recall anything about
01:02:16 9  Susan Waters' evaluations?
01:02:19 10  A. No.
01:02:30 11  Q. Do you recall anything about
01:02:21 12  Peter Clark's evaluations?
01:02:23 13  A. No.
01:02:23 14  Q. And for how long has AmeriCor
01:02:25 15  evaluated the job performance of its nurses in a
35:02:30 16  formal, written basis?
01:02:03 17  A. How long has the company been doing
01:02:36 18  it?
01:02:36 19  Q. Yes.
01:02:38 20  A. Since we started.
01:02:33 21  MS. BERG: I'm going to
01:02:39 22  call for the production of the job
01:02:43 23  performance evaluations for Waters and
01:02:43 24  Clarke.
01:02:45 25  MR. COON: Take it under

COMPU-TRAN SHORTHAND REPORTING

54

Kevin Duffy

01:02:48 2  advisement.
01:02:45 3  DOCUMENT/DATA REQUESTED:_____
01:02:52 4  Q. Are you aware of any policies or
01:02:54 5  procedures with respect to what AmeriCor nursing
01:02:55 6  staff is required to do if they actually see an
01:03:05 7  inmate within four hours of them coming into the
01:03:07 8  facility?
01:03:10 9  A. Yes.
01:03:12 10  Q. What are they required to do?
01:03:14 11  A. If, on evaluation, they see an
01:03:27 12  inmate at commitment who is ill or injured, they
01:03:31 13  would perform an evaluation and determine whether
01:03:38 14  or not that person needed to be seen immediately,
01:03:42 15  could be handled there in the facility by the
01:03:44 16  nurse, or should be referred to one of the
01:03:48 17  physician staff.
01:03:59 18  Q. Anything else that the nursing staff
01:04:01 19  is required to do if they actually see the inmate
01:04:05 20  within four hours of the inmate coming in?
01:04:17 21  A. It would depend on what was on --
; 22  what they found. But for instance, if an inmate
01:04:19 23  came in and said he was on medication, they would
01:04:28 24  attempt to verify that.
01:04:55 25  Q. Anything else that the nurse is

COMPU-TRAN SHORTHAND REPORTING

55

Kevin Duffy

01:04:07 2  required to do by either AmeriCor policy or
01:04:40 3  procedure on the intake of an inmate when they
01:04:42 4  actually see that inmate?
01:04:46 5  A. Not that I recall.
01:04:46 6  Q. Are they required to perform any
01:04:49 7  kind of a medical assessment themselves -
01:04:52 8  examination or otherwise?
01:04:56 9  A. Well, they do a general health
01:04:57 10  assessment. They ask if the inmate is on any
01:05:02 11  medications, or if he has any medical conditions
01:05:09 12  that the staff needs to be aware of, or those
01:05:12 13  types of things.
01:05:12 14  Q. Are they required to ask about drug
01:05:15 15  use or alcohol use?
01:05:17 16  A. As I recall, yes.
01:05:18 17  Q. That's in the policy?
01:05:20 18  A. It's on the form.
01:05:26 19  Q. Is this a form that the AmeriCor
01:05:27 20  nurse actually administers, or does somebody else
01:05:30 21  administer it?
31:55:32 22  A. It can be both.
01:05:35 23  Q. Other than AmeriCor, what's the
01:55:37 24  other?
01:05:38 25  A. It can be the correctional officer

COMPU-TRAN SHORTHAND REPORTING

56

Kevin Duffy

02:00:40 2  in the booking unit.
01:05:45 3  Q. Do you know in practice what
01:05:44 4  actually happens - whether it's the AmeriCor
01:05:51 5  staff person or the correction officer who
01:05:55 6  administers the medical form?
01:06:58 7  A. Generally, all the forms are filled
01:05:59 8  out by the correctional officer.
01:06:02 9  Q. And are you aware of any requirement
01:06:01 10  that a nurse actually see an inmate within four
01:05:09 11  hours to perform a cursory examination, which
01:06:00 12  would include vital signs?
01:05:12 13  MR. COON: Objection to the
01:06:13 14  form.
00:06:13 15  You can answer.
01:06:15 16  A. The nurse is required, as I
01:06:25 17  indicated earlier, to either see the inmate or
31:06:27 18  review the record within four hours. In fact,
01:06:53 19  the nurse performs -- conducts a review and does
01:06:39 20  vital signs on every inmate that comes into the
01:06:42 21  facility now.
01:06:43 22  Q. Since when?
01:06:40 23  A. I would hazard a guess - a year and
01:07:02 24  a half.
01:07:02 25  Q. Was that a change or amendment to

COMPU-TRAN SHORTHAND REPORTING

57

**Kevin Dun.**

01:37:05 2   AmeriCor policy at that time?

01:07:07 3     A.   Yes.

:07 4     Q.   And do you recall, prior to a year

:1 5   and a half ago, was the nurse required to check

01:07:14 6   incoming inmates' vital signs?

01:07:20 7     A.   **They weren't required to do it, no.**

01:07:22 8     Q.   In practice, do you know if they did?

01:07:26 9     A.   **They did it on an as-needed basis.**

01:07:30 10     Q.   Is it fair to say that since this

01:07:30 11   policy was changed about a year or a year and a

01:07:35 12   half ago, AmeriCor nursing staff will always,

01:07:38 13   therefore, physically see an incoming inmate?

01:07:42 14     A.   Yes.

01:07:43 15     Q.   And is that within four hours of the

01:07:46 16   person coming into the facility or being booked?

01:07:48 17     A.   Yes.

01:07:49 18     Q.   Is the nurse, since the last year

01:08:02 19   and a half, required to also conduct a review of

01:08:07 20   the paperwork that's completed, let's say, by the

01:08:10 21   correction officer?

01:08:16 22     A.   **You narrowed your question to the**

01:08:20 23   **last year and a half?**

01:08:21 24     Q.   Yes. In other words, since they are

01:08:20 25   actually required to see the inmate a year and a

*COMPU-TRAN SHORTHAND REPORTING*

---

58

**Kevin Duffy**

01:08:33 2   half ago --

01:08:34 3     A.   **Right.**

37:38:34 4     Q.   -- are they still required to also

01:08:36 5   review the paperwork pertaining to the inmate?

01:08:39 6     A.   **Oh. Yes.**

00:08:40 7     Q.   Is that within the four-hour period,

01:08:43 8   as well?

01:08:43 9     A.   **Yes.**

31:38:46 10     Q.   What is the purpose of having the

01:08:46 11   nursing staff review the paperwork pertaining to

01:08:50 12   the inmate?

01:08:50 13     A.   **Well, if an inmate indicated that he**

01:00:57 14   **was on medications, for instance, during the**

01:09:00 15   **initial questioning, the nurse would follow up to**

01:09:02 16   **find out what medication the inmate was on, and**

01:09:06 17   **if continuation was necessary, and so forth.**

01:09:12 18     Q.   Prior to the change in policy where

01:09:14 19   now nurses see, actually see the inmates or are

01:09:18 20   required to see the inmates, before that time

01:09:23 21   that a nurse conducted only a review of the

:3 22   paperwork, what, if anything, were they required

01:09:26 23   to do at that point?

01:09:25 24     MR. COON:   Objection to

01:09:28 25   form.

*COMPU-TRAN SHORTHAND REPORTING*

---

59

**Kevin Duffy**

01:09:32 2   You can answer.

01:09:38 3     A.   **Well, they would be required to**

37:59:42 4   **follow up on information on an as-needed basis.**

01:09:43 5   **Again, if an inmate claimed that he was taking**

01:09:51 6   **insulin, for instance, the nurse would follow up**

01:09:54 7   **to find out how much he was taking, when the last**

01:09:58 8   **dose was; making sure that it was continued and**

01:10:02 9   **so forth.**

01:12:04 10     Q.   You indicated that part of the

01:10:08 11   screening form has question areas pertaining to

01:10:11 12   drug or alcohol use.

01:10:12 13     A.   Yes.

01:10:12 14     Q.   What are AmeriCor nursing staff

01:10:15 15   required to do, by either policy or procedure, if

01:12:19 16   an inmate indicates recent drug or alcohol use?

01:10:23 17     A.   **Well, they would see the inmate and**

:10:27 18   **attempt to confirm what the inmate was reporting,**

01:10:33 19   **and then determine whether or not the inmate**

01:10:36 20   **needed to be seen by the physician or whether**

00:10:42 21   **there were -- whether there was any evidence to**

01:10:54 22   **support what the inmate was saying.**

01:10:57 23     Q.   And when you say the nurse has to

01:11:02 24   attempt to confirm, is that by a verbal

01:11:02 25   discussion with the inmate?

*COMPU-TRAN SHORTHAND REPORTING*

---

60

**Kevin Duffy**

01:11:54 2     A.   **It can be.**

01:11:04 3     Q.   Any other means?

01:11:07 4     A.   **Well, if the inmate brings**

07:11:16 5   **medications in with him, for instance; those**

01:11:20 6   **would be provided to the nurse so that she could**

01:11:22 7   **then confirm the validity of the prescriptions.**

01:11:26 8     Q.   What about with respect to illegal

01:11:29 9   drug or alcohol use?

01:11:31 10     A.   **That's -- she would attempt to**

01:11:45 11   **identify or verify what the inmate was telling**

01:11:51 12   **her.**

01:11:52 13     Q.   Are the nursing staff required, by

01:11:54 14   policy or procedure, to ask the inmate about what

01:11:55 15   type of drug, or the nature and frequency of use

01:12:00 16   of that drug?

01:12:03 17     A.   Yes.

01:12:04 18     Q.   Are they required to find out when

01:12:07 19   the inmate last used the drug?

01:12:09 20     A.   To the best of their ability, yes.

01:12:11 21     Q.   By questioning the inmate?

01:12:12 22     A.   Yes.

01:12:13 23     Q.   And are the nursing staff required

01:12:16 24   to document in any way their initial assessment

01:12:19 25   of an inmate, say, within the first four hours?

*COMPU-TRAN SHORTHAND REPORTING*

61

Kevin Duff,

01:12:23  2    A.    Yes.

01:12:24  3    Q.    What are the documents they're

1:26     4    required to create?

a        5    A.    Well, aside from the ones that

01:12:35  6    you've showed me, any other information would be

01:12:34  7    entered into the permanent medical record as a —

01:12:30  8    probably a Progress Note.

01:12:49  9        Q.    So, in addition to the Putnam County

01:12:43 10    forms that the COs administer, what records does

01:12:48 11    AmeriCor require the nursing staff maintain?

01:12:03 12        A.    Well, every inmate has to have a

01:12:55 13 . medical file.

01:12:55 14        Q.    What's in the medical file?

01:12:57 15        A.    Well, it starts with the forms that

01:12:00 16    you were just talking about - the intake

01:13:03 17    screening forms - and then documents are added as

01:13:08 18    needed. For instance, if the nurse had some

01:13:13 19    observations, she would put them on a Progress

01:13:15 20    Note and that would become part of the record.

01:13:19 21    If the inmate got medications while he was in the

01:13:20 22    facility, those would be documented, and that

01:13:27 23    would become part of the record.

01:13:29 24        Q.    There's a Medication Administration

01:13:34 25    Record?

COMPU-TRAN SHORTHAND REPORTING

62

1                    Kevin Duffy

01:13:34  2    A.    Yes.

01:13:34  3    Q.    And in terms of the Progress Notes,

01:13:39  4    are these required by the nursing staff whenever

01:13:41  5    they assess or evaluate an inmate?

01:13:44  6    A.    Yes.

01:13:44  7    Q.    Are they required — for actions

01:13:47  8    that the nursing staff takes, such as when they

01:13:50  9    refer the inmate to a psychiatrist or mental-

01:13:55 10    health worker, are they required to document it

01:13:57 11    in a Progress Note?

01:14:00 12        A.    Generally, yes.

01:14:01 13        Q.    Anything else that goes in a

01:14:07 14    Progress Note?

01:14:00 15        A.    Anything that's applicable to the

01:14:00 16    inmate's health care would go into the file in

01:14:12 17    one form or another.

01:14:13 18        Q.    And in terms of the Progress Notes,

01:14:15 19    is this on a form that's already prepared, and

01:14:17 20    they simply write in the date and their

01:14:21 21    observations?

2 22        A.    It's a preprinted form that they

01:14:25 23    utilize, yes.

01:14:26 24        Q.    And with respect to the nurses when

01:14:32 25    they come on staff, on shift, say a Progress Note

COMPU-TRAN SHORTHAND REPORTING

63

1                    Kevin Duffy

01:14:35  2    is already existing in an inmate's medical file,

01:14:38  3    do they write on the same sheet of paper in

01:14:43  4    chronological order, or do they create a separate

01:14:43  5    sheet for their entry?

01:14:49  6    A.    I'm not sure I understand what

01:14:50  7    you're asking me.

01:14:51  8        Q.    In other words, let's assume an

01:14:53  9    inmate comes in, and on the initial screening,

01:14:55 10    the nurse writes a Progress Note.

01:14:51 11        A.    Um-hum.

01:14:57 12        Q.    That nurse goes off shift and a new

01:15:00 13    nurse comes on shift and sees the inmate and also

01:15:03 14    has to write a Progress Note. Is the second

01:15:07 15    shift, that nurse's Progress Note, noted on the

01:15:09 16    same form as the intake Progress Note, or is it

01:15:13 17    on a completely separate sheet?

01:15:17 18        A.    The Progress Notes follow

01:15:20 19    chronologically; so, whatever entry is made,

01:15:22 20    would be made on the same sheet, unless the sheet

01:15:30 21    were full and another one were needed.

01:15:30 22        Q.    And with respect to referrals, are

01:15:32 23    there any forms that you're aware of that nursing

01:15:36 24    staff completes to refer somebody for, for

01:15:39 25    example, mental-health evaluation or a

COMPU-TRAN SHORTHAND REPORTING

64

1                    Kevin Duffy

01:15:42  2    psychiatrist or psychologist?

01:15:44  3    A.    The inmate's name would probably

01:15:47  4    show up on the shift report as having been seen

01:15:50  5    and needing to be seen by someone else.

01:15:52  6    Q.    What is a shift report?

01:15:58  7    A.    The shift report is a — basically,

01:16:50  8    a summary sheet. It shows who was seen and why

01:16:03  9    and what supplies are needed. If there are any

01:16:17 10    particular cases that need attention.

01:16:17 11        Q.    And in terms of the shift report,

01:16:20 12    are they prepared on each shift?

01:16:22 13        A.    Yes.

01:16:22 14        Q.    And where do the Shift Reports go

01:16:25 15    once they're prepared?

01:16:28 16        A.    Well, they're kept in a three-ring

01:16:37 17    binder at the nursing station.

01:16:38 18        Q.    Are you familiar with the fact that

01:16:30 19    inmates in the Putnam County Correctional

01:16:42 20    Facility are sometimes placed on a heightened

01:16:45 21    level of supervision, such as a 15-minute watch,

01:16:49 22    or constant supervision?

01:16:45 23        A.    Yes.

01:16:20 24        Q.    Is anything supposed to be noted on

01:16:52 25    the shift report for inmates who are on those

COMPU-TRAN SHORTHAND REPORTING

65

Kevin Duffy

1
2  heightened levels of supervision?
3      A.  It would be my expectation that if
4  somebody were put on an observation status, that
5  that would be noted on the shift report.
6      Q.  Do you know if it's required by
7  reason of any AmeriCor policy or procedure?
8      A.  Not specifically.
9      Q.  And in terms of the shift report, is
10  that available for the nurse who is coming onto
11  the next shift?
12      A.  Yes.
13      Q.  Are they required to review the
14  shift report?
15      A.  Yes.
16      Q.  Is there any other -- are there any
17  other steps that the outgoing nurse would perform
18  to make the incoming nurse aware of what happened
19  on the shift?
20      A.  Basically, all of the information
21  that needs to be transferred is on that sheet.
22      Q.  Are you aware of any requirement
23  that nursing staff document the date and time
24  that they review the medical intake forms?
25      A.  Yes.

COMPU-TRAN SHORTHAND REPORTING

66

Kevin Duffy

1
2      Q.  Are you aware of any policies or
3  procedures with respect to AmeriCor nurses that,
4  if they failed to note the date and time of their
5  review, it's equivalent to not having reviewed
6  the forms?
7      A.  No.
8          MS. BERG:  Let me have
9          marked as Plaintiff's Exhibit
10          Number 22 a copy of a January 22,
11          2004, memo from Michelle Murnane to
12          All Staff.
13          (Whereupon, eight-page 1/22/04 memo
14          from Michelle Murnane to All Staff was
15          marked as Plaintiff's Exhibit No. 22, for
16          id.)
17      Q.  Have you ever seen this document
18  before?
19      A.  Probably.
20      Q.  Are you aware, from time to time,
21  the health-services administrator sends memos to
22  the nursing staff?
23      A.  Yes.
24      Q.  And in the first paragraph of
25  Exhibit 22, referring to documentation, it

COMPU-TRAN SHORTHAND REPORTING

67

Kevin Duffy

1
2  states, "All documentation entries must show a
3  date, time and signature."
4      A.  Yes.
5      Q.  Next couple of lines down:  "This is
6  required in order to show compliance with the
7  contract's requirement that inmates be seen or
8  intake screenings be reviewed within four hours
9  of an inmate's commitment to the facility.
10  Failure to show a time on the screening form,
11  indicates noncompliance with that four-hour
12  requirement."
13          Do you see that?
14      A.  Yes.
15      Q.  Does that refresh your recollection
16  as to any policies or procedures AmeriCor has
17  with respect to if a nurse fails to note the date
18  and time of their review, it's equivalent to not
19  having reviewed the form?
20      A.  I don't know that it refers
21  specifically to any policy or procedure --
22      Q.  Well, did you understand --
23      A.  -- but it is a general understanding.
24      Q.  I'm sorry.
25          Is it a requirement of nursing staff

COMPU-TRAN SHORTHAND REPORTING

68

Kevin Duffy

1
2  to document the date and time of review?
3      A.  The nursing staff are generally
4  required to date and time anything that they do.
5      Q.  Would that also be the date and time
6  that they reviewed the medical intake forms?
7      A.  Yes.
8      Q.  Let me show you Exhibit 7, which is
9  the Inmate Medical Intake Record, the first two
10  pages of it, at least.  (Handing)
11          Do you recognize the form; not
12  necessarily the handwriting, but the form?
13      A.  Yes.
14      Q.  That's part of the initial screening
15  packet that's given to a new inmate?
16      A.  Okay.
17      Q.  Is that true?
18      A.  Yes.
19      Q.  And is the Suicide Prevention
20  Screening Guidelines, Exhibit 3, part of that
21  packet?
22      A.  Yes.
23      Q.  And when the nursing staff conducts
24  the review of the medical intake, do they also
25  review the Suicide Prevention Screening

COMPU-TRAN SHORTHAND REPORTING

69

1                              Kevin Duffy
2    Guidelines?
3         A.   Yes.
4         Q.   That's required by reason of
5    AmeriCor's policies; correct?
6         A.   Yes.
7         Q.   On the first page of Exhibit 7, do
8    you see at the bottom right there's a -- what
9    looks like a stamp or a rectangle, if you will,
10   with an arrow?
11        A.   Yes.
12        Q.   Do you recognize the handwriting in
13   that?
14        A.   Yes.
15        Q.   Whose is that?
16        A.   Peter Clarke's.
17        Q.   And what does it indicate in that
18   box?
19        A.   It indicates that he reviewed the
20   record on May 20 of '06.
21        Q.   Is there any time noted?
22        A.   No.
23        Q.   Did you ever have any occasion to
24   personally counsel or cause somebody to counsel
25   Paul Clarke for failing to note the time that he

                    COMPU-TRAN SHORTHAND REPORTING

70

1                              Kevin Duffy
2    reviewed Sinkov's record?
3         A.   Peter Clarke. And the answer is, no.
4         Q.   Was any action taken with respect to
5    Clarke for failing to document the timing of any
6    of his entries at any point?
7         A.   Not that I'm aware of.
8              (Cell phone interruption)
9              We are going to take a break at some
10   point, aren't we?
11             MS. BERG: Do you need one
12             right now?
13             THE WITNESS: I don't need
14             one right now, but we've been at it
15             for two hours.
16             MS. BERG: I'm fine if you
17             want to take a five-minute break.
18             I have no problem with that.
19             MR. COON: Do you want to
20             take a break?
21             THE WITNESS: Yes, why don't
22             we.
23             (Recess taken from 11:32 to 11:43 a.m.)
24   CONTINUED EXAMINATION BY MS. BERG:
25        Q.   Did you ever see the actual medical

                    COMPU-TRAN SHORTHAND REPORTING

71

1                              Kevin Duffy
2    intake forms for Spencer Sinkov prior to today?
3         A.   Yes.
4         Q.   Do you recall when for the first
5    time?
6         A.   No.
7         Q.   Do you recall why you reviewed them?
8         A.   Well, there was an inmate death,
9    so...
10        Q.   So, you reviewed it because of that?
11        A.   Yes.
12        Q.   And when you reviewed it, did you
13   follow up with anybody? Ask questions? Anything?
14        A.   I'm sure I did.
15        Q.   Do you recall who you spoke with?
16        A.   I probably spoke with members of my
17   staff.
18        Q.   Do you recall, as you sit here
19   today? You're saying "probably."
20        A.   Well, I'm sure I would have talked
21   with the health-services administrator.
22        Q.   I don't want you to guess.
23             Who did you speak with?
24        A.   I don't know specifically.
25        Q.   Do you recall in substance anything

                    COMPU-TRAN SHORTHAND REPORTING

72

1                              Kevin Duffy
2    that you asked?
3         A.   Generally, I reviewed the
4    circumstances of the death.
5         Q.   Do you recall anything that you
6    specifically focused on?
7         A.   No.
8         Q.   Do you recall anything that was
9    communicated to you?
10        A.   Not specifically, no.
11        Q.   Did you review anything to prepare
12   for today's deposition?
13        A.   No.
14             MS. BERG: I'm going to have
15             marked, as Exhibit 23, a copy of a
16             memo from Richard DiMattio to All
17             Nursing Staff, dated November 9, '04.
18             (Whereupon, one-page 11/9/04 memo from
19             Richard DiMattio to All Nursing Staff, was
20             marked as Plaintiff's Exhibit No. 23, for
21             id.)
22        Q.   Did you ever see Exhibit 23 before
23   today?
24        A.   I don't recall this specific
25   document, no.

                    COMPU-TRAN SHORTHAND REPORTING

73

## Kevin Du...

1
2    Q. On the bottom it says, "On the Shift
3 Reports, please include 15-minute checks and
4 constant watch."
5      Do you see that?
6    A. Yes.
7    Q. It also says, "If you see an inmate
8 in Medical, please document this on the shift
9 report sheet as nurse sick call or NSC."
10      Do you see that?
11    A. Yes.
12    Q. Were you aware of those
13 requirements?
14    A. Yes.
15    Q. And with respect to the 15-minute
16 checks and constant watch, do AmeriCor nurses
17 have the authority to implement those watches?
18    A. Yes.
19    Q. Under what circumstances?
20    A. If they evaluate an inmate and
21 believe that he or she is a risk to themselves,
22 they can institute a watch.
23    Q. On what do they base that, if
24 anything?
25    A. Their general nursing assessment
*COMPU-TRAN SHORTHAND REPORTING*

---

75

## Kevin Duffy

1
2 Spencer Sinkov's admission to the facility, if
3 there was any shift report noting whether or not
4 he was on 15-minute or constant watch?
5    A. No.
6    Q. Did you ever review any shift report
7 from that day, which was May 20th, 2006?
8    A. I'm sure I did.
9    Q. Do you recall which nurse completed
10 this shift report?
11    A. No.
12    Q. Do you recall who the intake nurse was?
13    A. No.
14    Q. Do you remember if it was Peter Clarke?
15    A. Yes. The intake nurse?
16    Q. Yes.
17    A. Yes.
18    Q. Did you ever see a shift report
19 prepared by Peter Clarke for the May 19th to
20 May 20th shift?
21    A. I'm sure I did.
22      MS. BERG: I'm going to call
23 for the production of Clarke's
24 shift report.
25      MR. COON: I'll take it
*COMPU-TRAN SHORTHAND REPORTING*

---

74

## Kevin Duffy

1
2 skills.
3    Q. Are they required to base it in any
4 way on the Suicide Prevention Screening Form?
5    A. They can.
6    Q. Are they required to base it in any
7 way on the incoming inmate's history of drug or
8 alcohol use?
9    A. They can.
10    Q. Is there any type of written
11 guideline or criteria, if you will, that a nurse
12 is supposed to use in terms of the Suicide
13 Prevention Screening Form when making a decision
14 on the level of supervision?
15    A. I'd have to refer to the Policy
16 Manual.
17    Q. You don't know, offhand?
18    A. No.
19    Q. And with respect to drug and alcohol
20 use, are you aware of any guidelines or criteria
21 that a nurse is provided with to make a
22 determination as to the level of supervision?
23    A. Again, I'd have to look at the
24 Policy Manual.
25    Q. Do you recall if, in connection with
*COMPU-TRAN SHORTHAND REPORTING*

---

76

## Kevin Duffy

1
2 under advisement.
3 *DOCUMENT/DATA REQUESTED:*
4      MS. BERG: May I have
5 marked as Exhibit 24 a copy of a
6 November 27, 2006, memo from Rich
7 to All Staff.
8      (Whereupon, one-page 11/27/06 memo
9 from Rich to All Staff was marked as
10 Plaintiff's Exhibit No. 24, for id.)
11    Q. Have you ever seen that memo from
12 Rich to the staff?
13    A. I don't recall specifically seeing
14 this one.
15    Q. Do you see at the bottom where it
16 has a facsimile transmission, November 28, 2006,
17 from AmeriCor, Inc., an (845) 226 number?
18    A. Yes.
19    Q. To the number, (1) (302) 366-1465?
20    A. Yes.
21    Q. Do you recognize the (302) phone
22 number?
23    A. Yes.
24    Q. What is that?
25    A. It's my fax number.
*COMPU-TRAN SHORTHAND REPORTING*

77

Kevin Du.

01:42:0x 2    Q.    At AmeriCor?

01:42:05 3    A.    Yes.

01:42:0x 4    Q.    Does that refresh your recollection

01:42:0x 5    as to whether or not you ever saw this?

01:42:00 6    A.    If it came in to 1465, I'm sure I

01:42:13 7    saw it. I don't recall this specific document.

01:42:16 8    Q.    The fourth paragraph, it indicates

01:42:19 9    "Vital signs are to be done on all new inmates in

01:42:24 10    booking."

01:42:24 11    A.    Yes.

01:42:20 12    Q.    Is this the timing of when the

01:42:25 13    policy came into effect requiring vitals be done

01:42:30 14    within the four hours of intake?

01:42:35 15    A.    Probably.

01:42:35 16    Q.    Do you recall one way or the other?

01:42:37 17    A.    No.

01:42:38 18    Q.    It also says, "If there are any

01:42:41 19    concerns at booking related to mental health or

01:42:45 20    medical, let the shift sergeant know ASAP."

07:42:50 21    Do you see that?

01:42:50 22    A.    Yes.

01:42:50 23    Q.    Was that a new policy or procedure,

01:42:50 24    as far as you know?

01:42:51 25    A.    No.

COMPU-TRAN SHORTHAND REPORTING

78

1    Kevin Duffy

01:42:54 2    Q.    That had always been in existence?

01:42:57 3    A.    Yes.

07:43:01 4    Q.    Are there any policies or procedures

01:43:01 5    with respect to when an inmate will be seen again

01:43:11 6    by nursing staff after the intake, after the

07:43:0x 7    initial assessment?

01:43:22 8    A.    Are you asking if there are specific

01:43:2x 9    policies and procedures?

01:43:27 10    Q.    Yes.

01:43:01 11    A.    None that I recall specifically.

01:43:52 12    MS. BERG: I'm going to have

01:43:54 13    marked as Exhibit 25, a copy of

01:43:57 14    documents that were produced by

07:43:59 15    AmeriCor, Bates stamped 541 to 627.

01:44:00 16    (Whereupon, packet of AmeriCor-

01:44:34 17    produced documents was collectively marked

01:44:38 18    as Plaintiff's Exhibit No. 25, for id.)

01:44:30 19    Q.    Just take a look, if you would, at

01:44:34 20    the pages that I had marked as Exhibit 25. The

01:44:40 21    first is Schedule A, the Putnam County insurance

: 22    requirements; and a few pages after that, the

01:44:46 23    certificates of insurance.

01:44:47 24    Do you see that?

01:44:47 25    A.    Yes.

COMPU-TRAN SHORTHAND REPORTING

79

Kevin Duffy

01:44:46 2    Q.    Do you recall that you submitted

01:44:49 3    them to the county as part of the contract that

01:44:52 4    you entered into?

07:44:52 5    A.    Yes.

01:44:52 6    Q.    And at page Bates stamped 545,

01:45:01 7    Schedule A, Scope of Services --

01:45:05 8    A.    Yes.

01:45:05 9    Q.    Do you see that document?

01:45:00 10    A.    Yes.

01:45:07 11    Q.    Is that also something that you

01:45:0x 12    submitted to the county, describing the services

01:45:11 13    that AmeriCor would provide as part of the

01:45:14 14    contract?

01:45:15 15    A.    Yes.

01:45:15 16    Q.    At the page which is Bates stamped

01:45:26 17    557, at the bottom --

01:45:32 18    MR. COON: Kim, can we just

01:45:33 19    back up because you said, is that

01:45:05 20    something he provided to the county

01:45:52 21    at the time of the contract?

01:45:38 22    MS. BERG: Right.

01:45:06 23    MR. COON: I think there's

01:45:19 24    addendums to it in this document,

01:45:41 25    in the exhibit, in the back.

COMPU-TRAN SHORTHAND REPORTING

80

1    Kevin Duffy

01:45:41 2    MS. BERG: Okay.

01:45:42 3    MR. COON: So, I think that

01:45:46 4    that probably isn't accurate. You

21:45:47 5    may want to just ask him --

01:42:41 6    MS. BERG: Well, I meant,

02:45:50 7    really, just that outline.

01:45:41 8    MR. COON: Okay, sure. I

01:45:52 9    just think the question wasn't

00:45:53 10    clear. I'm just saying, looking

01:45:55 11    at the back, there's addendums.

01:45:57 12    MS. BERG: All right.

01:45:57 13    Q.    Mr. Duffy, do you understand that

01:45:03 14    Exhibit 25 is a compilation of documents, not

01:46:33 15    just one? Is that fair to say?

01:46:04 16    A.    Yes.

01:49:04 17    Q.    And with respect to the Schedule A,

01:46:06 18    which starts at Page 545 -- it's a three-page

01:46:30 19    outline there.

01:46:13 20    Do you see that?

01:46:15 21    A.    Yes.

01:46:12 22    Q.    Did you submit that Scope-of- Services

01:46:14 23    outline to the County of Putnam?

01:46:16 24    A.    Yes.

01:46:16 25    Q.    And part of that included the page

COMPU-TRAN SHORTHAND REPORTING

81

Kevin Duffy

```
01:45:22   2   Bates stamped 557 to 558, regarding Receiving
01:45:29   3   Screening?
   ·29      4        A.   Okay.
     ⅃      5        Q.   Correct?
01:46:33   6        A.   You're asking if this is part of
01:46:34   7   what I submitted?
01:46:35   8        Q.   Yes.
01:46:35   9        A.   Yes.
01:46:36  10        Q.   Was this part of the contract that
01:46:37  11   you entered into?
01:46:51  12        A.   Yes.
01:46:29  13        Q.   And in terms of the Receiving
01:46:42  14   Screening at the bottom of Page 557, it indicates
01:46:46  15   that "A registered nurse will then review these
01:46:48  16   forms and, as necessary, perform additional
01:46:54  17   evaluations and tuberculosis screening within
01:46:58  18   four hours."
01:46:58  19             Do you see that?
01:46:59  20        A.   Yes.
01:46:59  21        Q.   It then indicates, "The Receiving
01:47:02  22   Screening will, at minimum, include the
01:47:04  23   following:"  And then, there are numbers one
01:47:05  24   through six.
01:47:07  25        A.   Yes.
```

COMPU-TRAN SHORTHAND REPORTING

82

Kevin Duffy

```
01:47:07   2        Q.   Are those receiving-screening
01:47:11   3   minimums done by the AmeriCor staff, the
01:47:11   4   corrections personnel, or both?
01:47:22   5        A.   Both.
01:47:23   6        Q.   With respect to number two:
01:47:24   7   "Behavior observations, including whether the
01:47:29   8   inmate is under the influence of alcohol or drugs
01:47:32   9   or in need of detoxification."
01:47:33  10             Do you see that?
01:47:38  11        A.   I'm sorry.  Where are you at?
01:47:37  12        Q.   Number two, under the minimum.
01:47:39  13        A.   Okay.  And the question was?
01:47:43  14        Q.   The question is, first, do you see
01:47:46  15   where I'm talking about?
01:47:46  16        A.   Yes.
01:47:46  17        Q.   And is the AmeriCor nursing staff
01:47:49  18   required to note what they observe and what they
01:47:53  19   learn with respect to inmates who are under the
01:47:56  20   influence of alcohol or drugs or in need of
01:47:56  21   detoxification?
      :22        A.   Yes.
01:48:02  23        Q.   Where do they note that?
01:48:04  24        A.   If it cannot specifically be entered
01:48:08  25   on the form, then it would be in the Progress
```

COMPU-TRAN SHORTHAND REPORTING

83

Kevin Duffy

```
01:45:12   2   Note that we discussed earlier.
01:48:13   3        Q.   If it is entered on the form, are
01:48:15   4   they required to repeat any of that information
01:48:13   5   in the Progress Note?
01:48:20   6        A.   If clarification or additional
01:48:27   7   information is required, it would be in the
01:48:30   8   Progress Note.
01:48:30   9        Q.   The next paragraph, which starts, "A
01:48:34  10   registered nurse will promptly review..."
01:48:38  11             Do you see that paragraph?
01:48:38  12        A.   Yes.
01:48:39  13        Q.   "Any..."  I'm going to read from it:
01:48:45  14   "Any inmate with a mental-health condition will
01:48:49  15   be referred to mental-health personnel for
01:48:51  16   evaluation and treatment.  Inmates that receive a
01:48:54  17   suicide screen score of eight or higher, or who
01:48:57  18   answer yes to questions one, eight, nine, 10B,
01:48:05  19   11, or 16B, will be referred to mental-health
01:49:11  20   staff for further evaluation."
01:49:13  21             Do you see that?
01:49:13  22        A.   Yes.
01:49:14  23        Q.   When is the mental-health staff
01:49:16  24   required to refer inmates who have met those
01:49:27  25   criteria to mental health?
```

COMPU-TRAN SHORTHAND REPORTING

84

Kevin Duffy

```
01:49:24   2             MR. COON:  Objection to the
01:49:25   3   form.
01:49:25   4        A.   You mean, when are the nursing staff
01:49:27   5   required?
01:49:26   6        Q.   Yes; I think I screwed that up,
01:49:32   7   didn't I?
01:49:38   8             When are the nursing staff required
01:49:32   9   to refer an inmate, who meets that criteria, to
01:49:37  10   mental-health staff?  Is that done at intake?
01:49:40  11        A.   They, generally, would make the
01:49:45  12   referral at the time that they reviewed the
01:49:45  13   documents.
01:49:49  14        Q.   So, that would be within the four
01:49:50  15   hours of intake?
01:49:51  16        A.   Yes.
01:49:51  17        Q.   And are you familiar at all with the
01:49:45  18   mental-health form which has been cut off but
01:49:56  19   appears to say "Routing Sheet" at the top?
01:50:00  20        A.   Yes.
01:50:01  21        Q.   Is that a form that AmeriCor nurses
01:50:05  22   would complete to refer somebody for mental-
01:50:07  23   health assessment or evaluation?
01:50:38  24        A.   Yes.
01:50:08  25        Q.   And did you ever see any such form
```

COMPU-TRAN SHORTHAND REPORTING

85

Kevin Duffy

1 ·
2  created by Peter Clarke with respect to
3  Spencer Sinkov?
4      A.  Not that I recall.
5      Q.  Take a look, if you would, at
6  Exhibit 3, the suicide screening for Mr. Sinkov.
7  It's probably on the bottom of that pile there.
8      A.  Here it is.  Okay.
9      Q.  He scored eight or higher.  In fact,
10  he had a total of ten.
11          Do you see that?
12      A.  Yes.
13      Q.  And in terms of the yes questions,
14  he answered yes to some of the ones noted in the
15  AmeriCor services agreement, those that are in
16  the shaded boxes.
17          Do you see that?
18      A.  Yes.
19      Q.  In fact, he had three shaded boxes
20  checked off in the "Yes" column.
21      A.  Yes.
22      Q.  Under those circumstances, was Peter
23  Clarke required to refer Spencer Sinkov for a
24  mental-health evaluation?
25      A.  Technically, yes.

COMPU-TRAN SHORTHAND REPORTING

86

Kevin Duffy

1
2      Q.  What does that mean?
3      A.  Well, that means, if, after having
4  reviewed the document, that he did not agree with
5  some of the answers that were checked "Yes" if
6  that had the effect of lowering the total score
7  or eliminating some of these special questions,
8  he could, based on his nursing assessment, elect
9  not to make the referral.
10      Q.  And did you ever receive any
11  information, prior to right now, that would
12  indicate to you that Peter Clarke formed the
13  opinion that the total score or the shaded boxes
14  were inaccurately or inappropriately noted on
15  Exhibit 3?
16      A.  The general answer to your question
17  is, yes.  And the specific answer to your
18  question is, no.
19      Q.  What does that mean?
20      A.  That means that based on my
21  understanding of Peter's review of the case, that
22  Peter did not believe that Mr. Sinkov was a
23  danger to himself.
24      Q.  What do you base your understanding
25  on?

COMPU-TRAN SHORTHAND REPORTING

87

Kevin Duffy

1
2      A.  My conversations with Peter.
3      Q.  Well, what did he tell you?
4      A.  He told me that Mr. Sinkov was alert
5  and responsive and conversing with, and joking
6  with, the people in the unit.
7      Q.  Did he tell you anything else about
8  Spencer?
9      A.  As I recall, he told me that he
10  wasn't aware that Mr. Sinkov, at the time that he
11  originally saw him, was an inmate.
12      Q.  Did he tell you anything else?
13      A.  Not that I recall specifically.
14      Q.  At the Bates stamped Pages 558 --
15  let me back up for a second.  Sorry.
16          Did Peter Clarke ever tell you that
17  any of the answers on the form, he believed
18  should have been changed?
19      A.  Not that I recall.
20      Q.  Go back to Bates stamp 558, which is
21  the portion I just read to you:  "Inmates that
22  receive a suicide screen score of eight or
23  higher; or who answer "Yes" to those questions,
24  will be referred to mental-health staff for
25  further evaluation."

COMPU-TRAN SHORTHAND REPORTING

88

Kevin Duffy

1
2          There's nothing in there that leaves
3  any discretion to the nurse to vary from that, is
4  there?
5      A.  No.
6      Q.  Did you ever have any conversations
7  with Peter Clarke about whether or not he had
8  information about Spencer using heroin?
9      A.  Not that I recall.
10      Q.  Did you ever come to learn, as noted
11  in Exhibit 5, that Susan Waters completed a
12  Mental-Health Referral Routing Sheet for
13  Spencer Sinkov and wrote under --
14      A.  I'm sorry.  Wait a minute.  Where is
15  Exhibit 5?
16      Q.  I have it right here.  I'll show it
17  to you.
18      A.  Oh, okay.  I'm sorry.  Go ahead.
19      Q.  She wrote under "Observations:"
20  "History of substance abuse and family problems."
21  (Handing)
22      A.  (Witness peruses document)  Okay.
23      Q.  Were you aware of that?
24      A.  Was I aware of this document?
25      Q.  Yes.

COMPU-TRAN SHORTHAND REPORTING

89

```
                    Kevin Duffy
 1
 2    A.    If it was part of the chart, I'm
 3    sure I've seen it.
 4    Q.    Do you recall if you've seen it
 5    before today?
 6    A.    Not specifically.
 7    Q.    Do you have any idea when Susan Waters
 8    completed that?
 9    A.    No.
10    Q.    And there's no time noted on that
11    document, is there?
12    A.    Not that I see, no.
13    Q.    And with respect to Ms. Waters, do
14    you understand that she came on the shift after
15    Peter Clarke's shift ended?
16    A.    Yes.
17    Q.    And did you ever speak with
18    Ms. Waters as to the basis for her conclusion or
19    observation that Spencer had a history of
20    substance abuse?
21    A.    If I did, I don't recall it.
22    Q.    Do you recall if you had any
23    conversations with her about anything pertaining
24    to family problems Spencer may have had?
25    A.    No.
```

COMPU-TRAN SHORTHAND REPORTING

90

```
                    Kevin Duffy
 1
 2    Q.    Did you ever speak with anybody
 3    about -- including Waters -- why it was that
 4    Waters completed a Mental Health Referral Sheet?
 5    A.    I don't recall discussing it with
 6    her, no.
 7    Q.    Did you ever inquire of anyone why
 8    Waters would have completed a Mental Health
 9    Referral Sheet on her shift, but Peter Clarke did
10    not complete one on his?
11    A.    No.
12    Q.    Did you ever speak with Waters about
13    whether or not she reviewed Spencer's suicide
14    screening form?
15    A.    Not specifically.
16    Q.    On the form, the suicide screening
17    form, itself, Exhibit 3, at the bottom, there's a
18    section for mental health referral.
19          Do you see that?
20    A.    Yes.
21    Q.    And that part is blank; correct?
22    A.    Yes.
23    Q.    Do you know who is supposed to fill
24    that out, whether it's nursing staff, correction
25    staff, both?
```

COMPU-TRAN SHORTHAND REPORTING

91

```
                    Kevin Duffy
 1
 2    A.    It says "Action to be taken by
 3    screening officer."
 4    Q.    Who is the screening officer?
 5    A.    The correctional officer, who did
 6    the booking.
 7    Q.    It wouldn't be the nursing staff?
 8    A.    Nurses are not correctional
 9    officers, no.
10    Q.    But are nursing staff considered to
11    be screening officers?
12    A.    No.
13    Q.    At the bottom of the form, Exhibit 3,
14    it has, "Medical staff and/or mental-health
15    provider actions."
16    A.    Yes.
17    Q.    That portion is blank, also; correct?
18    A.    Aside from the exhibit stamp, yes.
19    Q.    And with respect to that area, is it
20    nursing staff, AmeriCor nursing staff, that's
21    supposed to complete that?
22    A.    While they wouldn't necessarily
23    complete this portion of it, we discussed their
24    entries in the Progress Notes and so forth.
25    Their actions might be in there.
```

COMPU-TRAN SHORTHAND REPORTING

92

```
                    Kevin Duffy
 1
 2    Q.    So they wouldn't, under any
 3    circumstances, fill out the bottom of Exhibit 3
 4    for the medical staff actions?
 5    A.    I didn't say that.
 6    Q.    Do they in practice?
 7    A.    But typically what would happen
 8    would be, they would review this form and then
 9    they would document their actions in the Progress
10    Notes.
11    Q.    Is there any requirement for a
12    nurse, who comes on shift after an intake is
13    completed, to review the new inmate's medical
14    packet, including the screening?
15    A.    There's no requirement if the inmate
16    was screened on a shift prior to hers.
17    Q.    Are you aware of any policies that
18    the Putnam County Correctional Facility has with
19    respect to what to do when inmates score eight or
20    higher on the Suicide Prevention Screening Form?
21    A.    Am I aware of what's in the facility
22    manual?
23    Q.    Yes.
24    A.    Not specifically.
25    Q.    Have you ever had any conversations
```

COMPU-TRAN SHORTHAND REPORTING

93

1
2 with anyone about what the Putnam County
3 Correctional Facility regs provide?
4    A.  In the course of five years, I'm
5 sure I must've. I don't recall any specifics.
6    Q.  Did you ever speak with anybody, in
7 connection with Spencer Sinkov's death, about
8 what regulations, if any, Putnam County
9 Correctional Facility officers were supposed to
10 follow?
11    A.  I'm sure, as a matter of general
12 review, the answer to that would be, yes.
13    Q.  Do you recall, though, as you sit
14 here today, actually doing that?
15    A.  I remember that there were some
16 discussions following Mr. Sinkov's death, where
17 the matter was reviewed. I don't recall
18 specifics - dates and names and that kind of
19 stuff.
20    Q.  Did you ever speak with Sheriff
21 Donald Smith at any point in time about
22 Spencer Sinkov?
23    A.  Oh, I'm sure I did.
24    Q.  Do you recall doing so as you sit
25 here today?

*Kevin Dui.*

COMPU-TRAN SHORTHAND REPORTING

95

1            Kevin Duffy
2       A.  I could look.
3          MS. BERG: Okay. I call for
4       the production of any documents that
5       would reflect the dates of the
6       meetings.
7             MR. COON: I'll take it
8       under advisement.
9    DOCUMENT/DATA REQUESTED:____
10    Q.  Can you, in your mind, separate out
11 what was discussed at the first meeting versus
12 any of the other meetings, or does it blur
13 together?
14    A.  No. I'm sorry. The meetings just
15 kind of run together.
16    Q.  In substance, what was discussed at
17 the meetings?
18    A.  Generally, it was the circumstances
19 of the death and who was involved. Those sorts
20 of things.
21    Q.  Do you recall anything that you
22 said, commented on?
23    A.  No.
24    Q.  Do you recall anything that Smith
25 said?

COMPU-TRAN SHORTHAND REPORTING

94

1            Kevin Duffy
2    A.  Again, there were meetings following
3 Mr. Sinkov's death. I don't recall which ones
4 the sheriff was part of and which ones he wasn't.
5    Q.  Who else attended those meetings?
6    A.  Probably Captain Robert LeFever, L-e
7 F-e-v-e-r, with a capital F. And at that point
8 in time, possibly Lieutenant Patrick O'Malley,
9 O-m-a-i-i-e-y.
10    Q.  Anyone else who attended these
11 meetings?
12    A.  The health-services administrator
13 would have been involved.
14    Q.  Was that Mr. DiMattio?
15    A.  Yes. And there may have been an
16 administrative sergeant, and I don't know who
17 that would be.
18    Q.  How many such meetings did you
19 attend?
20    A.  I -- I don't recall.
21    Q.  Can you recall anything about the
22 dates of the meetings?
23    A.  No.
24    Q.  Do you have any documents that would
25 refresh your recollection?

COMPU-TRAN SHORTHAND REPORTING

96

1            Kevin Duffy
2    A.  Sheriff Smith? No.
3    Q.  Do you recall anything that LeFever
4 said?
5    A.  No.
6    Q.  Anything O'Malley said?
7    A.  No.
8    Q.  Anything DiMattio said?
9    A.  No.
10    Q.  Do you recall anything more
11 specific, other than what you've just told us;
12 namely, that it was about the circumstances of
13 his death and who was involved?
14    A.  No.
15    Q.  Do you recall if particular names
16 were given as to who was involved?
17    A.  Well, I know that as a matter of
18 record, that our staff involved Peter Clarke and
19 Susan Waters.
20    Q.  Do you recall anything that you or
21 DiMattio said about Waters?
22    A.  Again, it was just a general review
23 of what happened.
24    Q.  Did you review documents during the
25 meetings?

COMPU-TRAN SHORTHAND REPORTING

97

**Kevin Duh,**

02:04:45  2  A.  No. I think I conducted a review of
02:04:52  3  the medical record at the office.
:0  4  Q.  Did you have any outcome to the
:4  5  meetings, any conclusions being reached; anything
02:05:00  6  like that?
02:05:57  7  A.  Not as a result of those meetings,
02:05:57  8  not specifically, no.
02:05:13  9  Q.  How about as a result of anything
02:06:16  10  else?
02:05:20  11  A.  Well, as I recall, we initiated the
02:07:52  12  collection of vital signs on all new commitments
02:06:33  13  as a result of the report from the State
02:05:42  14  Commission.
02:05:44  15  Q.  Anything else that you can recall
02:05:47  16  doing as a result of your review or these
02:06:52  17  meetings pertaining to Spencer?
02:05:54  18  A.  Not specifically.
02:05:63  19  Q.  Were you aware of any standards,
02:06:0-  20  either nationally or New York State, which
02:06:07  21  required nursing staff to take vital signs within
02:05:8:1  22  a certain amount of time of a new inmate coming
02:05:14  23  into the facility?
02:06:15  24  A.  No.
02:06:15  25  Q.  Were any of AmeriCor's employees

98

**Kevin Duffy**

02:06:26  2  counselled or disciplined in any way for their
02:06:50  3  conduct or their lack thereof pertaining to
02:06:35  4  Spencer Sinkov or the events of May 20th?
02:06:41  5  A.  Not that I recall.
07:07:00  6  Q.  Did you ever see Exhibit 2, which
02:06:50  7  are regulations from the Putnam County
02:06:57  8  Correctional Facility? (Handing)
02:07:17  9  A.  Is this part of the handbook that
02:07:13  10  you gave me earlier?
02:07:21  11  Q.  No.
02:06:34  12  A.  I don't recall seeing this before.
02:07:05  13  Q.  If I could just point your attention
02:07:34  14  to the second page, the top of the page, letter B
02:07:42  15  refers to the administration of Suicide
02:07:47  16  Prevention Screening Guidelines Form 330 ADM.
02:07:40  17  Do you see that?
02:07:50  18  A.  Yes.
02:07:50  19  Q.  Did you ever have any discussions
02:08:15  20  with anybody about the suicide screening form
02:08:20  21  that Putnam County used at intake in comparison
:  22  to the ADM 330?
02:08:29  23  A.  Not that I recall.
02:08:30  24  Q.  Did anybody ever indicate to you, in
02:08:52  25  words or in substance, any reason why Putnam

99

**Kevin Duffy**

02:08:35  2  County's regulations refer to form 330 ADM, but
02:08:39  3  it's not used in the facility?
02:09:41  4  A.  No.
02:08:44  5  Q.  Are you aware of any policies or
02:08:55  6  procedures that AmeriCor has with respect to
07:08:55  7  providing medication or other detox-type
02:09:02  8  procedures for inmates who come into the
02:09:08  9  facility, having used drugs or alcohol?
02:09:11  10  A.  There are policies and procedures.
29:09:15  11  I don't recall specifically which ones.
02:09:17  12  Q.  Do you recall anything about what
02:09:18  13  they provide?
02:08:19  14  A.  Well, as I mentioned earlier, if an
02:10:26  15  inmate comes in on medications, we attempt to
02:09:29  16  verify them and continue them in order to ensure
02:09:36  17  continuity of care.
02:09:37  18  Q.  Did anybody ever discuss with you
02:09:39  19  any medications that Spencer Sinkov was taking?
02:09:41  20  A.  Not that I recall.
02:09:43  21  Q.  Are there any policies or procedures
02:09:49  22  by AmeriCor which require nursing staff to,
02:09:55  23  themselves, monitor someone who comes in, having
02:09:59  24  utilized drugs or alcohol?
02:10:08  25  A.  I'm sorry. Again?

100

**Kevin Duffy**

02:10:08  2  Q.  Let's assume an inmate comes into
02:10:12  3  the facility and reports on the medical
02:10:15  4  screening, a history of drug abuse.
02:10:18  5  A.  Right.
02:10:18  6  Q.  Are there any policies or procedures
02:10:19  7  that AmeriCor's staff are required to follow
02:10:25  8  which provide for them to monitor that inmate?
02:10:31  9  For example, to see if they're showing any signs
02:10:32  10  of withdrawal?
02:10:34  11  A.  Yes.
02:10:34  12  Q.  What are those policies?
02:10:35  13  A.  There are policies and procedures
02:12:49  14  that address when an inmate is demonstrating
02:10:54  15  signs and symptoms of drug withdrawal. There's a
02:10:58  16  drug and alcohol withdrawal flow sheet, for
02:11:04  17  example.
02:11:04  18  Q.  And that would be if an AmeriCor
02:11:07  19  staff person observed signs and symptoms of an
02:11:10  20  inmate having withdrawal?
02:11:12  21  A.  Yes.
02:11:13  22  Q.  How about prior to that? In other
02:11:13  23  words, if an inmate comes into the facility and
02:11:17  24  reports a history of drug use without showing any
02:11:20  25  signs or symptoms at this point, are AmeriCor

101

**Kevin Du.**

1
2  staff required to follow up or monitor that
3  inmate?
4       A.    Depending on what they see
5  physically and what they -- the level of
6  truthfulness that they assess the inmate at, yes.
7       Q.    What form would that monitoring or
8  follow up take? Is it a physical viewing of the
9  inmate and a medical evaluation? Something else?
10      A.    It could be visual. It could be the
11 withdrawal protocol that I mentioned. It could
12 be a referral to the physician. It depends on
13 what the clinician sees.
14      Q.    And that would be in the discretion
15 of the nurse?
16      A.    Yes.
17      Q.    Are you aware of any AmeriCor
18 policies or procedures with respect to drug
19 withdrawal, alcohol withdrawal, which indicate
20 that symptoms do not appear sometimes for 24 to
21 72 hours?
22      A.    I'm sure that's part of the
23 documents.
24      Q.    So, are there any policies or
25 procedures which would require an AmeriCor nurse

*COMPU-TRAN SHORTHAND REPORTING*

---

103

**Kevin Duffy**

1
2       Q.    Do you recall?
3       A.    Specifically, I don't recall when.
4       Q.    Other than the Drug and Alcohol Flow
5  Sheet, are there any other components to the
6  program?
7       A.    Yes.
8       Q.    What are they?
9       A.    The procedures are specific for the
10 type of substance abuse - narcotics, alcohol,
11 cocaine; those types of things.
12      Q.    In terms of what medications will be
13 administered?
14      A.    Well, they're specific to the
15 substance being abused. I mean, there's no
16 blanket treatment.
17      Q.    In terms of, though, the specific
18 substance, do the procedures set forth what type
19 of detoxification medication should be used for,
20 let's say, heroin?
21      A.    Well, that determination is made by
22 the physician. But the policy does address it,
23 or the procedure does address that, variations in
24 the treatment methods.
25      Q.    And do AmeriCor nursing staff

*COMPU-TRAN SHORTHAND REPORTING*

---

102

**Kevin Duffy**

1
2  to go back within that period of time, within 24,
3  say, 48, 72 hours, to see if any signs or
4  symptoms of withdrawal are showing up?
5       A.    I don't recall that it addresses
6  specific requirements; but if that were the case,
7  the inmate would advise either the correctional
8  or the nursing staff, and it would be followed up
9  from there.
10      Q.    Take a look, if you would, at
11 Exhibit 25.
12      A.    Okay.
13      Q.    The Bates stamped Page 561, the
14 bottom. "Detoxification" is the section.
15      A.    Okay.
16      Q.    It refers to a medical detoxification
17 program conforming to the national standards.
18      Do you see that?
19      A.    Yes.
20      Q.    Was such a program ever put in
21 place?
22      A.    Yes.
23      Q.    When?
24      A.    Probably at the beginning of the
25 contract.

*COMPU-TRAN SHORTHAND REPORTING*

---

104

**Kevin Duffy**

1
2  contact the physician if they believe that
3  they -- an inmate is in need of some type of
4  medication for withdrawal?
5       A.    Yes.
6       Q.    That's something that they're
7  required to do by reason of policy; correct?
8       A.    Yes.
9       Q.    Are you familiar with Methadone at
10 all?
11      A.    Yes.
12      Q.    Are there any policies that you're
13 aware of pertaining to AmeriCor or Putnam County,
14 which indicate that Methadone will not be used in
15 the facility?
16      A.    I don't believe that there are any
17 specific policies or procedures that say that
18 Methadone will not be used.
19      Q.    Again, under the "Detoxification"
20 section Bates stamped 561, the next sentence:
21 "Inmates will initially be screened during the
22 Receiving Screening process."
23      Do you see that?
24      A.    Wait a minute. We're on 561?
25      MR. COON:    Right here.

*COMPU-TRAN SHORTHAND REPORTING*

105

Kevin Duff,

02:16:05 2      (Indicating)
02:16:10 3      A.   Okay. Yes.
02:16:19 4      Q.   And is that screening done by a
2 5 nurse?
02:16:13 6      A.   It's part of the Receiving Screening
02:16:17 7 done by the correctional officer.
02:16:18 8      Q.   So, it's just what's contained on
02:15:21 9 the form?
02:16:22 10      A.   Yes.
02:16:23 11      Q.   Then, it says, "An additional
02:16:25 12 evaluation for their use of, or dependence on
02:16:33 13 drugs and/or alcohol will be performed when the
02:16:35 14 physical exam is completed."
02:16:36 15      A.   Yes.
02:16:38 16      Q.   What is the physical exam that's
02:16:36 17 referred to there?
02:16:38 18      A.   That's the 14-day history and
02:16:41 19 physical.
02:16:41 20      Q.   So, that would occur within 14 days
02:16:45 21 of admission?
02:16:45 22      A.   Yes.
02:16:46 23      Q.   And who does that?
02:16:46 24      A.   It's done by a nurse and reviewed by
02:16:50 25 the physician.

106

Kevin Duff

02:16:52 2      Q.   It says, "Nurses will record vital
02:16:56 3 signs, record any symptoms or signs of
02:17:00 4 dependence; and as needed, contact the physician
02:17:00 5 for individual orders." Correct?
02:17:05 6      A.   Yes.
02:17:06 7      Q.   When you say in this document,
02:17:26 8 "Nurses will record vital signs," when is that
02:17:13 9 recording supposed to be done?
02:17:14 10      A.   During the physical exam.
02:17:15 11      Q.   So, that's the one within 14 days?
02:17:18 12      A.   Yes.
02:17:18 13      Q.   And in terms of symptoms or signs of
02:17:21 14 dependence, that would be within the 14 -- at the
02:17:24 15 time of the 14-day history and physical?
02:17:28 16      A.   That would be part of the history
02:17:32 17 and physical, yes.
02:17:33 18      Q.   Well, at any other point in time,
02:17:36 19 would they be recording any symptoms or signs of
02:17:42 20 dependence?
02:17:42 21      A.   Well, if an inmate were
22 demonstrating signs of withdrawal prior to that,
02:17:47 23 it would appear in the record.
02:17:47 24      Q.   How would a nurse know that, if they
02:17:52 25 don't do the exam within, say, the first 72 hours?

107

Kevin Duffy

02:17:55 2      A.   Well, if an inmate reports having
02:17:59 3 symptoms, or if an officer reports seeing
02:18:01 4 symptoms; or in the case of a nurse having
02:18:03 5 contact with the inmate for any reason, if he or
02:18:06 6 she saw the symptoms.
02:18:08 7      Q.   But the nurse isn't required to go
02:18:13 8 back, let's say, and periodically check on an
02:18:14 9 inmate who comes in with a known drug-use
02:18:16 10 history?
02:18:16 11      A.   Well, the system is set up so that
02:18:23 12 the inmate is evaluated at the time of booking.
02:18:26 13 But then the inmate also has 24-hour-a-day access
02:18:32 14 to medical. All he or she has to do is say
02:18:35 15 something to the officer. The officer would then
02:18:38 16 report it to the nurse, and the nurse would
02:18:40 17 follow up.
02:18:40 18      Q.   Do you know if inmates are, as a
02:18:44 19 matter of routine, advised of their rights to
02:18:48 20 seek any kind of medical treatment?
02:18:48 21      A.   They're advised at the time of
02:18:51 22 booking, yes.
02:18:52 23      Q.   Who advises them?
02:18:53 24      A.   Either the officer or the nurse who
02:18:57 25 sees them.

108

Kevin Duffy

02:18:57 2      Q.   Do you know for sure?
02:18:58 3      A.   Do I know for sure which one?
02:19:03 4      Q.   Yes.
02:19:03 5      A.   No.
02:19:04 6      Q.   The bottom of Page 561: "Individuals
02:19:07 7 at risk for progression to more severe levels of
02:19:11 8 withdrawal, will be under constant observation by
02:19:14 9 correctional officers."
02:19:15 10      Do you see that?
02:19:16 11      A.   Yes.
02:19:15 12      Q.   Was that actually ever a policy that
02:19:20 13 was implemented for AmeriCor nursing staff?
02:19:27 14      MR. COON: Objection to form,
02:19:28 15      but you can answer it.
02:19:34 16      A.   It's addressed in the policies and
02:19:37 17 procedures that we discussed earlier about
02:19:40 18 withdrawal, and the flow sheet, and so forth.
02:19:43 19      Q.   And do you believe that the policies
02:19:45 20 and procedures provide for constant supervision?
02:19:45 21      A.   By the correctional staff?
02:19:51 22      Q.   Yes.
02:19:52 23      A.   Yes.
02:19:53 24      Q.   Are you aware of any policies or
02:19:58 25 procedures the correctional staff is required to