**EXHIBIT "C"**

# AmeriCor, Inc.



# SCHEDULE A

# SCOPE OF SERVICES

## TABLE OF CONTENTS

### TABLE OF CONTENTS

BACKGROUND OF FIRM ... 1
1. Description of Firm ... 1
2. Experience of Firm ... 1
3. Accreditation ... 2
4. Contract Cancellations ... 3
5. References ... 4

DESCRIPTION OF SERVICES ... 5
1. Scope of Services ... 5
    1.1 Staff Licensure ... 5
    1.2 Nursing Coverage ... 6
    1.3 Physician Coverage ... 6
    1.4 Dentist Coverage ... 6
    1.5 Hospital Care ... 6
    1.6 Off Site Services ... 7
        Abortions ... 7
    1.7 On-Site Services ... 8
        Laboratory Services ... 8
        Radiology Services ... 9
        Infant Care ... 9
        Emergency Care ... 9
        Medical Diets ... 10
        HIV and Hepatitis Testing ... 10
    1.8 Receiving Screening ... 10
    1.9 Histories and Physical Exams ... 11

AmeriCor, Inc. 

# SCHEDULE A

# SCOPE OF SERVICES

## TABLE OF CONTENTS

| | | |
|---|---|---|
| 1.10 | Pharmacy Services | 12 |
| | Medication Administration | 13 |
| | Pharmacy Options | 14 |
| 1.11 | Detoxification | 14 |
| 1.12 | Consulting Services | 15 |
| 1.13 | Medical Records | 15 |
| 1.14 | Sick Call | 15 |
| | Co-Payment Program | 16 |
| 1.15 | Sick Call Services for Segregated Inmates | 16 |
| 1.16 | Chronic Care Services | 16 |
| 1.17 | Disposal of Infectious and Biohazardous Wastes | 17 |
| 1.18 | Supplies and Equipment | 17 |
| 1.19 | Equipment Repairs and Maintenance | 17 |
| 1.20 | Quality Improvement Program | 17 |
| 1.21 | Infection Control Program | 18 |
| 1.22 | Utilization Review & Strategic Planning Program | 19 |
| 1.23 | Special Needs Program | 19 |
| 1.24 | Policies and Procedures | 20 |
| 1.25 | Medical Audit Committee | 20 |
| 1.26 | Emergency Plan | 20 |
| 1.27 | Statistical and Narrative Reports | 20 |
| 1.28 | Inmate Complaints and Grievances | 21 |
| 1.29 | Health Education Program | 21 |
| 1.30 | Staffing Plan | 22 |
| 1.31 | Cooperative Relationship | 23 |
| 1.32 | Cooperation Representative | 23 |
| 2. | Legal Requirements | 23 |

# AmeriCor, Inc. 

screening within four hours of an inmate's commitment to the facility. Should an inmate arrive at the jail injured, nursing personnel will respond immediately and treat or refer the inmate as medically appropriate. Regardless of an inmate's condition at the time of his or her arrival at the jail, our personnel will respond immediately whenever the booking officer requests their assistance.

The Receiving Screening will, at minimum, include the following:

1. Documentation of current illnesses and health problems, including medications taken, and special health requirements including mental, dental and communicable diseases;

2. Behavior observations, including state of consciousness, mental status, and whether the inmate is under the influence of alcohol or drugs or in need of detoxification;

3. Notation of body deformities, trauma markings, bruises, ease of movement, etc.;

4. Screening for tuberculosis;

5. A status classification to assist in making housing assignments; and

6. Referral of an inmate for emergency medical services or other specialist services as clinically indicated.

A registered nurse will promptly review all Receiving Screenings. Inmates who require treatment will be treated at that time and, if necessary, referred to the physician for appropriate follow-up. Any inmate with a mental health condition will be referred to mental health personnel for evaluation and treatment. Inmates that receive a suicide screen score of 8 or higher or who answer "Yes" to questions 1, 8, 9, 10b, 11 or 16b will be referred to mental health staff for further evaluation.

During the screening process, inmates will be given information both verbally and in writing on how to access medical services to ensure that they have full access to the health care program provided at the Jail.

### 1.9. Histories and Physical Exams

As you know, the National Commission on Correctional Health Care makes a distinction between a Health Assessment and a Physical Examination, i.e. the assessment is a series of questions and the examination is a hands-on examination of the inmate. We will ensure that a complete history and comprehensive physical exam is completed by a licensed health care professional within fourteen (14) days of an inmate's commitment to the jail. These physical exams will meet NYSCOC and the Sheriff's Department's requirements and will be performed in compliance with NCCHC Standard J-E-04 *Health Assessment*. They will include:

1. A review of the Receiving Screening results by a nurse or physician;