**EXHIBIT "B" (2 of 2)**

109

1          **Kevin Duff.**

02:20:00 2    follow, which say that they have to constantly

02:20:04 3    supervise somebody who's at risk for progression

...07 4        to a more serious level of withdrawal?

..2 5              A.    You'd have to look in the

02:22:14 6    correctional officers' manual or handbook for

02:20:17 7    that.

02:20:17 8          Q.    You don't know?

02:20:12 9          A.    No.

02:20:18 10         Q.    And in terms of individuals who are

02:20:20 11   at risk for progression to a more serious level

02:20:23 12   of withdrawal, is that a determination that the

02:20:23 13   AmeriCor nurses make?

02:20:33 14         A.    Yes.

02:20:39 15         Q.    And they would then notify

02:20:32 16   correctional staff, that that person needs to be

02:20:36 17   on constant observation?

02:20:37 18         A.    Yes.

02:20:37 19         Q.    The next page, 562, first full

02:20:54 20   paragraph, "The following procedures will be

02:20:55 21   implemented for addicted inmates, who have normal

02:21:00 22   vital signs and who are stable and otherwise

02:21:08 23   healthy."

02:21:08 24             Do you see that?

02:21:03 25         A.    Yes.

COMPU-TRAN SHORTHAND REPORTING

---

111

1          **Kevin Duffy**

02:22:34 2    do you know if anybody here ever checked Spencer

02:22:36 3    Sinkov's vital signs?

02:22:35 4          A.    I don't know that they did.

02:22:40 5          Q.    Do you know if anybody, subsequent

02:22:45 6    to intake, ever checked his vital signs?

02:22:47 7          A.    No.

02:22:43 8          Q.    When Susan Waters made the referral

02:22:50 9    to mental health for a history of substance

02:22:53 10   abuse, do you know if she ever checked Spencer's

02:22:56 11   vital signs?

02:22:57 12         A.    No.

02:22:57 13         Q.    And in terms of inmates who have

02:22:02 14   normal vital signs and who are stable and

02:23:05 15   otherwise healthy, there are five paragraphs in

02:23:06 16   terms of the procedures that are supposed to be

02:23:11 17   implemented.

02:23:11 18             Did you see that?

02:23:12 19         A.    Yes.

02:23:13 20         Q.    Were those actually ever implemented

02:23:15 21   by AmeriCor?

02:23:17 22         A.    I'll have to read them.

02:23:23 23             (Pause in the record)

02:23:38 24             Yes.

02:23:08 25         Q.    And in terms of Number 2, does that

COMPU-TRAN SHORTHAND REPORTING

---

110

1          **Kevin Duffy**

02:21:05 2    Q.    Prior to November 27th, 2006, how

02:21:09 3    would a nursing staff know if an inmate had

02:21:13 4    normal vital signs, if that wasn't required?

02:21:21 5          A.    The fact that vital signs are not

02:21:33 6    required, does not mean that they are not done.

02:21:33 7          Q.    Well, do you know, as a matter of

02:21:35 8    routine practice, if nursing staff did check

02:21:39 9    inmate vital signs at any period of time after

02:21:43 10   they arrived into the facility?

02:21:46 11         A.    Well, they would take vital signs if

02:21:49 12   they saw an inmate, for instance, in sick call,

02:21:52 13   if an inmate came in and looked healthy and was

02:21:57 14   not exhibiting any signs and symptoms -- in this

02:22:01 15   case of drug withdrawal -- but they complained

02:22:05 16   later through the sick-call process, or they

02:22:09 17   utilized the 24-hour access to medical that they

02:22:12 18   have, then at the time the nurse saw them, they

02:22:16 19   would be evaluated; vital signs would be taken.

02:22:19 20         Q.    In terms of the following procedures

02:22:21 21   being implemented for addicted inmates, when do

: 22          those procedures come into play? Is it at intake

02:22:29 23   or something else?

02:22:33 24         A.    It can be both.

02:22:37 25         Q.    So, in terms of the intake process,

COMPU-TRAN SHORTHAND REPORTING

---

112

1          **Kevin Duffy**

02:23:41 2    refresh your recollection that Methadone is not

02:23:44 3    used as a matter of policy at the Putnam County

02:23:51 4    Correctional Facility?

02:23:51 5          A.    As a matter of policy, Methadone is

02:23:54 6    not used.

02:23:55 7          Q.    And in terms of Number 4, "Nurses

02:23:57 8    will monitor inmates on a regular basis during

02:24:00 9    detoxification."

02:24:01 10             Do you see that?

02:24:02 11         A.    Yes.

02:24:02 12         Q.    What does that require?

02:24:03 13         A.    That goes back to the Drug and

02:24:04 14   Alcohol Flow Sheet that we were talking about.

02:24:07 15         Q.    So, this would be only after

02:24:05 16   somebody exhibits a sign or a symptom that a

02:24:12 17   nurse is aware of pertaining to withdrawal?

02:24:15 18         A.    Yes.

02:24:15 19         Q.    Not before?

02:24:19 20         A.    Well, they'd have to be exhibiting

02:24:32 21   some signs or symptoms in order to initiate the

02:24:25 22   process.

02:24:28 23         Q.    The nurse would have to be aware,

02:24:31 24   you're saying?

02:24:26 25         A.    I'm saying that the inmate would

COMPU-TRAN SHORTHAND REPORTING

113

1 Kevin Duffy,
2 need to be demonstrating some signs or symptoms
3 of withdrawal before the process would be
4 initiated. Otherwise, there wouldn't be any
5 reason to treat it.
6 Q. And the nurse would have had to have
7 knowledge of that; correct?
8 A. Yes.
9 Q. And the nurse finds out about it,
10 only by reason of the inmate asking to see the
11 nurse, or by reason of a correction officer
12 advising the nurse?
13 A. Or by the nurse observing the
14 symptoms him or herself.
15 Q. Do you know if in this case Spencer
16 Sinkov ever asked for any medical assistance?
17 A. I am not aware of that, no.
18 Q. Do you know if in this case any
19 correction officer made any observation with
20 respect to signs or symptoms of withdrawal?
21 A. No.
22 Q. Do you know if any nursing staff
23 made any such observations?
24 A. No.
25 Q. Did you ever see any Progress Notes

COMPU-TRAN SHORTHAND REPORTING

114

1 Kevin Duffy
2 that were created with respect to Spencer?
3 A. If they're in the medical record, I
4 saw them.
5 MS. BERG: Let me have marked
6 as 26 a copy of the Progress Note,
7 which has the date 5/20/06 on the
8 bottom right-hand written number 69.
9 (Whereupon, 5/20/06 Progress Note
10 was marked as Plaintiff's Exhibit No.
11 26, for id.)
12 Q. Did you ever speak with Peter Clarke
13 about the intake of Spencer, other than what
14 you've testified to here already today?
15 A. No.
16 Q. Did you ever speak with any
17 correction officer about the intake of Spencer?
18 A. No.
19 Q. Including Vasaturo?
20 A. No.
21 Q. Did you ever speak with him at all?
22 A. I probably know who Vasaturo is, but
23 I can't associate a name and a face.
24 Q. Do you recall ever speaking with him
25 about Spencer Sinkov?

COMPU-TRAN SHORTHAND REPORTING

115

1 Kevin Duffy
2 A. No.
3 Q. How about Sergeant LaPolla, did you
4 ever speak with him about Spencer Sinkov?
5 A. No.
6 Q. Did you ever see Exhibit 26?
7 A. Again, if it was part of the record,
8 I saw it.
9 Q. Well, do you remember it, as you sit
10 here today?
11 A. Not specifically.
12 Q. Do you recognize that as a -- the
13 form, itself, as the Progress Note form used by
14 AmeriCor?
15 A. Yes.
16 Q. And do you know whose handwriting
17 that is?
18 A. No.
19 Q. It seems to be at the end of the
20 entry signed by P.A. Clarke.
21 Do you see that?
22 A. Right, yes.
23 Q. And it appears to say, "Received in
24 booking, AEO."
25 A. Yes.

COMPU-TRAN SHORTHAND REPORTING

116

1 Kevin Duffy
2 Q. (Reading) Normal gait. Non-
3 tremulous. Good spirits. Stats: Feels fine.
4 It probably should be states, feels fine. Last
5 used herion (sic) -- probably should be heroin --
6 24 hours ago. Will monitor.
7 Correct?
8 A. Yes.
9 Q. What does "AEO" mean?
10 A. Alert and oriented.
11 Q. And the bottom right, the number 69.
12 I'm going to tell you that that pertains to the
13 numbering that the New York State Commission of
14 Correction put on the documents that were
15 provided to it as part of its investigation.
16 Did you ever see any Progress Notes,
17 other than this one pertaining to Spencer Sinkov?
18 A. If they were in the medical file, I
19 saw them.
20 Q. Did you ever speak with anybody
21 about what, if anything, Paul -- I'm sorry -- Peter
22 Clarke did to monitor, as indicated in his
23 Progress Note - "Will monitor"?
24 A. No.
25 Q. Do you know if Clarke ever advised

COMPU-TRAN SHORTHAND REPORTING

117

1              *Kevin Duffy*
2 anybody to monitor Spencer?
3       A. No.
4           MS. BERG: I'm going to have
5           marked as Exhibit 27 a copy of a
6           Progress Note which is for the same
7           date, has additional notes, and
8           does not have the handwritten number on
9           the bottom right corner.
10          *(Whereupon, 5/28/06 Progress Note*
11          *was marked as Plaintiff's Exhibit No.*
12          *27, for Id.)*
13       Q. Have you ever seen Exhibit 27
14 before? *(Handing)*
15       A. Yes.
16       Q. Do you recall when for the first
17 time?
18       A. No.
19       Q. Do you recall under what circumstances?
20       A. It would have been in review of the
21 medical record following Mr. Sinkov's death.
22       Q. Do you recall if you or anybody from
23 AmeriCor provided this Progress Note, Exhibit 27,
24 to the State Commission?
25       A. I don't know who provided the
          *COMPU-TRAN SHORTHAND REPORTING*

119

1              *Kevin Duffy*
2       A. No.
3       Q. Do you know if she did that at
4 11 a.m. or at a different time?
5       A. No.
6       Q. Did you ever speak with her about
7 that?
8       A. Not that I recall.
9       Q. Did Susan Waters ever indicate to
10 you, in words or in substance, that she went back
11 to the Progress Notes and added something after
12 Spencer had committed suicide?
13       A. No.
14       Q. Are there any policies or procedures
15 with respect to performing CPR?
16       A. I can't think of any specific
17 policies and procedures, no.
18       Q. Are there any policies and
19 procedures that you're aware of with respect to
20 who can stop CPR?
21       A. No.
22       Q. Or under what circumstances it can
23 be stopped?
24       A. No.
25       Q. Were you aware that Spencer was
          *COMPU-TRAN SHORTHAND REPORTING*

118

1              *Kevin Duffy*
2 records to the Commission.
3       Q. Did you?
4       A. No.
5       Q. Do you know if, in fact, Exhibit 27
6 was ever sent to them?
7       A. No.
8       Q. Do you have any explanation as to
9 why the Progress Note, Exhibit 26, doesn't
10 contain, as Exhibit 27 does, the additional
11 notes?
12       A. Not specifically; but under general
13 procedure, when an inmate dies for whatever
14 cause, the medical record is immediately secured,
15 and that might happen before the person on the
16 shift is finished documenting.
17       Q. And in terms of the Progress Note,
18 Exhibit 27, it appears to have, at least at the
19 top, it was photocopied with Nurse Clarke's
20 entry, and then added to; correct?
21       A. I can't tell that from here, but
22 okay.
23       Q. Do you have any understanding as to
24 when Susan Waters made the entry right below
25 Peter Clarke's, which appears to say, 11 a.m.?
          *COMPU-TRAN SHORTHAND REPORTING*

120

1              *Kevin Duffy*
2 placed on a fifteen-minute supervisory check?
3       A. Yes.
4       Q. Do you know who made that
5 determination?
6       A. No.
7       Q. Do you know if AmeriCor staff
8 participated in that determination?
9       A. No.
10       Q. Did anybody ever explain to you any
11 reason or reasons why Spencer was placed on a
12 fifteen-minute supervisory check?
13       A. Not that I recall.
14       Q. Did you ever see Exhibit 4, which is
15 a memorandum done by Correction Officer Vasaturo,
16 listing the reason or reasons why Spencer was on
17 the 15-minute check?
18       A. I don't recall seeing this document
19 before.
20       Q. Do you recall any conversations with
21 Richard DiMattio about Spencer?
22       A. I'm sure that we discussed it.
23       Q. Do you recall anything that you said
24 or that he said, either specifically or in
25 substance?
          *COMPU-TRAN SHORTHAND REPORTING*

121

Kevin Du.

02:33:12 2     A.    No.

02:23:42 3     Q.    Anything you could use to refresh
4 your memory?

5     A.    I don't think so. I'm sure that we
02:33:43 6 discussed it over the phone following
02:33:50 7 Mr. Sinkov's death; but when they occurred, and
02:33:55 8 what the substance of them was outside of a
02:34:00 9 general review of what was available to us, no.
02:34:05 10     Q.    In connection with the subsequent
02:34:07 11 contracts that you entered into with the County --
02:34:09 12 that AmeriCor entered into with the County, did
02:34:42 13 you submit something similar to what's before you
02:34:46 14 in terms of Schedule A and the services to be
02:34:15 15 provided?
00:34:15 16     A.    No.
02:34:19 17     Q.    Did you base it on -- the renewed
02:34:24 18 contracts, were they based on the same services
02:34:27 19 to be provided that you listed in connection with
02:34:29 20 the 2003 contract?
02:34:31 21     A.    Except where the contract was
02:04:02 22 amended, yes.
02:34:35 23     Q.    And in the case of the amendments
02:04:37 24 that were indicated right in the face of the
02:34:08 25 contract, correct, such as with the mental health

COMPU-TRAN SHORTHAND REPORTING

---

122

.1

Kevin Duffy

02:34:43 2 services?

02:34:43 3     A.    As I recall, the amendments were
02:34:48 4 taken care of through correspondence from me to
02:34:52 5 the county, and then those letters were
02:34:54 6 incorporated as a part of the addendum that
02:34:59 7 renewed the contract.
02:03:00 8     Q.    And with respect to the initial
02:05:00 9 services, the outline that's before you -- just
02:05:12 10 give me the exhibit number on that.
02:35:14 11     A.    This one? (Indicating)
02:35:15 12     Q.    Yes.
02:35:15 13     A.    Twenty-five.
02:05:15 14     Q.    -- as Exhibit 25, was there any
02:05:14 15 removal, if you will, of any of those provisions?
02:35:21 16     A.    No.
02:16:24 17           MS. BERG: I'm going to have
02:05:26 18 marked as the next exhibit, 28,
03:35:30 19 AmeriCor, Inc. procedure Manual,
02:06:31 20 Putnam County Correctional Facility,
02:05:33 21 2003, which is Bates stamped 487
. 22 through 532.
02:16:42 23           (Whereupon, AmeriCor, Inc.,
02:36:49 24 Procedure Manual, Putnam County
02:05:52 25 Correctional Facility, 2003, was

COMPU-TRAN SHORTHAND REPORTING

---

123

1

Kevin Duffy

02:36:54 2           marked as Plaintiff's Exhibit No. 28,
02:06:19 3           for id.)
02:36:13 4     Q.    Do you recognize Exhibit 28?
02:36:18 5 (Handing)
02:36:24 6     A.    Yes.
02:36:24 7     Q.    Is that the initial Policy Manual
02:08:29 8 that you drafted?
02:06:31 9     A.    Yes.
02:36:32 10     Q.    And did you do that at some point in
02:36:34 11 time in July or August of 2003?
02:56:38 12     A.    Yes.
02:06:43 13     Q.    And if you flip through, just
02:08:47 14 generally, the specific policies that are
05:06:49 15 included, they actually have a date on the top of
02:06:56 16 each; correct?
02:06:58 17     A.    Yes.
02:06:58 18     Q.    Turn, if you would, to the page
02:08:56 19 that's Bates stamped 494.
02:07:04 20     A.    (Witness complies)
02:07:09 21     Q.    "Procedure: Receiving Screening."
02:07:12 22 It's dated August 13th, '03; correct?
07:07:15 23     A.    Yes.
02:17:15 24     Q.    Was that still in effect as of
02:07:18 25 May 20th, 2006?

COMPU-TRAN SHORTHAND REPORTING

---

124

1

Kevin Duffy

02:07:07 2     A.    I don't know.  Probably.
02:27:24 3     Q.    Do you know of any changes that were
02:07:37 4 made to this policy from 2003?
02:57:40 5     A.    I don't remember any.
02:37:44 6     Q.    It says at the bottom paragraph, "If
02:27:50 7 the inmate is medically stable but requires
02:37:53 8 medical follow up; e.g., intoxicated but subject
02:37:58 9 to going into withdrawal." It continues, "The
02:58:00 10 nurse will accept the inmate, document the
02:34:02 11 medical condition in the inmate's medical record;
02:08:05 12 and depending on the inmate's medical problem,
02:08:01 13 either contact the physician for orders or
02:08:10 14 schedule the inmate to be seen at the next
02:08:12 15 physician's sick call."
02:38:18 16           Do you see that?
02:38:16 17     A.    Yes.
02:08:15 18     Q.    What is the sick call?
03:38:15 19     A.    The sick call is when the physician
02:38:24 20 comes in and sees inmates based on the list of
02:18:27 21 the people that are referred to him that we
02:08:32 22 talked about earlier.
02:38:30 23     Q.    And that would be the list that
03:08:34 24 includes those inmates who request to be seen, as
02:38:36 25 well as those who nursing staff believe the

COMPU-TRAN SHORTHAND REPORTING

125

Kevin Du.

2  physician should see?

3      A.  No. It would not necessarily

4  include inmates who requested to be seen by the

5  physician, but it would include those that the

6  nurse wanted the physician to see.

7      Q.  And do you know when sick call was

8  performed in or about May of 2006?

9      A.  No.

10      Q.  Do you know if it was on set days?

11      A.  I don't believe it's ever been on

12  set days. It depends on the physician's

13  schedule.

14      Q.  Do you know -- for example, Spencer

15  came in on May 20th -- when the next sick call was?

16      A.  No.

17      Q.  Did anybody ever indicate to you, in

18  words or substance, that they believed Spencer

19  was subject to going into withdrawal?

20      A.  No.

21      Q.  Do you know if anybody ever

22  contacted a physician for orders pertaining to

23  Spencer?

24      A.  No.

25      Q.  Do you know if anybody scheduled him

COMPU-TRAN SHORTHAND REPORTING

---

126

Kevin Duffy

2  to be seen at the next physician's sick call?

3      A.  No.

4      Q.  The next page, on the bottom, it

5  refers to, "All Receiving Screenings are to be

6  documented, both on the Shift Report form and in

7  the History and Physical logbook.

8          Do you see that?

9      A.  Yes.

10      Q.  Is the History and Physical logbook

11  something that actually exists?

12      A.  Yes.

13      Q.  Where is that maintained? At the

14  jail?

15      A.  At the nurses' station.

16          MS. BERG: I'm going to call

17          for production of the History and

18          Physical logbook for May 19th and

19          May 20, 2006.

20          MR. COON: I'll take it

21          under advisement.

22  DOCUMENT/DATA REQUESTED:_____

23          MS. BERG: Can we have

24          marked as Exhibit 29, a copy of

25          AmeriCor, Inc., Shift Report for

COMPU-TRAN SHORTHAND REPORTING

---

127

Kevin Duffy

2      5/20/06, 7:30 to 4:00 p.m. shift.

3          (Whereupon, two-page 5/20/06 Shift

4          Report was marked as Plaintiff's Exhibit

5          No. 29, for id.)

6      Q.  Just in terms of the format, in

7  general, is that the shift report that you

8  testified about earlier?

9      A.  Yes.

10      Q.  And the second page, is that part of

11  the shift report, as well?

12      A.  It's the back of the front page.

13  It's a two-sided form.

14      Q.  And is the nurse required to

15  complete both sides before leaving his or her

16  shift?

17      A.  Yes.

18      Q.  In terms of the first page, do you

19  see that it's Sue Waters' Shift Report for 7:30

20  to 4:00 p.m.?

21      A.  Yes.

22      Q.  There's nothing noted on there about

23  her seeing Spencer Sinkov; correct?

24      A.  No.

25      Q.  And on the second, or the back side,

COMPU-TRAN SHORTHAND REPORTING

---

128

Kevin Duffy

2  if you will, which is Bates stamped 50 at the

3  bottom, there's no notes at all on that page;

4  correct?

5      A.  Correct.

6      Q.  Under the section "Matters that need

7  to be followed up," did you ever see any Shift

8  Report which indicated that Spencer in any way

9  needed to be followed up?

10      A.  Not that I recall.

11          MS. BERG: I'm going to have

12          marked as Exhibit 30 a copy of an

13          AmeriCor, Inc. Policy Manual for

14          the Putnam County Correctional

15          Facility, November, 2004.

16          (Whereupon, AmeriCor, Inc. Policy

17          Manual, Putnam County Correctional

18          Facility, 2004, was marked as Plaintiff's

19          Exhibit No. 30, for id.)

20      Q.  Do you recognize Exhibit 30?

21  (Handing)

22      A.  Yes.

23      Q.  Is that another Policy Manual that

24  was issued by AmeriCor to its employees?

25      A.  Yes.

COMPU-TRAN SHORTHAND REPORTING

129

1          Kevin Duf.

2      Q.   Was that issued in or about

3  November, 2004?

4      A.   Yes.

5      Q.   Do you recall why this was issued at

6  this time?

7      A.   This was in preparation of the

8  National Commission's accreditation review.

9      Q.   And were these policies actually

10  implemented, then?

11      A.   Yes.

12      Q.   And were they still in effect as of

13  May 20th, 2006?

14      A.   Unless they had been revised, yes.

15      Q.   And if they were revised, where

16  would that be contained?

17      A.   Hopefully, the revisions would be in

18  here. They — for instance, there's an effective

19  date on one of these of May 11th, but there's a

20  revised date of November 15th.

21      Q.   So, it would be contained within the

22  physical documents, Exhibit 30?

23      A.   Yes.

24      Q.   And in terms of the 2003 Procedure

25  Manual, which we marked as Exhibit 28, did those

COMPU-TRAN SHORTHAND REPORTING

130

1          Kevin Duffy

2  policies continue to remain in effect after

3  Exhibit 30 was implemented in November of '04?

4      A.   Well, you're confusing "Procedure

5  Manual" and "Policy Manual."

6          Policy Manual is a general statement

7  of what is done, and the Procedure Manual is a

8  specific statement of how its done.

9      Q.   So, in other words, the procedures

10  in Exhibit 28 did remain in effect continuing up

11  to and after the November, 2004, Policy Manual

12  came out?

13      A.   If I understand your question, yes.

14      Q.   Do you have confusion about it? Let

15  me ask you this directly: Exhibit 28, did it

16  ever, at any point in time, become rescinded or

17  revoked?

18      A.   No.

19      Q.   And the 2003 procedures, then, were

20  they in effect as of May 20th, 2006?

21      A.   Yes.

22      Q.   Take a look, if you would, at Bates

23  stamped Page 388.

24      A.   We're on Exhibit 30?

25      Q.   Correct.

COMPU-TRAN SHORTHAND REPORTING

131

1          Kevin Duffy

2      A.   And it was three —

3      Q.   388. "Communication on Special

4  Needs Inmates."

5      A.   Okay.

6      Q.   It says, "Effective date: May 11,

7  '03. Revised: November 15, '04;" correct?

8      A.   Yes.

9      Q.   Where is the original policy that

10  was effective May 11, '03?

11      A.   At corporate office.

12      Q.   So, there's another version of this

13  Policy Manual?

14      A.   No. When a policy is put into

15  effect, it goes into this manual. When it is

16  revised, the original is taken out and filed, and

17  the revised document is then inserted into the

18  manual so that it is kept up to date but it

19  doesn't get tremendously bulky because you've got

20  14 old things in there.

21      Q.   Were there any other Policy Manuals

22  issued after November, 2004, or is this the most

23  recent one?

24      A.   I don't recall. I'd have to look.

25          MS. BERG: Okay. I'm going

COMPU-TRAN SHORTHAND REPORTING

132

1          Kevin Duffy

2  to call for the production of any

3  other Policy Manuals.

4          MR. COON: We'll take it

5  under advisement.

6  DOCUMENT/DATA REQUESTED:_____

7      Q.   Going back to Bates stamped 388, the

8  first paragraph: "Health care personnel are

9  required to notify correctional personnel

10  regarding an inmate's significant health needs

11  that may affect classification decisions

12  involving the inmate's housing assignment," et

13  cetera.

14          Do you see that?

15      A.   Yes.

16      Q.   "Correctional personnel should

17  consult with medical personnel before making any

18  movements or decisions involving inmates with

19  special needs."

20          Do you see that?

21      A.   Yes.

22      Q.   And the definition of special-needs

23  patients are those who are:" And there are ten

24  listed; correct?

25      A.   Yes.

COMPU-TRAN SHORTHAND REPORTING

133

Kevin Duf.

02:48:03 2    Q.    One of them being, "Number 6:
02:48:02 3    Mentally ill or suicidal."
'.06 4    A.    Yes.
.5 5    Q.    Do you know if, in the case of
02:48:07 6    Spencer Sinkov, health-care personnel at any time
30:46:11 7    notified any corrections personnel with respect
02:48:13 8    to anything pertaining to Spencer Sinkov?
02:48:14 9    A.    Not that I'm aware of.
00:48:26 10    Q.    Are you aware of whether any
02:48:21 11    correctional personnel consulted with nursing
02:48:24 12    staff or other AmeriCor employees before making
30:48:26 13    any decisions about Spencer, including his
02:48:32 14    housing?
02:48:03 15    A.    Not that I'm aware of.
32:48:05 16    Q.    Take a look, if you would, at Bates
02:48:43 17    stamped 421 to 423, "Receiving Screening."
02:48:00 18    A.    (Witness complies)
02:49:01 19    Q.    That was effective on May 11th, '03.
02:49:03 20    Revised or reviewed on November 15th, '04;
02:49:03 21    correct?
02:49:08 22    A.    Yes.
02:49:08 23    Q.    Were there actually any revisions to
02:49:13 24    this, or was it just reviewed, if you know?
02:49:15 25    A.    I don't recall whether there was a

COMPU-TRAN SHORTHAND REPORTING

---

1

Kevin Duffy

02:49:23 2    Q.    Are you aware of whether or not
02:59:25 3    anybody, either correctional or AmeriCor,
30:50:28 4    inquired of Spencer Sinkov about any of those
02:50:02 5    things?
02:50:31 6    A.    No.
02:50:33 7    Q.    Did you ever ask anybody, as part of
02:58:07 8    your looking into Spencer's death, whether or not
02:50:45 9    AmeriCor staff followed up to see anything about
02:50:43 10    the types of drugs he used, the mode of use, the
02:50:46 11    amount, or the frequency?
02:50:47 12    A.    Not that I recall.
02:50:50 13    Q.    In terms of the next section, "The
02:50:53 14    Receiving Screening should include observation
02:50:55 15    of:" And then there are four sections; correct?
02:50:59 16    A.    Yes.
02:50:59 17.    Q.    One of them is "appearance," one of
03:51:02 18    them is "behavior," one of them is "breathing,"
02:51:04 19    and the fourth is "condition of the skin;"
02:51:07 20    correct?
02:51:37 21    A.    Yes.
02:51:07 22    Q.    Do you know if anybody from AmeriCor
02:89:10 23    ever looked to see, with respect to condition of
02:31:13 24    the skin, whether or not he, Spencer, had needle
02:51:17 25    marks or other indications of drug abuse?

COMPU-TRAN SHORTHAND REPORTING

---

134

1

Kevin Duffy

02:49:17 2    revision or just a review.
02:49:19 ·3    Q.    Okay. It says in the third
02:45:21 4    paragraph, "At a minimum, the Receiving Screening
02:49:24 5    will include inquiry into:" And then it lists
02:49:38 6    six things.
02:49:30 7    A.    Correct.
03:49:34 8    Q.    And is that the Receiving Screening
02:49:32 9    that is done by the correction staff and/or the
02:49:32 10    AmeriCor staff together?
32:49:42 11    A.    The one generally done by the
32:49:44 12    correctional staff is reviewed by the nursing
02:49:44 13    staff, yes.
02:48:46 14    Q.    So, meaning on the medical intake
02:49:48 15    form, itself?
02:49:53 16    A.    Yes.
02:49:53 17    Q.    And the fourth paragraph -- fourth
02:49:57 18    numbered paragraph, specifies, "Inquiries should
02:50:02 19    be made into use of alcohol and other drugs,
02:50:05 20    including types of drugs used, mode of use,
02:50:09 21    amount used, frequency used, date or time of last
· 22    use, and a history of problems which may have
02:50:17 23    occurred after ceasing use; e.g., convulsions."
02:50:22 24    Do you see that?
02:50:22 25    A.    Yes.

COMPU-TRAN SHORTHAND REPORTING

---

135

1

Kevin Duffy

02:51:19 2    A.    No.
02:51:19 3    Q.    Did you ever see any documents which
02:51:21 4    showed that that had been done?
02:51:22 5    A.    Not that I recall.
02:51:23 6    Q.    If a correction officer does the
02:51:28 7    screening and neglects to ask questions about
02:51:34 8    what's required by AmeriCor's policies here, are
02:51:51 9    AmeriCor staff required, as part of their review
02:51:40 10    of those forms, to follow up with the inmate?
02:51:51 11    A.    The nurses review the record within
32:52:02 12    four hours that we talked about. And if they
32:52:04 13    have questions about information that is
02:52:07 14    provided, then they have the ability to go see
02:52:11 15    the nurse and do an eyeball, or physical
02:52:17 16    evaluation/assessment, whatever.
02:12:18 17    Q.    One-on-one with the inmate, you mean?
02:52:21 18    A.    Yes.
02:57:22 19    Q.    And do you know if -- in this case,
02:52:23 20    if, upon reviewing any of the medical intake
02:52:25 21    forms, anybody from AmeriCor went and did an
02:52:79 22    eyeball of Spencer to see what information they
02:52:04 23    could get that was not included in the medical
03:52:37 24    intake form?
02:52:41 25    A.    One of the documents that you showed

COMPU-TRAN SHORTHAND REPORTING

137

Kevin Duffy

1

```
00:52:43  2  me indicates that Peter Clarke did that because
c2:52:45  3  he -- he talks about the inmate not having
   :45   4  tremors, and so forth and so on, which is
     :    5  included in this "Observations" section of the
00:52:54  6  Policy Manual.
02:52:55  7      Q.   There's no indication, though, of
02:52:57  8  anything about the condition of the skin;
02:52:59  9  correct?
02:53:00 10      A.   Not as I recall, no.
02:53:02 11      Q.   Do you know if anybody, including
02:53:06 12  Clarke, ever followed up with Spencer to examine
02:53:08 13  his skin to see anything about, you know, track
02:53:12 14  marks?
02:53:13 15      A.   No.
02:53:15 16      Q.   How about in terms of the drug use?
07:53:17 17  There was a note in the medical Intake that he
02:53:19 18  had used heroin 24 hours ago, but there was no
02:53:22 19  indication as to the mode of use, the amount
03:53:25 20  used, the frequency used, the history of problems
02:53:28 21  which may have occurred after ceasing use.
02:53:33 22          Do you know if Clarke ever followed
02:53:34 23  up on any of those areas that were not included
02:53:36 24  as part of the correction officer's screening?
02:53:41 25          MR. COON:  Object to the
```

COMPU-TRAN SHORTHAND REPORTING

139

Kevin Duffy

1

```
02:54:03  2  case, the nurse had physically seen the inmate
02:54:08  3  and didn't see anything that indicated that there
02:55:52  4  was a problem.
02:55:01  5      Q.   Well, the nurse did note use of
02:55:05  6  heroin; correct?
02:55:06  7      A.   Yeah.
02:55:06  8      Q.   And in terms of use of other drugs
02:55:13  9  here, this policy Bates stamped 422, requires
02:55:16 10  inquiry at screening into other things, such as
02:55:18 11  the mode of use, the amount used, the frequency
02:55:21 12  used, and a history of problems which may have
03:55:21 13  occurred after ceasing use.
02:55:08 14      A.   Right.
02:55:26 15      Q.   And there's zero indication in any
02:55:28 16  of these records which indicates that those type
02:55:32 17  of questions or that information was ever
02:55:34 18  solicited.  So, my question is --
02:55:07 19      A.   But there's also none that indicates
02:55:10 20  that it wasn't done.
02:55:48 21      Q.   So, do you have any information, as
02:55:52 22  you sit here today, that it was, in fact, done?
02:55:44 23      A.   I don't have any information one way
02:55:46 24  or the other.
02:55:47 25      Q.   Assuming it wasn't done, under those
```

COMPU-TRAN SHORTHAND REPORTING

138

Kevin Duffy

1

```
02:55:42  2  form.
02:53:43  3          You can answer it.
02:53:43  4      A.   No.
02:53:46  5      Q.   Do you know if anybody from AmeriCor
02:53:49  6  followed up on that?
02:53:50  7      A.   No.
02:53:53  8      Q.   So, in those circumstances where
02:53:57  9  information was not Included in the correction
02:53:55 10  officer's screening but which was required by
02:53:57 11  AmeriCor's policy, would Clarke or another nurse
02:54:00 12  be required to actually follow up to get the
02:54:02 13  information that was missing?
02:54:06 14          MR. COON:  Objection to the
02:54:10 15  form.
02:54:15 16          You can answer.
02:54:17 17      A.   If the nurse felt the need to follow
02:54:20 18  up, then the nurse would be expected to do that
02:54:23 19  and to document.
02:54:26 20      Q.   What if the nurse, when conducting
02:54:30 21  their review of the forms within four hours,
     : 22  noted that information was not contained on the
02:54:46 23  form that's required by this policy?  Are they
02:54:50 24  required to do anything at that point?
02:54:53 25      A.   Well, keep in mind that in this
```

COMPU-TRAN SHORTHAND REPORTING

140

Kevin Duffy

1

```
02:55:50  2  circumstances, is an AmeriCor employee required
02:55:52  3  to follow up to get the answers to those areas of
02:55:55  4  inquiry?
02:55:54  5          MR. COON:  Objection to the
02:56:57  6  form.
02:56:06  7          MR. KLEINBERG:  Objection.
02:56:59  8          MR. COON:  You can answer
02:56:01  9          it.
02:56:05 10      A.   Okay.  I'm sorry.  Would you restate
02:56:05 11  or rephrase the question?
02:56:07 12      Q.   Sure.  Let's assume, on the medical
02:56:56 13  intake form, that AmeriCor staff reviews it
02:56:16 14  within the four hours.
02:56:16 15      A.   Okay.
02:56:16 16      Q.   And signs off and initials, as Peter
02:56:18 17  Clarke did here.  Okay?
02:56:19 18      A.   Yes.
02:56:19 19      Q.   And with respect to that medical
02:56:20 20  intake form, let's assume the entire area on
02:56:23 21  tuberculosis was blank.
02:56:26 22      A.   Okay.
02:56:26 23      Q.   Would the AmeriCor staff person,
02:56:30 24  upon reviewing that form, be required to do
02:56:32 25  anything?
```

COMPU-TRAN SHORTHAND REPORTING

141

Kevin Duffy

02:56:03 2    A.    Yes.

02:56:33 3    Q.    What?

~36 4    A.    In the case of the TB information,

4 5    they would be required to follow up with the

02:56:43 6    inmate to determine the inmate's status because

02:56:44 7    at some point, the inmate would get tested for

02:56:51 8    TB, and we'd need to know whether they had been

02:55:54 9    tested before or not.

02:56:56 10    Q.    Now, let's assume that as part of

02:56:59 11    the medical intake, there was no inquiry done

02:57:00 12    into, number one on policy, Page 421: "Current

02:57:06 13    illnesses, health or dental problems, infectious

02:57:09 14    and communicable diseases."

02:57:10 15    Would the nursing staff be required

02:57:14 16    to follow up to get that information?

02:57:17 17    A.    If it indicated that, for instance,

02:57:20 18    an inmate had a communicable disease, yes, they'd

02:57:24 19    be required to follow up.

01:57:25 20    Q.    Let's assume there was nothing

02:57:27 21    indicated on the form one way or the other.

02:57:30 22    A.    Then, that would get taken care of

02:57:33 23    during the physical assessment.

02:57:35 24    Q.    And that would be, then, within

02:57:37 25    14 days?

*COMPU-TRAN SHORTHAND REPORTING*

142

Kevin Duffy

02:57:37 2    A.    Yes.

02:57:38 3    Q.    Not before?

02:57:41 4    A.    Not necessarily not before. Again,

02:57:43 5    it depends. I mean, you have to keep in mind the

02:57:47 6    inmates have 24-hour-a-day/seven-day-a-week

02:57:51 7    access to health care. All they have to do is

02:57:53 8    ask, and the officer will either report it

02:57:55 9    through, or the inmate fills out the form, drops

02:57:56 10    it into the box. Those are picked up every

02:58:02 11    night. So, there are multiple ways for this

02:58:07 12    information to get to medical. That's the way

02:58:08 13    the system is designed.

02:58:09 14    Q.    Do you know if that's the way the

02:58:11 15    system actually functions?

02:58:13 16    A.    Yes, it does.

02:58:14 17    Q.    You're sure of that?

02:58:15 18    A.    Yes, I am.

02:58:16 19    Q.    With respect to this policy,

02:58:18 20    "Receiving screening at minimum will include

02:58:21 21    inquiry into medications taken and special health

; 22    requirements, including dietary requirements."

02:58:25 23    This is at page 421.

02:58:29 24    If the intake form was blank with

02:58:32 25    respect to medications, would a nursing staff

*COMPU-TRAN SHORTHAND REPORTING*

143

1    Kevin Duffy

02:58:35 2    person be required to follow up after reviewing

02:58:37 3    that form and realizing that section was blank?

02:58:44 4    A.    For that specific example, no.

02:58:50 5    Q.    Why not?

02:58:52 6    A.    Because if an inmate's on

02:58:55 7    medication, he or she is gonna tell you that when

02:58:56 8    they come in there.

02:58:60 9    Q.    You're assuming that.

02:59:00 10    What if it's not indicated on the

02:59:03 11    form, and there's no record that it was ever

02:59:05 12    asked?

02:59:06 13    A.    That inmate's gonna let you know

02:59:12 14    that he or she is on medication.

02:59:14 15    Q.    You're sure of that?

02:59:15 16    A.    One way or the other.

02:59:16 17    Q.    You're sure of that?

02:59:17 18    A.    Yes.

02:59:17 19    Q.    Have you ever performed bookings of

02:59:20 20    inmates who come into the facility, having used

02:59:23 21    drugs or alcohol?

02:59:26 22    A.    Yes.

02:59:27 23    Q.    And how much experience have you had

02:59:29 24    in that?

02:59:34 25    A.    It's been a while since I did it

*COMPU-TRAN SHORTHAND REPORTING*

144

1    Kevin Duffy

02:59:37 2    personally, but I spent several years doing it.

02:59:39 3    Q.    Did you ever come across inmates who

02:59:42 4    come into the facilities that are not forthcoming

02:59:44 5    about volunteering information that's not asked

02:59:48 6    of them?

02:59:57 7    A.    In some cases. Not where it

03:00:00 8    involves drugs.

03:00:01 9    Q.    Take a look, if you would, at

03:00:04 10    Exhibit 7, which is the Medical Screening Intake

03:00:06 11    form.

03:00:13 12    A.    Okay.

03:00:14 13    Q.    The second page.

03:00:17 14    A.    (Witness complies)

20:00:20 15    Q.    Number 25: "Illegal drug use" is

03:00:23 16    checked, "Yes." And then in terms of the

03:00:26 17    comments all it says is, "24 hours, heroin."

03:00:29 18    Do you see that?

03:00:30 19    A.    Yes.

03:00:30 20    Q.    Do you know if that means that he

03:00:33 21    used it for 24 hours? Twenty-four hours ago?

03:00:36 22    Twenty-four hours was the first time? Any idea?

03:00:39 23    A.    That means his last use of heroin

03:00:42 24    was 24 hours prior to this.

03:00:44 25    Q.    And there's no indication on this as

*COMPU-TRAN SHORTHAND REPORTING*

145

1                              Kevin Duh
2    to the amount of heroin used; correct?
3         A.   Correct.
4         Q.   Or the frequency?
5         A.   Correct.
6         Q.   And there's no indication as to the
7    mode of use?
8         A.   Correct.
9         Q.   Above that, Number 24 -- 23, excuse
10   me -- refers to "Rehab." That is also checked
11   "Yes," and it says "Six months ago."
12             Do you see that?
13        A.   Yes.
14        Q.   Twenty-one: "Hospital" is checked
15   "Yes," and it says "Detox, Putnam Hosp., six
16   months ago."
17             Do you see that?
18        A.   Yes.
19        Q.   There's no indication on this form
20   about anything concerning what happened when he
21   went through detox six months earlier in terms of
22   withdrawal symptoms; correct?
23        A.   Correct.
24        Q.   And there's no indication that
25   anybody asked him anything about whether he had
                COMPU-TRAN SHORTHAND REPORTING

146

1                              Kevin Duffy
2    any problems that occurred after he stopped using
3    drugs on that occasion?
4         A.   Correct.
5         Q.   And is that something that should
6    have been done, by reason of AmeriCor policy,
7    Pages 421 to 422?
8         A.   That would have occurred as part of
9    the physical assessment.
10        Q.   Meaning, the history and physical
11   that's done within 14 days?
12        A.   Yes.
13        Q.   Not at the Receiving Screening?
14        A.   No.
15        Q.   Then, why is the policy at Page 421
16   to 422 referred to as "Receiving Screening"?
17        A.   The policy refers to Receiving
18   Screenings conducted by AmeriCor personnel. In
19   this case, the Receiving Screenings were
20   conducted by the correctional officers. And we
21   don't write the policies and procedures for what
22   the correctional officers do or don't do.
23        Q.   Did you ever speak to anybody from
24   Putnam County or from the facility with respect
25   to your view as indicated in this policy that
                COMPU-TRAN SHORTHAND REPORTING

147

1                              Kevin Duffy
2    these areas at minimum should be inquired into on
3    the Receiving Screening?
4         A.   Not that I recall.
5         Q.   Did you ever provide anyone at the
6    facility -- not staff, not nursing staff, but I
7    mean, corrections county employees, you know, at
8    any level, sheriff or below, with these policies,
9    Exhibit 30?
10        A.   The facility has a copy of our
11   Policy Manual.
12        Q.   How do you know that?
13        A.   Because I gave it to them.
14        Q.   Who did you gave it to?
15        A.   Capital LeFever.
16        Q.   Did you ever have any conversations
17   with him about what correction officers should do
18   at a Receiving Screening?
19        A.   Not that I recall.
20        Q.   So, in the case where a correction
21   officer does the Receiving Screening, this whole
22   section, 421 to 422, would have no applicability.
23   Is that what you're saying?
24        A.   I don't know that I would phrase it
25   that way.
                COMPU-TRAN SHORTHAND REPORTING

148

1                              Kevin Duffy
2         Q.   Well, how would you phrase it?
3         A.   This policy directs what AmeriCor
4    personnel do.
5         Q.   Only if they're the ones doing the
6    Receiving Screening, you're saying?
7         A.   Yes.
8         Q.   So, in the case where a correction
9    officer does a Receiving Screening, AmeriCor
10   personnel do not have to abide by Pages 421 to
11   422?
12        A.   I'm not sure that there is an answer
13   to that question because if they're not doing it,
14   then whether they abide by it or not, becomes
15   irrelevant.
16             I don't want to spar with you, but
17   there's somebody else filling this form out, and
18   this policy refers specifically to what a
19   registered nurse conducting a Receiving Screening
20   would be required to do as an employee of
21   AmeriCor.
22        Q.   In any event, we're in agreement
23   that the AmeriCor nurse is required to review the
24   correction officer's Receiving Screening?
25        A.   Yes.
                COMPU-TRAN SHORTHAND REPORTING

149

1           Kevin Duff,
03.04:52  2       Q.   Within four hours; correct?
03:04:59  3       A.   Yes.
10   4       Q.   Are there any policies which
.c   5  indicate one way or the other whether or not the
03:05:04  6  nurse who conducts that review is required to do
03:05:08  7  anything if certain aspects of that Receiving
03:05:12  8  Screening are not completed?
03:05:19  9       A.   Not specifically.
03:05:19  10      Q.   Is there any training that's
03:06:22  11  provided that you know of, where a nurse is
03:06:29  12  instructed what to do if, upon review of that
03:05:31  13  Receiving Screening, they feel there were
03:05:35  14  omissions?
03:01:36  15      A.   I guess it would depend on the
03:01:41  16  omission.
03:05:42  17 · ·    Q.   Well, what if it was --
03:05:41  18      A.   I mean, if the thing says — if the
03:05:53  19  form comes to the nurse and it says, hospitalized
03:36:58  20  ten years ago, I don't know that that requires
03:58:07  21  any follow up.
03:56:59  22           If it says the inmate is eight
03:06:00  23  months pregnant, then, yeah, I would expect
03:06:02  24  follow up.
03:06:12  25      Q.   Well, was that ever communicated to
           COMPU-TRAN SHORTHAND REPORTING

150

1              Kevin Duffy
03:05:14  2  AmeriCor staff verbally or in writing, as far as
03:06:15  3  you know?
03:06:25  4       A.   Specifically, I don't know.
03:06:28  5       Q.   Go back, if you would, to the 2003
03:05:40  6  policy -- I'm sorry -- Procedure Manual,
03:06:45  7  Exhibit 28, Page 518.
03:06:56  8       A.   (Witness complies)
03:06:76  9       Q.   It's a three-page procedure with
03:07:04  10  respect to opiate detoxification.
03:07:07  11           Do you see that?
03:07:07  12      A.   Yes.
03:07:07  13      Q.   And that would include heroin;
03:07:37  14  correct?
03:07:18  15      A.   Yes.
03:07:39  16      Q.   This procedure in the second -- I'm
03:07:17  17  sorry.  In the first paragraph says, "Inmates who
03:07:20  18  report a history of opiate, including but not
03:57:29  19  limited to heroin and Methadone use, when
03:07:29  20  committed to the facility are to be evaluated for
03:07:39  21  the potential for the onset of symptoms of
     · 22  narcotic withdrawal."
03:07:54  23           Do you see that?
03:07:38  24      A.   Yes.
03:07:39  25      Q.   When is that evaluation done?
           COMPU-TRAN SHORTHAND REPORTING

151

1              Kevin Duffy
20:07:41  2       A.   It can be initiated at several
03:07:53  3  points.
03:07:51  4       Q.   Is it required to be initiated at
03:07:59  5  any particular point, such as at intake, or
20:07:56  6  within four hours, or something like that?
03:08:00  7       A.   It is not required, no.
03:08:02  8       Q.   And so, if an inmate comes in and
03:08:05  9  reports a history of using heroin, are there
03:08:10  10  any -- is there any range, if you will, as to
03:08:13  11  when the evaluation should take place?
03:08:15  12      A.   It would depend on whether the
03:08:19  13  inmate were symptomatic or not.
03:08:23  14      Q.   And in terms of symptoms, the next
03:08:26  15  paragraph says, "Symptoms depend on the frequency
03:08:31  16  and pattern of use, the amount of opiate
03:08:38  17  consumed, and the period of time elapsed between
03:08:39  18  the last use of the narcotic and the time of
03:08:44  19  commitment to the facility.  These factors should
03:08:46  20  be documented as part of the nursing assessment."
03:08:52  21           What is the nursing assessment
03:08:53  22  that's referred to in that procedure?
03:09:36  23      A.   It would be the assessment done on ·
03:09:59  24  intake.
03:09:00  25      Q.   And so, when an inmate reports a
           COMPU-TRAN SHORTHAND REPORTING

152

1              Kevin Duffy
03:09:05  2  history of heroin or opiate use, the nurse is
03:09:13  3 · required to assess those particular factors?
03:09:16  4       A.   If there is evidence to support it,
03:09:24  5  yes.
03:09:24  6       Q.   What would evidence to support it
03:09:27  7  consist of?
03:09:27  8       A.   If the inmate were showing symptoms.
03:09:30  9       Q.   Only if they're showing symptoms at
03:09:32  10  the time of intake?
03:09:34  11      A.   Generally, yes.
03:09:38  12      Q.   What if they have needle marks in
03:09:37  13  their arms?
03:09:38  14      A.   The nurse would probably lend more
03:09:47  15  credence to the report of abuse then if there
03:09:52  16  were no track marks.
03:09:54  17      Q.   Do you know if in Spencer's case, he
03:09:51  18  had any track marks?
03:09:59  19      A.   I think you asked me that.
03:04:59  20           No, I'm not.
03:10:08  21      Q.   Did you ever see photographs of him?
03:10:02  22      A.   No.
03:10:02  23      Q.   Do you recall seeing any photographs
03:10:04  24  that were taken after he committed suicide?
03:10:06  25      A.   No.
           COMPU-TRAN SHORTHAND REPORTING

153

1                              Kevin Duf.

02:10:08  2     Q. It says here, "Symptoms, when they
02:10:10  3  occur, may range from mild to severe and will
    -13   4  generally peak between 24 and 72 hours after the
    .a    5  last use."
03:10:78  6     A.  Yes.
03:10:19  7     Q.  Did you write this procedure?
03:10:21  8     A.  Yes.
02:10:21  9     Q.  Where did you get that information?
03:10:23 10     A.  **From the literature, from documents**
03:10:43 11  **that I was familiar with, and from experience.**
02:10:46 12     Q.  And these were all things that you
02:10:50 13  knew of on or before March 3rd of 2004?
03:10:52 14     A.  Yes.
02:10:53 15     Q.  Have you, since that time, learned
00:10:55 16  of anything that would cause you to write or
02:10:56 17  change in any way this procedure in terms of
03:11:01 18  symptoms appearing -- or peaking, I should say,
03:11:04 19  between 24 and 72 hours after use?
03:11:06 20     A.  No.
03:11:06 21     Q.  In terms of signs of mild
02:11:24 22  withdrawal, was there any indication in any of
03:11:16 23  the records you saw about Spencer, including the
03:11:21 24  ones I showed you today, as to whether or not he
03:11:22 25  had a runny nose?

COMPU-TRAN SHORTHAND REPORTING

154

1                              Kevin Duffy

03:11:24  2     A.  No.
03:11:24  3     Q.  Anything about whether or not he had
33:11:26  4  watery eyes?
03:11:27  5     A.  No.
02:11:27  6     Q.  Anything about whether or not he had
03:11:28  7  loss of appetite?
03:11:29  8     A.  No.
03:11:29  9     Q.  Anything about whether or not he had
03:11:31 10  hot or cold flashes?
03:11:33 11     A.  No.
03:11:33 12     Q.  Anything about whether or not he
03:11:35 13  felt anxious or exhibited anxiety?
03:11:39 14     A.  **Based on what I reviewed earlier,**
03:11:41 15  **I'd say he didn't have any of these symptoms.**
03:11:44 16     Q.  In terms of the moderate symptoms --
03:11:46 17     A.  Right.
03:11:46 18     Q.  -- do you know if anybody ever
03:11:47 19  inquired as to whether or not he felt nauseous?
03:11:50 20     A.  Not specifically.
03:11:51 21     Q.  Do you know if anybody ever asked
    * 22  him whether or not he had muscle cramps?
03:11:55 23     A.  No.
03:11:57 24     Q.  The procedure at the bottom in terms
03:12:04 25  of the letters A, B, and then onto the next page,

COMPU-TRAN SHORTHAND REPORTING

155

1                              Kevin Duffy

03:12:05  2  documentation, basic meds, and withdrawal
03:12:12  3  medications, are those the procedures that come
03:12:13  4  into place that you testified about earlier, only
03:12:15  5  after the inmate exhibits symptoms of withdrawal?
03:12:2°  6     A.  Yes.
03:12:26  7     Q.  And in terms of the symptoms of mild
03:12:00  8  withdrawal, do you know if anybody on the nursing
03:12:02  9  staff ever checked with Spencer at any point in
03:12:36 10  time from intake until the time that he committed
03:12:3° 11  suicide to see if he had any of those mild symptoms?
03:12:42 12     A.  No.
03:12:45 13     Q.  Was this procedure still in effect
03:12:49 14  as of May 20th, 2006?
03:12:51 15     A.  **To the best of my knowledge, yes.**
03:12:05 16     Q.  Did you ever communicate with the
03:13:76 17  State Commission of Correction with respect to
03:13:30 18  Spencer Sinkov?
03:13:06 19     A.  Yes.
03:13:21 20     Q.  In writing, or verbally, or both?
03:13:22 21     A.  **In writing.**
03:13:06 22     Q.  Anything verbal?
03:13:27 23     A.  No.
03:13:31 24     MS. BERG:  Can we have
03:13:52 25     marked as Exhibit 31 a copy of a

COMPU-TRAN SHORTHAND REPORTING

156

1                              Kevin Duffy

03:13:25  2     letter dated October 23rd, 2006, on
03:14:01  3     AmeriCor, Inc. letterhead to
03:14:04  4     Commissioner Lamy.
03:14:44  5     (Whereupon, three-page 10/23/06 letter
03:14:49  6     was marked as Plaintiff's Exhibit No. 31,
03:14:59  7     for id.)
03:14:5o  8     Q.  Did you send Exhibit 31 to the
03:15:08  9  New York State Commission of Correction after
03:15:08 10  reviewing its initial report on the death of
03:15:09 11  Spencer Sinkov?
03:15:11 12     A.  Yes.
03:15:12 13     Q.  And that's your signature -- sorry.
03:15:15 14  Go ahead.
03:15:15 15     A.  **Before we get any further, what was**
03:15:17 16  **the answer to --**
03:15:18 17     MS. BERG:  We're going to
03:15:18 18     take a break for lunch, but we're
03:15:21 19     going to try to get you out of here
03:15:22 20     before we do that, so if you want
03:15:23 21     to take a few minutes now --
03:15:20 22     THE WITNESS:  How long is it
03:15:25 23     going to take to finish up,
03:15:27 24     approximately?
02:15:30 25     MS. BERG:  I don't know.

COMPU-TRAN SHORTHAND REPORTING

157

Kevin Duffy

2  Maybe ten or 15 minutes.
3  THE WITNESS: That's fine. Okay.
4  MS. BERG: You're sure?
5  THE WITNESS: Yes.
6  Q. On the last page of Exhibit 31,
7  that's your signature?
8  A. Yes.
9  Q. Did anybody assist you in drafting
10 this?
11 A. No.
12 Q. In terms of the information
13 pertaining to the intake screening, what, if any,
14 information were you provided with, other than
15 the medical record on which you based those
16 statements?
17 A. Well, I had the Commission's report,
18 and I had the medical record.
19 Q. Did you, for example, get
20 information from Nurse Paul Clarke -- Peter
21 Clarke, excuse me -- about what you put in your
22 letter to the Commission?
23 A. Based on what's in here, I'm sure I
24 spoke to Peter.
25 Q. Do you recall doing so as you sit

COMPU-TRAN SHORTHAND REPORTING

158

Kevin Duffy

2  here today?
3  A. Yeah. It seems to me I talked to
4  him on the phone.
5  Q. Do you recall anything that he said
6  to you or that you said to him?
7  A. I don't remember the -- all of the
8  details of the conversation. What stuck in my
9  mind was that when he initially saw Mr. Sinkov,
10 he didn't -- he wasn't aware that he was an
11 inmate. Okay? As I recall, Peter said he was
12 laughing and talking and, you know, so forth and
13 so on. And it wasn't until Mr. Sinkov did
14 something specific that Mr. Clarke realized, wait
15 a minute; this guy is an inmate.
16 Q. What did he do? What did Spencer do?
17 A. He sat down in a specific chair that
18 nobody but an inmate would sit in.
19 Q. Did Peter Clarke ever indicate to you
20 how long, in total, he observed Spencer on May 20th?
21 A. Not that I recall.
22 Q. Or how long in total he spent
23 communicating with him?
24 A. No. He talked with him; I don't
25 know how long it lasted.

COMPU-TRAN SHORTHAND REPORTING

159

Kevin Duffy

2  Q. Do you know if it was more or less
3  than five minutes?
4  A. I wouldn't hazard a guess on that.
5  Q. In letter C under Number 1, intake
6  screening: "While Inmate Sinkov did score high
7  enough on the Suicide Prevention Screening
8  Guidelines to warrant follow-up services..."
9  You wrote that; correct?
10 A. Yes.
11 Q. What follow-up services were
12 required or warranted, to use your words?
13 A. If Mr. Sinkov had been withdrawn, or
14 crying, or agitated, in some way indicating that
15 he was distraught or if he had said to
16 Mr. Clarke, you know, as an example, "I can't
17 believe I'm in jail; I'm going to kill myself,"
18 that would warrant follow up. It would have to
19 be something, either appearance-wise or verbally
20 communicated to him, that would warrant follow up.
21 Q. Well, correct me if I'm wrong, but
22 I'm reading here that you wrote that his score on
23 the Suicide Prevention Screening Guidelines did
24 warrant follow up.
25 A. Well, as I indicated earlier, what

COMPU-TRAN SHORTHAND REPORTING

160

Kevin Duffy

2  is on the report does not necessarily coincide
3  with what the nurse gets out of his or her
4  assessment.
5  Q. So, in terms of Susan Waters'
6  referral to mental health, why would that be done
7  if there was no indication to anyone that Spencer
8  had any problems that he was presenting?
9  A. Auto reflex.
10 Q. What does that mean?
11 A. It means that sometimes you just
12 make the referral and let somebody else make the
13 assessment/determination for a specific thing.
14 Q. Do you know why Susan Waters would
15 have been reviewing, specifically, Spencer Sinkov
16 on her shift?
17 A. She was probably following up on who
18 came in on the shift before her.
19 Q. Do you know, one way or the other,
20 whether or not she was doing that?
21 A. No.
22 Q. You write in the last sentence,
23 "Later that same morning, the day shift R.N. also
24 completed a referral form."
25 A. Yes.

COMPU-TRAN SHORTHAND REPORTING

161

Kevin Duff

03:20:13  2      Q.   And that's Susan Waters; correct?
03:23:13  3      A.   Yes.
⁄ ⁻⁷:16  4      Q.   Do you recall what you based your
       5   statement on here that she did that sometime in
03:20:20  6   the morning of May 20th, 2006?
03:20:27  7      A.   Not specifically.
03:20:29  8      Q.   On the second page, letter E, the
03:22:42  9   last sentence talks about Sheriff Donald Smith
03:20:47  10  recommending vital signs.
03:20:65  11         Do you see that?
03:20:54  12     A.   Yes.
03:20:54  13     Q.   Do you recall having a conversation
03:21:01  14  or communication in writing with him about that?
03:21:04  15     A.   Yes.
03:21:04  16     Q.   What did he say to you, and what did
03:21:06  17  you say to him?
03:21:08  18     A.   We were at a meeting, and he noted
03:21:14  19  that the Commission thought that vital signs
03:21:13  20  should be performed or obtained; and as a matter
03:21:32  21  of facility policy, even if it wasn't required,
03:21:37  22  he thought it was a good idea that we do it.
03:21:39  23         And I said, okay.
03:21:40  24     Q.   Do you recall who was in attendance
03:21:42  25  at that meeting?

        COMPU-TRAN SHORTHAND REPORTING

162

Kevin Duffy

03:21:45  2      A.   Not specifically, but it probably
03:21:48  3   would have been me, the sheriff, the captain and
03:21:51  4   Mr. DiMattio.
03:21:52  5      Q.   You're guessing?
03:21:53  6      A.   Yes.
03:21:53  7      Q.   Anything else that the sheriff ever
03:21:57  8   communicated to you in writing or verbally about
03:21:59  9   vital signs being taken?
03:22:01  10     A.   He asked at a subsequent meeting if
03:22:03  11  the change had been made, and I assured him that
03:22:07  12  it had.
03:22:07  13     Q.   And the change was the one noted in
03:22:09  14  DiMattio's November 27th, 2006, memo to the
03:22:14  15  nursing staff?
03:22:11  16     A.   If that was the one that said take
03:22:17  17  vital signs on everybody, yes.
03:22:26  18     Q.   This is Exhibit 24. (Handing)
03:22:29  19     A.   Thank you.
03:22:31  20         (Witness peruses record)
03:22:36  21         Yes.
        22     Q.   So, at the time that you wrote to
        23  the Commission, October 23, 2006, that policy had
03:22:42  24  already been implemented?
03:22:44  25     A.   Yes.

        COMPU-TRAN SHORTHAND REPORTING

163

Kevin Duffy

03:22:44  2      Q.   It was just confirmed in writing
03:22:46  3   some month later?
03:22:47  4      A.   Yes.
03:22:47  5      Q.   Other than that letter that's before
03:22:61  6   you as Exhibit 31, did you have any other
03:22:54  7   communications with the Commission?
03:22:57  8      A.   No.
03:22:58  9      Q.   Did the county, to your knowledge,
03:23:00  10  conduct any investigation with respect to
03:23:03  11  Spencer's death?
03:23:05  12     A.   Yes.
03:23:05  13     Q.   To your knowledge, what did that
03:23:05  14  involve?
03:23:11  15     A.   I don't know. I wasn't involved in it.
03:23:13  16     Q.   Did anybody question you?
03:23:16  17     A.   No.
03:23:17  18     Q.   Did you provide a statement to
03:23:18  19  anyone?
03:23:19  20     A.   No, not that I recall.
03:23:22  21     Q.   Do you know if any of your employees
03:23:25  22  were questioned?
03:23:26  23         MR. COON:  By the county?
03:23:27  24         MS. BERG:  Yes.
03:23:32  25     A.   I'm sure they must have been, but I

        COMPU-TRAN SHORTHAND REPORTING

164

Kevin Duffy

03:23:35  2   don't remember where and under what
03:23:35  3   circumstances.
03:23:38  4      Q.   Do you know if any of them provided
03:23:10  5   statements, sworn statements.
03:23:41  6      A.   If they did, I would not have seen
03:23:44  7   them.
03:23:44  8      Q.   Take a look again at the 2004
03:23:48  9   manual, Exhibit 30.
03:23:55  10     A.   (Witness complies)
03:23:58  11     Q.   The pages Bates stamped 448 to 450,
03:23:50  12  "Policy:  Suicide prevention."  The first
03:24:02  13  paragraph refers to, "Inmates will be evaluated
03:24:05  14  for potential risk of suicide during the intake
03:24:10  15  process, using the Receiving Screening form and
03:24:21  16  where applicable, the Suicide Prevention
03:24:39  17  Screening Guidelines form or a similar evaluation
03:24:40  18  tool."
03:24:41  19         Do you see that?
03:24:41  20     A.   Yes.
03:24:41  21     Q.   "Inmates determined to be at risk as
03:24:46  22  a result of this screening process will be placed
03:24:47  23  on suicide precautions and immediately referred
03:24:51  24  to the psychiatrist."
03:24:52  25         Do you see that?

        COMPU-TRAN SHORTHAND REPORTING

---

165

Kevin Duffy

1
2    A.   Yes.
3    Q.   And in terms of those who are
4    determined to be at risk as a result of this
5    screening process, that would be as a result of
6    the administration of, in Putnam's case, the
7    Suicide Prevention Screening Guidelines form?
8    A.   Yes.
9    Q.   And in terms of suicide precautions,
10   what does that mean?
11   A.   Observation.
12   Q.   What level of observation?
13   A.   It can be 15 minutes. It can be
14   constant. In some facilities, there's a third
15   level, called a close watch.
16   Q.   Take a look at the next page, 449;
17   "inmates who are placed on suicide precautions,
18   will be placed in the facility's mental-health
19   unit or placed on regular observation status,
20   such that they are subject to monitoring by
21   correctional and/or health-care personnel.
22   Monitoring should occur every 15 minutes while
23   the inmate is on suicide precautions."
24       Do you see that?
25   A.   Yes.

COMPU-TRAN SHORTHAND REPORTING

---

166

Kevin Duffy

1
2    Q.   So, in terms of AmeriCor's policies,
3    the suicide precautions were 15-minute watches?
4    A.   Yes.
5    Q.   And were nursing staff required to
6    actually see the inmates on suicide precautions
7    every 15 minutes?
8    A.   No.
9    Q.   Well, who would do that, then?
10   A.   The officer.
11   Q.   Back to Page 1, the portion of the
12   sentence I just read in the first paragraph:
13   "Inmates determined to be at risk as a result of
14   this screening process will be immediately
15   referred to the psychiatrist."
16       Do you see that?
17   A.   Yes.
18   Q.   That means during the intake
19   process; correct?
20   A.   Not necessarily.
21   Q.   You don't believe that that's what
22   your policy provides for?
23   A.   I believe "immediately" here is
24   intended to mean that the referral should be made
25   as soon as possible.

COMPU-TRAN SHORTHAND REPORTING

---

167

Kevin Duffy

1
2    Q.   That's not what it says, though;
3    correct?
4        MR. COON:  Objection. The
5        document speaks for itself. It's
6        argumentative.
7    Q.   Does the document say "as soon as
8    possible"?
9    A.   No.
10   Q.   At the bottom it says, "Revised and
11   reviewed, November 15, 2004;" correct?
12   A.   Yes.
13   Q.   The second paragraph refers to,
14   "Training for health-care personnel will occur
15   annually."
16       Do you see that?
17   A.   Yes.
18   Q.   Were health-care personnel, AmeriCor
19   employees, actually trained annually?
20   A.   I believe they were.
21   Q.   Would it refresh your recollection
22   if I told you that the first time any AmeriCor
23   employee received training on suicide prevention
24   was in November of 2006? Two years later.
25   A.   I'm sorry. Again?

COMPU-TRAN SHORTHAND REPORTING

---

168

Kevin Duffy

1
2        (Question read)
3    A.   No.
4    Q.   You believe there was training
5    before that time?
6    A.   Yes.
7    Q.   Are you aware of any records that
8    would indicate that such training was given?
9    A.   There may be. I don't recall any
10   specific ones.
11       MS. BERG:  I'm going to call
12       for the production of any records
13       that would indicate suicide-
14       prevention training being given to
15       AmeriCor employees, other than the
16       November, '06, records.
17       MR. COON:  I'll take it
18       under advisement.
19   DOCUMENT/DATA REQUESTED:_____
20   Q.   Did the Putnam County Correctional
21   Facility have a mental-health unit, as far as you
22   know?
23   A.   No.
24   Q.   Was AmeriCor providing services to
25   the facility at the time that Norberto Rivera

COMPU-TRAN SHORTHAND REPORTING

169

Kevin Dun

1
01:29:25 2 committed suicide?
00:29:27 3 A. We were providing medical and dental
~00 4 services.
.: 5 Q. Was the nursing staff involved in
03:29:32 6 the screening, the intake process, at that time?
03:29:37 7 A. Not to an extent any different than
03:29:40 8 the time frame we're talking about.
03:29:43 9 Q. Did you partake in any investigation
03:29:46 10 with respect to Rivera's death?
03:29:51 11 A. Not that I recall.
03:29:52 12 Q. Do you recall attending any meetings
03:29:55 13 with county personnel, state commissioners, or
03:29:58 14 anyone else pertaining to Rivera's death?
03:30:00 15 A. Not that I recall.
03:30:04 16 Q. Did you communicate with anyone
03:30:06 17 within AmeriCor - a health-services administrator
03:30:12 18 or anyone else - about Rivera's death?
03:30:15 19 A. I'm sure as a matter of -- you know,
03:30:17 20 an inmate death is followed by a review - Did we
03:30:24 21 have any information that might be needed by
03:30:29 22 somebody? But since we were --
03:30:32 23 Q. Do you recall doing that, though?
03:30:35 24 A. No. But you know, I mean, it's
03:30:35 25 just -- there's a general review that's done

COMPU-TRAN SHORTHAND REPORTING

170

1 Kevin Duffy
03:30:38 2 after an inmate dies.
03:30:40 3 Q. I understand that that's what you're
03:30:42 4 saying happens; but do you recall doing so in
03:30:45 5 connection with Rivera's death?
02:30:47 6 A. No.
03:50:48 7 Q. Did you communicate with the
01:30:50 8 Commission in any way, State Commission?
03:30:54 9 A. On Rivera?
03:52:56 10 Q. Yes.
03:51:07 11 A. Not that I recall.
03:31:09 12 MS. SERG: Just give us five
03:31:05 13 minutes.
03:37:03 14 (Recess taken)
03:37:13 15 MS. BERG: I have no further
02:37:14 16 questions.
31:37:21 17 MR. COON: Okay.
03:37:26 18 MS. BERG: Do you, Tim?
03:37:29 19 Questions?
03:37:50 20 MR. COON: No.
03:37:33 21 MS. BERG: All right.
22 That's it.
03:37:33 23 o0o
05:37:38 24 (Time noted: 1:46 p.m.)
25

COMPU-TRAN SHORTHAND REPORTING

171

1
2 STATE OF NEW YORK )
3 SS:
4 COUNTY OF WESTCHESTER )
5
6
7
8 I, KEVIN DUFFY, the witness herein,
9 having read the foregoing testimony of the pages
10 of this deposition, do hereby certify it to be a
11 true and correct transcript, subject to the
12 corrections, if any, shown on the attached page.
13
14
15 o0o
16
17
18
19 _____
20 KEVIN DUFFY
21
22 Subscribed and sworn to before me
23 this ___ day of ___, 2008.
24
25 _____

COMPU-TRAN SHORTHAND REPORTING

172

1
2 STATE OF NEW YORK )
3 ) ss
4 COUNTY OF ROCKLAND )
5
6
7 I, Donna Bochnik, Notary Public within
8 and for the State of New York, do hereby
9 certify:
10
11 That I reported the proceedings in the
12 within entitled matter, and that the within
13 transcript is a true record of said
14 proceedings.
15
16 I further certify that I am not
17 related to any of the parties to the action by
18 blood or marriage, and that I am in no way
19 interested in the outcome of this matter.
20
21 IN WITNESS WHEREOF, I have hereunto
22 set my hand this 24th day of January, 2008.
23
24 DONNA BOCHNIK,
NOTARY PUBLIC
25

COMPU-TRAN SHORTHAND REPORTING

173

***I N D E X***

PAGE#    LINE#

EXAMINATION BY:

Ms. Berg                          4  10

DOCUMENT/DATA REQUESTED:

PRODUCTION OF ORIENTATION CHECKLIST   49  19

PRODUCTION OF JOB PERFORMANCE
EVALUATION FOR WATERS AND CLARKE      54   4

PRODUCTION OF CLARKE'S SHIFT REPORT   76   4

PRODUCTION OF DOCUMENTS THAT
REFLECT DATES OF MEETINGS             95  10

PRODUCTION OF POLICY MANUALS         132   7

PRODUCTION OF ANY RECORDS THAT
WOULD INDICATE SUICIDE PREVENTION
TRAINING GIVEN TO AMERICOR EMPLOYEES,
OTHER THAN NOVEMBER '06 RECORDS      168  20

PLAINTIFF'S EXHIBITS:

22 - eight-page 1/23/04 memo
From Michelle Murnane to
All Staff                             65  13

23 - one-page 11/9/04 memo from
Richard DiMattin to all
Nursing Staff                         72  18

24 - one-page 11/27/06 memo
from Rich to All Staff                76   8

25 - Packet of AmeriCor-produced
Documents                             78  16

(Index continued on next page)

174

26 - 5/20/06 Progress Note          114  19

27 - 5/20/06 Progress Note          117  10

28 - AmeriCor, Inc., Procedure
Manual, Putnam County Correctional
Facility, 2003                       122  23

29 - Two-page 5/20/06 Shift Report   127   3

30 - AmeriCor, Inc. Policy Manual,
Putnam County Correctional
Facility, 2004                       128  16

31 - Three-page 10/23/06 letter      156   5

DEFENDANT'S EXHIBITS:

          NONE

RULINGS CONTEMPLATED:

          NONE.

175

175

1

2    CORRECTION SHEET

3

4    Re: DONNA, SINKOV v. DONALD B. SMITH

5        The following corrections, additions

6    or deletions were noted on the transcript of

7    the testimony which I gave in the above-

8    captioned matter, held on 1/17/08.

9

10   PAGE(S)  LINE(S)  SHOULD READ

11   ____ __ x _____

12   ____ __ x _____

13   ____ __ __ _____

14   ____ __ __ _____

15   ____ __ __ _____

16   ____ __ __ _____

17   ____ __ __ _____

18   ____ __ __ _____

19

20   _____

21            KEVIN DUFFY

22   Subscribed and sworn to before me

23   this___day of_____ 2008.

24

25

'03 [5] - 14:23, 48:20,
123:22, 131:7, 131:10,
133:19
'04 [4] - 72:17, 130:3, 131:7,
133:20
'06 [3] - 69:20, 168:15,
173:15

**1**

1 [9] - 14:4, 14:23, 35:3,
41:14, 48:20, 76:19, 159:5,
166:11
  1/17/08 [1] - 175:8
  1/22/04 [2] - 66:13, 173:17
  10 [3] - 173:5, 173:11,
174:4
  10/23/06 [2] - 156:5, 174:10
  105 [1] - 24:7
  10532 [1] - 2:17
  10601 [1] - 2:6
  10604 [1] - 2:22
  10:15 [1] - 1:16
  10B [1] - 83:18
  11 [3] - 83:19, 118:25,
119:4, 131:6, 131:10
  11/27/06 [2] - 76:8, 173:21
  11/3/04 [2] - 72:18, 173:19
  114 [1] - 174:2
  11501 [1] - 2:11
  117 [1] - 174:4
  11:30 [1] - 10:18
  11:32 [1] - 70:23
  11:43 [1] - 70:23
  11th [2] - 129:19, 133:19
  12 [2] - 10:2, 11:6
  122 [1] - 174:6
  127 [1] - 174:7
  128 [1] - 174:9
  13 [1] - 173:18
  132 [1] - 173:12
  13th [1] - 123:22
  14 [14] - 6:17, 8:25, 9:4, 9:8,
9:22, 11:3, 11:25, 18:6,
105:20, 105:11, 106:14,
131:20, 141:25, 146:11
  14-day [2] - 105:18, 108:15
  1465 [1] - 77:8
  15 [7] - 11:3, 131:7, 157:2,
165:13, 165:22, 166:7,
167:11
  15-minute [6] - 64:21, 73:3,
73:15, 75:4, 120:17, 166:3
  151 [1] - 2:17
  156 [1] - 174:10
  15th [2] - 129:20, 133:20
  16 [2] - 173:23, 174:9
  168 [1] - 173:15

**2**

2 [2] - 98:6, 111:25
  20 [3] - 69:20, 126:19,
173:15
  20-hour-a-week [1] - 9:21
  2001 [2] - 35:21, 37:16
  2003 [25] - 5:22, 6:20, 9:18,
12:7, 14:4, 20:8, 26:4, 26:10,
30:22, 35:3, 35:6, 35:12,
35:14, 35:21, 36:20, 37:5,
121:20, 122:21, 122:25,
123:11, 124:4, 129:24,
130:19, 150:5, 174:6
  2004 [11] - 27:16, 66:11,
128:15, 128:18, 129:3,
130:11, 131:22, 133:13,
164:8, 167:11, 174:9
  2006 [19] - 21:7, 75:7, 76:5,
76:16, 110:2, 123:25, 125:8,
126:19, 129:13, 130:20,
155:14, 156:2, 161:6,
162:14, 162:23, 167:24
  2008 [4] - 1:15, 171:23,
172:22, 175:23
  20th [10] - 75:7, 75:20,
98:4, 123:25, 125:15,
129:13, 130:20, 155:14,
158:20, 161:6
  22 [5] - 66:10, 66:15, 66:25,
173:17
  222 [2] - 1:14, 2:5
  226 [1] - 76:17
  23 [7] - 72:15, 72:20, 72:22,
145:9, 162:23, 173:19, 174:6
  23rd [1] - 156:2
  24 [15] - 24:13, 76:5, 76:10,
161:20, 162:2, 116:6,
137:18, 144:17, 144:21,
144:24, 145:9, 153:4,
153:19, 162:18, 173:21
  24-hour [1] - 110:17
  24-hour-a-day [1] - 107:13
  24-hour-a-day/seven-day-
a-week [1] - 142:6
  240 [1] - 2:11
  24th [1] - 172:22
  25 [5] - 78:13, 78:18, 78:20,

80:14, 102:11, 122:14,
144:15, 173:23
  26 [5] - 114:5, 114:11,
115:6, 118:9, 174:2
  27 [5] - 75:6, 117:5, 117:12,
117:13, 117:23, 118:5,
118:10, 118:16, 174:4
  27th [2] - 110:2, 162:14
  28 [5] - 76:15, 122:18,
123:2, 123:4, 129:25,
130:10, 130:15, 150:7, 174:5
  29 [3] - 126:24, 127:5,
174:7

**3**

3 [8] - 45:3, 68:20, 85:6,
86:15, 90:17, 91:13, 92:3,
174:7
  30 [3] - 128:12, 128:19,
128:20, 129:22, 130:3,
130:24, 147:9, 164:9, 174:8
  302 [2] - 76:19, 76:21
  31 [6] - 155:25, 156:6,
155:8, 157:6, 163:6, 174:10
  3105 [2] - 4:13, 8:14
  330 [4] - 41:13, 98:16,
98:22, 99:2
  366-1465 [1] - 76:19
  388 [3] - 130:23, 131:3,
132:7
  3:30 [1] - 10:17
  3rd [1] - 153:13

**4**

4 [5] - 112:7, 120:14, 173:5,
173:9, 173:10
  421 [7] - 133:17, 141:12,
142:23, 146:7, 146:15,
147:22, 148:10
  422 [5] - 133:17, 139:9,
146:7, 146:16, 147:22,
148:11
  448 [1] - 164:11
  449 [1] - 165:16
  450 [1] - 164:11
  48 [1] - 102:3
  487 [1] - 122:21
  49 [1] - 173:7
  494 [1] - 123:19
  4:00 [3] - 10:17, 127:2,
127:20

**5**

5 [3] - 88:11, 88:15, 174:10
  5/20/06 [8] - 114:7, 114:9,
117:10, 127:2, 127:3, 174:2,
174:4, 174:7
  50 [1] - 128:2

518 [1] - 150:7
  532 [1] - 122:22
  54 [1] - 173:9
  541 [1] - 78:15
  545 [2] - 79:6, 80:18
  557 [3] - 79:17, 81:2, 81:14
  558 [3] - 81:2, 87:14, 87:20
  561 [4] - 102:13, 104:20,
104:24, 108:6
  562 [1] - 109:19

**6**

6 [1] - 133:2
  627 [1] - 78:15
  66 [1] - 173:18
  69 [2] - 114:8, 116:11

**7**

7 [4] - 68:8, 69:7, 144:10,
173:12
  72 [6] - 101:21, 102:3,
106:25, 153:4, 153:19,
173:20
  76 [2] - 173:10, 173:22
  78 [1] - 173:23
  7:30 [2] - 10:17, 127:2,
127:19

**8**

8 [1] - 173:22
  845 [1] - 76:17
  8:00 [1] - 10:18

**9**

9 [2] - 47:15, 72:17
  95 [1] - 173:11

**A**

A-s-i-f [1] - 18:10
  a.m [4] - 1:16, 70:23,
118:25, 119:4
  abide [2] - 148:10, 148:14
  ability [3] - 51:8, 60:20,
136:14
  aboard [1] - 51:6
  above-captioned [1] - 1:20
  abuse [7] - 88:20, 89:20,
100:4, 103:10, 111:10,
135:25, 152:15
  abused [1] - 103:15
  accept [1] - 124:10
  access [3] - 107:13,
110:17, 142:7
  according [1] - 48:3
  accreditation [2] - 21:6,
129:8

16B [1] - 83:19
  17 [4] - 1:15, 34:21, 47:17,
47:23
  18 [2] - 39:9, 173:20
  19 [2] - 173:7, 174:2
  19808 [1] - 4:14
  1981 [1] - 37:14
  1998 [3] - 35:13, 37:14,
37:16
  19th [2] - 75:19, 126:18
  1:46 [1] - 170:24

accredited [4] - 21:3, 21:9, 21:16, 21:18
accurate [2] - 5:5, 80:4
acquired [1] - 38:2
Action [2] - 41:21, 91:2
action [3] - 51:12, 70:4, 172:17
actions [5] - 62:7, 91:15, 91:25, 92:4, 92:9
activities [2] - 7:15, 17:11
actual [5] - 11:25, 29:16, 34:10, 48:23, 70:25
ADAM [1] - 2:12
added [3] - 61:17, 118:20, 119:11
addendum [1] - 122:6
addendums [2] - 79:24, 80:11
addicted [2] - 109:21, 110:21
addition [2] - 11:6, 61:9
additional [5] - 81:16, 83:6, 105:11, 117:7, 118:10
additions [1] - 175:5
address [7] - 4:11, 5:12, 25:19, 44:11, 100:14, 103:22, 103:23
addressed [1] - 108:16
addresses [3] - 44:13, 50:17, 102:5
Addressing [1] - 28:2
ADM [4] - 41:13, 96:16, 98:22, 99:2
administer [3] - 3:7, 55:21, 61:10
administered [2] - 45:16, 103:13
administers [2] - 55:20, 58:6
administration [4] - 5:13, 5:14, 98:15, 165:6
Administration [1] - 61:24
administrative [1] - 94:16
administrator [21] - 17:13, 17:19, 17:21, 18:8, 18:10, 18:14, 18:16, 18:22, 19:3, 19:7, 23:3, 23:7, 23:15, 23:21, 27:10, 32:10, 51:10, 66:21, 71:21, 94:12, 169:17
admission [2] - 75:2, 105:21
advise [1] - 102:7
advised [3] - 107:19, 107:21, 116:25
advisement [7] - 49:17, 54:2, 76:2, 95:8, 126:21, 132:5, 168:18
advises [1] - 107:23
advising [1] - 113:12
AEO [2] - 115:24, 116:9

affect [2] - 40:23, 132:11
agency [1] - 21:12
agitated [1] - 159:14
ago [10] - 15:19, 57:5, 57:12, 58:2, 116:6, 137:18, 144:21, 145:11, 145:16, 149:20
agree [1] - 86:4
AGREED [3] - 3:2, 3:12, 3:17
agreement [2] - 15:8, 85:15, 148:22
ahead [2] - 88:18, 156:14
Alcohol [2] - 103:4, 112:14
alcohol [16] - 55:15, 59:12, 59:16, 60:9, 74:8, 74:19, 82:8, 82:20, 99:9, 99:24, 100:16, 101:19, 103:10, 105:13, 134:19, 143:21
Alert [1] - 116:10
alert [1] - 87:4
allowed [1] - 28:23
almost [1] - 23:11
ALSO [1] - 2:24
amended [1] - 121:22
amendment [3] - 15:17, 15:25, 56:25
amendments [4] - 15:13, 27:5, 121:23, 122:3
AMERICOR [4] - 1:11, 1:19, 6:24, 173:14
AmeriCor [134] - 2:21, 4:17, 6:2, 6:3, 6:15, 6:18, 7:3, 7:5, 7:6, 8:3, 8:13, 8:20, 8:21, 8:24, 9:9, 9:16, 10:12, 11:2, 12:5, 13:10, 13:12, 13:18, 14:9, 14:21, 15:7, 15:23, 16:11, 16:18, 17:9, 19:11, 19:22, 19:24, 20:7, 25:10, 25:20, 26:3, 27:15, 29:9, 29:12, 29:19, 30:5, 30:21, 31:4, 31:19, 34:6, 37:2, 37:4, 37:10, 43:22, 44:4, 44:7, 48:8, 48:16, 48:19, 49:22, 50:3, 50:5, 50:11, 50:22, 51:9, 51:19, 52:20, 53:14, 54:5, 55:2, 55:19, 55:23, 56:4, 57:2, 57:12, 59:14, 61:11, 65:7, 66:3, 67:16, 73:16, 76:17, 77:2, 78:15, 78:16, 79:13, 82:3, 82:17, 84:21, 85:15, 91:20, 99:6, 99:22, 100:18, 100:25, 101:17, 101:25, 103:25, 104:13, 108:13, 109:13, 111:21, 115:14, 117:23, 120:7, 121:12, 122:19, 122:23, 126:25, 128:13, 128:15, 128:24, 133:12, 134:10, 135:3, 135:9,

135:22, 136:9, 136:21, 138:5, 140:2, 140:13, 140:23, 146:6, 146:18, 148:3, 148:9, 148:21, 148:23, 150:2, 156:3, 167:18, 167:22, 168:15, 168:24, 169:17, 173:23, 174:5, 174:8
AmeriCor's [7] - 24:9, 89:5, 97:25, 100:7, 135:8, 138:11, 166:2
AmeriCor-produced [1] - 173:23
amount [7] - 97:22, 134:21, 135:11, 137:19, 139:11, 145:2, 151:16
AND [4] - 3:2, 3:12, 3:17, 173:9
Annually [1] - 15:6
annually [4] - 23:20, 53:4, 167:15, 167:19
answer [25] - 4:22, 4:24, 27:21, 27:23, 29:2, 40:11, 42:12, 46:2, 46:15, 47:17, 47:21, 56:15, 59:2, 70:3, 83:18, 86:16, 86:17, 87:23, 93:12, 108:15, 138:3, 138:16, 140:8, 148:12, 156:16
answered [1] - 85:14
answers [4] - 9:14, 86:5, 87:17, 140:3
anxiety [1] - 154:13
anxious [1] - 154:13
ANY [1] - 173:13
Any.. [1] - 83:13
appear [2] - 101:20, 106:23
appearance [2] - 135:17, 159:19
appearance-wise [1] - 159:19
appearing [1] - 153:18
appetite [1] - 154:7
applicability [1] - 147:22
applicable [2] - 62:15, 164:16
apply [2] - 33:21, 39:20
approve [2] - 51:12, 51:13
approved [1] - 51:15
approving [1] - 18:19
April [1] - 37:5
area [2] - 91:19, 140:20
areas [6] - 31:14, 40:22, 59:11, 137:23, 140:3, 147:2
argumentative [1] - 167:6
arise [1] - 24:22
arms [1] - 152:13
arrangements [1] - 33:8
arrived [1] - 110:10
arrow [1] - 59:10

as-needed [4] - 26:22, 51:22, 57:9, 59:4
ASAP [1] - 77:20
Aside [1] - 91:18
aside [1] - 61:5
Asif [3] - 16:10, 16:17, 22:14
Asif's [1] - 16:23
aspects [2] - 21:14, 149:7
assess [4] - 45:17, 62:5, 101:6, 152:3
assessment [14] - 43:16, 55:7, 55:10, 60:24, 73:25, 78:7, 84:23, 86:8, 141:23, 146:9, 151:20, 151:21, 151:23, 160:4
assessment/ deformination [1] - 160:13
assigned [3] - 10:6, 10:8, 11:6
assignment [1] - 132:12
assist [2] - 27:8, 157:9
assistance [1] - 113:16
associate [1] - 114:23
assume [6] - 63:8, 100:2, 140:12, 140:20, 141:10, 141:20
assuming [1] - 143:9
Assuming [1] - 139:25
assured [1] - 162:11
Atlantic [1] - 36:17
attached [1] - 171:12
attempt [5] - 54:24, 59:18, 59:24, 60:10, 99:15
attempted [2] - 29:22, 30:15
attempts [1] - 29:17
attend [2] - 48:8, 94:19
attendance [1] - 161:24
attended [4] - 12:22, 50:6, 94:5, 94:10
attending [2] - 13:5, 169:12
attention [2] - 64:10, 98:13
Attorneys [4] - 2:5, 2:10, 2:15, 2:21
attorneys [1] - 3:3
August [2] - 123:11, 123:22
authority [1] - 73:17
authorized [1] - 3:7
Auto [1] - 160:9
available [5] - 48:12, 48:16, 48:19, 65:10, 121:9
averaged [1] - 24:6
aware [45] - 29:17, 31:17, 31:23, 33:19, 33:25, 39:16, 44:3, 44:15, 44:20, 47:11, 50:11, 54:4, 55:12, 56:9, 63:23, 65:18, 65:22, 66:2, 66:20, 70:7, 73:12, 74:20, 87:10, 83:23, 88:24, 92:17,

92:21, 97:19, 99:5, 101:17,
104:13, 108:24, 112:17,
112:23, 113:17, 119:19,
119:25, 133:9, 133:10,
133:15, 135:2, 158:10, 158:7

**B**

bachelor [1] - 5:11
background [4] - 5:10,
51:19, 51:23, 51:24
base [6] - 31:8, 73:23, 74:3,
74:5, 86:24, 121:17
Based [2] - 154:14, 157:23
based [11] - 21:2, 21:12,
34:25, 50:20, 86:8, 86:20,
121:18, 124:20, 157:15,
161:4
basic [1] - 155:2
basis [9] - 11:21, 23:16,
26:23, 51:22, 53:16, 57:9,
59:4, 89:19, 112:8
Bates [18] - 78:15, 79:6,
79:16, 81:2, 87:14, 87:20,
102:13, 104:20, 122:21,
123:19, 128:2, 130:22,
132:7, 133:16, 139:9, 164:11
become [3] - 61:20, 61:23,
130:16
becomes [1] - 148:14
BEFORE [1] - 1:18
began [1] - 14:3
beginning [1] - 102:24
behalf [5] - 1:19, 14:9,
14:11
behavior [1] - 135:18
Behavior [1] - 82:7
below [3] - 19:4, 118:24,
147:8
benefit [1] - 21:17
Berg [2] - 4:15, 173:5
BERG [41] - 2:6, 4:10,
27:24, 28:6, 28:10, 28:25,
35:7, 38:17, 43:14, 49:13,
53:21, 66:3, 70:11, 70:16,
70:24, 72:14, 75:22, 76:4,
78:12, 79:22, 80:2, 80:6,
80:12, 95:3, 114:6, 117:4,
122:17, 126:16, 126:23,
128:11, 131:25, 155:24,
156:17, 156:25, 157:4,
163:24, 168:11, 170:12,
170:15, 170:18, 170:21
best [3] - 60:20, 155:15
between [6] - 3:3, 37:16,
46:17, 151:17, 153:4, 153:19
bidders [1] - 12:25
bidders [2] - 12:21, 13:5
binder [1] - 64:17
blank [6] - 20:4, 90:21,
91:17, 140:21, 142:24, 143:3

blanket [1] - 103:16
blood [1] - 172:18
Bloomingdale [2] - 1:14,
2:5
blur [1] - 95:12
Bochnik [2] - 1:25, 4:3,
172:7
BOCHNIK [1] - 172:24
bold [1] - 47:24
booked [2] - 25:14, 57:16
booking [2] - 40:25, 56:2,
77:10, 77:19, 91:6, 107:12,
107:22, 115:24
bookings [1] - 143:19
bottom [22] - 41:21, 42:24,
47:23, 69:6, 73:2, 76:15,
79:17, 81:14, 85:7, 90:17,
91:13, 92:3, 102:14, 108:6,
114:8, 116:11, 117:9, 124:6,
126:4, 128:3, 154:24, 167:10
Boulevard [1] - 2:11
box [5] - 44:5, 44:17, 47:2,
69:18, 142:10
boxes [8] - 41:23, 45:22,
45:24, 85:16, 85:19, 86:13
break [4] - 70:9, 70:17,
70:20, 156:18
breathing [1] - 135:18
brings [1] - 60:4
broad [1] - 40:21
Broadway [1] - 2:17
brought [2] - 4:17, 25:5,
43:19
bulky [1] - 131:19
business [13] - 4:11, 5:13,
6:7, 6:19, 7:7, 7:10, 7:18,
7:24, 8:12, 16:14, 34:23,
35:25, 37:22
BY [8] - 2:6, 2:12, 2:18,
2:23, 4:10, 28:6, 70:24,
173:4

**C**

cannot [1] - 62:24
capacity [2] - 1:9, 5:25
Capital [2] - 17:16, 147:15
capital [2] - 17:17, 94:7
captain [1] - 162:3
Captain [1] - 94:6
captioned [2] - 1:20, 175:8
Care [7] - 21:11, 35:18,
35:20, 37:2, 37:7, 38:12,
38:25
care [13] - 6:4, 8:3, 8:22,
10:19, 19:12, 21:14, 36:2,
36:4, 62:16, 99:17, 122:4,
132:8, 133:6, 141:22, 142:7,
155:21, 167:14, 167:18
case [18] - 29:10, 51:16,

86:21, 102:6, 107:4, 110:15,
113:15, 113:18, 121:23,
133:5, 138:19, 139:2, 141:4,
146:19, 147:20, 148:3,
152:17, 165:6
cases [3] - 25:4, 64:10,
144:7
Catherine [1] - 19:15
ceasing [3] - 134:23,
137:21, 139:13
Cell [1] - 70:8
certain [4] - 46:4, 46:11,
97:22, 149:7
certainly [1] - 5:3
certificate [1] - 7:23
certificates [1] - 78:23
certify [3] - 171:10, 172:9,
172:15
cefera [1] - 132:13
chair [1] - 156:17
change [5] - 58:25, 58:18,
163:17, 162:11, 162:13
changed [2] - 57:11, 87:18
changes [2] - 15:11, 26:23,
124:3
changing [1] - 15:21
characterize [1] - 40:2
chart [1] - 89:2
check [7] - 51:24, 57:5,
107:8, 110:8, 120:2, 120:12,
120:17
checked [12] - 41:24, 44:5,
44:17, 85:20, 86:5, 111:2,
111:6, 111:10, 144:16,
145:10, 145:14, 155:9
checklist [2] - 49:9, 49:15
CHECKLIST [1] - 173:7
checks [4] - 51:19, 51:22,
73:3, 73:16
Chicago [1] - 21:12
Chicago-based [1] - 21:12
chronological [1] - 63:4
chronologically [1] - 63:19
circumstances [13] - 27:17,
28:16, 37:24, 41:8, 72:4,
73:13, 85:22, 92:3, 95:18,
96:12, 117:19, 119:22,
138:8, 140:2, 164:3
claimed [1] - 59:5
clarification [1] - 83:6
Clark's [1] - 53:12
CLARKE [1] - 173:9
Clarke [28] - 52:13, 53:24,
69:25, 70:3, 70:5, 75:14,
75:19, 85:2, 85:23, 86:12,
87:16, 88:7, 90:9, 96:18,
114:12, 115:20, 116:22,
116:25, 137:2, 137:12,
137:22, 138:11, 140:17,
157:20, 157:21, 158:14,

158:19, 159:16
Clarke's [5] - 69:16, 75:23,
89:15, 118:19, 118:25
CLARKE'S [1] - 173:10
classification [1] - 132:11
clear [1] - 80:10
clerk [6] - 9:7, 9:13, 9:17,
9:20, 9:25, 19:6
clinical [1] - 11:15
clinician [1] - 101:13
close [1] - 165:15
cocaine [1] - 103:11
coincide [1] - 160:2
cold [1] - 154:10
collection [1] - 97:12
collectively [1] - 78:17
Column [1] - 42:25
column [1] - 85:20
combined [1] - 5:19
coming [6] - 12:13, 30:22,
31:4, 54:7, 54:20, 57:16,
65:10, 97:22
commented [1] - 95:22
comments [1] - 144:17
Commission [21] - 21:4,
21:10, 26:22, 31:10, 31:11,
31:16, 41:12, 42:6, 48:3,
97:14, 116:13, 117:24,
118:2, 155:17, 156:9,
157:12, 161:19, 162:23,
163:7, 170:8
Commission's [2] - 129:8,
157:17
Commissioner [1] - 156:6
commissioners [1] -
169:13
commit [1] - 29:18
commitment [3] - 54:12,
67:9, 151:19
commitments [1] - 97:12
committed [7] - 30:2,
30:24, 119:12, 150:20,
152:24, 155:10, 169:2
communicable [2] -
141:14, 141:18
communicate [4] - 23:12,
155:16, 169:16, 170:7
communicated [4] - 72:9,
149:25, 159:20, 162:8
communicating [1] -
158:23
Communication [1] - 131:3
communication [1] -
161:14
communications [3] - 23:6,
23:10, 163:7
companies [2] - 38:18,
38:20
company [12] - 6:4, 12:2,
12:9, 19:11, 21:19, 34:10,

34:12, 34:13, 36:19, 38:2,
52:16, 53:17
  comparison [1] - 98:21
  compilation [1] - 80:14
  complained [1] - 110:15
  complete [5] - 84:22, 90:10,
91:21, 91:23, 127:15
  completed [10] - 57:20,
75:9, 88:11, 89:8, 90:4, 90:8,
92:13, 105:14, 149:8, 160:24
  completely [1] - 83:17
  completes [1] - 63:24
  compliance [1] - 67:6
  complies [7] - 45:4, 47:22,
123:20, 133:18, 144:14,
150:8, 164:10
  components [1] - 103:5
  concerning [1] - 145:20
  concerns [1] - 77:19
  conclusion [2] - 5:6, 89:18
  conclusions [1] - 97:5
  condition [5] - 83:14,
124:11, 135:19, 135:23,
137:8
  conditions [2] - 28:20,
53:11
  conduct [4] - 51:22, 57:19,
98:3, 163:10
  conducted [4] - 58:21,
97:2, 145:18, 146:20
  conducting [2] - 138:20,
148:19
  conducts [3] - 56:19,
68:23, 149:6
  confer [2] - 20:24, 27:25
  conference [2] - 12:21,
13:6
  confirm [4] - 51:21, 59:18,
59:24, 60:7
  confirmed [1] - 163:2
  conforming [1] - 102:17
  confusing [1] - 130:4
  confusion [1] - 130:14
  connection [2] - 4:16, 7:14,
31:8, 74:25, 93:7, 121:10,
121:19, 170:5
  considerations [1] - 27:22
  considered [2] - 12:2,
91:10
  consist [1] - 152:7
  constant [17] - 41:4, 41:8,
41:25, 42:9, 43:5, 44:8,
44:13, 44:16, 48:4, 64:22,
73:4, 73:16, 75:4, 108:8,
108:20, 109:17, 165:14
  constantly [1] - 109:2
  consult [1] - 132:17
  consulted [1] - 133:11
  consumed [1] - 151:17
  contact [3] - 12:14, 104:2,

108:4, 107:5, 124:13
  contacted [1] - 125:22
  contain [1] - 118:10
  contained [5] - 23:23,
25:17, 105:8, 129:16,
129:21, 138:22
  CONTEMPLATED [1] -
174:18
  continuation [1] - 58:17
  continue [2] - 99:16, 130:2
  CONTINUED [2] - 28:5,
70:24
  continued [2] - 59:8,
173:25
  continues [1] - 124:9
  continuing [1] - 130:10
  continuity [1] - 99:17
  continuously [1] - 14:21
  contract [20] - 8:9, 13:24,
14:2, 14:6, 14:8, 14:17,
14:20, 15:2, 15:11, 15:16,
48:25, 79:3, 79:14, 79:21,
81:10, 102:25, 121:20,
121:21, 121:25, 122:7
  contract's [1] - 67:7
  contractors [1] - 12:3
  contracts [2] - 34:7,
121:11, 121:18
  conversation [2] - 158:8,
161:13
  conversations [7] - 13:6,
87:2, 88:6, 89:23, 92:25,
120:20, 147:16
  conversing [1] - 87:5
  convulsions [1] - 134:23
  COON [49] - 2:23, 28:2,
29:3, 35:6, 35:8, 35:13,
38:15, 38:19, 39:25, 40:9,
42:11, 43:12, 45:24, 46:13,
47:13, 49:16, 53:25, 56:13,
58:24, 70:19, 75:25, 79:18,
79:23, 80:3, 80:8, 84:2, 95:7,
104:25, 108:14, 126:20,
132:4, 137:25, 138:14,
140:5, 140:8, 163:23, 167:4,
168:17, 170:17, 170:20
  copy [11] - 40:16, 66:10,
72:15, 76:5, 78:13, 114:6,
117:5, 126:24, 128:12,
147:10, 155:25
  corner [1] - 117:9
  corporate [2] - 49:11,
131:11
  corporation [4] - 6:11,
6:21, 7:8, 35:2
  Corporation [1] - 7:3
  corporations [1] - 7:17
  correct [33] - 5:5, 30:6,
30:19, 32:22, 69:5, 90:21,
91:17, 104:7, 113:7, 118:20,

121:25, 123:16, 123:22,
127:23, 128:4, 131:7,
132:24, 133:21, 135:15,
135:20, 137:9, 139:6, 145:2,
145:22, 149:2, 150:14,
159:9, 159:21, 161:2,
166:19, 167:3, 167:11,
171:11
  Correct [11] - 81:5, 106:5,
116:7, 128:5, 130:25, 134:7,
145:3, 145:5, 145:8, 145:23,
146:4
  Correction [2] - 41:12,
48:4, 116:14, 120:15,
155:17, 156:9
  correction [15] - 19:13,
56:5, 57:21, 90:24, 113:11,
113:19, 114:17, 134:9,
136:6, 137:24, 138:9,
147:17, 147:20, 148:8,
148:24
  CORRECTION [1] - 175:2
  Correctional [41] - 8:8,
8:11, 9:10, 9:17, 14:22,
16:21, 18:15, 21:11, 21:24,
22:25, 24:5, 25:24, 29:13,
30:23, 33:22, 35:17, 35:20,
36:16, 36:25, 37:7, 38:11,
38:23, 38:24, 42:20, 42:22,
43:4, 47:7, 64:19, 92:18,
93:3, 93:9, 98:8, 112:4,
122:20, 122:25, 128:14,
128:17, 132:16, 168:20,
174:8, 174:9
  correctional [28] - 10:16,
21:15, 34:3, 34:4, 36:2, 36:5,
39:17, 39:22, 40:7, 40:20,
55:25, 56:8, 91:5, 91:8,
102:7, 105:7, 108:9, 108:21,
108:25, 109:6, 109:16,
132:9, 133:11, 134:12,
135:3, 146:20, 146:22,
155:21
  corrections [8] - 3:18,
27:11, 34:7, 82:4, 133:7,
147:7, 171:12, 175:5
  Corrections' [1] - 42:7
  correspondence [1] -
122:4
  COs [1] - 61:10
  Counsel [1] - 2:18
  counsel [2] - 69:24
  counselled [1] - 98:2
  County [57] - 1:9, 2:16, 8:4,
8:7, 8:10, 8:11, 8:21, 9:10,
9:17, 12:6, 14:22, 16:21,
18:15, 21:24, 22:24, 24:5,
25:24, 29:13, 30:9, 30:23,
31:23, 32:8, 32:15, 32:20,
33:22, 36:15, 36:17, 42:19,

42:22, 43:3, 43:8, 43:13,
44:23, 45:7, 47:7, 61:9,
64:19, 78:21, 80:23, 92:18,
93:2, 93:8, 98:7, 98:21,
104:13, 112:3, 121:11,
121:12, 122:20, 122:24,
128:14, 128:17, 148:24,
168:20, 174:6, 174:9
  county [23] - 6:5, 6:7, 12:8,
12:15, 13:7, 13:17, 14:12,
15:7, 36:5, 38:5, 39:17,
39:22, 40:7, 40:20, 47:12,
79:3, 79:12, 79:20, 122:5,
147:7, 163:23, 163:23, 169:13
  COUNTY [3] - 1:10, 171:4,
172:4
  County's [1] - 99:2
  couple [3] - 11:20, 15:18,
67:5
  course [3] - 4:24, 93:4
  Court [2] - 3:9, 3:21
  cover [5] - 23:11, 40:22,
47:20
  CPR [2] - 119:15, 119:20
  cramps [1] - 154:22
  create [2] - 61:4, 63:4
  created [2] - 85:2, 114:2
  credence [1] - 152:15
  criminal [1] - 51:23
  Criminal [1] - 36:18
  criteria [5] - 42:9, 74:11,
74:20, 83:25, 84:9
  crying [1] - 159:14
  current [1] - 17:20
  Current [1] - 141:12
  cursory [1] - 56:11
  cut [1] - 84:19

**D**

  daily [1] - 23:13
  danger [1] - 86:23
  date [15] - 62:20, 65:23,
66:4, 67:3, 67:17, 68:2, 68:4,
68:5, 114:7, 117:7, 123:15,
129:19, 129:20, 131:6,
131:18, 134:21
  dated [3] - 72:17, 123:22,
156:2
  dates [2] - 93:18, 94:22,
95:5
  DATES [1] - 173:11
  day-to-day [1] - 22:24
  days [7] - 24:13, 105:20,
106:11, 125:10, 125:12,
141:25, 146:11
  death [17] - 71:8, 72:4,
93:7, 93:16, 94:3, 95:19,
96:13, 117:21, 121:7, 135:8,
156:10, 163:11, 159:10,

159:14, 169:18, 169:20,
170:5
  deceased [2] - 1:5, 1:5
  December [1] - 18:2
  decision [2] - 51:8, 74:13
  decision-making [1] - 51:8
  decisions [3] - 132:11,
132:18, 133:13
  deemed [2] - 46:11, 47:2
  Defendant [5] - 1:19, 2:10,
2:21
  DEFENDANT'S [1] - 174:13
  Defendants [2] - 1:12, 2:15
  defined [1] - 39:19
  definition [1] - 132:22
  degree [3] - 5:11, 5:16, 5:19
  Delaware [4] - 4:14, 7:8,
6:15, 34:25
  Delaware-based [1] - 34:25
  deletions [1] - 175:6
  demonstrating [3] -
100:14, 106:22, 113:2
  dental [3] - 30:7, 141:13,
169:3
  Department [2] - 7:16, 13:8
  dependence [4] - 105:12,
106:4, 106:14, 106:20
  deposition [5] - 3:5, 3:6,
4:25, 5:6, 72:12, 171:10
  describe [1] - 5:9
  describing [1] - 79:12
  designed [1] - 142:13
  details [1] - 158:6
  determination [5] - 74:22,
103:21, 109:12, 120:5, 120:8
  determine [4] - 43:19,
54:13, 59:19, 141:6
  determined [3] - 164:21,
185:4, 166:13
  Detox [1] - 145:15
  detox [2] - 99:7, 145:21
  detox-type [1] - 99:7
  detoxification [6] - 82:9,
82:21, 102:16, 103:19,
112:9, 150:10
  Detoxification [2] - 102:14,
104:19
  devising [2] - 31:18, 43:7
  Di [1] - 17:17
  DICKER [1] - 2:20
  didn't... [1] - 29:24
  diem [1] - 11:21
  dies [2] - 118:13, 170:2
  dietary [1] - 142:22
  difference [1] - 46:18
  different [5] - 10:14, 18:25,
43:2, 119:4, 169:7
  differs [1] - 42:22
  DiMattio [10] - 17:18, 18:4,
72:16, 72:19, 94:14, 96:8,

96:21, 120:21, 162:4, 173:20
  DiMattio's [1] - 162:14
  directly [1] - 130:15
  directs [1] - 148:3
  disagreements [2] - 28:19,
28:22, 29:4
  disciplined [1] - 98:2
  discretion [2] - 88:3,
101:14
  discuss [2] - 42:4, 99:18
  discussed [3] - 83:2, 91:23,
95:11, 95:16, 108:17,
120:22, 121:6
  discussing [1] - 90:5
  discussion [2] - 42:13,
59:25
  discussions [4] - 20:25,
21:4, 93:16, 93:19
  disease [1] - 141:18
  diseases [1] - 141:14
  distraught [1] - 159:15
  DISTRICT [2] - 1:2, 1:2
  division [1] - 7:17
  doctors [1] - 24:2
  document [23] - 60:24,
62:10, 65:23, 66:17, 68:2,
70:5, 72:25, 73:8, 77:7, 79:9,
79:24, 86:4, 88:22, 88:24,
89:11, 92:9, 106:7, 120:18,
124:10, 131:17, 138:19,
167:5, 167:7
  DOCUMENT/DATA [6] -
49:18, 54:3, 76:3, 95:9,
126:22, 132:6, 168:19, 173:6
  documentation [3] - 66:25,
67:2, 155:2
  documented [3] - 61:22,
126:6, 151:20
  documenting [1] - 118:18
  documents [16] - 20:14,
61:3, 61:17, 78:14, 78:17,
80:14, 84:13, 94:24, 95:4,
96:24, 101:23, 116:14,
129:22, 136:3, 136:25,
153:10
  DOCUMENTS [1] - 173:11
  Documents [1] - 173:23
  Donald [2] - 2:10, 2:26,
93:21, 161:9
  DONALD [2] - 1:8, 175:4
  done [5] - 53:3, 77:9,
77:13, 82:3, 84:10, 105:4,
105:7, 105:24, 106:9, 110:6,
120:15, 130:7, 130:8, 134:9,
134:11, 136:4, 139:20,
139:22, 139:25, 141:11,
146:6, 146:11, 150:25,
151:23, 160:6, 169:25
  DONNA [2] - 172:24, 175:4
  Donna [3] - 1:25, 4:3, 172:7

  DONNY [1] - 1:4
  Donny [1] - 2:24
  dose [1] - 59:3
  doubts [1] - 45:9
  down [2] - 67:5, 158:17
  downsized [1] - 33:3
  Dr [9] - 16:10, 16:17, 16:23,
20:5, 20:6, 20:9, 20:12,
21:22, 22:14
  draft [1] - 27:6
  drafted [3] - 26:25, 31:7,
123:8
  drafting [1] - 157:9
  drawing [1] - 20:4
  Drive [3] - 2:22, 4:13, 8:14
  drops [1] - 142:9
  Drug [2] - 103:4, 112:13
  drug [13] - 55:14, 59:12,
59:15, 60:9, 60:15, 60:16,
60:19, 74:7, 74:19, 100:4,
100:15, 100:16, 100:24,
101:18, 107:9, 110:15,
135:25, 137:16, 144:15
  drug-use [1] - 107:9
  drugs [12] - 82:8, 82:20,
99:9, 99:24, 105:13, 134:19,
134:20, 135:10, 139:8,
143:21, 144:8, 146:3
  Duffy [3] - 4:13, 4:15, 80:13
  DUFFY [4] - 1:18, 171:8,
171:20, 175:21
  duly [1] - 4:3
  During [2] - 38:10, 106:10
  during [17] - 4:24, 49:19,
49:20, 50:20, 58:14, 96:24,
104:21, 112:8, 141:23,
164:14, 166:16
  duties [6] - 18:20, 20:15,
24:15, 24:19, 24:20, 24:21

E

  e.g [2] - 124:8, 134:23
  Eastern [1] - 5:15
  EDELMAN [1] - 2:20
  editing [1] - 27:11
  educational [1] - 5:10
  effect [11] - 3:8, 3:20,
77:13, 86:6, 123:24, 129:12,
130:2, 130:10, 130:20,
131:15, 155:13
  effective [4] - 14:4, 129:18,
131:10, 133:19
  Effective [1] - 131:6
  eight [13] - 41:23, 43:23,
44:9, 46:18, 50:14, 66:13,
83:17, 83:18, 85:9, 87:22,
92:19, 149:22, 173:17
  Eight [1] - 46:7
  eight-page [2] - 66:13,

173:17
  either [14] - 4:25, 21:2,
25:11, 47:3, 55:2, 56:17,
59:15, 97:20, 102:7, 120:24,
124:13, 135:3, 142:8, 159:19
  Either [1] - 107:24
  elapsed [1] - 151:17
  elect [1] - 86:8
  eliminating [1] - 86:7
  ELSER [1] - 2:20
  emergencies [1] - 24:18
  emergency [2] - 24:3, 33:7
  employ [2] - 19:22, 19:24
  employed [5] - 5:23, 9:16,
16:19, 34:9, 34:11
  employee [4] - 16:11,
140:2, 148:20, 167:23
  EMPLOYEES [1] - 173:14
  employees [27] - 6:15,
8:25, 9:5, 9:9, 9:22, 10:12,
11:25, 12:2, 12:4, 18:6,
25:21, 47:8, 47:12, 48:8,
48:16, 48:20, 49:22, 50:3,
50:6, 52:20, 97:25, 128:24,
133:12, 147:7, 163:21,
167:19, 168:15
  employment [2] - 28:20,
35:4, 37:19
  employs [1] - 51:20
  end [2] - 17:25, 115:19
  ended [1] - 89:15
  ensure [1] - 99:16
  enter [2] - 13:24, 15:8
  entered [7] - 61:7, 79:4,
81:11, 82:24, 83:3, 121:11,
121:12
  entering [1] - 15:22
  entire [2] - 32:6, 140:20
  entitled [1] - 172:12
  entries [3] - 67:2, 70:6,
91:24
  entry [3] - 63:5, 63:19,
115:20, 118:20, 118:24
  equivalent [2] - 66:5, 67:18
  ESQ [4] - 2:6, 2:12, 2:18,
2:23
  Estate [1] - 1:5
  estimate [1] - 20:21
  et [1] - 132:12
  Eugene [1] - 10:23
  evaluate [2] - 62:5, 73:20
  evaluated [3] - 52:20,
53:15, 107:12, 110:19,
150:20, 164:13
  EVALUATION [1] - 173:9
  evaluation [14] - 53:6,
54:11, 54:13, 63:25, 83:18,
83:20, 84:23, 85:24, 87:25,
101:9, 105:12, 150:25,
151:11, 164:17

evaluation/assessment [1] - 136:16

evaluations [4] - 53:9, 53:12, 53:23, 81:17

event [1] - 148:22

events [1] - 99:4

evidence [3] - 59:21, 152:4, 152:5

exam [4] - 105:14, 105:16, 106:10, 106:25

EXAMINATION [5] - 1:18, 4:10, 28:6, 70:24, 173:4

examination [3] - 3:18, 55:8, 56:11

examine [1] - 137:12

examined [1] - 4:5

example [8] - 23:18, 63:25, 100:9, 100:17, 125:14, 143:4, 157:19, 159:16

Except [1] - 121:21

except [2] - 3:13, 9:24

excuse [2] - 145:9, 157:21

exhibit [4] - 79:25, 91:18, 122:10, 122:18

Exhibit [32] - 41:14, 45:3, 47:15, 66:9, 66:15, 66:25, 68:8, 68:20, 69:7, 72:15, 72:20, 72:22, 76:5, 76:10, 78:13, 78:18, 78:20, 80:14, 85:6, 86:15, 88:11, 88:15, 90:17, 91:13, 92:3, 98:6, 102:11, 114:10, 115:6, 117:5, 117:11, 117:13, 117:23, 118:5, 118:9, 118:10, 118:13, 120:14, 122:14, 123:2, 123:4, 126:24, 127:4, 128:12, 128:19, 128:20, 129:22, 129:25, 130:3, 130:10, 130:15, 130:24, 144:10, 147:9, 150:7, 155:25, 156:6, 156:8, 157:6, 162:18, 163:6, 164:9

exhibited [1] - 154:13

exhibiting [2] - 110:14, 112:20

EXHIBITS [2] - 173:16, 174:13

exhibits [2] - 112:16, 155:5

existence [3] - 36:20, 36:22, 78:2

existing [2] - 15:21, 63:2

exists [1] - 126:11

expect [1] - 149:23

expectation [1] - 65:3

expected [1] - 138:18

experience [2] - 143:23, 153:11

explain [1] - 120:10

explanation [1] - 118:8

extent [1] - 169:7

eyeball [2] - 136:15, 136:22

eyes [1] - 154:4

F

face [2] - 114:23, 121:24

facilities [15] - 21:15, 34:3, 34:4, 34:8, 36:5, 36:9, 38:5, 38:13, 39:4, 39:17, 39:23, 40:8, 40:20, 144:4, 165:14

facility [49] - 11:5, 11:11, 12:15, 12:24, 13:18, 21:3, 21:15, 21:18, 21:20, 22:15, 23:4, 23:25, 24:12, 24:24, 25:5, 25:14, 26:4, 26:23, 27:15, 29:14, 30:9, 31:3, 31:25, 34:10, 42:19, 43:19, 54:8, 54:15, 58:21, 57:16, 61:22, 67:9, 75:2, 92:21, 97:23, 99:3, 99:9, 100:3, 100:23, 104:15, 110:10, 143:20, 146:24, 147:6, 147:10, 150:20, 151:19, 161:21, 168:25

Facility [33] - 8:8, 8:11, 9:11, 9:17, 14:23, 16:21, 18:15, 21:24, 22:25, 24:5, 25:25, 29:13, 30:23, 33:22, 36:16, 36:18, 42:20, 42:22, 43:4, 47:8, 64:20, 92:18, 93:3, 93:9, 98:8, 112:4, 122:20, 122:25, 128:15, 128:18, 168:21, 174:6, 174:9

facility's [1] - 165:18

facsimile [1] - 76:18

fact [9] - 7:17, 17:25, 56:18, 64:18, 85:9, 85:19, 110:5, 118:5, 139:22

factors [2] - 151:19, 152:3

failed [1] - 66:4

failing [2] - 59:25, 70:5

falls [1] - 67:17

Failure [1] - 67:10

fair [2] - 57:10, 80:15

familiar [4] - 54:18, 84:17, 104:9, 153:11

family [2] - 88:20, 89:24

far [9] - 11:13, 36:23, 36:24, 37:22, 43:11, 43:22, 77:24, 150:2, 169:21

Father [1] - 1:4

fax [1] - 76:25

felt [3] - 136:17, 154:13, 154:19

FEVER [1] - 94:7

few [2] - 78:22, 156:21

fifteen [2] - 120:2, 120:12

fifteen-minute [1] - 120:2, 120:12

file [5] - 61:13, 61:14,

62:16, 63:2, 116:18

filed [1] - 131:16

filing [2] - 3:4, 9:14

fill [2] - 90:23, 92:3

filled [2] - 19:19, 56:7

filling [1] - 148:17

fills [1] - 142:9

fine [4] - 70:16, 116:3, 116:4, 157:3

finish [1] - 156:23

finished [1] - 118:16

firm [1] - 38:2

first [22] - 14:19, 15:3, 16:23, 47:20, 60:25, 66:24, 68:9, 69:7, 71:4, 73:21, 82:14, 95:11, 106:25, 109:19, 117:16, 127:18, 132:8, 144:22, 150:17, 164:12, 166:12, 167:22

five [8] - 14:8, 35:5, 70:17, 93:4, 111:15, 122:13, 159:3, 170:12

five-minute [1] - 70:17

flashes [1] - 154:10

flip [2] - 47:17, 123:13

flow [2] - 100:16, 108:18

Flow [2] - 103:4, 112:14

focus [1] - 6:6

focused [1] - 72:6

follow [26] - 22:13, 58:15, 59:4, 59:6, 63:18, 71:13, 93:10, 100:7, 101:2, 101:8, 107:17, 109:2, 124:3, 136:10, 138:12, 138:17, 140:3, 141:5, 141:16, 141:19, 143:2, 149:21, 149:24, 159:8, 159:11, 159:18, 159:20, 159:24

follow-up [2] - 159:8, 159:11

followed [8] - 102:8, 128:7, 128:9, 135:8, 137:12, 137:22, 138:6, 169:20

following [13] - 28:13, 29:22, 30:11, 42:25, 81:23, 93:16, 94:2, 109:20, 110:20, 117:21, 121:6, 160:17, 175:5

follows [2] - 4:6, 31:9

FOR [1] - 173:9

force [2] - 3:8, 3:20

foregoing [1] - 171:9

Form [8] - 50:15, 74:4, 74:13, 92:20, 98:16

form [82] - 3:13, 38:16, 40:5, 40:18, 41:11, 41:15, 41:17, 42:16, 42:17, 42:21, 43:4, 43:8, 43:10, 43:13, 43:24, 44:14, 44:18, 44:21, 44:25, 45:5, 45:6, 45:12, 45:16, 45:25, 46:14, 55:18,

55:19, 56:6, 56:14, 58:25, 59:11, 62:17, 62:19, 62:22, 63:16, 67:10, 67:19, 68:11, 68:12, 82:25, 83:3, 84:3, 84:18, 84:21, 84:25, 87:17, 90:14, 90:16, 90:17, 91:13, 92:8, 98:20, 99:2, 101:7, 105:9, 108:14, 115:13, 126:6, 127:13, 134:15, 136:24, 138:2, 138:15, 138:23, 140:6, 140:13, 140:20, 140:24, 141:21, 142:9, 142:24, 143:3, 143:11, 144:11, 145:19, 146:17, 149:19, 150:24, 164:15, 164:17, 165:7

formal [2] - 52:21, 53:5, 53:16

format [1] - 127:6

formed [2] - 6:21, 66:12

forms [14] - 41:18, 56:7, 61:10, 61:15, 61:17, 63:23, 65:24, 66:6, 68:6, 71:2, 81:16, 136:10, 136:21, 138:21

forth [8] - 25:10, 51:23, 58:17, 59:9, 91:24, 103:18, 108:18, 137:4, 158:12

forthcoming [1] - 144:4

Forty [1] - 11:24

forward [1] - 35:12

four [21] - 22:6, 54:7, 54:20, 56:10, 55:18, 57:15, 58:7, 60:25, 67:8, 67:11, 77:14, 81:16, 84:14, 135:15, 136:12, 138:21, 140:14, 144:21, 144:22, 149:2, 151:6

Four [1] - 25:13

four-hour [2] - 58:7, 67:11

fourth [4] - 77:8, 134:17, 135:19

frame [2] - 25:11, 169:8

frequency [7] - 60:15, 134:21, 135:11, 137:20, 139:11, 145:4, 151:15

front [1] - 127:12

full [4] - 11:20, 11:22, 63:21, 109:19

full-time [2] - 11:20, 11:22

functions [1] - 142:15

FURTHER [2] - 3:12, 3:17

G

gait [1] - 116:2

Gannett [1] - 2:22

GELARDI [1] - 2:18

general [6] - 24:21, 33:23, 39:15, 43:20, 65:9, 67:23, 73:25, 86:16, 93:11, 96:22, 118:12, 121:9, 127:7, 130:6,

169:25
   General [2] - 18:19, 20:15, 24:19 .
   generally [11] - 10:16, 22:9, 26:20, 31:9, 46:19, 51:14, 68:3, 84:11, 123:14, 134:11, 153:4
   Generally [7] - 6:9, 53:4, 56:7, 62:12, 72:3, 95:18, 152:11
   given [5] - 48:5, 68:15, 96:16, 168:8, 168:14
   GIVEN [1] - 173:14
   gonna [2] - 143:7, 143:13
   GOULD [1] - 2:4
   governs [1] - 21:13
   group [1] - 18:8
   guess [5] - 33:5, 56:23, 71:22, 149:15, 159:4
   guessing [1] - 162:5
   guideline [1] - 74:11
   Guidelines [10] - 44:10, 44:22, 45:14, 58:20, 89:2, 98:16, 159:8, 159:23, 164:17, 165:7
   guidelines [3] - 39:24, 50:22, 74:20
   guy [1] - 156:15

H

H-a-s-a-n [1] - 16:24
half [6] - 56:24, 57:5, 57:12, 57:19, 57:23, 58:2
   hand [2] - 114:8, 172:22
   Handbook [1] - 47:16
   handbook [2] - 98:9, 109:6
   handbooks [1] - 47:9
   Handing [10] - 41:14, 45:3, 47:18, 68:10, 88:21, 98:8, 117:14, 123:5, 128:21, 162:18
   handled [1] - 54:15
   handling [1] - 18:18
   handwriting [5] - 45:6, 68:12, 69:12, 115:16
   handwritten [1] - 117:8
   harming [2] - 48:21, 47:3
   Hasan [1] - 16:24
   Hawthorne [1] - 2:17
   hazard [2] - 56:23, 159:4
   head [3] - 16:16, 31:22, 49:7
   health [87] - 5:14, 6:4, 8:3, 8:22, 9:7, 9:24, 10:19, 15:14, 15:24, 16:2, 16:20, 17:12, 17:19, 17:20, 18:7, 18:10, 18:14, 18:22, 19:3, 19:7, 19:11, 21:14, 23:3, 23:7, 23:15, 27:10, 32:10, 36:2,

36:4, 43:15, 44:12, 50:13, 51:10, 55:9, 62:10, 62:16, 63:25, 66:21, 71:21, 77:19, 83:14, 83:15, 83:19, 83:23, 83:25, 84:10, 84:18, 84:23, 85:24, 87:24, 90:18, 91:14, 94:12, 111:9, 121:25, 132:10, 133:6, 141:13, 142:7, 142:21, 160:6, 165:18, 165:21, 167:14, 167:18, 168:21, 169:17
   Health [14] - 21:11, 34:14, 34:17, 35:5, 35:16, 37:13, 37:21, 38:4, 38:11, 39:7, 88:12, 90:4, 90:8, 132:8
      health-care [11] - 6:4, 8:3, 8:22, 10:19, 21:14, 36:2, 36:4, 133:6, 165:21, 167:14, 167:18
      health-services [18] - 17:12, 17:19, 17:20, 18:10, 18:14, 18:22, 19:3, 19:7, 23:3, 23:7, 23:15, 27:10, 32:10, 51:10, 66:21, 71:21, 94:12, 169:17
   healthy [2] - 109:23, 110:13, 111:15
   heightened [1] - 64:20, 65:2
   held [4] - 1:20, 12:23, 17:22, 175:8
   HEREBY [1] - 3:2
   hereby [2] - 171:10, 172:8
   herein [1] - 171:8
   hereto [1] - 3:4
   hereunto [1] - 172:21
   herion [1] - 116:5
   heroin [12] - 88:8, 103:20, 116:5, 137:18, 139:6, 144:17, 144:23, 145:2, 150:13, 150:19, 151:9, 152:2
   herself [1] - 113:14
   high [6] - 45:17, 45:23, 46:12, 47:8, 48:5, 199:6
      high-risk [3] - 45:23, 47:8, 48:5
   higher [7] - 43:24, 44:9, 50:15, 83:17, 85:9, 87:23, 92:20
   himself [2] - 14:15, 86:23
   hire [3] - 51:9, 51:16
   hired [1] - 51:7
   hiring [2] - 51:2, 52:13
   history [18] - 74:7, 89:19, 100:4, 100:24, 105:18, 106:15, 106:16, 107:19, 111:9, 134:22, 137:20, 139:12, 146:10, 150:18, 151:9, 152:2
   History [4] - 88:20, 126:7,

126:10, 126:17
   hold [1] - 11:13
   Hopefully [1] - 129:17
   Hosp [1] - 145:15
   Hospital [1] - 145:14
   hospitalized [1] - 149:19
   hot [1] - 154:10
   hour [2] - 58:7, 67:11
   hours [41] - 9:19, 10:4, 11:5, 11:6, 11:18, 11:23, 22:2, 22:6, 22:15, 22:17, 24:13, 25:13, 54:7, 54:20, 56:11, 56:18, 57:15, 60:25, 67:8, 70:15, 77:14, 81:18, 84:15, 101:21, 102:3, 106:25, 116:6, 136:12, 137:16, 138:21, 140:14, 144:17, 144:21, 144:22, 144:24, 149:2, 151:6, 153:4, 153:19
   housing [2] - 132:12, 133:14
   hum [1] - 63:11

I

id [30] - 68:16, 72:21, 76:10, 78:18, 114:11, 117:12, 123:3, 127:5, 128:19, 156:7
   ID [1] - 7:19
   idea [3] - 69:7, 144:22, 151:22
   identified [1] - 42:14
   identify [1] - 60:11
   ill [2] - 54:12, 133:3
   illegal [1] - 60:8
   illegal [1] - 144:15
   illnesses [1] - 141:13
   immediately [8] - 41:24, 54:14, 118:14, 164:23, 166:14, 168:23
   implement [1] - 73:17
   implemented [6] - 108:13, 109:21, 110:21, 111:17, 111:20, 129:10, 130:3, 162:24
   IN [1] - 172:21
   inaccurately [1] - 86:14
   inappropriately [1] - 86:14
   Inc [14] - 2:21, 7:5, 7:6, 8:13, 37:2, 76:17, 122:19, 122:23, 126:25, 128:13, 128:16, 156:3, 174:5, 174:8
   INC [2] - 1:11, 1:19
   inception [1] - 8:20
   include [12] - 8:25, 22:10, 22:12, 56:12, 73:3, 81:22, 125:4, 125:5, 134:5, 135:14, 142:20, 150:13
   included [7] - 18:8, 80:25,

123:15, 136:23, 137:5, 137:23, 138:9
   includes [1] - 124:24
   including [10] - 7:10, 82:7, 90:3, 92:14, 133:13, 134:20, 137:11, 142:22, 150:18, 153:23
   including [2] - 38:8, 114:19
   incoming [8] - 25:12, 42:8, 45:16, 57:6, 57:13, 65:18, 74:7
   incomplete [1] - 4:25
   incorporated [2] - 34:24, 37:4, 122:8
   incorrect [1] - 4:25
   independent [2] - 12:3, 21:11
   Index [1] - 173:25
   indicate [12] - 41:7, 69:17, 86:12, 98:24, 101:19, 104:14, 119:9, 126:17, 149:5, 158:19, 168:8, 168:13
   INDICATE [1] - 173:14
   indicated [14] - 8:24, 32:19, 56:17, 58:13, 59:10, 116:22, 121:24, 128:8, 139:3, 141:17, 141:21, 143:10, 148:25, 159:25
   indicates [10] - 21:20, 59:16, 67:11, 69:19, 77:8, 81:14, 81:21, 137:2, 139:15, 139:19
   indicating [1] - 159:14
   indicating [2] - 105:2, 122:11
   Indication [9] - 137:7, 137:19, 139:15, 144:25, 145:6, 145:19, 145:24, 153:22, 160:7
   Indications [1] - 135:25
   individual [2] - 50:14, 108:5
   individually [5] - 1:8, 1:10, 1:10
   Individuals [1] - 108:6
   individuals [1] - 109:10
   infectious [1] - 141:13
   influence [3] - 32:5, 82:8, 82:20
   influenced [1] - 31:15
   information [29] - 40:5, 40:15, 42:5, 48:21, 48:2, 59:4, 61:6, 65:20, 83:4, 83:7, 86:11, 88:8, 136:13, 136:22, 138:9, 138:13, 138:22, 139:17, 139:21, 139:23, 141:4, 141:16, 142:12, 144:5, 153:9, 157:12, 157:14, 157:20, 169:21
   initial [11] - 43:15, 47:18,

48:24, 58:15, 60:24, 63:9,
68:14, 78:7, 122:8, 123:7,
156:10
  initials [1] - 140:16
  initiate [1] - 112:21
  initiated [4] - 97:11, 113:4,
151:2, 151:4
  injured [1] - 54:12
  inmate [1] - 68:9
  inmate [105] - 25:12, 25:13,
30:14, 30:23, 33:12, 42:8,
43:19, 43:23, 44:4, 45:23,
54:7, 54:12, 54:19, 54:20,
54:22, 55:3, 55:4, 55:10,
56:10, 58:17, 58:20, 57:13,
57:25, 58:5, 58:12, 58:13,
58:16, 59:5, 59:16, 59:17,
59:18, 59:19, 59:22, 59:25,
60:4, 60:11, 60:14, 60:19,
60:21, 60:25, 61:12, 61:21,
62:5, 62:9, 63:9, 63:13,
68:15, 71:8, 73:7, 73:20,
78:5, 82:8, 83:14, 84:9,
87:11, 92:15, 97:22, 99:15,
100:2, 100:8, 100:14,
100:20, 100:23, 101:3,
101:6, 101:9, 102:7, 104:3,
106:21, 107:2, 107:5, 107:9,
107:12, 107:13, 110:3,
110:9, 110:12, 110:13,
112:25, 113:10, 118:13,
124:7, 124:10, 124:14,
136:10, 136:17, 137:3,
139:2, 141:6, 141:7, 141:18,
142:9, 149:22, 151:8,
151:13, 151:25, 152:8,
155:5, 158:11, 158:15,
158:18, 159:6, 168:23,
169:20, 170:2
  inmate's [13] - 62:16, 63:2,
64:3, 67:9, 74:7, 92:13,
124:11, 124:12, 132:10,
132:12, 141:6, 143:6, 143:13
  inmates [3] - 83:16, 87:21,
104:21, 131:4, 150:17,
164:13, 164:21, 165:17,
166:13
  inmates [34] - 22:8, 22:18,
23:24, 24:4, 24:17, 24:25,
25:4, 29:17, 45:17, 47:9,
48:5, 58:19, 58:20, 64:13,
64:25, 67:7, 77:9, 82:19,
83:24, 92:19, 99:8, 107:18,
109:21, 110:21, 111:13,
112:8, 124:20, 124:24,
125:4, 132:18, 142:6,
143:20, 144:3, 165:6
  inmates' [1] - 57:6
  inquire [1] - 90:7
  inquired [3] - 135:4, 147:2,

154:19
  Inquiries [1] - 134:18
  inquiry [5] - 134:5, 139:10,
140:4, 141:11, 142:21
  inserted [1] - 131:17
  instance [10] - 21:3, 33:6,
54:22, 56:14, 59:6, 60:5,
61:18, 110:12, 129:18,
141:17
  instances [1] - 33:17
  institute [2] - 41:25, 73:22
  instituted [1] - 41:9
  instituting [1] - 43:5
  instruct [1] - 29:2
  instructed [1] - 149:12
  insulin [1] - 59:6
  Insurance [2] - 78:21,
78:23
  intake [2] - 68:9, 144:10
  intake [42] - 24:25, 33:11,
40:25, 50:20, 55:3, 61:16,
63:16, 65:24, 67:8, 68:6,
68:24, 71:2, 75:12, 75:15,
77:14, 78:5, 84:10, 84:15,
92:12, 98:21, 110:22,
110:25, 111:6, 114:13,
114:17, 134:14, 136:20,
136:24, 137:17, 140:13,
140:20, 141:11, 142:24,
151:5, 151:24, 152:10,
155:10, 157:13, 159:5,
164:14, 166:18, 169:6
  intended [1] - 166:24
  interactions [1] - 20:16
  interested [2] - 33:8,
172:19
  interrupt [1] - 5:3
  interruption [1] - 70:8
  intoxicated [1] - 124:8
  investigation [4] - 39:12,
116:15, 163:10, 169:5
  involve [1] - 163:14
  involved [6] - 17:14, 49:21,
94:13, 95:19, 96:13, 96:16,
96:18, 163:15, 169:5
  involvement [2] - 39:11
  involves [1] - 144:3
  involving [2] - 132:12,
132:18
  irrelevent [1] - 148:15
  IS [3] - 3:2, 3:12, 3:17
  issue [1] - 25:20
  issued [5] - 12:8, 26:5,
128:24, 129:2, 129:5, 131:22
  issues [1] - 44:12
  IT [3] - 3:2, 3:12, 3:17
  itself [6] - 31:24, 45:6,
90:17, 115:13, 134:15, 167:5

J

  jail [2] - 126:14, 159:17
  Jail [1] - 36:17
  jails [1] - 6:5
  January [5] - 1:15, 66:10,
172:22
  Jersey [2] - 6:10, 36:12,
36:18
  job [6] - 24:15, 52:21, 53:2,
53:5, 53:15, 53:22
  JOB [1] - 173:6
  joking [1] - 87:5
  JOSEPH [1] - 1:9
  Joseph [1] - 2:15
  July [9] - 14:4, 14:23, 20:8,
26:4, 26:10, 30:22, 35:3,
48:20, 123:11
  jurisdiction [1] - 6:7
  jurisdictions [3] - 7:10, 8:2,
8:22
  Justice [2] - 3:9, 36:18

K

  keep [2] - 138:25, 142:5
  kept [2] - 64:16, 131:18
  Kevin [1] - 4:13
  KEVIN [4] - 1:18, 171:8,
171:20, 175:21
  kill [1] - 159:17
  killing [2] - 46:21, 47:3
  KIM [1] - 2:6
  Kim [4] - 4:15, 35:6, 38:16,
79:18
  kind [3] - 7:23, 23:19,
27:11, 51:19, 55:7, 93:18,
95:15, 107:20
  KLEINBERG [2] - 2:12,
140:7
  knowledge [4] - 113:7,
155:15, 163:9, 163:13
  known [3] - 7:3, 41:12,
107:9

L

  lack [1] - 98:3
  Lamy [1] - 156:4
  LaPolla [2] - 2:16, 115:3
  LAPOLLA [1] - 1:10
  last [12] - 30:15, 57:18,
57:23, 59:7, 60:19, 134:21,
144:23, 151:18, 153:5,
157:6, 160:22, 161:9
  Last [1] - 115:4
  lasted [1] - 158:25
  laughing [1] - 158:12
  lawsuit [1] - 4:17
  lawsuits [1] - 29:10
  LE [1] - 94:6

learn [7] - 12:13, 29:21,
30:13, 31:2, 52:6, 82:19,
88:10
  learned [1] - 163:15
  learning [1] - 51:25
  least [2] - 68:10, 119:18
  leave [2] - 5:4, 36:25
  leaves [1] - 88:2
  leaving [4] - 27:18, 28:15,
37:25, 127:15
  led [1] - 42:5
  LeFever [3] - 94:6, 96:3,
147:15
  left [4] - 27:14, 27:16,
28:20, 36:19
  legal [1] - 27:22
  lend [1] - 152:14
  less [1] - 159:2
  letter [5] - 98:14, 156:2,
156:5, 157:22, 159:5, 161:8,
163:5, 174:10
  letterhead [1] - 156:3
  letters [2] - 122:5, 154:25
  level [9] - 64:21, 74:14,
74:22, 101:5, 109:4, 109:11,
147:8, 165:12, 165:15
  levels [3] - 18:25, 66:2,
108:7
  license [3] - 52:2, 52:7,
52:13
  licensed [1] - 11:15
  licenses [2] - 11:13, 51:21
  Lieutenant [1] - 94:8
  limited [1] - 150:19
  LINE [1] - 173:3
  LINE(S [1] - 175:10
  lines [2] - 23:20, 67:5
  list [5] - 22:9, 22:12, 22:21,
124:20, 124:23
  listed [2] - 121:19, 132:24
  listing [1] - 120:18
  lists [1] - 134:5
  literature [1] - 153:10
  LLP [2] - 2:9, 2:14
  location [1] - 8:16
  logbook [3] - 126:7,
126:10, 126:18
  look [15] - 8:9, 40:22,
40:24, 45:2, 47:19, 49:5,
49:8, 74:23, 78:19, 85:5,
95:2, 102:10, 109:5, 130:22,
131:24, 133:16, 144:9,
164:8, 165:16
  looked [4] - 31:18, 41:3,
110:13, 135:23
  looking [2] - 80:10, 135:8
  looks [3] - 41:15, 45:8, 69:9
  loss [1] - 154:7
  lost [1] - 38:22
  LOUIS [1] - 1:10

*Louis* [1] - 2:16
*LOVETT* [1] - 2:4
*lowering* [1] - 86:6
*lunch* [1] - 156:18

# M

M-a-t-t-i-o [1] - 17:17
M-c-K-e-n-n-a [1] - 17:21
M-c-q-u-i-i-l-e-n [1] - 10:24
M-u-r-n-a-n-e [1] - 27:13
*maintain* [1] - 61:11
*maintained* [2] - 49:10, 126:13
*management* [1] - 18:20
*mandatory* [1] - 48:13
*MANGONE* [1] - 2:14
*manual* [18] - 25:22, 25:23, 26:5, 26:7, 26:11, 26:24, 27:4, 31:7, 31:15, 31:19, 32:6, 32:16, 50:17, 82:22, 109:3, 131:15, 131:18, 164:9
*Manual* [20] - 74:16, 74:24, 122:19, 122:24, 123:7, 128:13, 128:17, 128:23, 129:25, 130:5, 130:6, 130:7, 130:11, 131:13, 137:6, 147:11, 150:6, 174:6, 174:8
*MANUALS* [1] - 173:12
*Manuals* [2] - 131:21, 132:3
*manuals* [1] - 26:6
*March* [1] - 153:13
*marked* [23] - 41:13, 65:9, 66:15, 72:15, 72:20, 76:5, 76:9, 78:13, 78:17, 78:20, 114:5, 114:10, 117:5, 117:11, 122:18, 123:2, 126:24, 127:4, 128:12, 128:18, 129:25, 155:25, 156:6
*marks* [5] - 135:25, 137:14, 152:12, 152:15, 152:18
*Marlene* [1] - 17:21
*marriage* [1] - 172:18
*master's* [3] - 5:13, 5:14, 37:18
*materials* [1] - 47:6
*matter* [17] - 1:20, 17:25, 22:13, 28:24, 51:16, 93:11, 93:17, 95:17, 107:19, 110:7, 112:3, 112:5, 161:20, 169:19, 172:12, 172:19, 175:8
*matters* [1] - 20:23
*Matters* [1] - 128:5
*MBA/MHA* [1] - 5:18
*McKenna* [1] - 17:21
*McQuillen* [4] - 10:23, 10:25, 19:8, 19:10
*mean* [18] - 7:12, 11:23,

17:8, 21:6, 26:6, 84:4, 88:2, 86:19, 103:15, 110:6, 116:9, 136:17, 142:5, 147:7, 149:18, 160:10, 165:10, 166:24, 169:24
*meaning* [1] - 134:14
*Meaning* [5] - 31:3, 38:17, 38:19, 46:21, 146:10
*means* [1] - 60:3, 86:3, 86:20, 144:20, 144:23, 160:11, 166:18
*meant* [1] - 80:6
*Medical* [11] - 35:17, 35:20, 36:25, 37:7, 38:11, 38:24, 68:9, 73:8, 91:14, 144:10
*medical* [49] - 20:15, 24:22, 30:7, 32:5, 32:21, 38:5, 38:13, 55:7, 55:11, 56:6, 61:7, 61:13, 61:14, 63:2, 65:24, 68:6, 68:24, 70:25, 77:20, 92:4, 92:13, 97:3, 100:3, 101:9, 102:15, 107:14, 107:20, 110:17, 113:16, 114:3, 116:18, 117:21, 118:14, 124:8, 124:11, 124:12, 132:17, 134:14, 136:20, 136:23, 137:17, 140:12, 140:19, 141:11, 142:12, 157:15, 157:18, 169:3
*medically* [1] - 124:7
*Medication* [1] - 61:24
*medication* [7] - 54:23, 58:16, 99:7, 103:19, 104:4, 143:7, 143:14
*medications* [12] - 16:3, 20:15, 24:19, 55:11, 58:14, 60:5, 61:21, 99:15, 99:19, 103:12, 142:21, 142:25, 155:3
*meds* [1] - 155:2
*meeting* [6] - 95:11, 161:18, 161:25, 162:10
*MEETINGS* [1] - 173:11
*meetings* [16] - 94:2, 94:5, 94:11, 94:18, 94:22, 95:6, 95:12, 95:14, 95:17, 96:25, 97:5, 97:7, 97:17, 169:12
*meets* [3] - 21:18, 21:21, 84:9
*members* [1] - 71:18
*memo* [11] - 66:11, 66:13, 72:16, 72:18, 76:6, 76:8, 76:11, 162:14, 173:17, 173:19, 173:21
*memorandum* [1] - 120:15
*memory* [1] - 121:4
*memos* [1] - 66:21
*Mental* [3] - 88:12, 90:4, 90:8

*mental* [22] - 9:7, 9:24, 10:19, 15:14, 15:24, 16:2, 16:20, 19:11, 43:15, 43:20, 44:12, 50:13, 62:9, 63:25, 77:19, 83:14, 83:15, 83:19, 83:23, 83:25, 84:10, 84:18, 84:22, 85:24, 87:24, 90:18, 91:14, 111:9, 121:25, 160:6, 165:18, 168:21
*Mental-Health* [1] - 88:12
*mental-health* [29] - 9:7, 9:24, 15:14, 15:24, 16:2, 16:20, 44:12, 50:13, 63:25, 83:14, 83:15, 83:19, 83:23, 84:10, 84:18, 85:24, 87:24, 91:14, 165:18, 168:21
*Mentally* [1] - 133:3
*mentioned* [2] - 99:14, 101:11
*met* [3] - 39:22, 40:7, 40:20, 83:24
*Methadone* [6] - 104:9, 104:14, 104:18, 112:2, 112:5, 150:19
*methods* [1] - 103:24
*Michael* [1] - 20:5
*Michelle* [4] - 27:13, 66:11, 66:14, 173:18
*midnight* [1] - 10:17
*might* [2] - 91:25, 118:15, 169:21
*mild* [4] - 153:3, 153:21, 155:7, 155:11
*mind* [4] - 95:10, 138:25, 142:5, 158:9
*Mineola* [2] - 2:11, 2:11
*minimum* [5] - 81:22, 82:12, 134:4, 142:20, 147:2
*minimums* [1] - 82:3
*minute* [5] - 70:17, 68:14, 104:24, 120:2, 120:12, 158:15
*minutes* [7] - 156:21, 157:2, 159:3, 165:13, 165:22, 166:7, 170:13
*MIRANDA* [1] - 2:9
*mirror* [3] - 10:12, 10:15, 31:7
*mirrored* [1] - 31:12
*mirrors* [1] - 31:16
*missing* [1] - 138:13
*mode* [5] - 134:20, 135:10, 137:19, 139:11, 145:7
*moderate* [1] - 154:16
*modifying* [1] - 43:8
*monitor* [6] - 99:23, 100:8, 101:2, 112:8, 116:6, 116:22, 116:23, 117:2
*Monitoring* [1] - 165:22
*monitoring* [2] - 101:7,

165:20
*Montgomery* [1] - 35:15
*month* [3] - 17:25, 20:21, 163:3
*monthly* [2] - 23:19, 23:22
*months* [7] - 11:3, 14:20, 15:3, 145:11, 145:16, 145:21, 149:23
*morning* [2] - 160:23, 161:6
*MOSKOWITZ* [1] - 2:20
*most* [2] - 5:16, 131:22
*movements* [1] - 132:18
*MR* [40] - 28:2, 29:3, 35:6, 35:8, 35:13, 38:15, 38:19, 39:25, 40:9, 42:11, 43:12, 45:24, 46:13, 47:19, 49:16, 53:25, 56:13, 58:24, 70:19, 75:25, 79:18, 79:23, 80:3, 80:8, 84:2, 95:7, 104:25, 108:14, 126:20, 132:4, 137:25, 138:14, 140:5, 140:7, 140:8, 163:23, 167:4, 168:17, 170:17, 170:20
*MS* [43] - 4:10, 27:24, 28:6, 28:10, 28:25, 35:7, 38:17, 43:14, 49:13, 53:21, 66:8, 70:11, 70:16, 70:24, 72:14, 75:22, 76:4, 78:12, 79:22, 80:2, 80:6, 80:12, 95:3, 114:5, 117:4, 122:17, 126:18, 126:23, 129:11, 131:25, 155:24, 156:17, 156:25, 157:4, 163:24, 168:11, 170:12, 170:15, 170:18, 170:21
*multiple* [1] - 142:11
*Murnane* [7] - 27:13, 29:4, 29:6, 32:11, 66:11, 66:14, 173:18
*muscle* [1] - 154:22
*must* [5] - 31:20, 32:20, 39:8, 67:2, 163:25
*must've* [1] - 93:5

# N

N-e-s-h-e-i-w-a-t [1] - 20:5
*name* [11] - 4:11, 7:2, 10:21, 16:23, 30:16, 34:13, 44:21, 44:23, 45:11, 64:3, 114:23
*namely* [1] - 96:12
*names* [4] - 19:21, 36:14, 93:18, 96:15
*narcotic* [2] - 150:22, 151:18
*narcotics* [1] - 103:10
*narrowed* [1] - 57:22
*National* [1] - 21:4, 21:10, 26:21, 31:9, 31:11, 31:16, 129:8

national [2] - 21:21, 102:17
nationally [1] - 97:20
nature [5] - 6:6, 23:9,
26:14, 28:21, 35:24, 60:15
nauseous [1] - 154:19
necessarily [5] - 68:12,
91:22, 125:3, 142:4, 160:2,
166:20
necessary [3] - 26:8, 58:17,
81:16
need [12] - 11:11, 22:8,
64:10, 70:11, 70:13, 82:9,
82:20, 104:3, 113:2, 128:6,
138:17, 141:8
needed [13] - 26:22, 33:6,
51:22, 54:14, 57:9, 59:4,
59:20, 61:18, 63:21, 64:9,
106:4, 128:9, 169:21
needing [1] - 64:5
needle [2] - 135:24, 152:12
Needs [1] - 131:4
needs [7] - 22:11, 55:12,
65:21, 109:16, 132:10,
132:19, 132:22
neglects [1] - 136:7
Nesheiwat [4] - 20:5, 20:6,
20:9, 21:22
Nesheiwat's [1] - 20:12
never [1] - 7:21
NEW [3] - 1:2, 171:2, 172:2
new [9] - 24:25, 33:12,
63:12, 68:15, 77:9, 77:23,
92:13, 97:12, 97:22
Now [33] - 1:11, 1:15, 1:22,
2:6, 2:11, 2:17, 2:22, 4:5,
6:9, 6:10, 7:11, 7:15, 7:18,
7:19, 7:22, 7:24, 33:19, 34:3,
34:5, 34:8, 36:12, 36:13,
36:17, 36:16, 36:8, 39:14,
39:16, 39:23, 41:12, 42:6,
42:15, 97:20, 116:13, 156:9,
172:8
newly [1] - 5:21
next [18] - 65:11, 83:9,
104:20, 109:19, 122:18,
124:14, 125:15, 126:2,
126:4, 135:13, 151:14,
154:25, 165:16, 173:25
Next [1] - 67:5
night [1] - 142:11
nine [1] - 83:18
nobody [1] - 168:18
Non [1] - 116:2
noncompliance [1] - 67:11
NONE [2] - 174:14, 174:17
none [1] - 139:19
None [2] - 23:2, 78:11
nonprofit [2] - 21:12, 21:19
Norberto [3] - 29:23, 30:2,
168:25

normal [9] - 109:21, 110:4,
111:14
Normal [1] - 116:2
nose [1] - 153:25
NOTARY [1] - 172:24
Notary [4] - 1:21, 3:19, 4:4,
172:7
note [8] - 40:5, 66:4, 67:17,
69:25, 82:18, 82:23, 137:17,
139:5
Note [24] - 42:11, 61:8,
51:20, 62:11, 62:14, 62:25,
63:10, 63:14, 63:15, 63:16,
83:2, 83:5, 83:8, 114:6,
114:9, 115:13, 116:23,
117:6, 117:10, 117:23,
118:9, 118:17, 174:2, 174:4
noted [14] - 63:15, 64:24,
65:5, 69:21, 85:14, 86:14,
88:10, 89:10, 127:22,
138:22, 151:18, 162:13,
170:24, 175:6
notes [2] - 117:7, 118:11,
128:3
Notes [3] - 62:3, 62:18,
63:18, 91:24, 92:10, 113:25,
116:16, 119:11
nothing [2] - 88:2, 127:22,
141:20
notice [1] - 45:22
notified [4] - 7:15, 13:17,
13:20, 133:7
notify [2] - 41:24, 109:15,
132:9
noting [1] - 75:3
NOVEMBER [1] - 173:15
November [16] - 72:17,
76:6, 76:16, 110:2, 128:15,
129:3, 129:20, 130:3,
130:11, 131:7, 131:22,
133:20, 162:14, 167:11,
167:24, 168:16
NSC [1] - 73:9
Number [8] - 66:10, 82:12,
111:25, 112:7, 133:2,
144:15, 145:9, 159:5
number [11] - 11:18, 46:4,
46:6, 46:11, 76:17, 76:19,
76:22, 76:25, 92:6, 114:8,
116:11, 117:8, 122:10,
141:12
numbered [1] - 134:18
numbering [1] - 116:13
numbers [1] - 81:23
nurse [72] - 18:11, 24:16,
24:11, 24:12, 51:9, 54:16,
54:25, 55:20, 56:10, 56:16,
56:19, 57:5, 57:18, 58:15,
58:21, 59:6, 59:23, 60:6,
61:18, 63:10, 63:12, 63:13,

65:10, 65:17, 65:18, 67:17,
73:9, 74:11, 74:21, 75:8,
75:12, 75:15, 81:15, 83:10,
88:3, 92:12, 101:15, 101:25,
105:5, 105:24, 106:24,
107:4, 107:7, 107:16,
107:24, 110:18, 112:17,
112:23, 113:6, 113:9,
113:11, 113:12, 113:13,
124:10, 125:6, 127:14,
136:15, 136:11, 138:17,
138:18, 138:20, 139:2,
139:5, 148:19, 148:23,
149:6, 149:11, 149:19,
152:2, 152:14, 160:3
Nurse [2] - 118:19, 157:20
nurse's [1] - 63:15
nurses [23] - 9:6, 9:23,
10:5, 11:17, 18:21, 19:2,
22:10, 23:25, 24:16, 24:17,
24:23, 25:11, 50:20, 51:20,
53:6, 53:15, 58:19, 62:24,
86:3, 73:16, 84:21, 109:13,
138:11
Nurses [4] - 91:8, 106:2,
106:8, 112:7
nurses' [1] - 126:15
Nursing [3] - 72:17, 72:19,
173:20
nursing [54] - 5:12, 24:9,
24:19, 24:21, 52:2, 52:6,
54:5, 54:18, 57:12, 58:11,
59:14, 60:13, 60:23, 61:11,
62:4, 62:8, 63:23, 64:17,
65:23, 65:22, 67:25, 68:3,
68:23, 73:25, 78:6, 82:17,
84:4, 84:8, 86:8, 90:24, 91:7,
91:10, 91:20, 97:21, 99:22,
102:8, 103:25, 108:13,
110:3, 110:8, 113:22,
124:25, 133:11, 134:12,
141:15, 142:25, 147:6,
151:20, 151:21, 155:8,
162:15, 166:5, 169:5

O

O'Malley [3] - 94:8, 96:6
O-m-a-l-l-e-y [1] - 94:9
oath [1] - 3:7
Object [1] - 137:25
object [1] - 38:15
Objection [10] - 45:24,
45:13, 58:13, 58:24, 84:2,
108:14, 138:14, 140:5,
140:7, 167:4
objection [2] - 40:10, 42:11
objections [1] - 3:13
Observation [1] - 165:11
observation [11] - 44:13,
46:5, 46:19, 65:4, 89:19,

108:8, 109:17, 113:19,
135:14, 165:12, 165:19
observations [4] - 61:19,
62:21, 82:7, 113:23
Observations [2] - 86:19,
137:5
observe [1] - 82:18
observed [3] - 32:14,
100:19, 158:20
observing [1] - 113:13
obtained [1] - 161:20
occasion [2] - 69:23, 146:3
occur [4] - 105:20, 153:3,
165:22, 167:14
occurred [7] - 29:14, 121:7,
134:23, 137:21, 139:13,
146:2, 146:8
October [2] - 156:2, 162:23
OF [13] - 1:2, 1:10, 171:2,
171:4, 172:2, 172:4, 173:7,
173:8, 173:10, 173:11,
173:11, 173:12, 173:13
offhand [1] - 74:17
office [5] - 8:16, 40:17,
49:12, 97:3, 131:11
officer [21] - 3:7, 55:25,
56:5, 56:8, 57:21, 91:3, 91:4,
91:5, 105:7, 107:3, 107:15,
107:24, 113:11, 113:19,
114:17, 136:6, 142:8,
147:21, 148:9, 166:10
Officer [1] - 120:15
Officer's [1] - 47:16
officer's [2] - 137:24,
138:10, 148:24
officers [14] - 6:13, 10:13,
10:16, 91:9, 91:11, 93:9,
108:9, 146:20, 146:22,
147:17
officers' [1] - 109:6
official [2] - 1:9, 7:2
often [4] - 20:19, 21:23,
23:12, 53:2
old [1] - 131:20
omission [1] - 149:16
omissions [1] - 149:14
Once [1] - 21:25
once [4] - 20:21, 22:16,
26:21, 64:15
one [52] - 15:3, 15:14,
19:15, 24:10, 24:11, 25:7,
25:8, 26:5, 36:12, 36:13,
41:19, 42:18, 44:12, 44:17,
45:7, 46:17, 47:2, 51:4,
54:16, 62:17, 63:21, 70:11,
70:14, 72:18, 76:6, 76:14,
77:16, 80:15, 81:23, 83:18,
90:10, 106:11, 108:3,
116:17, 122:11, 129:19,
131:23, 134:11, 135:17,

135:18, 136:17, 139:23,
141:12, 141:21, 145:14,
149:5, 160:19, 162:13,
162:16, 173:19, 173:21
One [8] - 36:12, 133:2,
135:17, 136:17, 136:25,
143:16
One-on-one [1] - 136:17
one-page [4] - 72:18, 78:8,
173:19, 173:21
ones [12] - 40:22, 40:24,
41:4, 50:8, 61:5, 85:14, 94:3,
94:4, 99:11, 148:5, 153:24,
168:10
oneself [2] - 46:21, 46:22
onset [1] - 150:21
opened [1] - 47:16
operating [1] - 32:2
operations [2] - 22:24,
34:19
opiate [4] - 150:10, 150:18,
151:16, 152:2
opinion [4] - 40:6, 40:19,
42:7, 86:13
order [4] - 63:4, 67:6,
99:16, 112:21
orders [8] - 9:15, 18:19,
20:15, 106:5, 124:13, 125:22
orientation [4] - 48:24,
49:9, 49:15, 49:20
ORIENTATION [1] - 173:7
oriented [1] - 116:10
original [3] - 27:4, 131:9,
131:15
originally [1] - 87:11
OTHER [1] - 173:15
otherwise [4] - 7:23, 55:8,
109:22, 111:15
Otherwise [1] - 113:4
outcome [2] - 97:4, 172:19
outgoing [1] - 65:17
outline [4] - 80:7, 80:19,
90:23, 122:9
outside [1] - 121:8
own [1] - 32:2

P

P.A [1] - 115:20
p.m [3] - 127:2, 127:20,
170:24
Packet [1] - 173:23
packet [4] - 68:15, 68:21,
78:18, 92:14
PAGE [1] - 173:3
Page [11] - 47:15, 47:23,
80:18, 81:14, 102:13, 106:6,
130:23, 141:12, 146:15,
150:7, 166:11
page [35] - 47:20, 66:13,

69:7, 72:18, 76:6, 79:6,
79:16, 80:18, 80:25, 98:14,
109:19, 123:18, 126:4,
127:3, 127:10, 127:12,
127:18, 126:3, 142:23,
144:13, 150:3, 154:25,
156:5, 157:6, 161:8, 165:15,
171:12, 173:17, 173:19,
173:21, 173:25, 174:7,
174:10
PAGE(S [1] - 175:10
Pages [2] - 87:14, 146:7,
148:10
pages [3] - 68:10, 78:20,
78:22, 164:11, 171:9
paper [1] - 63:3
paperwork [4] - 57:20,
58:5, 58:11, 58:22
paragraph [18] - 66:24,
77:8, 83:9, 83:11, 109:20,
124:6, 132:8, 134:4, 134:17,
134:18, 150:17, 151:15,
164:13, 166:12, 167:13
paragraphs [1] - 111:15
part [27] - 59:10, 61:20,
61:23, 68:14, 68:20, 79:3,
79:13, 80:25, 81:6, 81:10,
89:2, 90:21, 94:4, 98:9,
101:22, 105:6, 106:16,
115:7, 116:15, 122:6,
127:10, 135:7, 136:9,
137:24, 141:10, 146:8,
151:20
partake [2] - 17:11, 169:9
participated [1] - 120:8
particular [5] - 6:8, 64:10,
96:15, 151:5, 152:3
parties [2] - 3:4, 172:17
pass [1] - 24:18
patient [1] - 21:2
patient-based [1] - 21:2
patients [5] - 20:14, 22:7,
22:10, 22:12, 132:23
Patrick [1] - 94:8
pattern [1] - 151:16
Paul [3] - 69:25, 116:21,
157:20
Pause [1] - 111:23
payment [1] - 15:12
payroll [1] - 18:13
peak [1] - 153:4
peaking [1] - 153:18
Pennsylvania [4] - 5:12,
6:10, 36:13, 36:16
people [3] - 24:2, 87:6,
124:21
per [6] - 9:19, 11:19, 11:21,
24:10, 24:11, 26:21
per-diem [1] - 11:21
perceived [1] - 48:20

perform [7] - 9:9, 51:19,
54:13, 55:6, 56:11, 65:17,
81:16
PERFORMANCE [1] -
173:8
performance [5] - 52:21,
53:2, 53:6, 53:15, 53:23
performed [4] - 105:13,
125:8, 143:19, 151:20
performing [1] - 119:15
performs [1] - 55:19
perhaps [1] - 5:2
period [3] - 52:10, 58:7,
102:2, 110:9, 151:17
periodic [1] - 23:16
periodically [2] - 20:20,
107:8
periods [1] - 19:20
permanent [1] - 61:7
person [3] - 23:4, 54:14,
56:5, 57:16, 100:19, 109:16,
118:15, 140:23, 143:2
Personal [1] - 1:4
personally [3] - 49:24,
69:24, 144:2
personnel [16] - 82:4,
83:15, 132:8, 132:9, 132:16,
132:17, 133:6, 133:7,
133:11, 146:18, 148:4,
148:10, 165:21, 167:14,
167:18, 169:13
pertain [1] - 40:25
pertained [1] - 32:15
pertaining [1] - 31:25,
32:21, 33:11, 33:21, 39:11,
41:4, 56:5, 58:11, 59:11,
89:23, 97:17, 96:3, 104:13,
112:17, 116:17, 125:22,
133:8, 157:13, 169:14
pertains [1] - 115:12
peruses [2] - 88:22, 162:20
Peter [25] - 52:13, 53:12,
69:16, 70:3, 75:14, 75:19,
85:2, 85:22, 86:12, 86:22,
87:2, 87:16, 88:7, 89:15,
90:9, 96:18, 114:12, 116:21,
118:25, 137:2, 140:16,
157:20, 157:24, 158:11,
158:19
Peter's [1] - 86:21
phone [5] - 9:14, 70:8,
78:21, 121:6, 158:4
photocopied [1] - 118:19
photographs [2] - 152:21,
152:23
phrase [2] - 147:24, 148:2
Physical [1] - 126:7,
126:10, 126:18
physical [13] - 101:8,
105:14, 105:16, 105:19,

106:19, 106:15, 106:17,
129:22, 136:15, 141:23,
146:9, 146:10
physically [4] - 21:23,
57:13, 101:5, 139:2
Physically [1] - 9:8
physician [14] - 19:25,
54:17, 59:20, 101:12,
103:22, 104:2, 105:25,
106:4, 124:13, 124:19,
125:2, 125:5, 125:6, 125:22
physician's [1] - 124:15,
125:12, 126:2
physicians [2] - 19:22,
19:24
picked [1] - 142:10
pile [1] - 85:7
place [5] - 1:21, 15:17,
16:14, 102:21, 151:11, 155:4
placed [3] - 42:9, 64:20,
120:2, 120:11, 164:22,
165:17, 165:18, 165:19
Plains [3] - 1:15, 2:6, 2:22
Plaintiff [1] - 2:5
Plaintiff's [12] - 41:13, 66:9,
66:15, 72:20, 76:10, 78:18,
114:10, 117:11, 123:2,
127:4, 128:18, 156:6
PLAINTIFF'S [1] - 173:16
Plaintiffs [1] - 1:5
play [1] - 110:22
point [23] - 5:3, 13:16,
13:23, 14:25, 15:23, 23:4,
30:2, 30:5, 52:2, 58:23, 70:6,
70:10, 93:21, 94:7, 98:13,
100:25, 106:13, 123:10,
130:16, 138:24, 141:7,
151:5, 155:9
points [1] - 151:3
policies [41] - 25:10, 25:18,
25:20, 31:17, 43:21, 44:3,
44:7, 44:11, 44:15, 50:12,
54:4, 65:2, 67:16, 65:5, 75:4,
78:9, 92:17, 99:5, 99:10,
99:21, 100:6, 100:12,
100:13, 101:18, 101:24,
104:12, 104:17, 106:16,
108:19, 108:24, 119:14,
119:17, 119:18, 123:14,
129:9, 130:2, 136:8, 146:21,
147:8, 149:4, 155:2
POLICY [1] - 173:12
policy [47] - 25:15, 25:22,
25:23, 26:5, 26:6, 26:7,
26:10, 26:24, 27:4, 31:6,
31:13, 31:15, 31:19, 55:2,
55:17, 57:2, 57:11, 58:18,
59:15, 60:14, 65:7, 67:21,
77:13, 77:23, 103:22, 104:7,
108:12, 112:3, 112:5, 124:4,

131:9, 131:14, 138:11,
138:23, 139:9, 141:12,
142:19, 146:6, 148:15,
146:17, 146:25, 148:3,
148:18, 150:6, 161:21,
162:23, 166:22
  Policy [15] - 74:15, 74:24,
123:7, 128:13, 128:16,
128:23, 130:5, 130:6,
130:11, 131:13, 131:21,
132:3, 137:6, 147:11,
154:12, 174:8
  portion [3] - 28:13, 42:2,
42:25, 45:6, 87:21, 91:17,
91:23, 166:11
  position [5] - 9:21, 17:23,
19:16, 34:16, 35:22
  positions [2] - 9:4, 10:9
  possible [2] - 188:25, 167:8
  possibly - 49:19, 94:8
  potential [2] - 150:21,
164:14
  Potential [1] - 1:4
  practice [5] - 51:19, 56:3,
57:8, 92:6, 110:8
  precautions [6] - 164:23,
165:9, 165:17, 165:23,
166:3, 166:6
  preceding [1] - 35:5
  pregnant [1] - 149:23
  preparation [1] - 129:7
  prepare [1] - 72:11
  prepared [5] - 22:9, 22:21,
62:19, 64:12, 64:15, 75:19
  preprinted [1] - 62:22
  prescriptions [1] - 60:7
  PRESENT [1] - 2:24
  present [2] - 12:25, 49:3
  presenting [1] - 160:8
  president [4] - 6:2, 34:18,
35:23, 51:11
  pretty [2] - 10:7, 21:13
  PREVENTION [1] - 173:14
  prevention [5] - 46:9,
49:23, 164:12, 167:23,
168:14
  Prevention [14] - 44:10,
44:22, 45:13, 50:15, 68:19,
68:25, 74:4, 74:13, 92:20,
98:16, 159:7, 159:23,
164:16, 165:7
  primarily [1] - 18:17
  principal [1] - 16:13
  Prison [3] - 34:14, 34:17,
35:4, 35:16, 37:13, 37:21,
38:4, 38:11, 39:6
  probation [1] - 52:9
  problem [3] - 70:18,
124:12, 139:4
  problems [3] - 88:20,

89:24, 134:22, 137:20,
139:12, 141:13, 146:2, 160:8
  Procedure [1] - 122:24,
123:21, 129:24, 130:4,
130:7, 150:6, 174:5
  procedure [18] - 55:3,
59:15, 60:14, 65:7, 67:21,
77:23, 103:23, 118:13,
122:19, 150:9, 150:16,
151:22, 153:7, 153:17,
154:24, 155:13
  procedures [34] - 25:10,
32:2, 43:21, 50:12, 54:5,
68:3, 67:16, 78:4, 78:9, 99:6,
99:8, 99:10, 99:21, 100:6,
100:13, 101:18, 101:25,
103:9, 103:18, 104:17,
108:17, 108:20, 108:25,
109:20, 110:20, 110:22,
111:16, 119:14, 119:17,
119:19, 130:9, 130:19,
146:21, 155:3
  proceed [1] - 5:2
  proceedings [3] - 172:11,
172:14
  process [13] - 33:11, 40:25,
104:22, 110:16, 110:25,
112:22, 113:3, 164:15,
164:22, 165:5, 166:14,
166:19, 169:6
  produced [2] - 78:14,
78:17, 173:23
  production [7] - 49:14,
53:22, 75:23, 95:4, 126:17,
132:2, 168:12
  PRODUCTION [6] - 173:7,
173:8, 173:10, 173:11,
173:12, 173:13
  professional [1] - 10:20
  professionals [1] - 19:12
  program [1] - 102:17,
102:20, 103:6
  Progress [31] - 61:8, 61:19,
62:3, 62:11, 62:14, 62:18,
62:25, 63:10, 63:14, 63:15,
63:16, 63:18, 82:25, 83:5,
83:8, 91:24, 92:9, 113:25,
114:6, 114:9, 115:13,
116:16, 116:23, 117:6,
117:19, 117:23, 118:9,
118:17, 119:11, 174:2, 174:4
  progression [2] - 108:7,
109:3, 109:11
  promoted [1] - 17:24
  prompted [1] - 26:18
  promptly [1] - 83:10
  proposal [4] - 12:14, 12:18,
13:10, 13:12
  proposals [2] - 12:9, 12:11
  protocol [1] - 101:11

  provide [17] - 12:6, 13:18,
15:20, 23:18, 23:22, 36:4,
38:5, 40:4, 42:5, 48:7, 79:13,
93:3, 99:13, 100:8, 108:20,
147:5, 163:18
  provided [23] - 8:10, 8:21,
14:21, 15:25, 16:2, 21:14,
38:13, 39:4, 47:7, 47:12,
49:20, 60:6, 74:21, 79:20,
116:15, 117:23, 117:25,
121:15, 121:19, 136:14,
149:11, 157:14, 164:4
  provider [2] - 36:3, 91:15
  provides [2] - 6:5, 166:22
  providing [3] - 8:3, 16:20,
30:5, 30:7, 49:21, 99:7,
168:24, 169:3
  provisions [2] - 32:24,
122:15
  psychiatrist [1] - 15:25,
16:6, 50:13, 62:9, 64:2,
164:24, 166:15
  psychiatrists [2] - 16:18,
17:3
  psychologist [2] - 50:14,
64:2
  psychotropic [1] - 16:3
  PUBLIC [1] - 172:24
  Public [4] - 1:21, 3:19, 4:4,
172:7
  publishes [1] - 21:12
  purpose [2] - 43:10, 58:10
  put [3] - 46:5, 46:19, 61:19,
65:4, 102:20, 116:14,
131:14, 157:21
  Putnam [54] - 1:9, 2:16, 8:4,
8:7, 8:10, 8:11, 8:21, 9:10,
9:17, 12:6, 14:22, 16:21,
18:14, 21:24, 22:24, 24:4,
25:24, 29:12, 30:9, 30:23,
32:8, 32:14, 32:20, 33:22,
42:19, 42:22, 43:3, 43:8,
43:13, 44:23, 45:7, 47:7,
61:9, 64:19, 78:21, 80:23,
92:18, 93:2, 93:8, 98:7,
98:21, 98:25, 104:13, 112:3,
122:20, 122:24, 128:14,
128:17, 145:15, 146:24,
168:20, 174:6, 174:9
  PUTNAM [1] - 1:10
  Putnam's [1] - 165:6

Q

  questioned [1] - 163:22
  questioning [2] - 58:15,
60:21
  questions [10] - 4:20,
71:13, 83:18, 85:13, 86:7,
87:23, 136:7, 138:13,
139:17, 170:16

  Questions [1] - 170:19

R

  R.N [2] - 18:17, 160:23
  RANDAZZO [1] - 2:14
  range [4] - 22:5, 40:22,
151:10, 153:3
  Re [1] - 175:4
  reach [1] - 12:18
  Reach [1] - 12:19
  reached [1] - 97:5
  READ [1] - 175:10
  read [9] - 28:11, 28:14,
40:13, 83:13, 87:21, 111:22,
166:12, 168:2, 171:9
  reading [1] - 159:22
  Reading [1] - 116:2
  realized [1] - 158:14
  realizing [1] - 143:3
  really [1] - 80:7
  reason [11] - 65:7, 69:4,
98:25, 104:7, 107:5, 113:5,
113:10, 113:11, 120:11,
120:16, 146:6
  reasons [2] - 120:11,
120:16
  receive [7] - 5:16, 5:21,
45:20, 48:2, 83:16, 85:10,
87:22
  received [2] - 12:17, 167:23
  Received [1] - 115:23
  receiving [3] - 7:22, 25:19,
82:2
  Receiving [26] - 81:2,
81:13, 81:21, 104:22, 105:6,
123:21, 126:5, 133:17,
134:4, 134:8, 135:14,
142:20, 145:13, 146:16,
146:17, 146:19, 147:3,
147:18, 147:21, 148:6,
148:9, 148:19, 148:24,
149:7, 149:13, 164:15
  receiving-screening [1] -
82:2
  recent [2] - 69:16, 131:23
  recently [2] - 5:17, 17:24
  Recently [1] - 24:6
  Recess [3] - 28:5, 70:23,
170:14
  recognize [7] - 45:5, 68:11,
69:12, 76:21, 115:12, 123:4,
128:20
  recollection [6] - 46:8,
67:15, 77:4, 94:25, 112:2,
167:21
  recommending [1] - 161:10
  Record [2] - 61:25, 68:9
  record [26] - 4:12, 28:14,
58:18, 61:7, 61:20, 61:23,

69:20, 70:2, 96:18, 97:3,
106:2, 106:3, 106:8, 106:23,
111:23, 114:3, 115:7,
117:21, 118:14, 124:11,
136:11, 143:11, 157:15,
157:18, 162:20, 172:13

recording [2] - 106:9,
106:19

RECORDS [2] - 173:13,
173:15

records [7] - 61:10, 118:2,
139:16, 153:23, 168:7,
168:12, 168:16

recruiting [2] - 17:3, 17:7,
17:11

rectangle [1] - 69:9

refer [5] - 62:9, 63:24,
74:15, 83:24, 84:9, 84:22,
85:23, 99:2

reference [1] - 51:22

referral [9] - 84:12, 86:9,
90:18, 101:12, 111:8, 160:6,
160:12, 160:24, 166:24

Referral [3] - 88:12, 90:4,
90:9

referrals [3] - 50:12, 50:19,
63:22

referred [11] - 39:15, 54:16,
83:15, 83:19, 87:24, 105:17,
124:21, 146:16, 151:22,
164:23, 166:15

Referring [1] - 43:12

referring [1] - 55:25

refers [12] - 41:22, 67:20,
99:15, 102:16, 126:5,
145:10, 146:17, 148:18,
164:13, 167:13

reflect [1] - 95:5

REFLECT [1] - 173:11

reflex [1] - 160:9

refresh [5] - 67:15, 77:4,
94:25, 112:2, 121:3, 167:21

regarding [3] - 43:25, 81:2,
132:10

registered [14] - 7:6, 7:9,
7:13, 7:21, 9:6, 9:23, 11:17,
18:11, 18:21, 19:2, 34:23,
81:15, 83:10, 148:19

regs [3] - 32:8, 32:15, 93:3

regular [4] - 20:15, 23:6,
112:8, 165:19

regulations [10] - 31:24,
32:21, 33:20, 33:24, 39:15,
47:9, 48:4, 93:8, 98:7, 99:2

Rehab [1] - 145:10

related [2] - 77:19, 172:17

remain [3] - 16:4, 130:2,
130:10

remember [12] - 5:2, 14:2,
19:20, 33:4, 33:15, 50:18,

75:14, 93:15, 115:9, 124:5,
158:7, 164:2

removal [1] - 122:15

renewed [3] - 15:2, 121:17,
122:7

repeat [1] - 83:4

rephrase [1] - 140:11

Report [6] - 126:8, 126:25,
127:4, 127:19, 128:8, 174:7

report [26] - 18:22, 19:5,
23:15, 23:22, 64:4, 64:6,
64:7, 64:11, 64:25, 65:5,
65:9, 65:14, 73:9, 75:3, 75:5,
75:10, 75:18, 75:24, 97:13,
107:16, 127:7, 127:11,
142:8, 150:19, 152:15,
156:10, 157:17, 160:2

REPORT [1] - 173:10

reported [1] - 172:11

reporter [1] - 28:14

Reporter [1] - 1:25

reporting [1] - 59:18

reports [8] - 100:3, 100:24,
107:2, 107:3, 151:9, 151:25

Reports [2] - 64:14, 73:3

represent [1] - 4:16

Representative [1] - 1:4

request [5] - 12:8, 12:11,
12:14, 12:17, 124:24

requested [1] - 125:4

REQUESTED [2] - 49:18,
54:3, 76:3, 95:9, 126:22,
132:6, 166:19, 173:6

require [10] - 41:5, 44:8,
44:16, 48:8, 48:10, 50:12,
61:11, 99:22, 101:25, 112:12

required [75] - 23:16,
39:22, 40:7, 40:19, 50:20,
51:11, 51:13, 54:6, 54:10,
54:19, 55:2, 55:6, 55:14,
56:16, 57:5, 57:7, 57:19,
57:25, 58:4, 58:20, 58:22,
59:3, 59:15, 60:13, 60:18,
60:23, 61:4, 62:4, 62:7,
62:10, 65:8, 65:13, 67:6,
68:4, 69:4, 74:3, 74:6, 82:19,
83:4, 83:7, 83:24, 84:5, 84:8,
85:23, 97:21, 100:7, 101:2,
104:7, 107:7, 108:25, 110:4,
110:5, 127:14, 132:9, 136:8,
136:9, 138:10, 138:12,
138:23, 138:24, 140:2,
140:24, 141:5, 141:15,
141:19, 143:2, 148:20,
148:23, 149:6, 151:4, 151:7,
152:3, 159:12, 161:21, 166:5

requirement [1] - 56:9,
65:22, 67:7, 67:12, 67:25,
92:11, 92:15

requirements [3] - 25:9,

39:16, 39:19, 42:14, 73:13,
78:22, 102:6, 142:22

requires [3] - 124:7, 139:9,
149:20

requiring [1] - 77:13

rescinded [1] - 130:16

reserved [1] - 3:14

respect [40] - 15:11, 18:6,
43:23, 44:4, 46:24, 47:8,
54:5, 60:8, 62:24, 63:22,
66:3, 67:17, 70:4, 73:15,
74:19, 78:5, 80:17, 82:8,
82:19, 85:2, 89:13, 91:19,
92:19, 99:6, 101:18, 113:20,
114:2, 119:15, 119:19,
122:8, 133:7, 135:23,
140:19, 142:19, 142:25,
146:24, 150:10, 155:17,
163:19, 169:10

respective [1] - 3:3

respond [2] - 17:5, 24:18,
24:22

responded [2] - 12:9, 17:4

response [2] - 4:23, 13:14

responsibilities [4] - 9:12,
18:13, 20:13, 24:16

responsibility [1] - 18:23

responsible [2] - 15:24,
18:18

responsive [1] - 87:5

rest [1] - 19:4

restate [2] - 28:8, 140:10

result [3] - 97:7, 97:9,
97:13, 97:16, 164:22, 165:4,
165:5, 166:13

results [1] - 50:21

review [26] - 25:4, 25:6,
25:12, 32:3, 32:14, 33:10,
33:16, 47:6, 52:21, 53:5,
56:18, 56:19, 57:19, 58:5,
53:11, 58:21, 65:13, 65:24,
66:5, 67:18, 68:2, 68:24,
68:25, 72:11, 75:6, 81:15,
86:21, 92:8, 92:13, 93:12,
96:22, 96:24, 97:2, 97:16,
117:20, 121:9, 129:8, 134:2,
136:9, 136:11, 138:21,
148:23, 149:6, 149:12,
169:20, 169:25

review.. [1] - 63:10

reviewed [26] - 26:8, 26:20,
32:4, 32:8, 32:20, 32:25,
66:5, 67:8, 67:19, 68:6,
69:19, 70:2, 71:7, 71:10,
71:12, 72:3, 84:12, 86:4,
90:13, 93:17, 105:24,
133:20, 133:24, 134:12,
154:14, 167:11

reviewing [5] - 136:20,
140:24, 143:2, 156:10,

160:15

reviews [3] - 20:14, 53:3,
140:13

revised [6] - 26:8, 129:14,
129:15, 129:20, 131:16,
131:17

Revised [3] - 131:7, 133:20,
167:10

revision [1] - 134:2

revisions [7] - 26:9, 26:14,
26:16, 26:19, 27:5, 129:17,
133:23

revoked [1] - 130:17

RFP [1] - 13:14

Rich [4] - 76:6, 76:9, 78:12,
173:22

Richard [5] - 17:16, 72:16,
72:19, 126:21, 173:20

right-hand [1] - 114:8

rights [1] - 107:19

ring [1] - 64:16

risk [16] - 45:18, 45:23,
46:12, 46:20, 47:3, 47:8,
48:5, 73:21, 108:7, 109:3,
109:11, 164:14, 164:21,
165:4, 166:13

Rivera [4] - 29:23, 30:2,
168:25, 170:9

Rivera's [5] - 30:14, 169:10,
169:14, 169:18, 170:5

Road [2] - 1:14, 2:5

Robert [1] - 94:6

ROCKLAND [1] - 172:4

Rodriguez [1] - 30:15

role [7] - 22:23, 24:25, 25:3,
39:10, 43:7, 51:2, 52:12

room [2] - 24:3, 33:7

rotate [1] - 10:5

routine [2] - 107:19, 110:8

Routing [2] - 84:19, 88:12

rules [4] - 32:8, 32:15,
32:20, 33:20 .

Rules [1] - 47:9 .

RULINGS [1] - 174:16

run [2] - 10:17, 95:15

runny [1] - 153:25

S

SAMBURSKY [1] - 2:9
SANTANELO [1] - 2:14
sat [1] - 158:17
saw [12] - 42:17, 77:5, 77:7,
87:11, 107:6, 110:12,
110:18, 114:4, 115:8,
116:19, 153:23, 158:9
Schedule [4] - 78:21, 79:7,
80:17, 121:14
schedule [3] - 124:14,
125:13

scheduled [1] - 125:25
scheduling [1] - 18:18
school [1] - 37:17
science [1] - 5:11
Scope [2] - 79:7, 80:22
Scope-of [1] - 80:22
score [5] - 45:21, 46:18, 83:17, 86:6, 86:13, 87:22, 92:19, 159:6, 159:22
scored [1] - 85:9
scores [7] - 41:23, 43:23, 44:9, 44:14, 46:4, 46:11, 50:14
screen [3] - 24:17, 83:17, 87:22
screened [1] - 92:16, 104:21
screening [31] - 33:11, 44:18, 50:21, 59:11, 61:17, 63:9, 67:10, 68:14, 81:17, 82:2, 85:6, 90:14, 90:16, 91:3, 91:4, 91:11, 92:14, 98:20, 100:4, 105:4, 136:7, 137:24, 138:10, 139:10, 142:20, 157:13, 158:6, 164:22, 165:5, 166:14, 169:6
Screening [37] - 44:10, 44:22, 45:13, 50:15, 68:20, 68:25, 74:4, 74:13, 81:3, 81:14, 81:22, 92:20, 98:16, 104:22, 105:6, 123:21, 133:17, 134:4, 134:8, 135:14, 144:10, 146:13, 146:16, 147:3, 147:18, 147:21, 148:6, 148:9, 148:19, 148:24, 149:8, 149:13, 159:7, 159:23, 184:15, 184:17, 165:7
Screenings [3] - 126:5, 146:18, 146:19
screenings [2] - 25:19, 67:8
screwed [1] - 84:6
sealing [1] - 3:4
second [10] - 28:4, 63:14, 87:15, 98:14, 127:10, 127:25, 144:13, 150:16, 161:8, 167:13
section [11] - 41:22, 42:25, 47:24, 90:18, 102:14, 104:20, 128:6, 135:13, 137:5, 143:3, 147:22
sections [1] - 135:15
secured [1] - 118:14
security [1] - 33:8
see [24] - 22:11, 22:13, 22:18, 25:4, 25:6, 25:12, 41:11, 42:2, 42:17, 46:16, 47:15, 47:24, 54:6, 54:11, 54:19, 55:4, 56:10, 56:17,

57:13, 57:25, 58:19, 58:20, 59:17, 67:13, 69:8, 70:25, 72:22, 73:5, 73:7, 73:10, 75:18, 76:15, 77:21, 78:24, 79:9, 80:20, 81:19, 82:10, 82:14, 83:11, 83:21, 84:25, 85:11, 85:17, 89:12, 90:19, 98:6, 98:17, 100:9, 101:4, 102:3, 102:18, 104:23, 108:10, 109:24, 111:18, 112:10, 113:10, 113:25, 115:6, 115:21, 116:15, 120:14, 124:16, 125:2, 125:6, 126:8, 127:19, 128:7, 132:14, 132:20, 134:24, 135:9, 135:23, 136:3, 136:14, 136:22, 137:13, 139:3, 144:18, 145:12, 145:17, 150:11, 150:23, 152:21, 155:11, 161:11, 164:19, 164:25, 165:24, 166:6, 166:16, 167:16
seeing [6] - 76:13, 98:12, 107:3, 120:16, 127:23, 152:23
seek [1] - 107:20
sees [5] - 20:14, 63:13, 101:13, 107:25, 124:20
selected [1] - 13:17
send [2] - 33:6, 156:8
sends [1] - 66:21
senior [1] - 34:18
sent [2] - 24:2, 118:6
sentence [4] - 104:20, 160:22, 161:9, 166:12
separate [3] - 63:4, 63:17, 95:10
Sergeant [1] - 115:3
sergeant [2] - 77:20, 94:15
serious [2] - 109:4, 109:11
services [45] - 6:5, 8:3, 8:10, 8:22, 9:9, 12:6, 13:18, 14:22, 15:12, 15:15, 15:24, 16:20, 17:12, 17:19, 17:20, 18:8, 18:10, 18:14, 18:22, 19:3, 19:7, 21:14, 23:3, 23:7, 23:15, 27:10, 30:5, 30:8, 32:6, 32:10, 32:21, 36:4, 38:5, 38:13, 39:4, 51:10, 86:21, 71:21, 79:12, 85:15, 94:12, 121:14, 121:18, 122:2, 122:9, 159:11, 168:24, 169:4, 169:17
Services [12] - 34:14, 34:17, 35:5, 35:16, 37:13, 37:21, 38:4, 38:11, 38:24, 39:7, 79:7, 80:22
services... [1] - 159:8
set [6] - 10:6, 11:18, 21:13, 33:23, 103:18, 107:11,

125:10, 125:12, 172:22
setting [1] - 25:10
seven [1] - 24:13
several [4] - 10:7, 19:19, 144:2, 151:2
severe [2] - 108:7, 153:3
shaded [9] - 41:23, 44:5, 44:17, 45:21, 45:24, 47:2, 85:16, 85:19, 86:13
Sheet [5] - 84:19, 86:12, 90:4, 90:9, 103:5; 112:14
SHEET [1] - 115:7
sheet [10] - 63:3, 63:5, 63:17, 63:20, 64:8, 65:21, 73:9, 100:16, 108:18
Sheriff [4] - 1:9, 93:20, 96:2, 161:9
sheriff [5] - 14:14, 94:4, 147:8, 162:3, 162:7
Sheriff's [1] - 13:7
Shift [5] - 64:14, 73:2, 126:6, 126:25, 127:3, 127:19, 128:7, 174:7
shift [39] - 18:17, 24:10, 24:11, 62:25, 63:12, 63:13, 63:15, 64:4, 64:6, 64:7, 64:11, 64:12, 64:25, 65:5, 65:9, 65:11, 65:14, 65:19, 73:8, 75:3, 75:6, 75:10, 75:18, 75:20, 75:24, 77:20, 89:14, 89:15, 90:9, 92:12, 92:16, 118:16, 127:2, 127:7, 127:11, 127:16, 160:16, 160:18, 160:23
SHIFT [1] - 173:19
shifts [7] - 10:5, 10:6, 10:8, 10:11, 10:13, 10:16, 24:8
short [1] - 19:20
Shorthand [1] - 1:25
SHOULD [1] - 175:10
show [8] - 64:4, 67:2, 67:6, 67:10, 68:3, 85:16
showed [8] - 61:6, 136:4, 136:25, 153:24
showing [5] - 100:9, 100:24, 102:4, 152:8, 152:9
shown [1] - 171:12
shows [2] - 23:24, 64:8
sic [1] - 116:5
sick [10] - 24:17, 73:9, 110:12, 110:16, 124:15, 124:18, 124:19, 125:7, 125:15, 126:2
sick-call [1] - 110:16
side [1] - 127:25
sided [1] - 127:13
sides [1] - 127:15
sign [2] - 14:9, 112:18
signature [2] - 67:3, 156:13, 157:7

signatures [1] - 14:8
signed [8] - 3:6, 3:8, 3:19, 3:20, 14:6, 14:11, 14:15, 115:20
significant [1] - 132:10
signs [37] - 56:12, 56:20, 57:6, 77:9, 97:12, 97:21, 100:9, 100:15, 100:19, 100:25, 102:3, 106:3, 106:8, 106:13, 106:19, 106:22, 109:22, 110:4, 110:5, 110:9, 110:11, 110:14, 110:19, 111:3, 111:6, 111:11, 111:14, 112:21, 113:2, 113:20, 140:16, 153:21, 161:10, 161:19, 162:9, 162:17
similar [6] - 41:16, 41:19, 42:17, 42:18, 121:13, 164:17
simply [1] - 62:20
single [2] - 28:7, 26:24
SINKOV [3] - 1:4, 1:5, 175:4
Sinkov [29] - 1:5, 2:24, 30:19, 71:2, 85:3, 85:6, 85:23, 86:22, 87:4, 87:10, 88:13, 93:22, 98:4, 99:19, 113:16, 114:25, 115:4, 116:17, 127:23, 133:6, 133:8, 135:4, 155:18, 156:11, 158:9, 158:13, 159:6, 159:13, 160:15
Sinkov's [5] - 70:2, 75:2, 93:7, 93:16, 94:3, 111:3, 117:21, 121:7
Sinkovs [1] - 4:16
sit [10] - 33:15, 49:6, 51:5, 71:18, 93:13, 93:24, 115:9, 139:22, 157:25, 158:18
site [1] - 18:19
situation [1] - 52:14
situations [1] - 24:22
six [7] - 14:8, 14:20, 15:3, 81:24, 134:6, 145:15, 145:21
Six [1] - 145:11
skills [1] - 74:2
skin [4] - 135:19, 135:24, 137:8, 137:13
SLONE [1] - 2:9
small [1] - 6:5
SMITH [2] - 1:8, 175:4
Smith [6] - 2:10, 2:25, 93:21, 95:24, 96:2, 161:9
so... [1] - 71:9
social [1] - 11:15
SOKOLOFF [1] - 2:9
solicited [1] - 139:18
someone [4] - 44:9, 46:4, 64:5, 99:23
sometime [1] - 161:5
sometimes [3] - 64:20,

101:20, 150:11
soon [2] - 166:25, 167:7
Sorry [1] - 87:15
sorry [18] - 13:11, 19:23,
20:4, 27:3, 29:24, 38:24,
67:24, 82:11, 88:14, 88:18,
95:14, 99:25, 116:21,
140:10, 150:6, 150:17,
156:13, 167:25
sorts [2] - 24:3, 95:19
sounds [1] - 46:7
SOUTHERN [1] - 1:2
spar [1] - 148:16
speaking [1] - 114:24
speaks [1] - 167:5
Special [1] - 131:3
special [4] - 86:7, 132:19,
132:22, 142:21
special-needs [1] - 132:22
specific [23] - 25:24, 32:13,
33:16, 41:19, 44:14, 72:24,
77:7, 78:8, 86:17, 96:11,
102:6, 103:0, 103:14,
103:17, 104:17, 119:16,
123:14, 130:8, 143:4,
158:14, 158:17, 160:13,
168:10
specifically [28] - 7:16,
12:12, 14:7, 15:18, 16:15,
17:2, 17:6, 31:21, 32:7, 33:2,
39:9, 42:14, 44:6, 44:13,
44:24, 65:8, 67:21, 71:24,
72:6, 72:10, 76:13, 78:11,
82:24, 87:13, 89:6, 90:15,
92:24, 97:8, 97:18, 99:11,
115:11, 118:12, 120:24,
148:18, 149:9, 154:20,
160:15, 161:7, 162:2
Specifically [2] - 103:3,
150:4
specifics [5] - 43:25, 50:18,
50:23, 93:5, 93:18
specifies [1] - 134:19
spelled [1] - 6:24
SPENCER [1] - 1:5
Spencer [50] - 1:5, 30:18,
71:2, 75:2, 85:3, 85:23, 87:8,
88:8, 88:13, 89:19, 89:24,
93:7, 93:22, 97:17, 98:4,
99:19, 111:2, 113:15, 114:2,
114:13, 114:17, 114:25,
115:4, 116:17, 117:2,
119:12, 119:25, 120:11,
120:16, 120:21, 125:14,
125:18, 125:23, 127:23,
128:8, 133:6, 133:8, 133:13,
135:4, 135:24, 136:22,
137:12, 153:23, 155:9,
155:18, 158:11, 158:16,
158:20, 160:7, 160:15

Spencer's [3] - 90:13,
111:10, 135:8, 152:17,
183:11
spend [1] - 22:15
spent [2] - 144:2, 158:22
spirits [1] - 116:3
ss [2] - 171:3, 172:3
stable [5] - 109:22, 111:14,
124:7
Staff [5] - 66:12, 66:14,
72:17, 72:19, 76:7, 76:9,
173:18, 173:20, 173:22
staff [79] - 16:7, 19:12,
24:9, 24:23, 48:25, 54:6,
54:17, 54:18, 55:12, 56:5,
57:12, 58:11, 59:14, 60:13,
60:23, 61:11, 62:4, 62:8,
62:25, 63:24, 65:23, 66:22,
67:25, 68:3, 68:23, 71:17,
76:12, 78:6, 92:3, 82:17,
83:20, 83:23, 84:4, 84:8,
84:10, 87:24, 90:24, 90:25,
91:7, 91:10, 91:14, 91:20,
92:4, 95:18, 97:21, 99:22,
100:7, 100:19, 101:2, 102:8,
103:25, 108:13, 108:21,
108:25, 109:16, 110:3,
110:8, 113:22, 126:7,
124:25, 133:12, 134:9,
134:10, 134:12, 134:13,
135:9, 136:9, 140:13,
140:23, 141:15, 142:25,
147:6, 150:2, 155:9, 152:15,
166:5, 169:5
staffed [1] - 8:16
stamp [3] - 69:9, 87:20,
91:18
stamped [15] - 78:15, 79:6,
79:16, 81:2, 87:14, 102:13,
104:20, 122:21, 123:19,
128:2, 130:23, 132:7,
133:17, 139:9, 164:11
standard [1] - 42:7
standards [17] - 21:13,
21:15, 21:21, 26:21, 26:22,
31:10, 31:12, 31:16, 31:18,
31:24, 33:20, 39:20, 39:21,
40:6, 97:19, 102:17
start [1] - 37:2
started [3] - 34:6, 48:25,
53:20
starting [1] - 37:10
starts [2] - 61:15, 80:18,
83:9
state [3] - 8:7, 34:22,
169:13
STATE [2] - 171:2, 172:2
State [20] - 1:22, 4:4, 4:11,
7:16, 7:22, 7:24, 33:19,
39:14, 39:16, 41:12, 42:6,

42:15, 97:13, 97:20, 118:13,
117:24, 155:17, 156:9,
170:3, 172:8
statement [4] - 130:6,
130:8, 161:5, 163:18
statements [2] - 157:16,
164:5
states [2] - 67:2, 116:4
STATES [1] - 1:2
station [2] - 64:17, 126:15
statistical [1] - 23:22
Stats [1] - 116:3
status [5] - 43:20, 46:5,
65:4, 141:6, 165:19
step [1] - 28:3
steps [1] - 65:17
still [8] - 36:20, 36:22, 37:6,
37:21, 58:4, 123:24, 129:12,
155:13
STIPULATED [3] - 3:2,
3:12, 3:17
stop [2] - 37:9, 119:20
stopped [2] - 119:23, 146:2
stuck [1] - 158:8
stuff [2] - 27:11, 93:19
subcontract [1] - 17:2
subcontracted [1] - 16:19
subcontractor [3] - 16:12,
20:2, 20:7
subject [5] - 20:23, 29:10,
124:8, 125:19, 165:20,
171:11
submit [2] - 13:12, 80:22,
121:13
submitted [4] - 13:10, 79:2,
79:12, 81:7
Subscribed [2] - 171:22,
175:22
subsequent [3] - 111:5,
121:10, 162:10
subsequently [1] - 15:2
substance [16] - 20:22,
33:3, 41:22, 71:25, 88:20,
89:20, 95:16, 98:25, 103:10,
103:16, 103:18, 111:9,
119:10, 120:25, 121:8,
125:18
substantial [1] - 15:10
Sue [1] - 127:19
suggestions [1] - 27:10
suicidal [1] - 133:3
Suicide [15] - 44:9, 44:22,
45:13, 50:15, 68:19, 68:25,
74:4, 74:12, 92:20, 98:15,
159:7, 159:23, 164:12,
164:16, 165:7
suicide [36] - 29:18, 29:22,
30:3, 30:14, 30:15, 30:18,
30:24, 39:12, 44:17, 45:18,
45:23, 46:12, 48:9, 48:19,

49:4, 49:22, 49:23, 50:6,
50:21, 83:17, 85:6, 87:22,
90:13, 90:16, 98:20, 119:12,
152:24, 155:11, 164:14,
164:23, 165:9, 165:17,
165:23, 166:3, 166:6,
167:23, 168:13, 169:2
SUICIDE [1] - 173:14
suicides [5] - 29:14, 29:16,
31:3, 38:12, 39:3
summaries [1] - 23:19
summary [1] - 64:8
supervise [1] - 109:3
Supervising [1] - 47:24
supervision [11] - 41:4,
41:8, 44:8, 44:16, 43:4,
64:21, 64:22, 65:2, 74:14,
74:22, 108:20
supervisor [1] - 41:24
supervisory [3] - 18:23,
120:2, 120:12
supplies [2] - 9:15, 64:9
supply [1] - 78:19
support [3] - 59:22, 152:4,
152:6
supposed [7] - 64:24,
74:12, 90:23, 91:21, 93:9,
106:9, 111:16
Susan [12] - 50:24, 52:2,
53:9, 83:11, 89:7, 96:19,
111:8, 118:24, 119:9, 160:5,
160:14, 161:2
suspect [1] - 50:16
suspended [1] - 52:7
sworn [7] - 3:6, 3:8, 3:21,
4:3, 164:5, 171:22, 175:22
symptom [1] - 112:16
symptomatic [1] - 151:13
symptoms [27] - 100:15,
100:19, 100:25, 101:20,
102:4, 106:3, 106:13,
106:19, 107:3, 107:4, 107:6,
110:14, 112:21, 113:2,
113:14, 113:20, 145:22,
150:21, 151:14, 152:8,
152:9, 153:18, 154:15,
154:16, 155:5, 155:7, 155:11
Symptoms [2] - 151:15,
153:2
system [5] - 21:2, 22:21,
107:11, 142:13, 142:15
system-based [1] - 21:2

T

talks [2] - 137:3, 161:9
tax [1] - 7:19
TB [2] - 141:4, 141:8
Technically [2] - 11:10,
85:25

ten *[4]* - 85:10, 132:23, 149:20, 157:2
term *[1]* - 14:17
terms *[50]* - 7:2, 7:22, 10:4, 11:23, 15:20, 18:23, 19:2, 20:22, 21:22, 22:14, 24:8, 24:9, 24:23, 25:9, 25:23, 26:24, 32:6, 33:5, 39:14, 42:16, 44:21, 45:21, 62:3, 62:18, 64:11, 65:9, 74:12, 81:13, 85:13, 103:12, 103:17, 108:13, 109:10, 110:20, 110:25, 111:13, 111:15, 111:25, 112:7, 118:17, 121:14, 127:6, 127:18, 129:24, 136:13, 137:16, 139:8, 144:16, 145:21, 151:14, 153:17, 153:21, 154:16, 154:24, 155:7, 157:12, 160:5, 165:3, 165:9, 166:2
tested *[2]* - 141:7, 141:9
testified *[6]* - 4:5, 114:14, 127:8, 155:4
testimony *[2]* - 171:9, 175:7
THAN *[1]* - 173:15
THAT *[2]* - 173:11, 173:13
THE *[8]* - 1:10, 28:7, 28:12, 35:11, 70:13, 70:21, 156:22, 157:3, 157:5
themselves *[5]* - 47:3, 47:4, 55:7, 73:21, 99:23
therefore *[2]* - 40:18, 57:13
thereof *[1]* - 98:3
thereto *[1]* - 3:19
they've *[1]* - 4:17
third *[2]* - 134:3, 165:14
Three *[3]* - 2:22, 36:10, 174:10
three *[8]* - 64:16, 80:18, 85:19, 131:2, 150:9, 156:5
three-page *[3]* - 80:18, 150:9, 156:5
Three-page *[1]* - 174:10
three-ring *[1]* - 64:16
Tim *[1]* - 170:18
timing *[2]* - 70:5, 77:12
TIMOTHY *[1]* - 2:23
TO *[1]* - 173:14
today *[16]* - 4:20, 5:6, 16:4, 33:15, 36:22, 48:3, 51:5, 71:2, 71:19, 72:23, 89:5, 93:14, 93:25, 114:14, 115:10, 139:22, 153:24, 158:2
today's *[1]* - 72:12
together *[3]* - 95:13, 95:15, 134:10
took *[1]* - 15:17

tool *[2]* - 43:16, 164:18
top *[10]* - 16:16, 19:3, 31:21, 44:25, 45:11, 49:7, 84:19, 98:14, 118:19, 123:15
topic *[2]* - 48:9, 49:22
total *[8]* - 9:2, 22:3, 45:21, 85:10, 86:6, 86:13, 158:20, 158:22
Total *[1]* - 42:25
Total-of-Column-A *[1]* - 42:25
track *[3]* - 137:13, 152:16, 152:18
trained *[1]* - 167:19
TRAINING *[1]* - 173:14
training *[15]* - 48:7, 48:9, 48:15, 48:18, 48:19, 48:23, 49:21, 50:3, 50:6, 50:9, 149:10, 167:23, 168:4, 168:8, 168:14
Training *[2]* - 48:12, 167:14
transcript *[4]* - 5:5, 171:11, 172:13, 175:6
transferred *[1]* - 65:21
transmission *[1]* - 76:16
transportation *[1]* - 33:5
treat *[1]* - 113:5
treatment *[4]* - 83:16, 103:16, 103:24, 107:20
tremendously *[1]* - 131:19
fremors *[1]* - 137:4
tremulous *[1]* - 116:3
trial *[1]* - 3:14
TRIAL *[1]* - 1:18
true *[4]* - 16:4, 68:17, 171:11, 172:13
truthfulness *[1]* - 101:6
try *[1]* - 158:19
tuberculosis *[2]* - 81:17, 140:21
Turn *[1]* - 123:18
turned *[1]* - 52:18
Twenty *[2]* - 122:13, 144:21, 144:22, 145:14
Twenty-five *[1]* - 122:13
Twenty-four *[2]* - 144:21, 144:22
Twenty-one *[1]* - 145:14
twice *[1]* - 21:25
Two *[4]* - 22:6, 29:15, 167:24, 174:7
two *[8]* - 22:17, 29:16, 68:9, 70:15, 82:6, 82:12, 127:3, 127:13
Two-page *[1]* - 174:7
two-page *[1]* - 127:3
two-sided *[1]* - 127:13
type *[1]* - 60:15, 74:10, 93:7, 103:10, 103:18, 104:3, 139:16

types *[5]* - 20:23, 55:13, 103:11, 134:20, 135:10
typically *[1]* - 92:7

**U**

Ulster *[1]* - 36:16
Um-hum *[1]* - 63:11
under *[23]* - 25:18, 41:8, 41:21, 47:23, 49:18, 53:25, 76:2, 82:8, 82:12, 82:19, 88:13, 88:19, 92:2, 95:8, 104:19, 108:8, 117:19, 118:12, 119:22, 126:21, 132:5, 139:25, 159:5, 164:2, 168:18
Under *[3]* - 73:19, 85:22, 128:6
unit *[4]* - 56:2, 87:6, 165:19, 168:21
UNITED *[1]* - 1:2
University *[2]* - 5:12, 5:15
Unless *[1]* - 129:14
unless *[1]* - 63:20
Up *[1]* - 15:23
up *[44]* - 22:13, 37:2, 52:18, 58:15, 59:4, 59:6, 64:4, 71:13, 79:19, 84:6, 87:15, 101:2, 101:8, 102:4, 102:8, 107:11, 107:17, 124:8, 126:7, 128:9, 130:19, 131:18, 135:9, 136:10, 137:12, 137:23, 138:6, 138:12, 138:18, 140:3, 141:5, 141:16, 141:19, 142:10, 143:2, 149:21, 149:24, 158:23, 159:8, 159:11, 159:18, 159:20, 159:24, 160:17
utilize *[1]* - 62:23
utilized *[2]* - 99:24, 110:17

**V**

validity *[1]* - 60:7
variations *[1]* - 103:23
varies *[3]* - 22:4, 23:13, 24:6
various *[1]* - 34:8
vary *[2]* - 11:19, 88:3
Vasaturo *[4]* - 2:15, 114:19, 114:22, 120:15
VASATURO *[1]* - 1:9
verbal *[2]* - 59:24, 155:22
verbalize *[1]* - 4:23
verbally *[4]* - 150:2, 155:20, 159:19, 162:8
verify *[4]* - 54:24, 60:11, 99:16
version *[1]* - 131:12
versions *[1]* - 26:5

versus *[1]* - 95:11
VERVENIOTIS *[1]* - 2:9
vice *[1]* - 34:18
Vice *[1]* - 35:23
Videre *[2]* - 4:13, 8:14
ViDERE *[1]* - 4:14
view *[1]* - 146:25
viewing *[1]* - 101:8
VINCENT *[1]* - 2:18
visual *[1]* - 101:10
vital *[21]* - 56:12, 56:20, 57:6, 97:12, 97:21, 106:2, 106:8, 109:22, 110:4, 110:5, 110:9, 110:11, 110:19, 111:3, 111:6, 111:11, 111:14, 161:10, 161:19, 162:9, 162:17
Vital *[1]* - 77:9
vitals *[1]* - 77:13
volunteering *[1]* - 144:5

**W**

Wait *[2]* - 88:14, 104:24
wait *[1]* - 158:14
waived *[1]* - 3:5
wants *[1]* - 35:14
warrant *[3]* - 159:8, 159:18, 159:20, 159:24
warranted *[1]* - 159:12
watch *[6]* - 41:25, 42:10, 43:5, 64:21, 72:4, 73:16, 73:22, 75:4, 165:15
watches *[2]* - 73:17, 166:3
Waters *[15]* - 50:24, 52:15, 53:23, 88:11, 89:7, 89:13, 89:18, 90:3, 90:4, 90:8, 90:12, 96:19, 96:21, 111:8, 118:24, 119:9, 160:14, 161:2
WATERS *[1]* - 173:9
Waters' *[5]* - 51:15, 52:2, 53:9, 127:19, 160:5
watery *[1]* - 154:4
ways *[1]* - 142:11
week *[8]* - 9:19, 11:7, 11:18, 21:25, 22:16, 24:13
weekly *[4]* - 11:23, 22:14, 23:14, 23:19
welcomed *[1]* - 51:6
WESTCHESTER *[1]* - 171:4
WHEREOF *[1]* - 172:21
White *[3]* - 1:15, 2:6, 2:22
whole *[1]* - 147:21
wide *[1]* - 40:22
Williams *[1]* - 19:15
Wilmington *[2]* - 4:14, 8:14
WILSON *[1]* - 2:20
wise *[1]* - 159:19
withdrawal *[26]* - 100:10, 100:15, 100:18, 100:20,

101:11, 101:19, 102:4,
104:4, 106:22, 108:8,
108:18, 109:4, 109:12,
110:15, 112:17, 113:3,
113:20, 124:9, 125:19,
145:22, 150:22, 153:22,
155:2, 155:5, 155:8
 *withdrawn* [8] - 30:12,
33:18, 34:15, 44:20, 50:4,
159:13
 *Witness* [10] - 1:19, 45:4,
47:22, 88:22, 123:20,
133:18, 144:14, 150:8,
162:20, 164:10
 *witness* [2] - 28:3, 171:8
 *WITNESS* [9] - 28:7, 28:12,
35:11, 70:13, 70:21, 156:22,
157:3, 157:5, 172:21
 *word* [1] - 48:10
 *words* [8] - 57:24, 63:8,
98:25, 100:23, 119:10,
125:18, 130:9, 158:12
 *worker* [5] - 9:7, 9:25,
11:16, 16:2, 50:13, 62:10
 *works* [1] - 18:16
 *WOULD* [1] - 173:14
 *write* [7] - 62:20, 63:3,
63:14, 146:21, 153:7,
153:16, 160:22
 *writes* [1] - 63:10
 *writing* [7] - 52:24, 150:2,
155:20, 155:21, 151:14,
162:8, 163:2
 *written* [5] - 25:15, 25:20,
53:16, 74:10, 114:8
 *wrote* [5] - 88:13, 88:19,
159:9, 159:22, 162:22

**Y**

 *year* [15] - 14:20, 15:3, 15:7,
26:21, 37:11, 56:23, 57:4,
57:11, 57:18, 57:23, 57:25
 *years* [10] - 15:19, 34:21,
35:5, 35:19, 37:11, 39:9,
93:4, 144:2, 149:20, 167:24
 *YORK* [5] - 1:2, 171:2,
172:2
 *York* [31] - 1:11, 1:15, 1:22,
2:8, 2:11, 2:17, 2:22, 4:5,
6:9, 7:11, 7:15, 7:18, 7:19,
7:22, 7:24, 33:19, 34:3, 34:5,
34:8, 36:13, 36:17, 38:8,
39:14, 39:18, 39:23, 41:12,
42:6, 42:15, 97:20, 116:13,
156:9, 172:8
 *yourself* [4] - 8:25, 17:10,
29:7, 46:20

**Z**

 *zero* [1] - 139:15