## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF WESTCHESTER      )

Dean Grgas, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Westchester County;

That on the 7th day of May, 2008, deponent served the within document(s) entitled Memorandum of Law in Support of Motion for Summary Judgment upon the following party via hand delivery:

TO: Lovett & Gould, LLP
Attorneys for Plaintiffs
Attn.: Kim Berg, Esq.
222 Bloomingdale Road
White Plains, NY 10605
VIA HAND DELIVERY

at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Dean Grgas

Sworn to before me this
7th day of May, 2008

_____
Notary Public

MAURA LOOBY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01LO4921163
QUALIFIED IN PUTNAM COUNTY
COMMISSION EXPIRES MAY 31, 20__

1981304.1