AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF WESTCHESTER    )

  Maura Looby, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Putnam County;

  That on the 7th day of May, 2008, deponent served the within document(s) entitled Memorandum of Law in Support of Motion for Summary Judgment upon the following parties via regular mail:

TO: Lovett & Gould, LLP    Santangelo Randazzo & Mangone, LLP
   Attorneys for Plaintiffs    Attorneys for Co-Defendants Joseph A. Vasaturo
   Attn.: Kim Berg, Esq.    Louis G. LaPolla and The County of Putnam
   222 Bloomingdale Road   Attn: James Randazzo, Esq.
   White Plains, NY 10605   151 Broadway
   VIA HAND DELIVERY    Hawthorne, New York 10532

   Miranda Sokoloff Sambursky Slone Verveniotis LLP
   Attorneys for Co-defendants DONALD B. SMITH
   Attn.: Adam I. Kleinberg, Esq.
   The Esposito Building
   240 Mineola Boulevard
   Mineola, NY 11501

at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                   _____
                   Maura Looby

Sworn to before me this
7th day of May, 2008

_____
Nancy Nauman
Notary Public, State of New York
No. 4930293
Qualified in Westchester County
Commission Expires May 9, 2010

1895278.1