# EXHIBIT E - PART 7

- Donald Smith -                                          181

1

2     Q.    Do you know what directives, if

3  any, he looked at?

4     A.    I don't recall.

5     Q.    Did you ever speak with him about

6  what suicide screening procedures he looked at?

7     A.    I don't recall.  But I'm sure it

8  would have been the -- well, I don't recall.

9     Q.    In other words, do you know if he

10  looked at AmeriCor's procedures as well as the

11  jail's?

12     A.    AmeriCor -- the suicide actually

13  happened -- the suicide happened -- I'm trying

14  to think.  AmeriCor was -- I'm trying to put

15  this in perspective.  AmeriCor was in place on 1

16  July of 2003, so the suicide -- they were in

17  place, but the mental health portion was not in

18  place.

19     Q.    So it's your belief that Perry

20  would not have looked at AmeriCor's procedures?

21     A.    I don't recall.

22     Q.    Do you know if IG Perry looked in

23  any way at the form that the county used for

24  suicide screening, compared it to the state's

25  form at all?

- Donald Smith -                                    182

1

2     A.    I don't know.  But if he had, we

3  would have changed it then.

4     Q.    With respect to the --

5     A.    Let me say this.  If he had and he

6  had discerned there was a difference, we would

7  have changed it then.  So I don't know.

8     Q.    With respect to the second

9  paragraph, you referred to the correction

10  officer being counseled regarding rounding off

11  times.  And then you state, "As part of our

12  training in August it was again covered and the

13  staff was instructed to record actual times."

14  You see that?

15     A.    Yes.

16     Q.    You don't indicate there that the

17  policy or procedure was changed with regard to

18  recording actual time versus rounded off times?

19     A.    No, I believe I found that out

20  later, but I don't recall.

21     Q.    But you know that that policy was

22  in fact changed?

23     A.    Yes.  Because it was more than --

24  it was more than just -- we wanted to make sure

25  it was more than just one person, that it was

1                      - Donald Smith -                    183

2       for everyone.

3                           (Recess held.)

4                      MS. BERG:   I believe I have

5           nothing further.

6                      MR. KLEINBERG:   I have no

7           questions.

8                      MR. COON:  No questions.

9                      MR. RANDAZZO:  No questions.

10                     (Time Noted:  4:24 p.m.)

11

12

13                          o0o

14

15

16

17

18

19

20

21

22

23

24

25

184

```
1

2    STATE OF NEW YORK        )

3                                  ss:

4    COUNTY OF PUTNAM         )

5

6

7              I, DONALD SMITH, the witness

8    herein, having read the foregoing testimony of

9    the pages of this deposition, do hereby certify

10   it to be a true and correct transcript, subject

11   to the corrections, if any, shown on the

12   attached page.

13

14

15                       o0o

16

17

18

19                       _____

20                       Donald Smith

21

22   Subscribed and sworn to before me

23   this _____ day of _____, 2008.

24

25   _____
```

185

1

2   STATE OF NEW YORK         )

3                             )  ss

4   COUNTY OF ROCKLAND        )

5

6          I, Gale Salit, Notary Public within

7   and for the State of New York, do hereby

8   certify:

9

10         That I reported the proceedings in the

11  within entitled matter, and that the within

12  transcript is a true record of said

13  proceedings.

14

15         I further certify that I am not

16  related to any of the parties to the action by

17  blood or marriage, and that I am in no way

18  interested in the outcome of this matter.

19

20         IN WITNESS WHEREOF, I have hereunto

21  set my hand this 22nd day of February, 2008.

22

23                         _____
                           GALE SALIT,
24                         NOTARY PUBLIC

25

186

```
1
2                     ***I N D E X***
3                                    PAGE#        LINE#

4
5   EXAMINATION BY:
        MS. BERG                      4            10
6

7
8   DOCUMENT/DATA REQUESTED:
                        NONE
9

10
11  PLAINTIFF'S EXHIBITS:

12      46    Inter-office Memo,    130           22
              12/13/06
13      47    Letter, 10/29/04      179           22

14
15  DEFENDANT'S EXHIBITS:
16                      NONE

17
18  RULINGS CONTEMPLATED:
19                      NONE

20
21
22
23
24
25
```

187

1

2  CORRECTION SHEET

3

4  Re:  Deposition of Donald Smith

5           The following corrections,

6  additions or deletions were noted on the

7  transcript of the testimony which I gave in the

8  above-captioned matter, held on February 13,

9  2008.

10

11  PAGE(S)  LINE(S)  SHOULD READ

12  _____*_____*  _____

13  _____*_____*  _____

14  _____*_____*  _____

15  _____*_____*  _____

16  _____*_____*  _____

17  _____*_____*  _____

18  _____*_____*  _____

19  _____*_____*  _____

20                          _____

21                          Donald Smith

22  Subscribed and sworn to before me

23  this____day of_____ 2008.

24

25

**$**

**$150,000** [1] - 46:18

**'**

**'02** [1] - 17:19
**'03** [1] - 139:20
**'04** [2] - 139:21, 149:13
**'05** [1] - 172:9
**'06** [7] - 24:17, 25:14, 32:19, 61:13, 125:13, 132:12, 161:8
**'99** [1] - 101:17

**1**

**1** [9] - 5:10, 6:14, 17:19, 39:12, 40:12, 101:17, 139:20, 139:21, 181:15
**10** [1] - 186:5
**10-day** [1] - 144:3
**10/29/04** [2] - 179:23, 186:13
**100** [2] - 129:12, 168:17
**10512** [1] - 4:14
**10532** [1] - 2:17
**10601** [1] - 2:5
**10604** [1] - 2:22
**11** [2] - 163:6, 169:15
**112** [1] - 142:12
**11501** [1] - 2:11
**11:18** [1] - 1:16
**11th** [1] - 168:21
**12** [4] - 65:13, 89:10, 92:21, 154:19
**12/13/06** [2] - 130:23, 186:12
**13** [3] - 1:16, 178:2, 187:8
**130** [1] - 186:12
**131** [1] - 154:2
**13th** [4] - 131:2, 133:12, 137:7, 138:3
**14** [2] - 168:6, 176:5
**14-day** [3] - 78:9, 83:12, 143:24
**15** [4] - 43:8, 85:19, 85:20, 158:18
**15-minute** [22] - 23:22, 24:5, 65:19, 65:20, 66:3, 66:21, 71:20, 85:25, 104:5, 104:8, 107:24, 110:18, 159:2, 159:13, 159:20, 166:20, 166:23, 167:13, 170:12, 170:14, 171:12
**151** [1] - 2:16
**179** [1] - 186:13
**18** [11] - 63:13, 64:2, 65:2, 66:12, 104:3, 132:21, 137:22, 137:23, 138:15, 138:16, 177:12
**19** [2] - 168:6, 172:22
**1st** [1] - 7:7

**2**

**2** [7] - 43:8, 43:15, 47:4, 51:9, 54:10, 64:21, 67:17
**2001** [2] - 6:22, 138:13
**2002** [12] - 5:10, 6:14, 7:7, 13:18, 13:19, 15:21, 15:22, 26:25, 38:21, 38:23, 45:8, 77:7
**2002/2003** [1] - 76:15
**2003** [4] - 28:13, 88:24, 95:23, 181:16
**2004** [7] - 96:7, 127:4, 128:16, 160:11, 160:15, 160:16, 179:19
**2005** [6] - 65:13, 101:23, 160:17, 168:21, 169:15, 172:5
**2006** [20] - 21:4, 25:8, 25:20, 26:2, 27:10, 28:2, 28:3, 28:7, 30:5, 54:23, 63:18, 65:10, 90:7, 102:12, 115:19, 122:4, 126:2, 131:2, 133:12, 171:22
**2007** [2] - 14:7, 15:16
**2008** [5] - 1:16, 184:23, 185:21, 187:9, 187:23
**20th** [2] - 126:2, 171:22
**21** [1] - 151:19
**22** [2] - 186:12, 186:13
**222** [2] - 1:15, 2:5
**22nd** [1] - 185:21
**23** [1] - 65:9
**24** [4] - 77:18, 78:7, 89:22, 151:13
**24-hour** [1] - 84:11
**24-hour-a-day** [2] - 80:13, 89:3
**240** [1] - 2:10
**25** [6] - 81:22, 97:25, 139:6, 146:12, 146:22, 151:10
**26** [1] - 84:21
**28** [1] - 95:22
**29** [1] - 179:19

**3**

**3** [10] - 4:13, 38:11, 39:15, 41:16, 47:21, 48:11, 72:13, 104:17, 107:19, 110:11
**30** [5] - 24:13, 82:3, 96:6, 128:6, 149:12
**30-minute** [1] - 23:25
**330** [2] - 47:18, 117:18
**34** [1] - 101:18
**35** [1] - 101:22
**37** [1] - 102:4
**38** [1] - 102:6

**4**

**4** [3] - 109:2, 110:6, 186:5
**40** [4] - 89:15, 92:23, 97:14, 177:19
**421** [4] - 149:14, 153:16, 154:4, 154:16
**422** [5] - 149:14, 149:24, 153:16, 154:4, 154:16
**43** [1] - 120:25
**448** [3] - 154:6, 156:13, 159:23
**449** [1] - 158:12
**450** [1] - 156:13
**46** [5] - 130:24, 130:25, 131:18, 136:22, 186:11
**47** [4] - 179:19, 179:24, 180:2, 186:13
**4:24** [1] - 183:10

**5**

**5** [2] - 111:13, 168:7
**543** [1] - 139:19
**545** [1] - 97:24
**546** [1] - 140:9
**557** [3] - 139:8, 140:12, 140:14
**558** [2] - 140:13, 140:15
**561** [1] - 142:4
**5th** [1] - 101:23

**6**

**6** [1] - 135:24

**7**

**7** [2] - 77:19, 151:5
**77** [2] - 51:23, 52:11
**79** [1] - 67:18
**7:30** [1] - 135:24

**9**

**9** [1] - 154:20

**A**

**a..** [1] - 139:12
**a.m** [1] - 1:16
**able** [3] - 135:23, 172:20, 173:7
**above-captioned** [2] - 1:19, 187:8
**absence** [1] - 134:21
**absent** [2] - 134:3, 135:3
**absolutely** [4] - 29:21, 33:5, 41:17, 157:6
**Absolutely** [2] - 19:6, 78:15
**academy** [4] - 36:13, 36:18, 36:20, 91:3
**acceptable** [3] - 25:17, 174:9, 174:20
**accepted** [3] - 124:10, 176:24, 177:2
**access** [1] - 15:25
**accomplish** [1] - 94:4
**accomplished** [1] - 53:7
**accordance** [1] - 83:21
**according** [6] - 30:19, 48:9, 52:7, 67:4, 150:13, 154:3
**accountable** [2] - 157:17, 157:18
**accreditation** [6] - 127:7, 127:24, 127:25, 129:10, 129:16, 160:12
**accredited** [5] - 127:2, 129:8, 160:10, 160:18, 160:20
**accuracy** [1] - 176:8
**accurate** [2] - 5:3, 55:16
**acted** [1] - 9:11
**action** [13] - 30:14, 40:17, 42:21, 59:10, 93:11, 107:11, 113:14, 118:4, 120:10, 120:22, 129:13, 179:2, 185:16
**actions** [4] - 9:8, 40:22, 59:17, 72:16
**active** [15] - 24:4, 24:20, 25:3, 25:4, 25:5, 25:11, 26:3, 71:16, 71:20, 80:5, 83:13, 155:3, 172:20, 173:7
**actively** [2] - 82:24, 167:9
**activities** [1] - 173:24
**activity** [1] - 169:9
**actual** [9] - 14:4, 14:5, 28:25, 33:21, 33:22, 89:12, 141:14, 182:13, 182:18
**ADAM** [1] - 2:11
**add** [1] - 35:7
**added** [8] - 84:3, 97:22, 135:17, 135:18, 135:19, 135:20, 172:19, 173:5
**addendum** [6] - 97:7, 97:17, 97:23, 98:7, 139:6, 143:11
**addiction** [1] - 107:25
**addition** [6] - 80:14, 97:12, 97:13, 126:11, 168:12, 174:11
**additional** [10] - 33:22, 34:14, 43:25, 99:8, 117:22, 117:24, 135:18, 142:22, 172:19, 173:5
**additions** [2] - 97:11, 187:6
**address** [2] - 4:11, 53:23
**addressed** [3] - 59:18,

76:18, 131:22
  addressing [2] - 53:2, 77:22
  adequate [5] - 65:21, 66:4, 66:22, 104:6, 104:8
  adequately [2] - 172:21, 173:8
  adjacent [4] - 168:15, 171:24, 172:11, 174:11
  adjudicate [1] - 105:13
  adjudicated [1] - 106:25
  adjudication [1] - 105:20
  ADM [3] - 47:19, 117:13, 117:18
  administer [1] - 3:7
  administers [1] - 83:15
  administration [4] - 11:4, 47:17, 91:20, 167:6
  administrative [1] - 146:15
  administrator [19] - 6:5, 10:12, 10:20, 11:19, 36:9, 36:24, 37:6, 37:9, 37:17, 37:18, 37:24, 53:25, 81:21, 86:16, 99:17, 108:10, 113:8, 138:25
  administrators [3] - 16:15, 38:3, 100:15
  admission [1] - 155:4
  admissions [1] - 47:9
  adopted [3] - 124:9, 124:12, 124:15
  advice [1] - 114:3
  advise [1] - 147:15
  advised [6] - 21:25, 22:2, 22:3, 22:18, 113:17
  Advisor [2] - 14:12, 34:2
  advisor [1] - 14:23
  affect [1] - 59:9
  affecting [2] - 18:18, 18:19
  agency [1] - 137:14
  ago [5] - 43:17, 151:17, 151:20, 152:5, 179:12
  agreed [2] - 115:16, 124:16
  AGREED [3] - 3:2, 3:12, 3:17
  agreement [1] - 106:24
  Albany [1] - 57:5
  alcohol [10] - 48:13, 71:18, 76:11, 78:2, 79:5, 79:23, 81:4, 81:9, 84:18, 150:2
  alerted [1] - 13:23
  allegation [2] - 132:25, 133:9
  allegations [3] - 64:3, 132:12, 134:2
  almost [1] - 75:18
  alone [1] - 116:20
  ALSO [1] - 2:24
  amended [1] - 19:20
  amendment [2] - 65:8, 65:9

  amendments [1] - 104:11
  AmeriCor [40] - 1:11, 2:21, 78:22, 79:7, 83:16, 92:4, 95:6, 95:23, 96:7, 96:12, 97:4, 98:3, 98:4, 98:9, 98:14, 98:16, 122:2, 122:6, 124:6, 124:19, 125:16, 126:4, 126:11, 126:20, 128:17, 128:25, 139:7, 140:2, 141:7, 141:20, 143:10, 144:2, 149:12, 153:25, 155:15, 157:15, 161:9, 181:12, 181:14, 181:15
  AmeriCor's [3] - 152:15, 181:10, 181:20
  Amler [1] - 99:25
  amount [2] - 150:3, 150:20
  analysis [16] - 134:8, 136:7, 169:7, 170:5, 170:7, 171:15, 173:2, 173:11, 173:13, 173:15, 173:22, 174:2, 174:3, 174:16, 174:18, 175:14
  AND [3] - 3:2, 3:12, 3:17
  annual [5] - 12:9, 12:11, 12:17, 96:19, 100:4
  annually [1] - 160:2
  anonymous [22] - 54:19, 54:24, 55:9, 55:14, 55:22, 55:23, 57:23, 58:10, 62:10, 63:10, 63:17, 64:3, 131:4, 131:5, 131:11, 132:4, 132:12, 133:9, 133:13, 133:19, 133:23, 133:24
  answer [25] - 4:24, 15:6, 15:8, 19:24, 35:5, 35:8, 71:4, 73:18, 77:22, 82:15, 83:18, 84:15, 86:24, 104:15, 120:6, 127:8, 127:17, 136:13, 136:18, 140:21, 146:3, 148:5, 148:10, 148:22, 152:24
  answering [1] - 148:12
  answers [1] - 5:3
  appear [3] - 16:20, 71:19, 71:23
  applicable [1] - 34:16
  appointing [1] - 60:7
  appointment [1] - 8:11
  appreciation [1] - 105:9
  apprised [1] - 175:16
  approach [5] - 119:8, 125:24, 145:17, 147:14, 157:2
  appropriate [6] - 52:12, 54:6, 79:8, 86:15, 105:14, 146:2
  appropriately [1] - 160:8
  approval [1] - 12:6
  approved [5] - 11:25, 12:2,

12:24, 13:7, 101:4
  area [12] - 28:11, 135:24, 161:10, 168:7, 168:14, 169:24, 172:10, 174:10, 174:21, 176:7, 176:8, 176:16
  areas [3] - 22:2, 22:19, 129:9
  arraigned [1] - 21:21
  arranged [1] - 99:8
  arrangement [2] - 136:2, 136:4
  array [2] - 50:20, 81:20
  arrived [2] - 19:10, 77:6
  Article [2] - 41:16, 43:8
  aside [3] - 26:9, 31:17, 92:4
  Asif [1] - 80:15
  aspect [2] - 9:25, 102:20
  aspects [4] - 31:20, 134:15, 170:6, 175:4
  asserting [3] - 14:24, 15:8, 15:12
  assessment [2] - 134:6, 154:24
  assessments [1] - 155:15
  assignment [2] - 23:7, 168:8
  assist [1] - 77:10
  assistant [1] - 16:23
  assisted [1] - 6:6
  Association [2] - 7:20, 93:23
  assume [2] - 7:6, 17:6
  assure [2] - 67:23, 71:16
  attached [4] - 131:5, 139:25, 140:9, 184:12
  attachments [1] - 98:2
  attempt [1] - 164:21
  attempted [4] - 164:10, 164:11, 164:15, 166:2
  attempts [1] - 166:14
  attend [9] - 81:24, 99:19, 99:21, 124:3, 124:7, 124:20, 124:25, 125:4, 125:10
  attended [4] - 7:20, 44:3, 98:19, 99:22
  attendees [1] - 100:7
  attending [3] - 26:11, 44:7, 44:9
  attends [4] - 81:22, 99:14, 99:18, 99:20
  attention [4] - 14:15, 14:17, 117:16, 155:6
  attorney [1] - 14:22
  attorney/client [3] - 14:20, 14:25, 15:4
  Attorneys [4] - 2:4, 2:9, 2:14, 2:20
  attorneys [1] - 3:3
  audit [2] - 98:18, 99:4
  August [3] - 65:13, 115:19,

182:12
  authority [8] - 33:8, 33:11, 34:6, 35:23, 37:7, 49:5, 60:7, 64:16
  authorized [1] - 3:7
  automatically [1] - 75:4
  available [3] - 8:6, 24:2, 75:22
  awakened [1] - 135:25
  aware [11] - 12:8, 19:3, 26:12, 44:18, 76:8, 76:13, 77:23, 82:21, 137:13, 146:24, 170:21

B

  bargain [1] - 35:16
  bargaining [1] - 60:5
  base [11] - 25:22, 26:19, 27:3, 28:6, 50:10, 50:15, 74:25, 75:5, 125:5, 125:7, 126:17
  based [8] - 50:23, 53:23, 81:7, 126:7, 127:6, 156:4, 174:5, 174:6
  Based [1] - 125:23
  basic [5] - 43:24, 44:25, 68:15, 80:8, 147:7
  basis [9] - 42:23, 44:22, 51:12, 58:6, 87:23, 108:17, 111:22, 128:13, 129:18
  Bates [5] - 97:24, 98:11, 139:7, 149:13, 154:3
  became [12] - 6:21, 7:12, 12:23, 17:8, 19:16, 19:17, 19:20, 19:23, 37:5, 46:10, 47:5, 98:14
  become [2] - 10:20, 11:5
  becoming [3] - 6:13, 7:13, 122:17
  BEFORE [1] - 1:18
  before.. [1] - 107:4
  began [1] - 20:25
  begin [1] - 20:24
  behavioral [1] - 160:6
  belief [24] - 25:22, 26:19, 27:4, 27:19, 28:6, 42:24, 50:10, 50:14, 50:25, 66:20, 73:8, 74:25, 125:5, 125:7, 126:17, 127:14, 128:2, 128:20, 131:21, 139:2, 141:23, 142:2, 146:17, 181:19
  BERG [12] - 2:6, 4:10, 67:13, 69:3, 82:19, 101:9, 101:15, 130:20, 148:11, 179:18, 183:4, 186:5
  Berg [8] - 26:8, 53:2, 80:16, 86:4, 118:13, 171:18, 175:19, 176:3

best [2] - 69:22, 120:6
better [2] - 88:25, 94:25
between [16] - 3:3, 13:23,
14:4, 40:13, 65:16, 70:5,
86:6, 105:10, 117:13, 140:2,
145:13, 147:22, 147:25,
148:24, 149:4, 170:11
beyond [2] - 39:3, 153:7
bible [4] - 169:14, 170:15,
170:16, 171:11
Bill [3] - 14:12, 34:2, 34:3
bit [2] - 8:7, 25:4
Blaine [1] - 4:13
blister [1] - 77:15
blood [2] - 46:21, 185:17
Bloomingdale [2] - 1:15,
2:5
blueprint [2] - 126:10
board [1] - 93:25
Bob [1] - 32:2
book [4] - 66:13, 109:23,
109:25, 176:14
Book [6] - 41:15, 42:25,
43:3, 43:7, 43:10, 43:14
booking [17] - 47:9, 47:14,
47:21, 48:9, 48:18, 49:4,
49:8, 53:11, 71:3, 83:6,
83:11, 83:20, 111:4, 111:7,
135:19, 135:20, 135:21
books [5] - 57:25, 58:3,
58:6, 132:6
borne [1] - 46:21
Boss [1] - 32:6
bothered [2] - 49:4, 49:5
bottom [11] - 51:23, 64:7,
65:19, 67:18, 69:9, 98:9,
128:6, 136:22, 139:7, 139:9,
151:10
Boulevard [1] - 2:10
box [13] - 29:19, 42:8,
42:12, 43:12, 46:6, 49:18,
51:17, 65:10, 69:16, 72:2,
73:11, 74:6, 74:18
boxes [8] - 29:4, 29:9,
29:12, 29:14, 40:24, 48:8,
49:9, 110:11
break [2] - 82:18, 101:10
brief [1] - 48:25
briefed [3] - 27:8, 116:25,
123:8
briefing [1] - 110:2
briefings [4] - 26:21, 38:24,
109:18, 109:21
bring [1] - 117:15
broad [7] - 5:23, 7:8, 9:4,
50:19, 81:20, 83:3, 95:14
broader [6] - 37:21, 38:8,
64:17, 64:20, 64:22, 153:6
Broadway [1] - 2:16
brought [5] - 14:16, 90:24,

99:23, 100:25, 170:17
built [1] - 147:18
but.. [3] - 68:10, 94:5,
115:25
Butler [5] - 8:22, 10:12,
10:16, 11:17, 32:25
BY [7] - 2:6, 2:11, 2:17,
2:22, 4:10, 101:15, 186:4

## C

cannot [3] - 34:11, 155:21,
156:10
capacity [1] - 1:9
captain [19] - 10:21, 11:3,
46:14, 52:17, 52:21, 53:5,
53:21, 53:22, 54:4, 54:12,
55:10, 67:8, 72:14, 115:24,
116:2, 132:5, 133:6, 145:8,
146:14
Captain [53] - 6:6, 8:22,
10:11, 10:16, 10:25, 11:17,
20:11, 31:12, 31:18, 31:24,
32:24, 33:16, 33:17, 33:18,
34:2, 36:25, 50:21, 54:16,
55:7, 55:19, 56:4, 56:24,
57:20, 58:8, 59:11, 59:14,
60:4, 60:25, 61:6, 63:21,
67:10, 86:24, 91:7, 98:20,
100:16, 100:18, 103:4,
103:6, 103:8, 103:13, 105:3,
113:3, 114:9, 116:3, 116:4,
118:3, 118:25, 132:16,
133:17, 175:12, 175:16,
177:5, 179:15
captioned [2] - 1:19, 187:8
Care [14] - 74:2, 75:19,
77:2, 88:6, 95:3, 95:17,
126:9, 126:14, 126:25,
127:20, 128:7, 128:24,
150:15, 157:19
care [6] - 27:20, 77:4,
158:17, 159:25, 160:22,
161:9
Carmel [1] - 4:14
carried [3] - 49:24, 51:9,
98:17
carries [1] - 97:18
carrying [1] - 37:20
case [26] - 26:12, 29:11,
29:24, 30:17, 32:17, 49:13,
49:15, 59:17, 65:25, 85:4,
87:19, 94:19, 95:25, 96:8,
105:22, 107:3, 107:17,
107:22, 108:25, 110:5,
112:7, 117:22, 120:19,
150:17, 165:14, 170:4,
171:9, 171:16
cases [4] - 29:3, 48:24,
78:23, 120:17

categories [4] - 47:25,
48:5, 48:7, 49:9
category [2] - 73:5, 75:3
ceasing [2] - 150:5, 150:22
cell [6] - 31:24, 104:13,
118:17, 168:16, 168:25,
169:16
cells [2] - 23:20, 24:14
Center [3] - 4:14, 18:24,
123:13
certain [5] - 64:10, 80:6,
116:6, 116:21, 128:16
certainly [18] - 7:16, 27:22,
30:25, 31:22, 37:9, 38:5,
53:22, 54:3, 91:7, 100:3,
104:19, 108:19, 115:15,
117:21, 118:9, 122:13,
158:24
certainty [1] - 126:24
certificate [1] - 139:19
certify [3] - 184:9, 185:8,
185:15
chain [9] - 10:24, 17:4,
33:14, 33:23, 34:10, 105:10,
106:12, 108:14, 159:12
chair [2] - 93:22, 119:23
Chairman [1] - 17:23
Chairman's [4] - 17:12,
17:24, 101:16, 101:23
challenge [1] - 89:16
change [2] - 109:19, 177:3
changed [11] - 38:14,
134:23, 176:21, 176:23,
177:9, 177:16, 177:17,
182:3, 182:7, 182:17, 182:22
changes [2] - 94:6, 109:16
changing [2] - 103:14,
103:25
charges [11] - 33:8, 33:18,
33:23, 35:25, 36:3, 60:10,
105:11, 105:15, 105:16,
106:4, 120:18
check [4] - 21:19, 24:2,
85:25, 157:23
checked [16] - 29:4, 29:19,
40:25, 42:8, 42:12, 43:12,
46:7, 49:10, 49:18, 51:17,
69:16, 72:2, 73:12, 74:6,
74:19, 110:11
checking [1] - 171:12
checks [5] - 24:3, 71:21,
170:12, 170:14, 178:11
chief [1] - 7:15
chiefs [1] - 7:15
choice [1] - 11:5
Chris [4] - 56:9, 56:16,
57:13, 114:21
Christmas [1] - 57:4
circumstances [5] - 41:5,
42:19, 49:17, 87:14, 172:17

citizens [1] - 91:2
civil [3] - 35:7, 35:11, 35:12
Claim [1] - 105:23
claim [1] - 63:4
claimed [2] - 107:18, 110:6
clarify [2] - 73:10, 95:24
Clarke [4] - 85:9, 85:22,
87:4, 87:6
classes [1] - 44:6
clear [5] - 63:25, 68:19,
106:22, 118:17, 122:15
clearly [3] - 110:14, 112:25
clinical [4] - 89:7, 89:23,
92:22, 97:15
close [1] - 169:10
closely [1] - 18:23
co [1] - 93:22
CO's [1] - 60:20
co-president [1] - 93:22
color [1] - 93:10
Colorado [2] - 7:22, 44:10
column [2] - 47:24, 110:10
comfortable [1] - 140:21
coming [4] - 21:17, 31:24,
77:17, 132:7
command [8] - 17:4, 33:14,
33:24, 34:10, 105:10,
106:12, 108:14, 159:12
comment [1] - 112:15
Commission [118] - 7:24,
9:22, 11:15, 11:25, 12:2,
12:4, 12:9, 12:18, 12:24,
13:8, 13:11, 15:23, 16:17,
17:2, 17:9, 18:2, 18:5, 28:10,
28:14, 37:14, 38:4, 39:8,
44:23, 51:2, 54:20, 55:11,
56:5, 56:14, 56:18, 56:19,
56:21, 56:24, 57:2, 58:11,
59:7, 60:17, 61:16, 61:20,
62:2, 63:5, 64:4, 67:7, 69:19,
73:24, 73:25, 75:19, 76:25,
83:22, 85:6, 88:5, 88:7,
88:10, 95:3, 95:16, 95:17,
104:22, 104:23, 109:5,
111:18, 112:4, 112:8,
113:18, 114:17, 115:4,
118:21, 121:3, 123:2,
123:17, 126:8, 126:12,
126:13, 126:15, 126:18,
126:25, 127:3, 127:19,
128:5, 128:11, 128:14,
128:21, 128:23, 129:14,
129:22, 129:25, 130:6,
132:17, 134:11, 134:15,
134:22, 135:14, 136:3,
136:9, 137:9, 150:14, 151:8,
152:16, 153:17, 154:3,
154:19, 157:18, 158:22,
159:24, 160:21, 162:7,
162:19, 163:23, 163:25,

191

165:25, 166:13, 170:6,
171:14, 173:16, 174:6,
174:7, 174:13, 174:18,
175:17
Commission's [11] - 13:12,
13:13, 13:22, 13:24, 16:14,
24:15, 39:12, 114:10, 128:7,
168:2, 177:21
Commissioner [4] - 18:16,
18:22, 93:24, 179:20
commit [1] - 165:11
commitment [2] - 125:6,
125:7
commits [1] - 112:2
committed [4] - 116:24,
125:3, 167:23, 171:2
committee [2] - 98:18, 99:5
common [3] - 129:11,
131:24, 164:24
communicated [3] -
159:11, 159:19, 176:2
communication [1] -
147:22
communications [4] - 15:2,
18:10, 55:15, 114:9
community [5] - 90:25,
92:3, 93:17, 121:16, 161:25
Community [2] - 93:13,
93:14
company [1] - 76:21
compare [1] - 40:12
compared [1] - 181:24
compilation [1] - 43:4
complaint [1] - 63:10
complete [4] - 5:2, 13:14,
28:15, 143:25
completed [7] - 104:18,
107:18, 121:18, 152:21,
160:16, 162:12, 176:9
completing [1] - 111:22
completion [1] - 105:7
compliance [7] - 9:21,
11:14, 13:10, 31:16, 95:15,
180:12
complied [1] - 154:2
comport [1] - 155:10
concern [4] - 9:23, 17:14,
24:23, 56:13
concerned [5] - 9:18, 10:4,
37:4, 57:21
concerning [1] - 87:15
concerns [5] - 9:7, 9:11,
18:7, 46:11, 88:23
condition [2] - 72:9, 145:21
conditions [3] - 77:18,
145:22, 145:25
conduct [5] - 7:11, 8:9,
33:21, 36:15, 131:10
conducted [15] - 36:9,
36:11, 36:13, 36:16, 44:21,

45:2, 46:13, 53:11, 83:5,
112:7, 121:8, 138:19,
161:13, 174:3, 180:10
conducting [2] - 161:16,
173:22
conference [1] - 114:25
conferences [1] - 38:2
confidence [1] - 50:20
Confidential [2] - 14:11,
34:2
confidential [1] - 14:23
connection [2] - 4:17,
166:13
consideration [2] - 106:19,
113:21
considered [5] - 34:19,
69:14, 69:17, 73:12, 75:13
consist [1] - 21:11
consistent [1] - 158:21
conspiracy [1] - 58:4
constant [66] - 19:4, 23:14,
23:15, 24:6, 24:10, 24:20,
24:23, 25:18, 26:14, 26:18,
26:22, 26:23, 27:12, 29:2,
29:21, 29:22, 30:2, 30:18,
31:11, 32:7, 32:18, 41:6,
41:12, 41:25, 42:7, 42:18,
45:16, 46:6, 48:25, 49:2,
50:24, 67:4, 67:23, 68:23,
69:11, 70:2, 70:13, 70:20,
71:7, 72:4, 74:13, 74:14,
75:6, 75:7, 75:8, 75:11, 80:5,
110:15, 110:19, 115:15,
138:20, 144:23, 145:5,
145:11, 145:15, 145:23,
145:24, 146:8, 159:4,
159:13, 159:20, 165:13,
167:8, 167:14, 169:2
constantly [3] - 136:24,
138:2, 147:2
consult [1] - 72:14
consultation [1] - 113:2
consulted [1] - 113:8
contact [4] - 24:8, 80:11,
80:25, 142:25
contained [1] - 16:19
contains [1] - 54:2
CONTEMPLATED [1] -
186:18
content [3] - 137:2, 137:6,
153:21
context [2] - 101:24, 119:17
continue [2] - 139:21,
174:21
CONTINUED [1] - 101:14
continues [2] - 142:7,
142:22
continuing [3] - 32:13,
93:11, 93:21
continuous [2] - 45:2, 80:9

contract [24] - 35:17, 92:19,
96:15, 96:16, 96:17, 96:19,
96:25, 97:5, 97:7, 97:11,
97:18, 97:19, 97:20, 98:2,
98:15, 98:23, 128:13,
128:23, 139:6, 140:2,
140:10, 141:12, 142:3,
143:11
contracts [1] - 141:15
contractual [1] - 96:13
contrary [1] - 174:8
control [1] - 135:22
conversation [14] - 24:25,
32:23, 45:24, 46:2, 94:24,
103:10, 108:23, 118:7,
147:25, 148:16, 149:2,
153:22, 155:19, 155:22
conversations [30] - 11:17,
13:2, 15:15, 32:10, 32:24,
33:4, 33:5, 55:17, 61:22,
63:21, 63:25, 86:20, 87:2,
88:16, 89:19, 94:11, 94:16,
104:10, 118:3, 118:14,
118:15, 118:22, 118:24,
132:18, 147:21, 153:18,
153:23, 156:9, 156:11, 158:9
Convery [11] - 6:10, 82:3,
86:12, 91:10, 91:11, 99:14,
120:8, 120:12, 120:20,
177:20, 179:14
conveyed [3] - 11:10,
136:9, 162:13
convulsions [1] - 150:6
COON [6] - 2:22, 152:19,
156:6, 157:3, 157:11, 183:8
cooperation [3] - 148:24,
149:4, 149:9
cooperatively [1] - 94:25
coordinating [1] - 147:13
coordination [1] - 146:13
copy [5] - 43:14, 54:19,
130:25, 146:22, 179:19
CORIP [1] - 93:13
correct [64] - 5:11, 10:22,
16:11, 29:4, 37:2, 37:23,
39:8, 39:9, 39:12, 40:20,
40:25, 41:6, 42:8, 42:20,
42:25, 44:14, 47:14, 47:20,
51:20, 52:8, 52:14, 52:15,
60:11, 66:23, 67:11, 68:2,
68:5, 68:24, 70:24, 76:23,
90:7, 97:19, 112:4, 112:8,
113:15, 119:5, 124:17,
124:18, 128:18, 128:21,
130:12, 132:14, 132:21,
132:25, 143:7, 150:15,
151:24, 152:6, 152:11,
154:25, 155:11, 160:9,
160:23, 161:17, 164:7,
166:24, 167:3, 167:10,

168:9, 172:7, 172:12, 173:11,
179:5, 184:10
Correct [3] - 47:15, 71:12,
154:22
correction [57] - 29:24,
31:9, 31:10, 33:9, 34:5, 36:7,
36:8, 44:12, 44:17, 60:19,
66:14, 70:4, 71:2, 73:18,
73:22, 75:22, 75:24, 77:14,
79:12, 79:20, 80:7, 80:19,
80:20, 80:25, 81:16, 83:10,
84:7, 84:8, 84:16, 85:17,
85:23, 86:9, 86:22, 91:5,
91:19, 107:12, 145:3,
145:18, 146:12, 146:13,
146:20, 146:21, 147:2,
147:6, 147:14, 147:23,
148:18, 148:25, 149:5,
157:2, 157:8, 157:12, 161:4,
162:24, 175:24, 178:9, 182:9
CORRECTION [1] - 187:2
Correction [34] - 9:22, 12:5,
28:10, 28:14, 37:14, 44:8,
44:23, 51:3, 54:20, 55:12,
56:6, 56:15, 60:17, 61:16,
69:19, 73:25, 79:24, 83:22,
85:7, 95:16, 104:22, 104:23,
109:6, 111:18, 123:3,
123:18, 126:12, 126:16,
135:14, 137:10, 151:8,
152:22, 162:20, 171:15
correctional [15] - 6:12,
7:10, 7:17, 30:9, 80:22, 82:4,
88:17, 92:2, 117:23, 144:24,
145:4, 158:16, 158:25,
159:3, 175:5
Correctional [27] - 5:15,
5:18, 5:24, 6:25, 8:16, 11:8,
12:22, 13:6, 47:3, 74:2,
75:19, 77:2, 77:7, 82:10,
88:6, 93:17, 95:3, 95:8,
95:17, 115:2, 123:4, 123:11,
126:9, 126:14, 126:25,
127:19, 157:19
Corrections [3] - 7:25,
90:18, 153:8
corrections [4] - 3:18,
40:18, 184:11, 187:5
correctly [2] - 103:3, 113:3
correspondence [1] -
121:2
counsel [3] - 34:13, 179:5
counseled [5] - 106:10,
106:16, 178:10, 178:17,
182:10
counseling [6] - 33:17,
34:7, 34:8, 34:9, 34:11,
107:11
Counseling [1] - 34:8
counties [1] - 36:14

country [2] - 17:17, 89:17
County [36] - 1:10, 2:16, 4:13, 5:7, 5:14, 5:18, 5:24, 6:25, 8:16, 11:8, 12:22, 13:6, 13:24, 18:17, 20:13, 33:7, 36:17, 38:12, 44:8, 44:13, 47:2, 67:3, 70:18, 76:2, 77:6, 82:10, 93:16, 93:23, 95:7, 115:2, 117:17, 122:6, 123:3, 123:11, 176:6
county [39] - 5:17, 5:22, 16:10, 17:14, 27:6, 33:10, 34:20, 34:22, 35:3, 35:10, 35:18, 35:20, 35:21, 36:6, 36:23, 39:15, 40:14, 41:4, 41:7, 41:19, 42:10, 42:24, 81:19, 83:3, 86:5, 95:12, 96:13, 97:5, 98:5, 99:2, 118:11, 124:7, 124:13, 124:14, 140:2, 144:15, 181:23
COUNTY [3] - 1:11, 184:4, 185:4
couple [3] - 19:23, 91:13, 121:13
course [14] - 6:8, 7:18, 22:5, 24:6, 24:23, 26:10, 28:24, 33:25, 60:12, 68:15, 89:14, 97:9, 102:14, 178:4
courses [1] - 36:14
Court [2] - 3:9, 3:21
cover [4] - 134:5, 134:20, 135:2, 171:11
coverage [14] - 78:8, 84:11, 88:25, 89:2, 89:3, 89:9, 89:12, 89:14, 89:15, 89:21, 92:20, 97:12, 97:14
covered [1] - 182:12
covering [2] - 135:7, 173:19
Cox [7] - 90:22, 103:11, 103:18, 122:8, 124:5, 124:9, 125:20
Cox's [1] - 122:3
credit [1] - 98:25
criminal [3] - 161:23, 162:2
criminality [2] - 162:3, 162:10
criteria [1] - 24:10
critical [1] - 12:15
crosses [1] - 34:14
cues [1] - 160:6
current [2] - 66:12, 180:12
cut [2] - 77:21, 123:23
cycle [2] - 12:3, 56:10

**D**

daily [2] - 108:9, 108:17
danger [6] - 71:19, 71:24,

72:6, 72:7, 72:10, 145:20
date [20] - 8:4, 19:15, 21:6, 62:25, 64:10, 65:9, 65:13, 90:7, 106:5, 118:6, 127:5, 138:12, 141:10, 147:24, 148:16, 150:3, 150:21, 164:14, 171:2, 171:21
dated [1] - 128:15
day-to-day [7] - 6:11, 31:13, 37:11, 49:23, 51:12, 120:15, 129:18
days [6] - 77:12, 77:13, 77:19, 91:13, 121:14, 169:8
deal [4] - 30:8, 62:19, 122:14, 133:21
dealt [3] - 12:12, 18:22, 44:4
death [21] - 21:2, 87:8, 87:15, 88:13, 88:15, 94:20, 104:9, 107:14, 114:10, 114:18, 121:4, 122:13, 143:7, 154:18, 161:15, 161:24, 161:25, 171:21, 176:13, 177:21
deceased [2] - 1:5, 1:6
December [4] - 131:2, 133:12, 137:7, 138:3
decision [5] - 27:24, 33:13, 110:17, 110:20, 110:25
decision-making [1] - 33:13
decisions [1] - 56:2
deem [1] - 145:19
deemed [1] - 146:2
deems [1] - 54:5
deeply [1] - 18:7
Defendant [3] - 1:19, 2:9, 2:20
DEFENDANT'S [1] - 186:15
Defendants [2] - 1:12, 2:14
define [1] - 73:10
defined [2] - 68:5, 68:6
defining [1] - 32:5
definite [1] - 163:16
delegated [1] - 108:14
deleted [1] - 97:21
deletions [1] - 187:6
Demattio [2] - 92:6, 99:19
department [8] - 6:11, 7:14, 7:15, 36:11, 91:19, 100:6, 161:16, 180:10
dependence [1] - 142:25
Deposition [1] - 187:4
deposition [15] - 3:5, 3:6, 4:23, 26:11, 80:22, 101:13, 101:20, 101:21, 102:3, 107:20, 111:17, 119:11, 151:6, 179:11, 184:9
depositions [33] - 26:5, 26:7, 30:6, 30:23, 30:24,

30:25, 31:3, 31:7, 49:11, 63:20, 65:25, 70:10, 85:2, 85:3, 95:10, 95:25, 96:3, 96:8, 101:25, 104:20, 107:17, 107:22, 110:4, 110:21, 110:23, 119:9, 119:18, 120:3, 171:6, 171:9, 177:24, 177:25, 178:5
describe [1] - 5:13
described [1] - 136:11
describes [1] - 47:12
designee [1] - 72:15
desk [2] - 171:10, 171:18
despite [1] - 167:9
detail [1] - 53:16
detailed [6] - 52:24, 53:21, 97:4, 155:6, 156:3, 170:8
detailing [1] - 52:6
determine [1] - 123:19
determined [4] - 52:13, 156:19, 158:2, 165:12
determines [1] - 124:22
determining [1] - 157:9
Detox [1] - 78:17
detox [2] - 83:13, 151:20
detoxed [1] - 152:5
detoxification [10] - 76:17, 78:18, 78:24, 79:9, 84:6, 95:19, 142:5, 142:18, 143:2, 144:6
detoxing [3] - 77:25, 78:16, 167:3
develop [2] - 123:18, 157:16
developing [1] - 32:13
DICKER [1] - 2:20
dictates [1] - 43:10
died [1] - 126:3
dies [1] - 112:2
difference [7] - 14:5, 14:15, 14:17, 40:22, 65:16, 117:13, 182:6
differences [6] - 13:23, 14:4, 39:17, 40:4, 40:13, 40:16
different [7] - 17:7, 22:15, 41:18, 100:12, 102:16, 129:16, 177:11
differentiated [1] - 70:5
difficult [2] - 7:2, 120:3
direct [1] - 177:3
directed [2] - 20:2, 20:11
directive [1] - 155:24
directives [2] - 180:13, 181:2
directly [3] - 17:3, 24:14, 37:16
disagree [1] - 129:19
discerned [1] - 182:6
disciplinary [16] - 14:13,

30:8, 30:14, 33:8, 59:10, 59:16, 60:10, 105:11, 105:15, 107:5, 107:7, 107:9, 107:11, 118:4, 120:9, 120:21
discipline [5] - 34:4, 34:11, 35:23, 113:18, 113:25
discuss [6] - 11:20, 108:4, 109:8, 114:5, 117:4, 117:7
discussed [6] - 7:15, 10:9, 10:10, 104:25, 117:14, 119:16
discussing [5] - 57:18, 102:19, 116:14, 121:10, 154:13
discussion [4] - 13:16, 13:17, 46:23, 88:3
discussions [13] - 8:22, 8:25, 18:14, 31:19, 32:15, 70:11, 88:22, 89:11, 102:8, 103:7, 103:12, 147:12, 155:14
disguised [1] - 34:11
dispensing [2] - 77:15, 77:16
displaying [1] - 155:3
distinction [1] - 179:3
distress [3] - 80:11, 81:2, 84:9
distribution [1] - 109:10
DISTRICT [2] - 1:2, 1:2
division [1] - 7:15
doctor [3] - 80:14, 80:18, 145:14
doctor's [1] - 123:14
document [29] - 43:4, 55:6, 56:17, 56:18, 63:14, 65:18, 96:5, 121:7, 130:20, 131:9, 131:19, 133:3, 137:11, 137:20, 138:8, 138:12, 138:14, 139:16, 142:17, 143:20, 149:22, 154:9, 159:16, 170:8, 178:7, 178:8, 179:10, 179:11, 179:25
DOCUMENT/DATA [1] - 186:7
documented [1] - 176:9
documents [15] - 8:3, 17:22, 17:25, 56:21, 85:8, 95:9, 95:10, 95:11, 95:13, 109:7, 109:13, 116:9, 118:20, 162:16, 178:24
DONALD [3] - 1:9, 1:18, 184:7
Donald [5] - 2:10, 4:13, 184:20, 187:4, 187:21
done [33] - 20:16, 20:18, 23:15, 23:17, 34:9, 46:17, 48:23, 51:16, 61:13, 62:15, 78:9, 78:10, 78:22, 78:23, 85:16, 86:17, 106:11,

108:25, 109:19, 111:14, 118:21, 128:17, 141:18, 144:2, 144:3, 154:18, 157:5, 157:6, 157:14, 166:9, 171:15, 173:3, 173:11
DONNY [1] - 1:4
Donny [1] - 2:24
doubt [1] - 42:21
down [4] - 4:22, 18:4, 28:14, 32:3, 32:5, 37:12, 105:3, 108:14, 115:21, 127:11, 135:23, 142:12, 166:8, 168:15
Dr [2] - 80:15, 99:24
draft [1] - 112:14
drafted [1] - 113:2
drafting [2] - 65:3, 112:19
drank [1] - 165:5
dreams [1] - 27:21
drink [1] - 164:13
drinking [4] - 38:25, 164:12, 164:22, 165:22
Drive [1] - 2:21
dropped [2] - 32:3, 32:5
drug [2] - 150:2, 151:11
drugs [10] - 48:13, 71:18, 76:10, 78:2, 79:5, 79:22, 81:4, 81:10, 84:17, 150:2
dual [1] - 35:14
due [5] - 82:12, 113:24, 118:12, 129:15, 136:8
Duffy [27] - 87:13, 88:16, 89:20, 90:2, 90:8, 92:5, 94:12, 99:10, 100:24, 124:10, 124:16, 124:21, 125:9, 141:20, 147:13, 147:21, 148:2, 148:17, 149:7, 153:13, 155:14, 156:9, 157:16, 158:5, 158:10, 158:23, 159:18
duly [1] - 4:3
During [1] - 30:6
during [21] - 4:23, 12:2, 24:24, 26:10, 28:24, 29:6, 29:9, 31:6, 35:18, 44:18, 45:14, 45:22, 48:17, 102:3, 115:17, 116:9, 135:11, 142:21, 156:15, 170:11, 178:10
Dutchess [1] - 36:17
duties [12] - 5:13, 27:5, 27:17, 50:19, 50:20, 51:14, 51:19, 168:8, 172:19, 173:5, 173:18, 174:12
duty [6] - 53:10, 116:23, 135:12, 152:24, 153:4, 178:9

**E**

e.g [1] - 150:5

ears [1] - 108:21
EDELMAN [1] - 2:20
edition [1] - 177:13
effect [6] - 3:8, 3:20, 53:8, 59:23, 97:22
effective [2] - 65:12, 79:11
effects [2] - 123:20, 152:4
efficiency [1] - 123:16
effort [5] - 79:17, 79:19, 84:4, 111:12
eight [29] - 29:3, 29:20, 30:2, 30:21, 31:11, 32:20, 40:19, 41:24, 42:11, 43:12, 45:17, 47:24, 48:21, 49:19, 51:16, 68:15, 68:24, 69:13, 70:6, 70:15, 70:19, 71:8, 71:25, 72:22, 72:24, 73:11, 74:6, 74:11, 74:18
either [12] - 14:18, 18:10, 29:23, 35:24, 36:16, 46:9, 63:2, 91:19, 100:16, 136:4, 145:20, 153:13
either/or [1] - 111:8
elected [1] - 6:22
election [1] - 8:12
ELSER [1] - 2:20
elsewhere [1] - 29:24
emphasis [1] - 122:21
employed [1] - 95:7
employee [3] - 35:3, 36:23, 61:20
employees [9] - 34:18, 34:19, 34:21, 34:22, 34:23, 35:10, 35:20, 35:22
employer [2] - 34:25, 35:14
end [2] - 18:20, 100:5
endeavoring [1] - 6:23
enforcement [3] - 5:17, 21:16, 39:4
ensure [14] - 27:22, 53:6, 59:7, 59:8, 68:16, 78:9, 79:8, 95:14, 108:11, 108:17, 118:11, 141:15, 176:24, 180:11
Ensure [1] - 52:12
ensuring [1] - 101:7
entered [1] - 98:14
entire [2] - 142:15, 175:23
entitled [2] - 53:5, 185:11
entrusted [2] - 27:20, 53:10
entry [1] - 94:2
equivalents [1] - 174:16
escort [1] - 135:18
ESQ [4] - 2:6, 2:11, 2:17, 2:22
Esquire [1] - 14:12
established [1] - 89:8
Estate [1] - 1:6
evaluate [2] - 55:25, 153:9
evaluated [1] - 129:7,

156:14
evaluation [1] - 56:15
events [2] - 32:4, 143:21
evolved [1] - 105:22
exact [1] - 160:14
exactly [6] - 38:18, 56:22, 64:6, 84:19, 91:17, 160:19
exam [5] - 143:24, 144:8, 144:9, 155:10
examination [1] - 3:18
EXAMINATION [4] - 1:18, 4:10, 101:14, 186:4
examined [1] - 4:5
example [9] - 22:8, 26:11, 64:21, 97:11, 98:24, 99:3, 152:10, 162:23, 163:5
exceed [1] - 49:6
excellence [5] - 32:14, 103:17, 118:23, 122:18, 123:19
excellent [1] - 141:3
except [6] - 3:13, 135:11, 135:24, 155:22, 156:11, 169:2
exceptions [1] - 19:23
executive [1] - 35:18
Exhibit [55] - 38:11, 39:12, 39:15, 40:12, 43:8, 43:15, 47:4, 51:9, 54:10, 63:13, 64:2, 64:21, 65:2, 66:12, 67:17, 84:21, 95:22, 96:6, 97:25, 101:18, 101:22, 102:4, 102:6, 104:3, 104:17, 107:19, 109:2, 110:6, 110:11, 111:13, 120:25, 128:6, 130:24, 130:25, 131:17, 132:21, 136:22, 137:22, 137:23, 138:15, 138:16, 139:6, 146:12, 146:22, 149:12, 151:5, 154:19, 163:6, 168:6, 176:5, 177:12, 177:19, 178:2, 179:23, 180:2
exhibit [2] - 81:5, 133:22
EXHIBITS [2] - 186:10, 186:15
expanding [2] - 92:19, 92:20
expansion [1] - 97:14
expect [2] - 38:9, 108:10
expected [2] - 68:20, 68:21
experience [1] - 82:4
experiencing [1] - 145:12
expert [4] - 90:13, 90:19, 90:21, 121:16
explain [1] - 137:19
explained [1] - 102:14
exploration [1] - 137:5
explored [1] - 136:25
extensively [1] - 58:24

extent [1] - 62:4
eye [1] - 24:8
eyes [1] - 108:21

**F**

facilities [1] - 117:23
Facility [17] - 5:15, 5:18, 5:24, 6:25, 8:16, 11:8, 12:23, 13:6, 44:8, 47:3, 77:7, 82:10, 93:17, 95:8, 115:2, 123:4, 123:12
facility [42] - 5:21, 6:12, 7:10, 7:17, 11:22, 29:25, 30:9, 37:8, 44:13, 45:3, 46:4, 53:15, 55:12, 58:12, 60:18, 60:19, 63:3, 63:6, 64:5, 64:13, 68:16, 73:20, 74:5, 76:9, 77:12, 77:25, 79:5, 79:22, 80:9, 80:21, 80:22, 82:24, 88:18, 112:3, 115:4, 122:20, 126:3, 129:18, 137:16, 173:23, 175:5, 175:23
facility's [1] - 158:14
fact [26] - 13:7, 13:11, 31:14, 35:14, 48:24, 56:15, 56:25, 59:9, 67:2, 75:2, 75:10, 98:17, 117:16, 126:18, 126:20, 128:25, 130:11, 132:13, 143:5, 143:12, 160:21, 167:9, 170:11, 171:19, 177:6, 182:22
factor [1] - 174:17
facts [3] - 60:14, 117:21, 120:18
failsafe [2] - 27:22, 27:25
fair [5] - 37:22, 42:15, 134:5, 170:2, 170:3
fairly [1] - 64:9
fall [1] - 73:4
familiar [1] - 98:6
family [1] - 86:21
far [4] - 60:24, 61:2, 85:21, 111:10
fast [1] - 127:10
Father [1] - 1:4
February [4] - 1:16, 65:9, 185:21, 187:8
feedback [10] - 50:23, 51:2, 51:4, 53:24, 55:25, 61:18, 93:6, 161:20, 161:22
feet [1] - 168:17
fellow [1] - 7:19
felt [1] - 176:22
few [2] - 67:13, 109:20
figure [1] - 82:13
figured [1] - 165:9
file [3] - 16:21, 16:25

filing [1] - 3:4
filled [2] - 98:25, 99:3
final [9] - 83:9, 116:17, 154:17, 171:20, 172:18
Final [1] - 102:6
finalize [1] - 141:12
findings [4] - 113:13, 114:6, 115:16, 115:16, 116:16
fine [1] - 142:16
finish [2] - 127:8, 148:5
fire [1] - 38:25
firearms [1] - 46:21
first [37] - 8:11, 9:24, 10:3, 10:17, 14:3, 14:5, 14:8, 19:15, 20:19, 22:8, 22:9, 22:10, 31:23, 37:5, 38:16, 38:18, 39:19, 45:5, 45:10, 47:8, 50:5, 54:15, 66:7, 86:7, 89:11, 98:10, 125:15, 132:5, 138:12, 142:14, 142:16, 142:19, 143:22, 151:2, 156:13, 157:5, 180:4
First [3] - 5:16, 26:20, 71:20
five [4] - 77:12, 134:9, 134:18, 169:8
five-day-a-week [2] - 134:9, 134:18
Flip [1] - 154:6
Focus [1] - 101:23
focus [4] - 22:16, 84:13, 111:19, 111:20
follow [17] - 56:2, 76:18, 78:25, 93:20, 101:7, 101:8, 118:12, 127:24, 129:10, 129:12, 137:4, 137:8, 143:9, 148:13, 155:13, 157:14
follow-up [3] - 76:18, 78:25, 155:13
followed [7] - 26:17, 48:19, 103:21, 129:2, 130:10, 130:13, 130:14
Following [1] - 112:6
following [5] - 67:25, 72:16, 137:9, 153:20, 187:5
follows [3] - 4:6, 37:20, 52:5
force [2] - 3:8, 3:20
foregoing [1] - 184:8
form [101] - 3:13, 11:24, 11:25, 12:7, 12:9, 12:15, 12:17, 12:22, 13:5, 13:12, 13:13, 13:21, 13:22, 13:24, 14:15, 20:11, 20:12, 20:13, 22:20, 26:14, 29:3, 32:21, 38:11, 38:12, 38:14, 38:15, 38:17, 38:19, 39:7, 39:12, 39:15, 39:16, 39:19, 39:22, 40:6, 40:11, 40:13, 41:4, 41:7, 41:18, 41:19, 41:20, 41:23, 42:4, 42:5, 42:10,

42:17, 43:19, 43:20, 45:17, 47:18, 48:2, 48:22, 50:7, 51:11, 66:12, 68:24, 69:7, 70:7, 70:15, 70:21, 70:22, 71:25, 72:23, 72:25, 74:7, 74:19, 104:16, 105:2, 105:7, 107:18, 108:2, 111:23, 117:5, 117:11, 117:13, 117:14, 151:22, 151:25, 152:2, 152:3, 152:9, 152:21, 153:2, 153:10, 153:12, 156:7, 165:15, 165:16, 165:19, 165:23, 177:11, 181:23, 181:25
formal [2] - 35:25, 36:3
format [1] - 40:8
forms [12] - 11:21, 12:13, 14:4, 14:6, 15:17, 15:18, 39:2, 49:10, 117:16, 117:17, 150:24
forth [7] - 37:19, 43:18, 51:19, 54:9, 64:18, 76:2, 129:3
forum [5] - 107:2, 107:5, 107:7, 107:8, 107:9
forward [2] - 97:18, 151:7
forwarded [1] - 162:7
four [7] - 23:20, 59:22, 68:16, 149:24, 168:16, 168:25, 169:16
four-cell [3] - 168:16, 168:25, 169:16
frame [4] - 14:7, 20:10, 54:23, 76:15
frankly [2] - 113:22, 122:19
Fred [3] - 57:5, 57:7, 57:11
frequency [2] - 150:3, 150:20
Friday [3] - 134:13, 135:11, 174:5
fulfilled [1] - 98:24
full [2] - 31:16, 173:11
fully [3] - 133:25, 175:4, 175:16
funded [2] - 121:8, 123:17
funding [1] - 46:16
FURTHER [2] - 3:12, 3:17

**G**

gain [1] - 6:23
Gale [3] - 1:23, 4:3, 185:6
GALE [1] - 185:23
Gannett [1] - 2:21
gathered [1] - 120:19
general [16] - 22:4, 22:22, 23:2, 23:25, 53:16, 80:4, 82:5, 91:21, 99:22, 131:25, 132:3, 132:19, 141:23, 142:2, 153:12, 180:10

General [1] - 131:9
generally [3] - 99:9, 100:9, 120:17
generated [1] - 166:12
gentleman [2] - 56:8, 114:22
gentlemen [1] - 13:3
Gerald [1] - 10:18
given [14] - 23:6, 23:9, 36:18, 36:20, 37:16, 43:5, 45:14, 46:4, 52:13, 66:14, 83:23, 114:3, 161:8, 163:14
global [1] - 103:16
goal [2] - 37:20, 64:17
godsend [1] - 84:11
GOULD [1] - 2:4
great [4] - 50:20, 122:14, 178:21
group [1] - 170:14
guess [1] - 57:14
guidance [4] - 37:12, 95:14, 112:21, 112:24
guideline [1] - 53:4
guidelines [4] - 47:18, 53:14, 69:18, 93:8
Guidelines [2] - 52:2, 52:17

**H**

half [1] - 179:12
hall [1] - 168:15
hand [1] - 185:21
handbook [2] - 45:4, 45:11
handed [1] - 75:23
Handing [1] - 130:20
handing [1] - 77:14
hands [1] - 8:8
handwritten [1] - 51:23
hanging [2] - 164:23, 167:24
Hanley [1] - 100:17
hard [4] - 83:17, 86:23, 118:10, 119:7
Hawthorne [1] - 2:17
head [2] - 32:3, 32:5
heads [2] - 7:14, 7:15
health [49] - 18:6, 18:18, 20:7, 22:4, 22:14, 22:22, 69:25, 72:13, 72:17, 72:21, 73:2, 73:5, 73:6, 73:12, 73:16, 73:21, 74:8, 74:12, 74:13, 74:20, 75:4, 75:8, 75:12, 76:5, 88:24, 88:25, 89:2, 89:9, 89:12, 89:17, 92:12, 92:20, 97:12, 97:13, 100:6, 110:12, 110:14, 111:4, 111:9, 111:14, 111:23, 122:19, 158:14, 158:17, 159:25, 160:22, 161:9, 181:17

Health [21] - 18:11, 18:12, 18:15, 18:17, 44:24, 69:20, 74:2, 75:19, 77:2, 88:6, 93:23, 95:3, 95:17, 126:9, 126:14, 126:25, 127:19, 128:7, 128:24, 150:15, 157:19
hear [1] - 21:15
heard [8] - 21:17, 26:5, 26:7, 26:9, 30:6, 32:17, 70:11, 118:7
heightened [6] - 23:11, 23:12, 23:21, 108:7, 165:2, 165:7
held [8] - 1:19, 35:4, 67:16, 82:20, 101:12, 130:19, 183:3, 187:8
help [5] - 50:18, 79:15, 99:24, 139:15, 153:9
hereby [2] - 184:9, 185:7
HEREBY [1] - 3:2
herein [1] - 184:8
hereto [1] - 3:4
hereunto [1] - 185:20
heroin [8] - 107:25, 150:19, 151:14, 151:24, 155:5, 156:5, 166:17, 167:3
herself [1] - 52:14
hide [1] - 15:11
high [3] - 47:24, 75:14, 76:4
higher [27] - 29:4, 29:20, 30:2, 30:21, 31:12, 32:20, 40:19, 41:24, 42:11, 43:12, 45:17, 48:21, 49:19, 51:16, 68:24, 69:14, 70:6, 70:15, 70:19, 71:8, 72:22, 72:25, 73:11, 74:6, 74:11, 74:18, 126:15
highly [1] - 81:25
himself [2] - 52:14, 179:2
hire [1] - 36:19
hired [2] - 36:21, 43:5
history [4] - 150:4, 150:21, 155:5, 166:17
hold [1] - 157:18
holds [1] - 157:17
hopes [1] - 27:21
horseback [1] - 116:16
hose [1] - 38:25
Hospital [4] - 18:24, 123:13, 151:20, 152:6
hospital [1] - 151:19
hour [2] - 78:7, 83:25
hours [12] - 68:15, 68:16, 77:18, 89:7, 89:10, 89:15, 89:22, 89:23, 92:21, 92:23, 97:14, 151:13
housing [9] - 23:7, 135:22, 135:24, 168:16, 168:25, 169:16, 170:17, 176:7,

194

176:16
Housing [28] - 23:17, 23:18, 23:19, 93:9, 134:4, 134:19, 134:25, 135:6, 135:8, 167:16, 167:19, 168:7, 168:12, 169:3, 169:11, 169:23, 170:13, 170:20, 171:10, 171:14, 171:22, 171:25, 172:11, 173:6, 173:18, 174:9, 174:20, 176:8
hurting [1] - 145:21
Hutchinson [1] - 90:17

I

idea [6] - 78:5, 102:15, 102:25, 124:10, 125:6
identification [2] - 130:24, 179:24
identified [7] - 28:12, 28:19, 31:3, 31:6, 123:3, 123:7, 162:4
identify [7] - 28:16, 54:4, 69:7, 69:22, 74:22, 94:17, 121:2
IG [2] - 180:18, 181:22
ignore [1] - 133:9
illegal [1] - 151:11
immediate [3] - 47:25, 48:4, 48:7
Immediately [1] - 180:9
immediately [5] - 47:22, 48:19, 67:24, 71:17, 156:21
impeccably [1] - 80:18
implement [8] - 27:13, 27:25, 34:6, 37:12, 38:6, 46:19, 53:22, 69:11
implemented [12] - 26:2, 32:19, 42:18, 53:17, 70:14, 78:14, 84:3, 92:19, 93:4, 122:3, 123:25, 159:14
implementing [4] - 29:2, 31:10, 46:6, 64:17
imply [1] - 60:13
important [3] - 105:8, 113:24, 179:3
impose [1] - 113:25
impression [1] - 31:15
Impression [1] - 31:17
improve [2] - 87:22, 123:15
IN [1] - 185:20
inadequate [1] - 154:24
INC [1] - 1:11
Inc [1] - 2:21
incident [2] - 178:10, 180:9
include [4] - 31:20, 72:21, 149:19, 149:25
included [7] - 6:24, 7:9, 9:5, 13:14, 104:21, 161:15,

167:5
includes [1] - 6:12
including [4] - 125:9, 134:3, 150:2, 150:19
incoming [4] - 126:6, 126:22, 130:3, 148:19
incomplete [1] - 4:24
incorrect [1] - 4:24
incorrectly [1] - 107:19
increase [1] - 89:15
increasing [3] - 89:6, 89:21, 89:22
independent [2] - 110:20, 178:14
Independent [1] - 110:23
indicate [2] - 41:11, 182:16
indicated [20] - 16:9, 26:15, 28:23, 39:6, 51:18, 66:20, 67:4, 80:24, 94:18, 98:4, 119:3, 132:11, 143:11, 144:15, 146:6, 152:24, 152:25, 153:15, 154:15, 155:9
indicates [4] - 85:10, 128:16, 154:23, 155:2
indicating [1] - 86:2
indication [6] - 28:21, 60:15, 132:24, 151:22, 152:3, 152:8
indicators [1] - 160:6
individual [4] - 119:13, 143:2, 144:5, 147:16
individual's [1] - 165:23
individually [4] - 1:9, 1:10, 1:11, 179:2
Individuals [1] - 144:21
individuals [14] - 9:2, 10:8, 11:10, 11:21, 24:19, 31:9, 32:24, 74:4, 74:9, 75:13, 76:9, 77:17, 145:4, 146:6
influence [1] - 48:13
informal [2] - 100:21, 100:22
information [26] - 6:23, 7:2, 15:25, 16:19, 21:9, 21:24, 23:6, 23:9, 26:6, 28:24, 30:7, 30:17, 31:8, 83:23, 108:12, 109:15, 113:6, 116:19, 117:22, 141:21, 160:17, 161:20, 162:5, 163:19, 171:9, 179:8
informed [2] - 108:18, 175:4
initial [13] - 83:11, 83:21, 96:21, 97:17, 98:2, 116:15, 139:25, 140:9, 143:15, 143:22, 144:7, 147:19, 154:13
initials [1] - 98:10
initiate [1] - 41:11

Initiative [1] - 93:14
injuring [1] - 72:8
injury [1] - 91:16
inmate [42] - 21:20, 22:4, 22:6, 22:9, 22:14, 23:4, 24:8, 25:18, 27:11, 29:20, 30:20, 31:11, 32:19, 41:19, 41:21, 41:23, 43:11, 45:17, 72:12, 79:4, 79:21, 80:3, 80:10, 81:2, 84:2, 112:2, 123:21, 126:22, 130:3, 136:23, 137:25, 145:20, 147:3, 148:19, 150:11, 151:3, 157:9, 158:18, 164:3, 164:12, 165:5, 165:21
inmate's [1] - 9:25
Inmates [5] - 142:20, 156:14, 156:18, 158:2, 158:12
inmates [26] - 8:20, 18:18, 23:7, 23:10, 24:12, 26:3, 26:14, 29:25, 69:7, 76:18, 77:17, 77:25, 79:15, 81:3, 82:23, 84:17, 93:16, 95:20, 126:6, 135:25, 147:5, 169:12, 170:15, 170:17, 171:25, 173:24
input [2] - 100:11, 112:20
inquire [2] - 31:12, 153:13
inquiry [2] - 149:19, 149:25
inserted [1] - 120:14
inside [1] - 86:15
inspected [2] - 12:3, 51:3
inspection [3] - 28:9, 180:11, 180:24
inspections [2] - 12:10, 12:12
Inspector [1] - 131:9
inspector [7] - 82:5, 91:21, 99:22, 131:25, 132:3, 132:19, 180:10
installed [1] - 5:9
instance [1] - 29:8
Institute [3] - 7:22, 90:18, 153:8
institute [5] - 41:6, 42:7, 68:23, 70:19, 71:7
instituting [1] - 41:25
institutional [1] - 36:12
instructed [2] - 45:21, 182:13
instructing [1] - 15:14
instrumental [1] - 96:23
insurance [1] - 139:20
intake [38] - 8:20, 9:3, 9:6, 9:12, 9:14, 9:24, 11:21, 12:13, 12:15, 12:17, 13:7, 15:17, 15:18, 20:3, 20:6, 20:20, 21:14, 27:16, 40:9, 40:18, 40:23, 42:12, 47:13,

79:13, 83:11, 83:21, 87:15, 111:6, 117:5, 129:4, 143:22, 144:17, 150:11, 151:3, 154:14, 154:23, 155:15, 156:15
intakes [2] - 24:18, 25:5
integrity [1] - 59:6
intended [3] - 159:7, 159:9, 161:6
Inter [2] - 130:22, 186:11
Inter-Office [2] - 130:22, 186:11
interest [1] - 123:5
interested [1] - 185:18
internal [2] - 157:16, 161:5
internally [2] - 125:19, 137:15
interviewed [1] - 116:22
interviews [1] - 115:22
intoxicated [1] - 71:18
investigate [3] - 60:23, 62:10, 132:25
investigated [1] - 87:8
investigating [1] - 137:13
investigation [20] - 28:15, 62:5, 63:10, 105:24, 112:7, 112:10, 115:21, 131:3, 131:10, 133:7, 137:12, 161:17, 161:21, 161:23, 162:2, 162:3, 162:6, 162:8, 162:12, 166:7
investigators [3] - 87:7, 116:8, 162:24
investigatory [2] - 161:14, 162:16
invite [1] - 153:8
involve [1] - 169:3
involved [10] - 5:25, 18:5, 18:15, 23:3, 27:24, 30:14, 79:13, 126:21, 155:20, 167:3
involvement [1] - 79:14
involves [3] - 21:7, 23:25, 24:5
involving [2] - 59:17, 161:15
IS [3] - 3:2, 3:12, 3:17
Island [1] - 82:6
isolated [1] - 84:7
issue [38] - 20:8, 20:9, 28:17, 28:19, 34:23, 35:13, 35:19, 46:16, 54:12, 57:25, 58:9, 58:21, 59:15, 61:2, 61:4, 61:14, 61:23, 64:16, 69:8, 72:3, 84:6, 88:4, 88:24, 103:19, 103:20, 103:21, 103:22, 103:23, 114:14, 121:23, 137:2, 137:6, 138:12, 176:22, 176:23
issued [10] - 16:15, 66:13, 102:11, 108:6, 112:11,

195

137:20, 137:21, 168:21, 172:5, 172:10

**issues** [40] - 9:7, 9:9, 9:11, 9:13, 9:15, 18:6, 18:18, 18:20, 18:25, 20:5, 20:6, 20:7, 20:8, 26:7, 30:22, 31:6, 37:4, 37:15, 38:5, 46:20, 46:22, 53:23, 54:4, 57:6, 57:11, 57:23, 58:7, 61:11, 62:19, 62:21, 73:3, 89:18, 92:12, 93:21, 101:8, 117:25, 121:22, 127:21, 127:23, 155:20

**IT** [3] - 3:2, 3:12, 3:17
**item** [1] - 58:17
**itself** [7] - 38:11, 40:11, 42:17, 68:12, 70:22, 105:2, 133:24

**J**

**jail** [84] - 6:5, 6:7, 6:9, 6:16, 9:5, 9:17, 10:2, 10:12, 10:20, 11:18, 12:10, 15:18, 16:15, 18:19, 18:20, 19:3, 20:3, 21:17, 25:12, 26:13, 26:22, 26:24, 27:7, 29:2, 30:20, 31:14, 31:20, 34:19, 36:9, 36:24, 37:6, 37:9, 37:11, 37:17, 37:18, 37:24, 38:3, 39:3, 48:17, 49:23, 50:12, 53:25, 56:11, 66:9, 77:13, 77:18, 77:20, 78:7, 78:8, 78:18, 81:21, 83:9, 84:12, 86:15, 86:16, 82:21, 87:25, 88:25, 89:8, 89:13, 91:3, 91:4, 92:20, 93:7, 100:10, 106:12, 107:13, 108:10, 108:17, 108:18, 109:11, 109:21, 113:8, 117:9, 125:25, 135:15, 138:25, 141:4, 160:10, 161:25, 164:3, 175:7, 175:10
**jail's** [1] - 181:11
**jails** [3] - 16:11, 17:14, 89:16
**JAMES** [1] - 2:17
**January** [8] - 5:10, 6:13, 7:6, 17:19, 26:25, 168:21, 169:15, 172:5
**job** [2] - 78:24, 93:19
**joint** [2] - 34:25, 35:14
**JOSEPH** [1] - 1:10
**Joseph** [1] - 2:15
**Judith** [2] - 90:22, 103:10
**Judy** [1] - 103:18
**July** [3] - 139:20, 139:21, 181:16
**jurisdiction** [2] - 5:19, 63:4
**Justice** [2] - 3:9, 94:4

**K**

**keeps** [1] - 100:23
**Keith** [1] - 56:10
**kept** [3] - 53:15, 64:13, 109:24
**Kevin** [18] - 87:13, 87:18, 88:3, 88:8, 88:16, 89:4, 89:6, 89:20, 90:2, 99:10, 100:24, 124:10, 124:16, 124:21, 147:25, 148:17, 149:8
**key** [1] - 128:12
**KIM** [1] - 2:6
**kind** [2] - 93:19, 95:19
**KLEINBERG** [33] - 2:11, 14:19, 15:7, 15:13, 29:5, 30:3, 41:2, 42:14, 61:9, 62:3, 67:15, 68:8, 68:25, 70:8, 70:25, 71:9, 73:15, 74:21, 82:17, 106:2, 136:12, 136:17, 139:13, 143:18, 146:9, 148:4, 148:8, 148:21, 152:18, 167:11, 171:4, 172:23, 183:6
**knowledge** [11] - 51:8, 51:10, 51:11, 51:13, 75:15, 87:6, 93:8, 106:9, 107:10, 126:20, 150:25
**known** [1] - 116:13
**knows** [1] - 141:17

**L**

**Lamy** [3] - 57:5, 57:7, 179:21
**language** [2] - 159:7, 159:9
**LaPolla** [11] - 2:15, 30:10, 59:25, 106:7, 106:15, 107:23, 110:5, 110:24, 113:15, 119:5, 119:19
**LAPOLLA** [1] - 1:10
**large** [1] - 18:19
**last** [10] - 93:25, 117:2, 121:6, 136:18, 144:21, 150:4, 150:21, 152:5, 180:8
**law** [3] - 5:16, 21:16, 39:4
**Law** [2] - 35:2, 35:15
**laws** [1] - 34:16
**lawsuit** [7] - 4:17, 26:10, 28:25, 29:7, 29:9, 107:6, 109:4
**laying** [1] - 102:25
**leadership** [1] - 27:24
**learn** [7] - 14:3, 14:8, 28:23, 29:23, 70:3, 81:3, 170:9
**learned** [1] - 14:6, 29:6, 29:9, 55:13, 116:25, 119:17, 176:13
**learning** [2] - 30:16, 31:4
**least** [3] - 25:7, 121:13

131:6
**leave** [2] - 4:25, 157:15
**leaving** [1] - 102:23
**LeFever** [54] - 6:6, 8:23, 10:20, 11:2, 20:11, 31:12, 31:18, 31:24, 32:16, 32:25, 33:16, 33:17, 33:18, 34:6, 36:25, 50:21, 54:16, 55:7, 56:24, 58:11, 59:12, 60:3, 60:4, 60:16, 64:16, 65:5, 67:10, 86:12, 86:25, 91:7, 98:20, 100:16, 100:18, 103:4, 103:6, 103:8, 103:13, 103:24, 104:10, 105:4, 108:14, 114:9, 116:4, 118:3, 118:25, 119:4, 132:13, 175:12, 175:16, 175:25, 177:5, 177:20, 179:15
**LeFever's** [1] - 10:24, 178:3
**LeFever/Captain** [1] - 32:25
**left** [1] - 117:3
**legally** [1] - 113:23
**legislature** [1] - 46:18
**length** [1] - 154:8
**lesson** [1] - 45:19
**Letter** [2] - 179:22, 186:13
**letter** [30] - 47:16, 48:12, 52:12, 54:19, 54:24, 55:9, 55:14, 55:23, 57:23, 58:10, 62:11, 63:11, 63:17, 65:20, 66:19, 72:13, 104:4, 131:4, 131:5, 131:11, 132:4, 132:12, 132:15, 133:9, 133:13, 133:19, 133:23, 133:24, 179:20
**level** [16] - 23:22, 35:24, 82:25, 95:12, 95:13, 108:7, 126:5, 126:21, 130:2, 145:6, 146:7, 147:4, 147:17, 148:20, 165:2, 165:7
**levels** [2] - 23:23, 144:22
**Librium** [1] - 145:14
**licensed** [2] - 89:7, 92:22
**lieutenant** [6] - 6:7, 11:5, 46:15, 100:9, 100:12, 146:15
**Lieutenant** [11] - 6:7, 8:23, 10:19, 10:24, 11:2, 32:25, 50:22, 81:25, 100:18, 103:5, 103:13
**life** [2] - 27:21, 32:4
**likely** [1] - 50:9
**limited** [1] - 78:6
**line** [8] - 34:14, 64:7, 69:9, 118:10, 119:8, 135:20, 142:23, 144:21
**LINE** [1] - 186:3
**LINE(S** [1] - 187:11
**lines** [1] - 152:11
**Linked** [2] - 93:13, 93:14

**list** [1] - 35:13
**listed** [1] - 152:15
**listen** [2] - 88:8, 108:20
**listening** [1] - 108:20
**lists** [1] - 149:19
**litany** [1] - 39:3
**literally** [2] - 77:5, 122:17
**live** [1] - 21:6
**living** [2] - 27:5
**LLP** [2] - 2:9, 2:14
**location** [2] - 172:6, 172:7
**lock** [1] - 17:15
**lock-ups** [1] - 17:15
**log** [5] - 57:25, 58:2, 58:6, 132:6, 176:14
**Log** [1] - 58:3
**long-range** [1] - 121:21
**long-term** [1] - 103:17
**Longmont** [3] - 7:22, 44:9, 44:14
**look** [28] - 37:13, 38:10, 61:14, 62:23, 63:22, 68:9, 72:11, 93:11, 97:24, 100:5, 101:5, 108:19, 128:5, 131:17, 131:25, 133:2, 136:21, 138:11, 139:5, 139:18, 144:20, 149:11, 151:9, 158:11, 159:17, 168:5, 176:4
**looked** [16] - 12:18, 15:17, 29:10, 29:13, 62:22, 104:3, 104:24, 134:15, 137:18, 163:11, 170:6, 181:3, 181:6, 181:10, 181:20, 181:22
**looking** [10] - 24:14, 61:2, 61:7, 61:11, 93:15, 94:2, 95:18, 103:16, 143:15, 143:16
**looks** [1] - 98:6
**LOUIS** [1] - 1:10
**Louis** [1] - 2:15
**LOVETT** [1] - 2:4
**lower** [1] - 71:25
**lunch** [1] - 101:10
**luncheon** [1] - 101:11

**M**

**ma'am** [5] - 4:18, 22:21, 30:11, 43:2, 61:11
**MAC** [4] - 149:2, 153:19, 153:20, 153:24
**mail** [1] - 166:9
**main** [2] - 24:23, 115:16
**maintain** [2] - 172:20, 173:7
**major** [1] - 33:20
**mandated** [3] - 124:19, 125:10, 126:13
**MANGONE** [1] - 2:14
**manner** [2] - 29:10, 29:13

manpower [1] - 174:16
manual [7] - 95:23, 96:7, 128:15, 129:3, 149:12, 158:8, 158:9
manuals [3] - 44:21, 44:23, 45:6
marked [12] - 52:11, 64:21, 101:18, 108:25, 120:25, 130:21, 130:23, 130:25, 151:4, 154:19, 179:19, 179:23
marks [1] - 152:10
Marlene [1] - 99:19
marriage [1] - 185:17
matter [18] - 1:19, 17:17, 25:12, 74:24, 105:13, 105:18, 105:20, 105:21, 105:24, 106:18, 106:23, 106:24, 116:15, 126:4, 137:18, 185:11, 185:18, 187:8
McNamara [20] - 34:2, 55:19, 56:4, 57:21, 58:8, 58:14, 58:23, 59:14, 60:25, 61:7, 61:13, 61:24, 63:2, 63:21, 64:2, 86:13, 113:4, 116:4, 132:16, 133:17
mean [22] - 22:19, 32:3, 53:24, 57:25, 69:9, 81:20, 82:6, 90:9, 92:13, 92:14, 103:18, 106:19, 107:5, 111:19, 115:24, 119:5, 124:13, 127:15, 127:17, 129:22, 131:22, 170:18
mean.. [1] - 88:11
meaning [4] - 66:13, 89:21, 94:19, 178:15
Meaning [1] - 30:10
meant [3] - 85:13, 113:20, 158:5
mechanism [2] - 27:23, 28:2
medical [39] - 10:2, 13:14, 20:7, 22:23, 23:3, 31:9, 31:21, 56:9, 73:23, 76:21, 77:4, 77:13, 77:19, 78:6, 78:7, 80:13, 83:6, 83:8, 83:21, 84:6, 84:10, 84:11, 84:15, 98:18, 99:4, 99:17, 123:6, 123:20, 145:13, 145:21, 145:22, 145:25, 148:25, 149:4, 151:3, 158:24, 159:5
medications [3] - 77:16, 93:20, 167:6
medium [1] - 122:11
meet [5] - 24:9, 24:14, 99:5, 99:9, 158:25
meeting [12] - 92:25, 93:25, 95:2, 98:19, 98:21, 99:11,

99:12, 99:15, 100:25, 101:2, 130:7, 153:24
meetings [5] - 100:20, 100:22, 149:2, 153:19, 153:20
meets [4] - 38:3, 38:4, 99:6, 133:15
member [7] - 12:18, 33:14, 34:9, 60:3, 60:4, 61:20, 91:2
members [4] - 91:3, 115:3, 121:16, 161:15
Memo [2] - 130:23, 186:11
memo [7] - 17:21, 46:8, 132:23, 133:13, 138:3, 138:21, 177:20
memoranda [6] - 16:14, 16:17, 16:19, 17:3, 17:9, 17:25
Memorandum [2] - 101:17, 101:23
memorandum [1] - 102:10
Memorandums [1] - 17:12
memory [18] - 13:16, 39:10, 44:7, 45:24, 45:25, 55:9, 62:13, 96:4, 96:11, 103:3, 113:3, 114:13, 118:23, 133:14, 150:23, 178:6, 178:16, 179:13
memos [1] - 17:18
mental [40] - 18:6, 18:18, 20:7, 69:24, 72:13, 72:17, 72:20, 73:2, 73:5, 73:6, 73:12, 73:16, 73:21, 74:8, 74:11, 74:13, 74:20, 75:4, 75:7, 75:12, 76:5, 88:24, 89:2, 89:9, 89:12, 92:12, 92:20, 97:12, 97:13, 110:12, 110:14, 111:3, 111:9, 111:14, 111:23, 122:18, 158:14, 181:17
Mental [8] - 18:11, 18:12, 18:14, 18:16, 44:24, 69:20, 89:17, 93:23
mention [1] - 107:25
mentioned [6] - 57:6, 57:12, 107:24, 117:11, 117:12
met [5] - 7:5, 7:14, 7:19, 127:2, 127:18
method [2] - 164:20, 165:11
Michael [1] - 18:17
microscope [2] - 82:8, 82:13
mid [1] - 96:18
middle [1] - 148:9
might [4] - 92:6, 99:7, 160:15, 160:16
Mike [1] - 18:22
military [1] - 27:19

mind [1] - 147:11
Mineola [2] - 2:10, 2:11
minimum [7] - 7:25, 8:10, 16:10, 149:18, 149:25, 150:10, 155:10
minute [2] - 82:18, 154:12
minutes [10] - 24:3, 67:14, 85:19, 85:20, 100:19, 100:22, 100:23, 100:24, 101:3, 158:18
MIRANDA [1] - 2:8
mirrored [1] - 128:20
misconduct [1] - 133:4
Miss [14] - 26:8, 53:2, 80:16, 86:4, 90:22, 118:13, 122:2, 122:8, 124:4, 124:9, 125:20, 171:18, 175:19, 176:3
mission [1] - 31:4
mistaken [1] - 90:2
mode [2] - 150:3, 150:20
model [5] - 32:14, 103:17, 118:22, 122:17, 123:19
modification [3] - 20:20, 24:16, 27:14
modifications [1] - 104:11
modified [6] - 19:20, 19:22, 20:16, 47:4, 47:7, 168:22
modifying [1] - 65:3
moment [3] - 53:3, 104:13
moment-to-moment [1] - 53:3
moments [2] - 32:5, 43:17
Monday [3] - 134:13, 135:11, 174:5
monitor [2] - 85:10, 169:12
monitoring [7] - 82:23, 85:15, 85:18, 147:5, 158:16, 158:17, 159:3
month [7] - 59:23, 59:24, 96:17, 96:21, 99:6, 99:8, 99:9
monthly [1] - 87:23
months [7] - 59:21, 59:22, 61:8, 151:17, 151:20, 152:5, 163:20
morning [2] - 26:21, 133:15
MOSKOWITZ [1] - 2:20
most [10] - 11:16, 46:17, 50:8, 78:23, 95:11, 95:12, 134:12, 135:17, 164:24, 169:8
Most [1] - 36:16
motivated [1] - 67:8
motivation [1] - 122:14
move [1] - 82:15
moved [1] - 10:23
movement [2] - 168:15, 171:23
MR [40] - 14:19, 15:7,

15:13, 29:5, 30:3, 41:2, 42:14, 61:9, 62:3, 67:15, 68:8, 68:25, 70:8, 70:9, 70:25, 71:9, 73:15, 74:21, 82:17, 106:2, 136:12, 136:17, 139:13, 143:18, 146:9, 148:4, 148:8, 148:21, 152:18, 152:19, 152:20, 156:6, 157:3, 157:11, 167:11, 171:4, 172:23, 183:6, 183:8, 183:9
MS [11] - 4:10, 67:13, 69:3, 82:19, 101:9, 101:15, 130:20, 148:11, 179:18, 183:4, 186:5
must [4] - 41:6, 70:14, 71:7, 76:5
myriad [1] - 132:2

N

name [5] - 4:11, 10:17, 90:15, 114:23, 175:10
named [2] - 56:8, 164:4
namely [3] - 30:17, 60:7, 152:5
National [34] - 7:21, 73:25, 75:18, 76:25, 88:5, 90:16, 90:18, 95:2, 95:16, 126:8, 126:13, 126:18, 126:24, 127:3, 127:19, 128:4, 128:7, 128:11, 128:13, 128:21, 128:23, 129:13, 129:22, 129:24, 130:6, 150:14, 152:16, 153:8, 153:16, 154:3, 157:18, 158:22, 159:24, 160:21
natural [1] - 108:15
NCIC [1] - 75:21
near [4] - 135:8, 170:19, 172:2
necessarily [1] - 81:5
need [6] - 82:13, 84:10, 101:8, 139:14, 143:19, 157:6
needed [4] - 89:4, 113:6, 135:17, 142:25
needed...contact [1] - 144:5
needle [1] - 152:10
needs [1] - 157:4
negotiations [1] - 35:18
never [16] - 12:14, 16:4, 16:6, 66:21, 67:10, 110:6, 117:10, 117:11, 117:12, 117:14, 132:7, 174:19, 174:24, 175:2, 175:3
NEW [2] - 1:2, 184:2, 185:2
new [10] - 8:20, 23:7, 23:10, 24:18, 25:4, 27:15, 37:12, 79:15, 132:7, 150:11

198

New [24] - 1:11, 1:15, 1:21, 2:5, 2:11, 2:17, 2:22, 4:5, 4:14, 7:19, 12:4, 17:15, 18:6, 34:15, 44:11, 44:24, 80:23, 82:2, 82:11, 89:16, 95:15, 123:9, 162:19, 185:7
next [16] - 47:12, 52:5, 52:16, 59:20, 59:22, 72:12, 100:25, 101:2, 139:22, 142:8, 142:10, 142:23, 143:23, 149:21, 156:18, 158:12
NHU [1] - 169:17
NIC [1] - 121:8
night [1] - 173:18
nights [3] - 134:3, 169:25, 174:22
NOMI [1] - 91:2
NONE [3] - 186:8, 186:16, 186:19
nonetheless [1] - 173:4
normal [1] - 174:12
normally [11] - 94:14, 83:25, 97:22, 98:19, 99:6, 99:16, 99:20, 100:10, 163:24
North [29] - 23:17, 23:18, 23:19, 93:9, 134:4, 134:19, 134:25, 135:6, 135:8, 135:23, 167:16, 167:18, 168:7, 168:12, 169:3, 169:10, 169:22, 170:13, 170:20, 171:10, 171:13, 171:22, 171:25, 172:11, 173:6, 173:18, 174:9, 174:20, 176:8
Notary [4] - 1:20, 3:19, 4:4, 185:6
NOTARY [1] - 185:23
note [3] - 84:22, 85:9, 151:13
Noted [1] - 183:10
noted [2] - 169:22, 187:6
notes [1] - 162:17
nothing [4] - 15:11, 42:17, 56:23, 183:5
Nothing [1] - 106:21
Notice [1] - 105:22
notification [8] - 41:24, 49:14, 49:16, 51:17, 102:21, 108:11, 109:13, 112:6
notified [8] - 24:17, 24:19, 27:15, 43:19, 49:8, 49:25, 107:23, 165:25
notify [9] - 41:8, 42:6, 42:13, 47:22, 48:10, 50:3, 112:3, 148:18
notifying [2] - 48:19, 71:3
November [15] - 6:22, 15:16, 28:13, 54:22, 61:13, 63:18, 88:23, 96:7, 101:17,

122:4, 125:13, 128:16, 132:11, 149:13, 161:8
November/December [1] - 54:23
number [40] - 8:2, 9:7, 9:8, 12:3, 17:12, 18:18, 19:13, 20:13, 22:13, 26:20, 26:21, 26:23, 44:5, 46:12, 46:22, 48:11, 48:24, 50:24, 55:17, 57:10, 57:23, 58:7, 61:21, 72:13, 86:20, 87:2, 87:18, 90:24, 91:25, 94:15, 120:12, 145:10, 145:22, 149:24, 151:10, 151:19, 153:18, 154:2, 173:24
Number [2] - 47:21, 176:6
numbered [1] - 180:4
numerous [3] - 21:7, 81:23, 81:24
nurse [11] - 77:8, 77:9, 80:14, 80:19, 83:24, 83:25, 147:14, 147:15, 147:23, 152:23, 153:4
nurse's [1] - 154:23
nurses [6] - 122:2, 124:7, 142:23, 144:4, 144:16, 155:16
nursing [20] - 80:11, 80:12, 81:2, 99:3, 111:10, 124:2, 125:9, 125:16, 128:17, 129:2, 129:25, 145:19, 148:18, 150:10, 153:11, 154:14, 156:25, 157:7, 159:12

**O**

O'Malley [12] - 6:7, 8:24, 10:23, 11:3, 33:2, 50:22, 81:25, 86:12, 91:14, 100:18, 103:5, 103:13
O'Mally/Lieutenant [1] - 33:2
O-S-T [1] - 114:21
oath [2] - 3:7, 19:11
object [1] - 62:3
Objection [23] - 29:5, 30:3, 41:2, 42:14, 61:9, 68:8, 70:8, 70:9, 70:25, 71:9, 73:15, 74:21, 136:12, 146:9, 148:21, 152:18, 152:19, 152:20, 156:6, 157:3, 157:11, 167:11, 171:4
objections [1] - 3:13
obligation [3] - 156:25, 157:8, 157:13
observation [5] - 136:24, 137:25, 144:23, 145:5, 158:15
observations [2] - 53:24,

152:9
observe [1] - 147:2
observed [1] - 86:2
obtained [1] - 169:7
obvious [1] - 11:4
Obviously [2] - 38:6, 109:21
obviously [20] - 9:19, 10:11, 22:16, 29:7, 44:20, 49:12, 51:10, 55:22, 59:15, 60:25, 81:9, 101:19, 116:17, 122:13, 131:13, 131:14, 138:9, 153:7, 157:15, 180:19
occasion [2] - 7:24, 16:13
occasions [2] - 145:10, 149:9
occur [7] - 18:21, 23:2, 37:10, 81:7, 147:22, 158:17, 159:25
occurred [4] - 13:17, 115:18, 150:5, 179:9
occurring [1] - 180:16
occurs [1] - 79:9
October [3] - 15:16, 101:23, 179:19
October/November [2] - 14:6, 20:10
OF [6] - 1:2, 1:11, 184:2, 184:4, 185:2, 185:4
Offender [2] - 93:13, 93:14
offered [2] - 124:4, 124:17
office [7] - 6:24, 7:9, 9:11, 91:20, 123:14, 123:15, 178:24
Office [8] - 18:11, 18:14, 44:24, 69:19, 77:7, 130:22, 186:11
officer [69] - 3:7, 5:17, 24:7, 24:11, 24:13, 37:3, 40:18, 40:23, 42:12, 47:9, 47:13, 47:14, 47:21, 48:9, 48:18, 49:4, 49:8, 53:12, 66:14, 71:3, 73:22, 81:16, 82:2, 83:20, 85:17, 86:9, 111:4, 111:7, 133:4, 134:2, 134:4, 134:9, 134:17, 135:2, 135:3, 135:7, 135:18, 135:19, 135:20, 135:22, 135:23, 145:18, 146:21, 147:2, 147:6, 147:14, 147:15, 147:23, 148:18, 168:13, 169:4, 169:8, 169:12, 169:23, 170:2, 170:13, 170:18, 171:23, 172:12, 172:20, 173:6, 173:18, 174:4, 174:10, 176:7, 176:17, 178:9, 182:10
Officer [1] - 152:22
officer's [4] - 45:3, 45:11, 134:20, 135:12

officers [16] - 24:2, 43:5, 77:14, 79:24, 80:7, 81:24, 83:6, 83:10, 84:8, 86:22, 91:6, 144:24, 145:4, 161:4, 175:24
official [1] - 1:9
often [2] - 36:16, 99:4
Oliver [1] - 30:18
on-call [1] - 89:3
on-site [3] - 129:23, 141:13, 141:14
once [7] - 7:12, 36:22, 43:19, 99:9, 109:9, 141:10, 165:12
one [63] - 10:3, 10:8, 11:9, 13:4, 13:15, 20:8, 24:7, 24:9, 24:11, 31:23, 31:25, 37:4, 40:24, 42:7, 46:10, 46:11, 49:17, 54:11, 56:12, 57:8, 62:16, 71:14, 77:8, 77:9, 78:2, 87:25, 88:21, 89:11, 92:8, 92:16, 92:24, 94:2, 94:7, 94:12, 100:4, 100:13, 109:14, 113:10, 118:17, 121:9, 121:11, 121:17, 121:24, 122:2, 122:9, 122:16, 122:22, 143:22, 143:23, 147:10, 156:11, 164:12, 164:14, 164:17, 164:22, 176:6, 176:22, 182:25
One [8] - 24:13, 47:16, 67:25, 88:21, 88:22, 164:22, 167:17, 167:19
one-on-one [1] - 24:7
one-on-two [1] - 24:9
one-person [1] - 176:22
ongoing [4] - 6:19, 36:10, 36:22, 62:5
open [5] - 15:3, 15:4, 58:21, 61:22, 108:21
operate [1] - 175:22
operation [5] - 5:23, 53:3, 123:16, 170:7, 175:4
operations [7] - 6:11, 9:5, 31:14, 31:20, 37:11, 120:15, 173:23
opinion [1] - 134:22
opportunity [1] - 112:15
opposed [2] - 93:18, 110:18
option [1] - 124:25
optional [1] - 124:8
Orange [1] - 36:17
order [2] - 60:10, 127:24
orders [2] - 143:2, 144:6
organization [2] - 31:4, 90:16
organizations [1] - 90:25
Ost [5] - 56:9, 56:16, 57:19,

114:21, 115:8
  otherwise [1] - 159:12
  outbrief [1] - 116:14
  outcome [3] - 92:8, 92:16, 185:18
  outcomes [2] - 92:18, 166:12
  outgoing [1] - 7:3
  outside [5] - 99:23, 101:24, 118:17, 119:16, 133:12
  outstanding [2] - 78:24, 80:23
  overall [6] - 7:16, 50:13, 61:10, 93:15, 115:11, 115:12
  overnight [1] - 135:21
  overtime [1] - 46:17
  own [2] - 38:2, 53:23
  ownership [1] - 125:25

**P**

  P-1 [2] - 108:24, 131:2
  P-1s [4] - 108:5, 108:8, 109:9, 109:24
  p.m [1] - 183:10
  packet [12] - 13:14, 13:16, 22:24, 40:8, 56:23, 85:6, 104:21, 109:5, 109:7, 111:17, 162:18, 162:25
  packs [1] - 77:15
  Page [5] - 140:9, 140:12, 142:4, 149:23, 159:23
  PAGE [1] - 186:3
  page [32] - 47:8, 47:12, 51:22, 52:6, 52:11, 52:16, 65:18, 67:18, 67:20, 69:2, 72:12, 104:4, 128:10, 131:5, 133:21, 136:16, 136:21, 139:7, 139:18, 139:22, 142:8, 142:10, 142:14, 149:13, 149:20, 149:23, 151:10, 156:14, 158:12, 168:7, 180:4, 184:12
  PAGE(S [1] - 187:11
  pages [8] - 97:24, 98:11, 151:3, 153:16, 154:7, 154:16, 156:13, 184:9
  painted [1] - 93:9
  paper [1] - 102:16
  Paragraph [1] - 172:22
  paragraph [15] - 68:6, 69:2, 121:6, 132:5, 136:22, 142:19, 144:21, 149:17, 154:20, 154:23, 168:6, 178:9, 180:5, 180:9, 182:9
  paragraphs [1] - 133:20
  Part [1] - 161:14
  part [42] - 7:18, 12:16, 21:25, 22:23, 24:19, 31:3, 61:10, 66:8, 76:14, 76:16,

76:25, 77:3, 77:9, 83:8, 91:12, 97:5, 97:25, 99:10, 106:23, 109:3, 109:5, 111:11, 111:16, 111:25, 124:11, 127:16, 127:18, 131:6, 140:13, 143:6, 144:9, 144:10, 147:5, 147:7, 150:14, 153:16, 157:2, 162:18, 167:5, 172:25, 182:11
  part-time [2] - 77:9, 83:8
  participate [1] - 91:8
  participated [5] - 90:20, 90:21, 90:23, 92:7, 110:20
  particular [3] - 29:15, 29:17, 109:14
  particularly [2] - 49:13, 100:4
  parties [3] - 3:4, 64:8, 185:16
  party [1] - 57:4
  passed [1] - 10:16
  Pat [7] - 6:7, 11:3, 62:6, 62:10, 62:23, 63:22, 82:4
  pathogens [1] - 46:22
  Patrick [1] - 131:10
  pays [1] - 119:13
  pending [8] - 105:12, 105:16, 105:18, 105:19, 106:18, 113:18, 113:20
  people [25] - 7:17, 27:8, 30:7, 31:23, 48:24, 50:18, 56:7, 58:5, 61:17, 68:17, 72:5, 73:4, 78:8, 84:9, 86:5, 90:24, 92:2, 94:2, 108:11, 108:17, 108:19, 108:20, 145:10, 157:17, 173:21
  People [1] - 90:25
  per [1] - 92:23
  percent [1] - 129:12
  perform [1] - 50:19
  performed [3] - 153:14, 155:16, 170:12
  perhaps [1] - 85:20
  period [9] - 79:6, 79:23, 81:6, 96:21, 139:20, 139:23, 170:11, 171:12, 173:21
  periods [1] - 77:5
  permits [1] - 99:22
  Perry [13] - 62:6, 62:10, 62:23, 63:2, 63:9, 63:22, 82:4, 91:22, 131:2, 131:10, 180:20, 181:19, 181:22
  Perry's [4] - 132:23, 133:7, 138:2, 138:20
  person [1] - 25:2, 27:20, 49:2, 73:20, 105:12, 108:16, 115:8, 117:2, 175:13, 176:22, 182:25
  personal [4] - 51:7, 51:11,

51:13, 75:15
  Personal [2] - 1:5, 51:10
  personally [7] - 16:5, 16:6, 18:13, 27:15, 44:18, 50:17, 126:19
  personnel [5] - 141:2, 158:17, 159:25, 160:22, 161:9
  perspective [3] - 139:11, 139:17, 181:15
  pertain [1] - 9:2
  pertained [4] - 10:2, 17:10, 17:13, 54:14
  pertaining [11] - 17:23, 18:2, 20:6, 26:8, 29:8, 35:13, 54:13, 84:22, 110:6, 151:4, 152:4
  Perusing [6] - 133:2, 142:17, 143:20, 149:22, 154:9, 179:25
  Peter [6] - 6:10, 82:3, 85:9, 85:22, 87:3, 87:6
  phone [1] - 21:8
  phones [1] - 25:9
  physical [8] - 72:9, 83:12, 143:16, 143:24, 144:8, 144:9, 155:9
  physicals [1] - 78:9
  physician [3] - 72:15, 142:25, 144:5
  Piazza [3] - 18:17, 18:22, 93:24
  picked [4] - 111:9, 163:21, 171:5, 171:6
  piece [1] - 83:9
  pilot [3] - 123:4, 123:7, 123:17
  place [37] - 1:20, 6:15, 19:3, 19:8, 19:13, 19:15, 20:22, 20:23, 26:13, 29:25, 33:4, 46:23, 50:25, 53:7, 78:20, 78:21, 82:7, 82:11, 83:4, 83:9, 83:14, 95:6, 95:21, 98:19, 104:2, 108:5, 110:17, 141:3, 141:22, 145:3, 157:5, 169:9, 169:13, 173:25, 181:15, 181:17, 181:18
  placed [11] - 23:10, 24:20, 26:17, 66:13, 107:23, 108:6, 156:20, 158:3, 158:12, 158:13, 158:14
  placing [1] - 145:4
  Plains [3] - 1:15, 2:5, 2:22
  Plaintiff [1] - 2:4
  PLAINTIFF'S [1] - 186:10
  Plaintiff's [2] - 130:23, 179:23
  Plaintiffs [1] - 1:7
  plan [1] - 45:19
  play [3] - 33:15, 34:3, 36:4

plays [2] - 33:20, 33:25
  pleased [1] - 95:20
  pleasure [1] - 60:6
  plus [2] - 43:25, 162:6
  point [35] - 5:12, 7:23, 8:4, 26:12, 32:16, 36:19, 38:13, 39:11, 40:3, 60:13, 60:14, 62:9, 65:2, 70:4, 71:14, 76:6, 78:4, 81:3, 81:18, 89:5, 94:2, 103:25, 105:4, 112:13, 117:20, 118:2, 120:9, 127:12, 127:13, 141:19, 148:17, 148:24, 156:11, 165:8, 170:10
  police [1] - 91:2
  Policies [1] - 136:23
  policies [44] - 5:23, 6:2, 6:15, 7:8, 8:15, 8:19, 11:7, 19:2, 19:7, 19:9, 19:18, 19:21, 20:15, 27:14, 37:7, 37:21, 41:10, 43:4, 53:6, 64:17, 67:3, 70:23, 73:9, 74:7, 74:17, 77:24, 83:3, 89:25, 94:6, 94:9, 94:14, 95:5, 103:14, 104:11, 117:8, 129:2, 132:7, 132:13, 137:24, 138:17, 141:21, 145:2, 146:25, 180:6
  policy [60] - 25:16, 25:19, 25:23, 25:25, 26:16, 38:8, 41:13, 42:25, 43:9, 43:16, 47:3, 48:10, 48:19, 49:24, 50:11, 51:8, 51:20, 52:7, 53:16, 53:19, 54:10, 64:20, 64:22, 64:24, 68:7, 68:10, 68:11, 70:12, 70:18, 71:6, 71:10, 76:3, 82:22, 95:14, 96:7, 103:20, 103:21, 128:6, 128:15, 132:20, 139:20, 139:23, 146:5, 147:8, 149:12, 149:14, 149:17, 152:15, 153:15, 154:2, 154:7, 156:13, 157:16, 157:22, 176:21, 176:23, 177:4, 177:8, 182:17, 182:21
  population [1] - 123:22
  portion [1] - 181:17
  posed [1] - 26:4
  position [5] - 5:10, 134:21, 140:21, 174:4, 174:5
  positions [1] - 135:16
  positive [3] - 28:11, 41:17, 93:6
  possible [3] - 120:9, 133:3, 133:4
  post [17] - 79:25, 134:5, 134:10, 134:18, 134:20, 168:8, 168:13, 169:8, 169:17, 170:18, 171:11, 172:3, 172:11, 172:19, 173:6

200

posts [1] - 135:2
potential [2] - 69:23,
156:15
Potential [1] - 1:5
Potentially [1] - 73:6
practical [2] - 77:9, 135:15
practice [12] - 25:12, 25:24,
26:13, 28:25, 49:7, 51:8,
52:21, 74:10, 74:24, 75:12,
108:5, 126:4
practices [5] - 30:20, 48:17,
49:22, 67:3, 74:8
precaution [5] - 65:22,
66:22, 158:13, 158:19,
159:21
precautions [3] - 156:21,
158:4, 158:6
predated [1] - 19:10
prefer [2] - 33:8, 60:10
preferred [2] - 106:4,
120:18
prejudge [2] - 107:3,
120:17
preliminary [4] - 112:14,
112:20, 113:12, 121:3
preparation [3] - 7:18,
14:13, 141:14
prepared [1] - 109:10
preparing [1] - 7:5
PRESENT [1] - 2:24
present [2] - 115:23,
115:25
presented [1] - 51:12
president [1] - 93:22
pretty [3] - 53:20, 64:24,
69:9
prevalent [1] - 89:18
prevented [1] - 173:6
prevention [35] - 9:16,
9:19, 10:6, 11:7, 17:10,
17:13, 17:14, 18:3, 22:20,
25:6, 25:13, 32:12, 44:4,
44:10, 44:19, 46:20, 47:18,
48:2, 65:22, 66:22, 87:19,
88:17, 89:25, 90:4, 92:11,
94:14, 102:20, 118:22,
120:13, 122:18, 125:17,
125:21, 154:7, 156:12,
165:16
prevents [1] - 172:19
previous [3] - 23:13, 89:14,
177:12
previously [3] - 99:18,
104:3, 120:25
price [1] - 119:14
primarily [2] - 13:2, 169:14
primary [2] - 22:16, 175:13
prisoner [6] - 47:23, 48:11,
48:20, 52:13, 66:5, 68:4
prisoners [4] - 67:25, 68:2,

71:17, 72:17
prisons [1] - 17:16
privilege [5] - 14:20, 14:25,
15:4, 15:9, 15:12
privileged [1] - 114:4
problem [5] - 25:2, 28:12,
28:22, 73:13, 169:11
problems [8] - 72:13,
72:18, 72:21, 73:5, 73:7,
81:10, 150:4, 150:22
Procedural [2] - 51:25,
52:16
procedural [3] - 53:4,
53:13, 95:23
procedure [37] - 38:7,
41:14, 53:20, 54:2, 54:11,
54:16, 54:18, 54:25, 55:7,
55:11, 58:10, 60:16, 63:4,
63:16, 64:3, 64:25, 66:2,
66:9, 66:13, 67:9, 70:18,
71:6, 71:10, 74:23, 76:3,
82:22, 108:10, 114:2, 129:4,
146:5, 147:9, 177:8, 177:10,
177:11, 177:15, 177:18,
182:17
procedures [58] - 5:23, 6:2,
6:15, 7:8, 8:15, 8:19, 9:3,
9:6, 9:20, 10:5, 10:7, 11:7,
11:11, 11:14, 19:3, 19:8,
19:9, 19:19, 19:21, 37:8,
37:10, 37:19, 38:6, 41:10,
53:6, 53:15, 53:22, 54:5,
54:8, 64:12, 64:15, 70:24,
73:9, 74:17, 77:24, 87:21,
89:25, 94:7, 94:10, 94:14,
95:6, 103:14, 104:2, 111:25,
117:8, 132:8, 136:23,
137:25, 138:17, 141:22,
145:3, 146:25, 180:6,
180:12, 181:6, 181:10,
181:20
proceeding [1] - 117:20
proceedings [3] - 14:14,
185:10, 185:13
process [30] - 6:20, 9:12,
9:14, 24:19, 28:4, 28:7,
33:13, 40:9, 59:6, 69:22,
83:5, 113:24, 118:12,
120:13, 127:18, 141:3,
141:8, 141:11, 141:13,
142:3, 142:21, 143:6,
147:19, 156:16, 156:20,
157:4, 158:3, 160:15, 161:14
procured [1] - 46:18
produced [3] - 98:8,
137:11, 140:4
profession [1] - 81:17
professional [5] - 69:25,
74:14, 81:13, 82:10, 99:24
professionalism [1] - 93:7

program [33] - 78:19,
78:21, 79:10, 83:14, 83:15,
84:4, 93:12, 123:4, 123:7,
123:17, 124:22, 126:11,
134:2, 134:9, 134:17,
134:20, 135:3, 135:6, 135:7,
135:11, 167:2, 168:14,
169:8, 169:10, 169:24,
169:25, 170:19, 172:6,
172:10, 174:4, 174:10,
174:21
programs [7] - 76:9, 77:24,
95:21, 134:12, 134:14,
169:12, 173:19
progress [2] - 84:22, 85:9
progressing [6] - 82:25,
145:6, 146:7, 147:3, 147:16,
148:19
progression [1] - 144:22
project [2] - 90:10, 121:21
promoted [3] - 10:25, 11:2,
33:3
proper [2] - 83:5, 90:15
proposal [2] - 76:21, 78:3
protect [1] - 59:6
proud [1] - 88:9
provide [11] - 34:13, 56:17,
56:18, 76:21, 77:24, 80:3,
97:8, 98:5, 116:18, 117:22
provided [17] - 36:23, 45:4,
56:13, 56:14, 56:23, 67:24,
71:17, 89:9, 98:23, 112:15,
122:14, 133:11, 141:6,
143:12, 146:11, 155:7,
160:24
provider [1] - 141:17
provides [3] - 82:22, 97:4,
173:20
providing [4] - 109:13,
116:12, 141:16, 141:17
provision [2] - 104:4,
144:14
provisions [1] - 95:18
psychiatric [1] - 123:21
psychiatrist [3] - 28:20,
69:24, 80:15, 80:19, 89:22,
92:22, 156:22, 157:10
psychiatrist's [1] - 123:15
public [2] - 18:19, 18:21
PUBLIC [1] - 185:23
Public [4] - 1:20, 3:19, 4:4,
185:6
pull [2] - 21:13, 21:22
pulled [1] - 121:15
purported [1] - 40:6
purpose [3] - 68:14, 69:6,
98:21
purposes [1] - 4:22
purview [2] - 34:17, 54:4
push [2] - 21:13, 21:22

Put [1] - 26:9
put [43] - 19:15, 25:3, 27:9,
27:12, 27:23, 29:21, 48:25,
49:2, 54:12, 54:16, 55:7,
55:10, 58:10, 58:19, 58:20,
59:9, 60:16, 63:4, 64:4, 64:9,
64:11, 66:2, 66:8, 67:2, 67:7,
67:8, 76:15, 82:7, 83:3, 83:9,
95:21, 102:18, 122:21,
139:11, 139:16, 145:15,
165:9, 165:13, 169:6, 181:14
Putnam [38] - 1:10, 2:16,
5:7, 5:14, 5:18, 5:24, 6:25,
8:16, 11:7, 12:22, 13:6,
13:24, 18:17, 18:24, 20:12,
33:7, 38:12, 44:8, 44:13,
47:2, 67:3, 70:18, 76:2, 77:6,
82:9, 93:15, 93:16, 93:23,
95:7, 115:2, 117:17, 122:6,
123:3, 123:11, 123:12,
151:20, 152:6, 176:6
PUTNAM [2] - 1:11, 184:4
putting [3] - 50:25, 82:8,
132:13

Q

qualify [1] - 19:24
quality [3] - 87:22, 123:16,
124:11
questioned [2] - 63:3, 87:7
questions [14] - 4:16,
13:15, 22:5, 38:24, 46:24,
116:10, 140:22, 152:14,
152:23, 154:15, 156:3,
183:7, 183:8, 183:9
quick [2] - 127:8, 127:9
quickly [2] - 105:22, 105:23
quite [5] - 8:7, 25:4, 113:22,
122:19, 170:8

R

radio [2] - 50:5, 50:9
raised [1] - 58:9
RANDAZZO [5] - 2:14,
2:17, 70:9, 152:20, 183:9
range [4] - 121:21, 122:10,
122:11
Re [1] - 187:4
reaches [1] - 35:23
reaction [1] - 116:16
Read [2] - 142:13, 143:18
read [17] - 18:7, 66:20,
81:12, 133:25, 136:17,
142:15, 143:14, 143:16,
143:20, 154:9, 158:2, 163:3,
163:22, 171:17, 178:15,
180:2, 184:8
READ [1] - 187:11

reading [4] - 8:2, 16:20, 16:25, 150:8
ready [1] - 142:11
real [2] - 72:3, 127:8
really [9] - 7:3, 28:18, 35:19, 83:7, 116:4, 126:10, 127:18, 129:17
reason [5] - 29:15, 29:17, 40:7, 43:19, 134:4
reasons [2] - 102:15, 102:25
receive [6] - 16:18, 43:23, 43:24, 61:18, 161:19, 180:22
received [13] - 51:5, 54:19, 90:14, 93:6, 127:7, 131:22, 131:23, 141:21, 146:22, 161:9, 161:12, 173:16
receives [1] - 44:17
receiving [11] - 38:24, 63:8, 131:18, 131:21, 139:8, 140:25, 142:21, 149:18, 153:5, 153:14, 179:8
Receiving [3] - 140:17, 149:14, 149:24
recent [1] - 155:5
Recess [5] - 35:4, 67:16, 82:20, 130:19, 183:3
recess [1] - 101:12
recognize [4] - 38:11, 38:15, 98:3, 160:5
recollection [26] - 8:5, 75:17, 113:6, 120:5, 120:7, 120:16, 129:6, 130:16, 130:18, 131:24, 132:11, 132:18, 133:18, 138:8, 140:7, 149:10, 153:21, 160:14, 160:18, 163:10, 163:17, 178:20, 179:7, 179:17, 180:15, 180:17
recommend [4] - 33:18, 33:19, 119:18
recommendation [3] - 118:8, 122:8, 130:2
recommendations [6] - 120:21, 122:3, 126:5, 126:21, 176:5, 177:21
recommended [3] - 113:14, 124:9, 125:20
recommending [1] - 119:4
recommends [2] - 88:10, 129:14
record [11] - 4:12, 5:3, 63:24, 137:22, 142:23, 142:24, 144:4, 144:16, 151:3, 182:13, 185:12
recorded [1] - 143:6
recording [2] - 155:17, 182:18
recreation [9] - 168:16, 169:24, 171:24, 172:2,

172:6, 172:14, 173:19, 174:11, 174:22
Red [6] - 41:15, 42:25, 43:3, 43:7, 43:9, 43:14
Reentry [1] - 93:14
refer [2] - 54:24, 121:7
reference [5] - 104:2, 128:10, 133:3, 133:5, 150:14
referenced [8] - 45:15, 51:15, 63:17, 78:2, 138:2, 138:20, 160:4, 176:17
references [4] - 128:7, 152:16, 157:20, 159:23
referral [16] - 47:25, 48:5, 48:7, 49:9, 49:21, 73:17, 73:21, 74:3, 74:8, 75:20, 83:23, 111:3, 111:6, 111:9, 111:14, 111:23
referrals [3] - 75:12, 83:6, 157:6
referred [18] - 8:20, 42:24, 43:9, 43:16, 48:5, 55:4, 55:6, 73:2, 73:17, 74:11, 74:20, 75:4, 76:5, 110:12, 110:14, 132:20, 156:21, 182:9
referring [7] - 34:25, 138:13, 157:10, 158:24, 159:5, 160:25, 161:2
refers [11] - 52:17, 132:5, 141:2, 142:4, 142:19, 144:7, 151:11, 168:7, 178:8, 178:24, 180:5
regard [2] - 129:3, 182:17
regarding [6] - 72:17, 131:3, 136:23, 137:25, 159:20, 178:10, 180:23, 182:10
regardless [3] - 148:15, 153:12, 153:24
regular [2] - 100:7, 158:15
rehab [1] - 151:16
reintegration [1] - 93:16
relate [2] - 54:9, 64:2
related [4] - 9:12, 9:16, 9:24, 185:16
relates [1] - 129:17
relating [1] - 9:13
relationship [1] - 96:13
released [1] - 21:22
relevance [1] - 137:12
relevant [1] - 46:9
relief [1] - 174:17
rely [2] - 16:7, 174:17
remain [4] - 134:17, 135:3, 135:5, 135:10
remained [1] - 172:7
remains [1] - 97:22
remaking [1] - 58:2
remedy [1] - 122:16
remember [36] - 13:9, 21:5,

30:24, 32:4, 33:3, 44:9, 88:2, 88:3, 94:23, 114:23, 115:11, 118:5, 118:16, 119:6, 119:11, 119:22, 131:12, 131:20, 132:15, 132:16, 132:17, 137:8, 147:24, 155:18, 155:21, 155:23, 156:10, 163:4, 163:7, 163:21, 164:14, 171:19, 177:23, 179:11
render [2] - 12:9, 134:22
renewable [1] - 96:19
renewals [1] - 97:19
renewed [3] - 96:20, 96:24, 97:20
repeated [2] - 35:5, 136:20
replica [2] - 13:12, 13:21
report [25] - 20:5, 27:11, 28:16, 112:11, 112:14, 112:20, 113:13, 114:6, 114:10, 116:18, 121:4, 154:18, 168:3, 168:20, 169:22, 171:17, 171:20, 172:4, 172:10, 172:18, 173:4, 173:10, 174:9, 176:17, 179:21
reported [6] - 20:3, 20:20, 21:10, 155:5, 156:4, 185:10
Reporter [1] - 1:24
reports [3] - 18:4, 162:6, 166:12
Representative [1] - 1:5
reprimand [5] - 34:12, 34:15, 35:24, 36:3
reputation [1] - 80:23
request [2] - 76:20, 78:3
REQUESTED [1] - 186:7
requested [2] - 169:7, 174:2
requesting [1] - 136:19
require [5] - 19:4, 74:8, 124:7, 129:25, 159:4
required [20] - 30:19, 41:25, 42:2, 43:20, 45:16, 47:22, 67:5, 74:19, 88:5, 111:25, 112:3, 122:5, 122:7, 124:3, 124:5, 124:24, 125:3, 134:5, 166:4, 169:23
requirements [2] - 54:9, 174:6
requires [1] - 157:21
requiring [1] - 27:14, 148:17
rescued [2] - 164:16, 164:17
research [1] - 14:12
reserved [1] - 3:14
resolution [1] - 136:11
resolved [3] - 58:17, 105:21, 106:25

respect [24] - 5:14, 5:21, 8:18, 11:6, 28:25, 35:21, 41:22, 63:9, 82:12, 101:3, 107:13, 108:5, 129:15, 136:8, 141:7, 143:10, 145:3, 146:5, 155:15, 161:20, 178:17, 179:21, 182:4, 182:8
respected [2] - 81:25, 82:11
respective [1] - 3:3
respond [1] - 160:7
responded [1] - 102:24
response [5] - 112:19, 113:2, 113:17, 121:3, 178:3
responses [1] - 4:21
responsibilities [20] - 5:13, 6:10, 7:6, 7:16, 21:16, 27:18, 37:16, 39:2, 39:4, 47:13, 52:7, 52:11, 52:23, 80:7, 81:20, 168:14, 168:22, 169:22, 174:21, 174:22
responsibility [10] - 79:8, 79:18, 80:2, 80:4, 80:25, 84:16, 108:13, 108:16, 111:5
responsible [8] - 5:21, 36:6, 72:15, 73:19, 79:21, 85:24, 170:13, 171:23
responsive [2] - 82:16, 89:2
result [6] - 92:24, 93:4, 112:10, 156:19, 158:3, 176:12
results [1] - 137:5
resumed [1] - 101:13
retired [3] - 10:14, 10:15, 10:19
review [19] - 6:14, 7:12, 7:24, 8:9, 8:14, 12:17, 16:9, 16:14, 18:4, 31:2, 31:5, 50:7, 56:9, 56:17, 66:17, 138:20, 163:24, 173:22, 175:23
reviewed [19] - 7:7, 8:6, 8:7, 16:16, 18:2, 83:24, 127:15, 127:16, 130:6, 136:24, 138:2, 138:18, 162:20, 162:22, 162:25, 163:11, 172:25
reviewing [7] - 17:18, 17:22, 39:5, 53:11, 158:8, 159:15, 163:13
reviews [2] - 12:3, 56:11
RFP [6] - 76:14, 76:16, 76:19, 97:10, 141:11, 141:13
Rich [2] - 92:6, 99:18
Riker's [1] - 82:5
risk [18] - 19:5, 26:4, 26:15, 47:24, 75:14, 76:4, 82:25, 144:21, 145:5, 146:6, 147:3, 147:16, 148:19, 156:15, 156:19, 157:9, 158:2, 160:7

202

Rivera [8] - 164:4, 166:16, 168:3, 172:5, 172:18, 176:17, 177:22, 179:21
Rivera's [1] - 176:13
Road [2] - 1:15, 2:5
Robert [1] - 6:6
ROCKLAND [1] - 185:4
Rodriguez [2] - 164:18, 164:25
Rodriguez' [1] - 165:14
role [9] - 33:12, 33:15, 33:16, 33:20, 33:25, 34:3, 65:3, 65:6, 110:24
room [5] - 70:11, 110:2, 114:25, 119:24, 170:19
rooms [2] - 135:8, 169:10
rounded [1] - 182:18
rounding [6] - 176:14, 176:24, 176:25, 178:11, 178:17, 182:10
rounds [1] - 176:9
routine [2] - 58:6, 165:2
RULINGS [1] - 186:18
run [2] - 50:12, 109:21
running [3] - 108:16, 132:6, 135:15

**S**

sad [1] - 86:21
safety [1] - 72:12
Salit [3] - 1:23, 4:3, 185:6
SALIT [1] - 185:23
SAMBURSKY [1] - 2:8
SANTANELO [1] - 2:14
sat [4] - 49:11, 91:11, 118:7, 119:22
satisfactory [3] - 136:2, 136:4, 136:11
satisfied [2] - 89:13, 140:20
Saturday [1] - 169:14
saw [14] - 31:23, 38:16, 38:19, 38:25, 39:11, 39:19, 45:8, 45:10, 103:22, 103:23, 109:3, 110:6, 112:14, 163:7
schedule [2] - 98:3, 99:21
Schedule [1] - 140:8
schedules [1] - 99:8
scope [7] - 9:4, 98:4, 98:16, 140:8, 140:13, 143:10, 144:14
score [19] - 22:3, 22:19, 29:20, 40:19, 42:11, 43:11, 47:24, 49:3, 49:18, 49:20, 68:24, 69:13, 70:14, 70:19, 71:7, 74:5, 110:9, 165:19, 165:22
scored [6] - 29:25, 31:11, 32:20, 48:20, 70:6, 71:25
scores [12] - 30:20, 41:24,

45:17, 47:23, 51:16, 72:22, 72:24, 73:11, 74:11, 74:18, 75:3, 108:2
screened [3] - 142:20, 150:24, 165:15
screening [55] - 22:17, 22:20, 28:4, 28:17, 29:3, 31:21, 32:2, 32:11, 32:20, 33:6, 43:20, 46:21, 47:10, 47:18, 48:2, 48:21, 49:10, 53:11, 69:6, 69:22, 70:15, 72:22, 74:7, 83:5, 93:8, 104:14, 108:2, 111:20, 114:15, 139:9, 140:17, 140:25, 141:3, 141:8, 142:21, 143:6, 143:15, 143:23, 144:8, 147:19, 149:18, 149:24, 153:5, 153:15, 156:20, 157:4, 157:13, 158:3, 161:3, 165:16, 166:22, 180:5, 180:11, 181:6, 181:24
Screening [1] - 149:15
sealing [1] - 3:4
second [13] - 50:9, 65:18, 104:4, 121:6, 133:20, 136:16, 136:21, 142:19, 144:21, 149:23, 151:10, 180:4, 182:8
secretary [1] - 16:24
section [10] - 40:17, 47:10, 47:17, 51:25, 52:24, 65:19, 66:19, 69:5, 140:25, 142:15
Section [1] - 71:16
security [1] - 178:11
see [68] - 24:12, 45:5, 47:10, 47:19, 48:2, 48:13, 50:17, 52:2, 52:18, 52:25, 53:3, 63:13, 65:10, 65:13, 65:14, 65:22, 67:21, 70:12, 70:17, 72:18, 72:19, 80:10, 85:10, 95:5, 95:22, 104:16, 108:24, 111:13, 123:18, 128:8, 131:4, 132:8, 137:2, 137:4, 139:8, 139:10, 139:15, 140:17, 141:4, 142:5, 142:7, 143:2, 144:24, 146:16, 149:15, 150:6, 151:17, 151:25, 152:9, 155:7, 156:16, 156:22, 158:19, 160:2, 160:8, 162:15, 168:2, 168:17, 172:21, 173:2, 176:10, 177:15, 177:19, 178:2, 178:12, 180:13, 182:14
See [1] - 129:21
seeing [7] - 96:5, 96:11, 158:8, 177:23, 177:24, 178:4, 178:7
sees [2] - 108:8, 146:13

selected [1] - 35:12
send [1] - 118:20
sending [1] - 163:23
sense [2] - 57:24, 103:16
sent [9] - 17:3, 17:7, 54:20, 56:20, 85:6, 104:22, 121:2, 151:7
sentence [8] - 115:10, 115:11, 142:20, 156:16, 156:18, 157:25, 172:24, 180:8
Separate [1] - 79:20
separate [2] - 120:4, 168:16
September [1] - 90:6
sergeant [13] - 11:4, 40:19, 40:24, 46:16, 49:5, 52:18, 52:22, 53:5, 53:9, 72:14, 100:10, 100:12, 146:15
Sergeant [5] - 8:23, 10:23, 11:3, 33:2, 100:17
sergeants [2] - 50:22, 60:19
serious [2] - 81:10, 147:4
seriously [1] - 27:18
served [1] - 27:18
serves [4] - 60:6, 103:3, 113:3, 114:13
service [2] - 35:7, 35:11, 35:12, 123:20, 141:16
Services [1] - 18:16
services [12] - 76:22, 87:22, 97:3, 98:4, 98:17, 98:22, 143:4, 143:8, 140:13, 143:11, 144:14
session [6] - 92:9, 92:17, 94:8, 94:12, 121:11, 121:15
sessions [4] - 45:22, 46:13, 81:23, 81:24
set [11] - 5:22, 7:3, 37:7, 37:21, 51:19, 54:9, 64:18, 76:2, 123:10, 129:2, 185:21
sets [2] - 37:10, 43:18
setting [2] - 5:25, 37:19
seven [2] - 77:13, 134:10
seven-day-a-week [1] - 134:10
several [2] - 17:7, 88:22
severe [5] - 144:22, 145:6, 146:7, 147:17, 148:20
shaded [24] - 22:2, 22:19, 29:4, 29:9, 29:12, 29:14, 29:16, 29:19, 40:24, 42:7, 42:12, 43:12, 46:6, 48:8, 49:9, 49:18, 51:17, 65:10, 69:16, 72:2, 73:11, 74:6, 74:18, 110:11
shall [1] - 72:14
sharing [2] - 108:12, 109:15
SHEET [1] - 187:2

Sheila [1] - 100:17
Sheriff [14] - 1:9, 4:15, 5:6, 5:22, 27:6, 33:10, 81:19, 83:2, 86:4, 95:12, 118:11, 141:2, 176:5, 179:20
sheriff [35] - 5:19, 6:13, 6:21, 6:24, 7:3, 7:9, 7:12, 7:13, 12:23, 17:9, 19:11, 19:16, 19:17, 19:20, 19:23, 20:16, 26:24, 34:17, 34:20, 35:15, 35:17, 35:22, 36:5, 37:5, 46:10, 47:5, 48:18, 50:19, 78:11, 105:9, 164:6, 176:6, 178:23, 178:25
Sheriff's [3] - 7:20, 7:21, 77:6
sheriff's [2] - 91:18, 161:16
sheriffs [3] - 7:19, 44:15, 123:9
shift [13] - 41:9, 41:11, 42:13, 43:18, 52:22, 73:22, 98:24, 99:2, 109:16, 109:19, 135:21, 145:18, 146:21
shirt [1] - 167:24
short [3] - 83:18, 84:15, 122:10
Shorthand [1] - 1:24
shortly [2] - 20:25, 55:11, 58:11
SHOULD [1] - 187:11
should... [1] - 105:25
show [5] - 84:21, 116:8, 120:24, 154:17, 163:5
shown [2] - 123:5, 184:11
shows [2] - 139:19, 139:22
sick [1] - 77:11
side [5] - 31:9, 79:12, 91:19, 107:13, 135:15
sign [1] - 58:5
signatory [1] - 96:25
signature [5] - 16:25, 41:20, 41:21, 131:13, 131:14
signed [5] - 3:6, 3:8, 3:19, 3:20, 124:21
significant [1] - 26:23
significantly [1] - 48:12
signs [15] - 81:5, 86:2, 88:4, 142:24, 143:5, 144:10, 144:12, 144:16, 155:3, 155:17, 155:19, 155:23, 155:25
signs...as [1] - 144:4
simply [1] - 49:3
SINKOV [2] - 1:4, 1:5
Sinkov [12] - 1:6, 2:24, 4:17, 49:13, 49:16, 85:16, 86:21, 87:14, 114:11, 121:4, 154:24, 155:3
Sinkov's [1] - 20:2
sit [30] - 35:16, 35:17,

203

66:11, 71:13, 76:7, 83:12, 105:3, 116:6, 119:20, 120:3, 130:4, 130:11, 130:13, 131:20, 137:19, 144:6, 144:18, 146:4, 146:23, 147:11, 155:21, 156:9, 157:20, 163:3, 163:12, 163:20, 174:4, 175:15, 178:16, 180:16

site [5] - 15:24, 16:4, 129:23, 141:13, 141:14

sitting [1] - 24:13

situation [5] - 21:21, 22:15, 77:5, 77:8, 77:10

six [10] - 59:20, 59:23, 59:24, 96:17, 96:21, 149:19, 151:16, 151:20, 152:5, 166:22

six-month [4] - 59:23, 59:24, 96:17, 96:21

skin [1] - 152:9

sleep [1] - 93:19

SLONE [1] - 2:8

slot [1] - 10:24

small [1] - 47:16

Smith [7] - 2:10, 4:13, 4:15, 179:20, 184:20, 187:4, 187:21

SMITH [3] - 1:9, 1:18, 184:7

Smith's [1] - 141:2

smock [1] - 102:16

smocks [3] - 102:9, 102:14, 103:2

So.. [1] - 9:9

so.. [2] - 10:13, 14:23

Social [1] - 18:16

social [4] - 89:7, 89:23, 92:22, 97:15

society [1] - 94:3

SOKOLOFF [1] - 2:8

someone [4] - 21:16, 21:21, 58:2, 100:6

sometime [6] - 8:10, 13:18, 38:20, 63:4, 64:4, 127:4

Sometime [1] - 21:3

sometimes [5] - 21:20, 23:2, 98:20, 99:7, 100:2

somewhere [1] - 119:9

soon [1] - 6:21

soothing [1] - 93:10

sorry [6] - 7:14, 41:8, 90:17, 130:18, 150:19, 154:11

sought [1] - 77:4

South [1] - 135:24

SOUTHERN [1] - 1:2

Spain [8] - 14:12, 14:16, 15:2, 15:16, 34:3, 113:4, 114:4, 114:5

speaking [1] - 120:17

speaks [1] - 68:11

special [3] - 23:19, 180:10, 180:23

specific [55] - 6:2, 7:12, 8:4, 8:15, 9:23, 11:9, 17:21, 21:6, 29:13, 32:22, 37:25, 42:3, 44:6, 44:7, 44:11, 45:23, 45:25, 46:8, 46:14, 53:20, 54:5, 54:8, 54:25, 55:8, 62:13, 64:24, 69:10, 75:17, 96:11, 108:22, 111:19, 113:5, 118:23, 120:2, 120:5, 120:7, 120:16, 125:20, 129:5, 130:15, 130:17, 131:24, 133:5, 133:14, 143:21, 144:13, 147:24, 148:23, 149:10, 153:22, 160:13, 163:10, 164:14, 178:6, 179:13

Specifically [2] - 75:23, 144:6

specifically [98] - 5:20, 9:14, 9:23, 11:13, 12:12, 12:19, 12:25, 13:4, 13:9, 17:21, 19:14, 19:22, 28:17, 30:23, 32:17, 33:3, 39:21, 40:16, 41:23, 45:8, 45:15, 45:18, 46:5, 46:23, 51:7, 53:2, 53:10, 53:23, 57:13, 57:18, 58:9, 58:25, 61:12, 61:24, 62:23, 65:9, 70:13, 74:22, 76:2, 76:6, 76:17, 86:10, 86:24, 88:2, 88:8, 89:4, 89:24, 91:6, 93:4, 94:13, 94:16, 94:23, 96:4, 97:8, 97:21, 103:25, 109:14, 110:13, 114:17, 114:23, 115:7, 115:10, 118:6, 118:16, 119:19, 119:22, 129:3, 129:12, 131:12, 137:8, 138:5, 141:20, 145:9, 147:10, 148:23, 152:15, 152:25, 153:10, 153:21, 155:18, 160:5, 161:12, 163:4, 163:21, 168:6, 168:11, 170:25, 171:18, 171:19, 173:17, 173:20, 174:14, 174:24, 178:25, 179:16

specificity [1] - 54:3

specifics [2] - 155:22, 156:10

spectrum [1] - 7:8

speculate [3] - 57:15, 61:5, 159:6

SPENCER [1] - 1:5

Spencer [35] - 1:6, 20:2, 29:8, 49:13, 49:15, 84:22, 85:16, 86:2, 87:8, 87:14, 104:17, 107:18, 107:23,

110:7, 111:15, 114:10, 116:24, 121:4, 126:3, 149:5, 151:4, 152:14, 152:23, 153:5, 153:6, 153:7, 154:14, 154:18, 156:4, 161:15, 166:20, 167:20, 171:2, 171:12

Spencer's [18] - 20:25, 31:22, 88:13, 88:15, 94:20, 103:15, 104:19, 107:13, 108:25, 110:9, 112:7, 114:17, 122:13, 143:7, 150:17, 164:2, 170:10, 171:21

spent [2] - 90:3, 90:8

spite [3] - 78:25, 80:21, 82:8

spoken [6] - 56:7, 59:13, 59:14, 61:17, 87:18, 120:11

ss [2] - 184:3, 185:3

staff [117] - 6:8, 16:7, 26:13, 26:21, 29:24, 31:10, 33:9, 34:5, 36:7, 36:9, 36:10, 37:3, 37:20, 41:5, 44:12, 44:17, 45:15, 46:4, 49:25, 52:17, 52:22, 60:19, 70:4, 72:14, 73:19, 73:23, 75:8, 75:22, 75:24, 77:8, 77:13, 77:20, 79:12, 79:21, 80:11, 80:12, 80:14, 80:20, 80:25, 81:15, 81:22, 83:7, 83:8, 83:24, 84:10, 84:15, 84:16, 85:24, 86:8, 86:15, 86:16, 86:25, 88:9, 91:3, 91:4, 92:2, 93:7, 95:7, 99:3, 99:24, 102:8, 102:18, 111:10, 113:9, 114:3, 115:5, 116:22, 123:6, 124:2, 124:17, 124:19, 124:22, 124:25, 125:9, 125:16, 126:4, 126:20, 128:17, 129:2, 129:25, 133:15, 135:16, 145:4, 145:13, 145:19, 146:12, 146:13, 146:20, 148:18, 148:25, 149:4, 149:5, 150:10, 153:11, 153:25, 154:15, 156:25, 157:2, 157:7, 157:8, 157:12, 158:24, 159:2, 159:3, 159:6, 159:13, 159:19, 161:9, 162:24, 175:7, 175:10, 176:13, 178:21, 182:13

staffing [18] - 134:8, 134:16, 135:19, 136:6, 169:7, 170:5, 170:7, 171:15, 173:2, 173:11, 173:13, 173:15, 173:21, 173:22, 174:2, 174:18, 175:14

stamp [1] - 154:4

stamped [4] - 97:24, 98:11,

139:8, 149:14

standard [22] - 24:15, 49:6, 88:7, 126:15, 126:24, 127:2, 128:8, 130:7, 130:9, 130:11, 130:14, 144:11, 150:15, 152:17, 153:17, 154:3, 157:19, 157:20, 157:21, 158:22, 158:25, 159:24

standards [21] - 7:25, 8:10, 11:15, 16:10, 37:13, 73:24, 75:19, 75:21, 77:2, 88:6, 95:4, 95:18, 126:8, 126:19, 127:16, 128:21, 128:24, 129:7, 129:25, 155:10

standpoint [1] - 113:23

start [1] - 58:2

started [7] - 6:20, 6:22, 35:6, 89:10, 96:17, 96:18, 160:15

Starting [1] - 51:22

starting [2] - 15:21, 122:4

starts [1] - 140:8

STATE [2] - 184:2, 185:2

state [15] - 17:16, 20:11, 38:4, 38:14, 39:16, 40:13, 41:20, 41:22, 42:3, 42:4, 42:5, 104:18, 117:18, 117:24, 182:11

State [22] - 1:21, 4:4, 4:11, 7:20, 7:24, 12:4, 15:23, 17:15, 18:6, 34:16, 44:11, 44:24, 80:23, 82:2, 82:11, 89:17, 95:15, 112:3, 112:8, 123:9, 162:19, 185:7

state's [3] - 8:10, 16:10, 181:24

State's [2] - 18:11, 18:14

statement [4] - 31:4, 163:6, 163:22, 173:9

statements [3] - 162:16, 162:23, 163:13

states [2] - 41:7, 97:8

STATES [1] - 1:2

status [10] - 21:19, 22:6, 22:12, 23:5, 35:2, 35:3, 35:11, 35:14, 85:18, 158:15

stay [2] - 9:25, 20:22

step [2] - 78:10, 78:12

Still [1] - 92:13, 92:14

still [19] - 20:23, 42:20, 58:17, 58:21, 61:3, 61:7, 61:10, 62:21, 66:17, 87:20, 97:18, 134:7, 134:16, 137:18, 169:23, 170:4, 171:16, 172:18, 173:4

STIPULATED [3] - 3:2, 3:12, 3:17

stipulation [3] - 59:23, 59:24, 106:24

stone [1] - 102:23

stories [2] - 78:18, 80:17
strike [1] - 82:15
strong [2] - 27:19, 50:25
strongly [3] - 83:4, 83:13, 83:19
studied [2] - 32:11, 32:12
study [8] - 90:3, 97:16, 121:7, 121:25, 169:14, 170:15, 170:17, 171:11
stuff [1] - 163:23
subject [6] - 18:8, 90:14, 108:23, 148:3, 158:16, 184:10
subjects [2] - 125:17, 149:20
submitted [2] - 56:22, 97:9
Subscribed [2] - 184:22, 187:22
subsequent [1] - 97:19
substance [9] - 54:8, 57:19, 57:20, 59:3, 59:5, 62:21, 81:8, 94:21, 174:8
success [2] - 78:17, 80:17
suffices [1] - 106:3
suicidal [17] - 25:17, 66:5, 67:25, 68:4, 68:14, 69:7, 69:8, 69:12, 69:14, 69:17, 69:21, 70:5, 72:5, 72:7, 75:3, 75:14, 76:4
Suicide [1] - 17:14
suicide [106] - 9:16, 9:18, 10:6, 11:6, 17:10, 17:13, 17:23, 18:3, 19:5, 20:2, 20:6, 22:16, 22:20, 25:6, 25:13, 26:4, 26:15, 27:8, 27:9, 28:12, 28:17, 29:3, 31:21, 31:23, 32:2, 32:10, 32:12, 32:20, 33:6, 43:20, 44:4, 44:7, 44:10, 44:19, 46:20, 47:18, 47:25, 48:21, 49:10, 65:21, 66:5, 66:22, 69:23, 70:14, 72:22, 72:25, 74:7, 75:14, 76:4, 87:19, 88:17, 88:23, 89:25, 90:4, 92:11, 93:8, 94:14, 102:8, 102:13, 102:16, 102:20, 103:2, 103:15, 108:2, 111:20, 112:2, 114:15, 116:24, 118:22, 120:13, 122:18, 125:17, 125:21, 145:20, 145:24, 153:19, 154:7, 156:12, 156:15, 156:20, 157:13, 158:4, 158:5, 158:13, 158:18, 159:21, 160:7, 161:2, 161:10, 164:2, 164:3, 164:10, 164:15, 165:11, 165:16, 166:22, 167:23, 170:10, 171:3, 180:5, 180:11, 181:6, 181:12, 181:13, 181:16,

181:24
suicides [2] - 164:12, 166:2
suit [1] - 102:16
sum [1] - 133:25
summarize [2] - 133:21, 146:3
summer [12] - 21:3, 24:17, 25:8, 25:14, 25:20, 26:2, 27:10, 28:2, 28:3, 28:7, 30:4, 102:12
supervise [3] - 168:14, 169:24, 174:10
supervising [1] - 168:12
supervision [44] - 23:11, 23:13, 23:21, 23:22, 23:24, 23:25, 24:4, 24:6, 24:7, 24:10, 24:20, 24:24, 25:3, 25:4, 25:5, 25:12, 25:17, 26:3, 29:22, 45:16, 52:12, 67:24, 68:23, 69:11, 70:13, 71:16, 71:20, 80:3, 80:4, 80:5, 80:6, 108:7, 126:5, 126:22, 130:2, 146:8, 159:4, 165:3, 165:7, 167:13, 172:21, 173:7
supervisor [29] - 34:10, 41:9, 41:11, 42:6, 42:13, 43:10, 43:18, 47:23, 48:11, 48:20, 49:8, 49:25, 50:2, 50:6, 50:7, 51:15, 51:18, 52:2, 53:9, 67:20, 68:22, 69:4, 69:10, 71:15, 73:22, 79:14, 111:8, 145:18, 146:21
supervisor's [4] - 51:19, 52:6, 52:10, 111:5
supervisory [8] - 10:5, 24:5, 65:20, 66:4, 66:21, 104:6, 104:8, 110:18
Supervisory [1] - 65:19
support [6] - 16:8, 28:20, 31:22, 78:7, 80:13, 90:14
supposed [7] - 40:17, 42:22, 43:11, 43:18, 48:10, 137:5, 150:10
Susan [3] - 87:10, 111:14, 111:22
sweat [1] - 167:24
sworn [8] - 3:6, 3:8, 3:21, 4:3, 162:23, 163:6, 184:22, 187:22
symptoms [4] - 81:5, 86:3, 142:24, 155:4
system [8] - 21:13, 21:23, 21:25, 30:9, 80:18, 94:25, 101:6, 109:13
systemic [1] - 176:23

T

table [2] - 35:16, 35:17

talks [1] - 84:2
task [1] - 180:18
Taylor [2] - 35:2, 35:15
team [17] - 6:8, 7:4, 28:14, 56:9, 79:16, 79:19, 83:19, 84:4, 90:10, 111:12, 124:11, 125:23, 145:17, 147:14, 157:2
teamwork [1] - 148:24
telemedicine [5] - 123:8, 123:10, 123:12, 123:13, 123:14
telephone [1] - 21:12
ten [2] - 49:20, 110:10
tendency [1] - 69:8
tenure [3] - 20:16, 26:24, 164:10
term [6] - 68:4, 96:15, 96:16, 103:17, 158:5, 158:13
terminal [4] - 123:11, 123:12, 123:13, 123:14
terminate [1] - 60:11
terminated [3] - 118:9, 119:4, 119:20
terms [92] - 8:10, 10:6, 12:6, 15:23, 19:2, 19:18, 21:9, 22:7, 22:11, 22:22, 23:21, 24:16, 25:11, 29:12, 31:8, 34:4, 34:18, 37:18, 40:11, 42:10, 42:23, 43:7, 43:15, 44:16, 47:2, 47:8, 48:16, 49:15, 49:22, 49:23, 50:14, 51:14, 52:10, 53:13, 60:15, 63:24, 64:12, 64:25, 65:8, 66:19, 68:21, 69:12, 71:15, 71:23, 72:12, 72:20, 73:16, 74:4, 78:16, 79:4, 84:14, 89:19, 94:11, 96:12, 97:3, 97:17, 97:23, 102:17, 102:24, 105:2, 108:7, 109:10, 110:9, 110:17, 111:3, 113:12, 119:15, 120:21, 125:12, 126:17, 128:4, 132:4, 133:7, 133:19, 134:19, 134:25, 137:6, 137:15, 139:22, 141:21, 141:23, 142:18, 144:14, 147:13, 153:6, 154:13, 157:25, 159:20, 162:9, 166:16, 169:21
test [1] - 35:12
testified [3] - 4:5, 39:20, 132:10
testimony [7] - 34:5, 43:17, 79:2, 118:8, 136:19, 184:8, 187:7
THE [1] - 1:11
themself [1] - 145:21
themselves [7] - 19:22, 71:19, 71:24, 72:6, 72:8,

72:10
thereto [1] - 3:19
third [6] - 131:4, 133:20, 133:21, 136:22, 139:18, 149:17
thorough [1] - 109:12
threat [1] - 52:14
three [18] - 9:2, 10:7, 10:11, 13:3, 13:5, 23:23, 32:24, 56:7, 91:5, 100:14, 110:10, 127:21, 127:23, 129:8, 149:20, 154:7, 179:12
Three [1] - 2:21
throughout [4] - 17:15, 17:16, 26:24
thrust [4] - 114:14, 115:12, 115:17, 128:22
timeline [1] - 139:12
timeliness [2] - 137:2, 137:6
timing [1] - 91:17
TIMOTHY [1] - 2:22
today [25] - 4:16, 5:2, 20:23, 39:21, 66:11, 83:12, 116:7, 121:19, 130:4, 134:8, 134:16, 135:4, 135:10, 137:19, 144:18, 146:4, 156:10, 163:8, 163:13, 170:22, 170:23, 174:4, 175:16, 178:16, 180:16
together [4] - 36:15, 80:20, 118:20
tonight [1] - 93:19
took [8] - 9:8, 19:11, 33:4, 46:23, 78:10, 78:12, 86:23, 118:10
Top [1] - 67:20
top [1] - 158:12
topic [3] - 18:7, 46:9, 92:11
total [14] - 6:24, 24:8, 32:12, 40:9, 58:4, 79:16, 79:19, 83:19, 84:4, 110:10, 111:11, 111:12, 125:23
totally [2] - 58:17, 173:22
Tour [1] - 52:2
tour [19] - 43:10, 47:22, 48:20, 49:25, 51:14, 51:18, 51:19, 52:6, 52:10, 53:9, 67:20, 68:22, 69:4, 69:10, 71:15, 79:14, 111:5, 111:8, 135:12
toured [1] - 7:16
track [3] - 84:13, 122:23, 122:25
tragic [1] - 29:8
trained [5] - 80:8, 80:10, 83:10, 84:9, 125:16
training [7] - 7:21, 31:21, 33:22, 34:14, 36:7, 36:8, 36:10, 36:12, 36:15, 36:16,

205

36:18, 36:20, 36:22, 37:3, 43:23, 43:24, 43:25, 44:3, 44:6, 44:7, 44:9, 44:11, 44:14, 44:15, 44:16, 44:19, 44:21, 44:22, 44:25, 45:2, 45:5, 45:14, 45:22, 46:5, 46:12, 46:13, 46:17, 46:19, 46:20, 46:21, 68:15, 68:18, 69:20, 70:16, 71:11, 80:8, 80:9, 81:23, 81:24, 82:2, 121:25, 122:5, 123:25, 124:4, 124:20, 125:12, 125:18, 125:20, 147:6, 147:7, 160:4, 160:5, 160:21, 160:24, 160:25, 161:3, 161:5, 161:8, 161:10, 161:12, 161:13, 182:12
Training [1] - 159:25
transcript [4] - 4:22, 184:10, 185:12, 187:7
transition [2] - 7:4
treated [1] - 64:8
treatment [2] - 78:25, 95:19
TRIAL [1] - 1:18
trial [1] - 3:14
troubling [2] - 26:6, 30:7
true [12] - 25:7, 31:14, 44:2, 105:17, 134:7, 134:16, 134:17, 135:3, 135:10, 184:10, 185:12
try [3] - 87:21, 99:9, 120:4
trying [11] - 84:20, 90:15, 139:16, 163:18, 164:13, 164:23, 165:10, 165:11, 181:13, 181:14
turn [1] - 67:17
two [31] - 14:4, 24:9, 24:12, 24:14, 30:14, 41:4, 46:24, 49:3, 56:6, 56:8, 61:8, 65:16, 82:18, 90:3, 90:9, 92:9, 92:17, 92:25, 94:7, 94:12, 120:4, 121:11, 127:21, 127:23, 129:8, 135:2, 143:21, 151:2, 164:11, 166:13, 178:9
Two [2] - 23:18, 91:5
two-minute [1] - 82:18
type [5] - 55:25, 134:22, 150:2, 150:19, 165:2
types [3] - 37:7, 67:25, 77:18
typically [1] - 108:8

**U**

ultimate [1] - 33:11
ultimately [1] - 105:13
unattended [1] - 161:24
under [37] - 5:19, 20:16, 30:8, 31:15, 34:15, 35:2,

35:3, 35:15, 36:4, 40:17, 41:4, 42:19, 47:9, 47:17, 48:11, 48:12, 49:16, 52:16, 52:24, 64:16, 65:19, 66:17, 72:13, 73:23, 80:4, 88:5, 105:24, 106:19, 113:21, 144:2, 144:23, 145:5, 145:15, 146:8, 164:10, 164:25, 165:6
Under [3] - 51:25, 69:18, 172:17
underlined [1] - 65:21
underlying [1] - 162:16
Undersheriff [6] - 86:12, 91:10, 91:11, 99:14, 120:12, 179:14
undersheriff [17] - 6:9, 20:4, 20:21, 21:10, 21:18, 22:5, 24:18, 24:24, 33:24, 33:25, 50:21, 82:3, 98:20, 99:20, 102:22, 178:21
understood [1] - 15:24
unfortunately [1] - 10:16
union [1] - 60:3
Unit [21] - 93:9, 134:4, 134:20, 134:25, 135:7, 167:16, 167:19, 168:12, 169:3, 169:11, 169:23, 170:13, 170:20, 171:11, 171:14, 171:22, 172:11, 173:6, 173:18, 174:10, 174:20
unit [6] - 23:20, 60:5, 158:14, 168:17, 168:25, 169:16
UNITED [1] - 1:2
unless [2] - 58:4, 97:21
unsure [2] - 144:17, 144:18
unturned [1] - 102:23
unusual [2] - 23:4, 165:10
up [35] - 7:4, 10:23, 15:3, 18:20, 38:12, 56:2, 59:16, 76:18, 77:12, 78:25, 83:25, 93:20, 101:7, 101:8, 104:23, 111:9, 123:10, 124:22, 127:24, 129:10, 129:13, 137:4, 137:8, 137:9, 143:9, 148:13, 155:13, 157:14, 159:18, 162:21, 163:2, 163:21, 171:5, 171:7
updated [2] - 138:18, 173:2
updating [1] - 132:6
ups [1] - 17:15

**V**

vacation [1] - 77:12
vacuum [1] - 141:18
valuation [1] - 142:22
various [1] - 10:11

Vasaturo [17] - 2:15, 30:10, 59:25, 105:6, 105:11, 106:5, 106:9, 107:17, 107:22, 113:14, 118:4, 119:5, 119:19, 152:22, 176:18, 178:16, 179:5
VASATURO [1] - 1:10
Vasaturo's [1] - 163:6
verbal [5] - 18:10, 21:11, 34:6, 50:8, 160:6
Verbal [1] - 21:12
verbalize [1] - 4:21
verbally [12] - 20:17, 20:18, 21:24, 33:19, 50:2, 50:4, 55:15, 107:24, 136:5, 136:10, 162:11, 179:4
versus [3] - 117:13, 157:21, 182:18
VERVENIOTIS [1] - 2:9
via [1] - 50:9
view [2] - 30:19, 31:13
violation [1] - 38:8
Virginia [1] - 90:17
virtually [1] - 9:25
visibly [1] - 24:11
visit [3] - 115:17, 127:22, 129:23
Visit [1] - 65:20
visited [1] - 56:5
visits [7] - 24:5, 65:20, 66:4, 66:21, 104:6, 104:8, 110:18
vital [11] - 88:4, 142:24, 143:5, 144:4, 144:9, 144:11, 144:16, 155:17, 155:18, 155:23, 155:25
Vital [1] - 88:4
vitals [2] - 84:3, 143:12

**W**

waived [1] - 3:5
walk [1] - 108:18
walked [2] - 44:5, 104:13
warden [1] - 82:5
warranted [1] - 155:6
watch [45] - 19:4, 23:14, 24:21, 25:18, 26:14, 26:18, 27:12, 29:2, 29:21, 30:2, 30:18, 31:11, 32:7, 32:18, 41:6, 41:12, 41:25, 42:7, 42:18, 46:6, 48:25, 49:2, 67:5, 70:2, 70:20, 71:7, 72:4, 74:13, 74:15, 75:6, 75:7, 75:9, 75:11, 107:24, 110:16, 110:19, 115:15, 145:15, 159:14, 159:20, 166:20, 166:23, 167:8, 167:14
watches [10] - 23:15, 26:22, 26:23, 27:8, 27:9, 50:24,

145:11, 145:23, 145:24, 169:2
water [5] - 164:13, 164:22, 165:6, 165:22
Waters [2] - 87:11, 111:15
Waters' [1] - 111:22
ways [1] - 17:7
Web [2] - 15:24, 16:4
week [9] - 77:19, 92:21, 92:23, 93:25, 97:14, 134:9, 134:10, 134:18, 169:8
weekend [3] - 77:11, 134:14, 169:14
weekends [7] - 134:3, 169:9, 169:25, 170:24, 171:16, 173:17, 174:23
welcome [1] - 100:3
welfare [1] - 22:14
Wendover [1] - 30:18
whereby [4] - 20:20, 53:7, 93:15, 123:19
WHEREOF [1] - 185:20
White [3] - 1:15, 2:5, 2:22
whole [14] - 6:8, 39:3, 68:10, 68:14, 69:6, 78:5, 92:11, 120:13, 126:11, 128:22, 136:6, 137:17, 137:18
William [1] - 113:4
WILSON [1] - 2:20
wisdom [1] - 174:17
withdraw [1] - 51:5
withdrawal [15] - 79:15, 81:6, 81:7, 81:10, 86:3, 144:23, 145:7, 145:11, 145:12, 146:7, 147:4, 147:17, 148:20, 155:4, 167:10
withdrawing [5] - 76:10, 81:4, 81:8, 82:24, 84:17
witness [1] - 184:7
WITNESS [1] - 185:20
word [2] - 178:23
words [24] - 21:14, 25:25, 34:12, 34:13, 35:11, 39:20, 40:7, 50:4, 50:15, 51:5, 57:24, 64:7, 83:20, 116:14, 119:25, 124:6, 134:9, 141:18, 145:23, 161:3, 172:9, 174:8, 177:12, 181:9
worker [3] - 89:8, 89:23, 92:23
workers [1] - 97:15
writing [21] - 20:17, 33:20, 50:2, 50:4, 50:9, 54:7, 55:16, 63:9, 66:8, 67:2, 97:4, 104:5, 117:9, 136:5, 136:10, 145:9, 146:10, 173:12, 173:14, 173:16, 180:23
written [20] - 8:14, 12:7,

206

12:8, 16:10, 18:10, 21:11,
25:23, 34:7, 70:12, 70:17,
71:6, 73:9, 74:16, 74:23,
82:22, 88:7, 103:14, 146:4,
146:24, 147:8
  wrote [1] - 55:6

## Y

  yard [9] - 168:16, 169:25,
171:24, 172:2, 172:6,
172:14, 173:19, 174:11,
174:22
  year [7] - 8:11, 12:4, 38:13,
61:7, 96:18, 96:20, 100:5
  years [6] - 19:14, 20:14,
27:19, 81:22, 82:3, 179:12
  yesterday [1] - 123:9
  YORK [3] - 1:2, 184:2,
185:2
  York [24] - 1:11, 1:15, 1:21,
2:5, 2:11, 2:17, 2:22, 4:5,
4:14, 7:19, 12:4, 17:15, 18:6,
34:15, 44:11, 44:24, 80:23,
82:2, 82:11, 89:17, 95:15,
123:9, 162:19, 185:7
  yourself [4] - 60:7, 99:13,
131:3, 140:20
  Yourself [1] - 16:5

## Z

  Zobel [2] - 56:10, 57:18