# EXHIBIT F - PART 1

**1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

DONNY A. SINKOV, as Administrator of the
Estate of SPENCER E. SINKOV, deceased,
DONNY A. SINKOV and HARA SINKOV,

Plaintiffs,

-against-

DONALD B. SMITH, individually and in his
official capacity as Sheriff of Putnam
County, JOSEPH A. VASATURO, individually,
LOUIS G. LA POLLA, individually, THE COUNTY
OF PUTNAM, NEW YORK, and AMERICOR, INC.,

Defendants.

------------------------------------------------x

222 Bloomingdale Road
White Plains, New York
January 7, 2008
10:13 a.m.

EXAMINATION BEFORE TRIAL of JOSEPH A.
VASATURO, a Defendant in the above-captioned
matter, held pursuant to Notice at the above
time and place, before a Notary Public of the
State of New York.

Tracy Smith,
24        Shorthand Reporter
25

*COMPU-TRAN SHORTHAND REPORTING*

---

**2**

1  A P P E A R A N C E S :

3

4  **LOVETT & GOULD, LLP**
       Attorneys for Plaintiffs
5      222 Bloomingdale Road
       White Plains, New York 10605
6  BY: KIM BERG, ESQ.

7

8  **MIRANDA, SOKOLOFF, SAMBURSKY, SLONE,**
   **VERVENIOTIS, LLP**
9      Attorneys for Defendant -
       DONALD B. SMITH
10     The Esposito Building
       240 Mineola Boulevard
11     Mineola, New York 11501
12 BY: ADAM I. KLEINBERG, ESQ.

13

14 **SANTANGELO, RANDAZZO & MANGONE, ESQS.**
       Attorneys for Defendants -
15     LOUIS G. LA POLLA
       JOSEPH A. VASATURO
       COUNTY OF PUTNAM
16     151 Broadway
       Hawthorne, New York 10532
17 BY: JAMES A. RANDAZZO, ESQ.

18

19 **WILSON, ELSER, MOSKOWITZ, EDELMAN &**
   **DICKER, LLP**
20     Attorneys for Defendant -
       AMERICOR
21     3 Gannett Drive
       White Plains, New York 10604-3407
22 BY: TIMOTHY P. COON ESQ.

23 ALSO PRESENT: Donny Sinkov
       Donald Smith
24     Louis LaPolla
25

*COMPU-TRAN SHORTHAND REPORTING*

---

**3**

2        IT IS HEREBY STIPULATED AND AGREED,

3   by and between the attorneys for the respective

4   parties hereto, that the sealing and filing of

5   the within deposition be waived; that such

6   deposition may be signed and sworn to before any

7   officer authorized to administer an oath with

8   the same force and effect as if signed and sworn

9   to before a Justice of this Court.

10

11        IT IS FURTHER STIPULATED AND AGREED

12  that all objections, except as to form, are

13  reserved to the time of trial.

14

15        IT IS FURTHER STIPULATED AND AGREED

16  that the within examination and any corrections

17  thereto may be signed before any Notary Public

18  with the same force and effect as if signed and

19  sworn to before this Court.

20

21

22

23

24

25

*COMPU-TRAN SHORTHAND REPORTING*

---

**4**

2        J O S E P H   A .   V A S A T U R O ,

3   having been duly sworn by Tracy Smith,

4   a Notary Public within and for the State

5   of New York, was examined and testified

6                as follows:

7

8                  o0o

9

10 EXAMINATION BY MS. BERG:

11        Q.    State your name and address for

12  the record, please.

13        A.    Joseph A. Vasaturo, 3 County

14  Center, Carmel, New York 10512.

15        Q.    I'm Kim Berg. I represent Donny

16  Sinkov and Hara Sinkov in connection with a

17  lawsuit that was brought against yourself,

18  Louis LaPolla and the Sheriff Smith and the

19  County of Putnam.

20        I'm going to be asking you some

21  questions. What I want you to do is let me

22  know if there's anything I say that you do

23  not understand.

24        Also, please verbalize your

25  responses so they can be taken down for

*COMPU-TRAN SHORTHAND REPORTING*

**5**

### JOSEPH A. VASATURO

1  purpose of a transcript.
2      Try to let me finish my complete
3  question before you begin framing your
4  answer so that our reporter can take
5  everything down accurately.
6      If you gave an answer during the
7  deposition that you feel is incorrect or
8  incomplete, interrupt me at any point in
9  time. We'll let you modify your answer.
10  Make sure you do that before you leave here
11  today so we have a complete and accurate
12  transcript.
13      Do you understand all those
14  instructions?
15      **A.  Yes, I do.**
16      **Q.**  Can you describe your educational
17  background?
18      **A.  High school diploma.**
19      **Q.**  Do you have any post high school
20  degrees or certificates?
21      **A.  Correction school.**
22      **Q.**  When did you go to correction
23  school?
24      **A.  2003.**

**7**

### JOSEPH A. VASATURO

1  County Correctional Facility.
2      **Q.**  For how long have you held that
3  position?
4      **A.  Approximately, five and a half**
5  **years.**
6      **Q.**  Do you recall your start date?
7      **A.  I believe it was August of '02.**
8      **Q.**  For how long did you work at the
9  Putnam County Correctional Facility before
10  you went to correction school?
11      **A.  Approximately, a year and a half.**
12      **Q.**  Do you recall why it was that you
13  went to correction school approximately a
14  year and a half after you were hired?
15      **A.  It was common practice. I'm not**
16  **sure why it was a year and a half after.**
17  **That's when they sent us.**
18      **Q.**  When you say it's "common
19  practice," it's your understanding that
20  correction officers commonly will attend the
21  correction academy?
22      **A.  Yes, ma'am.**
23      **Q.**  In your experience, is it common
24  that the correction officers at Putnam

**6**

### JOSEPH A. VASATURO

1      **Q.**  When did you receive your high
2  school diploma?
3      **A.  1995.**
4      **Q.**  When you say correction school,
5  can you describe for me specifically what
6  that entails?
7      **A.  It's an academy. Approximately,**
8  **two months.**
9      **Q.**  Did you go there in connection
10  with any position of employment?
11      **A.  With employment at the Putnam**
12  **County Correctional Facility.**
13      **Q.**  During that two-month training,
14  did you attend a training facility, or did
15  you report to the correctional facility?
16      **A.  I attended Dutchess County**
17  **Training Facility.**
18      **Q.**  Was it full-time for that two
19  months period?
20      **A.  Yes, ma'am.**
21      **Q.**  Are you currently employed?
22      **A.  Yes, ma'am.**
23      **Q.**  In what capacity?
24      **A.  Correctional Officer, Putnam**

**8**

### JOSEPH A. VASATURO

1  County attend the corrections academy at the
2  time of their hire or at some point after
3  they've worked there?
4      **A.  When I started, it was at some**
5  **point after we started there. Now, it seems**
6  **like it's immediately after hire.**
7      **Q.**  When you say now, for how long
8  have you made that observation for?
9      **A.  The last two rotations of new**
10  **officers.**
11      **Q.**  What does that mean in terms of
12  months or years?
13      **A.  It's about approximately a year**
14  **now.**
15      **Q.**  As a correction officer with the
16  Putnam County Correctional Facility, do you
17  supervise anyone?
18      **A.  Yes. On a daily basis -- I don't**
19  **supervise correction officers, no.**
20      **Q.**  Do you have supervisory authority
21  over any other employees?
22      **A.  No, ma'am.**
23      **Q.**  Do you report to someone on a
24  daily basis?

9

### JOSEPH A. VASATURO

1  
2  **A.  I do.  I report to my sergeant.**
3  Q.  In connection with your employment
4  with Putnam County, have your job duties and
5  esponsibilities as a correction officer
6  been the same for the last five and a half
7  years?
8  **A.  Yes, ma'am.**
9  Q.  What are those duties and
10  responsibilities?
11  **A.  Report to work.  Report -- go to**
12  **briefing.  Sergeants brief us on the day's**
13  **activities.  And we supervise the inmates.**
14  Q.  What does supervising the inmates
15  involve?
16  **A.  That depends on what housing unit**
17  **you're on.  Taking care of their needs**
18  **basically.**
19  Q.  How many housing units are there
20  in the Putnam County facility?
21  **A.  There are five.**
22  Q.  Have you as a correction officer
23  been assigned to post on each of those five
24  units?
25  **A.  Yes, ma'am.**

*COMPU-TRAN SHORTHAND REPORTING*

10

### JOSEPH A. VASATURO

1  
2  Q.  In terms of your duties as a
3  correction officer, you're typically
4  assigned to one post or do your posts
5  rotate?  How does it work?
6  **A.  Posts rotate, ma'am.**
7  Q.  Is one of the housing unit the
8  North Housing Unit?
9  **A.  Yes, ma'am.**
10  Q.  And you've been assigned to that
11  unit?
12  **A.  Yes, ma'am.**
13  Q.  Can you describe what your duties
14  and responsibilities are with respect to the
15  post in the North Housing Unit on the
16  occasion that you've had that assignment?
17  **A.  Maintain security checks from the**
18  **time you get there until the time you're**
19  **relieved.  Take care of their needs while**
20  **you're on duty.**
21  Q.  Is the post in the North Housing
22  Jnit a fixed position?
23  **A.  Yes, ma'am.  I'm not sure what**
24  **you mean by that.**
25  Q.  In other words, when you go to the

*COMPU-TRAN SHORTHAND REPORTING*

11

### JOSEPH A. VASATURO

1  
2  North Housing Unit physically, there's a
3  location?
4  **A.  Yes.**
5  Q.  That's considered to be correct?
6  **A.  Yes, ma'am.**
7  Q.  How many cells are in that unit?
8  **A.  There are 12 cells in North**
9  **Housing Unit-1.**
10  Q.  Is there another North Housing
11  Unit?
12  **A.  There are 20 cells.**
13  Q.  20 cells in NHU-1?
14  **A.  Sixteen cells in North Housing**
15  **Unit-1.**
16  Q.  Is there another North Housing
17  Unit?
18  **A.  There's North Housing Unit-2.**
19  Q.  How many cells are there?
20  **A.  Four cells.**
21  Q.  When you have been assigned to the
22  North Housing Unit post, do your duties and
23  responsibilities cover all 20 cells?
24  **A.  No.  North Housing Unit-1 would**
25  **be just the 16.**

*COMPU-TRAN SHORTHAND REPORTING*

12

### JOSEPH A. VASATURO

1  
2  Q.  Have you ever been assigned to
3  North Housing Unit-1?
4  **A.  Yes.**
5  Q.  Have you ever been assigned to
6  North Housing Unit-2?
7  **A.  Yes.**
8  Q.  They're two separate posts?
9  **A.  Two separate.**
10  Q.  For how long have they been two
11  separate posts?  The entire time you worked
12  there?
13  **A.  Yes.**
14  Q.  On North Housing Unit-1, your
15  responsibilities include maintaining
16  security checks?
17  **A.  Yes, ma'am.**
18  Q.  What does that mean specifically?
19  **A.  Well, you would do a round every**
20  **ten, 15 minutes.**
21  Q.  What do you do when you do a
22  round?
23  **A.  You check your inmates that are**
24  **housed there.  Again, make sure they need**
25  **anything.  If they need anything like toilet**

*COMPU-TRAN SHORTHAND REPORTING*

13

JOSEPH A. VASATURO

1  JOSEPH A. VASATURO
2  paper or anything like that.
3      Q.   When you say you check the inmates
4  that are housed there, do you physically go
5  around to each cell?
6      A.   Yes, ma'am.
7      Q.   Do you communicate with each
8  inmate?
9      A.   Yes, ma'am.
10     Q.   And these security checks that you
11  perform every 10 to 15 minutes, are they
12  required by any Putnam County policy as far
13  as you know?
14     A.   Yes, ma'am.
15     Q.   What policies?
16     A.   If an inmate is put on a
17  15-minute check, you need to check them
18  every ten or 15 minutes.
19     Q.   So, this would be just for inmates
20  who have a 15-minute check?
21     A.   Right.
22     Q.   Do all inmates in North Housing
23  Unit-1 have the requirement of 15-minute
24  checks?
25     A.   No, they do not.

COMPU-TRAN SHORTHAND REPORTING

14

JOSEPH A. VASATURO

1  JOSEPH A. VASATURO
2      Q.   So, when you say maintain security
3  checks, are you referring to only those who
4  are placed on a 15-minute check?
5      A.   You would pay closer attention to
6  the 15-minute checks, but the nature of the
7  block, you walk around the whole thing.
8  It's circular. So you end up checking the
9  30 minutes every 15 minutes. You're in
10  there 10 to 15 minutes.
11     Q.   What's the 30 minutes that you're
12  referring to?
13     A.   It's routine active supervision.
14     Q.   Is that part of your duties when
15  you're assigned to North Housing Unit-1
16  post?
17     A.   Yes, ma'am.
18     Q.   With respect to North Housing
19  Unit-1, have there ever been occasions that
20  you were assigned there where the 30-minute
21  checks were performed and no additional
22  checks every 10 to 15 minutes because of the
23  inmates who were assigned there?
24     A.   No, ma'am.
25     Q.   So, in your experience always on

COMPU-TRAN SHORTHAND REPORTING

15

JOSEPH A. VASATURO

1  JOSEPH A. VASATURO
2  North Housing Unit, there are inmates in
3  that section of the facility which require a
4  15-minute check?
5      A.   Yes, ma'am.
6      Q.   What do you do on the 30-minute
7  checks?
8      A.   The same as the 15.
9      Q.   Is there any difference?
10     A.   You just run them every 10 to 15
11  minutes basically in that housing unit.
12     Q.   Is there any difference in what
13  you do on a 30-minute check as opposed to a
14  15-minute check?
15     A.   No, ma'am.
16     Q.   Is it fair to say then on the
17  30-minute checks as well as the 15-minute
18  checks, you walk around each cell and
19  physically observe the inmates?
20     A.   Yes.
21     Q.   Do you usually -- actually,
22  communicate with each of the inmates at
23  those intervals?
24     A.   Yes.
25     Q.   What is the nature of those

COMPU-TRAN SHORTHAND REPORTING

16

JOSEPH A. VASATURO

1  JOSEPH A. VASATURO
2  communications?
3      A.   How you doing. Everything all
4  right. You guys need anything.
5      Q.   Are you required to document in
6  any way either the routine checks or the
7  15-minute checks?
8      A.   Yes.
9      Q.   What is the required
10  documentation?
11     A.   Everything goes into a logbook.
12  If they get a shower, it goes into a
13  logbook.
14     Q.   You said that you pay closer
15  attention to the 15-minute checks? Do you
16  mean the inmates who are placed on those
17  checks?
18     A.   Yes, ma'am.
19     Q.   Why do you pay closer attention to
20  those inmates?
21     A.   They're placed on 15-minute
22  watch. It's heightened supervision.
23     Q.   For what reason are they placed on
24  15-minute watch?
25     A.   Various reasons. Drug

COMPU-TRAN SHORTHAND REPORTING

17

JOSEPH A. VASATURO

1 withdrawals, alcohol withdrawal, maybe
2 something didn't seem right. They were put
3 on a 15-minute watch.
4     Q.    Any other reason in your
5 experience that would require heightened
6 supervision to the point of placing an
7 inmate on a 15-minute watch?
8     A.    No, ma'am.
9     Q.    In terms of the 15-minute checks,
10 when you say you pay closer attention to
11 those inmates, what do you do to carry that
12 out?
13     A.    You would stop at their cell,
14 speak with them.
15     Q.    Anything else?
16     A.    That's basically it. Talk with
17 them.
18     Q.    What if the inmate was resting?
19     A.    If they appeared to be sleeping,
20 you would keep going. I don't wake them up
21 every 10 to 15 minutes.
22     Q.    In terms --
23     A.    You want to make sure that
24 they're -- rise and fall of the chest.

COMPU-TRAN SHORTHAND REPORTING

19

JOSEPH A. VASATURO

1     Q.    So when you say you pay closer
2 attention, you mean in terms of the length
3 of time?
4     A.    Right.
5     Q.    By the length of time, I mean the
6 length of time in between your observations?
7     A.    Well, not really because when
8 you're doing your 15-minute checks, it's a
9 circular cellblock. You're seeing everyone
10 when you go around and doing this check.
11 Closer attention would be meaning talk to
12 them more.
13     Q.    For those inmates who are placed
14 on the 15-minute check, do you actually
15 speak with them more than the inmates who
16 are not?
17     A.    If they need to -- yes, yes.
18 You're asking them more questions. How are
19 you doing. Most of the time with the 30
20 minute, the routine checks, 30-minute
21 checks, these guys are up talking with each
22 other. They're watching television.
23     Q.    In terms of the routine checks,
24 which you perform every 30 minutes, do you

COMPU-TRAN SHORTHAND REPORTING

18

JOSEPH A. VASATURO

1     Q.    Would that be true on the routine
2 checks as well?
3     A.    Yes, ma'am.
4          At night, routine checks, they're
5 basically up there watching TV. They're
6 interacting with each other.
7     Q.    On the routine checks, when you do
8 those every 30 minutes as part of your
9 practice, do you speak with each of the
10 inmates?
11     A.    Yes.
12     Q.    Do you also observe to see if an
13 inmate who appears to be resting is
14 breathing?
15     A.    Yes.
16     Q.    And you do that also on the
17 15-minute checks?
18     A.    Yes, ma'am.
19     Q.    When you say you pay closer
20 attention to the 15-minute checks, what, if
21 anything, do you do different from a routine
22 check on that 15-minute check?
23     A.    Closer attention. I mean, I get
24 in there every ten, fifteen minutes.

COMPU-TRAN SHORTHAND REPORTING

20

JOSEPH A. VASATURO

1 physically ask each of the inmates how they
2 are doing?
3     A.    Yes.
4     Q.    Even if they're watching
5 television and interacting?
6     A.    Yes. Something simple as how you
7 guys doing as you're going by.
8     Q.    In terms of the 15-minute checks,
9 is it anything more than that now you doing?
10     A.    How you doing. Do you need
11 anything. That's it.
12     Q.    Earlier when you say you pay
13 closer attention to the inmates who are on
14 10- to 15-minute checks, do you, in fact, do
15 anything differently on the routine
16 30-minute checks than you do on the
17 15-minute checks?
18     A.    No. Aside from talking to them a
19 little bit more.
20     Q.    Are you aware of any policies or
21 procedures with respect to the 15-minute
22 check that requires you to speak with the
23 inmates who are on those types of watches
24 more than those who are not?

COMPU-TRAN SHORTHAND REPORTING

21

JOSEPH A. VASATURO

1   A.   I don't believe there's a policy
2   that requires us to speak more with them,
3   no.
4   Q.   What you're testifying then is
5   your practice and how you carry out these
6   checks?
7   A.   It's usually what I do, yes.
8   Q.   Do you document in the logbooks in
9   any way the 30-minute checks and the
10  15-minute checks?
11  A.   Yes.
12  Q.   Is there any difference in the way
13  you document the routine 30-minute checks as
14  opposed to the 15-minute checks?
15  A.   Yes.
16  Q.   What's the difference?
17  A.   For the 15-minute supervisions,
18  I'll document what they're doing. If
19  they're lying down. Standing up. Watching
20  TV. If they're sitting down.
21  Q.   On the 30-minute checks, what do
22  you document?
23  A.   If the males are secured or not.
24  Q.   What does it mean if the males are

COMPU-TRAN SHORTHAND REPORTING

23

JOSEPH A. VASATURO

1   classified?
2   A.   Basically, three to five working
3   days.
4   Q.   After admission?
5   A.   Yes, ma'am.
6   Q.   Typically, a new inmate will be
7   locked in their cell if they're put in NHU-1
8   until the point in time that they're
9   classified, which would be three to five
10  working days after admission?
11  A.   Yes, ma'am.
12  Q.   When you say if someone is
13  classified as PDA, what does that mean?
14  A.   Pending disciplinary action.
15  Q.   That would be an inmate who had
16  some disciplinary problem that you then
17  required them to remain locked in their cell
18  until the outcome is determined?
19  A.   Yes, ma'am.
20  Q.   If somebody is classified, they're
21  not locked in their cell?
22  A.   They're not. They have their
23  tag. They're free to move about.
24  Q.   When you say "they're free to move

COMPU-TRAN SHORTHAND REPORTING

22

JOSEPH A. VASATURO

1   secured?
2   A.   If they're all secured. They're
3   there, they're in good health. They're
4   doing normal activities.
5   Q.   In terms of the NHU-1 post, are
6   the male inmates assigned to that location
7   locked in their cell?
8   A.   If they are unclassified, they're
9   locked in their cell. If they're PDA,
10  they're locked in their cell. The other, if
11  they're classified, they're not locked in
12  their cell.
13  Q.   In terms of classification, what
14  does that mean?
15  A.   It means they go through the
16  classification process. They receive their
17  I.D. tag.
18  Q.   Who determines classification?
19  A.   Officer Joe Walsh would be the
20  main person.
21  Q.   What is his position?
22  A.   Classification officer.
23  Q.   Do you know if there's any time
24  frame with respect to when new inmates are

COMPU-TRAN SHORTHAND REPORTING

24

JOSEPH A. VASATURO

1   about," where are they permitted to go?
2   A.   The shower areas, the law
3   libraries, telephone.
4   Q.   What about the TV, where is that?
5   A.   The TVs are located out on the
6   catwalk. That's where the officer will do
7   the rounds.
8   Q.   And the catwalk is the area
9   outside of the cell?
10  A.   Yes, ma'am.
11  Q.   Immediately outside of the cell?
12  A.   Yes.
13  Q.   Are the classified inmates
14  permitted to go to these other locations -
15  shower, law library, use the telephone,
16  watch the television - without supervision?
17  A.   Yes. We'll escort them to this
18  location. Usually, there's a door that
19  locks. They go behind the locked door and
20  the officer is right there.
21  Q.   In terms of the escort -- let me
22  back up for a second.
23      When you've been assigned to the
24  NHU-1 post, is it one or more than one

COMPU-TRAN SHORTHAND REPORTING

25

**JOSEPH A. VASATURO**

1   correction officer who's manning that post?

2   **A.   One.**

3   Q.   Has that been true the entire time

4   you've worked for Putnam County Correctional

6   Facility?

7   **A.   Yes, ma'am.**

8   Q.   Do you have a physical location

9   that you're supposed to be at on that post?

10   **A.   Yes, ma'am.**

11   Q.   Where is that?

12   **A.   It's right outside the cells.**

13   **It's right there.**

14   Q.   Is it a desk or something else?

15   **A.   Yes.  There's a desk.**

16   Q.   And you said that there is kind of

17   a circular set up to this area; correct?

18   **A.   Yes, ma'am.**

19   Q.   Where is the desk located in terms

20   of that circular set up?

21   **A.   Let's say this is here.  The desk**

22   **is right here.  (*Indicating*)**

23   Q.   It's at one end?

24   **A.   Yes.**

25   Q.   And is there a cell number that's

*COMPU-TRAN SHORTHAND REPORTING*

27

**JOSEPH A. VASATURO**

1

2   **A.   Yes, ma'am.**

3   Q.   When an inmate is -- let me

4   withdraw that.

5   When an inmate is escorted to a

6   different location - shower, law library,

7   telephone, whatever it may be - who is the

8   person responsible for doing the transport?

9   **A.   North Housing Unit officer.**

10   Q.   That would be yourself if you're

11   assigned to that unit?

12   **A.   Yes, ma'am.**

13   Q.   Would you have to physically leave

14   the NHU-1 area to escort the inmate to those

15   locations?

16   **A.   No, ma'am.  I believe it's all**

17   **part of the same unit.  They're right here.**

18   Q.   So NHU-1 has its own shower, law

19   library and telephone section?

20   **A.   Yes, ma'am.  Each block of cells**

21   **will have their own shower and own**

22   **telephone.**

23   Q.   How about the law library?

24   **A.   The law library is right outside.**

25   **That's for their use.**

*COMPU-TRAN SHORTHAND REPORTING*

26

**JOSEPH A. VASATURO**

1

2   closest to that desk?

3   **A.   Yes, ma'am.**

4   Q.   What's that?

5   **A.   Cell five, cell 13.**

6   Q.   So, if you're seated at the desk,

7   to the right would be which cell?

8   **A.   This is cell five.**

9   Q.   And to your left is?

10   **A.   Thirteen.**

11   Q.   When you're assigned to the NHU-1

12   post, are you required to remain at that

13   desk?

14   **A.   No.  You don't have to remain at**

15   **the desk.  You can walk around the cell**

16   **area.**

17   Q.   That would be the catwalk?

18   **A.   Yes, ma'am.**

19   Q.   So typically, would you walk

20   around the cell area when you're doing your

21   routine and 15-minute checks?

22   **A.   Yes, ma'am.**

23   Q.   Would you walk around the catwalk

24   or the cell area on other occasions other

25   than those checks?

*COMPU-TRAN SHORTHAND REPORTING*

28

**JOSEPH A. VASATURO**

1

2   Q.   It's for use of all inmates?

3   **A.   For North Housing Unit-1 inmates.**

4   **The other inmates have their own library or**

5   **section of the jail.**

6   Q.   In terms of the escort, when you

7   provide the escort, let's say, to the

8   shower, do you have to remain with the

9   individual at the shower?

10   **A.   No.**

11   Q.   Who does?

12   **A.   They shower themselves.**

13   Q.   But do you man the outside area or

14   you leave them in there by themselves?

15   **A.   They're in the shower by**

16   **themselves.**

17   Q.   Then what happens when they're

18   finished?

19   **A.   You pick them up and bring them**

20   **back to their cell area.**

21   Q.   How do you know when they're done?

22   **A.   You're in there every ten,**

23   **fifteen minutes.**

24   Q.   So in addition to doing the

25   catwalk, you're also going to the areas

*COMPU-TRAN SHORTHAND REPORTING*

29

JOSEPH A. VASATURO

1  
2  where the shower and the law library and the
3  telephones are located as part of your post?
4  A.  That is correct.  Two of those
5  cell blocks have their own -- four of them
6  have their own showers.  Two of them have
7  their own telephones.  If they're located in
8  those four man block, they go to the
9  telephone by themselves or shower by
10 themselves.  If they're in the middle, you
11 have to escort them to the shower and to the
12 telephones.
13 Q.  In terms of your duties on the
14 NHU-1 post, other than what you described,
15 is there anything else that you're required
16 to do in terms of supervision, watches,
17 anything else?
18 A.  Sure.  You feed them their chow.
19 The breakfast, lunch and dinner.
20 Q.  Anything else?
21 A.  Escort the nurse around when she
22 comes in.
23 Q.  Anything else?
24 A.  If they want to go to a bible
25 study, you bring them out to that, to

*COMPU-TRAN SHORTHAND REPORTING*

30

JOSEPH A. VASATURO

1  programs.  All these program rooms are
2  located within the North Housing Unit area.
3  Q.  What's the bible study program?
4  A.  An instructor will come in.
5  She'll come down to -- in the North
6  Housing Unit area.  We'll walk around.
7  We'll ask if anyone wants to go to bible
8  study.  They say yes.  We'll bring them out
9  and they attend it.
10 Q.  When you say you bring them out,
11 where do you bring them to?
12 A.  From the cell area right down
13 here.  The bible study right here.
14 Q.  Is bible study within the area of
15 the desk where your post is?
16 A.  Yes, ma'am.
17 Q.  Is there a gate behind you or at
18 any point in the North Housing Unit?
19 A.  Yes, ma'am.
20 Q.  Is the gate numbered as far as
21 you?
22 A.  No. 14.
23 Q.  Is that the only gate in and out
24 of the housing unit?

*COMPU-TRAN SHORTHAND REPORTING*

31

JOSEPH A. VASATURO

1  
2  A.  Gate 15.  You don't have to go
3  through a gate to get into the North Housing
4  Unit.
5  Q.  Is there a gate that separates the
6  North Housing Unit from the rest of the
7  facility?
8  A.  Yes, ma'am.
9  Q.  Where is your desk located in
10 relationship to that gate?
11 A.  It's about 15 feet away from that
12 gate.
13 Q.  Are any of the programs that you
14 just talked about outside of the gate,
15 outside of North Housing Unit?
16 A.  Yes, ma'am.
17 Q.  Which ones?
18 A.  The school, the bible study, the
19 law library.
20 Q.  When the individuals that go to,
21 let's say, any of those programs or the law
22 library leave the gate of the North Housing
23 Unit, are they under somebody else's
24 supervision, or are they under your
25 supervision?

*COMPU-TRAN SHORTHAND REPORTING*

32

JOSEPH A. VASATURO

1  
2  A.  Typically, there is a program
3  officer who will watch those rooms.
4  Q.  Is that true on all shifts?
5  A.  Yes, ma'am.
6  Q.  When you say "typically," in your
7  experience, have you had situations where
8  the program officer is absent?
9  A.  Yes, ma'am.
10 Q.  What happens on those occasions in
11 terms of bible study and the other program?
12 A.  North Housing Unit officer will
13 handle it.
14 Q.  How often has that occurred on the
15 occasions that you've been assigned to NHU-1
16 that the program officer has been absent?
17 A.  On the weekends.
18 Q.  Any other occasions?
19 A.  On mid shift.
20 Q.  What does mid shift mean?
21 A.  3:30 to 11:30.
22 Q.  Would it be true then on weekends
23 and on mid shift, that the North Housing
24 Unit-1 officer has responsibility of
25 observing or, if you will, watching the

*COMPU-TRAN SHORTHAND REPORTING*

33

JOSEPH A. VASATURO

1 inmates while they're in the law library as
2 well?
3    A.   Yes, ma'am.
4    Q.   Any other differences in the NHU-1
5 officer's responsibility on weekends and/or
6 mid shift?
7    A.   No, ma'am.
8    Q.   Is there also a recreational yard?
9    A.   There is.
10   Q.   Does the North Housing Unit-1
11 officer have any responsibility with respect
12 to that?
13   A.   Yes, ma'am.
14   Q.   What's the responsibility?
15   A.   During the shift, they're allowed
16 smoke breaks for the inmates.
17   Q.   How does that work?
18   A.   Again, you walk around the block,
19 see who would like to smoke. You pick them
20 up. You escort them out to the rec yard.
21   Q.   What do you do once they're in the
22 rec yard?
23   A.   Lock them out in the rec yard and
24 they smoke the cigarettes.

COMPU-TRAN SHORTHAND REPORTING

35

JOSEPH A. VASATURO

1 things?
2    A.   It's one officer.
3    Q.   In your experience as correction
4 officer, how often, if you can say, with any
5 periodic frequency or regularity have you
6 been assigned to the NHU-1 post?
7    A.   Approximately, once a week.
8    Q.   That would be one shift per week?
9    A.   One shift per week.
10   Q.   Are you assigned to typically the
11 same shift in terms of hours or does that
12 rotate?
13   A.   I'm typically on the same shift,
14 same hours, yes.
15   Q.   What hours do you work?
16   A.   0730 to 1530.
17   Q.   That has been true for the last
18 five and a half years?
19   A.   No, ma'am.
20   Q.   When did that change? When did it
21 become that regular shift?
22   A.   I believe it was September of
23 '07.
24   Q.   Prior to that, what shift, if any,

COMPU-TRAN SHORTHAND REPORTING

34

JOSEPH A. VASATURO

1    Q.   By themselves?
2    A.   Yes.
3    Q.   More than one inmate at the same
4 time?
5    A.   Yes.
6    Q.   In terms of the smoke break, do
7 you then wait for them in that vicinity?
8    A.   Yes.
9    Q.   And then you escort them back to
10 their cell?
11   A.   Yes.
12   Q.   Is the rec yard within the gated
13 area or outside of the gate or where is it?
14   A.   Right outside the gate.
15   Q.   When you open the gate, are you
16 required to notify anyone?
17   A.   The gate is typically open.
18   Q.   It's left open?
19   A.   Yes, ma'am.
20   Q.   Do you have any other officers who
21 are responsible in any way for the North
22 Housing Unit duties you just described when
23 you're assigned on that post, or is it
24 solely one officer who does one of these

COMPU-TRAN SHORTHAND REPORTING

36

JOSEPH A. VASATURO

1 were you regularly assigned to?
2    A.   The midnight shift. 1130 to
3 0730.
4    Q.   For how long did you work the
5 midnight shift prior to September '07?
6    A.   Approximately, four years.
7    Q.   When you were on the midnight
8 shift 11:30 to 7:30 for those four years,
9 were you assigned to NHU-1?
10   A.   Yes, ma'am.
11   Q.   Was that with the same frequency,
12 one time a week, or was it more or less?
13   A.   It was basically one time a week.
14 North Housing Unit-1 is shared at night with
15 South Housing Unit.
16   Q.   What does that mean?
17   A.   There's one officer assigned down
18 there, north and south.
19   Q.   In addition to having the duties
20 of a program officer on weekends, the North
21 Housing Unit-1 post has the duties over the
22 South Housing Unit as well during the
23 midnight shift?
24   A.   During the midnight shift, yes.

COMPU-TRAN SHORTHAND REPORTING

37

**JOSEPH A. VASATURO**

1
2  Q.  What is required in terms of your
3  duties and responsibilities when you're on
4  the midnight shift, responsible for both
5  NHU-1 and South Housing Unit?
6  **A.  Performing checks.**
7  Q.  For the South Housing Unit
8  inmates?
9  **A.  For South Housing Unit, also for**
10 **North Housing Unit.**
11 Q.  In addition to what you testified
12 about North Housing Unit-1, you have the
13 responsibility of doing checks on South
14 Housing inmates?
15 **A.  On the midnight shift, that's**
16 **correct.**
17 Q.  On the South Housing Unit, how
18 many cells are there?
19 **A.  Eight.**
20 Q.  Are these all routine checks or
21 15-minute checks or combination?
22 **A.  They can also be a combination.**
23 Q.  In terms of the physical
24 description or layout, if you will, of the
25 facility, where is South Housing Unit in

*COMPU-TRAN SHORTHAND REPORTING*

1  **JOSEPH A. VASATURO**
2  Unit?
3  **A.  Yes.**
4  Q.  Where is the desk located in
5  relation to cells 20 and 12?
6  **A.  30 feet away, approximately.**
7  Q.  Is there any kind of division, any
8  gate, any door?
9  **A.  There is also a gate on that**
10 **side.**
11 Q.  Do you know the number of that
12 gate?
13 **A.  Not positive of the number,**
14 **ma'am.**
15 Q.  In terms of that gate, is that
16 gate typically opened?
17 **A.  Yes.**
18 Q.  Do you have any understanding as
19 to why on the midnight shift the post is
20 manned from the South Housing Unit as
21 opposed to North Housing Unit?
22 **A.  I'm not really positive, ma'am.**
23 Q.  Did anyone ever instruct you as to
24 why that was?
25 **A.  No, ma'am.**

*COMPU-TRAN SHORTHAND REPORTING*

38

**JOSEPH A. VASATURO**

1
2  relation to Gate 14 where you would walk
3  into North Housing Unit?
4  **A.  You can enter north from the**
5  **front or back.  South Housing Unit is**
6  **adjacent to North Housing Unit.  It's right**
7  **across the hallway.**
8  Q.  Where is it in relation to the
9  North Housing Unit-1 desk?
10 **A.  It's all the way around the other**
11 **hallway, but at midnight shift, you don't**
12 **sit at north.  You exit in south, because**
13 **it's directly in the middle of the two.**
14 Q.  In terms of what you testified to
15 earlier where the North Housing Unit desk
16 was located near cells five and 13 on North
17 Housing Unit, is South Housing Unit at the
18 opposite end of the circle?
19 **A.  Yes.**
20 Q.  What cell numbers are on that end?
21 **A.  20 and 12.**
22 Q.  Is there a desk at that location?
23 **A.  No, there wasn't.  Basically,**
24 **you'll stay in South Housing Unit.**
25 Q.  Is there a desk in South Housing

*COMPU-TRAN SHORTHAND REPORTING*

40

1  **JOSEPH A. VASATURO**
2  Q.  In terms of the cells, if you're
3  sitting at the desk in North Housing Unit
4  and cell five is to your left, where is cell
5  seven?
6  **A.  It would be five, six, seven,**
7  **eight.**
8  Q.  So, cell five would be to your
9  right if you're sitting at the desk facing
10 the cells?
11 **A.  Yes.  It would be on your right.**
12 Q.  In terms of from the desk, cell
13 seven to the right would be the third cell?
14 **A.  Yes, ma'am.**
15 Q.  On the midnight shift, do you
16 escort prisoners anywhere?
17 **A.  Not typically.  If they need to**
18 **go to medical, yes, we escort them to**
19 **medical.**
20 Q.  Other than that?
21 **A.  No.**
22 Q.  Are they permitted to go, for
23 example, to the rec yard?
24 **A.  No.**
25 Q.  Are they permitted to watch TV?

*COMPU-TRAN SHORTHAND REPORTING*

41

JOSEPH A. VASATURO

1
2  A.  No.
3  Q.  Are they permitted to do anything
4  outside their cell?
   A.  **Not on the midnight.**
6  Q.  Are they locked in their cell
7  during that period?
8  A.  **Yes, ma'am.**
9  Q.  Does anybody assist you on the
10  midnight shift in your experience during the
11  four years where you've been assigned to man
12  NHU-1 and SHU?
13  A.  **Yes, ma'am.**
14  Q.  Who assists?
15  A.  **The housing officer will come**
16  **down.**
17  Q.  How often?
18  A.  **Every-other hour.**
19  Q.  What do they do when they come
20  down?
21  A.  **They'll do an hour of checks.**
22  Q.  What do you do during that hour?
23  A.  **Just basically stay there.  It's**
24  **manned by two people.**
25  Q.  On the midnight shift?

COMPU-TRAN SHORTHAND REPORTING

---

43

JOSEPH A. VASATURO

1
2  A.  **Officer needs a break, a coffee**
3  **break, a cigarette break.**
4  Q.  So the housing officer will go
5  relieve the other officer and wouldn't be
6  available at the South Housing Unit post?
7  A.  **Yes.**
8  Q.  In practice, how often is it that
9  the SHU post on midnight shifts actually has
10  assistance from the housing officer?
11  A.  **It's hard to say, ma'am.  It all**
12  **depends if there's an arrest that comes in.**
13  **If there's a commitment that goes to the**
14  **jail.**
15  Q.  In terms of the checks that you
16  perform on the midnight shift, do you log
17  those in as well?
18  A.  **Yes, ma'am.**
19  Q.  Are there two separate logbooks
20  for NHU and SHU?
21  A.  **Yes, ma'am.**
22  Q.  When you work the midnight shift
23  and you've been assigned to the SHU/NHU-1
24  post, did you have a supervisor?
25  A.  **Yes, ma'am.**

COMPU-TRAN SHORTHAND REPORTING

---

42

JOSEPH A. VASATURO

1
2  A.  **Yes, ma'am.**
3  Q.  I thought you indicated earlier
4  that it was NHU-1 officer's responsibility
5  to man both of those?
6  A.  **Well, the South Housing Unit**
7  **officer that's assigned there, the South**
8  **Housing will take care of north and south.**
9  **And the housing unit officer will come down.**
10  **If they have a booking, then the housing**
11  **unit officer leaves and South Housing**
12  **officer continues.**
13  Q.  The housing officer will be
14  available in SHU and NHU if there were no
15  other duties that took him or her away from
16  that post?
17  A.  **Yes, ma'am.**
18  Q.  In your experience, the housing
19  unit officer has not been available on the
20  midnight shift due to things such as the
21  intake process, the booking process?
22  A.  **Bookings.**
23  Q.  Anything else?
24  A.  **Reliefs.**
25  Q.  What's a relief?

COMPU-TRAN SHORTHAND REPORTING

---

44

JOSEPH A. VASATURO

1
2  Q.  Who's the supervisor on that
3  shift?
4  A.  **Sergeant LaPolla.**
5  Q.  Was that true for most of the four
6  years that you did that?
7  A.  **Yes, ma'am.**
8  Q.  Do you have any understanding as
9  to why your shift was changed in September
10  2007?
11  A.  **No, ma'am.  I believe just my**
12  **turn for B line.**
13  Q.  Did anyone explain to you why it
14  was changed?
15  A.  **No, ma'am.**
16  Q.  Did anyone indicate to you that it
17  was changed for any reason or concern about
18  your performance?
19  A.  **No, ma'am.**
20  Q.  Prior to working the midnight
21  shift for approximately four years, were you
22  assigned to a set shift?
23  A.  **Yes, ma'am, I had.  I was 3:30 to**
24  **11:30.**
25  Q.  For how long did you work that

COMPU-TRAN SHORTHAND REPORTING

45

**JOSEPH A. VASATURO**

1  shift?
2  **A.  Approximately, a year, year and a**
3  **half.**
4  Q.  Do you know why your shift was
5  changed to the midnight shift at that time
6  about a year or year and a half into your
7  employment?
8  **A.  I'm not positive, ma'am.**
9  Q.  Did anyone indicate to you a
10  reason why?
11  **A.  I may have requested to go to**
12  **midnight shift.**
13  Q.  Do you recall?
14  **A.  I believe I did request to go to**
15  **midnight shift.**
16  Q.  Did you request to go to the day
17  shift 7:30 to 1530 in or about September
18  '07?
19  **A.  I requested day shift the first**
20  **week I started there.  I guess it was my**
21  **turn.**
22  Q.  So, it was eventually granted
23  after five years?
24  **A.  Yes, ma'am.**

*COMPU-TRAN SHORTHAND REPORTING*

---

46

**JOSEPH A. VASATURO**

1  Q.  In connection with your employment
2  at the Putnam County Correctional Facility,
3  you're aware of the visitation area?
4  **A.  Yes, ma'am.**
5  Q.  Where inmates are permitted to
6  visit with people who come to the facility
7  to see them?
8  **A.  Yes.**
9  Q.  Have you ever been assigned to any
10  responsibilities over that area?
11  **A.  No.**
12  Q.  Have you ever been assigned to any
13  responsibilities that involve the intake or
14  booking of incoming inmates?
15  **A.  Yes, ma'am.**
16  Q.  How often have you been assigned
17  those responsibilities in the last five and
18  a half years?
19  **A.  While I was on midnight shift,**
20  **twice a week.**
21  Q.  Where was your post physically
22  located when you were assigned intake or
23  booking?
24  **A.  Housing control.**

*COMPU-TRAN SHORTHAND REPORTING*

---

47

**JOSEPH A. VASATURO**

1  Q.  Where is that in relation to where
2  the inmates are booked?
3  **A.  It's right down the hall.  40**
4  **feet down the hall about.**
5  Q.  What duties did you have other
6  than the intake or booking process when you
7  were assigned to housing control on the
8  midnight shifts?
9  **A.  Housing control would go down and**
10  **help South Housing Unit/North Housing Unit.**
11  Q.  That's the same position that you
12  testified about earlier you referred to as
13  the housing officer?
14  **A.  Housing officer, yes, ma'am.**
15  Q.  Anything else that the housing
16  officer does in your experience other than
17  the booking, helping out with the SHU/NHU-1
18  post and reliefs?
19  **A.  If there's a delivery, we'll take**
20  **the delivery in.  If it's snowing, we'll**
21  **shovel the front walk.  Throw some salt**
22  **down.**
23  Q.  Anything else?
24  **A.  Perimeter check on occasion we**

*COMPU-TRAN SHORTHAND REPORTING*

---

48

**JOSEPH A. VASATURO**

1  **would do with sergeant.**
2  Q.  That's the entire facility?
3  **A.  Yes, ma'am.**
4  Q.  Anything else?
5  **A.  Make sure the morning workers are**
6  **where they're supposed to be.**
7  Q.  The morning workers are inmates or
8  employees?
9  **A.  Inmates.**
10  Q.  Anything else?
11  **A.  No, ma'am.**
12  Q.  When you were assigned to the
13  housing officer post on midnights
14  approximately twice a week, was this during
15  the same four-year period that you did the
16  NHU/SHU post about one time a week that
17  four-year period?
18  **A.  Currently now it's about one time**
19  **a week on day shift.  On the midnight, it**
20  **was probably twice, you know, when I was**
21  **assigned to housing control.  I would**
22  **consider myself downstairs.  That's where I**
23  **would go.**
24  Q.  In terms of your supervisor when

*COMPU-TRAN SHORTHAND REPORTING*

49

**JOSEPH A. VASATURO**

1
2  you were assigned to that post, housing
3  officer, was that also Sergeant LaPolla?
4       A.   Yes, ma'am.
5       Q.   On midnights other than Sergeant
6  LaPolla, were there any other supervisory
7  workers working in the jail?
8       A.   No, ma'am.  Not unless he was
9  sick.
10       Q.   Would he be the most senior person
11  in the facility on midnights?
12       A.   Yes, ma'am.
13       Q.   Did you ever hear the term "tour
14  supervisor"?
15       A.   Yes, ma'am.
16       Q.   Was LaPolla the tour supervisor on
17  midnights when you worked midnights?
18       A.   Yes, ma'am.
19       Q.   Did you ever hear the term "chief
20  administrative officer" used in the jail?
21       A.   Yes, ma'am.
22       Q.   Do you know if on midnights, if
23  LaPolla was the chief administrative
24  officer?
25       A.   I don't believe he was.

*COMPU-TRAN SHORTHAND REPORTING*

50

**JOSEPH A. VASATURO**

1
2       Q.   Do you know who the chief
3  administrative officer was on midnights?
4       A.   No, ma'am.  Captain LeFever or
5  Lieutenant O'Malley.
6       Q.   Did Captain LeFever or Lieutenant
7  O'Malley work midnights?
8       A.   No, ma'am.
9       Q.   Now, in terms of your experience
10  in the booking process when inmates come
11  into the facility, have there been any
12  changes in that process in the five and a
13  half years that you worked for Putnam
14  County?
15       A.   Yes, ma'am.
16       Q.   Do you recall when those changes
17  were implemented?
18       A.   I don't.
19       Q.   What were the changes?
20       A.   Now, we have to fill out
21  alternatives to incarceration paperwork.
22       Q.   Do you recall for how long you've
23  had to do that type of paperwork?
24       A.   Last seven months, approximately.
25       Q.   What is the nature of that

*COMPU-TRAN SHORTHAND REPORTING*

51

**JOSEPH A. VASATURO**

1
2  paperwork?
3       A.   The inmate will fill that out and
4  fax it to alternatives to incarceration.
5  What goes on from there, I don't know.
6       Q.   What does that mean, alternative
7  to incarceration?
8       A.   I guess if there's any
9  alternative to them being incarcerated.
10       Q.   Such as?
11       A.   I'm not sure, ma'am.
12       Q.   Do you know what the purpose of
13  that paperwork is?
14       A.   No, ma'am.
15       Q.   Who do you fax the paperwork to?
16       A.   To alternatives to incarceration.
17       Q.   You said that's been true for
18  about seven months now?
19       A.   Approximately, seven months.
20       Q.   Did anyone provide you with any
21  instruction or direction as to why that's
22  now being required?
23       A.   No, ma'am.
24       Q.   Did you ever speak with anyone
25  about why that was implemented?

*COMPU-TRAN SHORTHAND REPORTING*

52

**JOSEPH A. VASATURO**

1
2       A.   No, ma'am.
3       Q.   Do you have any understanding as
4  to why that was implemented?
5       A.   No, ma'am.
6       Q.   Other than that paperwork, any
7  other differences in the booking process
8  since you've been employed by the Putnam
9  County Correctional Facility five and a half
10  years?
11       A.   Notification of consulate for
12  non-citizens.
13       Q.   Anything else?
14       A.   Strip-search procedures have
15  changed.
16       Q.   Anything else?
17       A.   No, ma'am.
18       Q.   In terms of the booking process
19  then for the past five and a half years when
20  you've been assigned to that post as housing
21  officer, can you describe what you're
22  required to do?
23       A.   After signing in housing, you go
24  in sign in booking.  Basically, stamp the
25  book.

*COMPU-TRAN SHORTHAND REPORTING*

53

**JOSEPH A. VASATURO**

1
2  Q.  What happens when a new inmates is
3  arriving?
4  A.  **They'll come into the reception**
5  **area.**
6  Q.  Is that in booking?
7  A.  **Yes, ma'am.**
8  Q.  What do you do?
9  A.  **We pat them down.  We start the**
10 **in-process - fingerprints, pictures,**
11 **property, we inventory their property.**
12 Q.  Are these all things that you
13 personally do as the housing officer?
14 A.  **Yes.**
15 Q.  Do you have any assistance in
16 those functions?
17 A.  **Yes.**
18 Q.  Who assists you?
19 A.  **Either the West Housing Unit or**
20 **East Housing Unit typically comes up.**
21 Q.  One officer from either of those?
22 A.  **Yes.**
23 Q.  So, there's typically two of you
24 in booking?
25 A.  **There will be two.**

COMPU-TRAN SHORTHAND REPORTING

55

**JOSEPH A. VASATURO**

1
2  five and a half years you've been working
3  for the jail?
4  A.  **No, ma'am.**
5  Q.  Have you ever learned of any
6  situation where inmates are issued something
7  other than that standard clothing?
8  A.  **If an inmate is put on a constant**
9  **watch.**
10 Q.  What happens in those cases?
11 A.  **They'll receive a paper suit.**
12 Q.  Is that in lieu of the pants,
13 shirt, sweatshirt and socks?
14 A.  **Yes, ma'am.  Instead of the**
15 **regular clothing, they're given the paper**
16 **suit.**
17 Q.  For how long has that been true?
18 A.  **Since I can remember.**
19 Q.  The entire time you worked there?
20 A.  **Yes, ma'am.**
21 Q.  What is a constant watch?
22 A.  **It's a constant one-on-one**
23 **supervision.**
24 Q.  Why is that given?
25 A.  **Suicide risk.**

COMPU-TRAN SHORTHAND REPORTING

54

**JOSEPH A. VASATURO**

1
2  Q.  This is true on all shifts or is
3  it just midnight?
4  A.  **Just midnight.  On the other**
5  **shifts, the floater can go in there.**
6  Q.  After the in-process is done in
7  terms of the prints, the photos, the
8  property, what happens?
9  A.  **And the medical screening.**
10 Q.  Who does the medical screening?
11 A.  **The booking officer.**
12 Q.  Anything else that you're required
13 to do as part of the intake of a new inmate?
14 A.  **Change them out.  Have them**
15 **shower.**
16 Q.  When you say "change them out,"
17 you provide them with jail-issued clothing?
18 A.  **Yes, ma'am.**
19 Q.  What does that consist of?
20 A.  **Pants, shirts, sweatshirt, socks.**
21 **One set of sheets.  Two blankets.  Carry**
22 **jacket, I guess, you can call it.**
23 **Toothbrush, toothpaste, cup.**
24 Q.  Has there been any change in the
25 type of clothing issued to inmates in the

COMPU-TRAN SHORTHAND REPORTING

56

**JOSEPH A. VASATURO**

1
2  Q.  Any other reason?
3  A.  **I'll say withdrawal from alcohol.**
4  Q.  Any other reason?
5  A.  **No, ma'am.**
6  Q.  Would it include, constant watch
7  one-on-one supervision, include withdrawal
8  from drugs?
9  A.  **No, ma'am.**
10 Q.  Do you know why there's a
11 difference between treatment of inmates in
12 terms of this one-on-one supervision when
13 they're withdrawing from alcohol but not
14 withdrawing from drugs?
15 A.  **No, ma'am.**
16 Q.  Did you ever speak with anyone
17 about that?
18 A.  **I believe the withdrawal from**
19 **alcohol is deadly.  I'm not positive.**
20 Q.  Have you ever been provided any
21 instruction or guidance with respect to
22 whether or not withdrawal from drugs can be
23 equally deadly?
24 A.  **No, ma'am.**
25 Q.  In terms of the placing of an

COMPU-TRAN SHORTHAND REPORTING

57

JOSEPH A. VASATURO

1  
2 inmate on some type of watch, correct me if  
3 I'm wrong, but an inmate can come in and be  
4 placed on routine supervision which would be  
5 30-minute checks; correct?  
6      A.   Yes, ma'am.  
7      Q.   Then you mentioned there are also  
8 15-minute checks; correct?  
9      A.   Yes, ma'am.  
10      Q.   Then there's also something called  
11 constant watch?  
12      A.   Yes.  
13      Q.   Any other types of supervision  
14 other than those three?  
15      A.   No.  
16      Q.   When is it determined what type of  
17 supervision an inmate will receive in terms  
18 of a routine, 15 minute or constant?  
19      A.   After the medical screening would  
20 be completed.  
21      Q.   So this is before they receive a  
22 cell?  
23      A.   Yes.  
24      Q.   In terms of your experience in the  
25 Putnam County Correctional Facility, you  

COMPU-TRAN SHORTHAND REPORTING

58

JOSEPH A. VASATURO

1  
2 indicated that constant watch is implemented  
3 when the inmate has a risk of suicide and/or  
4 is withdrawing from alcohol; is that fair to  
5 say?  
6      A.   I don't want to say every time  
7 they're withdrawing from alcohol.  
8      Q.   But every time they're a risk of  
9 suicide, they're placed on constant watch?  
10      A.   Every time you feel that they're  
11 a risk to themselves, yes.  
12      Q.   In terms of alcohol, is it fair to  
13 say that sometimes they're placed on  
14 constant watch and sometimes they're not?  
15      A.   Yes.  
16      Q.   Any other circumstances that  
17 you're aware of where constant watch is  
18 implemented prior to cell assignment?  
19      A.   For mentally challenged, I would  
20 say.  
21      Q.   Any other circumstances?  
22      A.   No, ma'am.  
23      Q.   With respect to the 15-minute  
24 watches, in your experience again, any  
25 practices governing when an individual is  

COMPU-TRAN SHORTHAND REPORTING

60

JOSEPH A. VASATURO

1  
2 placed on those type of watches?  
3      A.   For drug and alcohol withdrawal.  
4      Q.   Any other circumstances?  
5      A.   For heightened numbers on the  
6 suicide screening.  
7      Q.   Any others?  
8      A.   Again, for the mentally-  
9 challenged people.  
10      Q.   Any other circumstances?  
11      A.   No, ma'am.  
12      Q.   In terms of routine supervision,  
13 that would be every other category of  
14 inmate; correct?  
15      A.   Yes, ma'am.  
16      Q.   Now, are you familiar with any  
17 policies, written policies of the Putnam  
18 County Correctional Facility governing in  
19 any way routine, 15 minute and constant  
20 watches?  
21      A.   There are policies that explain  
22 what they are, the differences between the  
23 three.  
24      Q.   Are there any policies which set  
25 forth the criteria under which someone will  

COMPU-TRAN SHORTHAND REPORTING

60

JOSEPH A. VASATURO

1  
2 receive routine versus 15-minute versus  
3 constant watch?  
4      A.   There's no policy to my  
5 knowledge.  
6      Q.   How are you aware of the written  
7 policy that explains the differences between  
8 the three watches?  
9      A.   I read it.  
10      Q.   When did you read it?  
11      A.   Approximately, four or five years  
12 ago.  
13      Q.   When you were hired?  
14      A.   Yes, ma'am.  
15      Q.   Have you had occasion to read it  
16 since that time?  
17      A.   I have.  
18      Q.   Under what circumstances?  
19      A.   Just flipping through.  Just  
20 reading through the policies and procedures.  
21      Q.   Where is the policy and procedure  
22 kept?  
23      A.   We have red books they're kept at  
24 our house.  We sign for them.  
25      Q.   This is something, in other words,  

COMPU-TRAN SHORTHAND REPORTING

61

JOSEPH A. VASATURO

1  
2  that the department provides to each officer
3  to bring home?
4      A.  Yes, ma'am.
5      Q.  When were you issued the red book?
6      A.  My date of hire.
7      Q.  Have you since that time been
8  issued inserts or updates, if you will, to
9  the policies in there?
10     A.  Yes, ma'am.
11     Q.  Have any of the updates pertained
12 in any way to the types of watches -
13 routine, 15 minute and constant?
14     A.  No, ma'am.
15     Q.  Now, you indicated that there were
16 no written policies that you were aware of
17 which set forth in any way the criteria for
18 determining whether somebody would be placed
19 on a routine, a 15 minute or constant watch.
20 How is it then that you learned that
21 constant watch would be imposed if the
22 inmate posed a risk of suicide or danger to
23 one's self?
24     A.  After they impose a risk of
25 suicide would be, I guess, self-explanatory.

COMPU-TRAN SHORTHAND REPORTING

62

JOSEPH A. VASATURO

1  
2  You put them on a constant watch. You want
3  them one-on-one.
4      Q.  How did you learn that was the
5  practice that should be implemented in
6  Putnam County? Was it based on your
7  experience, training, something in writing,
8  verbal instruction, your own personal
9  assumption?
10     A.  It was a personal. If they say
11 they're going to hurt themselves, then it's
12 a constant watch.
13     Q.  Other than if an individual
14 expresses a desire to hurt themselves, they
15 could still pose a risk of suicide; correct?
16 In other words, they may not verbalize it?
17         MR. RANDAZZO:  Objection to
18   the form.
19     A.  Sure.
20     Q.  Have you ever been trained or
21 provided with any kind of instruction on how
22 to recognize someone who is at risk of
23 suicide?
24     A.  Yes, ma'am.
25     Q.  When did you receive that training

COMPU-TRAN SHORTHAND REPORTING

63

JOSEPH A. VASATURO

1  or instruction?
2  
3      A.  It's in-service training. I
4  believe it was in March of '06. We receive
5  it once a year.
6      Q.  Was March of '06 the first time
7  you received it?
8      A.  No.  I would receive it in the
9  correction school.
10     Q.  Other than in March of 2006 and at
11 the correction school, did you ever receive
12 any training regarding recognition of
13 individuals who pose a risk of suicide?
14     A.  Other than my training from the
15 jail, no.
16     Q.  When you say other than your
17 training from the jail, what do you mean?
18 Your work experience there?
19     A.  No.  I mean, other than while I
20 was employed at the Putnam County
21 Correctional Facility, I haven't received
22 any kind of suicide training.
23     Q.  And you received suicide training
24 in March of '06?  That was part of an
25 in-service?

COMPU-TRAN SHORTHAND REPORTING

64

JOSEPH A. VASATURO

1  
2      A.  Yes.
3      Q.  And you received it at the
4  corrections academy; correct?
5      A.  Yes.
6      Q.  Other than those two occasions,
7  any other set time when you received any
8  training or instruction on suicide
9  recognition?
10     A.  February of '07.
11     Q.  Any other occasions?
12     A.  Not that I recall.
13     Q.  Now, you mentioned that as part of
14 the booking process, the individual is given
15 a medical screening?
16     A.  Yes, ma'am.
17     Q.  Does that include the suicide
18 screening that you also testified about?
19     A.  It does.
20     Q.  That's all part of one package?
21     A.  Yes, ma'am.
22     Q.  As the booking officer, you
23 administer both sections of that?
24     A.  It's four sections but yes.
25     Q.  What are the four sections?

COMPU-TRAN SHORTHAND REPORTING

65

JOSEPH A. VASATURO

2   A.  There's a pedigree, tuberculosis
3 screening, medical screening and suicide
4 screening.
5   Q.  At what point in the booking
6 process is it determined where the
7 individual will be housed?
8   A.  After the supervision, after you
9 come up with what supervision.
10   Q.  When is it determined what
11 supervision the inmate will receive?
12   A.  After the medical screening.
13   Q.  So you determine supervision and
14 then you determine housing?
15   A.  Yes, ma'am.
16   Q.  Who has the responsibility for
17 determining what level of supervision an
18 inmate receives?
19   A.  The booking officer.
20   Q.  Who has the responsibility for
21 determining what level of or what housing
22 the individual receives?
23   A.  The booking officer and the
24 housing. The sergeant will have the
25 ultimate decision on both of them.

COMPU-TRAN SHORTHAND REPORTING

67

JOSEPH A. VASATURO

2   Q.  How about housing, you said
3 earlier that the booking officer determines
4 housing?
5   A.  Yes.
6   Q.  Does the sergeant have that role
7 of reviewing and okaying that as well?
8   A.  Yes.
9   Q.  In terms of the sergeant's review
10 and okay of the supervision level, when does
11 that occur in terms of the intake process?
12   A.  That is typically the first thing
13 of the screening.
14   Q.  Say you're the booking officer.
15 After you determine what level of
16 supervision the inmate should receive, you
17 indicated that the sergeant would review
18 that?
19   A.  Yes.
20   Q.  When does the sergeant review it?
21 Is that right after the medical is done?
22   A.  Right after it's finished.
23   Q.  That's been the practice for the
24 entire time you've worked at the county?
25   A.  Yes.

COMPU-TRAN SHORTHAND REPORTING

66

JOSEPH A. VASATURO

2   Q.  And on midnights, your experience
3 that would have been Sergeant LaPolla?
4   A.  Yes, ma'am.
5   Q.  On what basis do you say that
6 Sergeant LaPolla would have the ultimate
7 decision on supervision and housing?
8   A.  On what basis?
9   Q.  Yes. Is it based on your
10 experience, some written policy, something
11 else?
12   A.  No. Just it's always up to the
13 sergeant.
14   Q.  So when you said earlier -- I'm
15 sorry. I may be confused about your
16 testimony. I don't want to put words in
17 your mouth. When you said earlier that the
18 booking officer determines supervision, is
19 that accurate?
20   A.  They do. On the screening form,
21 the booking officer will determine what
22 supervision. Then the sergeant will review
23 it and okay it.
24   Q.  Is that true in all intakes?
25   A.  Yes.

COMPU-TRAN SHORTHAND REPORTING

68

JOSEPH A. VASATURO

2   Q.  At that point in time, you said
3 the sergeant would okay the supervision that
4 you put on?
5   A.  Okay or they would change it as
6 they feel fit.
7   Q.  In terms of the sergeant accepting
8 it or changing it, does that occur prior to
9 the individual receiving the housing
10 assignment?
11   A.  Yes.
12   Q.  Is there some notification process
13 by which you as the booking officer would
14 alert the sergeant that the medical four
15 part screening has been completed?
16   A.  Yes.
17   Q.  At that point in time, is this
18 prior to the housing assignment?
19   A.  Yes.
20   Q.  Then the sergeant would review the
21 supervision level?
22   A.  Yes.
23   Q.  Then who determines the housing
24 assignment? Is it the booking officer and
25 the sergeant at that time?

COMPU-TRAN SHORTHAND REPORTING

69

### JOSEPH A. VASATURO

1
2  A.  It could be the booking officer
3  or it could be the sergeant.
4  Q.  Either way, the sergeant okays the
5  housing assignment?
6  A.  Yes.
7  Q.  Are you required to in any way
8  list or justify the reasons for putting
9  somebody on a routine versus a 15 minute
10  versus a constant watch?
11  A.  A P-1 needs to be done.  A P-1 is
12  just a memo explaining why they're on the
13  watch that they're on.
14  Q.  Is that true for a routine watch
15  as well?
16  A.  No.
17  Q.  Just on the 15 minute or the
18  constant watch?
19  A.  Yes.
20  Q.  When does that P-1 have to be
21  completed in terms of the intake process?
22  A.  It's completed all with the whole
23  process.  It's all done together.
24  Q.  Is it done before the individual
25  is placed in a housing assignment?

*COMPU-TRAN SHORTHAND REPORTING*

70

### JOSEPH A. VASATURO

1
2  A.  No.
3  Q.  So, it's done after the individual
4  is put in their cell?
5  A.  It depends.  If the officer will
6  get it done before then they escort the
7  inmate back.
8  Q.  It may be before or it may be
9  after?  There's no set routine?
10  A.  There's no set routine.
11  Q.  Who does the P-1 go to?
12  A.  The housing unit will get a copy.
13  Q.  Anyone else?
14  A.  Briefing room will get a copy.
15  Q.  Anyone else?
16  A.  Classification will get a copy.
17  Q.  Anyone else?
18  A.  No.
19  Q.  When you say that the housing unit
20  is given a copy, how is that delivered?
21  A.  By hand.
22  Q.  To the person posted at that unit?
23  A.  Yes, ma'am.
24  Q.  How about the briefing room, how
25  is that delivered?

*COMPU-TRAN SHORTHAND REPORTING*

71

### JOSEPH A. VASATURO

1  A.  By hand.  By the booking officer.
2
3  Q.  Who is it delivered to?
4  A.  Put into a black binder.
5  Q.  How about to classification, how
6  is that delivered?
7  A.  By hand.
8  Q.  To the classification officer?
9  A.  It's put in his mailbox.
10  Q.  Are you as the booking officer
11  responsible for delivering the P-1?
12  A.  Yes, ma'am.
13  Q.  Is there any requirement that the
14  P-1 be delivered to the tour supervisor or
15  the sergeant?
16  A.  I'm not sure if there's a
17  requirement or if it's common practice to
18  give it to the sergeant.
19  Q.  In your experience, have you as
20  the booking officer given a copy of the P-1
21  to the sergeant?
22  A.  I have.
23  Q.  Yes?
24  A.  Yes.
25  Q.  And that's been true for the last

*COMPU-TRAN SHORTHAND REPORTING*

72

### JOSEPH A. VASATURO

1  five and a half years?
2
3  A.  Yes.
4  Q.  Are you required to provide any
5  other paperwork to the sergeant as part of
6  the booking officer position?
7  A.  No.
8  Q.  When you indicated earlier that
9  the booking officer -- that the sergeant
10  reviews the medical four part intake forms,
11  does the sergeant actually take copies of
12  those?
13  A.  No.
14  Q.  Are you aware of any requirement
15  or rule or regulation that requires the
16  booking officer to deliver to the sergeant
17  the Suicide Screening Guideline form?
18  A.  Not to deliver it to them.  On
19  the suicide screening, it says if the score
20  is eight or above, they should be notified.
21  Q.  Meaning the supervisor should be
22  notified if the score was eight or higher?
23  A.  Yes, ma'am, or if you feel they
24  should be notified with any score.
25  Q.  In your experience in the last

*COMPU-TRAN SHORTHAND REPORTING*

73

JOSEPH A. VASATURO

2 five and a half years when you notify a
3 supervisor of a suicide screening score of
4 eight or higher, is that notification in
5 writing or verbal?
6    A.   **Verbal.**
7    Q.  Is there any requirement, policy,
8 rule or regulation that requires that
9 notification to be in written form?
10    A.   **Not that I'm aware of.**
11    Q.  In your experience, again when you
12 notify a supervisor of a score of eight or
13 higher and you do so verbally, does the
14 supervisor at any point in time receive
15 information from you as to what caused the
16 score to be eight or higher?
17    A.   **Yes.**
18    Q.  In other words, do you explain?
19    A.   **Yes. We'll go over it together.**
20    Q.  You go over the form itself?
21    A.   **Yes.**
22    Q.  As far as you know, is that the
23 policy and procedure at the Putnam County
24 facility?
25    A.   **It is common practice.**

*COMPU-TRAN SHORTHAND REPORTING*

---

74

JOSEPH A. VASATURO

2    Q.  Do you know if it's required by
3 any policy or regulation?
4    A.   **If the score is eight or above,**
5 **it is required to notify a sergeant.**
6    Q.  By some policy, though, that
7 you're aware of?
8    A.   **Yes, ma'am.**
9    Q.  Any other circumstances where
10 you're supposed to notify a supervisor of
11 anything that is revealed as a result of the
12 suicide screening form?
13    A.   **If a shaded area on there is**
14 **checked.**
15    Q.  What's your understanding as to
16 why a supervisor is supposed to be notified
17 if the individual has a score of eight or
18 higher or if a shaded area is checked?
19    A.   **I believe it's high-risk areas.**
20    Q.  High risk of what? Harm to one
21 self?
22    A.   **Yes, ma'am.**
23    Q.  Did you ever receive any kind of
24 training on the administration of the
25 suicide screening form?

*COMPU-TRAN SHORTHAND REPORTING*

---

75

JOSEPH A. VASATURO

2    A.   **That training is given during the**
3 **in-service training.**
4    Q.  The ones that you testified about
5 earlier?
6    A.   **Yes, ma'am.**
7    Q.  In connection with the training,
8 were you ever instructed on what to do in
9 terms of level of supervision if an
10 individual scores eight or higher on the
11 suicide screening form?
12    A.   **I'm unaware of any policy that**
13 **says if they score eight or higher, the**
14 **level of supervision.**
15    Q.  Were you ever trained, in other
16 words, maybe not a written policy but were
17 you ever trained or instructed in any way on
18 what level of supervision needs to be
19 instituted if an individual scored eight or
20 higher?
21    A.   **No, ma'am.**
22    Q.  In your experience in the booking
23 officer position for the last five and a
24 half years, is there any common practice
25 that you're aware of as to what occurs in

*COMPU-TRAN SHORTHAND REPORTING*

---

76

JOSEPH A. VASATURO

2 terms of level of supervision given to an
3 inmate who scores eight or higher on the
4 suicide screening?
5    A.   **No, ma'am.**
6    Q.  In terms of the shaded areas on
7 the form, you indicated that a supervisor
8 has to be notified under those circumstances
9 as well; correct?
10    A.   **Yes, ma'am.**
11    Q.  Do you have any understanding of
12 any policies that are in place in the last
13 five and a half years as to what level of
14 supervision needs to be instituted if a
15 shaded area is checked on the suicide
16 screening form?
17    A.   **No, ma'am.**
18    Q.  Have you ever received any
19 training or instruction on what level of
20 supervision needs to be instituted under the
21 circumstances where a shaded area is checked
22 on that form?
23    A.   **No, ma'am.**
24    Q.  In terms of the forms themselves,
25 are they made available to you by the Putnam

*COMPU-TRAN SHORTHAND REPORTING*

77

JOSEPH A. VASATURO

1  County Correctional Facility?
2  
3      A.   Yes, ma'am.
4      Q.   In other words, it's not something
5  that you devised; correct?
6      A.   No, ma'am.
7      Q.   In terms of the form, do you know
8  if it has a specific name or designation,
9  title?
10     A.   It's a medical screening form.
11     Q.   Is the suicide screening all part
12  of that same packet, or is it a separate
13  form?
14     A.   It's part of the packet.
15          MS. BERG:   Let me have
16     marked as Plaintiff's Exhibit 1, a copy of
17     a document which says Suicide Prevention
18     Screening Guidelines at the top, and it's
19     called Form 330-ADM.
20     (Whereupon, Plaintiff's Exhibit 1,
21  SUICIDE PREVENTION SCREENING GUIDELINES, FORM
22  330-ADM, was marked for identification.)
23     Q.   I'm going to show you what was
24  marked as Plaintiff's Exhibit 1.  Take a
25  look at it.  It's two pages.  And my

*COMPU-TRAN SHORTHAND REPORTING*

79

JOSEPH A. VASATURO

1  the State of New York, Commission of
2  Correction's Suicide Prevention Screening
3  Guidelines indicate that if eight or more of
4  the boxes are checked, not only is
5  supervisory notification required, but so is
6  constant watch?
7      A.   I was unaware of that, ma'am.
8      Q.   On this form under the section
9  that says, "Action," do you see where it
10  reads, "If total checks in column A are
11  eight or more or any shaded box is checked
12  or if you feel it necessary, notify
13  supervisor and institute constant watch;" do
14  you see that portion?
15     A.   Yes, ma'am.
16     Q.   Did anybody ever instruct you,
17  provide you with any policy, train you in
18  any way, under the circumstances where
19  someone called eight or more, constant watch
20  was what the New York State Commission of
21  Corrections required?
22     A.   I was not aware of that eight or
23  more or shaded box with a constant watch.
24     Q.   Do you know why it is that Putnam

*COMPU-TRAN SHORTHAND REPORTING*

78

JOSEPH A. VASATURO

1  question to you is, do you recognize that?
2      A.   No, ma'am.
3      Q.   Have you ever seen that form
4  before?
5      A.   This particular form, no, ma'am.
6  I believe ours is constructed a little
7  different.
8      Q.   Has that been true for the five
9  and a half years you've worked as a booking
10  officer and correction officer at the
11  facility?
12     A.   As far as I've been working
13  booking, yes.
14     Q.   Do you see at the top right, it
15  says, "State of New York, Commission of
16  Correction, Office of Mental Health"?
17     A.   Yes, ma'am.
18     Q.   Did anyone ever provide you with
19  this form as it is here, the 330-ADM, as
20  part of any of your training or instruction?
21     A.   Not that I recall, ma'am.
22     Q.   Did anybody ever indicate to you
23  at any time either in training or during
24  your employment with the department, that

*COMPU-TRAN SHORTHAND REPORTING*

80

JOSEPH A. VASATURO

1  County Correctional Facility does not used
2  the form that the Commission of Corrections
3  devised?
4          MR. RANDAZZO:   Objection to
5     the form.
6          You can answer.
7          MR. KLEINBERG:   Objection.
8      A.   I'm not aware, ma'am.
9      Q.   Did anyone ever discuss that with
10  you?
11     A.   No, ma'am.
12     Q.   On the second page of Exhibit 1,
13  it appears to be instructions for completing
14  the form; do you see that?
15     A.   Yes, ma'am.
16     Q.   Have you ever seen those
17  instructions?
18     A.   No, ma'am.
19     Q.   On the forms that you were given
20  at the Putnam County Correctional Facility,
21  are instructions with the medical screening
22  packet that contains the suicide guidelines?
23     A.   No, ma'am.
24     Q.   Have you ever been given

*COMPU-TRAN SHORTHAND REPORTING*

81

JOSEPH A. VASATURO

1  
2  instructions on how to complete the Suicide
3  Screening Guideline form that you were given
4  at the facility?
5  **A.  Verbally, in training.**
6  Q.  In the in-service training?
7  **A.  Yes, ma'am.**
8  Q.  How about anything in writing?
9  **A.  Not that I'm aware of.**
10  Q.  Is there anything in writing with
11  the forms themselves, where the forms are
12  kept in the correctional facility that in
13  any way is similar to page 2 of Exhibit 1?
14  **A.  Not that I'm aware of, ma'am.**
15  Q.  Other than the personal
16  observation of inmates during checks by a
17  correction officer, is there any other kind
18  of surveillance that's done by video,
19  computer or audio monitoring?
20  **A.  We do a -- we have clocks that**
21  **we hit.  It's called a pipe.  At certain**
22  **parts of the hall as you're walking, you hit**
23  **the points.**
24  Q.  Is that an electronic monitoring?
25  **A.  It is.**
*COMPU-TRAN SHORTHAND REPORTING*

83

JOSEPH A. VASATURO

1  
2  Q.  You still have to do the logbook
3  entries?
4  **A.  Yes.**
5  Q.  Is the lunch period a set time
6  every day on the North Housing Unit?
7  **A.  Yes.**
8  Q.  What time is it?
9  **A.  Lunch is 11:30 to 12:30.**
10  Q.  And the inmate is locked in for
11  that entire time?
12  **A.  Yes.**
13  MS. BERG:  Mind if we take
14  five minutes?
15  MR. RANDAZZO:  That's
16  fine.
17  (Recess taken)
18  CONTINUED EXAMINATION BY
19  MS. BERG:
20  Q.  In terms of classification of
21  inmates, you indicated earlier that happens
22  about three to five business days after the
23  inmate comes into the facility?
24  **A.  Approximately three to five**
25  **business days.**
*COMPU-TRAN SHORTHAND REPORTING*

82

JOSEPH A. VASATURO

1  
2  Q.  When is that used?
3  **A.  Midnights, during lunch.**
4  Q.  Only midnights?
5  **A.  During lunch.  During breakfast.**
6  **During dinner and from 2200 to 0700.**
7  Q.  Do you know why that pipe is used
8  during those times and only those times?
9  **A.  These are lock-in periods.**
10  Q.  What is the pipe check for in
11  terms of the electronic device?
12  **A.  To ensure that you're doing the**
13  **check.**
14  Q.  In terms of the physical equipment
15  that you carry as a correction officer, is
16  that something that's personally issued to
17  you or is it kept on the unit?
18  **A.  I have my own personal button**
19  **that would activate my code, I guess, into**
20  **the pipe.**
21  Q.  Are you required to perform any
22  kind of logbook entries on the occasions
23  that you do your checks but you have the
24  pipe?
25  **A.  Yes.**
*COMPU-TRAN SHORTHAND REPORTING*

84

JOSEPH A. VASATURO

1  
2  Q.  Is there anything other than being
3  locked in their cell that is different in
4  the way those inmates are treated for that
5  period of time that they're unclassified?
6  **A.  No.**
7  Q.  Anything that they're prohibited
8  from doing, like going to programs or
9  anything else?
10  **A.  They wouldn't be attending**
11  **programs.**
12  Q.  Anything else that they're
13  prohibited from doing?
14  **A.  They wouldn't be watching**
15  **television.  At the officer's discretion,**
16  **whether or not to give him the TV.  Most of**
17  **us do.  Some of us don't.**
18  Q.  In terms of receiving any kind of
19  trips to medical or other kind of care, is
20  there anything that happens, you know, if an
21  unclassified inmate needs that care?
22  **A.  If an unclassified needs to go to**
23  **the medical facility, the floater would**
24  **bring him to medical.**
25  Q.  Is there anything that happens
*COMPU-TRAN SHORTHAND REPORTING*

85

JOSEPH A. VASATURO

1
2 once classification is given to an inmate
3 with respect to a medical screening or
4 assessment?
5      A.   I am not positive what Officer
6 Walsh does when he classifies an inmate.
7      Q.   Did you ever hear of a
8 classification called P-2?
9      A.   That's the level of supervision.
10      Q.   What does that mean, P-2?
11      A.   I believe that's 15-minute watch.
12      Q.   What's a constant watch?  What's
13 the code for that?
14      A.   I'm not positive, ma'am.  I'd be
15 taking a guess.
16      Q.   In terms of the booking process,
17 you indicated that you worked that position
18 on midnights about twice a week for four
19 years; correct?
20      A.   Yes, ma'am.
21      Q.   Can you estimate in that period of
22 time, which would have been from, say, '03
23 to '07, roughly therein, how many times you
24 administered the medical screening packet
25 which included the Suicide Screening

COMPU-TRAN SHORTHAND REPORTING

87

JOSEPH A. VASATURO

1
2 four-year period, you're talking somewhere
3 close to 400 times that you served in that
4 booking officer position in that four-year
5 period on midnights?
6      A.   Sure, with those numbers.  Again,
7 I'm not sure how many times I was actually
8 in there.
9      Q.   Okay.  Taking into consideration
10 those numbers, do you still believe that you
11 only administered the medical screening
12 packet, which included the suicide
13 guidelines about 20 or 30 times, or do you
14 think it's more than that?
15      A.   Ma'am, it feels like -- that's
16 what it feels like.
17      Q.   That's your best guess, right now,
18 or estimate, if you will?
19      A.   Yes, ma'am.  I'm not sure how
20 many times I've given it.
21      Q.   Are you familiar with the company
22 called Americor?
23      A.   Yes, ma'am.
24      Q.   Do you know what, if any,
25 involvement they have in the Putnam County

COMPU-TRAN SHORTHAND REPORTING

86

JOSEPH A. VASATURO

1
2 Guidelines?
3      A.   Estimate, 20 to 30.  I'm not
4 positive on the amount.
5      Q.   20 to 30 times in total?
6      A.   Right.  I'm not positive on the
7 amount.
8      Q.   If that's the case that you
9 administered about 20 to 30 times, is it
10 typical that when you work the midnight
11 shift in the booking position, that you have
12 no inmates coming in at all?
13      A.   Sometimes nobody comes in.
14 Sometimes we're flooded.  Sometimes there's
15 only one person.  It's all different.  Every
16 night, it's different.
17      Q.   On average when you worked the
18 four years on midnights doing the booking
19 officer position about twice a week, that
20 would have been roughly 100 times a year
21 that you performed that position?  Twice a
22 week, 52 weeks, roughly 100 times; right?
23      A.   Roughly.  I'm not sure how many
24 times I was in there.
25      Q.   If you carry that out over the

COMPU-TRAN SHORTHAND REPORTING

88

JOSEPH A. VASATURO

1
2 Correctional Facility?
3      A.   They are the medical department
4 in Putnam County Correctional Facility.
5      Q.   That has been true the five and a
6 half years that you worked for the
7 department?
8      A.   No, ma'am.
9      Q.   Who was the medical provider prior
10 to that?
11      A.   I'm not positive who it was.  I'm
12 not positive.
13      Q.   Do you recall when it was that
14 Americor came into Putnam County?
15      A.   I want to say they've been there
16 three years.  I'm not positive on when they
17 came in.
18      Q.   Do you as a correction officer
19 ever interact with Americor employees as
20 part of your duties?
21      A.   Yes.
22      Q.   In what way?
23      A.   Escorting inmates to medical when
24 they need to go.  When a new arrival comes
25 to the jail, the nurse will come up and look

COMPU-TRAN SHORTHAND REPORTING

89

JOSEPH A. VASATURO

1  JOSEPH A. VASATURO
2  at them.
3  Q.  When the nurse comes up to look at
4  a new arrival, is that done in your
5  presence?
6  A.  No, ma'am.
7  Q.  Where is that done?
8  A.  Well, I'm there, but I'm not
9  interacting with the conversation.
10  Q.  But can you overhear it?
11  A.  Yes.
12  Q.  Any other interaction as a
13  correction officer that you have with
14  Americor employees on a regular basis?
15  A.  When they bring meds, to deliver
16  meds to the inmates.
17  Q.  At the cell you mean?
18  A.  In North Housing Unit, yes.  You
19  escort the medical around.
20  Q.  Anything else, any other
21  interactions?
22  A.  No, ma'am.
23  Q.  In terms of a new arrival coming
24  into the facility, do you notify the
25  Americor nurse that there is a new arrival

91

JOSEPH A. VASATURO

1  JOSEPH A. VASATURO
2  A.  After it's completed.
3  Q.  While the inmate is still in
4  booking?
5  A.  The inmate could still be in
6  booking.  The inmate could be in their cell
7  already, yes.
8  Q.  At the time that the nurse comes
9  to booking to assess the new arrival, do you
10  show them or go over with them the medical
11  form and the suicide screening form?
12  A.  We show -- I typically give it to
13  them.  They run through it, and then they
14  interact with the inmate.
15  Q.  In terms of your experience in
16  booking, does the Americor nurse communicate
17  with you after they've done their assessment
18  of a new arrival?
19  A.  If they see a problem, yes, they
20  will.  If they don't see a problem, no, they
21  won't.
22  Q.  When you say "see a problem," how
23  do you define that?
24  A.  See a problem may be they feel
25  they should be on a higher level of watch.

90

JOSEPH A. VASATURO

1  and they need to come up to see them?
2  A.  Yes.
3  Q.  In your observations and your
4  ability to hear what the nurse does, what do
5  you understand their role to be in the
6  intake process?
7  A.  They come up and they visit with
8  the inmate.  I'm not really positive what
9  the role is.  I would imagine make sure
10  they're medically okay.  I don't know.
11  Q.  Do you interact with that nurse
12  about each particular inmate that comes into
13  the facility?  For example, to let them know
14  of your observations?
15  A.  They're typically shown the
16  screening.
17  Q.  So they would -- the nurse would
18  receive or be able to view, if you will, a
19  copy of the entire packet that includes the
20  suicide screening?
21  A.  They get the suicide screening.
22  Q.  They do get it?
23  A.  Yes.
24  Q.  When do they receive it?

92

JOSEPH A. VASATURO

1  JOSEPH A. VASATURO
2  Q.  Any other --
3  A.  Maybe sometimes the inmate will
4  come in with medication that they'll need.
5  Q.  In your experience, has Americor
6  employees who have evaluated new arrivals in
7  booking, communicate to you their belief
8  that a higher level of watch was warranted?
9  A.  Yes.
10  Q.  In those circumstances, have you
11  concurred in what the Americor employee has
12  indicated?
13  A.  Yes.
14  Q.  Do you know anything more
15  specifically as to what the Americor nurse
16  is required to do either by Putnam County or
17  any other rule or regulation in terms of the
18  inmate arriving to the facility?
19  A.  I do not.
20  Q.  Do you have any understanding as
21  to whether the Americor nurse or other
22  employees need to assess the inmate within a
23  certain amount of time upon arrival to the
24  facility?
25  A.  I don't know their policies.

**93**

```
 1            JOSEPH A. VASATURO
 2      Q.   The screening or assessment takes
 3   place during the booking process?
 4      A.   Yes, ma'am.
 5      Q.   As a correction officer, are you
 6   required to consult with the Americor staff
 7   prior to making a decision on what level of
 8   watch is warranted?
 9      A.   No, ma'am.
10      Q.   Are you required to consult with
11   the Americor staff prior to making a
12   decision on housing, cell assignment?
13      A.   No, ma'am.
14      Q.   Is there also a jail physician, if
15   you know?
16      A.   I believe there is, yes.
17      Q.   Do you know who that is?
18      A.   I'm under the impression it's
19   Dr. Neshawad (ph).
20      Q.   Have you ever had communications
21   with him?
22      A.   No.
23      Q.   In connection with the booking
24   process, have you ever had occasion to
25   notify Dr. Neshawad directly or cause him to
          COMPU-TRAN SHORTHAND REPORTING
```

**94**

```
 1            JOSEPH A. VASATURO
 2   be notified of any concern that you've come
 3   across?
 4      A.   We have mental health referrals.
 5   They are delivered to the sergeant.  The
 6   sergeant okays it, and they're delivered to
 7   medical department.  Where they go from
 8   there, I don't know.
 9      Q.   As the correction officer, you're
10   not required to contact anyone for purpose
11   of reaching Dr. Neshawad?
12      A.   Not that I'm aware of.  When a
13   commitment comes to the jail, I notify
14   medical.  Medical will come up.  They will
15   look at the inmate.
16      Q.   Have you known of any
17   circumstances where Dr. Neshawad has been
18   contacted by the Americor staff?
19      A.   No, ma'am.
20      Q.   In your experience in the booking
21   process, out of the 20 or 30 times that you
22   can recall administering the Suicide
23   Screening Prevention Guidelines, out of
24   those times, can you recall how many of them
25   had a shaded box checked off?
          COMPU-TRAN SHORTHAND REPORTING
```

**95**

```
 1            JOSEPH A. VASATURO
 2      A.   I don't recall an exact number.
 3      Q.   Can you tell me if it was more or
 4   less than half of the times?
 5      A.   I don't recall how many times
 6   there was a shaded box.
 7      Q.   Do you recall if it was more than
 8   once?
 9      A.   I'm sure it was more than once.
10   I don't have an exact count on it.
11      Q.   Is there anything you can do to
12   figure out roughly or a range of how many
13   times?
14      A.   Every medical I've done was
15   delivered to the medical department.  I
16   don't know if they have copies.  I don't
17   know.
18      Q.   In terms of the score of eight or
19   higher on the Suicide Prevention Screening
20   Guidelines, of the ones that you've
21   administered, do you recall how many inmates
22   did obtain a score of eight or higher?
23      A.   No, ma'am, I don't recall.  I
24   would have to go through the ones that I've
25   done.  I don't recall.
          COMPU-TRAN SHORTHAND REPORTING
```

**96**

```
 1            JOSEPH A. VASATURO
 2      Q.   Is there anything you can do in
 3   terms of a range?  For example, tell me if
 4   it's more or less than five times, more or
 5   less than 20 times without guessing?
 6      A.   No.  I mean, no.  I can't tell
 7   you for sure.  I would have to look at them.
 8      Q.   In terms of the intake and booking
 9   process, is it fair to say that some of the
10   inmates coming into the facility are
11   experiencing drug and alcohol addiction
12   problems?
13      A.   That's fair to say.
14      Q.   Again, in your experience as the
15   booking officer, can you estimate for me in
16   terms of a range or percentage, how often
17   the inmates who come in have those types of
18   issues?
19      A.   Percentage, maybe half the time.
20   I don't know.
21      Q.   Are you familiar with any kind of
22   programs that are offered to inmates for
23   detoxification?
24      A.   Through the medical department,
25   no, I'm not.
          COMPU-TRAN SHORTHAND REPORTING
```

97

JOSEPH A. VASATURO

1
2     Q.    Do you as a correction officer
3  have any role in those programs, if any
4  exist?
5        A.    If the inmate wishes to, say,
6  attend one of the programs, and we refer
7  them to the medical department.
8     Q.    How would you know if an inmate
9  wants to attend one of the programs?
10       A.    Well, we have these medical forms
11  on the housing unit.  They would request a
12  medical form.  They fill it out and put it
13  in the box.  I wouldn't know until they go
14  to the program.
15     Q.    In terms of a new inmate, is there
16  anything during the intake process or
17  booking process that advises them of the
18  availability of any kind of programs?
19       A.    Nothing on paper, ma'am.  If they
20  would ask do you have AA, we would explain
21  to them how it works.
22     Q.    What would you explain to them?
23       A.    I would tell them they come once
24  a week.  You sign up for it, and you would
25  be able to go once you get classified.

*COMPU-TRAN SHORTHAND REPORTING*

98

JOSEPH A. VASATURO

1
2     Q.    What about someone who's actively
3  withdrawing from alcohol or drugs, are there
4  any programs to assist them in terms of the
5  physical effects or the mental effects of
6  that withdrawal?
7        A.    I don't know if Americor has
8  anything in place.
9     Q.    Are you aware of anything that the
10  county has as a county employee?
11       A.    No.
12     Q.    Have you ever provided anything to
13  any incoming inmates as part of the booking
14  process as to what is available, if
15  anything, on help with withdrawal?
16       A.    If they ask for it, we'll take
17  it -- withdrawal?  I don't know.  I don't
18  know what Americor has in place.  I don't
19  know what they use.
20     Q.    Were you ever provided with any
21  kind of instruction or training as to how to
22  observe if an inmate is having signs or
23  symptoms of withdrawing from alcohol or
24  drugs?
25       A.    Yes, ma'am.

*COMPU-TRAN SHORTHAND REPORTING*

99

JOSEPH A. VASATURO

1
2     Q.    Was that part of the in-service
3  training that you received?
4        A.    Yes, ma'am.
5     Q.    Were you ever given any kind of
6  training or instruction with respect to the
7  timing of when withdrawal symptoms would
8  appear in cases of drug withdrawal?
9        A.    Yes, ma'am.
10     Q.    What were you trained or
11  instructed on in that regard?
12       A.    24/48 hours withdrawal.
13     Q.    What does that mean?
14       A.    I guess they would start to shake
15  and show signs of withdrawal.
16     Q.    That would be 24 to 48 hours after
17  their last use of the substance?
18       A.    Yes, ma'am.
19     Q.    In terms of your position as a
20  correction officer on any post, have you
21  ever been required by any policy or practice
22  in the facility to follow-up on an inmate
23  within that 24- to 48-hour period?
24       A.    No, ma'am.  They'd be on a
25  15-minute watch or constant watch.

*COMPU-TRAN SHORTHAND REPORTING*

100

JOSEPH A. VASATURO

1
2     Q.    During the 15-minute watch, in
3  your experience, do you evaluate the inmates
4  on those watches for any signs of drug
5  withdrawal?
6        A.    Yes.
7     Q.    What do you do?
8        A.    We watch them a little closer.
9  Look for the shaking.  Look for if they're
10  trying to hurt themselves.  We get them more
11  liquids for the dehydration.
12     Q.    Anything else?
13       A.    No, ma'am.
14     Q.    Anything else that you look for in
15  terms of signs of withdrawal?
16       A.    No, ma'am.
17     Q.    Anything else that you've been
18  trained to look for in terms of any signs of
19  withdrawal?
20       A.    No.  There's other signs.  I
21  don't recall them right now.
22         MS. BERG:    I'd like to
23  have marked as Plaintiff's Exhibit 2, a
24  copy of Section III, Article 15 of
25  regulations with respect to the Putnam

*COMPU-TRAN SHORTHAND REPORTING*

101

JOSEPH A. VASATURO

1  County Correctional Facility entitled
2  "Mental Health Evaluation and Service."
3      (Whereupon, Plaintiff's Exhibit **2**,
4  *SECTION III, ARTICLE 15, MENTAL HEALTH*
5  *EVALUATION & SERVICE, was marked for*
6  *identification.*)
7      Q.  I'll show you a copy of
8  Plaintiff's Exhibit 2.  It consists of
9  several pages.  On the bottom, for the
10  record, are the numbers 74 through 84
11  written in handwriting.
12          Have you ever seen that document
13  or any part of it before?
14      **A.  Yes, ma'am.**
15      Q.  Do you recall when you first saw
16  it?
17      **A.  These are the red books that I**
18  **received upon my hiring.**
19      Q.  Take a look, if you would, at the
20  first page of the document.  It has two
21  sections, 15-1 and 15-2.  Do you see that?
22      **A.  Yes, ma'am.**
23      Q.  If you follow Section 15-2,
24  Section A, booking officer; do you see that?

*COMPU-TRAN SHORTHAND REPORTING*

102

JOSEPH A. VASATURO

1      **A.  Yes, ma'am.**
2      Q.  That's the position that you
3  testified about earlier that you performed
4  on the midnight shift about twice a week?
5      **A.  Yes, ma'am.**
6      Q.  Under the booking officer's
7  responsibilities, letter B indicates,
8  "Administration of Suicide Prevention
9  Screening Guidelines, Form 330-ADM;" do you
10  see that?
11      **A.  Yes, ma'am.**
12      Q.  You see as Exhibit 1, that is the
13  form that we marked?  It says it on the top
14  left.
15      **A.  Yes, ma'am.**
16      Q.  Is it your testimony that, in
17  fact, the Putnam County Correctional
18  Facility does not use that form?
19      **A.  A version of that form.**
20      Q.  But it's not actually that form;
21  correct?
22      **A.  This exact form, no.**
23      Q.  Do you recall how the Putnam
24  County form differs from the ADM-330?

*COMPU-TRAN SHORTHAND REPORTING*

103

JOSEPH A. VASATURO

1      **A.  I would have to read through all**
2  **these.  Down here it differs.  (*Indicating*)**
3      Q.  Where does it differ?  At the
4  "action" section?
5      **A.  Yes.**
6      Q.  In what way does the form that
7  Putnam County uses, differ?
8      **A.  It doesn't -- our doesn't say**
9  **constant watch.**
10      Q.  What does yours say in terms of
11  action?
12      **A.  Total checks of, I think it's 16A**
13  **and B, to notify the supervise.  Eight or**
14  **more is to notify the supervisor.  If you feel**
15  **necessary, notify a supervisor.**
16      Q.  Does it indicate if any shaded box
17  is checked, notify the supervisor?
18      **A.  If any shaded box is checked,**
19  **notify the supervisor.  I know that I'm not**
20  **sure if it says it on there.**
21      Q.  The form that Putnam County uses
22  does not include a statement that constant
23  watch should be instituted?
24      **A.  No, ma'am.**

*COMPU-TRAN SHORTHAND REPORTING*

104

JOSEPH A. VASATURO

1      Q.  No, it does not?
2      **A.  It has which supervision do you**
3  **want.  I believe it's 15 and constant watch.**
4      Q.  It doesn't say if there's eight or
5  more shaded boxes checked or if you feel
6  necessary, institute constant watch?
7      **A.  I don't believe so, ma'am.**
8      Q.  Is there a section on the Putnam
9  County form for --
10      **A.  I'm sorry.  Which form?**
11      Q.  Putnam County's form.
12      **A.  Not that I'm aware of.**
13      Q.  Your answer is correct?
14      **A.  Yes.**
15      Q.  On the Putnam County form, is
16  there a section for the supervisor to be
17  notified anything saying yes or no or check
18  boxes?
19      **A.  Yes, there is, ma'am.**
20      Q.  How about anything for constant
21  supervision instituted, is that on the
22  Putnam County form?
23      **A.  There is a checkmark for constant**
24  **supervision if you would like to -- if**

*COMPU-TRAN SHORTHAND REPORTING*

105

**JOSEPH A. VASATURO**

1   they're placed on constant supervision.

2   **Q.**   Just to indicate that it's

3   happened?

4      **A.   Yes. There should be mental**

5   **health referral on ours.**

6      **Q.**   Anything else that you can recall

7   that differs from the form that Putnam

8   County uses?

9      **A.   The top is a little different.**

10   **Instead of signing up there, I would sign**

11   **down here. (Indicating)**

12      **Q.**   Anything else that you can recall

13   as you sit here today?

14      **A.   No, ma'am.**

15      **Q.**   Going back if you would to the red

16   book Article 15 on the page following down

17   where we just were Section III, "Immediately

18   notify the tour supervisor whenever a

19   prisoner, A, scores in the high risk, score

20   of eight in column A, or immediate referral

21   categories on the Suicide Prevention

22   Screening form."

23         Do you see that regulation or

24   rule?

106

**JOSEPH A. VASATURO**

1      **A.   Yes, ma'am.**

2      **Q.**   And you were aware that if an

3   individual scored eight or more in column A,

4   they were considered to be high risk?

5      **A.   Higher risk, yes, ma'am.**

6      **Q.**   This says high risk, not higher?

7      **A.   High risk, yes, ma'am.**

8      **Q.**   And the immediate referral

9   categories on the Suicide Prevention

10   Screening form, is that the shaded box?

11      **A.   Yes, ma'am.**

12      **Q.**   Section E of that paragraph three,

13   "Immediately notify the tour supervisor

14   whenever a prisoner appears to be

15   significantly under the influence of alcohol

16   or drugs;" do you see that?

17      **A.   Yes, ma'am.**

18      **Q.**   Did you ever receive any guidance

19   or direction as to what it means to be,

20   quote, "significantly under the influence of

21   alcohol or drugs"?

22      **A.   No, ma'am.**

23      **Q.**   Did anybody ever explain to you

24   how to determine whether or not the inmate

107

**JOSEPH A. VASATURO**

1   meets that threshold of being significantly

2   under the influence?

3      **A.   No, ma'am.**

4      **Q.**   If you would, turn to Section

5   15.4. At the bottom right, it says 78 on

6   the page.

7         Under procedural guidelines, it

8   indicates, "The captain or staff sergeant,

9   A, should ensure that at least active

10   supervision is provided to prisoners with

11   mental health problems;" do you see that?

12      **A.   Yes.**

13      **Q.**   What is active supervision?

14      **A.   Active supervision is every 30**

15   **minutes. Up here it says every 15 minutes.**

16      **Q.**   In terms of the written policy, it

17   says 15 minutes, but in practice, it's

18   actually 30 minutes?

19      **A.   Active supervision, I'm under the**

20   **impression, it was every 30 minutes.**

21      **Q.**   It says that, "The captain or

22   staff sergeant should determine if

23   additional supervision is required for a

24   prisoner whose condition, illness or

108

**JOSEPH A. VASATURO**

1   injuries warrant it;" do you see that?

2      **A.   Yes, ma'am.**

3      **Q.**   Earlier, you indicated that it was

4   actually the booking officer that made that

5   determination and the sergeant would review

6   it; correct?

7      **A.   They would review it and**

8   **determine whether it's right or not.**

9      **Q.**   So in practice in the Putnam

10   County Correctional Facility, it's actually

11   the booking officer who first makes the

12   determination?

13      **A.   Yes, ma'am.**

14      **Q.**   On the next page, Section III,

15   page 79, at the bottom right. "Tour

16   supervisor will, A, ensure constant

17   supervision is immediately provided for the

18   following types of prisoners - one, suicidal

19   prisoners;" do you see that?

20      **A.   Yes, ma'am.**

21      **Q.**   Did you have an understanding that

22   the tour supervisor, namely the sergeant,

23   had that responsibility to ensure that

24   constant supervision is implemented for

109

JOSEPH A. VASATURO

1
2  suicidal prisoners?
3     A.   Yes, ma'am.
4     Q.   Would the booking officer have any
   ole in that or authority in that area?
6     **A.   The booking officer would go**
7  **through it and make the recommendation. The**
8  **sergeant would go through it and approve it**
9  **or deny it.**
10    Q.   With respect to suicidal
11 prisoners, what's your understanding of what
12 that means?
13    **A.   A prisoner who wants to hurt**
14 **themselves.**
15    Q.   How do you, as a booking officer,
16 as a correction officer, determine whether
17 an individual is suicidal?
18    **A.   Well, aside from asking them if**
19 **they're going to harm themselves directly,**
20 **interaction with them, I would say.**
21    Q.   During the booking process?
22    A.   Yes, ma'am.
23    Q.   Did you ever receive any training
24 or instruction that with respect to the
25 Suicide Prevention Guideline form, if an

*COMPU-TRAN SHORTHAND REPORTING*

111

JOSEPH A. VASATURO

1
2  **tell me, I'm thinking of killing myself,**
3  **that's self-explanatory.**
4     Q.   That they --
5     **A.   If someone is high risk, no, I**
6  **don't consider it the same.**
7     Q.   So suicidal in your opinion would
8  be if somebody is expressing the intent to
9  harm themselves?
10    A.   Yes.
11    Q.   And in terms of high risk for
12 suicide, that would be if somebody scored
13 eight or higher on the form?
14    **A.   Not necessarily. I mean, they**
15 **could score a three and still be a high**
16 **risk.**
17    Q.   But if they scored eight or
18 higher, they would be a high risk?
19    **A.   They're high risk.**
20    Q.   And if they had the shaded boxes
21 checked or any of them checked, that would
22 be a high risk?
23    A.   Yes.
24    Q.   And if there was some other reason
25 to determine them to be high risk in your

*COMPU-TRAN SHORTHAND REPORTING*

110

JOSEPH A. VASATURO

1
2  inmate scored eight or higher, they were
3  considered to be suicidal?
4     **A.   Higher risk, not suicidal.**
5     Q.   That's what you were taught?
6     **A.   Yes, ma'am.**
7     Q.   Did you ever receive any training
8  or instruction that with respect to the
9  shaded areas, if an individual answered yes
10 in those shaded areas on that form, they
11 were considered to be suicidal?
12    **A.   No, ma'am.**
13    Q.   So, under the section of the
14 regulation -- of the rules, with respect to
15 the tour supervisor ensuring that constant
16 supervision be implemented for suicidal
17 prisoners, do you in your experience, define
18 the term suicidal prisoner different than
19 somebody who is at high risk for suicide?
20    **A.   No, ma'am.**
21    Q.   So to you, they're one in the
   ame?
2
23    **A.   No, ma'am.**
24    Q.   How do they differ?
25    **A.   If someone would come out and**

*COMPU-TRAN SHORTHAND REPORTING*

112

JOSEPH A. VASATURO

1
2  opinion, they would be classified as high
3  risk?
4     A.   Yes.
5     Q.   In terms of your training and
6  experience at either the correctional
7  facility or even in the correction academy,
8  were you ever instructed that individuals
9  with a high risk of suicide should be placed
10 on constant watch?
11    **A.   No.**
12    Q.   Did you ever receive any training
13 or instruction with respect to New York
14 State regulations which indicate that if an
15 inmate is at high risk for suicide, they
16 should be placed on constant watch?
17    **A.   If they're at high risk for**
18 **suicide, then yes. They would be placed on**
19 **constant watch.**
20    Q.   You were aware that the New York
21 State regulations required that?
22    **A.   Yes.**
23    Q.   Is it your understanding that the
24 form, the Suicide Prevention Screening
25 Guidelines, is to determine whether an

*COMPU-TRAN SHORTHAND REPORTING*

## 113

**JOSEPH A. VASATURO**

1
2 individual is a high risk for suicide?
3    A. **It is to determine whether or not**
4 **they're high risk, yes.**
5    Q. Under the section in the
6 regulations on page 79, III-C, "Assure that
7 active supervision is immediately provided
8 for prisoners who are intoxicated by drugs
9 and alcohol, but who do not appear to be a
10 danger to himself or others."
11    In connection with that
12 paragraph, do you have any understanding as
13 to what the term active supervision means?
14    A. **Yes. I understand what it's**
15 **listed.**
16    Q. What does that mean?
17    A. **15-minute checks.**
18    Q. In terms of individuals who
19 receive 15-minute checks, does this go back
20 to what you testified about earlier, that if
21 the individual is withdrawing from drugs,
22 they would be placed on a 15-minute check?
23    A. **Yes.**
24    Q. You indicated earlier if an
25 individual was withdrawing from alcohol,

*COMPU-TRAN SHORTHAND REPORTING*

## 115

**JOSEPH A. VASATURO**

1
2 red books.
3    Q. When was the last time that you
4 actually reviewed this?
5    A. **Two days.**
6    Q. Two days ago?
7    A. **I reviewed the mental health --**
8 **the medical screening.**
9    Q. Was that in preparation for this
10 deposition?
11    A. **No. I was trying to find -- I**
12 **guess I was trying to find this, where it**
13 **says --**
14    Q. Exhibit 1?
15    A. **-- where it says definitively**
16 **that he needs to be a constant watch is what**
17 **I was looking for.**
18    Q. Was that because this deposition
19 was coming up, that you wanted to look for
20 that?
21    A. **Well, no.**
22    Q. Did you find anything that
23 indicated to you that Putnam County required
24 constant watch for an inmate who scored
25 eight or higher on the suicide screening?

*COMPU-TRAN SHORTHAND REPORTING*

## 114

**JOSEPH A. VASATURO**

1
2 they would be placed on a constant watch;
3 correct?
4    A. **They could be placed on constant**
5 **watch or 15.**
6    Q. In terms of the treatment of
7 inmates who -- in terms of the level of
8 supervision that they receive, if they're
9 withdrawing from drugs and your
10 understanding that they should be placed on
11 a 15-minute check, where did you get that
12 understanding from? Something in writing,
13 some training you received, practice that's
14 in place?
15    A. **It's common practice that's in**
16 **place.**
17    Q. Would the same hold true then for
18 your testimony with respect to how inmates
19 who are withdrawing from alcohol are
20 assigned supervision?
21    A. **Yes.**
22    Q. When was the last time that you
23 had occasion to review the regulations that
24 are before you, Article 15?
25    A. **I have these -- these are in my**

*COMPU-TRAN SHORTHAND REPORTING*

## 116

**JOSEPH A. VASATURO**

1
2    A. **With a definite yes or no, no.**
3    Q. Did you ask anybody about that?
4    A. **I did.**
5    Q. Who did you speak with?
6    A. **I asked my Sergeant Jackson if**
7 **she had known of any policies.**
8    Q. That's Karen Jackson?
9    A. **Yes.**
10    Q. When did you speak with her?
11    A. **Yesterday, I believe it was.**
12    Q. Do you know if Karen Jackson had
13 any role in providing suicide training to
14 correctional officers in the facility?
15    A. **I'm not positive.**
16    Q. What did you say to her and she
17 say to you?
18    A. **I said sergeant, do you know of**
19 **any policies that say if it's eight or above**
20 **or any specific number, that it's definitely**
21 **a constant watch.**
22    Q. What did she say?
23    A. **She said she would try to find**
24 **it. I don't believe she found it.**
25    Q. Did she ever get back to you to

*COMPU-TRAN SHORTHAND REPORTING*

117

JOSEPH A. VASATURO

1
2  indicate that she looked and couldn't find
3  out about it?
4      A.   Yes.
5      Q.   When you were talking with her
6  about any policies, were you talking about
7  anything specifically such as the policies
8  in the red book or something else?
9      A.   No, ma'am.
10     Q.   Were you talking about just any
11 written policy or procedure?
12     A.   Yes.
13     Q.   Anything else that you said to
14 Karen Jackson or that Jackson said to you?
15     A.   No, ma'am.
16     Q.   In terms of the North Housing
17 Unit, are there certain categories of
18 inmates that are assigned to that unit as
19 opposed to others?
20     A.   Administrative segregation
21 inmates would be assigned there.
22     Q.   Anything else?
23     A.   Pending disciplinary action may
24 be assigned there.
25     Q.   Anyone else?

COMPU-TRAN SHORTHAND REPORTING

119

JOSEPH A. VASATURO

1      Q.   Have you ever made a determination
2
3  to place somebody on constant watch?
4      A.   I'm not positive.
5      Q.   Do you recall who taught the
6  in-service training that you attended?
7      A.   I believe Investigator Villoti.
8      Q.   Was that on both occasions?
9      A.   No. That was just one. With
10 Lieutenant O'Malley.
11     Q.   Do you recall ever taking an
12 examination or a quiz or test, if you will,
13 on the training you received regarding
14 suicide prevention?
15     A.   Yes, I believe there was a test.
16     Q.   Do you recall when that was?
17     A.   I believe there was one in '06.
18     Q.   Were you --
19     A.   Pretty much after every
20 in-service, there's a little quiz.
21     Q.   Were you ever instructed as part
22 of any of your training or any other
23 guidance that you were provided as
24 correction officer at the facility, that
25 there are certain times in an inmate's

COMPU-TRAN SHORTHAND REPORTING

118

JOSEPH A. VASATURO

1
2      A.   Unclassified inmates.
3      Q.   So upon classification, would
4  inmates be moved sometimes from the North
5  Housing Unit-1 to another location?
6      A.   Upon classification, yes.
7      Q.   If the inmate was on a 15-minute
8  watch, would they be assigned to North
9  Housing Unit-1?
10     A.   Yes. North Housing Unit-1.
11     Q.   If the inmate was on a constant
12 watch, would they be assigned to a
13 particular location?
14     A.   North Housing Unit-2.
15     Q.   Are all inmates in NHU-2 on
16 constant watches?
17     A.   90 percent of the time, yes.
18     Q.   In terms of constant watches, in
19 your experience at the Putnam County
20 Correctional Facility, how often has an
21 inmate incoming into the facility been
22 assigned to constant watch?
23     A.   They're assigned quite often.
24 Two or three times a month maybe. I'm not
25 sure of the exact numbers.

COMPU-TRAN SHORTHAND REPORTING

120

JOSEPH A. VASATURO

1
2  incarceration that could increase the
3  likelihood of suicide?
4      A.   Yes.
5      Q.   Such as after a court appearance?
6      A.   Yes. After a sentencing or
7  holidays.
8      Q.   Were you ever given any training
9  or instruction that there's an increased
10 risk of suicide after an inmate has a visit,
11 meaning an in-facility visit?
12     A.   Yes.
13     Q.   That was part of the training you
14 received?
15     A.   Yes, I believe so.
16     Q.   Do you recall if when you attended
17 the in-service training, if you were
18 required to sign in on any kind of document
19 indicating your appearance?
20     A.   Could you repeat that?
21     Q.   Were you required to do anything
22 to sign in or document that you were at the
23 training?
24     A.   Yes.
25     Q.   What did you have to do?

COMPU-TRAN SHORTHAND REPORTING

121

**JOSEPH A. VASATURO**

1
2    A.    **They pass around an attendance**
3    **sheet, and you sign it.**
4    Q.    Were you required to sign out at
5    the end of the session?
6    A.    **Not that I can recall, no.**
7    Q.    In terms of the training, did you
8    receive any kind of certificate or document
9    indicating that you completed that training?
10    A.    **I received a certificate from the**
11    **basic correction school.**
12    Q.    But from the in-service training,
13    did you receive any kind of certificate?
14    A.    **I don't recall that.**
15    Q.    Are there any policies or
16    practices in place at Putnam County with
17    respect to providing any kind of medication
18    to individuals who are withdrawing from
19    drugs or alcohol?
20    A.    **Not that I'm aware of. I don't**
21    **know what Americor does.**
22    Q.    Turning your attention to May 19th
23    and May 20, 2006, Spencer Sinkov was a new
24    arrival at the facility late the night of
25    the 19th into the morning of the 20th. Do

*COMPU-TRAN SHORTHAND REPORTING*

123

**JOSEPH A. VASATURO**

1    evening?
2
3    A.    **He was on one of the housing**
4    **units. East or west. I don't recall which**
5    **one.**
6    Q.    For how long was Spencer in the
7    holding cell?
8    A.    **He was in the holding cell for**
9    **approximately an hour.**
10    Q.    Did you have any communications
11    with him while he was in the holding cell?
12    A.    **Yeah. We were talking with him.**
13    Q.    Do you recall what you said to him
14    and what he said to you?
15    A.    **We were -- everything was**
16    **lighthearted with him. We joked around with**
17    **him.**
18    Q.    Do you recall anything that was
19    said?
20    A.    **He was standing by the toilet**
21    **trying to, I guess, urinate. I said if you**
22    **have to concentrate that hard on it, it's**
23    **not worth it. It was just a joke, and he**
24    **started laughing and he sat down.**
25    Q.    Anything else that you can recall

*COMPU-TRAN SHORTHAND REPORTING*

122

**JOSEPH A. VASATURO**

1
2    you recall when he came into the facility?
3    A.    **Approximately, 12:30.**
4    Q.    Do you have, as you sit here
5    today, an independent memory or recollection
6    of the intake process as it related to
7    Spencer?
8    A.    **Yes.**
9    Q.    What do you remember about that
10    process?
11    A.    **Mr. Sinkov came in. He was**
12    **patted down by Officer Matias. He was**
13    **placed in a holding cell.**
14    Q.    Were you the booking officer on
15    that evening, on that shift?
16    A.    **Yes. I was housing/booking, yes.**
17    Q.    Why was he placed in a holding
18    cell?
19    A.    **We were helping Investigator**
20    **Portious with three other arrests.**
21    **Fingerprinting, pictures.**
22    Q.    Is Matias an employee of the
23    facility or sheriff's department?
24    A.    **Correctional facility.**
25    Q.    What was his position that

*COMPU-TRAN SHORTHAND REPORTING*

124

**JOSEPH A. VASATURO**

1
2    saying to him or him saying to you?
3    A.    **While he was in the cell, no.**
4    Q.    Did anybody else say anything else
5    to Spencer or did Spencer say anything to
6    anyone else in your presence at any time
7    while he was in the holding cell?
8    A.    **I'm not positive. I know the**
9    **nurse came up --**
10    Q.    Who was the nurse?
11    A.    **-- spoke with him.**
12    **Peter Clark.**
13    Q.    Was that while he was in the
14    holding cell?
15    A.    **While he was in the holding cell.**
16    Q.    Do you recall anything that Clark
17    said to Spencer or Spencer said to Clark?
18    A.    **No.**
19    Q.    Prior to putting Spencer into the
20    holding cell, did you speak with him at all?
21    A.    **No.**
22    Q.    Did Matias or anyone else say
23    anything to Spencer in your presence?
24    A.    **Matias patted him down. He was**
25    **giving him instructions to put his hands up.**

*COMPU-TRAN SHORTHAND REPORTING*