## TABLE OF CONTENTS

Page

TABLE OF AUTHORITIES ..................................................................................................ii

PRELIMINARY STATEMENT .............................................................................................2

ARGUMENT

      LEGAL STANDARD ..................................................................................................3

      THE PLAINTIFF CANNOT ESTABLISH A 42 U.S.C. §1983
      CLAIM...........................................................................................................................4

      Legal Standard to Establish a Fourteenth Amendment Violation ...........................4

      The Decedent Was Not Suffering from a Serious Medical
           Condition..............................................................................................................5

           a) Heroin Withdrawal.......................................................................................6

           b) Heightened Suicide Risk .............................................................................8

      There was no deliberate indifference to the needs of the
           Decedent................................................................................................................9

CONCLUSION ...................................................................................................................11

1984761.1

# TABLE OF AUTHORITIES

## FEDERAL CASES

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 91 L.Ed.2d 202, 106 S.Ct. 2505 (1986)................................................................................................................3

*Brock v. Lester Wright, et. al.*, 315 F.3d 158 (2nd Cir. 2003) ...............................5

*Chance v. Armstrong*, 143 F.3d 698 (2nd Cir. 1998)..............................................5

*Cuoco v. Kenneth Moritsugu, et. al.*, 222 F.3d 99 (2nd Cir. 2000) *citing Chance v. Armstrong*, 143 F.3d 698 .................................................................................9

*Estelle v. Gamble*, 429 U.S. 97 (1996) ...................................................................4

*Farmer v. Brennan*, 511 U.S. 825 (1994)...............................................................9

*Gayton v. Michael McCoy, Sheriff of Peoria County, Illinois, et. al.*, 2008 U.S.Dist. LEXIS 32378 .....................................................................................10

*Hathaway v. Coughlin*, 37 F.3d 63 (2nd Cir. 1994)......................................4, 5, 11

*Kelley v. County of Wayne*, 325 F.Supp.2d 788 (E.D.Mich 2004) ...................7, 10

*Mathis v. Cotton*, 1998 U.S. Dist. 17639 (N.D.Tx. 1998).....................................8

*Novack v. County of Wood*, 226 F.3d 525 (7th Cir. 2000) *citing Collignon v. Milwaukee County*, 163 F.3d 982 ...................................................................8, 10

*Smith v. LeJeune*, 203 F.Supp.2d 1260, (D.Wyo. 2002).........................................7

*Taylor v. Evans*, 72 F.Supp.2d 298 (S.D.N.Y. 1999) ............................................3

## STATE CASES

*Rivera v. County of Westchester, et. al.*, 188 Misc.2d 746, 729 N.Y.S.2d 386 (Supreme Court, Westchester County 2001) ...................................................4, 10

## FEDERAL STATUTES

42 U.S.C. §1983............................................................................................. passim

1984761.1