UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
DONNY SINKOV, as Administrator of the Estate of Spencer E. Sinkov, deceased, DONNY A. SINKOV, and HARA SINKOV,

               Plaintiffs,

-against-

DONALD B. SMITH, individually and in his official capacity as Sheriff of Putnam County, JOSPEH A. VASATURO, individually, LOUIS G. LAPOLLA, individually, THE COUNTY OF PUTNAM, New York, and AMERICOR, INC.,

               Defendants.
------------------------------------------------------------------------x

Docket No.: 07-CIV-2866
       (CLB)

**DECLARATION OF ADAM I. KLEINBERG IN SUPPORT OF DEFENDANT SMITH'S MOTION FOR SUMMARY JUDGMENT**

     **ADAM I. KLEINBERG**, an attorney duly admitted to practice law in the Courts of the State of New York, hereby affirms, under penalty of perjury, the following:

     1.     I am a member of the law firm Miranda Sokoloff Sambursky Slone Verveniotis LLP, attorneys for defendant DONALD B. SMITH in the above-captioned action. I submit this reply declaration in further support of the defendants' motion pursuant to Fed. R. Civ. P. 12 (c) and 56 seeking to dismiss the plaintiffs' complaint in its entirety.

     2.     The attached exhibit is relevant to the defendants' motions. The exhibit is a true and accurate copy of what it purports to be.

Exhibit A     May 5, 2008 Stipulation between The County of Putnam, The Putnam County Sheriff, and the Putnam County Sheriff's Employees' Association, Inc.

Dated: Mineola, New York
       June 9, 2008

                                                          _____
                                                          ADAM I. KLEINBERG (AIK-0468)