# EXHIBIT A

*STIPULATION*
*By and Between*
*The County of Putnam,*
*The Putnam County Sheriff*
*And*
*The Putnam County Sheriff's Employees' Association, Inc.*

**ORIGINAL**

**WHEREAS**, the County of Putnam and the Putnam County Sheriff ("County") and the Putnam County Sheriff's Employees' Association, Inc. ("Union") are signatories to a Collective Bargaining Agreement; and

**WHEREAS**, Louis LaPolla and Joseph Vasaturo ("LaPolla" and "Vasaturo") are employed, respectively, as a Correction Sergeant and a Correction Officer, positions in the bargaining unit represented by the Union; and

**WHEREAS**, LaPolla and Vasaturo, on or about May 20, 2006, while on duty and performing their official functions in the Putnam County Correctional Facility, participated in the intake processing of an inmate named Spencer Sinkov; and

**WHEREAS**, the State Commission of Corrections has recommended that the Sheriff take certain administrative action with respect to LaPolla and Vasaturo's participation in the aforesaid incident; and

**WHEREAS**, the time limitation for the commencement of any such potential administrative action is eighteen months and, in the contemplation of the parties, the original expiration date of said limitation period was November 20, 2007; and

**WHEREAS**, the parties, based upon their mutual desire to extend the said time limitation period, did previously agree and stipulate to fix May 20, 2008 as the expiration date of such time period in order to allow for a fuller examination of all relevant circumstances as is necessary to determine whether any such administrative action is indicated,

1

NOW, the parties do hereby enter into this Stipulation and agree as follows:

1. The parties agree that the time limitation to commence an administrative action in this matter shall be further extended and shall be deemed to be November 20, 2008.

2. The Union, LaPolla and Vasaturo have been represented during the negotiation and preparation of this Stipulation by Joseph Baumgartner, Esq., of Bunyan & Baumgartner, LLP, counsel retained by the Union. The County has been represented during the negotiation and preparation of this agreement by William Wallens, Esq., of Roemer, Wallens & Mineaux, LLP.

3. Each party hereto acknowledges that he has read this Stipulation, fully understands it, and has had all questions that he or she may have in regard thereto answered. Each party enters into this Stipulation of his or her own free will and has not been coerced to do so.

4. Each party executing this Stipulation further represents that he or she does not suffer from any mental disease or defect and is not under the influence of drugs or alcohol at the time of execution, which renders them incompetent to understand and execute the Stipulation. This Stipulation constitutes the entire agreement between the parties and it may not be amended unless agreed to in writing and executed with the same formality as the original.

5. This Stipulation shall be interpreted in accordance with the laws of the State of New York, no matter where it may be presented for enforcement.

Dated: 05/05/08

COUNTY OF PUTNAM AND PUTNAM COUNTY SHERIFF

By: _____
DONALD B. SMITH, SHERIFF

Dated: 05-02-08

_____
LOUIS LaPOLLA

Dated: 05/03/08

_____
JOSEPH VASATURO

2