# MSSSV
## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG
———
TIMOTHY J. MURPHY
MARK R. OSHEROW*◊□
COUNSEL

WRITER'S E-MAIL:
akleinberg@msssv.com

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL  (516) 741-7676
FAX  (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER
MARIA THOMAS
NANCY R. SCHEMBRI°°
MICHAEL V. LONGO
MELISSA HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN
PATRICK J. MALONEY

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
°° RESIDENT IN WESTCHESTER

June 4, 2008

**MEMO ENDORSED**
*Application Granted*
*So Ordered*
*Charles L. Brieant*
*USDJ 6/9/08*

**VIA FAX**

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street, Room 218
White Plains, New York 10601

Re: Donny A. Sinkov, as Administrator of the Estate of Spencer E. Sinkov, v. County of Putnam, et al.
Docket No.: 07-CIV-2866 (CLB)
Our File No.: 07-730

Dear Honorable Boyle:

We represent defendant Donald B. Smith in the above-referenced matter.

We write on the consent of all parties to request an adjournment of the upcoming oral argument on defendants' respective summary judgment motions. The motion is presently returnable on June 13, 2008.

I have a family commitment on that date and all counsel have graciously agreed to adjourn the oral argument to July 11, 2008. I have confirmed with Your Honor's Chambers that this is an available date for the oral argument to be held. Accordingly, we respectfully request that Your Honor adjourn the oral argument to July 11, 2008.

In addition, plaintiffs' counsel has agreed to extend the defendants' time to file and serve reply papers by one week, to June 11, 2008.

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

HON. CHARLES L. BRIEANT
JUNE 4, 2008
PAGE 2 OF 2

      Thank you for your consideration of this matter.

                      Respectfully submitted,

                      MIRANDA SOKOLOFF SAMBURSKY
                      SLONE VERVENIOTIS LLP

                      Adam I. Kleinberg

cc:    All counsel of record