UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| DONNY SINKOV, as Administrator of the Estate of Spencer E. Sinkov, deceased, DONNY A. SINKOV, and HARA SINKOV, | Docket No.: 07-CIV-2866 (CLB) |
| Plaintiffs, | **DECLARATION OF TIMOTHY P. COON IN SUPPORT OF DEFENDANT AMERICOR'S MOTION FOR <u>SUMMARY JUDGMENT</u>** |
| -against- | |
| DONALD B. SMITH, individually and in his official capacity as Sheriff of Putnam County, JOSPEH A. VASATURO, individually, LOUIS G. LAPOLLA, individually, THE COUNTY OF PUTNAM, New York, and AMERICOR, INC., | |
| Defendants. | |

------------------------------------------------------------------------x

**TIMOTHY P. COON**, an attorney duly admitted to practice law in the Courts of the State of New York, hereby affirms, under penalty of perjury, the following:

1. I am a member of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, ("Wilson Elser") attorneys for the Defendant AmeriCor, Inc. in this matter. As such, I am fully familiar with the facts and circumstances herein based on personal knowledge and the file maintained by this office.

2. I submit this declaration in connection with the defendant's reply in response to plaintiffs' opposition to AmeriCor's motion pursuant to Fed. R. Civ. P. 12 (c) and 56 seeking to dismiss the plaintiffs' complaint against AmeriCor, Inc. in its entirety.

3. The attached exhibit is a true and accurate copy of what it purports to be.

Exhibit A    A copy of the Saint Vincent's Hospital Nutritional Assessment of Spenser Sinkov dated September 4, 2005.

Dated: White Plains, New York
       June 13, 2008

                                                                    TIMOTHY P. COON (TC 3357)

Exhibit A

Saint Vincent Catholic Medical Centers
St. Vincent's Hospital Westchester
NUTRITION ASSESSMENT AND CARE PLAN

SINKOV, SPENCER
Assessment Date: 09/04/2005
By: Debbie Rosenberg MS RD    ESOF

MR#: 138710-1
Program: INPT-2S
Page 1

Age: 22                    Sex: MALE

## REASON FOR INTERVENTION
Nutrition Consult: unintentional wt loss, poor po intake

## DIAGNOSIS
Opioid dependence, major depression, single episode

## PAST MEDICAL HISTORY
none

## PERTINENT NUTRITIONAL DATA
Current Intake: Needs further observation
Current Diet: Vegetarian
Diet Prior to Admission: Regular
Menu Changes/Food Preferences:
Pt is a vegetarian. He does eat eggs and dairy.
Ht: 6'1"      Wt: 125 lbs
IBW: 184 +/-10%  %IBW: 75%     % wt/ht/age: n/a
UBW: 145-150   %UBW: 89-83%    Adj. BW: n/a      BMI: 16 kg/m2
Recent Wt. Change: Loss 20-25 lbs
Pertinent Medications
Zoloft, ambien, clonidine, thorazine, benadryl
Significant Lab Data
9/3/05 albumin 4.5, H/H 14.0/41.9

## NUTRITIONAL ASSESSMENT
This 20 yo WM appears thin. He reports always being thin, however, has an additional drastic wt loss from heroine use and multiple detox. He reports being vegetarian as he does not eat meat, poultry or fish. He denies GI distress, or difficulty chewing/swallowing. His serum albumin level of 4.5 suggests adequate visceral protein stores. Due to recent wt loss pt presents at nutritional risk.
Estimated Needs For Repletion/Gain
    Based on: 35 kcal/kg          Calories: 1988 kcal/day
    Protein: 45-57 g              Fluid: 1704 cc
    Current diet meets needs
Nutrition Status Classification (NSC)   II: Mildly Compromised

## NUTRITION CARE PLAN
Continue current diet
Will monitor po intake, wt, labs

Modify menu to exclude meat, fish and poultry.
Provide gingerale BID for additional fluids.
Encourage attendance to weekly nutrition group.
Nutrition counseling is Warranted
Will provide counseling on basic nutrition for general health.

## UPDATES
            Debbie Rosenberg MS RD                    09/04/2005