UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
x

DONNY SINKOV, as Administrator of the Estate of Spencer E. Sinkov, deceased, DONNY A. SINKOV, and HARA SINKOV,

                        Plaintiffs,

    -against-

DONALD B. SMITH, individually and in his official capacity as Sheriff of Putnam County, JOSPEH A. VASATURO, individually, LOUIS G. LAPOLLA, individually, THE COUNTY OF PUTNAM, New York, and AMERICOR, INC.,

                        Defendants.
------------------------------------------------------------------------
x

Docket No.: 07-CIV-2866 (CLB)

**DECLARATION OF SERVICE**

**BERNICE E. MARGOLIS**, an attorney duly admitted to practice law before all of the Courts of the State of New York, hereby affirms the following under penalties of perjury:

On June 13, 2008, deponent served, the within **DECLARATION OF TIMOTHY P. COON IN SUPPORT OF DEFENDANT AMERICOR'S MOTION FOR SUMMAR JUDGMENT, REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT AMERICOR, INC.'S MOTION FOR SUMMARY JUDGMENT and AMERICOR'S COUNTER-STATEMENT OF MATERIAL FACTS IN DISPUTE PURSUANT TO LOCAL RULE 56.1 AND REPLY** upon the following attorneys in this action, via E-mail:

TO:    Lovett & Gould, LLP
        Attorneys for Plaintiffs
        Attn.: Kim Berg, Esq.
        222 Bloomingdale Road
        White Plains, NY 10605
        kberg@lovett-Gould.com

2020235.1

Santangelo Randazzo & Mangone, LLP
Attorneys for Co-Defendants
Attn.: James Randazzo, Esq.
151 Broadway
Hawthorne, New York 10532
jrandazzo@ssrlegal.com

Miranda Sokoloff Sambursky Slone Verveniotis LLP
Attorneys for Co-defendants DONALD B. SMITH
Attn.:  Adam I. Kleinberg, Esq.
The Esposito Building
240 Mineola Boulevard
Mineola, NY 11501
akleinberg@msssv.com

Dated: White Plains, New York
June 13, 2008

*BERNICE E. MARGOLIS*

2020235.1