UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Sinkov, et al

Plaintiff,

07 CIVIL 2866 (CLB)

-against-

Donald B. Smith, et al,

Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **James A. Randazzo**

☒  *Attorney*

  ☒  I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: JR0156

  ☐  I am a Pro Hac Vice attorney

  ☐  I am a Government Agency attorney

☒  *Law Firm/Government Agency Association*

  From: Santangelo Randazzo & Mangone LLP

  To:   Gelardi & Randazzo LLP

  ☒  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒  *Address:* 151 Broadway, Hawthorne, NY 10532

☒  *Telephone Number:* 914-495-3050

☒  *Fax Number:* 914-495-3051

☒  *E-Mail Address:* jrandazzo@gandrlaw.com

Dated: 7-1-08