UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rev. 9/03

-----------------------------------------------------------------X

SINKOV

                Plaintiff,

    - against -

SMITH

               Defendant.

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 02866 (CLB)(GAY)

-----------------------------------------------------------------X

    The above entitled action is referred to the Hon. George A. Yanthis, United States Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____
_____

\_\_\_\_ Settlement*

\_\_X\_ All Purposes

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C.§636(c) for limited purpose of _____

\_\_\_ Habeas Corpus

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____
_____

    All such motions: \_\_\_\_

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
          July 1, 2008

                           *Charles L. Brieant*
                           United States District Judge