UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNY A. SINKOV, as Administrator of the
Estate of Spencer E. Sinkov, deceased,
DONNY A. SINKOV, and HARA SINKOV,

                               Plaintiffs,

-against-

DONALD B. SMITH, individually and in his
official capacity as Sheriff of Putnam County,
JOSEPH A. VASATURO, individually, LOUIS
G. LAPOLLA, individually, THE COUNTY OF
PUTNAM, New York, and AMERICOR, INC.,

                               Defendants.
------------------------------------------------------------X

07 Civ.2866 (CLB) (GAY)

NOTICE OF MOTION
TO SUBSITUTE THE ESTATE
OF HARA SINKOV AS A PARTY
PURSUANT TO FRCP RULE 25

      PLEASE TAKE NOTICE that upon the annexed affidavit Kim Berg, sworn to on July 14, 2008, and all prior proceedings, Plaintiffs will move this Court before the Honorable George A. Yanthis, United States District Court, 300 Quarropas Street, White Plains, New York, on the 23rd day of July, 2008 at 10:00 a.m., or a soon thereafter as counsel may be heard, for an Order substituting in as a party the Estate of Hara Sinkov in the place and stead of Hara Sinkov pursuant to F.R.C.P. Rule 25.

Dated: White Plains, New York
       July 14, 2008

                                            LOVETT & GOULD, LLP
                                            Attorneys for Plaintiffs
                                            By: _____
                                            Kim Berg (KB1425)
                                            222 Bloomingdale Road
                                            White Plains, New York 10605
                                            914-428-8401