UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DONNY A. SINKOV, as Administrator of the
Estate of Spencer E. Sinkov, deceased,            07 Civ.2866 (CLB) (GAY)
DONNY A. SINKOV, and HARA SINKOV,
                                    Plaintiffs,  **AFFIDAVIT OF KIM BERG
                                                 IN SUPPORT OF MOTION
    -against-                                    TO SUBSITUTE THE ESTATE
                                                 OF HARA SINKOV AS A PARTY
DONALD B. SMITH, individually and in his         PURSUANT TO FRCP RULE 25**
official capacity as Sheriff of Putnam County,
JOSEPH A. VASATURO, individually, LOUIS
G. LAPOLLA, individually, THE COUNTY OF
PUTNAM, New York, and AMERICOR, INC.,

                                    Defendants.
-----------------------------------------------------------X

State of New York     )
                      ) ss:
County of Westchester )

    KIM BERG, being duly sworn, deposes and says:

    1. I am an attorney duly admitted to practice before this Court and associated with Lovett & Gould LLP, attorneys for Plaintiffs in the above captioned matter. I submit this affidavit on Plaintiffs' behalves in support of Plaintiffs' motion to substitute the Estate of Hara Sinkov as a party plaintiff in the place and stead of Hara Sinkov, deceased, pursuant to Federal Rules of Civil Procedure Rule 25.

    2. Hara Sinkov is currently a named Plaintiff in the above captioned matter and has been since the commencement of this action.

    3. Hara Sinkov passed away on June 21, 2008. A copy of the "Death Transcript" is annexed hereto as Exhibit 1.

4. As a result of the death of Hara Sinkov, Plaintiffs now seek to substitute in as a party her estate by and through Donny A. Sinkov, her next of kin in his capacity as her personal representative and/or administrator of the Estate.

WHEREFORE, it is respectfully submitted that Plaintiffs' motion to substitute the Estate of Hara Sinkov in the place and stead of Hara Sinkov should be granted in all respects.

                                                        _____
                                                        KIM BERG

Sworn to before me this
14th day of July, 2008.

_____
Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20___

**EXHIBIT 1**

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE



# DEATH TRANSCRIPT

DATE FILED — THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**
JUN-22-2008 11:24 PM

**CERTIFICATE OF DEATH** — Certificate No. **156-08-026429**

1. DECEDENT'S LEGAL NAME: **HARA** (First)  (Middle)  **SINKOV** (Last)

**Place of Death**
- 2a. New York City
- 2b. Borough: **BRONX**
- 2c. Type of Place: ☒ Hospital Inpatient
- 2d. Name of hospital or other facility: **CALVARY HOSPITAL**

**Date and Time of Death**
- 3a. **JUNE 21, 2008**
- 3b. Time: **1:10 PM**
- 4. Sex: **FEMALE**
- 5. Date last attended by a Physician: **06/21/2008**

6. Certifier: ... NATURAL CAUSES ...
- Name of Physician: **DEVMANI J. JAITLY, M.D.**
- Signature: *[signed]*
- Address: **1740 EASTCHESTER ROAD, BRONX, NY**
- License No.: **142042**
- Date: **06/21/2008**

| 7a. Usual Residence State | 7b. County | 7c. City or Town | 7d. Street and Number | Apt. No. | ZIP Code | 7e. Inside City Limits? |
|---|---|---|---|---|---|---|
| NEW YORK | PUTNAM | PUTNAM VALLEY | 31 BOSWELL ROAD | | 10579 | ☒ Yes |

- 8. Date of Birth: **MAY 18, 1952**
- 9. Age at last birthday: **56**
- 10. Social Security No.: **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**

- 11a. Usual Occupation: **HOMEMAKER**
- 11b. Kind of business or industry: **OWN HOME**

- 13. Birthplace: **NEW YORK, NY**
- 14. Education: ☒ High school graduate or GED

- 15. Ever in U.S. Armed Forces? ☒ No
- 16. Marital Status at Time of Death: ☒ Married
- 17. Surviving Spouse's Name: **DONNY SINKOV**

- 18. Father's Name: **RUDOLPH SCHEIM**
- 19. Mother's Maiden Name: **MARIE FLORIO**

- 20a. Informant's Name: **DONNY SINKOV**
- 20b. Relationship to Decedent: **HUSBAND**
- 20c. Address: **31 BOSWELL ROAD, PUTNAM VALLEY, NY 10579**

- 21a. Method of Disposition: ☒ Cremation
- 21b. Place of Disposition: **WOODLAWN CEMETERY**
- 21c. Location of Disposition: **BRONX, NY**
- 21d. Date of Disposition: **06/23/2008**

- 22a. Funeral Establishment: **SISTO FUNERAL HOME, INC**
- 22b. Address: **3489 E. TREMONT AVE, BRONX NY 10465**

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

*[signed]* Steven P. Schwartz, Ph.D., City Registrar

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.21 of the New York City Health Code if the purpose is the evasion or violation...

DATE ISSUED: **Jun. 22, 2008**



V 0 0 8 7 7 3 3 6
