UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
DONNY A. SINKOV, as Administrator of the Estate of
Spencer E. Sinkov, deceased, DONNY A. SINKOV, and
HARA SINKOV,

                Plaintiffs,

   - against -

DONALD B. SMITH, individually and in his official
capacity as Sheriff of Putnam County, JOSEPH A.
VASATURO, individually, LOUIS G. LAPOLLA,
individually, THE COUNTY OF PUTNAM, New York,
and AMERICOR, INC.,

                Defendants.
-----------------------------------------------------------------------x

CIVIL ACTION NO.
07 Civ. 2866, (CS)(GAY)

**NOTICE OF MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL**

PLEASE TAKE NOTICE that upon the accompanying declaration of Timothy P. Coon, dated August 8, 2008, and the exhibits annexed thereto; the accompanying memorandum of law, the pleadings previously filed in this action; and all prior proceedings herein, Defendant AMERICOR, INC. will move this Court before the Honorable George A. Yanthis, United States District Judge, at the Courthouse located at 300 Quarroppas Street, White Plains, New York, on September 10, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, for entry of an Order, pursuant to 28 U.S.C. § 1292[b], of Certification of the July 28, 2008 Order of this Court, which denied AMERICOR, INC.'s motion which sought dismissal of the plaintiff's claims under 42 U.S.C. § 1983, for an interlocutory appeal; and for such and other further relief as this court deems just and proper.

2070194.1

      Answering and reply memoranda are to be served in accordance with Local Rule 6.1(a).

Dated: White Plains, New York
       August 8, 2008

                             Respectfully submitted,

              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Timothy P. Coon (TC 3357)
Bernice E. Margolis (BM0702)
Attorneys for Defendant AmeriCor
3 Gannet Drive
White Plains, New York 10604
(914) 323-7000
File No.: 07621.00174

TO:    Lovett & Gould, LLP
        Attorneys for Plaintiffs
        Attn.: Kim Berg, Esq.
        222 Bloomingdale Road
        White Plains, NY 10605
        (914) 428-8401
        Fax: (914) 428-8916

        Santangelo Randazzo & Mangone, LLP
        Attorneys for Co-Defendants
        Attn.: James Randazzo, Esq.
        151 Broadway
        Hawthorne, New York 10532
        (914) 741-2929
        Fax: (914) 741-2920

        Miranda Sokoloff Sambursky Slone Verveniotis LLP
        Attorneys for Co-defendants DONALD B. SMITH
        Attn.: Adam I. Kleinberg, Esq.
        The Esposito Building
        240 Mineola Boulevard
        Mineola, NY 11501
        (516) 741-7676
        Fax: (516) 741-9060

2070194.1