UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DONNY A. SINKOV, as Administrator of the Estate of            CIVIL ACTION NO.
Spencer E. Sinkov, deceased, DONNY A. SINKOV, and             07 Civ. 2866, (CS)(GAY)
HARA SINKOV,

     Plaintiffs,

  - against -                                       **NOTICE OF MOTION FOR**
                                                              **REARGUMENT AND**
                                                              **RECONSIDERRATION**
DONALD B. SMITH, individually and in his official
capacity as Sheriff of Putnam County, JOSEPH A.
VASATURO, individually, LOUIS G. LAPOLLA,
individually, THE COUNTY OF PUTNAM, New York,
and AMERICOR, INC.,

     Defendants.
-----------------------------------------------------------------x

  PLEASE TAKE NOTICE that defendant AmeriCor, Inc. will move this Court on September 2, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, for an ORDER, pursuant to Local Civil Rule 6.3, granting reargument and reconsideration of that portion of AmeriCor's motion for summary judgment which the Court denied on July 28, 2008 and, upon such reargument and reconsideration, granting the motion in its entirety.

  Answering and reply memoranda are to be served in accordance with Local Rule 6.1(a).

Dated: White Plains, New York
   August 8, 2008

            Respectfully submitted,

            WILSON, ELSER, MOSKOWITZ, EDELMAN &
            DICKER LLP

         By: _____
           Timothy P. Coon (TC 3357)
           Bernice E. Margolis (BM0702)
           Attorneys for Defendant AmeriCor
           3 Gannet Drive
           White Plains, New York 10604
           (914) 323-7000
           File No.: 07621.00174

2076071.1

TO:    Lovett & Gould, LLP
Attorneys for Plaintiffs
Attn.: Kim Berg, Esq.
222 Bloomingdale Road
White Plains, NY 10605
(914) 428-8401
Fax: (914) 428-8916

Santangelo Randazzo & Mangone, LLP
Attorneys for Co-Defendants
Attn.: James Randazzo, Esq.
151 Broadway
Hawthorne, New York 10532
(914) 741-2929
Fax: (914) 741-2920

Miranda Sokoloff Sambursky Slone Verveniotis LLP
Attorneys for Co-defendants DONALD B. SMITH
Attn.: Adam I. Kleinberg, Esq.
The Esposito Building
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-7676
Fax:   (516) 741-9060

2076071.1