**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                                       ) SS.:
COUNTY OF WESTCHESTER )

    I, Adina Fici, being sworn, say:

    I am not a party to the action, am over the age of 18 years of age and reside in Chappaqua, New York.

    On August 8, 2008, I served the within **NOTICE OF MOTION FOR REARGUMENT AND RECONSIDERRATION** by depositing a true copy thereof enclosed in a postpaid wrapper, via First Class Mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

To:    Lovett & Gould, LLP
        Attorneys for Plaintiffs
        Attn.: Kim Berg, Esq.
        222 Bloomingdale Road
        White Plains, NY 10605
        (914) 428-8401
        Fax: (914) 428-8916

        Santangelo Randazzo & Mangone, LLP
        Attorneys for Co-Defendants
        Attn.: James Randazzo, Esq.
        151 Broadway
        Hawthorne, New York 10532
        (914) 741-2929
        Fax: (914) 741-2920

2076644.2

Miranda Sokoloff Sambursky Slone Verveniotis LLP
Attorneys for Co-defendants DONALD B. SMITH
Attn.: Adam I. Kleinberg, Esq.
The Esposito Building
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-7676
Fax: (516) 741-9060

_____
Adina Fici

Sworn to before me this
8th day of August 2008

_____
Notary Public

ANGELA G. BELVEDERE
Notary Public, State of New York
No. 01BE5075112
Qualified in Westchester County
Commission Expires March 24, 2011

- 2 -

2076644.2