AO 85A (Rev. 8/98) Consent to Exercise of Jurisdiction by a United States Judge Over Specific Motion(s)

# UNITED STATES DISTRICT COURT

_____SD_____ DISTRICT OF _____NY_____

Sinkov
  Plaintiff
    V.
  Defendant
Smith

CONSENT TO EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE
OVER DISPOSITIVE MOTIONS DESCRIBED
UNDER 28 U.S.C.§636(b)(1)(B)

CASE NUMBER: 07cv 2866 (CLB) (GAY)

## CONSENT TO EXERCISE OF JURISDICTION

In accordance with the provisions of 28 U.S.C.§636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below.

MOTION(S): Summary Judgment

| Party Represented | Signatures | Date |
|---|---|---|
| Plaintiffs | Kim Berg (KB1495) | 7/23/08 |
| Valvatine, Latella Pvt. Co. | (JR 2156) | 7/23/08 |
| Donald B. Smith | (AK-0468) | 7/23/08 |
| Americor, Inc. | (TPC-3357) | 7/23/08 |

## ORDER OF REFERENCE

IT IS ORDERED that the above motion(s) be referred to Hon. George A. Yanthis, United States Magistrate Judge, to conduct all proceedings and enter a final order on such motion(s) in accordance with 28 U.S.C.§636(c) and Fed.R.Civ.P. 73.

7/29/08
Date

_____
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.