AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF WESTCHESTER  )

VIRGINIA M. VECCHIONE, being duly sworn, deposes and says: Deponent is not a party to the action, is over 18 years of age and resides in Westchester County.

On August 20, 2008, deponent served, the within **REPLY MEMORANDUM OF LAW IN SUPPORT OF REARGUMENT AND RECONSIDERATION OF THE DENIAL OF AMERICOR INC.'S MOTION FOR SUMMARY JUDGMENT** upon the following attorneys in this action, at the addresses indicated below, which addresses have been designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:   KIM BERG, ESQ.
      LOVETT & GOULD, LLP
      Attorneys for Plaintiffs
      222 Bloomingdale Road
      White Plains, New York 10605

      JAMES RANDAZZO, ESQ.
      SANTANGELO RANDAZZO & MANGONE, LLP
      Attorneys for Defendants
      JOSEPH A. VASATURO, LOUIS G.LAPOLLA
      and THE COUNTY OF PUTNAM
      151 Broadway
      Hawthorne, New York 10532

      *SEE ATTACHED RIDER

2089621.1

Continued

TO:   ADAM I. KLEINBERG, ESQ.
      MIRANDA SOKOLOFF SAMBURSKY SLONE
      VERVENIOTIS, LLP
      Attorneys for Defendant
      DONALD B. SMITH
      The Esposito Building
      240 Mineola Boulevard
      Mineola, New York 11501

*[signature]*
VIRGINIA M. VECCHIONE

Sworn to before me this
20th day of August 2008

*[signature]*
MICHELE A. MENTRASTI
Notary Public, State of New York
No. 01-ME5043073
Qualified in Westchester County
Commission Expires July 16, 2011